Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Magnum Construction Management, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                               12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Core & Main LP f/k/a HD Supply Waterworks, Ltd. 1830 Craig Park Court St. Louis, MO 63146 | Anita Christian anita.christian@hdsupply.com 786 573-3401 | Vendor | Disputed Subject to Setoff | | | $4,172,312.38 |
| American Express Travel Related Services Company 200 Vesey Street New York, NY 10285 | Gregory E. Galterio, Esq. ggalterio@jaffeandasher.com 212 687-3000 | Credit Card | | | | $3,829,533.24 |
| T.Y. Lin International 345 California Street Suite 2300 San Francisco, CA 94104 | Jordan C. Kay, Esq. jkay@skslegalgroup.com | Unpaid contract balance (breach of contract claim) relating to Puente de las Americas project | Disputed | | | $1,665,071.18 |
| United States for use and benefit of Ceres Environmental Services, Inc. c/o Law Office of Daniel Te Young, P.A. 1600 S. Federal Highway, Ste. 570 Pompano Beach, FL 33062 | Chris Fraser, Controller chris.fraser@ceresenv.com 763 488-5655 | Potential claims relating to C-111 project | Contingent Disputed | | | $1,460,038.01 |
| Unlimited Turf, LLC 850 NW Federal Highway Suite 170 Stuart, FL 34994 | Christie Repass christie@unlimitedturfllc.com | Vendor | | | | $1,130,786.42 |

Debtor   **Magnum Construction Management, LLC**                     Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Skyline Steel, LLC  8 Woodhollow Road Suite 102  Parsippany, NY 07054 | Evonne Ditri, Credit Dept.  evonne.ditri@skylinesteel.com  973-795-4669 | Vendor | Disputed | | | $800,000.00 |
| Penhall Company  Attn.: George H. Soriano, Jr.  7501 Esters Boulevard, Suite 150  Irving, TX 75063 | Lee Barnett  lbarnett@penhall.com  817 779-4841 | Lawsuit pending in the Dallas County Circuit Court relating to Dallas North Tollway project; Case No. DC-18-15186 | Contingent Disputed | | | $444,596.53 |
| Barnhart Crane & Rigging Co.  2163 Airways Blvd.  Memphis, TN 38114 | Dave Crockett  dcrockett@barnhartcrane.com  251 378-6804 | Vendor | Contingent Disputed | | | $383,737.50 |
| JA & M Developing Corporation  15757 Pines Blvd., Suite 196  Pembroke Pines, FL 33027 | Annie Mecias  annie@jamcontractors.com  786 356-7087 | Vendor | | | | $340,099.46 |
| Safway Service LLC  2365 Ali Baba Avenue  Opa Locka, FL 33054 | Luis Docamop  luis.docampo@safway.com  305 685-1191 | Vendor | Disputed | | | $313,000.00 |
| Allegiance Crane & Equip LLC  777 South Andrews Avenue  Pompano Beach, FL 33069 | Jose Moraza  jmoraza@allegiancecrane.com  800 844-9702 | Vendor | Disputed | | | $274,914.18 |
| Forbo Flooring, Inc.  8 Maplewood Drive  Hazleton, PA 18202 | Eric Bower - Sales Manager  eric.bower@forbo.com  631 796-9483 | Vendor | | | | $223,960.65 |
| Memco Solutions, Inc.  P.O. Box 301729  Dallas, TX 75303-1729 | Molly Atlas, Credit Manager  mollyatlas@marekbros.com  972-556-1867 | Vendor | | | | $202,618.74 |

Debtor **Magnum Construction Management, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ashgrove Cement Company<br>900 Gifco Road<br>Midlothian, TX 76065 | Scott Meyer, Esq.<br><br>jim.gray@ashgrove.com<br>913 319-6145 | Lawsuit pending in the District Court in and for Dallas County, Texas; Case No. DC-18-14535, relating to NTTA and Lovefield Bravo projects | Contingent Disputed | | | $193,367.34 |
| AAP Construction Group Corp.<br>6001 NW 153rd Street<br>Suite A<br>Miami Lakes, FL 33014 | Alex Archival, Pres.<br><br>a.archival@aapconstructiongroup.com | Vendor | | | | $188,582.46 |
| Nielson, Hoover & Associates<br>8000 Governors Sq. Circle<br>Suite # 101<br>Miami Lakes, FL 33016 | Charles J. Nielson<br><br>cjnielson@nielsonbonds.com<br>305 722-2673 | Vendor | | | | $185,293.00 |
| Aon Risk Services, Inc.<br>75 Remittance Dr., Ste. 1943<br>Chicago, IL 60675-1943 | Greg Crocker<br><br>gregory.crocker@aon.com<br>404 264-3035 | Vendor | | | | $182,059.15 |
| Passmore, Shanika c/o Sherry L. Parks<br>9370 SW 72nd Street<br>Suite A-266<br>Miami, FL 33173 | Sherry Parks, Esq.<br><br>sp156@bellsouth.net<br>305 279-7280 | Automobile claim for damages to vehicle | Contingent Disputed | | | $175,000.00 |
| The Ultimate Electrician<br>2330 NW 102 Avenue<br>Miami, FL 33172 | Jorge De La Noval, President<br><br>305 713-5976/305 646-1632 | Vendor | | | | $162,994.50 |
| Griffith Davidson & Shurtleff, P.C.<br>13737 Noel Road, #850<br>Dallas, TX 75240 | Scott Griffith<br><br>sgriffith@griffithdavison.com<br>972 392-8900 | Vendor | | | | $161,983.10 |