UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                           Chapter 11 Case

MAGNUM CONSTRUCTION MANAGEMENT,
LLC f/k/a Munilla Construction Management, LLC, [1]        Case No.:  19-_____

     Debtor.

_____/

**GLOBAL NOTES TO SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL
AFFAIRS OF MAGNUM CONSTRUCTION MANAGEMENT,
LLC F/K/A MUNILLA CONSTRUCTION MANAGEMENT, LLC**

On March 1, 2019, Magnum Construction Management, LLC f/k/a Munilla Construction Management, LLC (the "Debtor") filed its Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules and Statements") in accordance with Federal Rule of Bankruptcy Procedure 1007(b).  While the Debtor's Chief Financial Officer has exercised reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred.  Certain of the disclosures contained in the Schedules and Statements are derived from historical information maintained by the Debtor.  The information has not been audited.  Accordingly, the Debtor reserves the right to amend the Schedules and Statements from time to time as may be necessary or appropriate.  These global notes (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.     Description of the Case.  On March 1, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida.  The Debtor is currently operating its business as a debtor-in-possession under the Bankruptcy Code.

2.     Summary of Reporting Policies.  The Schedules and Statements have been signed by Gilberto Ruizcalderon, the Debtor's Chief Financial Officer.  Mr. Ruizcalderon has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.  In addition, the following conventions were adopted by the Debtor in the preparation of the Schedules and Statements:

---

[1]   The Debtor's address is 6201 SW 70th Street, 1st Floor, Miami, FL 33143.  The last four digits of the Debtor's federal tax identification number are 3403.

(a)   <u>Reporting Date</u>.  The Debtor's Schedules and Statements were prepared with data as near as possible to the Petition Date.

(b)   <u>Book Value</u>.  Unless otherwise noted, the carrying value on the Debtor's books (net book value), rather than the current market values, of the Debtor's interests in property and of the Debtor's liabilities, is reflected on the Debtor's Schedules and Statements.

(c)   <u>Causes of Action</u>.  The Debtor has not set forth all causes of action against all third parties as assets in its Schedules and Statements.  The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

(d)   <u>Schedule D</u>.  Except as otherwise agreed in accordance with a stipulation or agreed order or any other order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Holders of secured claims by virtue of holding setoff rights against the Debtors are not included on Schedule D.

(e)   <u>Schedule G</u>.  While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  The Debtor reserves all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Additionally, the placing of a contract or lease onto this Schedule shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract.

(f)   <u>Schedule H</u>.  Lists those parties potentially liable for material debts and obligations of the Debtor, based upon information currently available and may not be a complete list of all guarantors or co-obligors.

(g)   <u>Payments to Creditors and Insiders</u>.  On Statement of Financial Affairs 3a, the Debtor has scheduled all known payments that aggregate $6,425.00 or more to any creditor, made during the 90 days prior to the Petition Date, including payments made from the Trust Accounts established by Travelers Casualty and Surety Company of America and Berkshire Hathaway Specialty Insurance Company.  The data was compiled from checks written and cleared the bank.   It is believed that all checks have been captured; however, some checks may have been omitted.  To the extent a check/payment is later discovered, the Debtor will file an amendment.

3.    <u>Claims</u>.  The Debtor's Schedules identify creditors and set forth the Debtor's estimates of the claims of creditors as of the Petition Date.  Such Schedules may not have captured all claims.  Claim amounts will be amended as appropriate for any such items subsequently identified.

4.    <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Schedules D, E and F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated.  A failure to designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute

2

an admission that such claim is not subject to objection.  The Debtor reserves the right to dispute, or assert offsets or defenses to any claim reflected on these Schedules as to nature, amount, liability or status, or to otherwise subsequently designate any claim as disputed, contingent, or unliquidated.

     5.    <u>Global Notes Control</u>.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

* * * END OF GLOBAL NOTES * * *

* SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE *

8785409-1

**Fill in this information to identify the case:**

Debtor name   **Magnum Construction Management, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................................   $        0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................   $     98,830,922.30

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..................................................................................   $     98,830,922.30

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     24,771,237.69

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $     74,398.48

    3b. Total amount of claims of nonpriority amount of unsecured claims:
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$     22,602,493.54

4.   Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b     $     47,448,129.71

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Magnum Construction Management, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America, N.A.** **(Balance as of 2/28/19)** | **Operating Account** | **5453** | $0.00 |
| 3.2. | **Bank of America, N.A.** **(Balance as of 2/28/19)** | **Payroll Account** | **5466** | $0.00 |
| 3.3. | **SunTrust Bank, N.A.** **(Balance as of 2/28/19)** | **Operating Account** | **9620** | $65,846.34 |
| 3.4. | **Community Bank-Guantanamo Bay** **(Balance as of 2/28/19)** | **Checking** | **8747** | $0.00 |
| 3.5. | **Executive National Bank** **(Balance as of 2/28/19)** | **Payroll** | **3435** | $1,000.00 |
| 3.6. | **Executive National Bank** **(Balance as of 2/28/19)** | **Operating** | **6184** | $1,000.00 |
| 3.7. | **SunTrust Bank, N.A. (Balance as of 2/28/19)** | **Payroll Account** | **6046** | $124,438.98 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**                     Case number *(If known)* _____
          Name

|  | **Community Bank - Guantanamo Bay** | | | |
|---|---|---|---|---|
| 3.8. | **(Balance as of 2/28/19)** | Operating Account | 4542 | $0.00 |

**4.     Other cash equivalents** *(Identify all)*

**5.     Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$192,285.32**

---

**Part 2:     Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

**7.     Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**Deposits**
**Broward County Public Works Department**
**1 North University Drive**
**Box B300**
7.1.   **Plantation, FL 33324**                                            **$45,000.00**

---

**Credit Card Deposit**
**Bank of America, N.A.**
**100 N. Tryon Street**
7.2.   **Charlotte, NC 28255**                                            **$45,000.00**

**8.     Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.     Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    **$90,000.00**

---

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.     Accounts receivable**

| 11a. 90 days old or less: | **16,302,794.31** | - | **0.00** | = .... | **$16,302,794.31** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Accounts Receivable (as of 12/31/18)**

| 11b. Over 90 days old: | **4,156,041.96** | - | **0.00** | = .... | **$4,156,041.96** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Accounts Receivable (as of 12/31/18)**

**12.     Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$20,458,836.27**

---

**Part 4:     Investments**

**13. Does the debtor own any investments?**

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page  2

Debtor    **Magnum Construction Management, LLC**                    Case number *(If known)* _____
            Name

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Miscellaneous furniture and fixtures | $0.00 | Depreciation | $0.00 |

| | | |
|---|---|---|
| 40. | **Office fixtures** | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor   **Magnum Construction Management, LLC**                              Case number *(If known)* _____
         Name

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

      47.1.   **Automobiles/Trucks - See attached**
              **Exhibit B-47 (as of 12/31/18)**          $210,420.38      Depreciation                    $210,420.38

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm**
      **machinery and equipment)**
      **Machinery and Equipment (as of 12/31/18)**      $2,865,837.12    Depreciation                  $2,865,837.12

51.   **Total of Part 8.**                                                                  $3,076,257.50
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ☑ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

      ☑ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **Trademark:  MCM** **Mark Registered:  MCM and design of "MCM" capitalized letters in block format with circle around each letter with slogan "Building Excellence" in all caps below "MCM"** **Filed with Florida Secretary of State on May 23, 2008; Registration No. T08000000623 and T08000000867 (renewal)** **Mark used in connection with preconstruction services, design builder, construction management, architectural/engineering design, construction & bid services** | Unknown | | Unknown |

Official Form 206A/B                         Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    **Magnum Construction Management, LLC**                                    Case number *(If known)* _____
             Name

61.    **Internet domain names and websites**
        **www.mcm-us.com** _____ _____ **Unknown** _____ **Unknown**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                                   | **$0.00** |
        Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                                                    **Current value of
                                                                                                    debtor's interest**

71.    **Notes receivable**
        Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
        has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**
        **Claim against United Homecare Services, Inc. for
        foreclosure of lien, pending in the Miami-Dade County
        Circuit Court, Case No. 17-2742 CA 23**                                                        **$407,785.42**
        Nature of claim        **Foreclosure of Lien**
        Amount requested              **$407,785.42**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Magnum Construction Management, LLC**
Name

Case number *(If known)* _____

---

**Claim against Gannett Fleming, Inc. for breach of contract, pending in the Miami-Dade County Circuit Court, Case No. 01-17-0002-5889 (Project Name: Bridges of Las Olas/HEFT II)**

**Unknown**

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $0.00 |

---

**Claim against BEC Construction Corp., BEC Group Services, Inc. and Berkshire Hathaway Specialty Insurance Co. for breach of contract, pending in the Miami-Dade County Circuit Court, Case No. 18-3840 CA 08**

**$133,452.60**

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $133,452.60 |

---

**Insurance Claim for third party vehicle accident involving MCM vehicle Claim No. 30154689330-0001**

**Unknown**

| Nature of claim | Automobile insurance claim |
|---|---|
| Amount requested | $0.00 |

---

**Insurance claim for damages to building by Hurricane Irma Hartford Insurance DOI: 9/10/17**

**Unknown**

| Nature of claim | Property Damage Claim |
|---|---|
| Amount requested | $0.00 |

---

**Insurance claim for damage to rear end of 2015 Dodge Ram (Texas) Claim No. 30180002745-0001**

**Unknown**

| Nature of claim | General liability |
|---|---|
| Amount requested | $0.00 |

---

**Claim against Twin City for damages to Dallas Love Field Airport Gate 110, paid for by MCM**

**$21,354.36**

| Nature of claim | Claim to recover costs of repairs paid for by MCM |
|---|---|
| Amount requested | $21,354.36 |

---

**Claim against Miami-Dade Water & Sewer Department relating to Opa Locka 54 Project**

**$2,208,959.35**

| Nature of claim | Breach of contract |
|---|---|
| Amount requested | $2,208,959.35 |

---

**Claim against Core & Main, LP (HD Supply) relating to Opa Locka 54 Project**

**$3,794,890.00**

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $3,794,890.00 |

---

Debtor    **Magnum Construction Management, LLC**                          Case number *(If known)* _____
          Name

**Claim against Pierson, Inc. relating to Port Everglades project**                                                       $19,486.08

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $19,486.08 |

**Claim against Pierson, Inc. relating to Broward Boulevard project**                                                       $185,277.55

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $185,277.55 |

**Claim against The Polote Corporation and U.S. Army Corps. of Engineers relating to C-111 project**                                                       $3,007,223.53

| Nature of claim | Termination for convenience, damages and request for equitable adjustment |
|---|---|
| Amount requested | $3,007,223.53 |

**Claim against Gannett Fleming, Inc. relating to HEFT project**                                                       $7,399,745.00

| Nature of claim | Breach of Contract and Errors and Omissions claim (in arbitration) |
|---|---|
| Amount requested | $7,399,745.00 |

**Claim against Florida Turnpike Enterprises relating to HEFT project**                                                       $2,428,430.00

| Nature of claim | Breach of Contract and Request for Equitable Adjustment |
|---|---|
| Amount requested | $2,428,430.00 |

**Claim against Florida International University and Florida Department of Transportation relating to FIU Pedestrian Bridge project**                                                       $204,000.00

| Nature of claim | Contract Dispute |
|---|---|
| Amount requested | $204,000.00 |

**Claims against subcontractors, Allegiance Crane & Equipment, LLC, Barnhart Crane & Rigging, Bolton Perez & Associates, C&C Concrete Pumping (Concrete Holdings & Services LLC), Cemex, Inc., Figg Group, Inc., George's Crane Service, Inc., Gerdau Ameristeel, M G Vera, Inc., Matrax, Inc., RC Group, LLC, The Structural Group of South Florida, Inc., Structural Technologies LLC aka VSL, and various insurance carriers relating to the FIU Pedestrian Bridge**                                                       Unknown

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $0.00 |

**Claim against Broward County Aviation Department relating to T4 project**                                                       $4,750,710.21

| Nature of claim | Breach of Contract and Request for Equitable Adjustment |
|---|---|
| Amount requested | $4,750,710.21 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

Debtor   **Magnum Construction Management, LLC**                    Case number *(If known)* _____
         Name

**Claim against Berkley Insurance Co. and Greenlight**
**Electrical Systems relating to Miramar Readiness Center**
**project**                                                        $1,650,000.00

| Nature of claim | Breach of Contract (Performance bond) |
|---|---|
| Amount requested | $1,650,000.00 |

**Cross-Claim against South Florida Air Conditioning and**
**Refrigeration Corp. in United Homecare litigation matter,**
**relating to United Homecare project**                            Unknown

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

**Cross-Claim against Ocean Doors and Windows in**
**United Homecare litigation matter, relating to United**
**Homecare project**                                               Unknown

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

**Cross-Claim against Imperial Flooring Solutions and**
**Imperial Flooring Contractors Group, Inc. in United**
**Homecare litigation matter, relating to United Homecare**
**project**                                                        Unknown

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

**Cross-Claim against Aurora Plumbing Corp. in United**
**Homecare litigation matter, relating to United Homecare**
**project**                                                        Unknown

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

**Cross-Claim against A-1 All Florida Plumbing in United**
**Homecare litigation matter, relating to United Homecare**
**project**                                                        Unknown

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

**Cross-Claim against A-1 Property Services Group, Inc.**
**in United Homecare litigation matter, relating to United**
**Homecare project**                                               Unknown

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

**Claim against Naval Facilities Engineering Command**
**and Naval Facilities Engineering Command Southeast**
**relating to W.T. Sampson School project**                        $7,200,000.00

| Nature of claim | Request for Equitable Adjustment |
|---|---|
| Amount requested | $7,200,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**
          Name

Case number *(If known)* _____

**Claim against Hydrotech of Texas relating to FM 423 project**                                                          $550,000.00

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $550,000.00 |

**Claim against Texas Department of Transportation relating to FM 423 project**                                          $495,000.00

| Nature of claim | Request for Equitable Adjustment |
|---|---|
| Amount requested | $495,000.00 |

**Claim against Texas Department of Transportaton relating to US 75 project**                                            $450,000.00

| Nature of claim | Request for Equitable Adjustment |
|---|---|
| Amount requested | $450,000.00 |

**Claim against Hydrotech of Texas relating to US 75 project**                                                          $781,000.00

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $781,000.00 |

**Claim against North Texas Tollway Authority relating to DNT project**                                                 $750,000.00

| Nature of claim | Request for Equitable Adjustment |
|---|---|
| Amount requested | $750,000.00 |

**Claim against Texas Department of Transportation relating to FM 2181 project**                                        $294,500.00

| Nature of claim | Request for Equiptable Adjustment |
|---|---|
| Amount requested | $294,500.00 |

**Claim against Florida Department of Transportation relating to Hurricane Irma Emergency Recovery**                    $7,000,000.00

| Nature of claim | Breach of Contract and Request for Equitable Adjustment |
|---|---|
| Amount requested | $7,000,000.00 |

**Claim against BEC Group Services, Inc. relating to United Home Care project**                                         Unknown

| Nature of claim | Warranty Claim |
|---|---|
| Amount requested | $0.00 |

**Claim against BEC Construction Corp. relating to United Home Care project**                                           Unknown

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $0.00 |

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)* _____
          Name

**Claim against Figg Bridge Engineers, Inc. relating to FIU
City Pedestrian Bridge**                                                                    Unknown
Nature of claim          **Errors and Omissions Claim**
Amount requested                              **$0.00**

**Claim against Louis Berger, U.S., Inc. relating to FIU
City Pedestrian Bridge**                                                                    Unknown
Nature of claim          **Errors and Omissions Claim**
Amount requested                              **$0.00**

**Claim against Network Engineering Services, Inc.
relating to FIU City Pedestrian Bridge**                                                    Unknown
Nature of claim          **Errors and Omissions Claim**
Amount requested                              **$0.00**

**Claim against The Corradino Group relating to FIU City
Pedestrian Bridge**                                                                         Unknown
Nature of claim          **Errors and Omissions Claim**
Amount requested                              **$0.00**

**Claim against Professional Services Industries, Inc.
relating to FIU City Pedestrian Bridge**                                                    Unknown
Nature of claim          **Errors and Omissions Claim**
Amount requested                              **$0.00**

**Claim against Barnhart Crane and Rigging Co. relating
to FIU City Pedestrian Bridge**                                                             Unknown
Nature of claim          **Breach of Contract**
Amount requested                              **$0.00**

**Claim against George's Crane Services, Inc. relating to
FIU City Pedestrian Bridge**                                                                Unknown
Nature of claim          **Breach of Contract**
Amount requested                              **$0.00**

**Claim against Bridge Diagnostics, Inc. relating to FIU
City Pedestrian Bridge**                                                                    Unknown
Nature of claim          **Errors and Omissions Claim**
Amount requested                              **$0.00**

**Claim against Beton Diagnostics, Inc. relating to FIU
City Pedestrian Bridge**                                                                    Unknown
Nature of claim          **Errors and Omissions Claim**
Amount requested                              **$0.00**

**Claim against Cemex Construction Materials Florida,
LLC relating to FIU City Pedestrian Bridge**                                                Unknown
Nature of claim          **Breach of Contract**
Amount requested                              **$0.00**

| Debtor | **Magnum Construction Management, LLC** | Case number *(If known)* | |
| | Name | | |

**Claim against Gerdau Ameristeel US, Inc. relating to FIU City Pedestrian Bridge**

| Nature of claim | **Breach of Contract** | Unknown |
| Amount requested | **$0.00** | |

**Claim against Williams Form Engineering Corporation relating to FIU City Pedestrian Bridge**

| Nature of claim | **Errors and Omissions claim** | Unknown |
| Amount requested | **$0.00** | |

**Claim against Matrax, Inc. relating to FIU City Pedestrian Bridge**

| Nature of claim | **Errors and Omissions claim** | Unknown |
| Amount requested | **$0.00** | |

**Claim against Universal Engineering Sciences, Inc. relating to FIU City Pedestrian Bridge**

| Nature of claim | **Errors and Omissions Claim** | Unknown |
| Amount requested | **$0.00** | |

**Claim against RC Group, LLC relating to FIU City Pedestrian Bridge**

| Nature of claim | **Errors and Omissions Claim** | Unknown |
| Amount requested | **$0.00** | |

**Claim against Structural Technologies LLC relating to FIU City Pedestrian Bridge**

| Nature of claim | **Breach of Contract** | Unknown |
| Amount requested | **$0.00** | |

**Claim against Intertek International, Inc. relating to FIU City Pedestrian Bridge**

| Nature of claim | **Negligence** | Unknown |
| Amount requested | **$0.00** | |

**Claim against A&P Consulting Transportation Engineers Corp. relating to FIU City Pedestrian Bridge**

| Nature of claim | **Negligence** | Unknown |
| Amount requested | **$0.00** | |

**Claim against RLT Engineering Services, Inc. relating to FIU City Pedestrian Bridge**

| Nature of claim | **Negligence** | Unknown |
| Amount requested | **$0.00** | |

**Claim against Intertek PSI relating to FIU City Pedestrian Bridge**

| Nature of claim | **Negligence** | Unknown |
| Amount requested | **$0.00** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**
Name    Case number *(If known)* _____

---

**Claim against Structural Group, Inc. relating to FIU City Pedestrian Bridge**

| Nature of claim | Breach of Contract | Unknown |
|---|---|---|
| Amount requested | $0.00 | |

---

**Claim against Barsplice Products, Inc. relating to FIU City Pedestrian Bridge**

| Nature of claim | Negligence | Unknown |
|---|---|---|
| Amount requested | $0.00 | |

---

**Claim against The Structural Group of South Florida, Inc. relating to FIU City Pedestrian Bridge**

| Nature of claim | Breach of Contract | Unknown |
|---|---|---|
| Amount requested | $0.00 | |

---

**Claim against King Steel Corporation relating to FIU City Pedestrian Bridge**

| Nature of claim | Negligence | Unknown |
|---|---|---|
| Amount requested | $0.00 | |

---

**Claim against Juan J. Rendon and Raul T. Rendon (individually and as partners dba Rendon Manufacturing Co.) relating to FIU City Pedestrian Bridge**

| Nature of claim | Errors and Omissions claim | Unknown |
|---|---|---|
| Amount requested | $0.00 | |

---

**Claim against Lehigh Cement Company LLC relating to FIU City Pedestrian Bridge**

| Nature of claim | Negligence | Unknown |
|---|---|---|
| Amount requested | $0.00 | |

---

**Claim against Whitesell-Green, Inc. relating to NAS Meridian project**

| Nature of claim | Breach of Contract | $1,400,000.00 |
|---|---|---|
| Amount requested | $1,400,000.00 | |

---

**Claim against Southern National Track, Inc. and Travelers Casualty & Insurance relating to Lehman Test Track project**

| Nature of claim | Breach of Contract (guaranteed by performance bond) | $2,000,000.00 |
|---|---|---|
| Amount requested | $2,000,000.00 | |

---

**Claim against Michael Swerdlow, The Swerdlow Group, Alben Duffie and Downtown Retail Associates, LLC relating to Block 55 project**

| Nature of claim | Breach of Contract | Unknown |
|---|---|---|
| Amount requested | $0.00 | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**
          Name

Case number *(if known)* _____

**Claim against A&P Consulting Transportation Engineers Corp. relating to HEFT Subconsultants**                                            Unknown

| Nature of claim | Errors and Omissions claim |
|---|---|
| Amount requested | $0.00 |

**Claim against Acai Associates, Inc. relating to HEFT Subconsultants**                                            Unknown

| Nature of claim | Errors and Omissions claim |
|---|---|
| Amount requested | $0.00 |

**Claim against HBC Engineering Company relating to HEFT Subconsultants**                                            Unknown

| Nature of claim | Errors and Omissions claim |
|---|---|
| Amount requested | $0.00 |

**Claim against S & F Engineers, Inc. relating to HEFT Subconsultants**                                            Unknown

| Nature of claim | Errors and Omissions claim |
|---|---|
| Amount requested | $0.00 |

**Potential claims against Miami Parking Authority relating to Grove Bay project**                                            Unknown

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

**Claim against Integ-Crete Construction, LLC relating to Lakeside Ranch Stormwater Treatment Area (STA) Phase II South project**                                            Unknown

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $0.00 |

**Claim against 21st Century Electrical Contractors, Inc. relating to Port Everglades project**                                            $7,000.00

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $7,000.00 |

**Claim against Cemex Construction Materials Florida, LLC relating to FIU City Pedestrian Bridge**                                            $340,763.80

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $340,763.80 |

**Claim against Wylie Drilling & Drainage, Inc. relating to DNT project**                                            $400,000.00

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $400,000.00 |

**Claim against Staton Bros., Inc. relating to DNT project**                                            $300,000.00

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $300,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Magnum Construction Management, LLC**
         Name

Case number *(if known)* _____

**Claim against The Hartford Insurance relating to Broward Blvd. project**                                    $70,000.00

| Nature of claim | Insurance claim for crane repairs |
|---|---|
| Amount requested | $70,000.00 |

**Claim against AXA XL Claim No. 40077843) DOI: 11/10/17**                                    $700,000.00

| Nature of claim | Business Interruption Insurance Claim (Corporate Server Hack) |
|---|---|
| Amount requested | $700,000.00 |

**Claim against Crum & Forster relating to Dallas Love Field project**                                    $10,000.00

| Nature of claim | Insurance claim |
|---|---|
| Amount requested | $10,000.00 |

**Claim against Texas Department of Transportation for wrongful termination**                                    Unknown

| Nature of claim | Wrongful termination |
|---|---|
| Amount requested | $0.00 |

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
      **Monies owed to Debtor from affiliated entities (as of 12/31/18):**
      **Florida Concrete Products - $1,859,484.87**
      **MCM Global - $22,248,610 ($22,248,610) Written off - Involuntary Bankruptcy - $0.00**
      **JCON - $1,661,850.53**                                    $3,521,335.40

      **Costs incurred and estimated earnings in excess of billings on uncompleted jobs (as of 12/31/18)**                                    $9,948,029.00

      **Account Receivable Retainage (as of 12/31/18)**                                    $12,519,909.72

      **Employee Loans and Receivables (as of 12/31/18)**

      **Elliot Press**
      **11354 Millpond Greens Dr.**
      **Boynton Beach, FL 33473**
      **$59,956.00**

      **Stephanie Asenjo**
      **2444 SW 143rd Place**
      **Miami, FL 33175**
      **$2,038.32**

      **Sergio Tapia**
      **11500 SW 254th Street**
      **Homestead, FL 33032**
      **$2,696.87**                                    $64,691.19

---

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Magnum Construction Management, LLC**                    Case number *(If known)* _____
        Name

78.    **Total of Part 11.**                                                    | $75,013,543.21 |

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor    **Magnum Construction Management, LLC**                    Case number *(If known)* _____
                  Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $192,285.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $90,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,458,836.27 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,076,257.50 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $75,013,543.21 | |
| 91. **Total.** Add lines 80 through 90 for each column | $98,830,922.30  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $98,830,922.30 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# EXHIBIT B-47

## AUTOMOBILES / TRUCKS

| |
|---|
| 1988 GMC 1500 SLT |
| 1993 CHEVY SILVERADO |
| 1987 FORD F800 DUMP TRUCK |
| 1999 CHEVY SILVERADO |
| FORD TRUCK F-250 |
| 1989 DODGE RAM |
| 1990 DODGE RAM |
| 2003 ACURA |
| 2003 SILVERADO |
| TOYOTA LANDCRUISER |
| 2003 SILVERADO 150 |
| 1999 ISUZU |
| 1992 FORD F450 |
| 1994 CHEVY S50 |
| 1995 Inter'l 4700 White |
| 1994 MPR Isuzu Box Truck |
| 2003 Ford E250 White |
| 2005 Ford F-350DRW #1FDWF37P85E877799 |
| 2005 Ford F-350DRW #1FDWF37P25E845169 |
| 2005 Ford F-250 #1FTSX21PXSF05A202 |
| 2005 Ford F-250 #1FTSX21ID75EB72306 |
| 2000 Ford F-250 #1FTNXZ1F8YEE53202 |
| 1997 Ford CF700 #1FDXH81COVVA15408 |
| 2001 Isuzu NQR #JALE5814317900712 |
| 1980 Trailmobile Vin #A40347 |
| 2006 GMC Yukon #1GKFK66U06J139831 |
| 2004 Ford E350 Van #1FBNE31L54HB28960 |
| 2006 Ford F750 XLT #3FRWF75S56V376210 |
| 1999 BlueBird School Bus BUS-002 |
| 2007 Ford F-150 #1FTRX02W37KC58676 TRP-038 |
| 2007 Toyota Tundra #5TFBV54197X012323 TRP-040 |
| 1995 Ford F-450 #1FDLF47F5SEA51895 TRB005 |
| 2004 Lexus LS430 #JTHBN36F440139818 CAR-001 |
| 2002 Chevrolet Avalanche #3GNEK13T32G107481 TRP-054 |

8731960-1

# EXHIBIT B-47

## AUTOMOBILES / TRUCKS

| |
|---|
| 1996 International Thomas School Bus (BUS-003) |
| 1999 Ford F450 Super Cab #1FDXW46F6XEA98038 TRF-008 |
| 2000 Ford F350 Flatbed #1FDWF36F9YEB69644 TRF-009 |
| 2002 Peterbuilt 370 Hood Tractor #1XP5DB9X42N579200 TRT-006 |
| 2003 Mack CV-713 Dump Truck #1M2AG11C13M006249 TRD-009 |
| 2003 Mack CV-713 Dump Truck #1M2AG11C83M006247 TRD-010 |
| 2004 Mack CV-713 Dump Truck #1M2AG11C14M011825 TRD-012 |
| 2001 Mack Tractor Trailor #1M1AA12Y31W141234 (TRT-008) |
| 2004 Ford F350 #1FTWW33P04EA18980  (TRP-032) |
| 2001 Ford F450 #1FDXF46F81EA21047 (TRF-014) |
| 2005 Toyota 4Runner #JTEZU14R350060819 (TRS-012) |
| 2005 Ford Ranger Pick-up #1FTYR14U05PB03090 (TRP-036) |
| 2207 Ford Expedition #1FMFU15567LA54481 (TRS-017) |
| 2005 Ford F550 XLT #1FDAF57P15EB06935 (TRF-019) |
| 2005 Ford F350 LT #1FDWF34P87EB15939 (TRU-005) |
| 2007 Ford Ranger #1FTYR10U07PA83240 (TRP-055) |
| 2007 Toyota Tacoma #5TENX22N98Z507836 (TRP-056) |
| 2007 Ford F150 XL #1FTVX12547NA64135 (TRP-057) |
| 2007 Toyota Tundra #5TFRV54197X012397 (TRP-039) |
| 2006 Isuzu Box Truck SN JALC4B16867008295 (TRB-008) |
| 2004 Isuza Flatbed Truck SN JALB4B14347008339 (TRF-023) |
| 2004 Isuza Flatbed Truck SN JALC4B16257014740 (TRF-024) |
| 2005 Isuzu Box Truck SN JALC4B16357009322 (TRB-010) |
| 2006 Isuzu Box Truck SN JALC4B16X67010775(TRB-011) |
| 2005 Ford F750-1 Water Truck SN 3FRPF75N65V182301 (TRW-012) |
| 2006 Ford F350 SN 1FDSF34P66EB49956 (TRU-006) |
| 2007 Ford F550 Mechanic Truck SN 1FDAF56PX7EB49626 (TRM-010) |
| 2005 Ford F550 Mechanic Truck SN 1FDAF56P85EB28433 (TRM-009) |
| 2007 Ford F750 Water Truck SN 3FRXF75F27V515489 (TRW-011) |
| 2008 Ford F-150 SN 1FTRF122X8KC37234 (TRP-041) |
| 2008 Ford F-150 SN 1FTRX12W88FB02147 (TRP-042) |
| 2008 Ford F-150 SN 1FTRF12228KC84063 (TRP-045) |
| 2008 Ford F-150 SN 1FTRF12268KC28837 (TRP-043) |
| 2008 Ford F-150 SN 1FTRF12258KC21829 (TRP-044) |
| 2008 Mitsubishi FE 125 SN JL6AAG1S68K005947  (TRF-011) |

# EXHIBIT B-47

## AUTOMOBILES / TRUCKS

| |
|---|
| 2012 Ford F-150 SN 1FTFW1ET8CFA36411 (TRP-077) |
| 2008 Ford F-250 SN 1FTNX20508EB79566 (TRP-047) |
| 2008 Ford F-150 SN 1FTRF122X8KD79390 (TRP-050) |
| 2008 Ford F-150 SN 1FTRF12298KE04747 (TRP-049) |
| 2007 Terex TA30 Dump Truck SN A8941540 (TRD-000) |
| 2008 International 4400 Water Truck SN 3HAMSADR58L578826 (TRW-000) |
| 2008 International 7600 Dump Truck SN 3HTWYAHT08N636690 (TRD -000) |
| 2008 International 7600 Dump Truck SN 3HTWYAHT98N045659 (TRD-000) |
| 2008 International 7600 Dump Truck SN 3HTWYAHT28N045664 (TRD-000) |
| 2008 International 7600 Dump Truck SN 3HTWYAHTX8N045668 (TRD-000) |
| 2007 GMC Box Truck SN J8DE5J16577900392 (TRB-015) |
| 2004 Mitsubishi Box Truck SN JL6BKH1S44K011800 (TRB-016) |
| 2007 Isuzu MPR HD Box Truck SN JALC4J16777012186 (TRB-017) |
| 2004 Chevy Box Truck SN J8BE5B14947900839 (TRB-018) |
| 1991 Mack Truck #1M1AA05Y2MW010435 ( TRL-007) |
| 2002 Chevrolet W4500 Flatbed #J8BC4B15627011741 (TRF-026) |
| 2003 Isuzu NPR Flarbed #JALC4B14437002536 (TRF-027) |
| 1982 Great Dane GPDAR345 #1GRDN9031CM029401 (TLR-042) |
| 1996 Transcraft TL2000WV #1TTF48201T1051522 (TLR-043) |
| 2000 Dorsey DGTS Flatbed #1DTP16W21TG055252 (TLR-044) |
| 1989 Great Dane GPS245 Flatbed #1GRDM9020KM002005 (TLR-045) |
| 1976 Great Dane 40Ft Flatbed #315628  (TLR-046) |
| 2009 Hino 338 Truck #5PVN8JT892S51283 (TRL-004) |
| 2002 Chevy W4500    (TRF-026) |
| 1999 Stering Water Truck SN2FWWJWDA6XAF59101 (TRW-015) |
| 2001 Peterbuilt Water Truck SN 2XPNAD7X41M553685 (TRW-016) |
| 2008 Chevy Tahoe SN 1GNFC13598R237485 (TRS-020) |
| 2000 Mack Truck SN 1MP264COYM030356 (TRD-019) |
| 1995 Mack Truck SN 1M2P267C45M024336 (TRD-020) |
| 1997 Mack Truck SN 1M2AA11C5VW073901 (TRD-021) |
| 2001 Mack Truck SN 1M2AD62CX1W011312 (TRD-022) |
| 1999 Mack Truck SN 1M2P264CZXM028302 (TRD-023) |
| 1994 Mack Truck SN 1M2P289C7RM016492 (TRD-024) |
| 2002 Mack Truck SN 1M2AG11C52M002087 (TRD-025) |
| 2006 Ford F650 Water Truck SN 3FRNF65C16V379829 (TRW-017) |

8731960-1

# EXHIBIT B-47

## AUTOMOBILES / TRUCKS

| |
|---|
| 2007 Chevy W5500 Flatbed SN J8BESB16877301632 (TRF-032) |
| 2007 Chevy W4500 Flatbed SN J8BC4B16977008834 (TRF-033) |
| 2006 GMC W3500 Flatbed SN J8DB4B16067007783 |
| 2011 Ford E350 Van SN1FBSS3BL3BDA20951 (TRV-005) |
| 2008 Ford E350 Van SN 1FBSS31L08DA65971 (TRV-006) |
| 2004 Ford F650 TMA Truck W Scorpion #33 Attenuator (TRF-053) |
| 2012 Ford F-150 SN C02256 (TRP-130) |
| 2012 Ford F-150 SN B26926 (TRP-131) |
| 2012 Ford F-150 SN B53935 (TRP-132) |
| 2012 Ford F-150 SN A89760 (TRP-133) |
| 2009 Ford F-150 SN B45876 (TRP-134) |
| 2006 Isuzu NPR Truck SN O18646 (TRF-031) |
| 2006 Ford E-350 Van SN 94916 (TRV-021) |
| 2013 Ford Fuel & Lube Truck SN 1FDUF5HT3DEA42758 |
| 2007 Freightliner  Fuel & Lube Truck SN 1FVACXDC07HX55805 |
| 2000 Oshkosh M1070 8X8 HET Truck SN10TGJ9Y44YSG6650 |
| 2011 International 4300 SBA DURASTAR Water Truck (TRW-024) |
| 2008 Mack GU813 (TRT014) |
| 2008 Mack GU813 (TRT015) |
| 2003 Mack Mixer Truck DM690 SN 1M2B209C53M029549 (TRX-002) |
| 2018 Isuzu NPR XD Truck (TRF 057) (TRB 020) |

8731960-1

**Fill in this information to identify the case:**

Debtor name      **Magnum Construction Management, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **1st Source Bank, Construction** | | | |
|---|---|---|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Hyundai HL770-9 Wheeler Loader; S/N HLK01PB0000181, etc.**

**Describe the lien**
**Lien on Equipment**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Unknown** (Column A)    **Unknown** (Column B)

| 2.2 | **1st Source Bank, Construction** | | | |
|---|---|---|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Bomag MPH122-2 Recycler; S/N 101-590061014**

**Describe the lien**
**Lien on Equipment**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**Unknown** (Column A)    **Unknown** (Column B)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Magnum Construction Management, LLC**
Name

Case number (if know) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **1st Source Bank, Construction** | | **Unknown** | **Unknown** |

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Hyundai Excavator; S/N HQ601CB001067**

**Describe the lien**
**Lien on equipment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **1st Source Bank, Construction** | | **Unknown** | **Unknown** |

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**McCloskey Brothers J50 Crushing Plant; S/N 80468, etc.**

**Describe the lien**
**Lien on Equipment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **1st Source Bank, Construction** | | **Unknown** | **Unknown** |

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2010 Wirtgen WR2400 Soil Stabilizer; S/N: 05.WR.0191**

**Describe the lien**
**Lien on Equipment**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Magnum Construction Management, LLC**
　　　　Name

Case number (if know) _____

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.6 | **1st Source Bank, Construction** | | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | **Equipment Division** | **2006 Broce RJ350 Broom; S/N: 405046, etc.** | | |
| | **P.O. Box 783** | | | |
| | **South Bend, IN 46624** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Lien on Equipment** | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

---

| 2.7 | **1st Source Bank, Construction** | | $318,685.00 | $425,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | **Equipment Division** | **Liebherr Model LS-218HHSL, 110 Ton Crane, S/N N6K43707** | | |
| | **P.O. Box 783** | | | |
| | **South Bend, IN 46624** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Lien on Equipment** | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　　　Best Case Bankruptcy

Debtor  **Magnum Construction Management, LLC**                    Case number (if know) _____
         Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **1st Source Bank,** | | | |

**1st Source Bank, Construction**
Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**(1900104) Sioux M-2, Water Heating System);**
**S/N 1406011**

Describe the lien
**Lien on Equipment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Unknown        Unknown

---

| 2.9 |

**1st Source Bank, Construction**
Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2002 Mainotowcc Crawler Crane Model 555;**
**S/N: 5551044**

Describe the lien
**Lien on Equipment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$226,756.00        $300,000.00

---

| 2.1 0 |

**1st Source Bank, Construction**
Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Four 2008 Mack GU813 Granite trucks, S/N:**
**1M1AX16YX8M001825**

Describe the lien
**Lien on Equipment**

Unknown        Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  4 of 35

Debtor    **Magnum Construction Management, LLC**
Name

Case number (if know) _____

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.1 1 | **1st Source Bank, Construction** |
|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2013 Caterpillar TH514C Telehandler; S/N: MWC00302, etc.

**Describe the lien**
Lien on Equipment

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Unknown      Unknown

---

| 2.1 2 | **1st Source Bank, Construction** |
|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2012 Caterpillar D3KXL Crawler Tractor; S/N: CAT00D3KAFFF00825

**Describe the lien**
Lien on Equipment

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Unknown      Unknown

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Magnum Construction Management, LLC**    Case number (if know) _____
_____
Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 3 | **1st Source Bank, Construction** | | |
|---|---|---|---|

Creditor's Name

**Equipment Division
P.O. Box 783
South Bend, IN 46624**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2003 Mack DM690 Mixer Trucks; S/N: 1M2B209C03M029545, etc.**

Describe the lien
**Lien on Equipment**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Unknown          Unknown

---

| 2.1 4 | **1st Source Bank, Construction** | | |
|---|---|---|---|

Creditor's Name

**Equipment Division
P.O. Box 783
South Bend, IN 46624**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/20/15**
**Last 4 digits of account number**
**1311**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2015 Kenworth T370 Mechanics Truck; S/N: 2NKHHJ7X9FM430060, etc. (Leased; also on Schedule G)**

Describe the lien
**Lien on Equipment**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$78,829.00          $100,000.00

---

| 2.1 5 | **1st Source Bank, Construction** | | |
|---|---|---|---|

Creditor's Name

**Equipment Division
P.O. Box 783
South Bend, IN 46624**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2015 Dodge Ram 5500 HD (4x4) Mechanics Truck; S/N: 3C7WRNBL1FG544809 (Leased; also on Schedule G)**

Describe the lien
**Lien on Vehicle**

$36,060.00          $72,250.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 35

Debtor  **Magnum Construction Management, LLC**  Case number (if know) _____
_____
Name

_____
Creditor's email address, if known

**Date debt was incurred**
**3/24/15**
**Last 4 digits of account number**
**1351**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **1st Source Bank, Construction** |
|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Five Solar Tech Model MB-1548 Message Boards; S/N: 4GM2M1510C1411332, etc.**

**Describe the lien**
**Lien on Equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Unknown          Unknown

---

| 2.1 7 | **1st Source Bank, Construction** |
|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**One 2012 Freightliner M1206V Truck; S/N: 1FVHC3BS9CHBM4024**

**Describe the lien**
**Lien on Equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Unknown          Unknown

---

Debtor **Magnum Construction Management, LLC**                    Case number *(if know)* _____
     Name

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | |
|---|---|---|---|
| **2.1 8** | **1st Source Bank, Construction** | Describe debtor's property that is subject to a lien | $80,218.00 | $9,000.00 |

**1st Source Bank, Construction**
Creditor's Name
**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/26/15**
**Last 4 digits of account number**
**1503**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

Describe debtor's property that is subject to a lien
**Gomaco PS2600 Paver/Spreader; S/N: 904900-058 (Leased; also on Schedule G)**

Describe the lien
**Lien on Equipment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

       $80,218.00       $9,000.00

---

**2.1 9**

**1st Source Bank, Construction**
Creditor's Name
**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/16/15**
**Last 4 digits of account number**
**1583**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

Describe debtor's property that is subject to a lien
**2010 Isuzu NPR HD Truck; S/N: JALC4W165A7003765 (Leased; also on Schedule G)**

Describe the lien
**Lien on Equipment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

       Unknown       Unknown

---

**2.2 0**

**1st Source Bank, Construction**
Creditor's Name
**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**One Mega 12,000 gallon water stand tank; S/N: 13-78382**

Describe the lien
**Lien on Equipment**

       Unknown       Unknown

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Magnum Construction Management, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 1 | **1st Source Bank, Construction** | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Equipment Division
P.O. Box 783
South Bend, IN 46624**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**One Mega MPT 12,000 Gallon Water Stand Tank; S/N: 13-78302**

**Describe the lien**

**Lien on Equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 2 | **1st Source Bank, Construction** | | $13,757.00 | $29,500.00 |
|---|---|---|---|---|

Creditor's Name

**Equipment Division
P.O. Box 783
South Bend, IN 46624**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**9/29/15**

**Last 4 digits of account number**

**1748**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**1954 Manufacturing, Inc. Made Model WT1200 (12,000 gallon) portable water tank; S/N: WT12K00164 (Leased; also on Schedule G)**

**Describe the lien**

**Lien on Equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Magnum Construction Management, LLC**
_____          Case number (if know) _____

Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **1st Source Bank, Construction** | | | |
|---|---|---|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/16/16**
**Last 4 digits of account number**
**1838**
**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2015 Ford F550 XL (4x4) Truck; S/N:**
**1FDUF5HT6FEC15272 (Leased; also on**
**Schedule G)**

**Describe the lien**
**Lien on Equipment**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$54,220.00    $102,000.00

---

| 2.2 4 | **1st Source Bank, Construction** | | | |
|---|---|---|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/4/16**
**Last 4 digits of account number**
**1866**
**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Adler Open Top 18,000 gallon sediment tank;**
**S/N: A67980T (Leased; also on Schedule G)**

**Describe the lien**
**Lien on Equipment**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,069.00    $3,358.00

---

| 2.2 5 | **1st Source Bank, Construction** | | | |
|---|---|---|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Caterpillar 924H Wheel Loader: S/N:**
**CAT0924HPHXC01502;**
**Caterpillar 420E IT Loader Backhoe; S/N:**
**CAT42ELKMW02993**

**Describe the lien**

$0.00    $80,000.00

---

Debtor    **Magnum Construction Management, LLC**                                Case number (if know) _____
Name

**Lien on Equipment**
Is the creditor an insider or related party?

Creditor's email address, if known              ■ No
                                                ☐ Yes
                                                Is anyone else liable on this claim?

**Date debt was incurred**                      ■ No
**2/17/14**                                      ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8618**
Do multiple creditors have an                   **As of the petition filing date, the claim is:**
interest in the same property?                  Check that all apply

■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative        ☐ Disputed
priority.

---

| 2.2 6 | **1st Source Bank, Construction** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name
**Equipment Division**                          **One 2007 International 4200 (2000 gal) Water**
**P.O. Box 783**                                **Truck; S/N: 1HTMPAFP37H544708**
**South Bend, IN 46624**
Creditor's mailing address
                                                **Describe the lien**
                                                **Lien on Equipment**
                                                Is the creditor an insider or related party?

Creditor's email address, if known              ■ No
                                                ☐ Yes
                                                Is anyone else liable on this claim?

**Date debt was incurred**                      ■ No
                                                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

Do multiple creditors have an                   **As of the petition filing date, the claim is:**
interest in the same property?                  Check that all apply

■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative        ■ Disputed
priority.

---

| 2.2 7 | **1st Source Bank, Construction** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name
**Equipment Division**                          **(3552707) JLG G12-055A, Telehandler; S/N:**
**P.O. Box 783**                                **0160050412**
**South Bend, IN 46624**
Creditor's mailing address
                                                **Describe the lien**
                                                **Lien on Equipment**
                                                Is the creditor an insider or related party?

Creditor's email address, if known              ■ No
                                                ☐ Yes
                                                Is anyone else liable on this claim?

**Date debt was incurred**                      ■ No
                                                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

Do multiple creditors have an                   **As of the petition filing date, the claim is:**
interest in the same property?                  Check that all apply

Debtor  **Magnum Construction Management, LLC**
　　　　Name

Case number (if know) ＿＿＿＿＿＿＿＿＿＿＿＿＿

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.28 | **1st Source Bank, Construction** | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Challenger Model MT945C Tractor; S/N:
AGCC0945HNVRG1006; Challenger Model
MT945C Tractor; S/N: AGCC0945CNURG1015;
Challenger Model MT645C Tractor; S/N:
U162024; Caterpillar Model D6T XW Dozer;
S/N: T00D6TARCW01273

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

**Describe the lien**
Lien on Equipment
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.29 | **1st Source Bank, Construction** | | $38,375.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
(3871203) 2017 Isuzu NPR HD Truck; S/N:
JALC4J16XH7002155 with under body box
(Leased; also on Schedule G)

**Describe the lien**
Lien on Equipment
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**11/7/16**
**Last 4 digits of account number**
**2231**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | **1st Source Bank, Construction** | | $53,058.00 | $103,500.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Magnum Construction Management, LLC**

Name

Case number (*if know*)

Creditor's Name

1998 Cozad (6-axle) Steer Dolly Trailer; S/N: 1C9T38605W1167106; 1996 Nelson (6-axle) Space Dolly Trailer; S/N: 1N9D62X6XT1012872; 1997 Diamond (50-ton) Step Deck Trailer; S/N: 1D9EF4837VS235112 (Leased; also on Schedule G)

**Equipment Division
P.O. Box 783
South Bend, IN 46624**

Creditor's mailing address

Describe the lien

**Lien on Equipment**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**11/11/16**

Last 4 digits of account number

**2247**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 1 | **1st Source Bank, Construction** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien    $608,420.00    $540,000.00

**(3906036) 2001 Grove RT9130E (130-ton) Rough Terrain Crane; S/N: 222541; 2002 Grove RT9130E (130-ton) Rough Terrain Crane; S/N: 222826 (Leased; also on Schedule G)**

**Equipment Division
P.O. Box 783
South Bend, IN 46624**

Creditor's mailing address

Describe the lien

**Lien on Equipment**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**12/9/16**

Last 4 digits of account number

**2269**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 2 | **1st Source Bank, Construction** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien    $19,467.00    $35,000.00

**Equipment Division
P.O. Box 783
South Bend, IN 46624**

**2013 International 4300 Chassis; S/N: 1HJTSKL8DJ232685 (Leased; also on Schedule G)**

Creditor's mailing address

Describe the lien

**Lien on Equipment**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

---

Debtor  **Magnum Construction Management, LLC**
_____
Name

Case number (if know) _____

**Date debt was incurred**
**12/27/16**
**Last 4 digits of account number**
**2289**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **1st Source Bank, Construction** |
|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**(4024895) Caterpillar 416E 4x4 Backhoe; S/N: CAT0416EPSHA03726; Caterpillar 950H Wheel Loader; S/N: CAT0950HAKK5K03040, etc.**

**Describe the lien**

**Lien on Equipment**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Unknown          Unknown

---

| 2.3 4 | **1st Source Bank, Construction** |
|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/30/17**
**Last 4 digits of account number**
**2425**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**(4058917) 2012 International 4300 24" Flatbed Truck; S/N: 3HAMMAAL0CL556140 with IMT Model 13.9 3HIM Crane (Leased; also on Schedule G)**

**Describe the lien**

**Lien on Equipment**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$47,235.00          $45,000.00

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 14 of 35

Debtor    **Magnum Construction Management, LLC**
_____
Name

Case number (*if know*)
_____

| | |
|---|---|
| 2.3 5 | **1st Source Bank, Construction** |

Creditor's Name

**Equipment Division
P.O. Box 783
South Bend, IN 46624**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**(4103262) Broce RJ3450 Broom; S/N: 405046; Sullair 185CA Air Compressor; S/N: 004147739, etc.**
_____

**Describe the lien**
**Lien on Equipment**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Unknown**              **Unknown**

---

| | |
|---|---|
| 2.3 6 | **1st Source Bank, Construction** |

Creditor's Name

**Equipment Division
P.O. Box 783
South Bend, IN 46624**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**(4110052) Terex TA10 FLT5610 Fuel & Lube Truck; S/N: E510EW375**
_____

**Describe the lien**
**Lien on Equipment**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Unknown**              **Unknown**

---

| | |
|---|---|
| 2.3 7 | **1st Source Bank, Construction** |

Creditor's Name

**Equipment Division
P.O. Box 783
South Bend, IN 46624**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**(4371831) 2011 International 4300SBA Durastar Water Truck, VIN 1HTMMAAM2BH283232 w/ 2000 gal tank**
_____

**Describe the lien**
**Lien on Equipment**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

**Unknown**              **Unknown**

---

Debtor **Magnum Construction Management, LLC**                    Case number (if know) _____
_____
Name

| | |
|---|---|
| **Last 4 digits of account number** | ☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H) |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 8 | **1st Source Bank, Construction** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**(4388747) 2014 Erie-Strayer MG-12CP Mobile Central Mix Plant; S/N: MG-8673, with aggregate bins, etc., 2008 Mack GU813 Truck, S/N: 1M1AX16Y88M001825, etc.**

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

**Describe the lien**
**Lien on Equipment**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 9 | **1st Source Bank, Construction** | | **$145,000.00** | **$250,000.00** |
|---|---|---|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**(4463319) Gomaco GP-2400, 4 Track Slip Form Paver; S/N: 912400-029;**

**Describe the lien**
**Lien on Equipment**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/1/2014**

**Last 4 digits of account number**
**3557**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 0 | **1st Source Bank, Construction** | **Describe debtor's property that is subject to a lien** | **$80,000.00** | **$55,000.00** |
|---|---|---|---|---|

---

Debtor    **Magnum Construction Management, LLC**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name | (4887526) Two 2018 Isuzu NRP XD Trucks, S/N: JALC4W169J7K00891 and JALC4W161J7K01064, etc. |
| **Equipment Division** | |
| **P.O. Box 783** | |
| **South Bend, IN 46624** | |

Creditor's mailing address

Describe the lien
**Lien on Equipment**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**10/7/13 and 1/23/18**
**Last 4 digits of account number**
**1527**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **1st Source Bank, Construction** | Describe debtor's property that is subject to a lien | | $386,099.00 | $590,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Manitowac 555 - S/N: 5551044;**
**Link Belt LS18H HSL - S/N: N6K4-3707**
**Caterpillar 336EL ; S/N: CAT0336EJBZY00602**
**Caterpillar 120M; S/N: CAT0120MTB9C00175**

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

Describe the lien
**Lien on Equipment**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**5/2/04, 10/21/13, 2/17/14, 4/30/04**
**Last 4 digits of account number**
**8975**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **1st Source Bank, Construction** | Describe debtor's property that is subject to a lien | | $242,303.00 | $191,200.00 |
|---|---|---|---|---|---|

Creditor's Name

**Truckable Tug 25' 8" - S/N: 1262755 Hull 56**

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

Describe the lien
**Lien on Equipment**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**9/6/17**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Magnum Construction Management, LLC**
Name

Case number (if know) _____

**Last 4 digits of account number**
**7264**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **1st Source Bank, Construction** | | |
|---|---|---|---|

Creditor's Name

**Equipment Division**
**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/16/15**

**Last 4 digits of account number**
**1584**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2007 Isuzu NPR HD Truck; S/N: JALC4B16577012144 (Leased; also on Schedule G)**

**Describe the lien**
**Lien on Equipment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,071.00    $10,000.00

---

| 2.4 4 | **Bank of America, N.A.** | | |
|---|---|---|---|

Creditor's Name

**100 N. Tryon Street**
**NC1-007-31-05**
**Charlotte, NC 28255**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets of Debtor**

**Describe the lien**
**Lien on all assets**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

| 2.4 5 | **Bank of America, N.A.** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

Unknown    Unknown

---

Debtor    **Magnum Construction Management, LLC**                                    Case number (if know) _____
       Name

| Creditor's Name | |
|---|---|
| **2059 Northlake Parkway** | **Sultair 185DOQJD, 185 CFM Air Compressor** |
| **3rd Floor North** | |
| **Tucker, GA 30084** | |

Creditor's mailing address

    **Describe the lien**
    **Lien on Equipment**
    **Is the creditor an insider or related party?**
    ■ No
Creditor's email address, if known
    ☐ Yes
    **Is anyone else liable on this claim?**
**Date debt was incurred**
    ■ No
    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

    **As of the petition filing date, the claim is:**
    Check all that apply
    ☐ Contingent
    ☐ Unliquidated
    ■ Disputed

---

| 2.4 6 | **Bank of America, N.A.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

    Creditor's Name
**2059 Northlake Parkway**     **Grove RT540E-40 Ton Rough Terrain Crane;**
**3rd Floor North**                  **S/N: 234975**
**Tucker, GA 30084**

Creditor's mailing address

    **Describe the lien**
    **Lien on Equipment**
    **Is the creditor an insider or related party?**
    ■ No
Creditor's email address, if known
    ☐ Yes
    **Is anyone else liable on this claim?**
**Date debt was incurred**
    ■ No
    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

    **As of the petition filing date, the claim is:**
    Check all that apply
    ☐ Contingent
    ☐ Unliquidated
    ■ Disputed

---

| 2.4 7 | **Bank of America, N.A.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

    Creditor's Name
**2059 Northlake Parkway**     **Caterpillar Excavator; S/N: TZA00240;**
**3rd Floor North**                  **MPG01096; RHN03417**
**Tucker, GA 30084**

Creditor's mailing address

    **Describe the lien**
    **Lien on Equipment**
    **Is the creditor an insider or related party?**
    ■ No
Creditor's email address, if known
    ☐ Yes
    **Is anyone else liable on this claim?**
**Date debt was incurred**
    ■ No
    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

---

Debtor **Magnum Construction Management, LLC**          Case number (if know) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 8 | **Bank of America, N.A.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**2059 Northlake Parkway
3rd Floor North
Tucker, GA 30084**
Creditor's mailing address

**AB-525360 Arrow & Message Board, 15 LAMO LED), etc.**

**Describe the lien**
**Lien on Equipment**
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 9 | **Bank of America, N.A.** | **Describe debtor's property that is subject to a lien** | $45,745.00 | $87,040.00 |
|---|---|---|---|---|

Creditor's Name

**1075 Main Street
MA6-535-02-16
Waltham, MA 02451**
Creditor's mailing address

**Globe GTBN554; S/N: 1G9BN5346CB336885 2013 Peterbilt 389; S/N: 1XPXP4EX3DD201783; (Leased; also on Schedule G)**

**Describe the lien**
**Lien on Equipment**
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/28/14**

**Last 4 digits of account number**
**0005**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 0 | **Berkshire Hathaway Specialty Ins. Co** | **Describe debtor's property that is subject to a lien** | $4,072,470.14 | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Magnum Construction Management, LLC**                     Case number (if know) _____

_____
Name

Creditor's Name

**National Liability & Fire Insurance Co.**
**National Indemnity Company**
**1100 Abernathy Road NE, Ste. 1200**
**Atlanta, GA 30328**
Creditor's mailing address

**Describe the lien**
**Surety**
_____
Is the creditor an insider or related party?

_____                          ■ No
Creditor's email address, if known      ☐ Yes
                                        Is anyone else liable on this claim?

**Date debt was incurred**              ■ No
                                        ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

Do multiple creditors have an          **As of the petition filing date, the claim is:**
interest in the same property?          Check all that apply
■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.5<br>1 | **Caterpillar Financial Services Corp.** |
|---|---|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**          **Unknown**          **Unknown**
**Caterpillar D6NXL Track Type Tractor, S/N DJA00841**

**Describe the lien**
**Lien on Equipment**
Is the creditor an insider or related party?

_____                          ■ No
Creditor's email address, if known      ☐ Yes
                                        Is anyone else liable on this claim?

**Date debt was incurred**              ■ No
                                        ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

Do multiple creditors have an          **As of the petition filing date, the claim is:**
interest in the same property?          Check all that apply
■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ■ Disputed
priority.

---

| 2.5<br>2 | **Caterpillar Financial Services Corp.** |
|---|---|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**          **$98,896.00**          **$60,000.00**
**Caterpillar M318D Wheeled Excavator, S/N: D8W00461**

**Describe the lien**
**Lien on Equipment**
Is the creditor an insider or related party?

_____                          ■ No
Creditor's email address, if known      ☐ Yes
                                        Is anyone else liable on this claim?

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor  **Magnum Construction Management, LLC**
Name

Case number (if know)

---

Date debt was incurred
**3/16/16**
Last 4 digits of account number
**0005**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 3 | **Caterpillar Financial Services Corp.** | | $7,882.00 | $16,000.00 |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue
Nashville, TN 37203**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**One Broce CR350 Broom; S/N: 408377
(Leased; also on Schedule G)**

Describe the lien
**Lien on Equipment**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/26/14**
Last 4 digits of account number
**2000**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 4 | **Caterpillar Financial Services Corp.** | | $29,907.00 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue
Nashville, TN 37203**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Caterpillar 299D Skid Steer Loader; S/N:
GTC02002, with electric quick coupler and
78" GP Bucket**

Describe the lien
**Lien on Equipment**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/23/15**
Last 4 digits of account number
**8000**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 5 | **Caterpillar Financial Services Corp.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Debtor **Magnum Construction Management, LLC**　　　　　Case number (if know) _____
　　　　Name

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**One Caterpillar 938K Wheel Loader; S/N: SWL00523; One Caterpillar QC Bkt: S/N: SWL00360B; One Caterpillar 72" Forks; S/N: B1H05428**

Describe the lien
**Lien on Equipment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.56 | **Caterpillar Financial Services Corp.** | | Unknown | Unknown |
|------|------|------|------|------|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Peterbilt 335 Truck; VIN: 2NPLLD0X77M672877 with Altec AC26-103, etc.**

Describe the lien
**Lien on Equipment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.57 | **Caterpillar Financial Services Corp.** | | $66,030.00 | $50,000.00 |
|------|------|------|------|------|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/5/16**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Caterpillar CP56B Vibratory Compactor; S/N: LHC00142**
**(Leased; also on Schedule G)**

Describe the lien
**Lien on Equipment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

Debtor   **Magnum Construction Management, LLC**                    Case number (if know) _____
_____
Name

**5000**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| �True☐ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent ☐ Unliquidated ☐ Disputed |

---

| 2.5 8 | **Caterpillar Financial Services Corporati** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue
Nashville, TN 37203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Caterpillar 966K Wheel Loader; S/N: TFS00342**

**Describe the lien**

**Lien on Equipment**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent ☐ Unliquidated ☑ Disputed |

---

| 2.5 9 | **Caterpillar Financial Services Corporati** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue
Nashville, TN 37203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Caterpillar 950K Wheel Loader; S/N: R4A02091, etc.**

**Describe the lien**

**Lien on Equipment**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent ☐ Unliquidated ☑ Disputed |

---

| 2.6 0 | **Caterpillar Financial Services Corporati** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue
Nashville, TN 37203**

**Describe debtor's property that is subject to a lien**

**Caterpillar 277C, Multi Terrain Loader; S/N: MET00413, etc.**

---

Debtor    **Magnum Construction Management, LLC**                     Case number (if know) _____

        Name

Creditor's mailing address                    **Describe the lien**
                                              **Lien on Equipment**
                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ■ Disputed
priority.

---

| 2.6 1 | **Caterpillar Financial Services Corporati** | | | Unknown | Unknown |

      Creditor's Name

    **2120 West End Avenue**          **Describe debtor's property that is subject to a lien**
    **Nashville, TN 37203**            **Caterpillar 308E2CRSB Hydraulic Excavator;**
Creditor's mailing address                    **S/N TMX00509, etc**

                                              **Describe the lien**
                                              **Lien on Equipment**
                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ■ Disputed
priority.

---

| 2.6 2 | **Caterpillar Financial Services Corporati** | | | Unknown | Unknown |

      Creditor's Name

    **2120 West End Avenue**          **Describe debtor's property that is subject to a lien**
    **Nashville, TN 37203**            **Caterpillar 950K Wheel Loader; S/N:**
Creditor's mailing address                    **R4A02197, etc.**

                                              **Describe the lien**
                                              **Lien on Equipment**
                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**
Name

Case number (*if know*) _____

☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 3 | **Caterpillar Financial Services Corporati** | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue
Nashville, TN 37203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Caterpillar 938 wheel loader; S/N: SWL00571;
Caterpillar QC Bkt; S/N: SWL00571BQFS**

**Describe the lien**
**Lien on Equipment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 4 | **Caterpillar Financial Services Corporati** | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue
Nashville, TN 37203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Caterpillar 938K Wheel Loader; S/N:
YEP00409; Caterpillar 36" Bkt; S/N:
NBC04828**

**Describe the lien**
**Lien on Equipment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 5 | **Caterpillar Financial Services Corporati** | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue
Nashville, TN 37203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Caterpillar 321DLCR Hydraulic Excavator;
S/N: MPG01294; One Caterpillar 30" Bkt; S/N:
NBC10907; One Caterpillar 42" Bkt; S/N:
MHJ12614**

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Magnum Construction Management, LLC**
_____
Name

Case number (if known) _____

Lien on Equipment
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 6 | **Caterpillar Financial Services Corporati** | | |
|---|---|---|---|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Link Belt NC248 200 Ton Truck Crane; S/N: C5NI88043 (Leased; also on Schedule G)**

$210,467.00          $250,000.00

**Describe the lien**

Lien on Equipment
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2/23/18**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**
**0003**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 7 | **CIT Finance LLC** | | |
|---|---|---|---|

Creditor's Name

**10201 Centurion Parkway North**
**Suite 100**
**Jacksonville, FL 32256**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**RICOH MPC4000 V1205400486, RICOH MPC6501 M8507801088, RICOH MPC5000 V8005400552 plus products thereof (Lease; also listed on Schedule G)**

Unknown          Unknown

**Describe the lien**

Lien on Equipment
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Magnum Construction Management, LLC**
          Name

Case number (if know) _____

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 8 | **Corporation Service Company, as rep.** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 2309**
**Springfield, IL 62703**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**NPK Breakers; S/N: 110133/MRN46199, etc.**

Describe the lien
**Lien on Equipment**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Unknown          Unknown

---

| 2.6 9 | **Dell Financial Services L.L.C.** | | |
|---|---|---|---|

Creditor's Name

**Mail Stop - PS2DF-23**
**One Dell Way**
**Round Rock, TX 78682**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Computer equipment, peripherals and other equipment and software (Lease; also listed on Schedule G)**

Describe the lien
**Lien on Equipment**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

---

| 2.7 0 | **Kelly Tractor Co.** | | |
|---|---|---|---|

Creditor's Name

**8255 NW 58th Street**
**Miami, FL 33166**

Describe debtor's property that is subject to a lien
**Caterpillar Model 325FL Hydraulic Excavator; S/N: XAA00326;  Caterpillar Bucket BKT320F; S/N: NBC19238; Caterpillar Thumb Attachment CATTHUMB325D, SN: 7JW21224 (Lease; also on Schedule G)**

Unknown          Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 28 of 35

Debtor   **Magnum Construction Management, LLC**                    Case number (if know) _____
_____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **Lien on Equipment** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.7 1 | **Kubota Credit Corporation, U.S.A.** | **Describe debtor's property that is subject to a lien** | **$5,657.00** | **$6,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Kubota RTV-X1140WL-H; SN:11505 UV Worksite w/ HDWS Tires/Line** | | |
| | **4400 Amon Carter Blvd., Ste. 100** | | | |
| | **Fort Worth, TX 76155** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Lien on Equipment** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **2/23/16** | | | |
| | **Last 4 digits of account number** | | | |
| | **2194** | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.7 2 | **Milner, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Four Ricoh C6502 Copiers, 3 Ricoh C4503 Copiers, etc.** | | |
| | **1111 Old Eagle School Road** | **(Lease; also on Schedule G)** | | |
| | **Wayne, PA 19087** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Lien on Equipment** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Magnum Construction Management, LLC**    Case number (*if know*)
_____
Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 3 | **Nortrax, Inc.** | | |
|---|---|---|---|

Creditor's Name

**4042 Park Oaks Boulevard**
**Suite 200**
**Tampa, FL 33610**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    Unknown    Unknown
**Bomag BW190; Stock # 78699, S/N: 151035;**
**(Lease; also listed on Schedule G)**

_____
Creditor's email address, if known

**Describe the lien**
**Lien on Equipment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.7 4 | **Nortrax, Inc.** | | |
|---|---|---|---|

Creditor's Name

**4042 Park Oaks Blvd.**
**Suite 100**
**Tampa, FL 33610**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    Unknown    Unknown
**Bomag BW177D, Stock 10171; S/N: 031298**

_____
Creditor's email address, if known

**Describe the lien**
**Lien on Equipment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**9/25/15**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.7 5 | **RDO Equipment Co.** | | |
|---|---|---|---|

Creditor's Name

**700 7th Street South**
**Fargo, ND 58103**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    Unknown    Unknown
**2016 John Deere 85G; S/N:**
**1FF085GXPGJ018491**
**2016 Strickland MFG 75HD30; S/N: 28389-26L**

**Describe the lien**
**Lien on Equipment**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 30 of 35

Debtor    **Magnum Construction Management, LLC**                    Case number (if know) _____
       Name

---

|  |  |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes |
| | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.7 6 | **RDO Equipment Co.** | Describe debtor's property that is subject to a lien<br>**2016 John Deere 75G S/N: 1FF075GXPGJ015979; 2016 Okada America ORV1300 S/N: 82V744 2016 Strickland MFG 75HD24 S/N: 28389-06L, etc.** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**700 7th St. South
Fargo, ND 58103**
Creditor's mailing address

Describe the lien
**Lien on Equipment**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 7 | **SunTrust Equipment Finance & Leasing Corp.** | Describe debtor's property that is subject to a lien<br>**2009 140M Wheel Loader; S/N: 0R4AD0859, etc.** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**300 East Joppa Road, Suite 700
Towson, MD 21286**
Creditor's mailing address

Describe the lien
**Lien on Equipment**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**
_____    Case number (if know) _____

Name

■ No
□ Contingent
□ Yes. Specify each creditor,    □ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

| 2.7 8 | **SunTrust Equipment Finance & Leasing** | | | |

Creditor's Name

**Corp.**
**300 East Joppa Road, Suite 700**
**Towson, MD 21286**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

□ Yes. Specify each creditor, including this creditor and its priority.

**Describe debtor's property that is subject to a lien**    Unknown    Unknown
**N-50 Equipment, etc.**

**Describe the lien**
**Lien on Equipment**

**Is the creditor an insider or related party?**
■ No
□ Yes

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

| 2.7 9 | **SunTrust Equipment Finance & Leasing** |

Creditor's Name

**Corp.**
**300 East Joppa Road, Suite 700**
**Towson, MD 21286**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

□ Yes. Specify each creditor, including this creditor and its priority.

**Describe debtor's property that is subject to a lien**    Unknown    Unknown
**(2) 12" Trash Pumphead; S/N: 12T-222 & 12T-223, etc.**

**Describe the lien**
**Lien on Equipment**

**Is the creditor an insider or related party?**
■ No
□ Yes

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

| 2.8 0 | **SunTrust Equipment Finance & Leasing** |

**Describe debtor's property that is subject to a lien**    Unknown    Unknown

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 32 of 35

Debtor    **Magnum Construction Management, LLC**
_____    Case number (if know) _____
Name

| | |
|---|---|
| Creditor's Name<br>**Corp.**<br>**300 East Joppa Road, Suite 700**<br>**Towson, MD 21286**<br>Creditor's mailing address | **Four 250 HPND Hydraulic Power Unit 250**<br>**Five 825HPND Hydraulic Power Unit 850**<br>**One 24AX Pump Head 24 Axial Flow**<br>**One Hose800 Hydraulic Hose Set 800 HPND** |

**Describe the lien**
**Lien on Equipment**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | |
|---|---|---|---|
| 2.8<br>1 | **Travelers Casualty and Surety Company**<br>Creditor's Name<br>**of America**<br>**Attn:  Kimberly Zanotta**<br>**111 Schilling Road**<br>**Hunt Valley, MD 21031**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>_____ | $17,783,561.55 | Unknown |

**Describe the lien**
**Surety**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.8<br>2 | **Wells Fargo Equipment Finance, Inc.**<br>Creditor's Name<br>**733 Marquette Avenue**<br>**Suite 700**<br>**Minneapolis, MN 55402**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**G&Z S850 Slipform Paver; S/N:P S850-C763-178, including Leica Pavesmart 3D Stingless System-Complete (Control System), etc.** | Unknown | Unknown |

**Describe the lien**
**Lien on Equipment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

Creditor's email address, if known
_____

**Date debt was incurred**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 33 of 35

Debtor    **Magnum Construction Management, LLC**
      Name

Case number (if know) _____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.8 3**    **Wells Fargo Equipment Finance, Inc.**
    Creditor's Name

**733 Marquette Avenue Suite 700 Minneapolis, MN 55402**
    Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**NorAM Model 65E Motor Grader; S/N: 65ET9777, together with all replacements, substitutions, etc. (Lease; also on Schedule G)**

**Describe the lien**
**Lien on Equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Unknown      Unknown

---

**2.8 4**    **Wells Fargo Equipment Finance, Inc.**
    Creditor's Name

**733 Marquette Avenue Suite 700 Minneapolis, MN 55402**
    Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Caterpillar Model 320DL Track Excavators; S/N: PHX02512, etc**

**Describe the lien**
**Lien on Equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Unknown      Unknown

---

**2.8 5**    **Zurich Insurance Group**

**Describe debtor's property that is subject to a lien**

$0.00      $0.00

---

Debtor **Magnum Construction Management, LLC**                                    Case number (if know) _____
_____
Name

Creditor's Name

**American Zurich Insurance
Company**
**1400 American Lane**
**Schaumburg, IL 60196**
_____
Creditor's mailing address

**Describe the lien**
**Surety**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$24,771,237.<br>69** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank of America, N.A.**<br>**1075 Main Street**<br>**MA6-535-02-16**<br>**Waltham, MA 02451** | Line  **2.44** | |
| **Bank of America, N.A.**<br>**701 Brickell Avenue**<br>**Miami, FL 33131** | Line  **2.44** | |
| **Gregory P. Brown**<br>**Hill Ward Henderson, P.A.**<br>**101 E. Kennedy Blvd., Ste. 3700**<br>**Tampa, FL 33602** | Line  **2.50** | |
| **Kelly Perry**<br>**Berkshire Hathaway Specialty Insurance**<br>**1100 Abernathy Road NE, Ste. 1200**<br>**Atlanta, GA 30328** | Line  **2.50** | |
| **Sam H. Poteet, Jr., Esq. and**<br>**Mary Paty Lynn LeVan, Esq.**<br>**Manier & Herod**<br>**1201 Demonbreun St., Ste. 900**<br>**Nashville, TN 37203** | Line  **2.81** | |

| Fill in this information to identify the case: |
|---|

Debtor name **Magnum Construction Management, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Broward County Tax Collector**<br>**115 S. Andrews Avenue, Room 111**<br>**Fort Lauderdale, FL 33301-1801** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**(Notice Purposes Only)** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Dallas County Tax Collector**<br>**1201 Elm Street, Suite 2600**<br>**Dallas, TX 75270** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$74,398.48** | **$74,398.48** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Tangible personal property taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    34527                    Best Case Bankruptcy

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employee wages owed to certain employees
(The Debtor has filed a motion seeking
authorization to file employee related
wage data under seal)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(Notice Purposes Only)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(Notice Purposes Only)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Martin County County Tax
Collector
1111 SE Federal Highway, Suite
330
Stuart, FL 34994**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(Notice Purposes Only)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Magnum Construction Management, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Miami Dade County**
**10710 SW 211th Street**
**Suite 207**
**Miami, FL 33189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(Notice Purposes Only)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mississippi Department of**
**Revenue**
**500 Clinton Center Drive**
**Clinton, MS 39056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(Notice Purposes Only)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Monroe County Tax Collector**
**P.O. Box 1176**
**Key West, FL 33041-1176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(Notice Purposes Only)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Palm Beach County Tax Collector**
**P.O. Box 3715**
**West Palm Beach, FL 33402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(Notice Purposes Only)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Magnum Construction Management, LLC**

Name

Case number (if known) _____

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**St. Lucie County Tax Collector**
**2300 Virginia Avenue, Room 121**
**Fort Pierce, FL 34982-5632**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(Notice Purposes Only)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts**
**1700 Congress Avenue**
**Austin, TX 78701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(Notice Purposes Only)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**2181 Joint Venture**
**17714 Bannister Street**
**Suite #3**
**Dallas, TX 75252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,732.32 |
|---|---|---|---|

**21st Century Electrical Contractors**
**1530 NW 26th Avenue**
**Pompano, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,473.39 |
|---|---|---|---|

**24-7 Mobile Service**
**8567 SW 24th Street, #210**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**4 Star Services, Inc.**
3037 NW 60th Street
Ft. Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**6201 of Miami, LLC**
6201 SW 70th Street
Miami, FL 33143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,959.20 |
|---|---|---|---|

**777 Lakes LP**
218 W. Wall Street
Grapevine, TX 76051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**90 Minute Courier, Inc.**
6883 NE 3rd Avenue
Miami, FL 33138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A & M Brothers Concrete Corp.**
95 NE 12th Street
Homestead, FL 33030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A Falero Distributors Inc.**
10420 SW 77th Avenue
Pinecrest, FL 33156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A Plus Dewatering Group Inc.**
378 Northlake Blvd., #165
North Palm Beach, FL 33408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **Magnum Construction Management, LLC**
_____    Case number (if known) _____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.11**

Nonpriority creditor's name and mailing address

**A Tarler, Inc.**
**1403 SW 8th Street**
**Pompano Beach, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.12**

Nonpriority creditor's name and mailing address

**A&B Pipe and Supply, Inc.**
**P.O. Box 133367**
**Hialeah, FL 33013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$50.30

---

**3.13**

Nonpriority creditor's name and mailing address

**A&M Top Quality Service, Inc.**
**P.O. Box 173667**
**Hialeah, FL 33017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.14**

Nonpriority creditor's name and mailing address

**A&P Consulting Transportation**
**Engineers Corporation**
**10305 NW 41 St., #115**
**Miami, FL 33165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to FIU pedestrian bridge project**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.15**

Nonpriority creditor's name and mailing address

**A&R Demolition**
**13201 FM 812**
**Del Valle, TX 78617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.16**

Nonpriority creditor's name and mailing address

**A&W Bearings & Supply Co. Inc.**
**P.O. Box 540757**
**Dallas, TX 75354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.17**

Nonpriority creditor's name and mailing address

**A-1 All Florida Painting Inc.**
**7531 NW 54th Street**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$105,116.98

---

Debtor **Magnum Construction Management, LLC**
Name

Case number (if known) _____

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,874.13 |

**A-1 All Florida Painting, Inc.**
7531 NW 54th Street
Miami, FL 33166

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential claims relating to United Homecare project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**A-1 Block Corporation**
1617 South Division Avenue
Orlando, FL 32805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**A-1 Duran Roofing, Inc.**
8095 NW 64th Street
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**A-1 Property Services Group, Inc.**
P.O. Box 667687
Miami, FL 33166

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential claims relating to United Homecare project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**A-1 Property Services Inc.**
6110-6108 NW 74th Avenue
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**A-Core Of Texas**
4413 Carey Street
Fort Worth, TX 76119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**A.C. Cooling Projects Inc.**
dba American Commercial Service
210 174 St., Suite 2307
North Miami Beach, FL 33160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)* _____
       Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A.C. Schultes of Florida, Inc.**
**dba Jaffer Well Drilling**
**1451 SE 9 Ct.**
**Hialeah, FL 33010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A1A Sod Sand & Soil, Inc.**
**28400 S. Dixie Hwy**
**Homestead, FL 33033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A2B Engineering, LLC.**
**5406 N. Hoover Blvd.**
**Suite 12**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188,582.46 |
|---|---|---|---|

**AAP Construction Group Corp.**
**6001 NW 153rd Street**
**Suite A**
**Miami Lakes, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,256.52 |
|---|---|---|---|

**ABC Construction, Inc.**
**7215 NW 8th Street**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101.87 |
|---|---|---|---|

**ABC Imaging**
**P.O. Box 791319**
**Baltimore, MD 21279-1319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABG Transport**
**3842 Merrell Rd.**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Magnum Construction Management, LLC**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Absolute Erosion Control, LLC**
P.O. Box 781826
Orlando, FL 32878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ACME Barricades, LC**
9800 Normandy Blvd.
Jacksonville, FL 32211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $114.40 |

**Acosta, Oscar**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential claims relating to S-902 Opa Locka project**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Acousti Doors & Specialties, LLC**
3400 Town Point Dr. NW
Ste.  110
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $82,688.26 |

**Acousti Engineering Co. of FL**
11700 NW 101 Road
Suite 1
Miami, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Acousti of South Florida, LLC**
Attn.: Robert Crozier
4656 34th Street S.W.
Orlando, FL 32811

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Venture with MCM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,040.52 |

**Acrow Bridge**
311 Magnolia Ave.
Fairhope, AL 36532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,914.62** |
|---|---|---|---|

**Action Fuel & Lube**
3075 NW South River Drive
Miami, FL 33142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Action Sales, LLC dba Action Sod &
Landscape**
P.O. Box 833143
Miami, FL 33283

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Lawsuit filed in Miami-Dade County Circuit Court for payment of bond; Case No. 18-018311 CC 05

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140,625.00** |
|---|---|---|---|

**Action Sod & Landscape Gardens**
P.O. Box 833143
Miami, FL 33283-3143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,707.47** |
|---|---|---|---|

**Acton Mobile Industries**
P.O. Box 758689
Baltimore, MD 21275-8689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Advanced Builders Group, Inc.**
7911 NW 72nd Avenue
Suite 118-B
Medley, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,890.06** |
|---|---|---|---|

**Advanced Roofing, Inc.**
1950 NW 22nd Street
Ft. Lauderdale, FL 33311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Advanced Systems, Inc.**
1415 South 30th Avenue
Hollywood, FL 33020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62.39** |

**Aero Hardware & Supply**
**dba Hydraulic Supply Co.**
**300 International Parkway**
**Sunrise, FL 33355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Aetna**
**Aetna - HartfoRd.**
**P.O. Box 88863**
**Chicago, IL 60695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**AF Property Group, LLC.**
**370 Miracle Mile**
**Miami, FL 33134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Potential claims relating to Lummus Park project**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$155,168.55** |

**AFCO**
**4501 College Blvd.**
**Suite # 320**
**Leawood, KS 66211-2328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Aflac**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,243.10** |

**Agricultural Land Services, Inc.**
**12265 State Road 7**
**Boynton Beach, FL 33437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,495.00** |

**Agtek Development Co., Inc.**
**396 Earhart Way**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Magnum Construction Management, LLC**
_____
Name

Case number (if known) _____

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.06 |

**Airgas USA LLC**
**P.O. Box 676015**
**Dallas, TX 75267-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Airgas USA, LLC**
**P.O. Box 532609**
**Atlanta, GA 30353-2609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,250.48 |

**Al Hill Plumbing Corp.**
**664 N.W. 118th Street**
**Miami, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $624.50 |

**Alex Janitorial Services**
**3114 Flagstone Dive**
**Garland, TX 75044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.21 |

**All Dade Fences, Inc.**
**2720 W 78th Street**
**Hialeah, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274,914.18 |

**Allegiance Crane & Equip LLC**
**777 South Andrews Avenue**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Allegiance Crane & Equipment**
**777 SW 12th Avenue**
**Pompano Beach, FL 33069**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential claims relating to FIU pedestrian bridge project__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Magnum Construction Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,347.39** |
|---|---|---|---|

**Allenby, Michael J.**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/7/17**

Last 4 digits of account number **_**

Basis for the claim:  **Claim for damages to 2015 Lincoln MKS; Claim No. 1D344956974550**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alliance Solutions Group, LLC**
P.O. Box 25188
Sarasota, FL 34277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,037.71** |
|---|---|---|---|

**Allied Roofing Industries, Inc.**
7050 NW 42nd Street
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,573.59** |
|---|---|---|---|

**Allied Trucking of Florida, Inc.**
10741/10761 NW 89th Avenue
Hialeah, FL 33018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,927.33** |
|---|---|---|---|

**Allied Trucking of Palm Beach LC**
2701 Vista Parkway
Suite A-8
West Palm Beach, FL 33411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AllState National Subrogation Processing**
8711 Freeport Parkway
Irving, TX 75063

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **7/31/17**

Last 4 digits of account number **_**

Basis for the claim:  **Allstate Insurance Subrogation Claim No. 0468851225 (Norberto Del Rio)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$551.94** |
|---|---|---|---|

**ALM Media, LLC**
P.O. Box 936174
Atlanta, GA 31193-8174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.67**

**Nonpriority creditor's name and mailing address**
Alta Home Remodeling Co.
15358 SW 62nd Street
Miami, FL 33193

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$979.60

---

**3.68**

**Nonpriority creditor's name and mailing address**
Altus Traffic
511 Compton Avenue
Irving, TX 75061

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$447.10

---

**3.69**

**Nonpriority creditor's name and mailing address**
Alvarez, Eugenia Xiomara
c/o Raquel Yvette Lao, Esq.
5118 N. 56th Street
Suite 212
Tampa, FL 33610

Date(s) debt was incurred  3/15/18
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-18318 CA 01__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.70**

**Nonpriority creditor's name and mailing address**
Amazon
P.O. Box 530958
Atlanta, GA 30353

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.71**

**Nonpriority creditor's name and mailing address**
Amera Realty Services, Inc.
2900 University Drive
Coral Springs, FL 33065

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Claims relating to Broward Blvd. project__

Is the claim subject to offset? ■ No ☐ Yes

$5,320.26

---

**3.72**

**Nonpriority creditor's name and mailing address**
Ameradrain Plumbing Corp.
8004 NW 154th Street
#338
Miami Lakes, FL 33016

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$62,187.84

---

**3.73**

**Nonpriority creditor's name and mailing address**
American Airlines
MIA Concourse D, 4th Floor
Miami, FL 33159

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential claims relating to MIA FBI New Offices at Concourse F project__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor **Magnum Construction Management, LLC**
    Name

Case number *(if known)* _____

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Arbitration Association**
2200 Century Parkway, Ste. 300
Atlanta, GA 30345

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Architectural Metals & Glass**
16201 NW 49th Avenue
Miami Gardens, FL 33014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American City Business Journals, Inc.**
P.O. Box 36919
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,125.00** |
|---|---|---|---|

**American Cutting & Drilling**
2920 NW 22 Terrace
Pompano Beach, FL 33069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,829,533.24** |
|---|---|---|---|

**American Express Travel Related Services
Company**
200 Vesey Street
New York, NY 10285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Judgment entered in Supreme Court of the State of
New York, County of New York; Case No. 653874/2018**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131.89** |
|---|---|---|---|

**American Fasteners Corp.**
7323 NW 66th Street
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,405.58** |
|---|---|---|---|

**American Strategic Insurance Corp.**
1 ASI Way
Saint Petersburg, FL 33702

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Recovery of amounts paid to insured, R. Jacobson,
relating to Hurricane Irma**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ameriseal of Ohio, Inc.**
**200 Weller Dr.**
**Smithville, OH 44677**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amion Enterprises Int'l.**
**13651 SW 143rd Court**
**#102**
**Miami, FL 33186**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ammann & Whitney**
**412 Mount Kemble Avenue**
**P.O. Box 1946**
**Morristown, NJ 07962-1946**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential claims relating to FIU pedestrian bridge__
__project__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anixter, Inc.**
**PO Box 842591**
**Dallas, TX 75284-2591**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Antigo Construction, Inc.**
**P.O. Box 12**
**Antigo, WI 54409**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $182,059.15 |
|---|---|---|---|

**Aon Risk Services, Inc.**
**75 Remittance Dr., Ste. 1943**
**Chicago, IL 60675-1943**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,437.63 |
|---|---|---|---|

**APAC-Mississippi, Inc.**
**PO Box 24508**
**Jackson, MS 39225**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**    Case number (if known) _____
     Name

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,195.50 |
|---|---|---|---|

**Apex Capital Corp.**
P.O. Box 961029
Ft Worth, TX 76161-1029

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,411.95 |
|---|---|---|---|

**APF BFO Ameritemps Employment, Inc.**
P.O. Box 823473
Philadelphia, PA 19182-3473

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,139.70 |
|---|---|---|---|

**Apple Machine & Supply Co.**
5900 Orange Avenue
Fort Pierce, FL 34947

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aquatic Landscaping Design Inc.**
25405 SW 107 Avenue
Princeton, FL 33032

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arazoza Brothers Corporation**
P.O. Box 924890
Princeton, FL 33092

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.74 |
|---|---|---|---|

**ARC Document Solutions, LLC**
P.O. Box 935491
Atlanta, GA 31193-5491

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559.30 |
|---|---|---|---|

**ARC Document Solutions, LLC**
P.O. Box 935491
Atlanta, GA 31193-5491

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Magnum Construction Management, LLC**     Case number (*if known*) _____

Name

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Archdiocese of Miami**
**9401 Biscayne Blvd.**
**Miami Shores, FL 33138**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential claims relating to St. Louis Church Covenant School & Gymnasium project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Archdiocese of Miami**
**9401 Biscayne Blvd.**
**Miami Shores, FL 33138**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential claims relating to Our Lady of Guadaloupe (OLOG) project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Architectural Doors & Frames, Inc.**
**166 W. 25th Street**
**Hialeah, FL 33010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,884.13** |

**Arfran, Inc.**
**2300 NW 94th Avenue**
**Suite 200**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Arias & Associates, Inc.**
**dba Arias Geoprofessionals**
**142 Chula Vista**
**San Antonio, TX 78232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Arias, Luis, indiv. and as personal rep.**
**of the estate of Alberto Arias**
**c/o Yesenia A. Collazo, Esq.**
**10200 NW 25th St Ste 201**
**Miami, FL 33172**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **3/15/18**

Last 4 digits of account number __

Basis for the claim: **Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-9651 CA 15**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Armor Pest Control, Inc.**
**6614 Atlantic Blvd.**
**Jacksonville, FL 32211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Magnum Construction Management, LLC**                           Case number (if known) _____
_____
Name

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Armortech Powder Coating**
**1254 NW 21st Street**
**Pompano Beach, FL 33069**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arriera, Elloy**
**c/o Jerome A. Pivnik, Esq.**
**The Pivnik Law Firm**
**7700 N. Kendall Drive, Suite 703**
**Miami, FL 33156**

Date(s) debt was incurred _04/25/18_

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Lawsuit pending in Miami-Dade County Circuit Court relating to motorcycle accident on turnpike; Case No. 18-20084 CA 09_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASAP Installations, LLC**
**10312 Bloomingdale Ave., Suite 106**
**PMB 187**
**Riverview, FL 33578**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashbritt, Inc.**
**565 E. Hillsboro Blvd.**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _____

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential claims relating to Hurricane Irma_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193,367.34 |
|---|---|---|---|

**Ashgrove Cement Company**
**900 Gifco Road**
**Midlothian, TX 76065**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Lawsuit pending in the District Court in and for Dallas County, Texas; Case No. DC-18-14535, relating to NTTA and Lovefield Bravo projects_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Associated Flooring Co.**
**14629 SW 104th Street**
**#504**
**Miami, FL 33185**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Astaldi Construction Corporation**
**8220 State Road 84, #300**
**Davie, FL 33324**

Date(s) debt was incurred _____

Last 4 digits of account number _____

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential claims relating to I 395 pursuit_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**
                    Name                                                    Case number (if known) _____

| | |
|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** |

3.109    **Nonpriority creditor's name and mailing address**

**AT&T**
**P.O. Box 5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$4,585.43

---

3.110    **Nonpriority creditor's name and mailing address**

**AT&T**
**675 W. Peachtree Street N.W.**
**Suite 27-310**
**Atlanta, GA 30308**

Date(s) debt was incurred  2/23/17

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Claim for alleged damage to underground fiber optic line at Broward Boulevard Project; Claim No. 1D34495729563**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.111    **Nonpriority creditor's name and mailing address**

**AT&T Mobility**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$603.13

---

3.112    **Nonpriority creditor's name and mailing address**

**Atlantic Concrete Pumping**
**8265 NW 156th Terr.**
**Miami Lakes, FL 33016**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$5,747.50

---

3.113    **Nonpriority creditor's name and mailing address**

**Atlantic Concrete Washout, Inc.**
**1945 W. Cr 419**
**Suite 1141-206**
**Oviedo, FL 32766**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$1,990.00

---

3.114    **Nonpriority creditor's name and mailing address**

**Atlantis Tax Management**
**400 North Main Street**
**#101**
**Grapevine, TX 76051**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$8,944.80

---

3.115    **Nonpriority creditor's name and mailing address**

**Atlas Apex Roofing, LLC**
**281 NE 32nd Street**
**Ft. Lauderdale, FL 33334**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Magnum Construction Management, LLC**
_____
Name

Case number (if known) _____

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Avance Caulking, Inc.**
**6615 S.W. 138th Court**
**Miami, FL 33183**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Aventura Elevator, Inc.**
**11130 Griffing Blvd.**
**Biscayne Park, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**AXA XL Insurance**
**200 Liberty Street**
**New York, NY 10281**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Deductible for insurance claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**B & Z Diving Service, LLC**
**1020 SE 7th Avenue**
**Pompano Beach, FL 33060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**B&B Rolling Door Co., Inc.**
**P.O. Box 227365**
**Miami, FL 33122-7365**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Babbitt, Kimberly Ann, as parent of**
**minor children**
**c/o Gary Devenow Fox, Esq.**
**1 SE 3rd Avenue, #3000**
**Miami, FL 33131**

Date(s) debt was incurred  __3/15/18__

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Lawsuit pending in the Miami-Dade County Circuit__
__Court relating to the FIU bridge collapse; Case No. 18-022823 CA 03__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BAC International Bank, Inc.**
**Apartado Postal 0819-06536**
**P.H. Torre BAC**
**Avenida Balboa-Esquina, Calle 42 y 43**
**Ciudad de Panama, Panama**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Guaranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**    Case number (if known) _____

Name

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,666.75 |
|---|---|---|---|

**Badger Daylight Corp.**
**75 Remittance Drive**
**Suite 3185**
**Chicago, IL 60675-3185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Badillo, Carlos**
**c/o The Beregovich Law Firm, P.A.**
**Attn.: Andres I. Beregovich, Esq.**
**210 North Mills**
**Orlando, FL 32801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __3/15/18__

**Basis for the claim:** __Lawsuit pending in the Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-10373 CA 32__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Banco Internacional de Costa Rica**
**Calle Aquilino De La Guardia y Avenida**
**Balboa Piso 50, Apart.ado Postal #08710**
**Zona 0816 Ciudad de Panama, Prov. of Pan**
**Republica of Panama**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,863.45 |
|---|---|---|---|

**Bane Machinery Inc.**
**P.O. Box 541355**
**Dallas, TX 75354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Banistmo Bank**
**Casa Matriz Calle 50**
**Entre Calle 54 y 56**
**Torre Banistmo, Edificio Soho**
**Panama, Panama**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Guaranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.05 |
|---|---|---|---|

**Bank of America - Merchant Services**
**P.O. Box 15220**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383,737.50 |
|---|---|---|---|

**Barnhart Crane & Rigging Co.**
**2163 Airways Blvd.**
**Memphis, TN 38114**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**          Case number (if known) _____
_____
Name

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barnhart Crane & Rigging Co.**
**2163 Airways Blvd.**
**Memphis, TN 38114**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Potential claims relating to FIU pedestrian bridge project_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barnsco, Inc.**
**P.O. Box 541087**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Baro Hardware**
**7230 N.W. 72nd Avenue**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,651.55 |
|---|---|---|---|

**Barreiro Concrete Materials, Inc.**
**9409 NW 109th Street**
**Medley, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barsplice Products, Inc.**
**4900 Webster St.**
**Dayton, OH 45414**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Potential claims relating to FIU pedestrian bridge project_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Bartolomei, Marco**
**1908 Malone Cliff View**
**Dallas, TX 75208**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Potential breach of contract claims relating to DNT project_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.41 |
|---|---|---|---|

**Base Supply Center**
**P.O. Box 890225**
**Charlotte, NC 28289-0225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,961.86** |
|---|---|---|---|

**Baylor Emergency Medical Center**
**P.O. Box 46023**
**Houston, TX 77210-8023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,770.75** |
|---|---|---|---|

**Bayside Mechanical Contractors**
**PSC 1005 Box 800**
**Fpo, AE 09593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.33** |
|---|---|---|---|

**Beard Equipment Company**
**7398 NW 44th Avenue**
**Ocala, FL 34482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BEC Construction Corp.**
**P.O. Box 52-3497**
**Miami, FL 33152-3497**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Potential breach of contract claims relating to United Homecare project

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BEC Group Services Inc.**
**145 Madeira Avenue**
**#311**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$591.50** |
|---|---|---|---|

**Bellsouth Tel d/b/a AT&T**
**c/o JNR Adjustment Company, Inc.**
**P.O. Box 27070**
**Minneapolis, MN 55427**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  1/1/18

**Basis for the claim:** Claim for damages;  Location: Between Terminal F and 1177 So.; Claim No. BLST62201806300039

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.50** |
|---|---|---|---|

**Bentley Systems, Inc.**
**P.O. Box 828836**
**Philadelphia, PA 19182-8836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bergolla, Inc.**
**8115 West 31st Avenue**
**Hialeah, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.26 |
|---|---|---|---|

**Best Rolling Doors, Inc.**
**9780 N.W. 79th Avenue**
**Hialeah Gardens, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beton Consulting Engineers LLC**
**2535 Pilot Knob Road**
**Suite 108**
**Mendota Heights, MN 55120**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Potential claims relating to FIU pedestrian bridge project__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,639.14 |
|---|---|---|---|

**Beyel Brothers, Inc.**
**P.O. Box  236246**
**Cocoa, FL 32923-6246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $813.20 |
|---|---|---|---|

**Bicon, Inc.**
**dba In & Out Portables**
**1060 Skees Road**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Big City Crushed Concrete**
**P.O. Box 29816**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,307.51 |
|---|---|---|---|

**Bilkarlor Ltd Partnership**
**c/o NAI Miami**
**9655 South Dixie Highway #300**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Magnum Construction Management, LLC**
Name

Case number (if known) _____

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.00 |
|---|---|---|---|

**Bill Burch Building Sales, Inc.**
PO Box 17092
Pensacola, FL 32522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,135.07 |
|---|---|---|---|

**Birch Communications**
115 Gateway Drive
Macon, GA 31210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bird Road Auto Tag Agency**
8530 Bird Road (40th St)
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blood Hound LLC**
9045 N. River Road
Suite 300
Indianapolis, IN 46240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,702.65 |
|---|---|---|---|

**Blue Ridge Sanitation Services**
P.O. Box 940
Marion, MS 39342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**BMA Kendall**
P.O. Box 919214
Dallas, TX 75391

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claims relating to WT Sampson project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,575.00 |
|---|---|---|---|

**Boardroom Communications, Inc.**
1776 N. Pine Island Road
Suite 320
Plantation, FL 33322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Magnum Construction Management, LLC**                    Case number (if known) _____

Name

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,480.27 |
|---|---|---|---|

**Bob's Barricades, Inc.**
**921 Shotgun Road**
**Sunrise, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,116.68 |
|---|---|---|---|

**Boral Resources, Inc.**
**P.O. Box 843922**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,131.55 |
|---|---|---|---|

**Bowman Engineering / Consulting, Inc.**
**13140 Coit Rd..**
**Suite # 312**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.00 |
|---|---|---|---|

**Brandt, Samuel**
**5 Rogerts Cir.**
**Krum, TX 76249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bravo, Crisoforo**
**1823 Burning Tree Ln.**
**Carrollton, TX 75006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _2/11/17_

Basis for the claim:  __Workers' compensation claim for injuries sustained;__
__Claim No. 1D3487742254528__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,290.00 |
|---|---|---|---|

**Breco Lands Ch, LLC, c/o Bright Realty C**
**Attn:  Eric Stanley**
**2520 King Arthur Blvd**
**Lewisville, TX 75056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bridge Diagnostics, Inc.**
**740 S. Pierce Avenue**
**Unit 15**
**Louisville, CO 80027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Potential claims relating to FIU pedestrian bridge__
__project__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Magnum Construction Management, LLC**                     Case number (if known) _____

| | Name | |

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Brindley, Diana**
10 Sonneborn Ln.
Severna Park, MD 21146

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential tort claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Brindley, Edward**
10 Sonneborn Ln.
Severna Park, MD 21146

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential tort claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Brindley, Emma**
10 Sonneborn Ln.
Severna Park, MD 21146

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential tort claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122,260.03** |

**Brookwood Embassy, LLC**
P.O. Box 204730
Dallas, TX 75320-4730

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office space/storage rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Broward County / Port Everglades**
1850 Eller Drive
Fort Lauderdale, FL 33316

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to Port Everglades Slip 2 Extension project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Broward County Aviation Department**
2200 SW 45th St.
Suite 101
Dania Beach, FL 33312

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to Terminal 4 Gate Replacement Eastern Expansion project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00** |

**Broward County Aviation Department**
2200 SW 45th St.
Suite 101
Dania Beach, FL 33312

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Broward County Commission Public Works Department**
115 S Andrews Ave., Room A550
Fort Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to Ravenswood Bus Maintenance Facility project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Broward County Construction & Engineering**
115 S Andrews Ave.
Room A550
Fort Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to Pembroke Road project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brownfield, Chelsea L., indiv. and as per rep. of E/O Brandon Brownfield**
c/o Paul Jon Layne, Esq.
236 Valencia Avenue
Miami, FL 33134

Date(s) debt was incurred  3/15/18

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-012424 CA 01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bruckel**
1 William J. Bruckel Dr.
Avon, NY 14414

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Venture with MCM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.00 |
|---|---|---|---|

**Bruckner's Truck Sales, Inc.
Corporate Billing, LLC**
Dept. 100, P.O. Box 830604
Birmingham, AL 35283

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.48 |
|---|---|---|---|

**Buds N Blossoms Nursery, Inc.**
5881 US Hwy 431 North
Dothan, AL

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,932.13 |
|---|---|---|---|

**Building & Earth Sciences, LLP**
5545 Derby Dr.
Birmingham, AL 03521

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**    Case number *(if known)*
          _____
          Name

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**Nonpriority creditor's name and mailing address**
Burton, Derrick D.
Burton Construction, Inc.
306 27th Avenue
Meridian, MS 39301

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.180    **Nonpriority creditor's name and mailing address**
Business Automation Specialist
5736 1st Avenue North
Miami, FL 33710

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.181    **Nonpriority creditor's name and mailing address**
Buyers Barricades, Inc.
P.O. Box 733729
Dallas, TX 75373-3729

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     $1,452.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.182    **Nonpriority creditor's name and mailing address**
BV LW Gateway LP
5820 W. Northwest Highway
Suite 200
Dallas, TX 75225

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential claims relating to Peinado - Passport Parkway project__

Is the claim subject to offset? ☐ No ☐ Yes

---

3.183    **Nonpriority creditor's name and mailing address**
C & C Concrete Pumping
12599 NW 107th Avenue
Miami, FL 33178

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.184    **Nonpriority creditor's name and mailing address**
C.J. Fire Protection, Inc.
10850 NW 138 Street
Unit 1
Hialeah Gardens, FL

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.185    **Nonpriority creditor's name and mailing address**
C.R. Dunn Inc.
1202 Pope Lane
Lake Worth, FL 33460

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)* _____

_____
Name

| | |
|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** |

**3.186**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Cabrera, Pedro**
**10051 Costa Del Sol Blvd.**
**Miami, FL 33178**

Date(s) debt was incurred  **2/15/18**

Last 4 digits of account number ___

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Automobile insurance claim**
**Claim No. 30189552296-0001**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.187**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Cadvil, LLC**
**2786 SE 14th Street**
**Pompano Beach, FL 33060**

Date(s) debt was incurred  **1/19/16**

Last 4 digits of account number ___

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential third party claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.188**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$28.74**

**Calderin, Alberto**
**10866 SW 68th Drive**
**Miami, FL 33173**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursements**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.189**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$1,975.00**

**Calhoun Bhella & Sechrest, LLP**
**325 North Saint Paul Suite 300**
**Dallas, TX 75201**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.190**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Cambridge International, Inc.**
**105 Goodwill Road**
**Cambridge, MD 21613**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.191**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$14,289.60**

**Camilo Office Furniture, Inc.**
**4400 SW 75th Avenue**
**Miami, FL 33155**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.192**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Campbell, Winsome Joy**
**c/o John F. Romano, Esq.**
**P.O. Box 21349**
**West Palm Beach, FL 33416-1349**

Date(s) debt was incurred  **3/15/18**

Last 4 digits of account number ___

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Lawsuit pending in Miami-Dade County Circuit Court**
**relating to FIU bridge collapse, Case No. 18-13463 CA 06**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366.08 |
|---|---|---|---|

**Canales, Iris**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Potential claims relating to S-902 Opa Locka project**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Capling Leveling, Inc.**
P.O. Box 1997
Labelle, FL 33935

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.34 |
|---|---|---|---|

**Car Spa**
4835 LBJ Freeway
Suite 650
Dallas, TX 75244

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cardno, Inc.**
10004 Park Meadows Dr.
Suite 300
Lone Tree, CO 80124

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $638.00 |
|---|---|---|---|

**Carenow**
P.O. Box 743571
Atlanta, GA 30374-3571

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382.50 |
|---|---|---|---|

**Carey, Vincent E.**
10801 SW 167 St.
Miami, FL 33157

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,129.43 |
|---|---|---|---|

**Caribe Utilities of Florida, Inc.**
7315 SW 87th Avenue
# 100
Miami, FL 33173

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.200** | Nonpriority creditor's name and mailing address
**Carlson Fence Company, Inc.**
**8491 N.W. 64th Street**
**Miami, FL 33166**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.201** | Nonpriority creditor's name and mailing address
**Carrasco, Jairo**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$117.52**

---

**3.202** | Nonpriority creditor's name and mailing address
**Carrfour Supportive Housing, Inc.**
**1398 SW 1st Street, 12th Floor,**
**Miami, FL 33135**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential claims relating to Tequesta Knoll Apartments project__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203** | Nonpriority creditor's name and mailing address
**Carrollton-Farmers Branch ISD**
**P.O. Box 110611**
**Carrollton, TX 75011-0611**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$274.00**

---

**3.204** | Nonpriority creditor's name and mailing address
**Cary A. Des Roches, APLC**
**225 Phosphor Avenue**
**Metairie, LA 70005**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$1,575.00**

---

**3.205** | Nonpriority creditor's name and mailing address
**Cascade Lumber Company**
**dba Cascade Mfg Co.**
**109 Madison St., SE / P.O. Box 220**
**Cascade, IA 52033-0220**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206** | Nonpriority creditor's name and mailing address
**Casino's Flooring, Inc.**
**13159 NW 42nd Avenue**
**Opa Locka, FL 33054**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Magnum Construction Management, LLC**

Name

Case number *(if known)* _____

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Casis, Sidney**
**790 NW 32nd Street**
**Miami, FL 33127**

**Date(s) debt was incurred  03/08/15**

**Last 4 digits of account number __**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  General liability claim for injuries; Claim No.**
**30154253296-0001 (Project:  Ravenswood)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Cassidy's Ice**
**3240 SE Dominica Terr.**
**Stuart, FL 34997**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Castanon, Lourdes Cepero**
**4415 SW 117th Avenue**
**Miami, FL 33175**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Property damages claim relating to HEFT project**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,589.87** |

**Castek, Inc.**
**23 River Road**
**Berwick, PA 18603**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**CBX Hydraulics, Inc.**
**2438-A E. Shady Grove Road**
**Irving, TX 75060**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**CCA Civil Panama S.A.**
**Cuidad de Panama, Districto de Panama**
**Corregimiento de Bella Vista, Calle 56**
**Este Punta Pacifica, Edificio Oceania**
**Business Plaza Torre 1000, Piso 52**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Joint Venture with MCM**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,170.00** |

**CCC Trucking/Triple C Trucking**
**P.O. Box 1832**
**Red Oak, TX 75154**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)* _____

Name

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,349.90 |
|---|---|---|---|

**Cellucrete Corp.**
**11905 N.W. 99th  Avenue**
**Hialeah Gardens, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cemex**
**11100 N.W. 138th Street**
**Medley, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cemex Construction Materials Florida LLC**
**1501 Belevedere Road**
**West Palm Beach, FL 33406**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claims relating to FIU pedestrian bridge project**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,301.12 |
|---|---|---|---|

**Centeno Auto Glass**
**P.O. Box 145381**
**Coral Gables, FL 33114-5381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Centerra  Integrated Services,**
**7121 Fairway Dr.**
**Suite 301**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Central Florida Equipment Rentals**
**9030 NW 97th Terrace**
**Miami, FL 33178**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Co-Defendant in lawsuit pending in Miami-Dade County Circuit Court, Case No. 16-030140 CA 01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,843.17 |
|---|---|---|---|

**Central Tire Corp.**
**8275 N.W. 74th Street**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
Name

Case number (if known) _____

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Century Fire, Inc.
8218  NW 14th Street
Doral, FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

Certified Network Professional
15757 Pines Blvd., #273
Pembroke Pines, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,786.93** |

Certified Slings, Inc.
P.O. Box 180127
Casselberry, FL 32718-0127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

Cevacon Corp.
11350 SW 145th Avenue
Miami, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Cevallos, Martha Mercedes Plaza
c/o The Beregovich Law Firm
Attn.: Andres I. Beregovich, Esq.
210 North Mills
Orlando, FL 32801

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  3/15/18

Last 4 digits of account number _

Basis for the claim:  **Lawsuit pending in the Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-10373 CA 32**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Chang-Velarde, Carlos
105420 SW 75th Circle Lane
Apt. 110
Miami, FL 33193

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  12/4/18

Last 4 digits of account number _

Basis for the claim:  **Workers' compensation claim relating to HEFT project; OJCC Case No. 19-001104MIJ**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Chapman Erika
c/o Panter, Panter & Sampedro
Attn.: David Sampedro, Esq.
6950 N. Kendall Drive
Miami, FL 33156

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  3/15/18

Last 4 digits of account number _

Basis for the claim:  **Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-16746 CA 21**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Magnum Construction Management, LLC**                     Case number (if known) _____
_____
Name

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chapman, Carlos**
**c/o Panter, Panter & Sampedro**
**Attn.: David Sampedro, Esq.**
**6950 N. Kendall Drive**
**Miami, FL 33156-1584**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/15/18__

**Basis for the claim:** __Lawsuit pending in Miami-Dade County Circuit Court__
__relating to FIU bridge collapse, Case No. 18-16746 CA 21__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chatham Steel Corporation**
**350 S. Grand Avenue**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __(Notice Purposes Only)__
__Settled lawsuit filed in Miami-Dade County Circuit Court relating to__
__payment of bond; Case No. 18-032328 CA 01__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,872.63** |
|---|---|---|---|

**Chavez South Florida Interiors, Inc.**
**13851 SW 139th Ct.**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,873.12** |
|---|---|---|---|

**Cherokee Enterprises, Inc.**
**14474 Commerce Way**
**Miami Lakes, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,631.37** |
|---|---|---|---|

**Cherry Bekaert, LLP**
**P.O. Box 25549**
**Richmond, VA 23260-5500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Accounting services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CHLIC**
**P.O. Box 644546**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Choctaw Erectors, Inc.**
**P.O. Box 156506**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Chooquan, Kern
c/o Jermaine O'Neill Thompson, P.A.
1620 W. Oakland Park Blvd.
Suite 400
Fort Lauderdale, FL 33311

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Automobile claim; lawsuit filed in Miami-Dade County Circuit Court, Case No. 2019-000974 CA 01</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

Choppers Construction, Corp.
12340 SW 117th Court
Miami, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Vendor</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$247.74** |

Chuck's Backhoe Service
2301 N.W. 15 Court
Pompano Beach, FL 33069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Vendor</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

Ciklin Lubitz & O'Connell
515 North Flagler Dr.
20th Floor
West Palm Bch, FL 33401-4343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Vendor</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$911.94** |

Cintas Corporation
P.O. Box 636525
Cincinnati, OH 45263-6525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Vendor</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,479.00** |

City of Allen
Allen Civic Plaza
305 Century Parkway
Allen, TX 75013-8042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Vendor</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

City of Aventura
19200 W Country Club Drive
Aventura, FL 33138

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Potential claims relating to Aventura Parking Garage project</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Magnum Construction Management, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Corinth**
3300 Corinth Parkway
Corinth, TX 76208

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential claims relating to Lake Sharon Drive Paving, Drainage and Water Improvements project**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.03 |
|---|---|---|---|

**City of Dallas**
City Hall, 2D South
Dallas, TX 75277

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Dallas**
320 E Jefferson Blvd.
Room 321
Dallas, TX 75203

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to Runway Safety Area Phase II project**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Dallas**
1500 Marilla Street
Dallas, TX 75201

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to Love Field Taxiway Bravo Rehabilitation project**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Dallas**
1500 Marilla Street
Dallas, TX 75201

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to Love Field Echo project**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Dallas**
1500 Marilla Street
Dallas, TX 75201

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to Runway 31R Glidescope Relocation at Dallas Love Field project**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,640.00** |
|---|---|---|---|

**City of Dallas**
**State of Texas**
**2014 Main St.**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  <u>Citations for stormwater violations of Section 19-118,</u> <u>pending in Municipal Court, City of Dallas, Texas (Citation Nos.:</u> <u>Z18000399 01 through Z18000403 01; Z18000243 01 through</u> <u>Z18000250 01)</u>

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$404.38** |
|---|---|---|---|

**City of Denton**
**215 E. McKinney Street**
**Denton, TX 76201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  <u>Vendor</u>

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City of Doral**
**8401 NW 53rd Terrace**
**2nd Floor**
**Doral, FL 33166**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  <u>Potential claims relating to Doral Police Sub-Station</u> <u>project</u>

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City of Fort Pierce**
**P.O. Box 1480**
**Attn.: City Clerk's Office**
**Fort Pierce, FL 34954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  <u>Vendor</u>

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.22** |
|---|---|---|---|

**City of Ft Lauderdale Municipal Services**
**P.O. Box 31687**
**Tampa, FL 33631-3687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  <u>Vendor</u>

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City of Hialeah**
**501 Palm Avenue**
**Hialeah, FL 33010**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  <u>Potential claims relating to Hialeah Reverse Osmosis</u> <u>Treatment Plant project</u>

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **Unknown** |

**3.254**

**Nonpriority creditor's name and mailing address**
**City of Homestead**
**650 NE 22 Terrace**
**Homestead, FL 33033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to Homestead City Hall project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255**

**Nonpriority creditor's name and mailing address**
**City of Homestead**
**650 NE 22 Terrace**
**Homestead, FL 33033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to Seminole Theatre Renovation project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256**

**Nonpriority creditor's name and mailing address**
**City of Homestead**
**790 N Homestead Blvd.**
**Homestead, FL 33030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to City of Homestead Police Station project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257**

**Nonpriority creditor's name and mailing address**
**City of Lewisville**
**151 W Church Street**
**Lewisville, TX 75057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258**

**Nonpriority creditor's name and mailing address**
**City of Miami Beach**
**1700 Convention Center Dr.**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to 08627 - Miami Beach Patrol Headquarters project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259**

**Nonpriority creditor's name and mailing address**
**City of Orlando**
**City Hall, 400 S. Orange Avenue**
**1St. Floor, P.O. Box 4990**
**Orlando, FL 32802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)*
_____
Name

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**City of Sweetwater**
**500 SW 109th Avenue**
**Miami, FL 33174**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Potential claims relating to FIU bridge collapse**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**CL Elias Construction Inc.**
**7440 SW 50th Street**
**Unit 103**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Clearview Electric, Inc.**
**6595 NW 36th Street**
**Suite 101B**
**Virginia Gardens, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Closner Equipment Co. Inc.**
**P.O. Box 917**
**Schertz, TX 78154-0917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,209.36** |

**Cloverleaf Corporation**
**1916 US 41**
**Ruskin, FL 33570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**CMC Construction Services**
**P.O. Box 844573**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,036.84** |

**CMC Steel Fabricators, Inc.**
**dba CMC Rebar**
**Attn:  Dept. 1439 / P.O. Box 844579**
**Dallas, TX 75284-4579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,998.00** |
|---|---|---|---|

**CMEC**
**850 Courtland St.**
**Suite B1**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coalition Lift, LLC**
**c/o Carrfour Supportive Housing, Inc.**
**1398 SW 1st Street, 12th Floor**
**Miami, FL 33135**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential claims relating to Coalition Lift project__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Coastal Constr. Products**
**3401 Philips Hwy**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,089.60** |
|---|---|---|---|

**Coco Sod Farms, Inc.**
**19600 State Road 70 West**
**Okeechobee, FL 34974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Coltec Engineering Inc.**
**12169 SW 131 Avenue**
**Miami, FL 33186-0305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$278.38** |
|---|---|---|---|

**Comcast**
**P.O. Box 530098**
**Atlanta, GA 30353-0098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.99** |
|---|---|---|---|

**Command Alkon, Inc.**
**P.O. Box 11407**
**Birmingham, AL 35246-0645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | $331.77 |
|---|---|---|---|
| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | |

**Community Waste Disposal**
**2010 California Crossing**
**Dallas, TX 75220-2310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Complete Highway Identity, Inc.**
**1521 Alton Road**
**#571**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $193.87 |
|---|---|---|---|

**Component Sales and Service**
**P.O. Box 11009**
**Houston, TX 77293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Concrete Polishing Technologies**
**c/o  Perfect Polish**
**P.O. Box 151**
**Norris, TN 37828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Consolidated Research & Planning**
**6796 SW 62 Avenue**
**Miami, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,112.80 |
|---|---|---|---|

**Consolidated Rigging & Marine**
**Supply Co., Inc.**
**P.O. Box 3235**
**Jacksonville, FL 32206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Construct Group Corp.**
**8145 W. 28th Avenue**
**Suite 217**
**Hialeah, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**                      Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**3.281**

**Nonpriority creditor's name and mailing address**

**Constructora Meco S.A.**
**Ciudad de Panama**
**Corregimiento de Ancon**
**Calle Tabernilla, Edificio No. 780**
**Panama**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Joint Venture with MCM**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.282**

**Nonpriority creditor's name and mailing address**

**Contech Engineered Solutions**
**P.O. Box 936362**
**Atlanta, GA 31193-6217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.283**

**Nonpriority creditor's name and mailing address**

**Controls Systems Contracting**
**7330 S. Waterway Dr.**
**Miami, FL 33155**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.284**

**Nonpriority creditor's name and mailing address**

**Conviber Co, Inc.**
**2133 W. McNab Road**
**Pompano Beach, FL 33069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.285**

**Nonpriority creditor's name and mailing address**

**Copylady, Inc.**
**1949 Dana Dr.**
**Fort Myers, FL 33907**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.286**

**Nonpriority creditor's name and mailing address**

**Core & Main LP f/k/a HD Supply**
**Waterworks, Ltd.**
**1830 Craig Park Court**
**St. Louis, MO 63146**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              $4,172,312.38

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Claims relating to S-902 Opa Locka project**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.287**

**Nonpriority creditor's name and mailing address**

**Cornerstone & Garden, Inc.**
**2850 SW 71st Avenue**
**Miami, FL 33155**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cornerstone & Garden, Inc.**
**12690 SW 43rd Street**
**Miami, FL 33175**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential claims relating to United Homecare project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cortes, Pedro**
**2260 NW 124th Street**
**Miami, FL 33167**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **3/15/18**

Last 4 digits of account number __

Basis for the claim: **Workers' compensation claim relating to FIU bridge collapse (Claim No. 30189726353-0001)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,232.52**

**CPT of South Florida**
**2699 Stirling Road**
**A-101**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Creative Sign Designs**
**P.O. Box 17299**
**Clearwater, FL 33762-0299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Creative Terrazzo Systems, Inc.**
**2800 W State Road 84**
**Suite 103**
**Ft. Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Credence Builder, Inc.**
**18333 Preston Road, SUite 205**
**Dallas, TX 75252-5426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **(Notice Purposes Only) Settled lawsuit pending in Dallas County, Texas relating to payment of bond/breach of contract, Case No. DC-17-02451**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,427.50**

**Crocker Crane**
**P.O. Box 141539**
**Irving, TX 75014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                                        Case number *(if known)* _____
        Name

| | |
|---|---|
| **3.295** | |

**Nonpriority creditor's name and mailing address**

**Crystal Spring Water**
P.O. Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.296**

**Nonpriority creditor's name and mailing address**

**CSA Group Panama, Inc.**
6100 Blue Lagoon Drive
Suite 300
Miami, FL 33126

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  __Joint Venture with MCM__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.297**

**Nonpriority creditor's name and mailing address**

**Cube Care Co.**
6043 NW 167th Street
Miami Lakes, FL 33015

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.298**

**Nonpriority creditor's name and mailing address**

**Cuello, Mario**
10961 SW 74th Street
Miami, FL 33173

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Expense Reimbursements__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.299**

**Nonpriority creditor's name and mailing address**

**Cullen, Chris**
3021 Pottery Trail
Denton, TX 76210

Date(s) debt was incurred  __5/10/18__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  __Claim for damages to 2009 Honda Accord__
__Claim No. 30180168530-0001__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.300**

**Nonpriority creditor's name and mailing address**

**Curtis Painting & Waterproofing**
14510 SW 284 Street
Homestead, FL 33033

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301**

**Nonpriority creditor's name and mailing address**

**Custom Tile & Marble, Inc.**
11001 SW 60th Avenue
Pinecrest, FL 33156

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
      Name

Case number *(if known)* _____

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.302** | **Nonpriority creditor's name and mailing address**
**Cynamon Brothers & Sons Inc.**
**1051 East 49th Street**
**Hialeah, FL 33013**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.303** | **Nonpriority creditor's name and mailing address**
**D&S Engineering Labs, LLC**
**1101 Shady Oaks Dr.**
**Denton, TX 76205**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.304** | **Nonpriority creditor's name and mailing address**
**Dallas Lite & Barricade, Inc.**
**P.O. Box 223724**
**Dallas, TX 75222**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

$1,640.18

---

**3.305** | **Nonpriority creditor's name and mailing address**
**Darley Construction Co.**
**8201 SW 176th St.**
**Miami, FL 33157**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.306** | **Nonpriority creditor's name and mailing address**
**Dash Door & Closer Service, Inc.**
**7801 NW 29th Street**
**Miami, FL 33122**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.307** | **Nonpriority creditor's name and mailing address**
**David's Plumbers**
**20817 S.W. 85th Place**
**Miami, FL 33189**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.308** | **Nonpriority creditor's name and mailing address**
**Davis, Terry**
**c/o Boone & Davis**
**2311 N. Andrews Avenue**
**Fort Lauderdale, FL 33311**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Potential tort claims__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

Debtor   **Magnum Construction Management, LLC**
         Name                                                    Case number *(if known)*

| | |
|---|---|
| 3.309 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Days Inn Hotel**
**1700 W. Broward Boulevard**
**Fort Lauderdale, FL 33312**

**Date(s) debt was incurred  3/14/18**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **General liability claim for property damages (water line break)   Claim No. 30180037243-0001 (Broward Blvd. Project)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** |
|---|---|

**DC Electric, Inc.**
**12478 SW 117th Court**
**Miami, FL 33186**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** |
|---|---|

**De Armas, Alexander**
**c/o Aronfeld Trial Lawyers**
**Attn.: Spencer Aronfeld, Esq.**
**3132 Ponce de Leon Boulevard**
**Miami, FL 33134**

**Date(s) debt was incurred  3/15/18**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-9141 CA 34**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** |
|---|---|

**De Armas, Katrina Collazo**
**c/o Aronfeld Trial Lawyers**
**Attn.: Spencer Aronfeld, Esq.**
**3132 Ponce de Leon Blvd**
**Miami, FL 33134**

**Date(s) debt was incurred  3/15/18**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-9141 CA 34**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** |
|---|---|

**De Armas-Nunez, Abel**
**c/o Judd G. Rosen, Esq.**
**Goldberg and Rosen**
**1111 Brickell Avenue, #2180**
**Miami, FL 33131**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Lawsuit filed in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-39224-CA-01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** |
|---|---|

**De La Hoz, Jose M.**
**1450 Madruga Avenue**
**Miami, FL 33146**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Potential claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Magnum Construction Management, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**De La Rosa Painting Corporation**
9002 NW 177th Terr.
Hialeah, FL 33018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,958.28 |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
PO Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deeproot Green**
**Infrastructure, LLC**
101 Montgomery Street, Ste.  2850
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,508.87 |
|---|---|---|---|

**Del Torro, Gredel O.**
10990 SW 91st Street
Miami, FL 33176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Expense Reimbursements__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,665.00 |
|---|---|---|---|

**Delgado, Omar Echevarria**
11378 SW 232 Terr.
Homestead, FL 33032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delta Rental**
8427 SW 40th Street
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,000.00 |
|---|---|---|---|

**Deltek, Inc.**
2291 Wood Oak Drive
Herndon, VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Magnum Construction Management, LLC**    Case number (if known) _____
_____
Name

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Demand Safety, Inc.**
**1505 University Blvd.**
**Albuquerque, NM 87102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Demcon Group LLC**
**10097 Clearly Blvd.**
**Suite 261**
**Plantation, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Demo Doctor, Inc.**
**630 NW 7th Terrace**
**Fort Lauderdale, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Department of Off-Street Parking of The**
**City of Miami d/b/a Miami Parking**
**Authority**
**40 Northwest 3rd Street**
**Miami, FL 33128**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Co-Defendant in lawsuit filed in Miami-Dade Circuit Court, relating to Grove Bay Parking Garage, Case No. 18-031090 CA 01__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DFAS**
**Attn:    Dfas - Jaaa/Co-Ebs**
**P.O. Box 182317**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $864.00 |
|---|---|---|---|

**Diario Las Americas dba**
**Las Americas Multimedia Group**
**888 Brickell Avenue**
**Suite 500**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Diez, Carlos Enrique**
**8841 SW 172nd Avenue**
**Miami, FL 33196**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  3/15/18

Basis for the claim: __Automobile claim arising from FIU bridge collapse; Claim No. 301811072350-0001__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                    Case number (if known) _____
_____
Name

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Discount Rock and Sand, Inc.**
**10500 Aviation Blvd.**
**Marathon, FL 33050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to Hurricane Irma**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,416.00** |

**DJD Equipment Holdings, LLC**
**Dobbs Equipment, LLC**
**29592 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**DNK Environmental, Inc.**
**2230 Welcome Road**
**Lithia, FL 33547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,260.79** |

**Dodge Data & Analytics**
**Dept.Ch. 19894**
**Palatine, IL 60055-9894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,216.95** |

**Doh-Bureau of Radiation Control**
**Radioactive Materials Section**
**4052 Bald Cypress Way**
**Bin C-21**
**Tallahassee, FL 32399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,858.75** |

**Door Solutions, Inc.**
**10330 Chedoak Court**
**Building 300**
**Jacksonville, FL 32218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Dragados USA, Inc.**
**2 Alhambra Plaza**
**#660**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Joint Venture with MCM**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                     Case number (if known) _____
_____
Name

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,838.00** |
|---|---|---|---|

**DSSN 3801 Li/JS**
**TWDF-DFAS - 3877 Jamja/Li Disbursin**
**3801 Limestone Field Site**
**Indianapolis, IN 46249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Dudley, Sellers & Healy, P.L.**
**SunTrust Financial Center, #301**
**3522 Thomasville Road**
**Tallahassee, FL 32309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Duran, Gina, as Co-Personal Rep. of**
**the E/O Alexa Duran**
**c/o Alan Goldfarb, Esq.**
**100 SE 2nd Street, Suite 4500**
**Miami, FL 33131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/15/18**

**Basis for the claim:**  **Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-10344 CA 02**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Duran, Orlando, as Co-Personal Rep. of**
**the E/O Alexa Duran**
**c/o Alan Goldfarb, Esq.**
**100 Southeast 2nd Street**
**Miami, FL 33131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/15/18**

**Basis for the claim:**  **Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-10344 CA 02**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$514.83** |
|---|---|---|---|

**Durham Geo Enterprises, Inc.**
**P.O. Box 870902**
**Stone Mountain, GA 30087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dustrol, Inc.**
**P.O. Box 1728**
**Roanoke, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Eas Contracting, LP**
**13995 Diplomat Dr.**
**Suite 300**
**Farmers Branch, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**East Sunrise Plumbing**
**15488 SW 172nd Terr.**
**Miami, FL 33187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ebsary Foundation Company**
**2154 N.W. North River Dr.**
**Miami, FL 33125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ebsco Sign Group LLC**
**1400 8th Street, N**
**Clanton, AL 35045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EC Cabinets, Inc.**
**1511 East 11th Avenue**
**Hialeah, FL 33010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ECM Management**
**P.O. Box 25574**
**Tampa, FL 33622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $115,341.77 |
|---|---|---|---|

**Edwards Electric Service, LLC**
**PO Box 421**
**Philadelphia, PA 39350**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,017.00 |
|---|---|---|---|

**EF de Panama, S.A.**
**c/o Wermuth Panel Ortiz, PLLC**
**Attn.:  J. Michael Wermuth, Esq.**
**8750 NW 36th Street, Suite 425**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Importation Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77.57** |
| | **EFCO Corporation** | ☐ Contingent | |
| | **25354 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1253** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Eid, Marwin** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred  3/25/17 | ■ Disputed | |
| | Last 4 digits of account number __ | **Basis for the claim:** General liability claim for damages to vehicle | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **El Ministerio de la Presidencia** | ■ Contingent | |
| | **Palacio de Las Garzas** | ■ Unliquidated | |
| | **San Felipe, Panama** | ■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  (Notice Purposes Only) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **El Ministerio de Obras Publicas** | ☐ Contingent | |
| | **Paseo Andrews** | ■ Unliquidated | |
| | **Albrook, Edificio 810,811** | ■ Disputed | |
| | **Panama** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  (Notice Purposes Only) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **El Ministerio de Salud** | ■ Contingent | |
| | **Cerro Ancon** | ■ Unliquidated | |
| | **Calle Gorgas, Edificio 265** | ■ Disputed | |
| | **Panama** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  (Notice Purposes Only) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Elliott Electric Supply** | ☐ Contingent | |
| | **P.O. Box 206524** | ☐ Unliquidated | |
| | **Dallas, TX 75320-6524** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127.50** |
| | **EMC Oil Corp.** | ☐ Contingent | |
| | **P.O. Box 520882** | ☐ Unliquidated | |
| | **Miami, FL 33152** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.357** Nonpriority creditor's name and mailing address

**Emergency Ice 911**
260 West 27th Street
Hialeah, FL 33010

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,692.06**

---

**3.358** Nonpriority creditor's name and mailing address

**Emkay Industries Inc.**
P.O. Box 59349
Dallas, TX 75229

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.359** Nonpriority creditor's name and mailing address

**Emkay, Inc.**
P.O. Box 13520
Newark, NJ 07188-0520

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.360** Nonpriority creditor's name and mailing address

**Empire Office, Inc.**
2 Oakwood Blvd.
Suite 140
Hollywood, FL 33020

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361** Nonpriority creditor's name and mailing address

**Enterprise Electrical Contracting**
1740 NW 69th Ave.
Miami, FL 33126

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362** Nonpriority creditor's name and mailing address

**Enterprise FM Trust**
**Enterprise Fleet Management**
P.O. Box 800089
Kansas City, MO 64180-0089

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$27,379.83**

---

**3.363** Nonpriority creditor's name and mailing address

**Environmental Safety Services**
14101 Hwy 290 West
Building 400, Suite C
Austin, TX 78737

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$739.83**

---

Debtor    **Magnum Construction Management, LLC**                    Case number (if known)
_____                    _____
Name

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Epic Consultants, Inc.**
**9181 SW 140th Street**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Equipro**
**P.O. Box 185488**
**Ft Worth, TX 76181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Erosion Prevention Products**
**P.O. Box 891586**
**Houston, TX 77289-1586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Espino, Enrique I.**
**12230 SW 100th Street**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Espinsosa Vera, Tania Vivian**
**475 E. 26th Street, Apt. 2**
**Hialeah, FL 33013**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/03/15**

Basis for the claim:  **Lawsuit pending in the Miami-Dade County Circuit Court for negligence; Case No. 18-15307 CA 01**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$205.92** |

**Estrada, J. Ladislao**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential claims relating to S-902 Opa Locka project**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Estupinan, Alexander**
**c/o Zeb Israel Goldstein, Esq.**
**600 N. Pine Island Road, Suite 400**
**Fort Lauderdale, FL 33324**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/15/18**

Basis for the claim:  **Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-014360 CA 01**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                    Case number (if known) _____
_____
Name

| | |
|---|---|

**3.371** Nonpriority creditor's name and mailing address

**Everglades Steel Corp**
**5901 N.W. 74 Avenue**
**Miami, FL 33166-7510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.372** Nonpriority creditor's name and mailing address

**Ewing Kessler, Inc.**
**1631 Century Center Parkway**
**Suite 150**
**Memphis, TN 38134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.373** Nonpriority creditor's name and mailing address

**Exclusive Heavy Machinery Body Paint**
**4455 Pioneer 21st Street**
**Clewiston, FL 33440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.374** Nonpriority creditor's name and mailing address

**Executive Foam, Inc.**
**6926 NW 74th Street**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.375** Nonpriority creditor's name and mailing address

**Extreme Environmental, Inc.**
**P.O. Box 418**
**Rockwall, TX 75087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.376** Nonpriority creditor's name and mailing address

**Eyemed Vision Care**
**FSL/Eyemed Premiums**
**P.O. Box 632530**
**Cincinnati, OH 45263-2530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.377** Nonpriority creditor's name and mailing address

**F. L. Crane & Sons, Inc.**
**508 South Spring Street**
**Fulton, MS 38843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Magnum Construction Management, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.378 **Nonpriority creditor's name and mailing address**<br>**F.A. Peinado, LLC**<br>**1701 Legacy Drive, Suite 100**<br>**Frisco, TX 75034**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.                    **Unknown**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Potential claims relating to Peinado - Passport Parkway project**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.379 **Nonpriority creditor's name and mailing address**<br>**F.W. Mestre Equipment Company**<br>**7882 NW 56th Street**<br>**Doral, FL 33166**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.                    **$566.22**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.380 **Nonpriority creditor's name and mailing address**<br>**Fabco, LLC**<br>**P.O. Box 732681**<br>**Dallas, TX 75373-2681**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.                    **$10,333.45**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.381 **Nonpriority creditor's name and mailing address**<br>**Factor Global, Inc.**<br>**Calle 50, Ciudad de Panama**<br>**Panama**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.                    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Guaranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.382 **Nonpriority creditor's name and mailing address**<br>**Fastenal Company**<br>**P.O. Box 978**<br>**Winona, MN 55987-0978**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.                    **$1,682.84**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.383 **Nonpriority creditor's name and mailing address**<br>**FCC Construccion, SA**<br>**Attn.: Legal Dept.**<br>**Ruben Garcia Menendez**<br>**General Peron**<br>**36 Madrid, Spain 28020**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.                    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Joint Venture with MCM**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.384 **Nonpriority creditor's name and mailing address**<br>**Federal Express Corp.**<br>**P.O. Box 660481**<br>**Dallas, TX 75266-0481**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: Check all that apply.                    **$22.72**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Magnum Construction Management, LLC**
    Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*        **$0.00** |
| | **Fence Masters, Inc.**<br>**3550 N.W. 54th Street**<br>**Miami, FL 33142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Vendor_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*       **$1,709.00** |
| | **Fence Masters, Inc.**<br>**3550 NW 54th Street**<br>**Miami, FL 33142** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Potential claims relating to United Homecare project_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*       **$0.00** |
| | **Ferguson Waterworks**<br>**8505 Laurel Fair Cir.**<br>**Suite 200**<br>**Tampa, FL 33610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Vendor_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*       **$1,650.00** |
| | **FIA Trade Group Inc.**<br>**7720 SW 53rdAvenue**<br>**Miami, FL 33143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Vendor_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*       **$7,825.00** |
| | **Fibernet Direct Florida LLC**<br>**P.O. Box 744470**<br>**Atlanta, GA 30374-4470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Vendor_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$10,671.82** |
| | **Fibernet Direct Florida LLC**<br>**1220 Augusta Drive**<br>**Suite 600**<br>**Houston, TX 77057** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Vendor_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$66,195.63** |
| | **Figg Bridge Engineers, Inc.**<br>**424 North Calhoun Street**<br>**Tallahassee, FL 32301-1298** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Vendor_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **Magnum Construction Management, LLC**

Case number (if known) _____

Name

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Figg Bridge Engineers, Inc.**
**424 North Calhoun Street**
**Tallahassee, FL 32301**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to FIU pedestrian bridge project**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,949.37 |
|---|---|---|---|

**Firestop Specialties,Inc.**
**6665 NW 39th Street**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fisk Electric**
**10125 NW 116th Way**
**Suite # 14**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Flagler Construction Equipment**
**P.O. Box 17957**
**Clearwater, FL 33762-0957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fleites Construction Group**
**840 Nightingale Ave.**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fletcher, Thomas K.**
**22 Boulder Drive**
**Key West, FL 33040**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to Hurricane Irma**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $594.88 |
|---|---|---|---|

**Flores, Jose Calletano**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to S-902 Opa Locka project**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                     Case number *(if known)* _____
          Name

| | |
|---|---|
| 3.399 | **Nonpriority creditor's name and mailing address** |

**3.399** **Nonpriority creditor's name and mailing address**
**Florida Chalkboard Co., Inc.**
P.O. Box 1360
Apopka, FL 32704

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.400** **Nonpriority creditor's name and mailing address**
**Florida Concrete Products**
P.O. Box 349347
Florida City, FL 33034

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,701.52**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.401** **Nonpriority creditor's name and mailing address**
**Florida Department of Transportation**
605 Suwannee Street
Tallahassee, FL 32399

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _Potential claims relating to FIU pedestrian bridge project_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.402** **Nonpriority creditor's name and mailing address**
**Florida Department of Transportation**
**District 6**
605 Suwannee St.
Tallahassee, FL 32399

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _Potential claims relating to Red Road South Phase I project_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.403** **Nonpriority creditor's name and mailing address**
**Florida Department of Transportation**
**District 6**
605 Suwannee St.
Tallahassee, FL 32399

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _Potential claims relating to Red Road North Phase II project_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.404** **Nonpriority creditor's name and mailing address**
**Florida Department of Transportation**
**District 4**
605 Suwannee St.
Tallahassee, FL 32399

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _Potential claims relating to Las Olas Bridges project_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.405** **Nonpriority creditor's name and mailing address**
**Florida Department of Transportation**
**District 6**
605 Suwannee St.
Tallahassee, FL 32399

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _Potential claims relating to NW 36 St. project_

Is the claim subject to offset? ☒ No ☐ Yes

Debtor   **Magnum Construction Management, LLC**                    Case number (if known) _____

Name

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Florida Department of Transportation District 6**
605 Suwannee St.
Tallahassee, FL 32399

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to Red Road Phase IV project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Florida Department of Transportation District 4**
605 Suwannee St.
Tallahassee, FL 32399

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to Broward Blvd. project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Florida Department of Transportation District 4**
605 Suwannee St.
Tallahassee, FL 32399

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to AIA Bridge Rehab project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Florida Department of Transportation**
605 Suwannee St.
Tallahassee, FL 32399

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to Irma Disaster Relief project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,451.56** |
|---|---|---|---|

**Florida Department of Transportation**
605 Suwannee Street
Tallahassee, FL 32399

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,395.68** |
|---|---|---|---|

**Florida Fence Rental, Inc.**
8491 NW 64th Street
Miami, FL 33166

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Florida Handling Systems Inc.**
Bridge Cranes Of America, Llc
2651 State Road 60 W.
Bartow, FL 33830-9324

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                    Case number (if known) _____
                Name

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Florida Highway Patrol**
**2100 Mahan Dr.**
**Tallahassee, FL 32308**

☐ Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to FIU pedestrian bridge project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** |

**Florida International Univerity**
**11200 SW 8th Street**
**Miami, FL 33199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to FIU pedestrian bridge**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** |

**Florida International University**
**Police Department**
**885 SW 109th Avenue**
**PG-5**
**Miami, FL 33199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to FIU pedestrian bridge**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** |

**Florida International University**
**Fire Department**
**MDFR Fire Station 29**
**351 SW 107th Avenue**
**Miami, FL 33174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to FIU pedestrian bridge**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** |

**Florida International University**
**11200 SW 8th St.**
**Miami, FL 33199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to FIU Stadium Expansion project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** |

**Florida Power & Light**
**General Mail Facility**
**Miami, FL 33188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** |

**Florida Safety Contractors, Inc.**
**P.O. Box 16628**
**Tampa, FL 33687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                     Case number (if known) _____
　　　　　Name

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Florida Safety Contractors, Inc.**
P.O. Box 16628
Thonotosassa, FL 33592

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Claims relating to SR 842 Broward Blvd. project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Florida Sol Systems, Inc.**
7055 SW 10th Street
Miami, FL 33144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,190.00 |
|---|---|---|---|

**Florida Structural Steel, Inc.**
2710 5th Avenue
Tampa, FL 33605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Florida Turnpike Enterprise**
P.O. Box 613069
Ocoee, FL 34761

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to HEFT PH I & II project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Florida Turnpike Enterprise**
P.O. Box 613069
Ocoee, FL 34761

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to HEFT II project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FLT Geosystems**
809 Progresso Dr.
Ft. Lauderdale, FL 33304-1947

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fluor Enterprises, Inc.**
100 Fluor Daniel Drive
Greenville, SC 29607-2770

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to joint venture with MCM**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
Name                                       Case number *(if known)*

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223,960.65 |
|---|---|---|---|

**Forbo Flooring, Inc.**
**8 Maplewood Drive**
**Hazleton, PA 18202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Forestry Resources, Inc.**
**4353 Michigan Link**
**Fort Myers, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.48 |
|---|---|---|---|

**Fort Pierce Utilities Authority**
**P.O. Box 3191**
**Fort Pierce, FL 34948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Forterra Pipe & Precast, LLC**
**P.O. Box 842481**
**Dallas, TX 75284-2481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fortiline Waterworks**
**14202 SW 142nd Avenue**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,259.82 |
|---|---|---|---|

**Fortson Contracting, Inc.**
**772 FM 1126**
**Rice, TX 75155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fortune Construction**
**315 S Biscayne Blvd, 4th Floor**
**Miami, FL 33131**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: <u>Potential claims relating to Joe Moretti Development project</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)*
_____
Name

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Fortune Urban Construction**
**351 South Biscayne Blvd.**
**4th Floor**
**Miami, FL 33131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential claims relating to Smathers Plaza II project**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,196.40** |

**Foster Construction of South Floridal, I**
**610 NW 183rd Street, Ste. 205**
**Miami, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,415.83** |

**Four Seasons Equipment Inc.**
**P.O. Box 4782**
**Houston, TX 77210-4782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,858.36** |

**Frank Bartel Transportation**
**P.O. Box 827**
**Aubrey, TX 76227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Fresh Coat Painters**
**906 W. McDermott Dr.**
**Ste. 116-207**
**Allen, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,794.24** |

**Frontier Communications**
**Attn.: Claims Department**
**726 W. Sheridan**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Claim for underground line relating to Texas project**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,788.93** |

**G Proulx Building Products, LLC**
**3901 N. 29th Avenue**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Magnum Construction Management, LLC**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.441 | **Nonpriority creditor's name and mailing address**<br>**G&C Cartage Co.**<br>**6801 W. 12th Street**<br>**Jacksonville, FL 32254**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.442 | **Nonpriority creditor's name and mailing address**<br>**Galloway Office Supplies**<br>**10201 N.W. 21st Street**<br>**Miami, FL 33172**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,886.53** |
| 3.443 | **Nonpriority creditor's name and mailing address**<br>**Gamax Consulting, Inc.**<br>**13876 SW 56th St.**<br>**Suite 456**<br>**Miami, FL 33175**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,869.25** |
| 3.444 | **Nonpriority creditor's name and mailing address**<br>**Gamma Air Systems, Inc.**<br>**16761 NW 80th Ct.**<br>**Miami Lakes, FL 33016**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$950.27** |
| 3.445 | **Nonpriority creditor's name and mailing address**<br>**Gannett Fleming Design**<br>**P.O. Box 829160**<br>**Philadelphia, PA 19182-9160**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.446 | **Nonpriority creditor's name and mailing address**<br>**Gannett Fleming Design**<br>**207 Senate Ave.**<br>**Camp Hill, PA 17011**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __Potential claims relating to Las Olas project__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.447 | **Nonpriority creditor's name and mailing address**<br>**Gannett Fleming Design**<br>**207 Senate Ave.**<br>**Camp Hill, PA 17011**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __Potential claims relating to Lehman project__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Magnum Construction Management, LLC**
_____

Case number (if known) _____

| | |
|---|---|
| 3.448 | **Nonpriority creditor's name and mailing address** |

**3.448** | **Nonpriority creditor's name and mailing address**

**Garcia, Ana Maria Oveido, indiv. and as pers. rep. of estate of Rolando Fraga**
c/o Lagos & Priovolos
66 W Flagler St., Ste 1000
Miami, FL 33130

Date(s) debt was incurred  **3/15/18**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._          **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-8895 CA 32**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.449** | **Nonpriority creditor's name and mailing address**

**Gary Kincaid Scale Co.**
P.O. Box 1969
Forney, TX 75128

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address**

**Gate Precast Company**
P.O. Box 23627
Jacksonville,, FL 32241-3627

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address**

**GCP Applied Technologies**
P.O. Box 96160
Chicago, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address**

**GCR Tire Centers**
3034 E Grauwler Road
Irving, TX 75061

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._          **$1,577.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address**

**General Asphalt Co., Inc.**
4850 N.W. 72nd Avenue
Miami, FL 33166

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address**

**Geomatic Supplies & Sales LLC**
2914 W. Story Road
Irving, TX 75038

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._          **$1,074.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
        Name
                                                    Case number (if known) _____

| | | |
|---|---|---|
| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**3.455**

**Nonpriority creditor's name and mailing address**

**Geopoint Surveying, Inc.**
**213 Hobbs Street**
**Tampa, FL 33619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456**

**Nonpriority creditor's name and mailing address**

**George's Crane Service, Inc.**
**2190 N.W. 110th Avenue**
**Miami, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$3,297.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457**

**Nonpriority creditor's name and mailing address**

**George's Crane Service, Inc.**
**2190 NW 110th Avenue**
**Miami, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential claims relating to FIU pedestrian bridge project__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458**

**Nonpriority creditor's name and mailing address**

**George's Welding Services, Inc.**
**Dba George's Metal Fab.**
**11400 N.W. 134 Street**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459**

**Nonpriority creditor's name and mailing address**

**Gerdau Ameristeel**
**25654 Network Place**
**Chicago, IL 60673-1256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.460**

**Nonpriority creditor's name and mailing address**

**Gerdau Ameristeel US, Inc.**
**4220 West Boyscount Boulevard**
**Suite 600**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential claims relating to FIU pedestrian bridge project__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461**

**Nonpriority creditor's name and mailing address**

**GFA International**
**1215 Wallace Drive**
**Delray Beach, FL 33444**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$731.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                                Case number *(if known)* _____
          Name

| | |
|---|---|
| 3.462 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

**Gilbert Oil Company**
**P.O. Box 848**
**303 NW 9 Street**
**Okeechobee, Fl 34972**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.463 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                 $52,648.61

**Gimrock Construction, Inc.**
**14400 NW 102nd Avenue**
**Hialeah, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.464 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

**Glass Tech Engineering, Inc.**
**8321 N.W. 70th Street**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.465 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                  Unknown

**Global Bank**
**Torre Global Bank**
**Calle 50**
**Panama, Panama**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __(Notice Purposes Only)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.466 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                 $6,998.00

**Go2marine**
**19351 8th Avenue**
**Suite 101**
**Poulsbo, WA 98370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.467 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

**Gomez & Son Fence Co.**
**P.O. Box 226915**
**Miami, FL 32222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.468 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                   $91.52

**Gomez, Luis**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Potential claims relating to S-902 Opa Locka project__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.469 | **Nonpriority creditor's name and mailing address** |

**Gonzalez, Francisco**
**2206 Idaho**
**Dallas, TX 75216**

Date(s) debt was incurred **9/12/17**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                                          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Workers' compensation claim for injuries sustained;**
**Claim No. 1D348775746367B**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.470 | **Nonpriority creditor's name and mailing address** |

**Gonzalez, Maria Elena**
**18 Pompano Avenue**
**Key Largo, FL 33037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                                          **$150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.471 | **Nonpriority creditor's name and mailing address** |

**Gordon, Clint**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                                          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Claim for alleged damage to interior and exterior of**
**building (Las Olas Project)**
**Claim No. 30165196735-0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.472 | **Nonpriority creditor's name and mailing address** |

**Gotta Go Green Enterprises**
**4880 43rd Street**
**Vero Beach, FL 32967**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                                          **$1,355.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.473 | **Nonpriority creditor's name and mailing address** |

**GPE Engineering & General**
**Contractor Corp.**
**P.O. Box 4582**
**Hialeah, FL 33014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.474 | **Nonpriority creditor's name and mailing address** |

**Grainger**
**Dept 824774087**
**P.O. Box 419267**
**Kansas City, MO 64141-6267**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                                          **$3,229.09**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.475 | **Nonpriority creditor's name and mailing address** |

**Granada Travel Agency**
**8780 SW 53rd Street**
**Miami, FL 33165**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Magnum Construction Management, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.476** | Nonpriority creditor's name and mailing address

**Graybar Electric Co. Inc.**
**11250 NW 91st Street**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.477** | Nonpriority creditor's name and mailing address

**Great Horn Financial Services Corp.**
**P.O. Box 430**
**Timonium, MD 21093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.478** | Nonpriority creditor's name and mailing address

**Great Waste**
**6710 Main Street**
**Suite # 233**
**Miami Lakes, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.479** | Nonpriority creditor's name and mailing address

**Green Light Electric Systems**
**2310 W. 76th Street**
**Hialeah, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.480** | Nonpriority creditor's name and mailing address

**Green Masonry**
**168 Cedarwood Road**
**Moundville, AL 35474**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$21,388.36

---

**3.481** | Nonpriority creditor's name and mailing address

**Green Team Recycling, LLC**
**P.O. Box 651551**
**Miami, FL 33265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$96.00

---

**3.482** | Nonpriority creditor's name and mailing address

**Greenberg, Traurig**
**333 SE 2nd Avenue, Suite 4400**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$3,675.00

---

Debtor **Magnum Construction Management, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,907.82** |

**Greener Pastures Landscape, Inc.**
P.O. Box 540668
Dallas, TX 75354-0668

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$161,983.10** |
|---|---|---|

**Griffith Davidson & Shurtleff, P.C.**
13737 Noel Road, #850
Dallas, TX 75240

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Ground Hound Detection Svcs, Inc.**
2930 NW Commerce Park Dr.
Suite 1
Boyton Beach, FL 33426

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Ground Penetrating Radar**
6800 W Central Avenue
Ste E-1
Toledo, OH 43617

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|

**Grove Harbor Marina and Caribbean Marketplace, LLC**
2640 S. Bayshore Drive
Suite 305
Miami, FL 33133

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Lawsuit filed in Miami-Dade County Circuit Court for declaratory relief/tortious interference claims, Case No. 18-031090 CA 01__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Grove Services Inc., of Miami**
P.O. Box 901310
Homestead, FL 33090-1310

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|

**Grove Services, Inc. of Miami**
P.O. Box 901310
Homestead, FL 33090

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential claims relating to Irma disaster relief project__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**          Case number (if known) _____
               Name

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.490**

Nonpriority creditor's name and mailing address

**GS Equipment, Inc.**
**1023 S. 50th Street**
**Tampa, FL 33619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.491**

Nonpriority creditor's name and mailing address

**GSI Highway Products, Inc.**
**720 West Wintergreen Road**
**Hutchins, TX 75141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$21,053.72

---

**3.492**

Nonpriority creditor's name and mailing address

**Guaranteed Fence Corp.**
**1091 E. 26 St, Bldg A**
**Hialeah, FL 33013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.493**

Nonpriority creditor's name and mailing address

**Gulf Breeze Consulting, Inc.**
**1304 West Garden Street**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.494**

Nonpriority creditor's name and mailing address

**Guntert & Zimmerman Constr. Div., Inc.**
**222 East Fourth Street**
**Ripon, CA 95366**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$17,174.64

---

**3.495**

Nonpriority creditor's name and mailing address

**H&E Equipment Services LLC**
**P.O. Box 849850**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$13,394.86

---

**3.496**

Nonpriority creditor's name and mailing address

**H.J. Foundation Company**
**8275 NW 80th Street**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$4,165.75

| Debtor | **Magnum Construction Management, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,804.16 |
|---|---|---|---|

**Haigood & Campbell, LLC**
**P.O. Box 1066**
**Archer City, TX 76351**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271.44 |
|---|---|---|---|

**Halley Engineering Contractors, Inc.**
**13901 NW 118th Ave.**
**Miami, FL 33178**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hamilton Masonry Contractor**
**1336 NW 46th Street**
**Miami, FL 33142**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $398.13 |
|---|---|---|---|

**Hanes Geo Components**
**L&P Financial Services Co.**
**P.O. Box 60984**
**Charlotte, NC 28260**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,932.23 |
|---|---|---|---|

**Hanson Aggregates, LLC**
**15620 Collection Center Dr.**
**Chicago, IL 60693-0156**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hanson, Kevin L., indiv. and on behalf**
**of his four minor children**
**c/o John Getz, Esq.**
**158 E. 49th Street**
**Hialeah, FL 33013-1853**

Date(s) debt was incurred  __3/15/18__

Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  __Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-18390 CA 01__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hanson, Randy, as co-plenary guardian**
**of Kevin Lee Hanson**
**c/o John Getz, Esq.**
**158 E. 49th Street**
**Hialeah, FL 33013-1853**

Date(s) debt was incurred  __3/15/18__

Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  __Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-18390 CA 01__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**

Case number (if known) _____

Name

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hanson, Terry, as co-plenary guardian of Kevin Lee Hanson**
c/o John Getz, Esq.
158 E. 49th Street
Hialeah, FL 33013-1853

Date(s) debt was incurred  **3/15/18**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-18390 CA 01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Hardrives of Delray, Inc. dba**
Hardrives, Inc.
2101 South Congress Ave.
Delray Beach, FL 33445

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Haydon Building Corp.**
4640 E. Cotton Gin Loop
Phoenix, AZ 85040

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to Haydon - Paving Amarillo TX project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Hayward Baker, Inc.**
5461 West Waters Avenue
Tampa, FL 33634

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Hazen Grooving & Grinding, Inc.**
P.O. Box 238
Fort Ogden, FL 34267

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | | $31,041.37 |
|---|---|---|---|

**HCSS, Inc.**
13151 West Airport Blvd.
Sugar Land, TX 77478

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | | $45,115.61 |
|---|---|---|---|

**HDS/White Cap Const. Supply**
P.O. Box 4852
Orlando, FL 32802-4852

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Magnum Construction Management, LLC**                     Case number (if known) _____
_____
Name

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Hemingway, Justin
1220 Waters Edge Dr.
Rockwall, TX 75087

Date(s) debt was incurred  **7/3/18**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Automobile claim for injuries to vehicle; Claim No. 30180597254-0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.512
**Nonpriority creditor's name and mailing address**
Hepburn, Marquise Rashad
Morgan & Morgan
Attn.:  Matthew T. Morgan, Esq.
20 N Orange Ave Ste 1000
Orlando, FL 32801

Date(s) debt was incurred  **3/15/18**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-8144 CA 23**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.513
**Nonpriority creditor's name and mailing address**
Heratage Product Resources, Inc.
P.O. Box 6593
Lakeland, FL 33807

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **$1,770.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.514
**Nonpriority creditor's name and mailing address**
Herc Rentals Inc.
P.O. Box 936257
Atlanta, GA 31193

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **$61,907.58**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.515
**Nonpriority creditor's name and mailing address**
Hernandez, Hicks & Valois, P.A.
8551 West Sunrise Blvd.
Suite 305
Fort Lauderdale, FL 33323-2216

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Legal fees and expenses with respect to T4 project**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.516
**Nonpriority creditor's name and mailing address**
Hernandez, Justo
90 E. 51st Place
Hialeah, FL 33013

Date(s) debt was incurred  **1/9/18**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Workers' Compensation Claim for injuries sustained; Claim No. 30189555745-0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.517
**Nonpriority creditor's name and mailing address**
High Tech Striping, Inc.
c/o Ocean Bank Factoring Division
780 NW 42 Ave., Suite 300
Miami, FL 33126

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $2,444.73 |

3.518 **Nonpriority creditor's name and mailing address**
**Hilti, Inc.**
**P.O. Box 11870**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$2,444.73**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.519 **Nonpriority creditor's name and mailing address**
**Hodges Erector, Inc.**
**100 South Biscayne Blvd.**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.520 **Nonpriority creditor's name and mailing address**
**Hoffman Park Emerg Phys LLC**
**P.O. Box 37866**
**Philadelphia, PA 19101-7866**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,396.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.521 **Nonpriority creditor's name and mailing address**
**Hok Masonry, LLC**
**8937 SW 214th Street**
**Miami, FL 33189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.522 **Nonpriority creditor's name and mailing address**
**Holland & Knight LLP**
**P.O. Box 864084**
**Orlando, FL 32886-4084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$2,348.51**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.523 **Nonpriority creditor's name and mailing address**
**Holt Cat**
**P.O. Box 650345**
**Dallas, TX 75265-0345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$121,306.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.524 **Nonpriority creditor's name and mailing address**
**Home Depot Inc.**
**Dept.32 - 2500774041**
**P.O. Box 78047**
**Phoenix, AZ 85062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$8,902.31**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.525** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Homestead Paving Co.**
14550 Mable St
Naranja, FL 33032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.526** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Homestead Police Department**
45 NW 1st Avenue
Homestead, FL 33030

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Claim for alleged roof leak after Hurricane Irma
Claim No. 30189798749-0001**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.527** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Honeywell Building Solutions**
12490 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.528** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Hoover Canvas Products dba
Hoover Architect**
844 NW 9th Avenue
Fort Lauderdale, FL 33311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.529** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Hot Shots Autobody Supplies**
2940 NW 54th St.
Miami, FL 33142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.530** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,605.30**

**Hotel & Restaurant Supply Inc.**
P.O. Box 6
Meridian, MS 39302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.531** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Howard McAnear Equipment Co.**
P.O. Box 162029
Ft. Worth, TX 76161-2029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Howell Heating and Air**
P.O. Box 2476
Laurel, MS 39442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor_

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Humble, Richard Luis**
c/o Grossman Roth Yaffa Cohen
Attn.: Stuart Z. Grossman, Esq.
2525 Ponce de Leon Blvd Ste 1150
Miami, FL 33134

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _3/15/18_

**Basis for the claim:** _Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-10117 CA 13_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hurricane Resistant Const**
12105 Lymestone Way
Cooper City, FL 33026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor_

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HVJNorth Texas**
8701 John W Carpenter Frwy
Suite 250
Dallas, TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor_

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hyvac, Inc.**
312 South Military Trail
Deerfield Beach, FL 33442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor_

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**I & C Earthmovers**
P.O. Box 940668
Miami, FL 33194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor_

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**IBC Travel, Inc.**
500 SW 34th Street
Fort Lauderdale, FL 33315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor_

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Magnum Construction Management, LLC**

Case number (if known) _____

Name

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,100.00 |
|---|---|---|---|

**Imagery**
7440 SW 50th Terr.
Suite #102
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.26 |
|---|---|---|---|

**Imperial Auto Glass, Inc.**
2130 Quarry Street
Dallas, TX 75212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Imperial Flooring Contractors**
14285  S.W. 142 Street
Miami, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,303.81 |
|---|---|---|---|

**Imperial Flooring Solutions, Inc.**
14285 SW 142nd Street
Miami, FL 33186

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential claims relating to United Homecare project**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IMT Construction LLC**
P.O. Box 261722
Plano, TX 75026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,369.86 |
|---|---|---|---|

**Infinity Auto Insurance Company**
2201 4th Avenue North
Birmingham, AL 35203

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  3/15/18

**Basis for the claim:** **Automobile claim relating to FIU bridge collapse (Carlos Enrique Diez); Claim No. 301811072350-0001**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.25 |
|---|---|---|---|

**Insperity Employee Screening**
P.O. Box 841585
Dallas, TX 75284-1585

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
Name

Case number (if known) _____

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,138.59 |

**Institutional Products, Inc.**
1011 NW 6th Street
Homestead, FL 33030

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Integ-Crete Construction, LLC**
10550 W. Midway Road
Fort Pierce, FL 34945

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __(Notice Purposes Only)__
__Settled lawsuit filed in Martin County Circuit Court for payment of__
__bond, breach of contract, relating to Lakeside Ranch Stormwater__
__Treatment Area Phase II South Project; Case No. 18-1031 CA 01__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,288.90 |

**Integrated Roadway Services**
4164 Austin Bluffs Pkwy
Ste. 362
Colorado Springs, CO 80918

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,921.64 |

**Internal Services Department**
**Small Business Development**
111 NW 1st Street, 19th Floor
Miami, FL 33128

Date(s) debt was incurred _

Last 4 digits of account number _

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential claims relating to S-902 Opa Locka project__
__(Unlimited Turf violation of Sec. 2-11.16)__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,802.00 |

**International Constructon Equipment, Inc**
301 Warehouse Dr.
Mathews, NC 28104

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Intertek International, Inc.**
8300 NW 53rd Street
Miami, FL 33166

Date(s) debt was incurred _

Last 4 digits of account number _

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential claims relating to FIU pedestrian bridge__
__project__

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Magnum Construction Management, LLC**                    Case number (if known)
_____                    _____
Name

| | |
|---|---|
| 3.552 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |
| **Intertek PSI** | ■ Contingent |
| **545 E. Alogonquin Road** | □ Unliquidated |
| **Arlington Heights, IL 60005** | □ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential claims relating to FIU pedestrian bridge project** |
| | Is the claim subject to offset? ■ No  □ Yes |

| | |
|---|---|
| 3.553 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$158,817.01** |
| **Ion Electric, LLC** | □ Contingent |
| **2801 N. Andrews Avenue** | □ Unliquidated |
| **Pompano Beach, FL 33069** | □ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Vendor** |
| | Is the claim subject to offset? ■ No  □ Yes |

| | |
|---|---|
| 3.554 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.00** |
| **Island Fence of Dade** | □ Contingent |
| **711 E Okeechobee Road** | □ Unliquidated |
| **Hialeah, FL 33010** | □ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Vendor** |
| | Is the claim subject to offset? ■ No  □ Yes |

| | |
|---|---|
| 3.555 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |
| **Island Mechanical Contractors, Inc.** | ■ Contingent |
| **c/o Tritt & Associates** | □ Unliquidated |
| **Attn:  Bryan D. Judah, Esq.** | ■ Disputed |
| **707 Peninsular Place** | |
| **Jacksonville Beach, FL 32240** | Basis for the claim:  **Lawsuit pending in Miami-Dade County Circuit Court for breach of contract, Case No. 18-10586 CA 08** |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  □ Yes |

| | |
|---|---|
| 3.556 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.00** |
| **ITSTelecom** | □ Contingent |
| **P.O. Box 308** | □ Unliquidated |
| **Indiantown, FL 34956** | □ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Vendor** |
| | Is the claim subject to offset? ■ No  □ Yes |

| | |
|---|---|
| 3.557 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$35,010.78** |
| **J Alfredo Armas Professional LLC** | □ Contingent |
| **4960 SW 72 Ave., Suite # 206** | □ Unliquidated |
| **Miami, FL 33155** | □ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Vendor** |
| | Is the claim subject to offset? ■ No  □ Yes |

| | |
|---|---|
| 3.558 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |
| **J C A Cad, Inc.** | ■ Contingent |
| **414 Sorenstam Way** | □ Unliquidated |
| **Cibolo, TX 78108** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential claims relating to Jackson Memorial Medical Campus** |
| | Is the claim subject to offset? ■ No  □ Yes |

Debtor **Magnum Construction Management, LLC**

Name

Case number (if known) _____

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**J Hernandez Maintenance LLC**
PO Box 901205
Homestead, FL 33090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**J.A. Azpeitia**
22661 SW 127 Avenue
Miami, FL 33170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340,099.46 |
|---|---|---|---|

**JA & M Developing Corporation**
15757 Pines Blvd., Suite 196
Pembroke Pines, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,959.87 |
|---|---|---|---|

**Jackson Lewis  P.C.**
220 Headquarters Plaza
East Towers, 7th Floor
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,157.20 |
|---|---|---|---|

**Jackson Lewis P.C. Chartered**
1133 Westchester Ave.
Suite S125
West Harrison, NY 10604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Breach of Contract Claim__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jackson Memorial Hospital**
1611 NW 12th Avenue
Miami, FL 33136

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential claims relating to WT Sampson project__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jador International**
P.O. Box 171268
Hialeah, FL 33017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

Debtor    **Magnum Construction Management, LLC**
    Name                                   Case number *(if known)*

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jaffer Well Drilling**
**1451 SW 9 Court**
**Hialeah Gardens, FL 33010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,569.52 |
|---|---|---|---|

**Jajo, Inc. d/b/a Bryant Electric**
**8817 NW 21st Terrace**
**Miami, FL 33172**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential breach of contract claims relating to United Homecare project__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |
|---|---|---|---|

**JAMS, Inc.**
**File 1750**
**1801 W Olympic Blvd.**
**Pasadena, CA 91199-1750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jasso. Manlio**
**4104 Texas Drive**
**Dallas, TX 75211**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __9/26/12__

Last 4 digits of account number _

Basis for the claim: __Workers' compensation claim; Claim No. 30130383879-0001;  Project:  Lovefield (TX)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JB Knowledge Technologies**
**P.O. Box 711**
**Bryan, TX 77806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JBL Engineering**
**12333 Woodlands Circle**
**Dade City, FL 33525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JC Suvillaga Bricks & Pavers**
**10245 SW 35 Terr..**
**Miami, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Magnum Construction Management, LLC**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.573 | **Nonpriority creditor's name and mailing address** |
| | **JCA-CAD** |
| | **414 Sorenstam Way** |
| | **Cibolo, TX 78108** |

As of the petition filing date, the claim is: *Check all that apply.*      **$13,271.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.574 | **Nonpriority creditor's name and mailing address** |
| | **Jeny Sod Service Corporation** |
| | **17150 SW 177th Avenue** |
| | **Miami, FL 33187** |

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.575 | **Nonpriority creditor's name and mailing address** |
| | **Jesus Morales Trucking LLC** |
| | **C/O Flash Funding LLC** |
| | **P.O. Box 4745** |
| | **Houston, TX 77210** |

As of the petition filing date, the claim is: *Check all that apply.*      **$600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.576 | **Nonpriority creditor's name and mailing address** |
| | **JJAS Door Installations, Inc.** |
| | **7302 NW 70th Street** |
| | **Miami, FL 33166** |

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.577 | **Nonpriority creditor's name and mailing address** |
| | **JMJ Painting Inc.** |
| | **20200 NW 2nd Avenue** |
| | **Suite 405** |
| | **Miami Gardens, FL 33169** |

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.578 | **Nonpriority creditor's name and mailing address** |
| | **JMJ Painting, Inc.** |
| | **1779 N. University Drive, Suite 201** |
| | **Hollywood, FL 33024** |

As of the petition filing date, the claim is: *Check all that apply.*      **$20,092.56**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Potential claims relating to United Homecare project__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.579 | **Nonpriority creditor's name and mailing address** |
| | **JND & Sons Barrier, LLC** |
| | **9324 Bayard Street** |
| | **Ft. Worth, TX 76244** |

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Magnum Construction Management, LLC**
Name

Case number *(if known)*

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,055.95 |

**Jobsite Solutions Corp.**
**7225 NW 68th Street**
**#4**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $732.99 |

**Joe Jeter Sales LLC**
**306 Hockaday Ave.**
**Garland, TX 75043-2215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,786.33 |

**Johnson Controls, Inc.**
**P.O. Box 730068**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jordan Gilmore Inc. dba Hyrell**
**1610 Adams Avenue**
**Dunmore, PA 18509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jordim International, Inc.**
**12502 SW 78th Street**
**Miami, FL 33183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**JS & L Site, Inc.**
**15182 SW 92nd Terr.**
**Miami, FL 33195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**JSS Bori Group, LLC**
**3902 Sandsshell Dr.**
**Ft Worth, TX 76137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**K & J Contractors, Inc.**
**815 North Homestead Blvd.**
**# 458**
**Florida City, FL 33030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kendall Electric, Inc.**
**6705 SW 145th Street**
**Miami, FL 33158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,012.07 |

**Kesoki Painting, LLC**
**15191 SW 116 Terrace**
**Miami, FL 33196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KForce, Inc.**
**P.O. Box 277997**
**Atlanta, GA 30384-7997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**King Steel Corporation**
**5225 E. Cook Road**
**Grand Blanc, MI 48439**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential claims relating to FIU pedestrian bridge project__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $585.23 |

**Kira Construction Mgmt LLC**
**4208 198th Street**
**Suite 104**
**Lynwood, WA 98036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23.51 |

**Kirby Smith Machinery, Inc.**
**P.O. Box 270360**
**Oklahoma City, OK 73137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**                          Case number (if known) _____

Name

| | |
|---|---|
| 3.594 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Kirlin Florida LLC**
**3125 W. Commercial Blvd., Ste 200**
**Ft. Lauderdale, FL 33309-3446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$24,783.26**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.595  **Nonpriority creditor's name and mailing address**
**Knights Key Investors, LLC**
**1010 Kennedy Drive**
**Suite 302**
**Key West, FL 33040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to Irma disaster relief project**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.596  **Nonpriority creditor's name and mailing address**
**Koogle Engineering, LLC.**
**3361 Rouse Rd..**
**Suite 155**
**Orlando, FL 32817**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.597  **Nonpriority creditor's name and mailing address**
**Krause, Rudolph O.**
**2631 Old State Road 4A**
**Summerland Key, FL 33042**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to Irma disaster relief project**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.598  **Nonpriority creditor's name and mailing address**
**L & L Distributors, Inc.**
**1511 N. Powerline Road**
**Pompano Beach, FL 33069-1690**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.599  **Nonpriority creditor's name and mailing address**
**L.D. Mullins Lumber Co.**
**1191 West 15 Street**
**Riviera Beach, FL 33404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$77.91**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.600  **Nonpriority creditor's name and mailing address**
**Lake Point Restoration, LLC**
**12012 South Shore Blvd.**
**Suite 107**
**Wellington, FL 33414**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$19,985.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
Name

Case number (if known) _____

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,982.44 |

**Landscape Structures Inc.**
601 7th Street S
Delano, MN 55328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |

**Lanuza, Pedro M.**
14705 SW 178th Terrace
Miami, FL 33187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Expense Reimbursements__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |

**Lavrinenko, Oleg**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __4/23/18__

Basis for the claim: __General liability claim for damages to vehicle__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Leadex Corporation**
2601 SW 69th Ct
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.68 |

**Leal, Stefan A.**
8080 SW 205 Street
Cutler Bay, FL 33189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Expense Reimbursements__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Leesburg Concrete Company, Inc.**
1335 Thomas Avenue
Leesburg, FL 34748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Lehigh Cement Company LLC**
300 E. John Carpenter Freeway
#1645
Irving, TX 75062

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential claims relating to FIU pedestrian bridge project__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                    Case number (if known) _____

_____
Name

| | |
|---|---|
| 3.608 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Leon Medical Centers**
8600 NW 41st St.
Miami, FL 33166

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Potential claims relating to Leon W Hialeah EMPLY Parking Lot project**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Leon Medical Centers**
8600 NW 41st St.
Miami, FL 33166

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Potential claims relating to Leon Kendall Parking Garage project**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Leon Medical Centers**
8600 NW 41st St.
Miami, FL 33166

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Potential claims relating to Leon Flagler Parking Garage project**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Level 3 Communications**
c/o JNR Adjustment Company, Inc.
P.O. Box 27070
Minneapolis, MN 55427

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$94,821.75**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**  **Claims for underground line at Broward Blvd. project**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Lindamood Demolition**
Lindamood Heavy Hauling Inc
2020 S Nursery Road
Irving, TX 75060

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** |
|---|---|

**List Industries, Inc.**
401 N.W. Jim Moran Blvd.
Deerfield Beach, FL 33442

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Litecrete, Inc.**
8095 NW 64 Street
Miami, FL 33166

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,134.22**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
_____
Name

Case number *(if known)* _____

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$575.00** |
|---|---|---|---|

**Lively, Alan**
**941 Lake Forest Trail**
**Little Elm, TX 75068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Locher Environmental Technology, LLC**
**P.O. Box 40**
**Placida, FL 33946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Locke Solutions**
**700 Almeda-Genoa Rd.**
**Houston, TX 77047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lopefra Corporation**
**7855 NW 29 Street, Suite 182**
**Doral, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,763.01** |
|---|---|---|---|

**Lotspeich Co. of Fla.**
**6351 NW 28th Way, Suite A**
**Ft. Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Louis Berger U.S., Inc.**
**412 Mount Kemble Avenue**
**Morristown, NJ 07962-1946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Louis Berger U.S., Inc.**
**412 Mount Kemble Avenue**
**Morristown, NJ 07960**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Potential claims relating to FIU pedestrian bridge project_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
| | Name | | |

---

**3.622** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Luselago International LLC**
**dba Pirtek Doral**
**7962 NW 14thStreet**
**Doral, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.623** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**M & J Elevator Interiors, Inc.**
**3552 East 10th Court**
**Hialeah Gardens, FL 33013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.624** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$903.76**

**M and H Automotive Inc.**
**3560 W. Broward Blvd.**
**Ft. Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,915.53**

**M and M Steel Corp**
**515 West 26th Street**
**Hialeah, FL 33010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.626** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,094.51**

**M G Vera, Inc.**
**13960 SW 47 Street**
**Miami, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.627** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Machado, Thomas**
**5757 Blue Lagoon Drive**
**Miami, FL 33126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __07/05/15__

**Basis for the claim:** __General liability claim for injuries relating to Red Road project; Claim No. 30155013353-0001__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.628** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Madina Sod Corp.**
**200 South Main Street**
**Belle Glade, FL 33430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)* _____
_____
Name

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MAG Construction Inc.**
**7812 SW 34th Terrace**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,351.25 |
|---|---|---|---|

**Management Consultants International**
**16915 SW 93rd Street**
**#13-313**
**Miami, FL 33196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manny & Lou Plumbing**
**Contractors, Inc.**
**7105 S.W. 47 St., Bay 407**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mardale Specialties Direct, Inc.**
**4101 NW 124 Avenue**
**Coral Springs, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**Marine Machining & Mfg LLC**
**33475 Giftos Drive**
**Clinton TWP, MI 48035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $45,120.13 |
|---|---|---|---|

**Marjam Supply of Florida LLC**
**855T Conklin Street**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Products**
**14218 S.W. 136 Street**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,619.00** |

**Martin Marietta Materials**
**P.O. Box 677061**
**Dallas, TX 75267-7061**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$335.00** |

**Martinez and Morales LLC**
**395 Alhambra Circle, Ste. 150**
**Miami, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal fees

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Martinez, Devin**
**1506 Quail Run Drive**
**Allen, TX 75002**

Date(s) debt was incurred  **10/02/15**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Lawsuit pending in Collin County, Texas District Court relating to auto negligence, Case No. 366-05380-2016

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Marvi Builders LLC**
**13150 NW Miami Court**
**Miami, FL 33168**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Maschmeyer Concrete Company**
**P.O. Box 628389**
**Orlando, FL 32862-8389**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$512.71** |

**Mass Mutual Life Ins. Co.**
**Apm Payment Processing Center**
**P.O. Box 92483**
**Chicago, IL 60675-2483**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Master Con, LLC**
**1079 Shotgun Road**
**Sunrise, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Magnum Construction Management, LLC**                    Case number (if known) _____

Name

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Master Concession Air, LLC.**
5725 NW 7th St, Suite #97
Miami, FL 33126

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to KFC Food Court project**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mastin, Debbie**
500 NE 55th Terrace
Miami, FL 33137

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential unjust enrichment claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,415.82 |

**Matheson Tri-Gas Inc.**
P.O. Box 845502
Dallas, TX 75284-5502

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,192.70 |

**Matrax, Inc.**
11748 Mayfair Field Dr.
Timonium, MD 21093

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Matrax, Inc.**
11748 Mayfair Field Drive
Lutherville Timonium, MD 21093

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to FIU pedestrian bridge project**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $956.25 |

**McCormick Construction & Management LLC**
1153 Lionsgate Lane
Gulf Breeze, FL 32563

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**McCourt Construction**
16155 SW 117 Avenue, Ste B 26
Miami, FL 33177

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.650 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**McCulley Marine Services, Inc.**
**2309 N. Old Dixie Hwy**
**Fort Pierce, FL 34946**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.651 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**McGowen, S.A.**
**Attn.: Roderick McGowen**
**Calle 68**
**San Francisco, Local 32, Panama**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Joint Venture with MCM__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.652 | **Nonpriority creditor's name and mailing address** | **$38,204.90** |

**MCO Construction & Svcs**
**6600 NW 27th Avenue, Ste 208**
**Miami, FL 33147-7220**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.653 | **Nonpriority creditor's name and mailing address** | **$381.25** |

**McPherson Law Firm, PLLC**
**Republic Center, Suite 3100**
**Dallas, TX 75201**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.654 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Meco Miami, Inc.**
**5825 NW 74th Avenue**
**Miami, FL 33166**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.655 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Medina, Jose**
**1812 Nomas Street**
**Dallas, TX 75212**

**Date(s) debt was incurred** __1/25/18__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Workers' compensation claim relating to DNT-TX__
__project; Claim No. 30189519493-0001__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.656 | **Nonpriority creditor's name and mailing address** | **$480.96** |

**Mejias, Basilio**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Potential claims relating to S-902 Opa Locka project__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**    Case number (if known) _____
_____
Name

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.657**

Nonpriority creditor's name and mailing address
**Melendez-Bonilla, Ronald**
**5390 W. 4th Avenue**
**Hialeah, FL 33012**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658**

Nonpriority creditor's name and mailing address
**Memco Solutions, Inc.**
**P.O. Box 301729**
**Dallas, TX 75303-1729**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    $202,618.74
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.659**

Nonpriority creditor's name and mailing address
**Memorial Cubano, Inc.**
**4414 SW 127 Ct.**
**Miami, FL 33175**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential claims relating to Cuban Memorial project__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660**

Nonpriority creditor's name and mailing address
**Mendez, Jenna**
**c/o H. Clay Roberts, Esq.**
**Fornaris Law Firm, P.A.**
**65 Almeria Avenue**
**Miami, FL 33134**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Lawsuit filed in Miami-Dade County Circuit Court, relating to FIU bridge collapse; Case No. 2018-035972 CA 01__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.661**

Nonpriority creditor's name and mailing address
**Mendoza, Alexis**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    $137.28
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Potential claims relating to S-902 Opa Locka project__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.662**

Nonpriority creditor's name and mailing address
**Merius, Austin**
**c/o Templer & Hirsh Attorneys**
**20801 Biscayne Blvd.**
**Suite 400**
**Miami, FL 33180**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential claims relating to Port Everglades project__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.663**

Nonpriority creditor's name and mailing address
**Metro Caulking & Waterproofing**
**1100 SW 30th Avenue**
**Pompano Beach, FL 33069**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**   Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $110.07 |

**3.664**

**Nonpriority creditor's name and mailing address**

**Metroplex Welding Supply, Inc.**
**1970 W. NW Highway**
**Dallas, TX 75220**

Date(s) debt was incurred _

Last 4 digits of account number _

**$110.07**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.665**

**Nonpriority creditor's name and mailing address**

**Miami Light House for the Blind & Visual**
**601 SW 8th  Avenue**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number _

**Unknown**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to Lighthouse For the Blind project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.666**

**Nonpriority creditor's name and mailing address**

**Miami Tool Rental**
**4190 NW 72 Avenue**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

**$0.00**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.667**

**Nonpriority creditor's name and mailing address**

**Miami-Dade Aviation Department**
**P.O. Box 526624**
**Miami, FL 33152-6624**

Date(s) debt was incurred _

Last 4 digits of account number _

**$3.51**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.668**

**Nonpriority creditor's name and mailing address**

**Miami-Dade Aviation Department**
**4301 NW 22nd Street**
**Building 3030, 2nd Floor**
**Miami, FL 33102**

Date(s) debt was incurred _

Last 4 digits of account number _

**Unknown**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to 08686 - MIA 756 A/D North Terminal Improvements project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.669**

**Nonpriority creditor's name and mailing address**

**Miami-Dade Aviation Department**
**4301 NW 22nd Street**
**Building 3030, 2nd Floor**
**Miami, FL 33102**

Date(s) debt was incurred _

Last 4 digits of account number _

**Unknown**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to MIA 746 BC Infill Third & Fourth Level Tenant Improvements project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670**

**Nonpriority creditor's name and mailing address**

**Miami-Dade Aviation Department**
**4301 NW 22nd Street**
**Building 3030, 2nd Floor**
**Miami, FL 33102**

Date(s) debt was incurred _

Last 4 digits of account number _

**Unknown**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to MCC - MIA project**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Magnum Construction Management, LLC**                              Case number (if known) _____
_____
Name

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Miami-Dade County**
**Stephen P. Clark**
**Governmental Center**
**111 NW 1st Street**
**Miami, FL 33128**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential claims relating to FIU bridge collapse

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Miami-Dade County - Port Miami**
**Dante B. Fascell Port of Miami**
**1015 North America Way, 2nd Floor**
**Miami, FL 33132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential claims relating to Cruise Terminal D project

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Miami-Dade County - Port Miami**
**Dante B. Fascell Port of Miami**
**1015 North America Way, 2nd Floor**
**Miami, FL 33132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential claims relating to Port of Miami Terminal F project

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Miami-Dade County Dept. of**
**Transportation and Public Works**
**111 NW 1st Street**
**Miami, FL 33128**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential claims relating to FIU bridge collapse

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Miami-Dade County General Services**
**Administration**
**172 W. Flagler St., #325**
**Miami, FL 33130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential claims relating to 08629 - General Services Administration Trade Shop Facility project

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Miami-Dade County General Services Admin**
**172 W Flagler St., #325**
**Miami, FL 33130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential claims relating to GSA West Lot Parking Garage project

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Magnum Construction Management, LLC**    Case number *(if known)* _____
_____
Name

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Miami-Dade County Internal Services Department**
**111 NW 1st Street, 24th Floor**
**Miami, FL 33128**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to Joseph Caleb Center project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Miami-Dade County Public Schools**
**1450 NE 2nd Avenue**
**Miami, FL 33132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to Miami Senior High project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Miami-Dade County Public Schools**
**1450 NE 2nd Avenue**
**Miami, FL 33132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to GOB School Board project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Miami-Dade County Public Schools**
**1450 NE 2nd Avenue**
**Miami, FL 33132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to Morningside K-8 project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Miami-Dade County Public Schools**
**1450 NE 2nd Avenue**
**Miami, FL 33132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to North Beach Elementary project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Miami-Dade County Public Schools**
**1450 NE 2nd Avenue**
**Miami, FL 33132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to Biscayne Elementary project**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**    Case number (if known) _____
_____
Name

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Miami-Dade County Public Schools**
**1450 NE 2nd Avenue**
**Miami, FL 33132**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to Edison Park K-8 project**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Miami-Dade County Public Schools**
**1450 NE 2nd Avenue**
**Miami, FL 33132**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to Shadowlawn Elementary project**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Miami-Dade County Public Schools**
**1450 NE 2nd Avenue**
**Suite 307**
**Miami, FL 33132**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to West Homestead K-8 Conversion project**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Miami-Dade County Public Schools**
**1450 NE 2nd Avenue**
**Miami, FL 33132**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to Madie Ives K-8 Conversion project**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Miami-Dade County Public Schools**
**1450 NE 2nd Avenue**
**Miami, FL 33132**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to Twin Lakes Elementary project**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Miami-Dade County Public Schools**
**1450 NE 2nd Avenue**
**Suite 307**
**Miami, FL 33132**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to Arthur Polly project**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,671.72 |
|---|---|---|---|

**Miami-Dade County Public Schools**
**1450 NE 2nd Avenue**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.50 |
|---|---|---|---|

**Miami-Dade County School Board**
**1450 NE 2nd Avenue**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miami-Dade Expressway Authority**
**3790 NW 21st Street**
**Miami, FL 33142**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Potential claims relating to 09631 - MDX 83622 project__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miami-Dade Fire Rescue Department,**
**Facilities & Construction Division**
**9300 NW 41st Street**
**Miami, FL 33178**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Potential claims relating to 08630 - Miami Dade Fire Rescue Facility__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miami-Dade Public Schools**
**1450 NE 2nd Avenue**
**Miami, FL 33132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Potential claims relating to iPrep Schools project__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miami-Dade Transit**
**701 NW 1st Ct., 17th Floor**
**Miami, FL 33136**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Potential claims relating to Lehman Test Track project__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Magnum Construction Management, LLC**                     Case number (if known) _____
_____
         Name

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Miami-Dade Water & Sewer Dept**
**3071 SW 38th Avenue**
**Miami, FL 33146**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to MDWASD-96 in Emergency Repair project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 |

**Nonpriority creditor's name and mailing address**
**Miami-Dade Water & Sewer Dept**
**3071 SW 38th Avenue**
**Miami, FL 33146**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to Opa Locka 54 FM project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 |

**Nonpriority creditor's name and mailing address**
**Miami-Dade Water & Sewer Dept**
**3071 SW 38th Avenue**
**Miami, FL 33146**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 |

**Nonpriority creditor's name and mailing address**
**Miami-Dade Water & Sewer Dept.**
**3071 SW 38th Avenue**
**Miami, FL 33146**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential claims relating to 09632 - SDWWTP S808A project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 |

**Nonpriority creditor's name and mailing address**
**Micar Trucking, Inc.**
**13944 SW 25th Terr.**
**Miami, FL 33175**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 |

**Nonpriority creditor's name and mailing address**
**Mid State Fire Equipment Inc.**
**297 Washington Blvd. NE**
**Lake Placid, FL 33852**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 |

**Nonpriority creditor's name and mailing address**
**Midco Sling & Cable Companies**
**9101 W. Carpenter Freeway**
**Dallas, TX 75247**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,210.61** |
|---|---|---|---|
| | **Millenium Steel Inc.**<br>**2516 Wiley Street**<br>**Hollywood, FL 33020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Millennium Steel, Inc.**<br>**10235 W. Sample Road**<br>**Suite # 205**<br>**Coral Springs, FL 33065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,286.87** |
|---|---|---|---|
| | **Milner Document Products**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,002.48** |
|---|---|---|---|
| | **Milner, Inc.**<br>**P.O. Box 923197**<br>**Norcross, GA 30010-3197** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.48** |
|---|---|---|---|
| | **Mirabal, Virginia**<br>**7000 SW 57th Street**<br>**Miami, FL 33143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Expense Reimbursements** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mitchell, Burtran**<br>**417 Houghton Avenue**<br>**Marlin, TX 76661** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **06/28/16** | Basis for the claim: **Workers' compensation claim for injuries sustained at DNT Project; Claim No. 30166082747-0001** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$743.04** |
|---|---|---|---|
| | **Mobile Mini, Inc.**<br>**P.O. Box 650882**<br>**Dallas, TX 75265-0882** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Magnum Construction Management, LLC**

Case number (if known)

Name

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.18 |
|---|---|---|---|

**Mobile Modular Management Corp.**
P.O. Box 45043
San Francisco, CA 94145-5043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Modspace**
12603 Collections Center Dr.
Chicago, IL 60693-0126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Moises Arce**
6911 Main Street
Apt. 215
Miami Lakes, FL 33014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Molina, Francisco**
c/o Hernandez Browning & Showalter
Attn.: Jesse R. Showalter, Esq.
8111 LBJ Freeway, Suite 1065
Dallas, TX 75251

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  10/8/17

**Basis for the claim:**  Lawsuit filed in 191st Judicial District Court of Dallas County, TX, Case No. DC18-15112, relating to DNT project

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mollo, Lucia**
222 N. Federal Highway
Apt. 108
Dania, FL 33004

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  03/12/15

**Basis for the claim:**  General liability claim for trip and fall
Claim No. 30155018144-0001
(Project:  Ravenswood)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Monroe County**
1100 Simonton St.
Key West, FL 33040

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential claims relating to Hurricane Irma

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mony Life Insurance Company**
Dept #2640
P.O. Box  11407
Birmingham, AL 35246-2640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.716** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Moonlight Doors & Glass, LLC**
4530 N Hiatus Road
Suite 115
Sunrise, FL 33351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.717** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Morris, Brenda**
4747 Hollywood Blvd., #272
Hollywood, FL 33021

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  6/3/17

**Basis for the claim:** General liability claim for injuries relating to Broward Blvd. project; Claim No. 1D344957788737

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.718** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Morris, Gregory**
c/o Robert M. Meador, Esq.
Rad Law Firm
8001 LBJ Freeway, Ste. 300
Dallas, TX 75251

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Lawsuit pending in 298th Judicial District Court of Dallas County, TX, Case No. DC-18-17102 relating to automobile accident

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.719** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,256.96**

**Motor Parts of Lewisville Inc.**
P.O. Box 339
Ponder, TX 76259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.720** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MPG Technical Group, Inc.**
908 SW 141st Avenue
Miami, FL 33184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.721** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,410.24**

**Mr. Glass Doors & Windows, Inc.**
7440 NW 66th Street
Doral, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.722** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Muller Fire Protection, Inc.**
3200 NW 38th Street
Miami, FL 33142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
Name
Case number (if known) _____

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mulo, Inc.**
P.O. Box 576
Bell Glade, FL 33430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Vendor__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.30 |
|---|---|---|---|

**Munilla, Juan**
c/o Magnum Construction Management, LLC
6201 SW 70th Street, 1st Floor
Miami, FL 33143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Expense Reimbursements__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,972.87 |
|---|---|---|---|

**Munilla, Luis F.**
c/o Magnum Construction Management, LLC
6201 SW 70th Street, 1st Floor
Miami, FL 33143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Expense Reimbursements__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.12 |
|---|---|---|---|

**Munilla, Pedro**
c/o Magnum Construction Management, LLC
6201 SW 70th Street, 1st Floor
Miami, FL 33143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Expense Reimbursements__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MV Real Estate Holdings**
13943 SW 140 St.
Miami, FL 33186

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Potential claims relating to East Coast Building project__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**N & P Construction and Development, Inc.**
4792 Dorchester Mews
West Palm Beach, FL 33415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Vendor__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**N.T. Diamond Tools LLC**
4710 Alexander Lane
Dallas, TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Vendor__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**    Case number (if known) _____
_____
Name

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.21 |
|---|---|---|---|

**NAPA**
P.O. Box 409043
Atlanta, GA 30384-9043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,165.00 |
|---|---|---|---|

**Napoles Irrigation Corporation**
11300 SW 46th Street
Miami, FL 33165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,081.60 |
|---|---|---|---|

**National Construction Rentals**
6356 Narcoossee Road
Orlando, FL 32822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**National Fire Protection, LLC**
515 Dover Road
Suite 2600
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,140.08 |
|---|---|---|---|

**National General Auto, Home & Health Insurance**
P.O. Box 89476
Cleveland, OH 44101-6478

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  3/15/18

Basis for the claim:  __Subrogation Claim relating to The Structure Group LLC; Claim No. 3228901__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**National Stage & Window**
236 S Military Trail
Deerfield, FL 33442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,922.75 |
|---|---|---|---|

**National Trench Safety**
Attn.:  Cia N. Baze, Esq.
260 N. Sam Houston Parkway East
Suite 200
Houston, TX 77075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Magnum Construction Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Naval Facilities Engineering Command**
**1322 Patterson Ave., SE**
**Suite 1000**
**Washington Navy Yard, DC 20374**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claims relating to GTMO Port Services project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Naval Facilities Engineering Command**
**(NAVFAC Southeast)**
**1322 Patterson Ave SE**
**Suite 1000**
**Washington Navy Yard, DC 20374**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claims relating to WT Sampson School project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Naval Station Guantanamo Bay**
**Psc 1005, Box 56**
**FPO AE 09593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,080.00** |
|---|---|---|---|

**Navy Gateway Inns And Suites**
**PSC 1005 Box 53**
**FPO, AE 09593-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Neighborhood Enterprises, LLC**
**78 Riverview Terr.**
**Springfield, MA 01108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Nerdlihc Corp**
**870 NW 178 Terr.**
**Miami Gardens, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Net@Work Inc.**
**575 Eighth Avenue, 10th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.744 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

3.744 **Nonpriority creditor's name and mailing address**

**Network Engineering Services, Inc.**
**7205 Corporate Center Drive**
**Suite 201**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to FIU pedestrian bridge project**

Is the claim subject to offset? ■ No ☐ Yes

---

3.745 **Nonpriority creditor's name and mailing address**

**New Beach Construction Partner**
**80 SW 8th Street**
**Suite 2804**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.746 **Nonpriority creditor's name and mailing address**

**Nexair, LLC**
**1350 Concourse Avenue**
**Suite 103**
**Memphis, TN 38104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$680.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.747 **Nonpriority creditor's name and mailing address**

**Nextran Truck Center**
**6801 N.W. 74 Avenue**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.748 **Nonpriority creditor's name and mailing address**

**Nielson, Hoover & Associates**
**8000 Governors Sq. Circle**
**Suite # 101**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$185,293.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.749 **Nonpriority creditor's name and mailing address**

**Nifah & Partners Consulting Engineers, I**
**8785 SW 165 Avenue, Suite 108**
**Miami, FL 33193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$8,099.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.750 **Nonpriority creditor's name and mailing address**

**North Texas Tollway Authority**
**5900 W Plano Parkway**
**Plano, TX 75093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to PGBT from DNT to Renner project**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**

Case number *(if known)*

| | | |
|---|---|---|
| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

<table>
<tr><td>3.751</td><td><b>Nonpriority creditor's name and mailing address</b><br><br><b>North Texas Tollway Authority</b><br><b>5900 W Plano Parkway</b><br><b>Plano, TX 75093</b><br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: <i>Check all that apply.</i><br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>Potential claims relating to DNT Parker Rd to SH 121 project</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>Unknown</b></td></tr>

<tr><td>3.752</td><td><b>Nonpriority creditor's name and mailing address</b><br><br><b>Nova Engineering and Environmental, LLC</b><br><b>3900 Kennesaw 75 Pkwy.</b><br><b>Suite 100</b><br><b>Kennesaw, GA 30144</b><br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>Vendor</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$5,250.00</b></td></tr>

<tr><td>3.753</td><td><b>Nonpriority creditor's name and mailing address</b><br><br><b>O.M. Management, Inc.</b><br><b>4483 NW 36th Street</b><br><b>Suite # 120</b><br><b>Miami, FL 33166</b><br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>Vendor</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$25.00</b></td></tr>

<tr><td>3.754</td><td><b>Nonpriority creditor's name and mailing address</b><br><br><b>Ocean Doors and Windows, Inc.</b><br><b>7100 NW 72nd Avenue</b><br><b>Miami, FL 33166</b><br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>Vendor</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$103.85</b></td></tr>

<tr><td>3.755</td><td><b>Nonpriority creditor's name and mailing address</b><br><br><b>Ocean Doors and Windows, Inc.</b><br><b>7875 NW 77th Avenue</b><br><b>Medley, FL 33166</b><br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: <i>Check all that apply.</i><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: <u>Potential claims relating to United Homecare project</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$3,762.69</b></td></tr>

<tr><td>3.756</td><td><b>Nonpriority creditor's name and mailing address</b><br><br><b>Ocoa, Ivan</b><br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: <i>Check all that apply.</i><br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: <u>Potential claims relating to S-902 Opa Locka project</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$3,159.60</b></td></tr>

<tr><td>3.757</td><td><b>Nonpriority creditor's name and mailing address</b><br><br><b>Office Depot</b><br><b>P.O. Box 88040</b><br><b>Chicago, IL 60680-1040</b><br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>As of the petition filing date, the claim is: <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>Vendor</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$226.52</b></td></tr>
</table>

Debtor    **Magnum Construction Management, LLC**
_____    Case number (if known) _____
Name

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ohio Casualty Insurance Company**
**62 Maple Avenue**
**Keene, NH 03431**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential claims relating to FIU pedestrian bridge**
**project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Okeechobee Sunshine Cleaning**
**P.O. Box 443**
**Okeechobee, FL 34972**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,920.00 |

**Oldcastle APG South, Inc. Dba**
**Coastal, Oldcastle Coastal**
**4630 Woodland Corp. Blvd., Ste.  200**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Oldcastle Precast**
**P.O. Box 742387**
**Los Angeles, CA 90074-2387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Oldcastle Precast, Inc.**
**Dba Duratech**
**P.O. Box 402721**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.01 |

**On Center Software, Inc.**
**8708 Technology Forst Pl.**
**Suite 175**
**Spring, TX 77381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,683.53 |

**Oracle America, Inc.**
**P.O. Box 203448**
**Dallas, TX 75320-3448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Magnum Construction Management, LLC**
_____
    Name

Case number (if known) _____

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Orchidman Landscape Artisans,**
**17400 SW 232 Street**
**Miami, FL 33170**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Orta, Idris**
**20875 SW 236th Street**
**Homestead, FL 33031**

    ■ Contingent
    ■ Unliquidated
    ■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Lawsuit pending in Miami-Dade County Circuit Court for wrongful termination, Case No. 17-026378 CA 10**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oscar Orduno, Inc.**
**1437 N. Belt Line Road**
**Irving, TX 75061**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.35 |
|---|---|---|---|

**OSCS, Inc.**
**6100 Rough Road**
**Cleburne, TX 76031**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Osprey Apartments, LLC**
**c/o Carrfour Supportive Housing**
**1398 SW 1st Street, 12th Floor**
**Miami, FL 33135**

    ■ Contingent
    ■ Unliquidated
    ■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **General liability claim for property damages relating to Liberty Village project; Claim No. 30180437345-0001**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Osprey Apartments, LLC**
**1398 SW 1st Street**
**12th Floor**
**Miami, FL 33135**

    ■ Contingent
    ■ Unliquidated
    ■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Potential claims relating to Liberty Village project**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Otis Elevator Co.**
**16200 NW 59th Avenue**
**Suite 109**
**Miami Lakes, FL 33014**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,151.25** |
|---|---|---|---|

**Oxley & Brannon Construction Consult., I**
**475 Central Ave. # 200**
**St Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ozdemir, Erhan**
**2240 W. 74th Street**
**Apt. 203**
**Hialeah, FL 33016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential tort claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**P & J Striping, Inc.**
**9389 NW 109 Street**
**Medley, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,142.92** |
|---|---|---|---|

**Pac-Van, Inc.**
**75 Remittance Dr.**
**Suite 3300**
**Chicago, IL 60675-3300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Panagos, Emily Joy**
**c/o Morgan and Morgan**
**Attn.:  Matthew T. Morgan, Esq.**
**20 N Orange Ave Ste 1000**
**Orlando, FL 32801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  3/15/18

Basis for the claim: __Lawsuit pending in Miami-Dade County Circuit Court relating to FIU bridge collapse, Case No. 18-8312 CA 34__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paniolo Construction Srvcs LLC**
**2051 Dorothy Ln**
**Ft Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,018.94** |
|---|---|---|---|

**Paradise Awnings Corp.**
**4310 NW 36 Avenue**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                    Case number (if known) _____
　　　　　Name

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.779**
Nonpriority creditor's name and mailing address
**Paradise Construction Corporation**
**4051 SW 130 Avenue**
**Miami, FL 33175**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.780**
Nonpriority creditor's name and mailing address
**Paramount Drywall, Inc.**
**6940 SW 12th Street**
**Miami, FL 33144**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.781**
Nonpriority creditor's name and mailing address
**Parman, Inc.**
**7th Floor MGF Champaca Bldg.**
**156 Amorsolo St, Legaspi Village**
**Makati City, PHILIPPINES 1229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $2,850.60
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.782**
Nonpriority creditor's name and mailing address
**Passmore, Shanika**
**c/o Sherry L. Parks**
**9370 SW 72nd Street**
**Suite A-266**
**Miami, FL 33173**

Date(s) debt was incurred  **12/2/16**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $175,000.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Automobile claim for damages to vehicle**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.783**
Nonpriority creditor's name and mailing address
**PCI One Incorporated**
**2401 Kerner Blvd.**
**San Rafael, CA 94901**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.784**
Nonpriority creditor's name and mailing address
**Pena, Carlos**
**4360 W. 10th Court**
**Hialeah, FL 33012-4112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Co-Defendant in lawsuit filed in the Miami-Dade County Circuit Court by Tania Vivian Espinosa Vera, Case No. 2018-015307-CA-01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785**
Nonpriority creditor's name and mailing address
**Penhall Company**
**Attn.: George H. Soriano, Jr.**
**7501 Esters Boulevard, Suite 150**
**Irving, TX 75063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $444,596.53
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit pending in the Dallas County Circuit Court relating to Dallas North Tollway project; Case No. DC-18-15186**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.786** | Nonpriority creditor's name and mailing address

**People's Plumbing**
7320 NW 70 Street
Miami, FL 33166

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                         $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.787** | Nonpriority creditor's name and mailing address

**Peoples Gas System, a division of TECO**
c/o Adam D. Griffin, Esq.
Lau, Lane, Pieper, Conley & McCreadie
P.O. Box 838
Tampa, FL 33601-0838

Date(s) debt was incurred  12/19/17
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    $41,699.91
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Potential claims relating to SR843 Broward Blvd.
project; Claim No.:  68458/17037294

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.788** | Nonpriority creditor's name and mailing address

**Perez, Angel**

Date(s) debt was incurred  7/31/17
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                     Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Workers' compensation claim; Claim No.
1D34877541137838

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.789** | Nonpriority creditor's name and mailing address

**Perez, Daniel**
2304 SW 93rd Court
Miami, FL 33165

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                     Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.790** | Nonpriority creditor's name and mailing address

**Perez, Eduardo**
c/o Gerson & Schwartz, P.A.
Attn: Nicholas Ivan Gerson, Esq.
1980 Coral Way
Miami, FL 33145

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                   $10,470.80
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Lawsuit pending in the Miami-Dade County Circuit
Court for auto negligence; Case No. 16-030140 CA 01

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.791** | Nonpriority creditor's name and mailing address

**Perez, Jose**
c/o Tesha Allison, P.A.
Attn.: Tesha Allison, Esq.
5911 NW 173rd Dr Unit 15
Hialeah, FL 33015

Date(s) debt was incurred  10/20/16
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                     Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Lawsuit pending in Miami-Dade County Circuit Court
for trip and fall, Case No. 18-6933 CA 02

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,470.80** |
|---|---|---|---|

**Perez, Rosana**
**c/o Gerson & Schwartz, P.A.**
**Attn: Nicholas Ivan Gerson, Esq.**
**1980 Coral Way**
**Miami, FL 33145**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>Lawsuit pending in the Miami-Dade County Circuit Court for auto negligence; Case No. 16-030140 CA 01</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Perfect Pavers of South Florida**
**528 NW 1St Avenue**
**Ft. Lauderdale, FL 33301**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Perfect Touch Contractors, LLC**
**71 WC Adams Rd.**
**De Kalb, MS 39328**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Perfection Architectural Systems**
**2310 Mercator Drive**
**Orlando, FL 32807**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,127.56** |
|---|---|---|---|

**Performance NAPA LLC**
**P.O. Box 219**
**Pahokee, FL 33476**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,522.51** |
|---|---|---|---|

**Perspective Glass Co.**
**750 SW 14 Avenue**
**Pompano Beach, FL 33069**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Peterson, Baldor & Maranges PLLC**
**8000 SW 117th Ave., # 206**
**Miami, FL 33183**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                                Case number (if known)  _____

Name

| 3.799 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,618.75** |
|---|---|---|---|

**PHC Fluid Power dba Pneumatic and Hydrau**
**129 Demande Blvd.**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Phillipson, Gene**
**12204 SW 8th Court**
**Pembroke Pines, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Physician's Health Center**
**20535 NW 2nd Avenue**
**Suite # 150**
**Miami, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$348.29** |
|---|---|---|---|

**Physicians Health Center**
**6221 NW 36th Street**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.01** |
|---|---|---|---|

**Pioneer Construction Mgnt Svc**
**3711 SW 47th Avenue**
**Suite 203**
**Davie, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Pirtek Plano South**
**811 East Plano Pkwy.**
**Ste. 121**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Pitney Bowes**
**PO Box 856390**
**Louisville, KY 40285-6390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pitney Bowes Purchase Power**
P.O. Box 371874
Pittsburg, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,429.76 |
|---|---|---|---|

**Playpower Lt Farmington, Inc.**
Attn: Sales Admin
One Iron Mountain Drive
Farmington, MI 63640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.94 |
|---|---|---|---|

**Port Consolidated**
P.O. Box 350430
Ft. Lauderdale, FL 33335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.00 |
|---|---|---|---|

**Port of Miami Medical Clinic**
1015 N. America Way
Suite 150
Miami, FL 33132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Port Supply**
P.O. Box 5006
Watsonville, CA 95077-5060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Portable Air And Power, LLC**
P.O. Box 2034
Byron, GA 31008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Porter, Alda**
c/o Dickstein Law Firm
2400 N. University Drive
Suite 206
Hollywood, FL 33024

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Potential tort claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,251.02** |
|---|---|---|---|

**Power and Energy USA, Inc.**
**8840 NW 18th Terrace**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Premier Fabricators, LLC**
**7413 Commercial Circle**
**Ft Pierce, FL 34951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Premier Paving Ltd.**
**1817 Lacy Dr.**
**Fort Worth, TX 76177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,302.95** |
|---|---|---|---|

**Prestress Concrete, Inc.**
**6187 Miami Lakes Dr., East**
**Miami Lakes, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.29** |
|---|---|---|---|

**Pri/Smmpp, LLC**
**1661 N Swan Road**
**#140**
**Tucson, AZ 85712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pro Service Group LLC**
**4291 SW 143 Avenue**
**Miramar, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.00** |
|---|---|---|---|

**Pro Tow Wrecker Service**
**P.O. Box 655**
**Lewisville, TX 75067-0655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Magnum Construction Management, LLC**

Case number (if known) _____

Name

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Procore Technologies, Inc.**
6309 Carpinteria Avenue
Carpinteria, CA 93013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Professional Service Industries, Inc.**
P.O. Box 74008418
Chicago, IL 60674-8418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Professional Service Industries, Inc.**
d/b/a Intertek PSI
545 E. Alogonquin Road
Arlington Heights, IL 60005

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Potential claims relating to FIU pedestrian bridge project__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,171.20 |
|---|---|---|---|

**PTE Systems International, LLC**
1950 W. 8th Avenue
Hialeah, FL 33010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pumpbiz, Inc.**
1972 Raymond Dr.
Northbrook, IL 60062-6615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Punchlist Services**
9724 SW 125 Terr.
Miami, FL 33176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PYD Electric Corp.**
7180 SW 16 Street
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Magnum Construction Management, LLC**

Case number (if known) _____

Name

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,672.00 |
|---|---|---|---|

**Quality Construction Performance, Inc.**
2451 NW 109 Ave., Unit 2
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quickcrete Ready Mix, Inc.**
9150 NW 87th Avenue
Medley, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,561.22 |
|---|---|---|---|

**R&M Systems Group, Inc.**
2145 West 73rd Street
Hialeah, FL 33016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.42 |
|---|---|---|---|

**R-1 Supply**
P.O. Box 489
Colleyville, TX 76034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**R.E.D Security Corp**
10993 SW 32nd Street
Apt. 7
Miami, FL 33174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,266.00 |
|---|---|---|---|

**Radise International, L.C.**
4152 W. Blue Heron Blvd.
Suite 1114
Riviera Beach, FL 33404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Railroad Protective Services**
315 West Town Place
Suite 8
St. Augustine, FL 32092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**                    Case number (if known) _____
_____
Name

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.19** |
|---|---|---|---|

**Rainbow Transmission Auto &**
**Truck Repair Center, Inc.**
**721 W. 27th Street**
**Hialeah, FL 33010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,540.82** |
|---|---|---|---|

**Ram Tool And Supply Co, Inc.**
**Dba Internatioanl Tool**
**2590 Davie Road**
**Davie, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ramirez, Alejandro**
**c/o Christos Lagos, Esq.**
**Lagos & Priovolos PLLC**
**66 W. Flagler Street, Ste. 1000**
**Miami, FL 33130**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lawsuit filed in M iami-Dade County Circuit Court,__
__Case No. 2019-004829-CA 01, relating to Broward Boulevard project__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,352.99** |
|---|---|---|---|

**Ravenswood Office Center, LLC**
**c/o Charlee Property Management**
**33890 Sheridan Street**
**#295**
**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**RC Group LLC**
**7500 NW 25th Street**
**Suite 292**
**Miami, FL 33122**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Potential claims relating to FIU pedestrian bridge__
__project__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00** |
|---|---|---|---|

**RC Group, LLC**
**7500 NW 25th Street**
**Suite 292**
**Miami, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**RCL Welding Service**
**418 S.E. 11th Avenue**
**Hialeah, FL 33013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Magnum Construction Management, LLC**                           Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.841 | **Nonpriority creditor's name and mailing address** | **$20,047.64** |

**Nonpriority creditor's name and mailing address**

RDO Equipment Co.
Rd.O Trust #80-5800
P.O. Box 7160
Fargo, ND 58106-7160

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

3.842   **Nonpriority creditor's name and mailing address**          **$293.07**

Ready Refresh
P.O. Box 856680
Louisville, KY 40285-6680

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

3.843   **Nonpriority creditor's name and mailing address**          **$388.35**

Recappers Equipment Company
2360 East Grawyler
Irving, TX 75061

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.844   **Nonpriority creditor's name and mailing address**          **$2,333.50**

Redi-Mix Dba Beall
and/or Alliance Haulers
P.O. Box 844425
Dallas, TX 75284-4425

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

3.845   **Nonpriority creditor's name and mailing address**          **$0.00**

Refrigeration Services, Inc.
1519 6th Street
Meridian, MS 39301

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

3.846   **Nonpriority creditor's name and mailing address**          **$0.00**

Reliable Tool Service
2360 E. Grauwyler Rd.
Irving, TX 75061

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

3.847   **Nonpriority creditor's name and mailing address**          **$15,129.50**

Remior Industries, Inc.
9165 N.W. 96th Street
Medley, FL 33178

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**

Case number *(if known)*

Name

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,750.00** |
|---|---|---|---|

**Rendition Infosec, LLC**
**401 Warren Road**
**Augusta, GA 30907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rendon, Juan J. and Raul T. Rendon,**
**indiv. and as partners dba Rendon**
**Manufacturing Co.**
**2346 Doreen Street**
**Grand Prairie, TX 75050**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential claims relating to FIU pedestrian bridge**
**project**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rendon-Hernandez, Mauricio**
**c/o Hernandez Browning & Showalter**
**Attn.: Jesse R. Showalter, Esq.**
**8111 LBJ Freeway, Suite 1065**
**Dallas, TX 75251**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/8/17**

Basis for the claim:  **Lawsuit filed in 191st Judicial District Court of Dallas**
**County, TX, relating to DNT project, Case No. DC-18-15112**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,046.80** |
|---|---|---|---|

**Rep Services, Inc.**
**581 Technology Park**
**Suite 1009**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reprografia d/b/a Thomas**
**Reprographics, Inc.**
**P.O. Box 740967**
**Dallas, TX 75374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Residential Kitchen Design Inc.**
**5921 NW 176 St #2**
**Miami, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Resolve Aggregates LLC**
**P.O. Box 185219**
**Ft Worth, TX 76181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.855** | Nonpriority creditor's name and mailing address
**Reva, Inc.**
**2101 W. Commercial Blvd.**
**Suite 5100**
**Fort Lauderdale, FL 33309**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential claims relating to WT Sampson project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.856** | Nonpriority creditor's name and mailing address
**Reynolds Asphalt & Construction**
**P.O. Box 370**
**Euless, TX 76039**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.857** | Nonpriority creditor's name and mailing address
**Richard's Tractors &  Implements, Inc.**
**1995 NE 8th Street**
**Homestead, FL 33033**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.858** | Nonpriority creditor's name and mailing address
**Richlin Plumbing, Inc.**
**13286 SW 218 Terr.**
**Miami, FL 33170**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.859** | Nonpriority creditor's name and mailing address
**Richmond Hydromulch**
**P.O. Box 2169**
**Wylie, TX 75098**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.860** | Nonpriority creditor's name and mailing address
**Ring Power Corporation**
**2700 N. Powerline Road**
**Pompano Beach, FL 33069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$32,772.64**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit filed in Duval County Circuit Court, Case No. 2019-CA-0617**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.861** | Nonpriority creditor's name and mailing address
**Rinker Materials**
**P.O. Box 936217**
**Atlanta, GA 31193-6217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$1,722.05**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.862** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ritz Safety LLC**
P.O. Box 713139
Cincinnati, OH 45271-3139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.863** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$228.80**

**Rivas, Rigoberto Santibanez**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Potential claims relating to S-902 Opa Locka project_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.864** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,292.10**

**Rivervalley Ecoservices Inc.**
2809 Capital Street
Suite 300
Wylie, TX 75098-7003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.865** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Riviera Country Club**
1155 Blue Road
Coral Gables, FL 33146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.866** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**RLT Engineering Services, Inc.**
9023 Forest Hill Ave.
Suite 2B
Richmond, VA 23235

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Potential claims relating to FIU pedestrian bridge project_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.867** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Road Runner Electric, Inc.**
4735 SW 74th Avenue
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.868** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Road Runner Striping Technologies**
9804 NW 80th Avenue
Hialeah Gardens, FL 33016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

Debtor **Magnum Construction Management, LLC**
Name

Case number (if known) _____

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roadtrac, Inc.**
704 E. Ikard
Henrietta, TX 76365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roadway Solutions, Inc.**
1425 Crescent Dr.
Carrollton, TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert A Cedeno, PA**
3600 Red Road
Suite # 409
Miramar, FL 33025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert's Traffic Marking**
2210 Hayes Street
Hollywood, FL 33020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.00 |
|---|---|---|---|

**Roberts Trucking**
P.O. Box 678327
Dallas, TX 75267-8327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,945.15 |
|---|---|---|---|

**Rock Power Paving, Inc.**
13831 SW 59th Street
Suite 204
Miami, FL 33183

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,712.31 |
|---|---|---|---|

**Rock Power Paving, Inc.**
13831 SW 59th Street
Suite 204
Miami, FL 33183

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Potential claims relating to United Homecare project

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Magnum Construction Management, LLC**
_____  Case number (if known) _____
Name

| | |
|---|---|

**3.876**  **Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **$207.41**
Rodriguez, Bryan
271 Shanee Drive                       ☐ Contingent
Gloster, LA 71030                      ☐ Unliquidated
                                       ☐ Disputed
Date(s) debt was incurred _
                                       Basis for the claim:  **Expense Reimbursements**
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.877**  **Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **Unknown**
Rohan, Devon
c/o Leighton Law                       ■ Contingent
1401 Brickell Avenue                   ■ Unliquidated
Suite 900
Miami, FL 33131                        ■ Disputed
Date(s) debt was incurred _
                                       Basis for the claim:  **Potential tort claims**
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.878**  **Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **Unknown**
Rojas, Erik, indiv. and as per rep. of
E/O Oswald Gonzalez                    ■ Contingent
Collazo Law Firm, P.A.                 ■ Unliquidated
10200 NW 25th Street
Miami, FL 33172                        ■ Disputed
Date(s) debt was incurred  **3/15/18**
                                       Basis for the claim:  **Lawsuit pending in Miami-Dade County Circuit Court
                                       relating to FIU bridge collapse, Case No. 18-9652 CA 31**
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.879**  **Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **$0.00**
Royal Cabinetry & Millwork
3635 E 10th Ct                         ☐ Contingent
Hialeah, FL 33013                      ☐ Unliquidated
                                       ☐ Disputed
Date(s) debt was incurred _
                                       Basis for the claim:  **Vendor**
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.880**  **Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **$12,795.30**
Royce Parking Control Systems Inc.
3863 Pembroke Road                     ☐ Contingent
Hollywood, FL 33021                    ☐ Unliquidated
                                       ☐ Disputed
Date(s) debt was incurred _
                                       Basis for the claim:  **Vendor**
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.881**  **Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **$74,402.57**
RPM xConstruction LLC
5208 Tennyson Pkwy                     ☐ Contingent
Suite 130                              ☐ Unliquidated
Plano, TX 75024                        ☐ Disputed
Date(s) debt was incurred _
                                       Basis for the claim:  **Vendor**
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.882**  **Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **$31,760.51**
Rural Electric
9502 E. Main St                        ☐ Contingent
Mesa, AZ 85207                         ☐ Unliquidated
                                       ☐ Disputed
Date(s) debt was incurred _
                                       Basis for the claim:  **Vendor**
Last 4 digits of account number _
                                       Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Rush Truck Centers**
**P.O. Box 2208**
**Decatur, AL 35609-2208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**S & S National Waste**
**1060 Skees Road**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**S.S.L. Corp.**
**2530 NW Service Road**
**Opa Locka, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1,348.20 |

**S.S.R. Diesel Repair**
**1553 W. 40 St.**
**Hialeah, FL 33012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $813.49 |

**Safeguard Business Sys.**
**P.O. Box 88043**
**Chicago, IL 60680-1043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Safety Systems Barricades Corp**
**6138 NW 74th Avenue**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $313,000.00 |

**Safway Service LLC**
**2365 Ali Baba Avenue**
**Opa Locka, FL 33054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**3.890**

**Nonpriority creditor's name and mailing address**
**Saladigo, Florian**
**757 Detroit Street**
**Jacksonville, FL 32254**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursements**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.891**

**Nonpriority creditor's name and mailing address**
**Salazar, Ruben**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                           **$183.04**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to S-902 Opa Locka project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892**

**Nonpriority creditor's name and mailing address**
**Salomon Roofing & Construction**
**689 West 26th Street**
**Hialeah, FL 33010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.893**

**Nonpriority creditor's name and mailing address**
**Sanchez, Elias**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                            **$45.76**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to S-902 Opa Locka project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.894**

**Nonpriority creditor's name and mailing address**
**Santa Rosa Insulation**
**& Fireproofing, LLC**
**6130 NW 74 Ave.**
**Miami, FL 33166**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.895**

**Nonpriority creditor's name and mailing address**
**Santana, Ivan**
**171 NW 31st Street**
**Hialeah, FL 33012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to FIU bridge collapse**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.896**

**Nonpriority creditor's name and mailing address**
**Sariol, Jorge**
**c/o Russel A. Dohan, Esq.**
**2020 Ponce de Leon Blvd.**
**Suite 1006**
**Coral Gables, FL 33134**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit filed in Miami-Dade County Circuit Court, Case No. 2019-003151-CA-01, relating to SR 821 project**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Magnum Construction Management, LLC**                Case number *(if known)* _____
          Name

| | |
|---|---|
| 3.897 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Saul Ewing Arnstein & Lehr LLP**
**1500 Market Street**
**Floor 38**
**Philadelphia, PA 19102-2128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$1,540.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Legal fees__

Is the claim subject to offset? ■ No ☐ Yes

---

3.898 **Nonpriority creditor's name and mailing address**

**Saul Ewing Arnstein & Lehr, LLP**
**200 E. Las Olas Blvd.**
**Suite 100**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$27,736.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Breach of contract claims relating to Lakeside Ranch__
__project__

Is the claim subject to offset? ■ No ☐ Yes

---

3.899 **Nonpriority creditor's name and mailing address**

**Saxe Doernberger & Vita, P.C.**
**35 Nutmeg Drive**
**Suite 140**
**Trumbull, CT 06611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$85,455.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.900 **Nonpriority creditor's name and mailing address**

**Scheda Ecological Associates,**
**5892 E. Fowler Avenue**
**Tampa, FL 33617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.901 **Nonpriority creditor's name and mailing address**

**Schedule 10 Specialists, Inc.**
**3521 NW 99th Avenue**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.902 **Nonpriority creditor's name and mailing address**

**Schindler Elevator Corporation**
**P.O. Box 70433**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$38,247.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.903 **Nonpriority creditor's name and mailing address**

**Schindler Elevator Corporation**
**1730 Trade Center Way**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$7,927.22**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  __Potential claims relating to United Homecare project__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Magnum Construction Management, LLC**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.904 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Schnabel Foundation Company**
**45240 Business Ct.**
**Ste. 250**
**Sterling, VA 20166-6723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.905 | **Nonpriority creditor's name and mailing address** |

**Schuyler Line**
**Navigation Company, Inc**
**130 Severn Ave., Suite 201**
**Annapolis, MD 21403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$19,964.04

---

| 3.906 | **Nonpriority creditor's name and mailing address** |

**Scott Derr Painting Co, LLC**
**P.O. Box 1848**
**Friendswood, TX 77549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.907 | **Nonpriority creditor's name and mailing address** |

**SDIAggregates, LLC**
**15600 SW 288 Street**
**Suite 310**
**Homestead, FL 33033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.908 | **Nonpriority creditor's name and mailing address** |

**Seaboard Steel Corporation**
**P.O. Drawer 3408**
**Sarasota, FL 34230-3408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.909 | **Nonpriority creditor's name and mailing address** |

**Security Technologies Network**
**4809 SW 75 Avenue**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$609.90

---

| 3.910 | **Nonpriority creditor's name and mailing address** |

**Sedgwick Claims Mgmt Svcs**
**Lockbox Services - 204036**
**2975 Regent Blvd.**
**Irving, TX 75063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$52,813.21

---

| Debtor | **Magnum Construction Management, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Selerix Systems, Inc.**
P.O. Box 678967
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sentrillion Corporation**
1881 Campus Commons Dr.
Suite 403
Reston, VA 20191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,128.23 |
|---|---|---|---|

**Sequel Electrical Supply**
P.O. Box 3579 (39303)
2401 Hwy 39 N
Meridian, MS 39301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.00 |
|---|---|---|---|

**Service Welding Supply**
3746 NW 81st Street
Miami, FL 33147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SGIMatrix, LLC**
1041 Byers Road
Miamisburg, OH 45342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shrimp Farm Housing, LLC**
P.O. Box 4170
Key West, FL 33041

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential claims relating to Irma disaster relief project__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,102.13 |
|---|---|---|---|

**Shubin & Bass, P.A.**
46 SW 1St Street
Suite 300
Miami, FL 33130

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Magnum Construction Management, LLC**
Name
Case number (if known) _____

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sibilo, Anthony**
**c/o Steinger, Iscoe & Greene, P.A.**
**2333 Ponce de Leon Blvd.**
**Suite 920**
**Miami, FL 33134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  General liability claim for automobile accident; Claim No. 30181021334-0002**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sibilo, Elizabeth**
**c/o Steinger, Iscoe & Greene, P.A.**
**2333 Ponce de Leon Blvd.**
**Suite 920**
**Miami, FL 33134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  General liability claim for automobile accident; Claim No. 30181021334-0002**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sibilo, Matthew**
**1201 S. Riverside Drive**
**Unit 108**
**Pompano Beach, FL 33062**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/5/18

**Basis for the claim:  General liability claim for automobile accident; Claim No. 30181021334-0002**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$154.45** |

**Sign-A-Rama**
**8762 SW 132nd Street**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65.00** |

**Simply Backflows, Inc.**
**4921 NW 67th Avenue**
**Box 273**
**Hialeah, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,330.13** |

**Singer NY LLC d/b/a M. Tucker**
**12038 Miramar Parkway**
**Miramar, FL 33025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Potential claims relating to United Homecare project**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Singer NY, LLC d/b/a M. Tucker**
**150 South Twin Valley Road**
**Elverson, PA 19520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.925 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Sitech**
**3206 S.W.W. White Road**
**San Antonio, TX 78222**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,811.20**

---

| | |
|---|---|
| 3.926 | |

**Nonpriority creditor's name and mailing address**

**Skyline Steel, LLC**
**7380 Sand Lake Road, Suite 135**
**Orlando, FL 32819**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Lawsuit pending in Broward County Circuit Court for breach of contract, Case No. CACE 18-012980**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.927 | |

**Nonpriority creditor's name and mailing address**

**Skyline Steel, LLC**
**8 Woodhollow Road**
**Suite 102**
**Parsippany, NY 07054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$800,000.00**

---

| | |
|---|---|
| 3.928 | |

**Nonpriority creditor's name and mailing address**

**Skyys Construction, Inc.**
**5911 SW 195th Terrace**
**Southwest Ranches, FL 33332**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.929 | |

**Nonpriority creditor's name and mailing address**

**Smith Aerial Photo, Inc.**
**P.O. Box 971115**
**Coconut Creek, FL 33097**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$312.70**

---

| | |
|---|---|
| 3.930 | |

**Nonpriority creditor's name and mailing address**

**Smith, Currie & Hancock LLP**
**2700 Marquis One Tower**
**245 Peachtree Center Ave., NE**
**Atlanta, GA 30303-1227**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,754.50**

---

| | |
|---|---|
| 3.931 | |

**Nonpriority creditor's name and mailing address**

**Snapp Industries**
**2902 NW 22 Street**
**Miami, FL 33142**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.932 | **Nonpriority creditor's name and mailing address** |

**3.932** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Sode, Michael**
**1120 NE 9th Avenue, Apt. 16**
**Fort Lauderdale, FL 33303**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **3/21/16**

Last 4 digits of account number __    **Basis for the claim:  Lawsuit pending in Broward County Circuit Court relating to injuries sustained at Las Olas project; Case No. CACE-17-011371**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.933** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Solares Electrical Srvcs Inc.**
**10421 NW 28 Street, D-105**
**Miami, FL 33172**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __    **Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.934** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$89,743.00**

**Sorrel Development**
**P.O. Box 431431**
**South Miami, FL 33143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __    **Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.935** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$130,339.90**

**South Central Heating  & Plumbing Co., I**
**P.O. Box 4627**
**Jackson, MS 39296**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __    **Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.936** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$34,348.17**

**South Eastern Prestressed Concrete**
**P.O. Box 15043**
**West Palm Beach, FL 33416**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __    **Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$1,793.67**

**South Florida Air Conditioning**
**and Refrigeration Corp.**
**8115 NW 29 Street**
**Doral, FL 33122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __    **Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.938** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$22,503.59**

**South Florida Air Conditioning**
**and Refrigeration Corp.**
**8115 NW 29th Street**
**Miami, FL 33122**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __    **Basis for the claim:  Potential claims relating to United Homecare project**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                                Case number (if known) _____
         Name

---

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**South Florida Water Management District**
**3301 Gun Club Road**
**West Palm Beach, FL 33406**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential claims relating to C-111 Detention Area project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**South Florida Water Management District**
**3301 Gun Club Road**
**West Palm Beach, FL 33406**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential claims relating to Lakeside Ranch STA project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**South Florida Water Management District**
**3301 Gun Club Road**
**West Palm Beach, FL 33406**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential claims relating to STA 1W Expansion project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Southeast Highway Guardrail**
**And Attenuators, LLC**
**7760 Hooper Road**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$143,512.09** |

**Southeastern Engineering**
**Contractors, Inc.**
**12054 NW 98th Avenue**
**Hialeah, FL 33018**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Lawsuit pending in Miami-Dade County Circuit Court for payment of bond/breach of contract; Case No. 14-005230 CA 24**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Southern National Track**
**1027 Pathfinder**
**Suite # 110**
**Rockledge, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**3.945**

**Nonpriority creditor's name and mailing address**

**Southern National Track**
**1027 Pathfinder Way**
**Suite 110**
**Rockledge, FL 32955**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential claims relating to Lehman project**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.946**

**Nonpriority creditor's name and mailing address**

**Southern Tire Mart**
**816 West MockingbiRd. Lane @ I-35**
**Dallas, TX 75247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.947**

**Nonpriority creditor's name and mailing address**

**Southwest Ag Service, Inc.**
**1423 Cornelia Dr.**
**Labelle, FL 33935**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.948**

**Nonpriority creditor's name and mailing address**

**Southwest Airlines**
**2702 Love Field Dr.**
**Dallas, TX 75235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential claims relating to Dallas Love Field Airfield Apron Improvements project**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.949**

**Nonpriority creditor's name and mailing address**

**Spec Ops, LLC**
**P. O. Box 542102**
**Lake Worth, FL 33454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.950**

**Nonpriority creditor's name and mailing address**

**Speedy Concrete Cutting**
**2579 N.W. 19th Street**
**Ft. Lauderdale, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.951**

**Nonpriority creditor's name and mailing address**

**SSE And Associates**
**P.O. Box 602**
**New Smyrna Beach, FL 33268**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)* _____

Name

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,098.00 |
|---|---|---|---|

**Standard Concrete Prod**
**945 Broadway**
**Suite #300**
**Columbus, GA 31901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stantec Consulting Services, Inc.**
**10160 112 St., NW**
**Suite 100**
**Edmonton, Alberta T5K 2L6**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential claims relating to Lehman project

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,846.01 |
|---|---|---|---|

**Staples**
**Dept Atl**
**P.O. Box  405386**
**Atlanta, GA 30384-5386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Star Quality, Inc.**
**4006 West Crest Avenue**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Star Quarries, LLC.**
**1700 S. Powerline Road**
**Suite H**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**State of Florida Department of Military**
**St. Francis Barracks**
**82 Marine Street**
**St Augustine, FL 32084**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential claims relating to Miramar Readiness Center project

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,090.75 |
|---|---|---|---|

**Stearns Weaver Miller Alhadeff &**
**Sitterson, P.A.**
**150 West Flagler Street #2200**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Steele, William**
**2541 Middle River Drive**
**Fort Lauderdale, FL 33305**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential claims relating to Tuter Perini v. William Steele lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Steier Construction, Inc.**
**810 133rd Street East**
**Bradenton, FL 34212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Steve Ward & Associates**
**7330 Cockrill Bend Blvd.**
**Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stogsdill, Eddy**
**5220 SW 43rd Terrace**
**Fort Lauderdale, FL 33314**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/26/17**

Last 4 digits of account number _

Basis for the claim: **Workers compensation claim relating to Broward Boulevard project; Claim No. 301178871584-0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$164.23** |
|---|---|---|---|

**Stratford Group, Inc.**
**7912 Los Robles Ct.**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,547.80** |
|---|---|---|---|

**Stripe-A-Zone, Inc.**
**2714 Sherman St.**
**Grand Prairie, TX 75051-1082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Striping Technology LP**
**P.O. Box 4279**
**Tyler, TX 75712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
| | Name | | |

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Stromberg, Susan**

Date(s) debt was incurred  8/17/17

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: General liability claim for damage to vehicle; Claim No. 1D344956802103

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Structural And Steel Products**
1320 S. University Dr.
Suite 701
Fort Worth, TX 76107

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Structural Prestressed Industries, Inc.**
11405 NW 138th Street
Miami, FL 33178

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$116,656.20** |

**Structural Technologies LLC**
2001 Blout Road
Pompano Beach, FL 33069

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Structural Technologies LLC**
10150 Old Columbia Road
Columbia, MD 21046-1274

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Potential claims relating to FIU pedestrian bridge project

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$407.19** |

**Stuart Building Products**
P.O. Box 669298
Pompano Beach, FL 33066

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$837.68** |

**Stuart Hose & Pipe Co.**
701 Riverside Dr.
Ft Worth, TX 76111

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Magnum Construction Management, LLC**                    Case number *(if known)* _____
_____
Name

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,164.39** |
|---|---|---|---|

**Sunbelt Rentals**
**1275 W. Mound St.**
**Columbus, OH 43223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Suncor, Inc.**
**3408 West 84th Street**
**Suite # 116**
**Hialeah, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Sunshine Heavy Hauling, Inc.**
**P.O. Box 522413**
**Miami, FL 33152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sunshine Land Design, Inc.**
**3291 SE Lionel Terr.**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Suntrust Bank**
**P.O. Box 79079**
**Baltimore, MD 21279-0079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,408.90** |
|---|---|---|---|

**Superior Electrical Cont., Inc.**
**2151 NW 93rd Avenue**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128.38** |
|---|---|---|---|

**Supplies Unlimited, Inc.**
**3026 Alcove Dr.**
**Scottdale, GA 30079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,890.00** |
|---|---|---|---|

**Supreme Roofing & Construction**
**Services, Inc.**
**2600 N.W. 155 Terr.**
**Opa Locka, FL 33054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,907.50** |
|---|---|---|---|

**Surfacing Corp. dba US Paver Co.**
**22809 Horseshoe Way**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sweetwater Police Department**
**500 SW 109th Avenue**
**Miami, FL 33174**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential claims relating to FIU pedestrian bridge**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Synergy Signs & Srvcs LLC**
**P.O.Box 163616**
**Ft Worth, TX 76161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,100.00** |
|---|---|---|---|

**Synthetic Turf Consulting**
**15 E. Animas Village Lane**
**Durango, CO 81301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,548.72** |
|---|---|---|---|

**T&S Collision Center**
**4715 E. 10th Avenue**
**Hialeah, FL 33013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$756.69** |
|---|---|---|---|

**T-Mobile**
**P.O. Box 742596**
**Cincinnati Oh, OH 45274-2596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**
_____
     Name

Case number (if known)    _____

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**T.C.O.P.S., Inc.**
**P.O. 2634**
**Burleson, TX 76097**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**T.Y. Lin International**
**201 Alhambra Circle**
**Suite 900**
**Miami, FL 33134**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Joint Venture with MCM__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,665,071.18 |
|---|---|---|---|

**T.Y. Lin International**
**345 California Street**
**Suite 2300**
**San Francisco, CA 94104**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Unpaid contract balance (breach of contract claim)__
__relating to Puente de las Americas project__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tampa Tank & Welding, Inc.**
**12781 US Highway 41 South**
**Gibsonton, FL 33534**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __(Notice Purposes Only)__
__Settled claims relating to FIU pedestrian bridge__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tarpon Concrete Finishing LLC**
**30301 SW 153Rd. Avenue**
**Homestead, FL 33033**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tate Transport Corporation**
**2830 W. State Road 84**
**Suite 102**
**Fort Lauderdale, FL 33312**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,096.00 |
|---|---|---|---|

**Taurus Chutes, Inc.**
**4121 N.W. 47th Avenue, Suite 1309**
**Davie, FL 33314**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**3.994** | **Nonpriority creditor's name and mailing address**

**Taylor Espino Vega & Touron,  P.A.**
**201 Alhambra Circle**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$69,086.65**

---

**3.995** | **Nonpriority creditor's name and mailing address**

**Tech-Lab Industries, Inc.**
**P.O. Box 6217**
**Arlington, TX 76005-6217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.996** | **Nonpriority creditor's name and mailing address**

**Tele-Vacsouth, Inc.**
**221 NE 13 Street**
**Pompano Beach, FL 33060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.997** | **Nonpriority creditor's name and mailing address**

**Tenn-K Consultants Ltd.**
**James Shopping Complex**
**Suite 19**
**Mandeville, JA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

---

**3.998** | **Nonpriority creditor's name and mailing address**

**Tesla Engineering Inc.**
**17910 SW 137th Ct**
**Miami, FL 33177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.999** | **Nonpriority creditor's name and mailing address**

**Tex Op Construction LP**
**P.O. Box 427**
**Roanoke, TX 76262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100
0** | **Nonpriority creditor's name and mailing address**

**Texas Commission on Environmental**
**P.O. Box 1387**
**Mail Code 148**
**Austin, TX 78711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Magnum Construction Management, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.100 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.100 1**

Nonpriority creditor's name and mailing address
**Texas Environmental Mgmt, Inc.**
P.O. Box 369
Justin, TX 76247

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 2**

Nonpriority creditor's name and mailing address
**Texas First Rentals LLC**
P.O. Box 650869
Dallas, TX 75265-0869

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$60,857.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 3**

Nonpriority creditor's name and mailing address
**Textainer Equipment Management**
650 California Street
16th Floor
San Francisco, CA 94108

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                               **$2,735.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 4**

Nonpriority creditor's name and mailing address
**The BEC Group Services, Inc.**
145 Madeira Avenue
Suite 310
Miami, FL 33134

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Lawsuit pending in Miami-Dade County Circuit Court for breach of contract, Case No. 18-017912 CA 01__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 5**

Nonpriority creditor's name and mailing address
**The BEC Group Services, Inc.**
145 Madeira Avenue
Suite 310
Miami, FL 33134

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential unjust enrichment claims relating to Liberty Village project__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 6**

Nonpriority creditor's name and mailing address
**The Binney Family of Florida, Inc. dba Environmental Graphics**
11232 CChallenger Ave., Ste. 1
Odessa, FL 33556

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
       Name

Case number (if known) _____

---

| 3.100 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The BRT Group, Inc. dba Florida**
P.O. Box 1511
Port Salerno, FL 34992

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Corradino Group, Inc.**
4055 NW 97th Avenue
Miami, FL 33178

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential claims relating to FIU pedestrian bridge__
__project__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The De Moya Group, Inc.**
14600 SW 136th Street
Miami, FL 33186

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Howard Research & Dev.**
One Galleria Tower
13355 Noel Road, 22nd Floor
Dallas, TX 75240

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Louis Berger Group, Inc.**
412 Mount Kemble Avenue
Morristown, NJ 07960

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential claims relating to FIU pedestrian bridge__
__project__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Polote Corporation**
2 E. Bryan Street
Suite 400
Savannah, GA 31401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential claims relating to C111 project__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**
          Name

Case number (if known)

| 3.101 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|-------------------------------------------------|----------------------------------------------------------------|-------|

**The Reinforced Earth Company**
12001 Sunrise Valley Dr.
Ste.  400
Reston, VA 20191

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---------|-------------------------------------------------|----------------------------------------------------------------|------------|

**The Salvation Army**
1424 NE Expressway
Atlanta, GA 30329

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,247.00 |
|---------|-------------------------------------------------|----------------------------------------------------------------|-----------|

**The Service Company of MS, LLC**
2680 Sellers Drive
Meridian, MS 39301

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,252.89 |
|---------|-------------------------------------------------|----------------------------------------------------------------|-----------|

**The Strategies Group**
3965 Johns Creek Court
Suwanee, GA 30024

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|-------------------------------------------------|----------------------------------------------------------------|-------|

**The Structural Group of South Florida, Inc.**
815 North Homestead Blvd.
#458
Homestead, FL 33030

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to FIU pedestrian bridge project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|-------------------------------------------------|----------------------------------------------------------------|-------|

**The Structural Group, Inc.**
10150 Old Columbia Road
Columbia, MD 21046-1274

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to FIU pedestrian bridge project**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Magnum Construction Management, LLC**
Name

Case number (if known)

---

| 3.101 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,492.69** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Structural Group, Inc.**
**10150 Old Columbia Road**
**Columbia, MD 21046-1274**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 0 |

**Nonpriority creditor's name and mailing address**
**The Ultimate Electrician**
**2330 NW 102 Avenue**
**Miami, FL 33172**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$162,994.50**

---

| 3.102 1 |

**Nonpriority creditor's name and mailing address**
**Theisen, Matthew**
**1508 NE 4th Place**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **General liability claim for damages to vehicle; Claim No. 30180151384-0001**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.102 2 |

**Nonpriority creditor's name and mailing address**
**Thevenin Enterprises, Inc.**
**2384 West 80th Street**
**Suite #5**
**Hialeah, FL 33016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,877.34**

---

| 3.102 3 |

**Nonpriority creditor's name and mailing address**
**Thomas O. Wells, PA**
**540 Biltmore Way**
**Coral Gables, FL 33134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,657.50**

---

| 3.102 4 |

**Nonpriority creditor's name and mailing address**
**Thompson Pump & Manufacturing**
**P.O. Box 291370**
**Port Orange, FL 32129-1370**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,166.18**

---

| 3.102 5 |

**Nonpriority creditor's name and mailing address**
**Thunder Electric Co.**
**7035-G SW 47th Street**
**Miami, FL 33155**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Magnum Construction Management, LLC**

Name    Case number *(if known)*

---

| 3.102 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tierra South Florida, Inc.**
**2765 Vista Parkway**
**Suite 10**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Halpin Equipment Corp.**
**5670 NW 78th Avenue**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41,620.99 |
|---|---|---|---|

**Titan Construction Group**
**1401 S.W. 1st Street, #212**
**Miami, FL 33135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Titan Florida, LLC**
**P.O. Box 932622**
**Atlanta, GA 31193-2622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Toledo Doors, Inc.**
**4710 NW 37th Avenue**
**Miami, FL 33142**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Co-Defendant in lawsuit filed in Miami-Dade County__
__Circuit Court by Chatham Steel Corporation; Case No. 18-032328 CA__
__01__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Toledo Iron Works**
**4710 NW 37th Avenue**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Magnum Construction Management, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.103 2 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $66.00 |
|---|---|---|---|---|

**Total Compliance Network**
**5180 West Atlantic Avenue**
**Suite 119**
**Delray Beach, FL 33484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 3 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $44,411.31 |
|---|---|---|---|---|

**Total Highway Maintenance, LLC**
**930 Kck Way**
**Cedal Hill, TX 75104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 4 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|---|

**Traffic Control Products of Florida**
**5514 Carmack Road**
**Tampa, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 5 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,527.96 |
|---|---|---|---|---|

**Trekker Distributor, Inc.**
**12601 W. Okeechobee Rd.**
**Hialeah Gardens, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $641.60 |
|---|---|---|---|---|

**Trench Plate Rental Company**
**13217 Laudeldale Avenue**
**Downey, CA 90242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $945.46 |
|---|---|---|---|---|

**Triangle Fire, Inc.**
**7720 NW 53rd Street**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|---|

**Trident Surfacing, Inc.**
**5399 N.W. 161 Street**
**Miami, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Magnum Construction Management, LLC__
Name

Case number (if known) _____

---

**3.103 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Triple E Equipment Sales Corp.**<br>6600 Highway 70 East<br>Okeechobee, FL 34972 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Triple JB Transportation**<br>P.O. Box 545<br>Sanger, TX 76266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,380.50 |
|---|---|---|
| **Trophy Tractor Inc.**<br>602 Wildlife Pkwy<br>Grand Prairie, TX 75050 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tropic Fence Inc.**<br>1864 NW 21 Street<br>Pompano Beach, FL 33069 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Tropical Touch Gardens Center**<br>6951 SW 185th Way<br>Ft. Lauderdale, FL 33332 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Claims for breach of contract__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Troxler Electronic Laboratories, Inc.**<br>3008 Cornwalls Rd.<br>Research Triangle Park, NC 27709 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Truckmaxx Inc.**<br>Corporate Billing, Inc<br>Dept. 100, P.O. Box  830604<br>Birmingham, AL 35283 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**    Case number (if known) _____
_____
Name

| 3.104 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.86 |

**Truckpro, Inc.**
**29787 Network Place**
**Chicago, IL 60673-1787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tucker, Eric**
**2422 McKensie Lane**
**Grand Prairie, TX 75052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/12/18**

Basis for the claim:  **Automobile insurance claim; Claim No.**
**30189330010-0004**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tucker, Marcus**
**2422 McKensie Lane**
**Grand Prairie, TX 75052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/12/18**

Basis for the claim:  **Automobile insurance claim;**
**Claim No. 30189330010-0004**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tutor Perini Building Corp.**
**5055 E. Washington Street**
**Suite 210**
**Phoenix, AZ 85034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential claims relating to T4 project**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**TWG Aviation, Ltd.**
**8350 Denton Dr.**
**Dallas, TX 75235**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential claims relating to TWG Hangar C project**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Twin City**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **General liability claim for damages to Dallas Love**
**Field Airport (Gate 110)**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Magnum Construction Management, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.105
2**

**Nonpriority creditor's name and mailing address**
**TXDOT**
**125 East 11th St.**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential claims relating to TXDOT FM 423 project

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.105
3**

**Nonpriority creditor's name and mailing address**
**TXDOT**
**125 East 11th St.**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential claims relating to TXDOT US 75 project

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.105
4**

**Nonpriority creditor's name and mailing address**
**TXDOT**
**125 East 11th St.**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential claims relating to FM544 - Denton County project

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.105
5**

**Nonpriority creditor's name and mailing address**
**TXDOT**
**125 East 11th St.**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential claims relating to TXDOT FM 2181 project

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.105
6**

**Nonpriority creditor's name and mailing address**
**U.S. Bank National Association, Corp.**
**Trust Services; Attn.: Crystal Deperry**
**Goodwin Square**
**225 Asylum Street, 23rd Floor**
**Hartford, CT 06103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.105
7**

**Nonpriority creditor's name and mailing address**
**U.S. Concrete Pipe Co.**
**2200 W. Sunrise Blvd.**
**Ft. Lauderdale, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

**$8.60**

---

Debtor **Magnum Construction Management, LLC**
Name

Case number *(if known)* _____

---

| 3.105 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $513.22 |
|---|---|---|---|

**U.S. Department of Defense**
**Naval Bureau Of Medicine and Surg.**
**P.O. Box 2411**
**Oshkosh, WI 54903**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.105 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Lime Company**
**5429 LBJFreeway**
**Suite 230**
**Dallas, TX 75240**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.106 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $316.61 |
|---|---|---|---|

**Ubeo Business Services**
**P.O. Box 660831**
**Dallas, TX 75266-0831**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.106 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.51 |
|---|---|---|---|

**Ubeo LLC**
**PO Box 791070**
**San Antonio, TX 78279**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.106 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Underwater Engineering Services, Inc.**
**3306 Enterprise Road**
**Ft. Pierce, FL 34982**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.106 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,165.76 |
|---|---|---|---|

**Underwriters Laboratories of Canada, Inc**
**7 Underwriters Road**
**Toronto, Ontario, Canada M1R 3A9**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.106 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,105.13 |
|---|---|---|---|

**Unifirst Corporation**
**8070 NW 77th Court**
**Medley, FL 33166**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106 5**

**Nonpriority creditor's name and mailing address**

**United Concrete Company**
**3295 West 14th Avenue**
**Hialeah, FL 33012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

**United Construction Co. of Florida, Inc.**
**11961 SW 172nd Street**
**Miami, FL 33177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 7**

**Nonpriority creditor's name and mailing address**

**United Fire Protection**
**12001 31St Ct N.**
**St. Petersburg, FL 33716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

**United Homecare Services, Inc.**
**8400 NW 33rd Street**
**Suite 400**
**Miami, FL 33122**

Date(s) debt was incurred  __08/01/15__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __General liability claim for miscellaneous issues;__
__Claim No. 30154874373-0001__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

**United Rentals**
**P.O. Box 100711**
**Atlanta, GA 30384-0711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$101,449.69**

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

**United Site Services, LLC.**
**P.O. Box 660475**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$11,796.39**

---

Debtor **Magnum Construction Management, LLC**
Name

Case number (if known) _____

| 3.107 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**United States Department of Labor**
**Occupational Safety & Health Admin-OSHA**
**1000 South Pine Island Road**
**Suite 1000**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __OSHA Citation__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,460,038.01 |
|---|---|---|---|

**United States for use and benefit of**
**Ceres Environmental Services, Inc.**
**c/o Law Office of Daniel Te Young, P.A.**
**1600 S. Federal Highway, Ste. 570**
**Pompano Beach, FL 33062**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential claims relating to C-111 project__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**United States Pipe and Foundry**
**Company, LLC**
**511 E. John Carpenter Freeway**
**Suite 600**
**Irving, TX 75062**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Claims relating to S-902 Opa Locka Project__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United States Treasury**
**Navfac Southeast**
**ATTN CODE FM150 - P.O. Box 30B**
**Jacksonville, FL 32212-0030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Way Of Miami-Dade**
**3250 SW 3rd Avenue**
**Miami, FL 33129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Unity Board of the City of Key West**
**1001 James St.**
**Key West, FL 33040**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential claims relating to Hurricane Irma__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Magnum Construction Management, LLC**                    Case number (if known) _____
         Name

| 3.107<br>7 | **Nonpriority creditor's name and mailing address**<br>**Universal Engineering Sciences, Inc.**<br>**3532 Maggie Boulevard**<br>**Orlando, FL 32811**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Potential claims relating to FIU pedestrian bridge project**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.107<br>8 | **Nonpriority creditor's name and mailing address**<br>**Universal Fence Company**<br>**1137 W. Hurst Blvd.**<br>**Hurst, TX 76053**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,173.14** |
|---|---|---|

| 3.107<br>9 | **Nonpriority creditor's name and mailing address**<br>**Unlimited Turf, LLC**<br>**850 NW Federal Highway**<br>**Suite 170**<br>**Stuart, FL 34994**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,130,786.42** |
|---|---|---|

| 3.108<br>0 | **Nonpriority creditor's name and mailing address**<br>**Unlimited Turf, LLC**<br>**850 NW Federal Highway**<br>**Suite 170**<br>**Stuart, FL 34994**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Potential claims relating to Hurricane Irma**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.108<br>1 | **Nonpriority creditor's name and mailing address**<br>**US American Concrete Mix Corp.**<br>**8567 Coral Way, #31**<br>**Miami, FL 33155**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,095.00** |
|---|---|---|

| 3.108<br>2 | **Nonpriority creditor's name and mailing address**<br>**US Army Engineer District, Jacksonville**<br>**701 San Marco Blvd.**<br>**Jacksonville, FL 33207**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Potential claims relating to USACE  Site 1 Impoundment project**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

Debtor  **Magnum Construction Management, LLC**                    Case number (if known) _____
_____
Name

| 3.108 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**US Concrete Products Corp**
**1878 NW 21 Street**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**USA Erosion**
**237 Blackland Road**
**Royse City, TX 75189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**USA Plastering LLC**
**22 NW 25 Terr.**
**Ft. Lauderdale, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$793.27**

**USAA Casualty Insurance**
**USAA Subrogation Dept.**
**P.O. Box 659476**
**San Antonio, TX 78265**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/9/17**

Last 4 digits of account number __

Basis for the claim:  **Subrogation claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$5,357.25**

**UTC Fire & Security**
**Customer Svc :Tram Nguyen**
**4001 Fairview InduSt.rial Drive.**
**Salen, OR 97302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Utility & Environmental Svcs, Inc.**
**P.O. Box 542015**
**Dallas, TX 75354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Utility Board of the City of Key West**
**1001 James St.**
**Key West, FL 33040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claims relating to Hurricane Irma**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Magnum Construction Management, LLC**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.109 0 | |

**Nonpriority creditor's name and mailing address**
**Vaglio, Emily Christine**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursements**

Is the claim subject to offset? ■ No ☐ Yes

$1,359.89

---

| | |
|---|---|
| 3.109 1 | |

**Nonpriority creditor's name and mailing address**
**Van Linda Iron Works**
**3787 Boutwell Rd.**
**Lake Worth, FL 33461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.109 2 | |

**Nonpriority creditor's name and mailing address**
**Vassell Tile & Marble, Inc.**
**12491 69 Street North**
**West Palm Beach, FL 33412**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.109 3 | |

**Nonpriority creditor's name and mailing address**
**Vela Insurance Services**
**NW 5358**
**P.O. Box 1450**
**Minneapolis, MN 55485-5358**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$17,174.66

---

| | |
|---|---|
| 3.109 4 | |

**Nonpriority creditor's name and mailing address**
**Velasquez, Patricio Matias**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential claims relating to S-902 Opa Locka project**

Is the claim subject to offset? ■ No ☐ Yes

$412.80

---

| | |
|---|---|
| 3.109 5 | |

**Nonpriority creditor's name and mailing address**
**Verizon**
**P.O. Box 15043**
**Albany, NY 12212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$8,016.33

---

| | |
|---|---|
| 3.109 6 | |

**Nonpriority creditor's name and mailing address**
**Verizon**
**P.O. Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Magnum Construction Management, LLC**

Case number *(if known)* _____

Name

---

| 3.109 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,245.26** |

**Vesta Modular**
**8030 NW 74th Street**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,086.00** |

**Viasat, Inc.**
**6155 El Camino Real**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$844.35** |

**Vince Hagan Co.**
**P.O. Box 655141**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Visualscape, Inc.**
**15980 NW 117 Avenue**
**Hialeah, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,382.24** |

**Waste Management**
**P.O. Box 4648**
**Carol Stream, IL 60197-4648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.94** |

**Waste Management Lewisville Ha**
**P.O. Box 43350**
**Phoenix, AZ 85080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$220.88** |

**Water and Wastewater Services**
**P.O. Box 669300**
**Pompano Beach, FL 33066-9300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Magnum Construction Management, LLC**
_____
Name

Case number (*if known*) _____

| 3.110 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Watson Bowman Acme Corp.**
**95 Pineview Dr.**
**Amherst, NY 14228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.110 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WBE Erosion Control Supply, LLC**
**dba Elite Erosion Supply, LLC**
**4016 River Oaks Drive, #135**
**Myrtle Beach, SC 29579**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$2,253.15

---

| 3.110 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Weldon Parts**
**P.O. Box 2115**
**Oklahoma City, OK 73101-2115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$314.80

---

| 3.110 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wells Fargo Equipment Finance**
**733 Marquette Avenue, Suite 700**
**MAC N -9306-070**
**Minneapolis, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$2,850.83

---

| 3.110 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Werth, Jane**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Potential claims relating to T-4433 Broward Blvd. project**

Is the claim subject to offset? ■ No ☐ Yes

$75,000.00

---

| 3.110 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**West Marine Pro**
**P.O. Box 50600**
**Watsonville, CA 95060-5060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.111 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**West Texas Rebar Placers Inc.**
**10209 Plano Road**
**Suite 101**
**Dallas, TX 75238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Magnum Construction Management, LLC**                    Case number (if known) _____
_____
Name

| 3.111 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Western Excelsior Corporation**
**4609 E Boonville-New Harmony Road**
**Evansville, IN 47725-9701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Westminster Christian School**
**6855 SW 152nd St.**
**Palmetto Bay, FL 33157**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential claims relating to Westminster Christian School project__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$965.01** |

**Wex Bank dba Wright Express FSC**
**P.O. Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$420.00** |

**Whitley & Siddons**
**11612 Bee Cavenues Rd.**
**#1-23**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51,951.60** |

**Wildstone Construction, LLC**
**12850 Hwy 287**
**Fort Worth, TX 76052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Wilkinson Hi-Rise, LLC**
**2821 Evans St.**
**Hollywood, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,299.50** |

**Willard Marine, Inc.**
**1250 N Grove Street**
**Anahem, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Magnum Construction Management, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.111 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Williams Form Engineering Corp.** | ■ Contingent | |
| | **8165 Graphic Drive** | ■ Unliquidated | |
| | **Belmont, MI 49306** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Potential claims relating to FIU pedestrian bridge project__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.111 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,870.39** |
| | **Williams Scotsman, Inc.** | ☐ Contingent | |
| | **P.O. Box 91975** | ☐ Unliquidated | |
| | **Chicago, IL 60693-1975** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$321.13** |
| | **Williams Scotsman, Inc.** | ☐ Contingent | |
| | **P.O. Box 91975** | ☐ Unliquidated | |
| | **Chicago, IL 60693-1975** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Wilson, Troy** | ■ Contingent | |
| | **5098 FM 1897** | ■ Unliquidated | |
| | **Bells, TX 75414** | ■ Disputed | |
| | Date(s) debt was incurred __2/28/18__ | Basis for the claim: __Workers' compensation claim;  Claim No. 30189795564-0001; (Project:  FM 423, TX)__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Wims Environmental Construction** | ☐ Contingent | |
| | **P.O. Box 495668** | ☐ Unliquidated | |
| | **Garland, TX 75049-5668** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,767.75** |
| | **Woe Construction Inc.** | ☐ Contingent | |
| | **941-B Avenue N** | ☐ Unliquidated | |
| | **Grand Prairie, TX 75050** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Magnum Construction Management, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.112 4** | | |

**Nonpriority creditor's name and mailing address**

**Won-Door Corporation**
**1865 South 3480 West**
**Salt Lake City, UT 84104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.112 5** | |

**Nonpriority creditor's name and mailing address**

**World Frameless Glass, Inc.**
**20341 NE 30th Avenue**
**#122**
**Aventura, FL 33180**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.112 6** | |

**Nonpriority creditor's name and mailing address**

**Ximeno Plumbing**
**8210 NW 191 Street**
**Suite H**
**Miami, FL 33015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.112 7** | |

**Nonpriority creditor's name and mailing address**

**XL Catlin Construction**
**c/o Sedgwick Claims Management Services**
**P.O. Box 14158**
**Lexington, KY 40512-4158**

Date(s) debt was incurred  __03/15/18__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Deductible Claimant: Olive Williams__

Is the claim subject to offset? ■ No ☐ Yes

**$1,405.70**

---

| | |
|---|---|
| **3.112 8** | |

**Nonpriority creditor's name and mailing address**

**Xpert Elevator Services, Inc.**
**550 Business Park Way**
**Bay 8**
**Royal Palm Beach, FL 33411**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.112 9** | |

**Nonpriority creditor's name and mailing address**

**Young, Alissa**
**2150 NW 4th Street**
**Fort Lauderdale, FL 33311**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lawsuit filed in the Broward County Circuit Court relating to wrongful death, Case No. CACE 18-009434 (09)__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Magnum Construction Management, LLC**                              Case number (if known) _____
          Name

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Young, Bodie**
**2150 NW 4th Street**
**Fort Lauderdale, FL 33311**

Date(s) debt was incurred  1/3/18

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Lawsuit filed in the Broward County Circuit Court relating to wrongful death, Case No. CACE 18-009434 (09)

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Young, Velta, indiv. and as pers. rep.**
**of E/O Bobie Young**
**2150 NW 4th Street**
**Fort Lauderdale, FL 33311**

Date(s) debt was incurred  1/3/18

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Lawsuit filed in the Broward County Circuit Court relating to wrongful death, Case No. CACE 18-009434 (09)

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adam Richards, Esq.**<br>**Luks, Santaniello, Petrillo & Jones**<br>**150 West Flagler Street**<br>**Suite 2600**<br>**Miami, FL 33130** | Line  3.526 <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Akex W. Presti, Esq.**<br>**The Presti Law Firm, PLLC**<br>**9241 Lyndon B Johnson Freeway**<br>**Suite 211**<br>**Dallas, TX 75243** | Line  3.135 <br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Alexander E. Barthet, Esq.**<br>**The Barthet Firm**<br>**200 S. Biscayne Blvd.**<br>**Suite 1800**<br>**Miami, FL 33131** | Line  3.40 <br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Alexander Suto, Esq.**<br>**Suto Law**<br>**304 East Island Square**<br>**Saint Simons Island, GA 31522** | Line  3.980 <br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Allstate Insurance** | Line  3.65 <br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Andrew C. Hall, Esq.**<br>**Hall, Lamb, Hall & Leto, P.A.**<br>**Grand Bay Plaza, Penthouse One**<br>**2665 South Bayshore Drive**<br>**Miami, FL 33133** | Line  3.487 <br><br>☐ Not listed. Explain ____ | _ |

Debtor **Magnum Construction Management, LLC**
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.7 **Anthony J. Interrante, Esq.**<br>**Kessler Collins**<br>**2100 Ross Avenue**<br>**Suite 750**<br>**Dallas, TX 75201** | Line **3.168**<br>☐ Not listed. Explain ____ | _ |
| 4.8 **Aon Risk Services, Inc.**<br>**3550 Lenox Road NE**<br>**Suite 1800**<br>**Atlanta, GA 30326** | Line **3.86**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Complete Highway Identity, Inc.**<br>**1576 NW 165th Street**<br>**Miami, FL 33169** | Line **3.275**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **David A. Strauss, Esq.**<br>**The Strauss Law Firm, P.A.**<br>**401 E Las Olas Blvd Ste 1400**<br>**Fort Lauderdale, FL 33301** | Line **3.187**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **David S. Kohn & Associates**<br>**1414 W. Randol Mill Road**<br>**Suite 118**<br>**Arlington, TX 76012** | Line **3.1047**<br>☐ Not listed. Explain ____ | _ |
| 4.12 **David S. Kohn & Associates**<br>**1414 W. Randol Mill Road**<br>**Suite 118**<br>**Arlington, TX 76012** | Line **3.1048**<br>☐ Not listed. Explain ____ | _ |
| 4.13 **Days Inn**<br>**Corporate Headquarters**<br>**1 Sylvan Way**<br>**Parsippany, NJ 07054** | Line **3.309**<br>☐ Not listed. Explain ____ | _ |
| 4.14 **Deborah N. Perez & Associates**<br>**8400 NW 36th Street**<br>**Suite 250**<br>**Miami, FL 33166** | Line **3.544**<br>☐ Not listed. Explain ____ | _ |
| 4.15 **Erik A. Alvarez, Esq.**<br>**9370 SW 72nd Street**<br>**Suite A266**<br>**Miami, FL 33173** | Line **3.368**<br>☐ Not listed. Explain ____ | _ |
| 4.16 **FCC Construccion, SA**<br>**Attn.:  Eloy Sanchez**<br>**1111 Brickell Avenue, Suite 704**<br>**Miami, FL 33131** | Line **3.383**<br>☐ Not listed. Explain ____ | _ |
| 4.17 **FCC Construccion, SA**<br>**Attn.: Alberto Navarro**<br>**El Cangrejo**<br>**Casa n. 47, Cuidad de Panama, Panama** | Line **3.383**<br>☐ Not listed. Explain ____ | _ |
| 4.18 **Florida Department of Revenue**<br>**8175 NW 12th Street, #119**<br>**Miami, FL 33126** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Magnum Construction Management, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.19 | **Fluor Enterprises, Inc.**<br>**3 Polaris Way**<br>**Aliso Viejo, CA 92698** | Line  **3.426**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **George H. Soriano, Jr., Esq.**<br>**Penhall Company**<br>**7501 Esters Blvd.**<br>**Suite 150**<br>**Irving, TX 75063-4036** | Line  **3.785**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Invest Services Company, Inc.**<br>**P.O. Box 20898**<br>**Saint Simons Island, GA 31522** | Line  **3.1063**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Jason Turchin, Esq.**<br>**2883 Executive Park Drive**<br>**Suite 103**<br>**Fort Lauderdale, FL 33331** | Line  **3.207**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Jordan C. Kay, Esq.**<br>**SKS Legal Group**<br>**2665 S. Bayshore Drive**<br>**Suite 220**<br>**Miami, FL 33133** | Line  **3.989**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Joseph W. Lawrence, Esq.**<br>**300 SW 1st Avenue, Ste 150**<br>**Fort Lauderdale, FL 33301** | Line  **3.943**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Kevin C. Schumacher, Esq.**<br>**Cole, Scott & Kissane, P.A.**<br>**9150 South Dadeland Boulevard**<br>**Suite 1400**<br>**Miami, FL 33256** | Line  **3.286**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Kevin C. Schumacher, Esq.**<br>**Cole, Scott & Kissane, P.A.**<br>**9150 South Dadeland Boulevard**<br>**Suite 1400**<br>**Miami, FL 33256** | Line  **3.1073**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Law Offices of Jane Clark**<br>**214 SW 4th Street**<br>**Grand Prairie, TX 75051** | Line  **3.569**<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Law Offices of Jason Turchin**<br>**9100 S. Dadeland Boulevard**<br>**Suite 1500**<br>**Miami, FL 33156** | Line  **3.713**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Lily Arebencia, Esq.**<br>**Law Offices of Jose Francisco**<br>**5757 Blue Lagoon Drive**<br>**Suite 230**<br>**Miami, FL 33126** | Line  **3.627**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Magnum Construction Management, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.30 | **McGowen, S.A.**<br>San Francisco<br>Calle Antonio Mojica<br>Entre Calle 76 y 77, PH, Gran Piso 4<br>Oficina B4, Panama | Line **3.651**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 | **Michael J. Monchick, Esq.**<br>Siegfried Rivera Lerner De La Torre Mars<br>1655 Palm Beach Lakes Blvd.<br>Suite 500<br>West Palm Beach, FL 33401-2206 | Line **3.547**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 | **Michael J. Rune, Esq.**<br>Shutts & Bowen LLP<br>200 S Biscayne Blvd Ste 4100<br>Miami, FL 33131 | Line **3.926**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 | **National Subrogation Services, LLC**<br>100 Crossways Park West<br>Suite 415<br>Woodbury, NY 11797 | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 | **Ohio Casualty Insurance Company**<br>175 Berkeley St.<br>Boston, MA 02116 | Line **3.758**<br><br>☐ Not listed. Explain ____ | _ |
| 4.35 | **Paul Galsterer, Esq.**<br>The Injury Firm<br>2000 NE 45th Street<br>Fort Lauderdale, FL 33308 | Line **3.717**<br><br>☐ Not listed. Explain ____ | _ |
| 4.36 | **R. Martin Saenz, Esq.**<br>Saenz & Anderson<br>20900 NE 30th Ave Ste 800<br>Miami, FL 33180 | Line **3.766**<br><br>☐ Not listed. Explain ____ | _ |
| 4.37 | **Rathbone Group**<br>1100 Superior Avenue<br>Suite 1850<br>Cleveland, OH 44114 | Line **3.1086**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 | **Richard Armstrong, Esq.**<br>Armstrong The Law Firm, P.C.<br>1400 Gables Ct., #103<br>Plano, TX 75075 | Line **3.638**<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 | **Robert Carlson**<br>Lee, Hernandezs, Landrum<br>100 N. Biscayne Blvd.<br>Suite 605<br>Miami, FL 33132 | Line **3.1068**<br><br>☐ Not listed. Explain ____ | _ |
| 4.40 | **Robert DiStefano, Esq.**<br>7471 W. Oakland Park Blvd.<br>Suite 106<br>Fort Lauderdale, FL 33319 | Line **3.1131**<br><br>☐ Not listed. Explain ____ | _ |
| 4.41 | **Robert DiStefano, Esq.**<br>7471 W. Oakland Park Blvd.<br>Suit3e 106<br>Fort Lauderdale, FL 33319 | Line **3.1130**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Magnum Construction Management, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.42 | **Robert DiStefano, Esq.**<br>**DiStefano Law, PLC**<br>**7471 W. Oakland Park Blvd.**<br>**Suite 106**<br>**Fort Lauderdale, FL 33319** | Line **3.1129**<br><br>☐ Not listed. Explain ____ | _ |
| 4.43 | **Robert P. Frankel, Esq.**<br>**1000 S. Pine Island Road**<br>**Suite 410**<br>**Fort Lauderdale, FL 33324-3910** | Line **3.1004**<br><br>☐ Not listed. Explain ____ | _ |
| 4.44 | **Scott A. Meyer, Esq.**<br>**5050 Quorum Drive**<br>**Suite 700**<br>**Dallas, TX 75254** | Line **3.106**<br><br>☐ Not listed. Explain ____ | _ |
| 4.45 | **Sedgwick Claims Management Services, Inc**<br>**P.O. Box 14158**<br>**Lexington, KY 40512** | Line **3.118**<br><br>☐ Not listed. Explain ____ | _ |
| 4.46 | **Steinger, Iscoe & Greene**<br>**2333 Ponce de Leon Blvd.**<br>**Suite 920**<br>**Miami, FL 33134** | Line **3.920**<br><br>☐ Not listed. Explain ____ | _ |
| 4.47 | **The Commercial Collection Corp. of NY**<br>**P.O. Box 288**<br>**Tonawanda, NY 14151** | Line **3.390**<br><br>☐ Not listed. Explain ____ | _ |
| 4.48 | **The Hartford**<br>**Attn.:  Ross Hilton, Claim Rep.**<br>**P.O. Box 14263**<br>**Lexington, KY 40512** | Line **3.787**<br><br>☐ Not listed. Explain ____ | _ |
| 4.49 | **Thomas Leeder, Esq.**<br>**Leeder Law**<br>**8551 W Sunrise Blvd Ste 202**<br>**Fort Lauderdale, FL 33322** | Line **3.932**<br><br>☐ Not listed. Explain ____ | _ |
| 4.50 | **Timothy R. Moorhead, Esq.**<br>**Wright, Fulford, Moorhead & Brown, P.A.**<br>**505 Maitland Avenue**<br>**Suite 1000**<br>**Altamonte Springs, FL 32701** | Line **3.229**<br><br>☐ Not listed. Explain ____ | _ |
| 4.51 | **U.S. Department of Labor**<br>**Occupational Safety & Health Admin.**<br>**200 Constitution Avenue, NW**<br>**Room Number N3626**<br>**Washington, DC 20210** | Line **3.1071**<br><br>☐ Not listed. Explain ____ | _ |
| 4.52 | **William E. Goebel, Esq.**<br>**Kanner & Pintaluga, P.A.**<br>**925 South Federal Highway**<br>**Sixth Floor**<br>**Boca Raton, FL 33432** | Line **3.226**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Magnum Construction Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.53 | **Witherspoon Law Group**<br>**1717 McKinney Avenue**<br>**Suite 700**<br>**Dallas, TX 75202** | Line __3.707__<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 74,398.48 |
| **5b. Total claims from Part 2** | 5b. + | $ | 22,602,493.54 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 22,676,892.02 |

**Fill in this information to identify the case:**

Debtor name **Magnum Construction Management, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for Kenworth T370, S/N: 2NKHHJ7X9FM430060, dated 2/20/15 Account No. 10011311**<br><br>1st Source Bank, Construction Equipment Division<br>P.O. Box 783<br>South Bend, IN 46624 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for Dodge RAM 5500; S/N: 3C7WRNBL1FG544809 dated 3/24/15 Account No. 10011351**<br><br>1st Source Bank, Construction Equipment Division<br>P.O. Box 783<br>South Bend, IN 46624 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for Gomaco PS2600; S/N: 904900-058 dated June 26, 2015 Account No.: 10011503**<br><br>1st Source Bank, Construction Equipment Division<br>P.O. Box 783<br>South Bend, IN 46624 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for Isuzu NRP HD; S/N: JALC4W165A7003765 dated 6/16/15 Account No. 10011583**<br><br>1st Source Bank, Construction Equipment Division<br>P.O. Box 783<br>South Bend, IN 46624 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**
First Name          Middle Name          Last Name

Case number (*if known*) _____

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Isuzu NRP HD; S/N: JALC4B16577012144 dated 6/16/15 Account No.  10011584 | |
|---|---|---|---|
| | State the term remaining | | 1st Source Bank, Construction Equipment Division P.O. Box 783 South Bend, IN 46624 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for 12,000 Gallon Portable Water Tank, Model WT1200; S/N: WT12K00164 dated 9/29/15 Account No. 10011748 | |
|---|---|---|---|
| | State the term remaining | | 1st Source Bank, Construction Equipment Division P.O. Box 783 South Bend, IN 46624 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Ford F550 XL; S/N: 1FDUF5HT6FEC15272 dated 1/16/16 Account No. 10011838 | |
|---|---|---|---|
| | State the term remaining | | 1st Source Bank, Construction Equipment Division P.O. Box 783 South Bend, IN 46624 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Adler Open Top 18,000 gallon sediment tank; S/N: A67980T dated 2/4/16 Account No. 1001866 | |
|---|---|---|---|
| | State the term remaining | | 1st Source Bank, Construction Equipment Division P.O. Box 783 South Bend, IN 46624 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Isuzu NPR; S/N: JALC4J16XH7002155 dated 11/7/16 Account No.  10012231 | |
|---|---|---|---|
| | State the term remaining | | 1st Source Bank, Construction Equipment Division P.O. Box 783 South Bend, IN 46624 |
| | List the contract number of any | | |

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
　　　　　　First Name　　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated 11/11/16 for: Cozad 6 Axlesteer Dolly; S/N: 1C9T38605W1167106 Nelson 6 Axle Short Space; S/N: 1N9D62X6XT1012872 Diamond 50 Ton Step Deck; S/N: 1D9EF4837VS235112 Account No.: 10012247** | |
| | State the term remaining | | **1st Source Bank, Construction Equipment Division P.O. Box 783 South Bend, IN 46624** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated 12/9/16 for: Grove RT9130E; S/N: 222541 Grove RT9130E; S/N: 222826 Tymco 435/4300; S/N: 1HTJTSKL8DJ232685 Account No. 10012289** | |
| | State the term remaining | | **1st Source Bank, Construction Equipment Division P.O. Box 783 South Bend, IN 46624** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for: Grove RT890E; S/N: 232294 Tymco 435; S/N: JALE5W163C7900690 Account No. 10012314** | |
| | State the term remaining | | **1st Source Bank, Construction Equipment Division P.O. Box 783 South Bend, IN 46624** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for International Chasis: 4300, Crane 13.9 HIM; S/N: 3HAMMAAL0CL556140 dated 1/30/17 Account No. 10012425** | |
| | State the term remaining | | **1st Source Bank, Construction Equipment Division P.O. Box 783 South Bend, IN 46624** |

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
      First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for FM2181 Project Office (2017-740) $4,000.00 per month Start Date: 11/2/2017 Term: 28 months** |
| | State the term remaining | **2181 Joint Venture c/o Herschel Forester 17714 Bannister St., Ste. 3 Dallas, TX 75252** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/5/2016** |
| | State the term remaining | **21st Century Electrical Contractors, Inc 1530 NW 26 Avenue Pompano Beach, FL 33069** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 12/18/17 E4S38 A1A Bridge Rehab Control dated 12/18/17 FIU - UCPP - DB Pedestrian Bridge dated 12/18/17 HEFT II- E8N20 dated 12/4/17 HEFT II- E8N20 dated 12/18/17** |
| | State the term remaining | **24-7 Mobile Service 8567 SW 24 Street, Suite 210 Miami, FL 33155** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Miami office building (6201 SW 70th Street, Miami, FL 33143) dated September 27, 2018; Start date: 11/1/2018 Term: 3 years** |
| | State the term remaining | **6201 Srei 99, LLC Attn.: Robert Suris 4949 SW 75th Avenue Miami, FL 33155** |
| | List the contract number of any government contract | |

Debtor 1   **Magnum Construction Management, LLC**                          Case number (*if known*) _____
          First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.18.** State what the contract or lease is for and the nature of the debtor's interest
**Master Subcontract Agreement with subcontractor dated 8/29/2016**

State the term remaining

List the contract number of any government contract

**A Falero Distributors Inc.**
**10420 SW 77 Avenue, Suite 202**
**Pinecrest, FL 33156**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest
**Master Subcontract Agreement with subcontractor dated 8/14/2013**

State the term remaining

List the contract number of any government contract

**A Green World Construction Co. Inc.**
**7241 SW 168 Street, Suite C**
**Palmetto Bay, FL 33157**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest
**Purchase Orders for the following projects: HEFT II- E8N20 dated 8/17/18 Port Everglades Slip 2 Ext. dated 8/10/17**

State the term remaining

List the contract number of any government contract

**A Luis Miling Service**
**24250 SW 142nd Avenue**
**Homestead, FL 33032**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest
**Purchase Orders for Liberty Village project dated 11/23/16**

State the term remaining

List the contract number of any government contract

**A Perfect Edge, Inc.**
**4839 SW 148th Avenue, Suite 516**
**Fort Lauderdale, FL 33330**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest
**Master Subcontract Agreement with subcontractor dated 8/13/2011**

State the term remaining

List the contract number of any government contract

**A Perfect Edge, Inc.**
**4839 SW 148 Avenue, Suite 516**
**Davie, FL 33330**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
_____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for CD 4.10 (2) 54-Inch DI FM project dated 1/10/18** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **A Plus Dewatering Group, Inc.**<br>**378 Northlake Blvd., #165**<br>**North Palm Beach, FL 33408** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects:**<br>**E4S38 A1A Bridge Rehab Control dated 1/25/2018**<br>**FIU - UCPP - DB Pedestrian Bridge dated  6/23/2017**<br>**FIU - UCPP - DB Pedestrian Bridge dated 6/23/2017**<br>**FIU - UCPP - DB Pedestrian Bridge dated 7/20/2017**<br>**FIU - UCPP - DB Pedestrian Bridge dated 8/14/2017**<br>**FIU - UCPP - DB Pedestrian Bridge dated 8/21/2017**<br>**FIU - UCPP - DB Pedestrian Bridge dated 12/22/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **A&B Pipe and Supply, Inc.**<br>**P.O. Box 133367**<br>**Hialeah, FL 33013** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/20/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **A&M Brothers Concrete Corp.**<br>**95 NE 12 Street**<br>**Homestead, FL 33030** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/6/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **A-1 All Florida Painting, Inc.**<br>**7531 NW 54th Street**<br>**Miami, FL 33166** |

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for N69450-16-C-1612 W.T. Sampson School project dated 1/12/2017** | |
|---|---|---|---|
| | State the term remaining | | **A-1 Block Corporation** |
| | List the contract number of any government contract | | **1617 South Division Ave.** **Orlando, FL 32805** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for Reagan-Doral MS conv. to SHS project dated 4/6/18** | |
|---|---|---|---|
| | State the term remaining | | **A-1 Duran Roofing, Inc.** |
| | List the contract number of any government contract | | **8095 NW 64th Street** **Miami, FL 33166** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **A-1 Duran Roofing, Inc.** |
| | List the contract number of any government contract | | **8095 NW 64 Street** **Miami, FL 33166** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/10/2014** | |
|---|---|---|---|
| | State the term remaining | | **A-1 Property Services Group Inc.** |
| | List the contract number of any government contract | | **890 SW 69 Ave.** **Miami, FL 33144** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for DAL TWY Bravo Rehab project dated 2/7/18 and 4/26/18** | |
|---|---|---|---|
| | State the term remaining | | **A-Core of Texas** |
| | List the contract number of any government contract | | **4413 Carey St.** **Fort Worth, TX 76119** |

Debtor 1    **Magnum Construction Management, LLC**                              Case number (*if known*) _____

_____First Name_____Middle Name_____Last Name_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Orders for the following projects: Port Everglades Slip 2 Ext. - dated 10/18/17 11/11/2016- T4433 - dated 11/11/16**

State the term remaining

List the contract number of any government contract

**A. Falero Distributors, Inc.**
**10420 SW 77th Avenue**
**Miami, FL 33156**

---

**2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 1/9/2013**

State the term remaining

List the contract number of any government contract

**A.C. Cooling Projects, Inc.**
**Dba American Commercial Services, Inc.**
**210 174th St, Suite 2307**
**North Miami Beach, FL 33160**

---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with Subcontractor dated 11/28/2017**

State the term remaining

List the contract number of any government contract

**A.C. Schultes of Florida, Inc. dba Jaffe**
**1451 SE 9 Ct.**
**Hialeah, FL 33010**

---

**2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 6/25/2012**

State the term remaining

List the contract number of any government contract

**A.C.N. Roofing, L.L.C.**
**7600 NW 74 Ave, Suite 300**
**Medley, FL 33166**

---

**2.36.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 12/11/2014**

State the term remaining

List the contract number of any government contract

**A.S.I. Inc. D/B/A International Acoustic**
**1533 Tyler Street**
**Hollywood, FL 33019**

---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 6/1/2014**

State the term remaining

**A1A Sod, Sand & Soil Inc.**
**28400 S. Dixie Hwy.**
**Homestead, FL 33033**

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____
              First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for HEFT II- E8N20 project dated 7/11/18** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **A2B Engineering**<br>**9800 Normandy Blvd.**<br>**Jacksonville, FL 32221** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/10/2013** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **AAP Construction Group Corp.**<br>**6001 NW 153rd Street, Suite A**<br>**Miami Lakes, FL 33014** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects:**<br>**DAL TWY Bravo Rehab dated 3/7/17**<br>**DAL TWY Echo Rehab dated 3/7/17** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Abatix**<br>**P.O. Box 671202**<br>**Dallas, TX 75267** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for T4433 - Broward Blvd. Project dated 2/19/18** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **ABC Concrete Cutting, Inc.**<br>**2251 Hammonville Road**<br>**Pompano Beach, FL 33069** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/5/2012** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **ABC Construction, Inc.**<br>**7215 Northwest 7 Street**<br>**Miami, FL 33126** |

Debtor 1  **Magnum Construction Management, LLC**                          Case number *(if known)* _____

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/5/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ABC Development Group, Inc.**<br>**1255 Algardi Avenue**<br>**Coral Gables, FL 33146** |

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 3/12/17 Doral Police Sub-Station dated 10/28/16 E4S38 A1A Bridge Rehab Control dated 8/31/17 E4S38 A1A Bridge Rehab Control dated 10/2/17 FIU - UCPP - DB Pedestrian Bridge dated 3/28/17 Grove Bay Parking Garage dated 5/7/18 Grove Bay Parking Garage dated 6/21/18 Grove Bay Parking Garage dated 7/13/18 Grove Bay Parking Garage dated 9/6/18 Joseph Caleb Ctr Atrium Refurb dated 12/4/17 Joseph Caleb Ctr Atrium Refurb dated 1/25/18 Joseph Caleb Ctr Atrium Refurb dated 5/1/18 Liberty Village dated 1/6/17 Lighthouse for the Blind dated 11/7/16 Lighthouse for the Blind dated 12/9/16 N69450-16-C-1612 W.T. Sampson School dated 2/27/17 POM - Terminal F dated 2/3/17 POM - Terminal F dated 2/7/17 POM - Terminal F dated 2/28/17 POM - Terminal F dated 3/3/17 POM - Terminal F dated 3/22/17 POM - Terminal F dated 3/24/17 POM - Terminal F dated 4/17/17 POM - Terminal F dated** | **ABC Imaging P.O. Box 791319 Miami, FL 33130** |

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| | 5/23/17 <br> **POM - Terminal F dated 6/19/17** <br> **POM - Terminal F dated 7/18/17** <br> **POM - Terminal F dated 8/8/17** <br> **POM - Terminal F dated 8/14/17** <br> **POM - Terminal F dated 4/2/18** <br> **T4433 - Broward Blvd. dated 11/17/16** <br> **Coalition Lift dated 10/31/16** |
| State the term remaining | |
| List the contract number of any government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **ABC Imaging of Washington DC, Inc.** <br> **1155 21st Street NW** <br> **Suite M400** <br> **Washington, DC 20036** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Absolute Erosion Control LLC** <br> **P.O. Box 2125** <br> **Palm Harbor, FL 34682** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects:** <br> **CD 4.10 (2) 54-Inch DI FM dated 1/25/2017** <br> **FIU - UCPP - DB Pedestrian Bridge dated 6/22/2017** <br> **Grove Bay Parking Garage dated 5/15/2018** <br> **N69450-16-C-1612 W.T. Sampson School dated 3/15/2018** <br> **T4433 - Broward Blvd. dated 11/14/2016** <br> **T4433 - Broward Blvd. dated 1/25/2017** | **ACME Barricades, LLC** <br> **9800 Normandy Blvd.** <br> **Jacksonville, FL 32221** |
|---|---|---|---|

Debtor 1  **Magnum Construction Management, LLC**                      Case number (*if known*) _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/1/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **ACME Barricades, LLC**<br>**9800 Normandy Blvd.**<br>**Jacksonville, FL 32221** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Acousti Doors & Specialties, LLC**<br>**3400 Town Point Drive, NW**<br>**Suite 110**<br>**Kennesaw, GA 30144** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/8/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Acousti Engineering Company Of Florida**<br>**11700 NW 101st Road, Suite 1**<br>**Miami, FL 33178** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for T4433 - Broward Blvd. Project dated 11/11/16** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Acrow Bridge**<br>**311 Magnolia Avenue**<br>**Fairhope, AL 36532** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/1/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Action Sales, LLC D/B/A Action Sod & Lan**<br>**5700 SW 123rd Avenue**<br>**Miami, FL 33183** |

Debtor 1   **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 11/9/2016**

**acuSigns Corp.**
**540 West 83rd Street**
**Miami, FL 33014**

---

**2.54.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/1/2016**

**Adornus Builder Solutions, Inc.**
**7272 NW 33 Street**
**Miami, FL 33179**

---

**2.55.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 1/12/2018**

**Advanced Builders Group, Inc.**
**7911 NW 72 Avenue, Suite 118-B**
**Medley, FL 33166**

---

**2.56.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 9/1/2015**

**Advanced Roofing, Inc.**
**1950 NW 22 Street**
**Fort Lauderdale, FL 33311**

---

**2.57.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 3/3/2015**

**Advanced Systems, Inc.**
**1415 South 30th Avenue**
**Hollywood, FL 33020**

---

**2.58.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Premium Finance Agreement dated June 12, 2018, for financing of insurance premiums.**

**AFCO**
**5600 North River Road**
**Suite 400**
**Rosemont, IL 60018**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Magnum Construction Management, LLC**
First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Premium Finance Agreement dated October 5, 2018, for financing of insurance premiums.** | |
|---|---|---|---|
| | State the term remaining | | **AFCO** |
| | List the contract number of any government contract | | **5600 North River Road Suite 400 Rosemont, IL 60018** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Agricultural Land Services, Inc.** |
| | List the contract number of any government contract | | **12265 State Rd. 7 Boynton Beach, FL 33437** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for POM - Terminal F Project dated 10/3/16** | |
|---|---|---|---|
| | State the term remaining | | **Air Quest Environmental** |
| | List the contract number of any government contract | | **6851 SW 45th Street Fort Lauderdale, FL 33314** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: N69450-16-C-1612 W.T. Sampson School dated 8/2/17 N69450-16-C-1612 W.T. Sampson School dated 3/13/18 FIU - UCPP - DB Pedestrian Bridge dated 2/21/18 HEFT II- E8N20 dated 7/18/18 HEFT II- E8N20 dated 4/27/18** | |
|---|---|---|---|
| | State the term remaining | | **Airgas USA LLC** |
| | List the contract number of any government contract | | **P.O. Box 676015 Dallas, TX 75267-6015** |

Debtor 1   **Magnum Construction Management, LLC**   Case number (*if known*) _____

First Name      Middle Name      Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.63.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 1/11/2016**

State the term remaining

List the contract number of any government contract

**Al Hill Plumbing Corporation**
**13740 NW 19TH Avenue, Bay 12**
**Miami, FL 33054**

---

**2.64.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects:**
**Doral Police Sub-Station dated 1/13/2017**
**FIU - UCPP - DB Pedestrian Bridge dated 4/25/2017**
**Joseph Caleb Ctr Atrium Refurb dated 8/14/2018**
**Liberty Village dated 5/3/2017**
**POM - Terminal F dated 3/28/2017**
**Coalition Lift dated 10/28/2016**

State the term remaining

List the contract number of any government contract

**Al-Flex Pest Control**
**4035 SW 98th Avenue**
**Miami, FL 33165**

---

**2.65.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects:**
**DAL TWY Bravo Rehab dated 10/2/17**
**FM2181 - Denton County dated 1/17/18**

State the term remaining

List the contract number of any government contract

**Alex Janitorial Services**
**3114 Flagstone Drive**
**Garland, TX 75044**

---

**2.66.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for Port Everglades Slip 2 Ext. dated 4/3/17**

State the term remaining

List the contract number of any government contract

**All American Tool Company, Inc.**
**241 NW 31st Street**
**Fort Lauderdale, FL 33315**

---

Debtor 1   **Magnum Construction Management, LLC**                                         Case number *(if known)* _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/28/2011** | |
|---|---|---|---|
| | State the term remaining | | **All Crane Rental Of Florida, LLC.**<br>**4700 Acorn Drive**<br>**Cleveland, OH 44131** |
| | List the contract number of any government contract | _____ | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/13/2009** | |
|---|---|---|---|
| | State the term remaining | | **All Dade Fences, Inc.**<br>**2720 W 78 Street**<br>**Hialeah, FL 33016** |
| | List the contract number of any government contract | _____ | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/4/2017** | |
|---|---|---|---|
| | State the term remaining | | **All Dade Fences, Inc.**<br>**2720 W 78 Street**<br>**Hialeah, FL 33016** |
| | List the contract number of any government contract | _____ | |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for Lighthouse for the Blind project dated 3/31/17** | |
|---|---|---|---|
| | State the term remaining | | **All Florida Digging Service**<br>**P.O. Boxd 560352**<br>**Miami, FL 33256** |
| | List the contract number of any government contract | _____ | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/25/2013** | |
|---|---|---|---|
| | State the term remaining | | **All Green Nursery, Inc.**<br>**14700 SW 248 St.**<br>**Princeton, FL 33032** |
| | List the contract number of any government contract | _____ | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/3/2016** | |
|---|---|---|---|
| | State the term remaining | | **All Smooth Lawn Maintenance & Landscapin**<br>**15890 SW 200 Street**<br>**Miami, FL 33187** |
| | List the contract number of any | | |

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |
|---|---|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/15/2013** | |
| | State the term remaining | | **All Star Security Services Inc.** |
| | List the contract number of any government contract | | **250 NW 9 Street** **Boca Raton, FL 33432** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following porjects: FIU - UCPP - DB Pedestrian Bridge dated 7/31/17 Grove Bay Parking Garage dated 6/13/18** | |
| | State the term remaining | | **Allegiance Crane & Equip LLC** |
| | List the contract number of any government contract | | **P.O. Box 534687** **Atlanta, GA 30353** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/8/2015** | |
| | State the term remaining | | **Allegiance Global Construction, LLC** |
| | List the contract number of any government contract | | **170 H Dell Range Boulevard** **Ste #403** **Cheyenne, WY 82009** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: N69450-16-C-1612 W.T. Sampson School dated 3/12/18 N69450-16-C-1612 W.T. Sampson School dated 6/25/18 N69450-16-C-1612 W.T. Sampson School dated 8/1/18** | |
| | State the term remaining | | **Allied Building Products** |
| | List the contract number of any government contract | | **2445 NW 76th Street** **Miami, FL 33147** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/1/2016** | **Allied Roofing Industries, Inc.** **7050 NW 42nd Street** **Miami, FL 33166** |

Debtor 1    **Magnum Construction Management, LLC**
_____        Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract            _____

---

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 2/12/2018 Doral Police Sub-Station dated 10/13/2016 Doral Police Sub-Station dated 10/28/2016 FIU - UCPP - DB Pedestrian Bridge dated 1/30/2017 Liberty Village dated 3/23/2017 Liberty Village dated 4/10/2018 POM - Terminal F dated 11/28/2016 POM - Terminal F dated 3/27/2017 T4433 - Broward Blvd. dated 12/8/2016 Coalition Lift dated 2/24/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Allied Trucking of Florida, Inc 10741/10761 NW 89th Avenue Hialeah, FL 33018** |

---

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for E4S38 A1A Bridge Rehab Control project dated 9/21/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Allied Trucking of Palm Beach 2701 Vista Parkway, Suite A-8 West Palm Beach, FL 33411** |

---

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/31/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Alliedbean Demolition, Inc. 500 East Broward Blvd. Suite 1710 Ft Lauderdale, FL 33394** |

---

Debtor 1    **Magnum Construction Management, LLC**                                                              Case number (*if known*)  _____
　　　　　　First Name　　　　　Middle Name　　　　　Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.81.**　State what the contract or lease is for and the nature of the debtor's interest

**Project Accountant Project Completion Employment Agreement dated July 10, 2018**

　　　　State the term remaining

　　　　List the contract number of any government contract

**Alonso, Lissette
10343 SW 6th Street
Miami, FL 33174**

---

**2.82.**　State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for the following projects:
POM - Terminal F dated 2/22/2017
Port Everglades Slip 2 Ext. dated 1/17/2017
Port Everglades Slip 2 Ext. dated 1/19/2017
T4433 - Broward Blvd. dated 1/13/2017**

　　　　State the term remaining

　　　　List the contract number of any government contract

**ALP Industries, Inc. - American Lifting
1828-1832 NW 82nd Avenue
Miami, FL 33126**

---

**2.83.**　State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for CD 4.10 (2) 54-Inch DI FM Project dated 10/26/17**

　　　　State the term remaining

　　　　List the contract number of any government contract

**Alpha Divers MIA LLC
3300 SW 57th Avenue
Miami, FL 33155**

---

**2.84.**　State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for Grove Bay Parking Garage project dated 7/31/18**

　　　　State the term remaining

　　　　List the contract number of any government contract

**Alsina Forms Co., Inc.
725 SW 9th Court, Building 1 - Ste. 1A
Hialeah, FL 33010**

---

**2.85.**　State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for Liberty Village project dated 11/6/17**

　　　　State the term remaining

　　　　List the contract number of any government contract

**Alta Home Remodeling Co.
15358 SW 62nd Street
Miami, FL 33193**

---

Debtor 1  **Magnum Construction Management, LLC**
First Name          Middle Name          Last Name

Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.86.  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 3/1/2016**

State the term remaining

List the contract number of any government contract

**Alta Home Remodeling Co.**
**15358 Southwest 62nd Street**
**Miami, FL 33193**

---

2.87.  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for CD 4.10 (2) 54-Inch DI FM project dated 4/24/17**

State the term remaining

List the contract number of any government contract

**Aluces Corporation**
**14750 SW 26th Street**
**Suite 204**
**Miami, FL 33185**

---

2.88.  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for POM - Terminal F project dated 7/10/17**

State the term remaining

List the contract number of any government contract

**Alvarado**
**12660 Colony Street**
**Chino, CA 91710**

---

2.89.  State what the contract or lease is for and the nature of the debtor's interest

**Project Manager Project Completion Employment Agreement dated June 19, 2018 (HEFT II Project)**

State the term remaining

List the contract number of any government contract

**Alvarez, Daniel**
**6231 SW 62 Street**
**Miami, FL 33143**

---

2.90.  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for Liberty Village project dated 11/8/17**

State the term remaining

List the contract number of any government contract

**Amay, Inc. dba Bouche Appliances**
**8822 SW 131st Street**
**Miami, FL 33176**

---

Debtor 1  **Magnum Construction Management, LLC**
     First Name         Middle Name         Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.91. State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: Liberty Village dated 8/4/2017 Liberty Village dated 10/11/2017 N69450-16-C-1612 W.T. Sampson School dated 2/7/2017,  2/13/2017, 2/13/2017,  3/2/2017, 3/21/2017 3/25/2017, 3/25/2017, 4/19/2017, 5/9/2017, 5/31/2017, 6/12/2017, 9/1/2017, 9/12/2017, 9/23/2017, 9/26/2017, 9/29/2017, 10/13/2017, 2/1/2018, 2/15/2018, 3/6/2018, 4/18/2018, 6/5/2018, 9/8/2018** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Amazon P.O. Box 530958 Atlanta, GA 30353** |
| 2.92. State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for CD 4.10 (2) 54-Inch DI FM project dated 6/23/17** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Amazon Hose & Rubber Co. P.O. Box 5476665 Orlando, FL 32854** |
| 2.93. State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for Port Everglades Slip 2 Ext. project dated 6/15/17** | |
| State the term remaining | | **Ambient Technologies, Inc. & Subsidiares 4610 Central Avenue North, #A Saint Petersburg, FL 33711** |
| List the contract number of any government contract | | |
| 2.94. State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/26/2016** | |
| State the term remaining | | **Ameradrain Plumbing, Corp 8004 NW 154th Street #338 Miami Lakes, FL 33016** |
| List the contract number of any government contract | | |

Debtor 1  **Magnum Construction Management, LLC**                Case number *(if known)* _____
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for N69450-16-C-1612 W.T. Sampson School project dated 6/16/18** | |
|---|---|---|---|
| | State the term remaining | | **America's Tarp Company 44733 Fig Ave. Lancaster, CA 93534** |
| | List the contract number of any government contract | | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with Subcontractor dated 5/23/2017** | |
|---|---|---|---|
| | State the term remaining | | **Americal Architectural Metals & Glass LL 16201 NW 49th Ave. Miami Gardens, FL 33014** |
| | List the contract number of any government contract | | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for Coalition Lift project dated 3/31/17** | |
|---|---|---|---|
| | State the term remaining | | **American Bathtub 13280 SW 68th Street Miami, FL 33183** |
| | List the contract number of any government contract | | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: Liberty Village dated 7/19/17 POM - Terminal F dated 2/3/17 T4433 - Broward Blvd. dated 1/20/17** | |
|---|---|---|---|
| | State the term remaining | | **American Cutting & Drilling Co., Inc. 2920 NW 22nd Terrace Pompano Beach, FL 33069** |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Services Commercial Account Agreement dated April 3, 2017, governing use of charge accounts and charge cards issued by American Express.** | |
|---|---|---|---|
| | State the term remaining | | **American Express Company Corporate Services Operations AESC-P 20022 N. 31st Ave., Mail Code AZ080311 Phoenix, AZ 85027** |
| | List the contract number of any government contract | | |

Debtor 1 **Magnum Construction Management, LLC**                    Case number (*if known*) _____
         First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.100.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 4/18/2017 N69450-16-C-1612 W.T. Sampson School dated 3/20/2017 N69450-16-C-1612 W.T. Sampson School dated 3/31/2017 N69450-16-C-1612 W.T. Sampson School dated 6/11/2018 N69450-16-C-1612 W.T. Sampson School dated 6/18/2018**

State the term remaining

List the contract number of any government contract

**American Fasteners Corp.
7323 NW 66th Street
Miami, FL 33166**

**2.101.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 8/5/2013**

State the term remaining

List the contract number of any government contract

**American Overhead Door Co Inc.
9101 NW 105 Circle
Miami, FL 33178**

**2.102.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects: FIU - UCPP - DB Pedestrian Bridge dated 10/4/2017 HEFT II- E8N20 dated 7/19/2017 HEFT II- E8N20 dated 7/19/2017 T4433 - Broward Blvd. dated 7/11/2017 T4433 - Broward Blvd. dated 10/25/2017**

State the term remaining

List the contract number of any government contract

**American Piledriving Equipment, Inc.
P.O. Box 88730
Seattle, WA 98138**

**2.103.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 10/15/2014**

State the term remaining

**Ameriglass Engineering, Inc.
2242 West 79TH Street
Hialeah, FL 33016**

Debtor 1    **Magnum Construction Management, LLC**                          Case number *(if known)* _____

  First Name          Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for C-111 Detention Area project dated 7/7/17** | |
|---|---|---|---|
| | State the term remaining | | **Amerigrow Recycling Delray** |
| | List the contract number of any government contract _____ | | **10320 W. Atlantic Avenue** **Delray Beach, FL 33446** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/16/2013** | |
|---|---|---|---|
| | State the term remaining | | **Amion Enterprises International Corp.** |
| | List the contract number of any government contract _____ | | **13651 SW 143 Court, # 102** **Miami, FL 33186** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/25/2014** | |
|---|---|---|---|
| | State the term remaining | | **Amroad, LLC** |
| | List the contract number of any government contract _____ | | **3975 Pembroke Road** **Hollywood, FL 33021** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/5/2012** | |
|---|---|---|---|
| | State the term remaining | | **Anicom Signs, Inc.** |
| | List the contract number of any government contract _____ | | **134 Joseph Zatzman Drive Darmouth** **NS B3b1M4 Canada** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for N69450-16-C-1612 W.T. Sampson School project dated 3/28/16** | |
|---|---|---|---|
| | State the term remaining | | **Anixter, Inc.** |
| | List the contract number of any government contract _____ | | **P.O. Box 842591** **Dallas, TX 75284-2591** |

Debtor 1   **Magnum Construction Management, LLC**                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/1/2010** | |
|---|---|---|---|
| | State the term remaining | | **Antigo Construction, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 12**<br>**Antigo, WI 54409** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: E4S38 A1A Bridge Rehab Control dated 2/21/18 and 6/18/18** | |
|---|---|---|---|
| | State the term remaining | | **Apache Supply, Inc.** |
| | List the contract number of any government contract | | **64 Darlington Avenue**<br>**Wilmington, NC 28403** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for FM2181 - Denton County project dated 1/16/18** | |
|---|---|---|---|
| | State the term remaining | | **Apex Capital Corp.** |
| | List the contract number of any government contract | | **P.O. Box 961029**<br>**Fort Worth, TX 76161** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: Grove Bay Parking Garage dated 6/13/2018 Joseph Caleb Ctr Atrium Refurb dated 11/16/2017 Liberty Village dated 5/8/2017 Lighthouse for the Blind dated 3/14/2017 POM - Terminal F dated 11/9/2016 T4433 - Broward Blvd. dated 6/28/2018 Coalition Lift dated 11/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **APF bfo Ameritemps Employment, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 823473**<br>**Philadelphia, PA 19182-3473** |

Debtor 1  **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for N69450-16-C-1612 W.T. Sampson School project dated 4/17/17 and 9/14/17** | |
|---|---|---|---|
| | State the term remaining | | **Apple Uniform** |
| | List the contract number of any government contract | | **4205 SW 71st Avenue** **Miami, FL 33155** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/8/2012** | |
|---|---|---|---|
| | State the term remaining | | **Aquatic Landscaping Design, Inc.** |
| | List the contract number of any government contract | | **25405 SW 107 Avenue** **Princeton, FL 33032** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Assistant Project Manager Project Completion Employment Agreement dated June 27, 2018 (Grove Bay Parking Garage Project)** | |
|---|---|---|---|
| | State the term remaining | | **Aragon, Miguel** |
| | List the contract number of any government contract | | **10373 SW 138 Pl** **Miami, FL 33186** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/30/2012** | |
|---|---|---|---|
| | State the term remaining | | **Arazoza Brothers Corporation** |
| | List the contract number of any government contract | | **15901 SW 242 Street** **Homestead, FL 33031** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for Doral Police Sub-Station project dated 10/28/16** | |
|---|---|---|---|
| | State the term remaining | | **ARC Document Solutions** |
| | List the contract number of any government contract | | **1729 North Miami Ave.** **Miami, FL 33136** |

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
          First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.118.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for N69450-16-C-1612 W.T. Sampson School project dated 2/22/18** |

State the term remaining

List the contract number of any government contract _____

**Archer Company USA, Inc.**
**5412 Grove West Drive**
**Sunland Park, NM 88063**

---

**2.119.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: POM - Terminal F dated 1/17/2017** |

State the term remaining

List the contract number of any government contract _____

**Architectural Doors & Frames, Inc.**
**166 W. 25th Street**
**Hialeah, FL 33010**

---

**2.120.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/1/2016** |

State the term remaining

List the contract number of any government contract _____

**Architectural Doors & Frames, Inc.**
**166 W. 25th St.**
**Hialeah, FL 33010**

---

**2.121.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 12/5/2016** |

State the term remaining

List the contract number of any government contract _____

**Architectural Sign Designs, Inc.**
**10240 SW 124th Street**
**Miami, FL 33176**

---

**2.122.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/3/2016** |

State the term remaining

List the contract number of any government contract _____

**Architectural Sign Designs, Inc.**
**10240 SW 124th Street**
**Miami, FL 33176**

---

**2.123.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/1/2012** |

State the term remaining

**Archon Air Management, Corp.**
**2501 NW 74th Avenue**
**Miami, FL 33122**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Magnum Construction Management, LLC**                    Case number (*if known*) _____

First Name                Middle Name                Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract    _____

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: Liberty Village dated 12/15/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ardaman & Associates, Inc.**<br>**PO Box 911668**<br>**Denver, CO 80291-1668** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/3/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Arfran, Inc.**<br>**2300 NW 94th Avenue**<br>**Suite 200**<br>**Miami, FL 33172** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/28/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Armor Pest Control, Inc.**<br>**6614 Atlantic Blvd.**<br>**Jacksonville, FL 32211** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/14/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Arso Enterprises, Inc.**<br>**4101 NW 132nd Street**<br>**Miami, FL 33054** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/31/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Artistic Concrete Group, Inc.**<br>**6945 NW 53rd Terrace**<br>**Miami, FL 33166** |

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/19/2012** | |
|---|---|---|---|
| | State the term remaining | | **ASAP Installations, LLC** |
| | List the contract number of any government contract | | **10312 Bloomingdale Ave., Suite 106 PMB 187 Riverview, FL 33578** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project: DAL TWY Bravo Rehab dated  1/12/2017, 6/13/2017 and 2/3/2017** | |
|---|---|---|---|
| | State the term remaining | | **Ash Grove Cement Company** |
| | List the contract number of any government contract | | **P.O. Box 204069 Dallas, TX 75320** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 5/26/2017** | |
|---|---|---|---|
| | State the term remaining | | **Ashanti Trading Cc** |
| | List the contract number of any government contract | | **12 Beryllum Str. Alrode Ext 7 Southdale 2135, South Africa** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: DAL TWY Bravo Rehab dated  5/15/2017** | |
|---|---|---|---|
| | State the term remaining | | **Associated Bag Company** |
| | List the contract number of any government contract | | **4039 Rock Quarry Road Dallas, TX 75211** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **Associated Flooring Co.** |
| | List the contract number of any government contract | | **14629 SW 104th Street, #504 Miami, FL 33186** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/28/2012** | **Atlantic Awnings Corp. 4796 SW 75th Avenue Miami, FL 33155** |
|---|---|---|---|
| | State the term remaining | | |

Debtor 1  **Magnum Construction Management, LLC**                    Case number (*if known*) _____
  First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/11/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Atlantic Civil, Inc.**<br>**9350 S Dixie Highway, Suite 1250**<br>**Miami, FL 33156** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **Atlantic Coast Drilling, Inc.**<br>**2520 Coral Way**<br>**#2346**<br>**Coral Gables, FL 33145** |
| | List the contract number of any government contract | | |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: Doral Police Sub-Station dated 5/17/2017 and Lighthouse for the Blind dated 3/14/2017** | |
|---|---|---|---|
| | State the term remaining | | **Atlantic Coast Precast**<br>**520 NE 34 Street**<br>**Oakland Park, FL 33334** |
| | List the contract number of any government contract | | |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/20/2014** | |
|---|---|---|---|
| | State the term remaining | | **Atlantic Coast Restaurant & Mechanical S**<br>**7700 N.W. 37th Avenue**<br>**Miami, FL 33147** |
| | List the contract number of any government contract | | |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 1/18/2018** | |
|---|---|---|---|
| | State the term remaining | | **Atlantic Crane Inspection Services**<br>**P.O. Box 747**<br>**Bensalem, PA 19020** |
| | List the contract number of any government contract | | |

Debtor 1  **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

**2.140.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 1/1/2015**

**Atlantic Shutters, Inc.**
**1970 NE 153 Street, Bay #7**
**North Miami Beach, FL 33162**

---

**2.141.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project: DAL TWY Bravo Rehab dated  10/6/2017 and 10/16/2017**

**Atlantic Training LLC**
**101 N. Broad Street**
**Middleton, DE 19709**

---

**2.142.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/1/2010**

**Atlantida Plastering, Inc.**
**808 NW 116th Street**
**Miami, FL 33168**

---

**2.143.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 10/1/2014**

**Atlas Apex Roofing, LLC**
**281 NE 32nd Street**
**Ft. Lauderdale, FL 33334**

---

**2.144.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 7/20/2016**

**Atlas Recycling LLC**
**18555 Southwest 295th Terrace**
**Homestead, FL 33030**

---

**2.145.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 8/17/2015**

**Atlas Signs Holdings, Inc**
**1077 West Blue Heron Boulevard**
**Riviera Beach, FL 33404**

Debtor 1  **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract          _____

---

2.146.   State what the contract or          **Master Subcontract**
    lease is for and the nature of      **Agreement with**
    the debtor's interest              **subcontractor (2018)**

    State the term remaining
                                                          **ATS Drilling, Inc.**
    List the contract number of any                       **P.O. Box 130**
        government contract          _____       **Round Rock, TX 78680**

---

2.147.   State what the contract or          **Master Subcontract**
    lease is for and the nature of      **Agreement with**
    the debtor's interest              **subcontractor dated**
                                       **3/4/2013**
    State the term remaining
                                                          **Aurora Plumbing Corporation**
    List the contract number of any                       **3527 Northwest 49th Street**
        government contract          _____       **Miami, FL 33142**

---

2.148.   State what the contract or          **Master Subcontract**
    lease is for and the nature of      **Agreement with**
    the debtor's interest              **subcontractor (2017)**

    State the term remaining
                                                          **Avance Caulking, Inc.**
    List the contract number of any                       **9900 NW 80th Avenue, 4-J**
        government contract          _____       **Hialeah, FL 33016**

---

2.149.   State what the contract or          **Master Subcontract**
    lease is for and the nature of      **Agreement with**
    the debtor's interest              **subcontractor dated**
                                       **6/14/2016**
    State the term remaining
                                                          **Aventura Elevator, Inc.**
    List the contract number of any                       **11130 Griffing Blvd.**
        government contract          _____       **Biscayne Park, FL 33161**

---

2.150.   State what the contract or          **Master Subcontract**
    lease is for and the nature of      **Agreement with**
    the debtor's interest              **subcontractor dated**
                                       **5/16/2013**
    State the term remaining
                                                          **B & Z Diving Services LLC**
    List the contract number of any                       **802 SE 8th Avenue**
        government contract          _____       **Okeechobee, FL 34974**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Magnum Construction Management, LLC**                    Case number (*if known*) _____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.151.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 3/7/2014**

State the term remaining

List the contract number of any government contract _____

**B&B Rolling Door Co., Inc.**
**1601 N.W. 97th Avenue**
**Miami, FL 33172**

---

**2.152.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 2/26/2013**

State the term remaining

List the contract number of any government contract _____

**B&C Transit, Inc.**
**7955 Edgewater Drive**
**Oakland, CA 94621**

---

**2.153.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for the following project: FIU - UCPP - DB Pedestrian Bridge dated 4/26/2017**

State the term remaining

List the contract number of any government contract _____

**B&F Air Services Inc**
**29661 SW 142nd Place**
**Homestead, FL 33033**

---

**2.154.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 3/31/2017**

State the term remaining

List the contract number of any government contract _____

**B&K Installations, Inc.**
**246 SW 4 Avenue**
**Homestead, FL 33030**

---

**2.155.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 8/4/2010**

State the term remaining

List the contract number of any government contract _____

**Bachiller Iron Works, Inc.**
**295 NE 71 Street**
**Miami, FL 33138**

---

**2.156.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 6/1/2016**

State the term remaining

**Badger Holding LLC Dba Safway Services,**
**N19 W24200 Riverwood Drive**
**Waukesha, WI 53188**

---

Debtor 1   **Magnum Construction Management, LLC**                                     Case number *(if known)* _____

First Name             Middle Name             Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract   _____

| | | | |
|---|---|---|---|
| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: E4S38 A1A Bridge Rehab Control dated 2/9/2018** | |
| | State the term remaining | | **Baker's Management Services 2410 Avenue D Fort Pierce, FL 34950** |
| | List the contract number of any government contract | | |
| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: E4S38 A1A Bridge Rehab Control dated 11/6/2017** | |
| | State the term remaining | | **Balco, Inc. 2626 S.Sheridan Wichita, KS 67217** |
| | List the contract number of any government contract | | |
| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: DAL TWY Echo Rehab dated 6/8/2017** | |
| | State the term remaining | | **Bane Machinery Inc P.O. Box 541355 Dallas, TX 75354** |
| | List the contract number of any government contract | | |
| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement 27029-90000 dated August 18, 2014, and all related Schedules for various equipment 1 Caterpillar 336FL TC Hex (TZA00240) 1 Caterpillar Hydraylic Excavator (MPG01096) 1 Caterpillar 930K SWL Fusion QC (RHN03417)** | |
| | State the term remaining | | **Bank of America, N.A. 2059 Northlake Parkway 3rd Floor North Tucker, GA 30084** |
| | List the contract number of any government contract | | |

Debtor 1  **Magnum Construction Management, LLC**                                   Case number *(if known)* _____
_____
First Name            Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.161.** State what the contract or lease is for and the nature of the debtor's interest

**Master Lease Agreement No. 27029-90000, dated August 18, 2014, schedule No. 004, dated October 16, 2014: AB-525360 Arrow & Message Board, 15 LAMO MED, etc.**

State the term remaining

List the contract number of any government contract

**Bank of America, N.A.**
**2059 Northlake Parkway**
**3rd Floor North**
**Tucker, GA 30084**

---

**2.162.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 4/30/2014**

State the term remaining

List the contract number of any government contract

**Banks Safe & Lock Co., Inc.**
**1304 S.E. 17 Street**
**Fort Lauderdale, FL 33316**

---

**2.163.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 9/9/2016**

State the term remaining

List the contract number of any government contract

**Barnhart Crane And Rigging Co.**
**2163 Airways Boulevard**
**Memphis, TN 38114**

---

**2.164.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects: C-111 Detention Area dated 5/1/2017; CD 4.10 (2) 54-Inch DI FM dated 12/13/2017, 12/14/2017**

State the term remaining

List the contract number of any government contract

**Baro Hardware**
**7230 NW 72 Avenue**
**Miami, FL 33166**

---

**2.165.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 8/9/2017 and T4433 - Broward Blvd. dated 2/24/2017**

State the term remaining

List the contract number of any government contract

**Barreiro Concrete Corp.**
**9409 NW 109 Street**
**Medley, FL 33178**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1 **Magnum Construction Management, LLC**
   First Name    Middle Name    Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/14/2010** | |
|---|---|---|---|
| | State the term remaining | | **Barreiro Concrete, Corporation.** |
| | List the contract number of any government contract | | **25440 SW 140 Avenue** |
| | | | **Princeton, FL 33032** |

---

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/10/2012** | |
|---|---|---|---|
| | State the term remaining | | **Barreiro Construction Corporation** |
| | List the contract number of any government contract | | **25440 Southwest 140 Avenue** |
| | | | **Princeton, FL 33032** |

---

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Project Completion Employment Agreement dated July 16, 2018 (Terminal 4 Project)** | |
|---|---|---|---|
| | State the term remaining | | **Barrios, Taylor** |
| | List the contract number of any government contract | | **14375 SW 96 LN** |
| | | | **Miami, FL 33186** |

---

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project: N69450-16-C-1612 W.T. Sampson School dated 3/22/2017, 5/8/2017, 8/23/2018** | |
|---|---|---|---|
| | State the term remaining | | **Base Supply Center** |
| | List the contract number of any government contract | | **P.O. Box 890225** |
| | | | **Charlotte, NC 28289-0225** |

---

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Bay Carpets, Inc.** |
| | List the contract number of any government contract | | **680 West 18th Street** |
| | | | **Hialeah, FL 33010** |

---

Official Form 206G   **Schedule G: Executory Contracts and Unexpired Leases**   Page  37 of 284

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 3/16/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bayside Mechanical Contractors**<br>**PCS 1005 Box 2800**<br>**FPO, AE 09593** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/16/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **BEC Construction Corporation**<br>**145 Madeira Ave, Suite 311**<br>**Coral Gables, FL 33134** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 8/6/2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Benefast Inc**<br>**2832 Logan St., Suite#G**<br>**Nashville, TN 37211** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/1/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Benson Electric, Inc.**<br>**10475 SW 186 Street**<br>**Miami, FL 33157** |

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor (2016)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Berebaum Busch Architecture, Inc.**<br>**2200 NW 2nd Avenue, Suite 203**<br>**Miami, FL 33127** |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/17/2016** | **Bergen Sign Company, Inc.**<br>**4100 N Powerline Rd.**<br>**Pompano Beach, FL 33073** |
|---|---|---|---|
| | State the term remaining | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**                          Case number *(if known)* _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/5/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bergolla, Inc.**<br>**8115 W 31st Ave.**<br>**Hialeah, FL 33018** |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Confidentiality Agreement dated March 26, 2018 (FM 544 and FM 2181 Projects)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bernard, Alexander**<br>**2440 Keyhole Drive**<br>**Irving, TX 75062** |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 11/3/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Best Buy Stores, L.P.**<br>**7601 Penn Avenue South**<br>**Richfield, MN 55423** |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/15/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Best Doors II, Inc.**<br>**9780 NW 79 Avenue**<br>**Hialeah, FL 33016** |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: Doral Police Sub-Station dated 4/13/2017 and N69450-16-C-1612 W.T. Sampson School dated 12/5/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Best Rolling Doors, Inc**<br>**9780 NW 79 Avenue**<br>**Hialeah Gardens, FL 33016** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Magnum Construction Management, LLC**                     Case number *(if known)* _____

First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/13/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Best Rolling Doors, Inc.**<br>**9780 Northwest 79 Avenue**<br>**Hialeah Gardens, FL 33016** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/24/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Betances, Inc. D/B/A Sign A Rama**<br>**8762 SW 132 Street**<br>**Miami, FL 33176** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/15/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Betancourt Construction, Inc.**<br>**10461 SW 16 Place**<br>**Davie, FL 33324** |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: E4S38 A1A Bridge Rehab Control dated 11/7/2017 and 1/23/2018; HEFT II-E8N20 dated 11/17/2017 and 1/30/2018; Port Everglades Slip 2 Ext. dated 9/1/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Beyel Brothers, Inc**<br>**P.O. Box  236246**<br>**Cocoa, FL 32923** |

Debtor 1  **Magnum Construction Management, LLC**                    Case number (*if known*) _____

     First Name         Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: FIU - UCPP - DB Pedestrian Bridge dated 4/6/2018; Grove Bay Parking Garage dated 4/27/2018; Joseph Caleb Ctr Atrium Refurb dated 4/4/2018; T4433 - Broward Blvd. dated 4/10/2018** | |
|---|---|---|---|
| | State the term remaining | | **Bicon, Inc D/B/A In& Out Portables** |
| | List the contract number of any government contract | | **1060 Skees Road** **West Palm Beach, FL 33411** |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: DAL TWY Bravo Rehab dated 1/30/2017; DAL TWY Echo Rehab dated 2/3/2017; FM2181 - Denton County dated 11/6/2017** | |
|---|---|---|---|
| | State the term remaining | | **Big City Crushed Concrete** |
| | List the contract number of any government contract | | **P.O. Box 29816** **Dallas, TX 75229** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/21/2011** | |
|---|---|---|---|
| | State the term remaining | | **Big D Engineering, Inc.** |
| | List the contract number of any government contract | | **3610 NE 15 Dr.** **Homestead, FL 33033** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/6/2016** | |
|---|---|---|---|
| | State the term remaining | | **Big Ron s Tree Service, LLC** |
| | List the contract number of any government contract | | **16221 SW 98 Avenue** **Miami, FL 33157** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**

     First Name            Middle Name         Last Name

Case number *(if known)* _____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for HEFT II Project Office (Heft Project - 2014-688)** <br> **Unit # 137 - $3,312.98 per month** <br> **Unit # 208 - $1,994.53 per month** <br> **Start Date:  1/1/18** <br> **Term: 12 months** | |
|---|---|---|---|
| | State the term remaining | | **Bilkarlor Ltd. Partnership** <br> **c/o NAI Miami** <br> **9655 South Dixie Highway, #300** <br> **Miami, FL 33156** |
| | List the contract number of any government contract | | |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/2/2016** | |
|---|---|---|---|
| | State the term remaining | | **Binney Family Of Florida, Inc.** <br> **11232 Challenger Ave.** <br> **Odessa, FL 33556** |
| | List the contract number of any government contract | | |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/9/2010** | |
|---|---|---|---|
| | State the term remaining | | **Blast Deflectors, Inc.** <br> **8620 Technology Way** <br> **Reno, NV 89521** |
| | List the contract number of any government contract | | |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/22/2011** | |
|---|---|---|---|
| | State the term remaining | | **Blasters, Inc.** <br> **7813 Professional Place** <br> **Tampa, FL 33637** |
| | List the contract number of any government contract | | |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: N69450-16-C-1612 W.T. Sampson School dated 7/11/2018; Coalition Lift dated 10/31/2016** | |
|---|---|---|---|
| | State the term remaining | | **Bliss & Nytriay, Inc.** <br> **5835 Blue Lagoon Drive, Suite 400** <br> **Miami, FL 33126** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Magnum Construction Management, LLC**
     First Name        Middle Name        Last Name              Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.195.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order for the following project: Joseph Caleb Ctr Atrium Refurb dated 5/9/2018**

State the term remaining

List the contract number of any government contract

**Blood Hound LLC**
**9045 N River Road, Ste. 300**
**Indianapolis, IN 46240**

**2.196.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 3/17/2017**

State the term remaining

List the contract number of any government contract

**Blue Line Equipment**
**4950 NW 72 Avenue**
**Miami, FL 33166**

**2.197.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order for the following project: NAS Meridian Dining Facility dated 1/24/18**

State the term remaining

List the contract number of any government contract

**Blue Ridge Sanitation Svcs**
**P.O. Box 940**
**Marion, MS 39342**

**2.198.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 9/12/2012**

State the term remaining

List the contract number of any government contract

**Bob s Barricades, Inc.**
**921 Shotgun Road,**
**Sunrise, FL 33326**

**2.199.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Orders for the following projects: FIU - UCPP - DB Pedestrian Bridge dated 12/30/2016; Lighthouse for the Blind dated 11/28/2016**

State the term remaining

List the contract number of any government contract

**Bob's Barricades, Inc**
**921 Shotgun Road**
**Sunrise, FL 33326**

Debtor 1  **Magnum Construction Management, LLC**                                   Case number *(if known)* _____
    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: T4433 - Broward Blvd. dated 12/18/2017** | |
|---|---|---|---|
| | State the term remaining | | **Bobcat Of Metro Dade 11913 NW 99 Avenue Hialeah Gardens, FL 33048** |
| | List the contract number of any government contract | | |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: E4S38 A1A Bridge Rehab Control dated 10/24/2017** | |
|---|---|---|---|
| | State the term remaining | | **Bolton Perez & Associates 7205 Corporate Center Dr., Suite 201 Miami, FL 33126** |
| | List the contract number of any government contract | | |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/18/2013** | |
|---|---|---|---|
| | State the term remaining | | **Bonded Lightning Protection Systems, Inc 2080 West Indiantown Road Suite 100 Jupiter, FL 33458** |
| | List the contract number of any government contract | | |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: DAL TWY Bravo Rehab dated 1/30/2017 and 2/3/2017; and FM2181 Denton County dated 10/19/2017** | |
|---|---|---|---|
| | State the term remaining | | **Boral Resources Inc P.O. Box 843922 Dallas, TX 75284** |
| | List the contract number of any government contract | | |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/1/2010** | |
|---|---|---|---|
| | State the term remaining | | **Bowman Engineering & Consulting, Inc. 13140 Coit Road, Suite 312 Dallas, TX 75240** |
| | List the contract number of any government contract | | |

Debtor 1 __Magnum Construction Management, LLC_____    Case number *(if known)* _____
      First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.205.**  State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 9/30/2014**

    State the term remaining

    List the contract number of any government contract

**Branching Out, Inc.**
**23300 SW 134 Avenue**
**Miami, FL 33032**

---

**2.206.**  State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 7/30/2012**

    State the term remaining

    List the contract number of any government contract

**Brannon Specialties, Inc.**
**18420 SW 79th Court**
**Miami, FL 33157**

---

**2.207.**  State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order for the following project: Doral Police Sub-Station dated 11/8/2016**

    State the term remaining

    List the contract number of any government contract

**Bravo Management, Consulting And Constru**
**9057 Abbott Avenue**
**Surfside, FL 33154**

---

**2.208.**  State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for FM544 Project Office (2015-695) $4,950.00 per month Start Date: 5/15/18 Term: 6 months**

    State the term remaining

    List the contract number of any government contract

**BRECO Lands CH, LLC**
**c/o Bright Realty Co.**
**Attn: Eric Stanley**
**2520 King Arthur Blvd.**
**Lewisville, TX 75056**

---

**2.209.**  State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor (2018)**

    State the term remaining

    List the contract number of any government contract

**Breda Company**
**6830 N. Eldridge Pkwy., #505**
**Houston, TX 77041**

---

**2.210.**  State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order for the following project: NAS Meridian Dining Facility dated 2/21/2018**

    State the term remaining

**Broadmoor Home Center**
**2420 Old North Hills Street**
**Meridian, MS 39305**

Debtor 1 **Magnum Construction Management, LLC**                    Case number (*if known*) _____
　　　　　First Name　　　　　Middle Name　　　　Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
　　government contract　　　　_____

---

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated November 7, 2014, as amended, concerning the leased space at 1431 Greenway Drive, Suite 950, Irving, Texas. Term: 64 months; Lease expires: April 30, 2020**

**Storage Space Lease Agreement dated May 5, 2017, covering the premises located at 1431 Greenway Drive, Storage Space B-04B, Irving, Texas; Lease Expires: April 30, 2020**

**Month to Month Parking Agreement dated August 3, 2015; Expires: April 30, 2020** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brookwood Embassy, LLC P.O. Box 204730 Dallas, TX 75320-4730** |

---

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/24/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brown Plumbing LLC 2007 Opa Locka Blvd. Opa Locka, FL 33054** |

---

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Assistant Project Manager Project Completion Employment Agreement dated June 28, 2018 (Joseph Caleb Renovations Project)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brown, Alexander 7271 Sunset Strip Fort Lauderdale, FL 33313** |

---

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____
     First Name        Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.214.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects: FIU - UCPP - DB Pedestrian Bridge dated 12/19/2017; Port Everglades Slip 2 Ext. dated 12/19/2017; T4433 - Broward Blvd. dated 12/19/2017**

State the term remaining

List the contract number of any government contract

**BTC Transport Systems
24 Wyckoff Avenue, Suite 8
Waldwick, NJ 7463**

---

**2.215.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 11/1/2014**

State the term remaining

List the contract number of any government contract

**Builders Plus, Inc.
105 Commerce Road
Boynton Beach, FL 33426**

---

**2.216.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 10/2/2017**

State the term remaining

List the contract number of any government contract

**Building & Earth Sciences, Inc
5545 Derby Drive
Birmingham, AL 35210-5414**

---

**2.217.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 11/10/2016**

State the term remaining

List the contract number of any government contract

**Bureau Veritas Marine China Co
3/F, No. 1288 Wai Ma Road
Hung Pao District, SH 200011**

---

**2.218.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project: NAS Meridian Dining Facility dated 12/26/2017, 2/5/2018 and 4/12/2018**

State the term remaining

List the contract number of any government contract

**Burton Construction Inc.
306 27th Ave.
P.O. Box 3201
Meridian, MS 39303**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
            First Name          Middle Name          Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

2.219.  State what the contract or lease is for and the nature of the debtor's interest — **Purchase Orders for the following project: DAL TWY Bravo Rehab dated 3/3/2017, 5/22/2017, 6/20/2017, 3/6/2017, 5/30/2017**

State the term remaining

List the contract number of any government contract

**Buyers Barricades, Inc**
**PO Box 733729**
**Dallas, TX 75373-3729**

---

2.220.  State what the contract or lease is for and the nature of the debtor's interest — **Purchase Orders for the following projects: Doral Police Sub-Station dated 2/8/2017; FIU - UCPP - DB Pedestrian Bridge dated 4/10/2017; Grove Bay Parking Garage dated 8/8/2018;  Liberty Village dated 1/12/2017; POM - Terminal F dated 1/24/2017**

State the term remaining

List the contract number of any government contract

**C & C Concrete Pumping**
**12599 NW 107 Avenue**
**Miami, FL 33178**

---

2.221.  State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 1/30/2009**

State the term remaining

List the contract number of any government contract

**C & S Paint And Wallpaper, Inc.**
**7299 NW 12th Street**
**Miami, FL 33126**

---

2.222.  State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor (2018)**

State the term remaining

List the contract number of any government contract

**C&M Concrete Precast**
**P.O. Box 291090**
**Kerrville, TX 78029**

---

2.223.  State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 4/5/2018**

State the term remaining

**C.J. Fire Protection Inc.**
**10850 N.W. 138 Street, Unit- 1**
**Hialeah Gardens, FL 33018**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/15/2013** | |
| | State the term remaining | | **C.L. Elias Construction, Inc.**<br>**7440 Southwest 50 Street**<br>**Unit 103**<br>**Miami, FL 33155** |
| | List the contract number of any government contract | | |

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/1/2015** | |
| | State the term remaining | | **C.R. Dunn, Inc.**<br>**1202 Pope Lane**<br>**Lake Worth, FL 33460** |
| | List the contract number of any government contract | | |

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/29/2012** | |
| | State the term remaining | | **C.S.E. Paving Of Florida, Inc.**<br>**2201 West Atlantic Avenue**<br>**Suite C**<br>**Delray Beach, FL 33445** |
| | List the contract number of any government contract | | |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/3/2014** | |
| | State the term remaining | | **Caballero Plumbing Inc.**<br>**11380 Southwest 58 Terrace**<br>**Miami, FL 33173** |
| | List the contract number of any government contract | | |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **Accountant Project Completion Employment Agreement dated June 19, 2018 (MIA-MCC-8-10 Project)** | |
| | State the term remaining | | **Caballero, Luisa**<br>**1 Glen Royal Parkway**<br>**# 701**<br>**Miami, FL 33125** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1 **Magnum Construction Management, LLC**　　　　　　　　　Case number *(if known)* _____

　　　　　First Name　　　　Middle Name　　　　Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **Project Manager Project Completion Employment Agreement dated June 19, 2018 (MIA MCC-8-10 Project)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Calderin, Alberto**<br>**10866 SW 68th Drive**<br>**Miami, FL 33173** |

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/13/2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Cambridge Engineered Solutions Inc.**<br>**105 Goodwill Road**<br>**Cambridge, MD 21613** |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/1/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Camilo Holdings, LLC**<br>**2333 Brickell Ave., #A1**<br>**Miami, FL 33146** |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: NAS Meridian Dining Facility dated 12/8/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Capital Air Balance, Inc**<br>**205 W. Cunningham Ave.**<br>**Terry, MS 39170** |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/12/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Capling Leveling, Inc.**<br>**PO Box 1997**<br>**Labelle, FL 33975** |

Debtor 1   **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: DAL TWY Bravo Rehab dated 10/18/2017; FM2181 - Denton County dated 4/20/2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Car Spa 4835 LBJ Freeway, Suite 650 Dallas, TX 75244** |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 8/24/2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carboline 2150 Schuetz Road St. Louis, MO 63146** |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/12/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cardno, Inc. 10004 Park Meadows Drive Suite 300 Lone Tree, CO 80124** |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/7/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Caribe Utilities Of Florida Inc. 7315 SW 87th Ave., Suite 100 Miami, FL 33173** |

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/30/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carlson Fence Company Inc. 8491 Northwest 64 Street Miami, FL 33166** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   **Magnum Construction Management, LLC**                                   Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **Assistant Project Manager Project Completion Employment Agreement dated July 27, 2018 (FLL T4 Eastern Expansion Project)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carrasco, Jairo**<br>**5320 SW 112 Ave**<br>**Miami, FL 33165** |

| 2.240. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 11/9/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cascade Lumber Company**<br>**109 Madison St. SE**<br>**Cascade, IA 52033** |

| 2.241. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/8/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cashman Dredging And Marine Contracting,**<br>**549 South Street**<br>**Quincy, MA 02169** |

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/14/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Casino Flooring Inc.**<br>**7440 Southwest 50 Street**<br>**Unit 103**<br>**Miami, FL 33155** |

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: DAL TWY Bravo Rehab dated 6/13/2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Castek Inc**<br>**23 River Road.**<br>**Berwick, PA 18603** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name                    Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **Project Manager Project Completion Employment Agreement dated June 26, 2018 (Broward Boulevard Project)** | |
|---|---|---|---|
| | State the term remaining | | **Castro, Yohei** |
| | List the contract number of any government contract | | **12668 77th Pl N West Palm Beach, FL 33412** |

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: FIU - UCPP - DB Pedestrian Bridge dated 3/30/2017; POM - Terminal F dated 3/28/2018** | |
|---|---|---|---|
| | State the term remaining | | **CAT Express** |
| | List the contract number of any government contract | | **15732 SW 147 Street Miami, FL 33196** |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Link Belt HC248H; S/N: C5NI8-8043 dated 2/23/18 Account No. 001-0023080-003** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corp.** |
| | List the contract number of any government contract | | **2120 West End Avenue Nashville, TN 37203** |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Caterpillar 8FDU25; S/N: 30533 dated 2/15/16 Account No. 001-0023080-004** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corp.** |
| | List the contract number of any government contract | | **2120 West End Avenue Nashville, TN 37203** |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Caterpillar M318D; S/N: D8W00461 dated 3/16/16 Account No. 001-0023080-005** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corp.** |
| | List the contract number of any government contract | | **2120 West End Avenue Nashville, TN 37203** |

Debtor 1  **Magnum Construction Management, LLC**                    Case number (*if known*) _____

First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Broce CR350, S/N: 408377 dated 9/26/14 Account No. 001-0720072-000** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corp. 2120 West End Avenue Nashville, TN 37203** |
| | List the contract number of any government contract | | |

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Caterpillar 420F ES; S/N: 0SKR01165 dated 9/26/14 Account No. 001-0720072-001** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corp. 2120 West End Avenue Nashville, TN 37203** |
| | List the contract number of any government contract | | |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Caterpillar 299D; S/N: 0GTC02002 dated 9/23/15 Account No. 001-0780328-000** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corp. 2120 West End Avenue Nashville, TN 37203** |
| | List the contract number of any government contract | | |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Caterpillar CP568; S/N: LCH00142 dated 2/5/16 Account No. 001-0801535-000** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corp. 2120 West End Avenue Nashville, TN 37203** |
| | List the contract number of any government contract | | |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/16/2013** | |
|---|---|---|---|
| | State the term remaining | | **Cayman National Manufacturing And Instal 1301 SW 34 Avenue Deerfield Beach, FL 33442** |
| | List the contract number of any government contract | | |

Debtor 1    **Magnum Construction Management, LLC**                          Case number *(if known)* _____
            First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.254.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 10/7/2014**

State the term remaining

List the contract number of any government contract

**CBI Of South Florida, Inc.**
**337 East Las Olas Blvd.**
**Fort Lauderdale, FL 33301**

---

**2.255.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Orders for the following projects: DAL TWY Bravo Rehab dated 2/22/2017, 1/11/2018, 2/27/2017; FM2181 - Denton County dated 1/15/2018**

State the term remaining

List the contract number of any government contract

**CCC Trucking/Triple C Trucking**
**P.O. Box 1832**
**Red Oak, TX 75154**

---

**2.256.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 7/3/2012**

State the term remaining

List the contract number of any government contract

**Cellucrete Corp.**
**11905 NW 99 Avenue**
**Hialeah Gardens, FL 33018**

---

**2.257.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Orders for the following projects: E4S38 A1A Bridge Rehab Control dated 8/31/2017; FIU - UCPP - DB Pedestrian Bridge dated 5/1/2017; FIU - UCPP - DB Pedestrian Bridge dated 12/13/2017; Lighthouse for the Blind dated 7/12/2017; Port Everglades Slip 2 Ext. dated 8/11/2017**

State the term remaining

List the contract number of any government contract

**Cemex**
**11100 NW 138 Street**
**Medley, FL 33178**

---

Debtor 1  **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project: HEFT II- E8N20 dated 12/13/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Centeno Auto Glass**<br>**P.O. Box145381**<br>**CORAL GABLES, FL 33114-5381** |

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project: N69450-16-C-1612 W.T. Sampson School dated 10/27/2016 11/22/2016; 1/13/2017; 1/21/2017; 1/28/2017; 2/28/2017; 3/1/2017; 3/4/2017; 3/16/2017; 3/16/2017; 3/17/2017; 4/26/2017; 5/3/2017; 5/8/2017; 5/10/2017; 6/13/2017; 6/14/2017; 7/11/2017; 7/17/2017; 8/4/2017; 9/21/2017; 9/22/2017; 12/16/2017; 1/8/2018; 1/19/2018; 1/30/2018; 2/28/2018; 3/28/2018; 3/30/2018; 9/8/2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Centerra Integrated Services**<br>**7121 Fairway Drive, Ste. 301**<br>**PALM BEACH GARDENS, FL 33418** |

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: Doral Police Sub-Station dated 10/14/2016; Grove Bay Parking Garage dated 6/12/2018; Liberty Village dated 12/6/2016 and 3/2/2017; OLOG Site Improvements dated 5/22/2018; POM - Terminal F dated 12/21/2016; POM - Terminal F dated 3/24/2017; Coalition Lift dated 10/31/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Central Concrete Supermix**<br>**4300 SW 74 Avenue**<br>**Miami, FL 33155** |

Debtor 1    **Magnum Construction Management, LLC**                          Case number *(if known)* _____
　　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.261.** State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 9/7/2017**

Central Florida Yamaha, Inc
730 Highway 27 North
Lake Placid, FL 33852

---

**2.262.** State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Purchase Orders for the following projects: HEFT II- E8N20 dated 12/5/2017, 12/6/2017, 12/19/2017; Port Everglades Slip 2 Ext. dated 12/5/2017; T4433 - Broward Blvd. dated 12/18/2017 and 12/19/2017**

Central Tire Corporation
8275 NW 74 Street
Miami, FL 33166

---

**2.263.** State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 1/25/2013**

Century Fire, Inc.
8119 NW 33 Street
Miami, FL 33122

---

**2.264.** State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Purchase Orders for the following projects: Liberty Village dated 3/15/2017; N69450-16-C-1612 W.T. Sampson School dated 11/9/2016; Coalition Lift dated 11/8/2016**

Century Plumbing Wholesale
901 SW 69 Avenue
Miami, FL 33144

---

**2.265.** State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

**Master Subcontract Agreement with subcontractor dated 11/16/2016**

Ceres Environmental Services, Inc.
3825  85TH Avenue N
Brooklyn Park, MN 55443

---

Debtor 1   **Magnum Construction Management, LLC**                              Case number *(if known)* _____
             First Name           Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

---

**2.266.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects: E4S38 A1A Bridge Rehab Control dated 1/25/2018; HEFT II- E8N20 dated 6/30/2017; Port Everglades Slip 2 Ext. dated 8/30/2017**

State the term remaining

List the contract number of any government contract _____

**Certex
P.O. Box 201553
Dallas, TX 75320-1553**

---

**2.267.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 6/14/2017**

State the term remaining

List the contract number of any government contract _____

**Certified Network Professionals, Inc.
15757 Pines Blvd. #273
Pembroke Pines, FL 33027**

---

**2.268.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 12/6/2016, 7/18/2017, 12/8/2017; E4S38 A1A Bridge Rehab Control dated 3/14/2018; FIU - UCPP - DB Pedestrian Bridge dated 12/14/2017; HEFT II- E8N20 dated 12/4/2017, 12/14/2017; N69450-16-C-1612 W.T. Sampson School dated 3/8/2018, 6/29/2018, 7/11/2018; Port Everglades Slip 2 Ext. dated 11/30/2016, 12/1/2016, 12/8/2016; T4433 - Broward Blvd. dated 11/21/2016, 11/29/2017 and 12/20/2017**

State the term remaining

List the contract number of any government contract _____

**Certified Slings, Inc
P.O. Box 180127
Casselberry, FL 32718**

---

Debtor 1    **Magnum Construction Management, LLC**                                    Case number (*if known*) _____

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/11/2013** | |
|---|---|---|---|
| | State the term remaining | | **Cesco, Inc** |
| | List the contract number of any government contract | _____ | **7251 Cross County Road**<br>**North Charleston, SC 29418** |

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/11/2014** | |
|---|---|---|---|
| | State the term remaining | | **Cevacon Corp.** |
| | List the contract number of any government contract | _____ | **11350 SW 145 Ave**<br>**Miami, FL 33186** |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/29/2012** | |
|---|---|---|---|
| | State the term remaining | | **Champ Plumbing, Corp** |
| | List the contract number of any government contract | _____ | **3555 NW 52nd Street**<br>**Miami, FL 33142** |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/27/2013** | |
|---|---|---|---|
| | State the term remaining | | **Champion Glass, Inc.** |
| | List the contract number of any government contract | _____ | **4720 NW 15 Avenue, Unit 4A**<br>**Ft Lauderdale, FL 33309** |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: Lake Sharon Drive - Corinth dated 12/21/2017** | |
|---|---|---|---|
| | State the term remaining | | **Chandler Signs Holdings LLC** |
| | List the contract number of any government contract | _____ | **3201 Manor Way**<br>**Dallas, TX 75235** |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/6/2012** | |
|---|---|---|---|
| | State the term remaining | | **Charles Cleaning Co., Inc.** |
| | List the contract number of any | | **7105 SW 8 Street, #410**<br>**Miami, FL 33144** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Magnum Construction Management, LLC**                          Case number *(if known)* _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |
|---|---|---|---|

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/30/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chavez South Florida Interiors, Inc.**<br>**13851 SW 139th Ct.**<br>**Miami, FL 33186** |

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/17/2009** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chelle Construction, Inc.**<br>**19151 SW 108 Ave., Bay #23**<br>**Miami, FL 33157** |

| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/23/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cherokee Enterprises, Inc.**<br>**14474 Commerce Way**<br>**Miami Lakes, FL 33016** |

| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/14/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chopper s Construction Corp.**<br>**12340 SW 117 Ct.**<br>**Miami, FL 33186** |

| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: Grove Bay Parking Garage dated 7/17/2018; and Lighthouse for the Blind dated 4/12/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chuck's Backhoe Service**<br>**2301 NW 15 Court**<br>**Pompano Beach, FL 33069** |

Debtor 1    **Magnum Construction Management, LLC**        Case number *(if known)* _____

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: FM2181 - Denton County dated 1/18/2018** | |
|---|---|---|---|
| | State the term remaining | | **Cintas Corporation** |
| | List the contract number of any government contract | | **P.O. Box 650838** **Dallas, TX 75265** |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Ricoh MPC4000 V1205400486, RICOH MPC6501 M8507801088, RICOH MPC5000 V8005400552, plus products thereof** | |
|---|---|---|---|
| | State the term remaining | | **CIT Finance LLC** **10201 Centurion Parkway North** |
| | List the contract number of any government contract | | **Suite 100** **Jacksonville, FL 32256** |

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 10/17/2016** | |
|---|---|---|---|
| | State the term remaining | | **City Electric Supply** **6827 North Orange Blossom Trail** |
| | List the contract number of any government contract | | **Suite 2** **Orlando, FL 32810** |

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/26/2013** | |
|---|---|---|---|
| | State the term remaining | | **Cityworks Construction LLC** **20356 Northeast 16th Place** |
| | List the contract number of any government contract | | **Miami, FL 33179** |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/29/2010** | |
|---|---|---|---|
| | State the term remaining | | **Civil Construction Technologies, Inc.** **3100 NW Boca Raton Blvd.** |
| | List the contract number of any government contract | | **Suite 216** **Boca Raton, FL 33431** |

| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/27/2013** | **Cladding Systems, Inc.** **3218 East 4th Avenue** **Tampa, FL 33605** |
|---|---|---|---|

Debtor 1  **Magnum Construction Management, LLC**                        Case number *(if known)*  _____
     First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract    _____

---

| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 4/24/2017 | |
|---|---|---|---|
| | State the term remaining | | Clark Dietrich Building Systems LLC 9050 Centre Pointe Drive Suite 400 West Chester, OH 45069 |
| | List the contract number of any government contract | _____ | |

---

| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 8/13/2011 | |
|---|---|---|---|
| | State the term remaining | | Classical & Innovative Designs, Inc. 10660 NW 123 Street Road Suite 105 Medley, FL 33178 |
| | List the contract number of any government contract | _____ | |

---

| 2.288. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 2/4/2013 | |
|---|---|---|---|
| | State the term remaining | | Clear Zone Maintenance, Inc. 7300 4th Street Vero Beach, FL 32968 |
| | List the contract number of any government contract | _____ | |

---

| 2.289. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 11/22/2016 | |
|---|---|---|---|
| | State the term remaining | | Clearview Electric, Inc. 6595 NW 36th Street 101 B Virginia Gardens, FL 33166 |
| | List the contract number of any government contract | _____ | |

---

Debtor 1    **Magnum Construction Management, LLC**        Case number *(if known)* _____

      First Name             Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.290.**   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project: DAL TWY Bravo Rehab dated 1/30/2017, 5/4/2017, 5/11/2017, 5/16/2017, 6/2/2017, 6/6/2017, 6/13/2017, 6/16/2017, 6/19/2017, 6/21/2017,6/22/2017, 7/20/2017, 7/25/2017, 8/30/2017, 8/31/2017, 10/3/2017, 10/5/2017, 10/6/2017, 10/19/2017, 10/31/2017, 11/1/2017, 11/2/2017, 11/8/2017, 11/10/2017, 1/24/2018, 1/30/2018, 2/6/2018, 2/8/2018, 2/13/2018, 5/16/2017, 6/6/2017, 7/20/2017, 7/25/2017, 10/5/2017, 11/2/2017; FM2181 - Denton County dated 10/12/2017; Lake Sharon Drive - Corinth dated 10/25/2017**

State the term remaining

List the contract number of any government contract

**CMC Construction Services
P.O. Box 844573
Dallas, TX 75284**

**2.291.**   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects: DAL TWY Bravo Rehab dated 4/25/2017; DAL TWY Echo Rehab dated 2/3/2017; FM2181 - Denton County dated 10/12/2017; Lake Sharon Drive - Corinth dated 10/25/2017**

State the term remaining

List the contract number of any government contract

**CMC Steel Fabricators, Inc. dba CMC Rebar
Attn.: Dept. 1439
P.O. Box 844579
Dallas, TX 75284-4579**

**2.292.**   State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 10/14/2013**

State the term remaining

List the contract number of any government contract

**CMG Development, LLC
3500 N. State Road 7
Suite 300-8
Fort Lauderdale, FL 33319**

Debtor 1  **Magnum Construction Management, LLC**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.293.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 6/7/2013**

**Coakley Mechanical, Inc.**
**13682 Southwest 194 Street**
**Miami, FL 33177**

**2.294.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 12/10/2012**

**Cobalt Construction Group LLC**
**2828 Coral Way Suite 208**
**Miami, FL 33145**

**2.295.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 5/2/2013**

**Coco Sod Farms, Inc.**
**113 NW 11 Avenue**
**Okeechobee, FL 34972**

**2.296.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 5/7/2012**

**Cole Construction, Inc. dba Sprinkle "N**
**10315 Alta Vista Road**
**Keller, TX 76248**

**2.297.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 7/25/2014**

**Coltec Engineering, Inc.**
**12169 S.W. 131st Ave.**
**Miami, FL 33186**

**2.298.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

**Master Subcontract Agreement with subcontractor dated 5/11/2009**

**Comfort Tech Air Conditioning, Inc.**
**13117 NW 107 Ave.,**
**Hialeah, FL 33018**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
　　　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.299. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/16/2014** | |
|---|---|---|---|
| | State the term remaining | | **Commercial Cool-Temp Corp.** |
| | List the contract number of any government contract _____ | | **7041 SW 21st Place #4 Davie, FL 33317** |

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: N69450-16-C-1612 W.T. Sampson School dated 1/10/2017, 1/20/2017, 5/19/2017** | |
|---|---|---|---|
| | State the term remaining | | **Communication Supply Corp.** |
| | List the contract number of any government contract _____ | | **3462 Solution Center Drive Chicago, IL 60677** |

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: DAL TWY Bravo Rehab dated 3/10/2017** | |
|---|---|---|---|
| | State the term remaining | | **Community Waste Disposal** |
| | List the contract number of any government contract _____ | | **2010 California Crossing Dallas, TX 75220** |

| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/8/2016** | |
|---|---|---|---|
| | State the term remaining | | **Complete Highway Identity, Inc** |
| | List the contract number of any government contract _____ | | **1521 Alton Rd., #571 Miami, FL 33139** |

Debtor 1 **Magnum Construction Management, LLC**
        First Name        Middle Name        Last Name                    Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.303.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for the following project: DAL TWY Bravo Rehab dated 3/14/2017**
**Purchase Order for the following project: DAL TWY Echo Rehab dated 4/13/2017**
**Purchase Order for the following project: FM2181 - Denton County dated 1/8/2018**

State the term remaining

List the contract number of any government contract

**Component Sales & Service**
**P.O. Box 11009**
**Houston, TX 77293**

---

**2.304.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 6/2/2014**

State the term remaining

List the contract number of any government contract

**Concrete Impressions Of Florida, Inc.**
**11317 N 52nd St.**
**Tampa, FL 33617**

---

**2.305.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project: POM - Terminal F dated 3/3/2017 and 3/17/2017**

State the term remaining

List the contract number of any government contract

**Concrete Polishing Technologies**
**c/o Perfect Polish**
**P.O. Box 151**
**Norris, TN 37828**

---

**2.306.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 3/10/2017**

State the term remaining

List the contract number of any government contract

**Concrete Polishing Technologies, Inc**
**184 Cedar Place**
**Norris, TN 37828**

---

**2.307.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 7/31/2018**

State the term remaining

List the contract number of any government contract

**Concrete Pump Supply, LLC**
**5300 Riverview Rd., SE**
**Mableton, GA 30126**

---

Debtor 1  **Magnum Construction Management, LLC**                          Case number *(if known)* _____
  First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.308. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/26/2009** | |
|---|---|---|---|
| | State the term remaining | | **Concrete Services, LLC** |
| | List the contract number of any government contract | | **10527 100th Street** |
| | | | **South Boynton Beach, FL 33472** |

| 2.309. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Concrete Services, LLC** |
| | List the contract number of any government contract | | **1615 S Congress Avenue, Suite 103** |
| | | | **Delray Beach, FL 33445** |

| 2.310. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Construct Group Corp.** |
| | List the contract number of any government contract | | **8145 W 28th Avenue** |
| | | | **Suite #217** |
| | | | **Hialeah, FL 33016** |

| 2.311. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: Lighthouse for the Blind dated 11/17/2016 Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 12/7/2016** | |
|---|---|---|---|
| | State the term remaining | | **Construction Specialties, Inc.** |
| | List the contract number of any government contract | | **107 Industrial Blvd.** |
| | | | **Del Rio, TX 78840** |

| 2.312. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: CD 4.10 (2) 54-Inch DI FM dated 6/14/2017, 6/19/2017 and 7/7/2017 Purchase Order for the following project: HEFT II- E8N20 dated 11/28/2017** | |
|---|---|---|---|
| | State the term remaining | | **Contech Engineered Solutions** |
| | | | **P.O. Box 936362** |
| | | | **Atlanta, GA 31193-6217** |

Debtor 1    **Magnum Construction Management, LLC**                          Case number *(if known)*
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract          _____

| 2.313. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/7/2013** | |
|---|---|---|---|
| | State the term remaining | | **Contract D cor, Inc.** |
| | List the contract number of any government contract | | **72184 North Shore Street** |
| | | | **Thousand Palms, CA 92276** |

| 2.314. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/28/2011** | |
|---|---|---|---|
| | State the term remaining | | **Controlled Products LLC dba Synthetic Tu** |
| | List the contract number of any government contract | | **506-508 Commerce Way** |
| | | | **Jupiter, FL 33458** |

| 2.315. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: Lighthouse for the Blind dated 5/22/2018** | |
|---|---|---|---|
| | State the term remaining | | **Controls Systems Contracting** |
| | List the contract number of any government contract | | **7330 S. Waterway Dr.** |
| | | | **Miami, FL 33155** |

| 2.316. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/26/2017** | |
|---|---|---|---|
| | State the term remaining | | **Cooltrace International Corp.** |
| | List the contract number of any government contract | | **4700 SW 51st Street, Suite 217** |
| | | | **Davie, FL 33314** |

Debtor 1    **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.317. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 1/4/2017, 6/14/2017, 2/7/2018; HEFT II- E8N20 7/3/2017, 7/6/2017, 7/13/2017, 8/7/2017, 10/11/2017, 2/26/2018, 3/12/2018; N69450-16-C-1612 W.T. Sampson School dated 9/15/2016, 10/24/2016, 11/15/2016, 2/16/2017, 4/17/2017, 4/17/2017, 4/26/2017, 5/10/2017, 5/19/2017, 6/7/2017, 9/19/2017, 10/3/2017, 11/6/2017; Port Everglades Slip 2 Ext. dated 4/17/2017, 5/1/2017, 7/5/2017, 9/21/2017; T4433 - Broward Blvd. dated 7/24/2017, 11/3/2017** |  |
|---|---|---|---|
|  | State the term remaining |  | **Core & Main LP** |
|  | List the contract number of any government contract |  | **P.O. Box 28330 Saint Louis, MO 63146** |

| 2.318. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/5/2012** |  |
|---|---|---|---|
|  | State the term remaining |  | **Coreslab Structures (Miami) Inc.** |
|  | List the contract number of any government contract |  | **10501 NW 121 Way Medley, FL 33178** |

| 2.319. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/20/2014** |  |
|---|---|---|---|
|  | State the term remaining |  | **Cornerstone & Garden, Inc.** |
|  | List the contract number of any government contract |  | **12690 S.W. 43rd Street Miami, FL 33175** |

| 2.320. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/24/2014** |  |
|---|---|---|---|
|  | State the term remaining |  | **Costa Janitorial Services, Inc. 19456 Preserve Dr. Boca Raton, FL 33498** |

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.321. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 3/31/2017 | |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | County Materials Corporation<br>P.O. Box 435<br>Astatula, FL 34705 |

| 2.322. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Orders for the following projects: FM2181 - Denton County dated 4/30/2018 Lake Sharon Drive - Corinth dated 4/20/2018 | |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Crawford Electric Supply Company<br>7390 Northcourt Road<br>Houston, TX 77040 |

| 2.323. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 5/1/2015 | |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Crawford-Tracey Corp.<br>3301 SW 13th Drive<br>Deerfield Beach, FL 33442 |

| 2.324. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 9/1/2015 | |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Creative MailBox Designs, LLC<br>12801 Commodity Place<br>Tampa, FL 33626 |

| 2.325. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 9/11/2014 | |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Creative Terrazzo Systems, Inc.<br>3300 SW 3rd Avenue, Suite N,<br>Fort Lauderdale, FL 33315 |

Debtor 1    **Magnum Construction Management, LLC**                          Case number *(if known)* _____

First Name            Middle Name            Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.326.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 8/18/2015**

**Credence Builder, Inc.**
**101 Summit Ave.**
**Ft. Worth, TX 76102**

---

**2.327.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Order for the following project:  DAL TWY Bravo Rehab dated 5/5/2017**

**Crocker Crane**
**P.O. Box 141539**
**Irving, TX 75014**

---

**2.328.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 8/29/2016**

**Cross Environmental Services, Inc.**
**P.O. Box 1299,**
**crystal springs, FL 33524**

---

**2.329.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 8/1/2015**

**CSA Land Clearing, L.L.C.**
**17771 Wells Road**
**North Fort Myers, FL 33917**

---

**2.330.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/1/2015**

**Cube Care Co.**
**6043 NW 167th Street, Suite A 23**
**Miami Lakes, FL 33015**

---

**2.331.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

**Confidentiality Agreement dated December 6, 2018 (FM 544 and FM 2181 Projects)**

**Cuello, Mario**
**10841 S.W. 123 Street**
**Miami, FL 33176**

Debtor 1   **Magnum Construction Management, LLC**                                              Case number (*if known*) _____
       First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| List the contract number of any government contract | | |

| 2.332. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Curtis Painting And Waterproofing, Co.**<br>**19115 NW 11TH Ave**<br>**Miami, FL 33169** |

| 2.333. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/1/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Custom Doors & Associates, LLC**<br>**4720 Oakes Road, Suite B**<br>**Davie, FL 33314** |

| 2.334. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/1/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Custom Tile & Marble, Inc.**<br>**11001 SW 60 Avenue**<br>**Miami, FL 33156** |

| 2.335. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/20/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **CXT Incorporated**<br>**415 Holiday Drive**<br>**Pittsburgh, PA 15220** |

| 2.336. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/3/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cynamon Bro & Sons, Inc.**<br>**1051 E 49 Street**<br>**Hialeah, FL 33013** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Magnum Construction Management, LLC**                          Case number *(if known)* _____
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.337. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: Coalition Lift dated 4/21/2017** | |
|---|---|---|---|
| | State the term remaining | | **Cynamon Brothers & Sons, Inc.** |
| | List the contract number of any government contract | | **1051 East 49th Street**<br>**Hialeah, FL 33013** |

| 2.338. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space located in Texas**<br>**$389.00 per month**<br>**Start Date:  10/1/2018**<br>**Term:  Month to Month** | |
|---|---|---|---|
| | State the term remaining | | **Cypress Waters** |
| | List the contract number of any government contract | | **8951 Cypress Waters**<br>**Suite 160**<br>**Coppell, TX 75019** |

| 2.339. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/20/2011** | |
|---|---|---|---|
| | State the term remaining | | **D & G Millwork And Cabinetry, LLC** |
| | List the contract number of any government contract | | **2618 NE 191 Street**<br>**Miami, FL 33180** |

| 2.340. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: DAL TWY Bravo Rehab dated 6/7/2017 FM2181 - Denton County dated 3/29/2018 Lake Sharon Drive - Corinth dated 4/2/2018** | |
|---|---|---|---|
| | State the term remaining | | **D&S Engineering Labs, LLC** |
| | List the contract number of any government contract | | **1101 Shady Oaks Drive**<br>**Denton, TX 76205** |

| 2.341. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/8/2016** | |
|---|---|---|---|
| | State the term remaining | | **D.A.C. Air Conditioning Corp.** |
| | List the contract number of any government contract | | **12440 SW 128 Street, Unit #6**<br>**Miami, FL 33186** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**

First Name    Middle Name    Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.342. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/21/2013** | |
|---|---|---|---|
| | State the term remaining | | **D.C. Electric, Inc.** |
| | List the contract number of any government contract | _____ | **12478 Southwest 117th Court Miami, FL 33186** |

| 2.343. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/11/2012** | |
|---|---|---|---|
| | State the term remaining | | **D.P.C. General Contractors, Inc.** |
| | List the contract number of any government contract | _____ | **1860 NW 21st Terrace, Miami, FL 33142** |

| 2.344. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: DAL TWY Bravo Rehab dated 9/1/2017, 9/22/2017 E4S38 A1A Bridge Rehab Control dated 8/31/2017 FIU - UCPP - DB Pedestrian Bridge dated 11/17/2016 T4433 - Broward Blvd. dated 11/17/2016** | |
|---|---|---|---|
| | State the term remaining | | **D.S. Brown Company** |
| | List the contract number of any government contract | _____ | **300 E. Cherry Street North Baltimore, OH 45872-0158** |

| 2.345. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/19/2012** | |
|---|---|---|---|
| | State the term remaining | | **D.T. Woodcrafters Corp.** |
| | List the contract number of any government contract | _____ | **1677 West 31 Place, Hialeah, FL 33012** |

| 2.346. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/1/2010** | |
|---|---|---|---|
| | State the term remaining | | **Dallas Lite & Barricade, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 23 786 Dallas, TX 75222** |

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
              First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

**2.347.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects: DAL TWY Bravo Rehab dated 3/14/2017, 4/25/2017, 5/22/2017, 6/23/2017, 8/30/2017, 9/5/2017, 9/20/2017, 11/1/2017, 2/9/2018, 3/7/2018, 3/14/2017, 3/15/2017**
**FM2181 - Denton County dated 11/8/2017, 1/13/2018, 1/15/2018**
**Lake Sharon Drive - Corinth dated 1/15/2018**

State the term remaining

List the contract number of any government contract

**Dallas Lite & Barricade, Inc.**
**P.O. Box 223724**
**Dallas, TX 75222**

---

**2.348.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 5/10/2012**

State the term remaining

List the contract number of any government contract

**Darius Construction LLC**
**13657 SW 142 Terrace**
**Miami, FL 33186**

---

**2.349.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 7/31/2014**

State the term remaining

List the contract number of any government contract

**Darley Construction Co.**
**8201 SW 176TH St.**
**MIAMI, FL 33157**

---

**2.350.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 11/2/2017**

State the term remaining

List the contract number of any government contract

**Darsco, Inc.**
**120 Stockton Street**
**Jacksonville, FL 32204**

---

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.351. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/7/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dash-Door & Closer Service, Inc.**<br>**7801 NW 29 Street**<br>**Miami, FL 33122** |

| 2.352. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/30/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dato Electric, Inc.**<br>**641 De Soto Drive**<br>**Miami Springs, FL 33166** |

| 2.353. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/31/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **David Joseph Easterbrook Ltd Corporation**<br>**1171 Chicago Road**<br>**Troy, MI 48083** |

| 2.354. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/10/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **David Mancini & Sons, Inc.**<br>**1939 NW 40th Court**<br>**Pompano Beach, FL 33064** |

| 2.355. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/5/2011** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **David s Plumbers Inc.**<br>**12244 SW 131 Ave.**<br>**Miami, FL 33186** |

| 2.356. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/10/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **David s Plumbers Inc.**<br>**12244 SW 131 Ave.**<br>**Miami, FL 33186** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Magnum Construction Management, LLC**                    Case number (*if known*)
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.357. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order for the following project: FIU - UCPP - DB Pedestrian Bridge dated 3/6/2017 | |
|---|---|---|---|
| | State the term remaining | | **David's Plumbers** |
| | List the contract number of any government contract | | **12244 SW 131st Avenue Miami, FL 33186** |

| 2.358. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order for the following project: NAS Meridian Dining Facility dated 2/1/2018 | |
|---|---|---|---|
| | State the term remaining | | **Davidson Hauling & Con.** |
| | List the contract number of any government contract | | **P.O. Box 665 Meridian, MS 39342** |

| 2.359. | State what the contract or lease is for and the nature of the debtor's interest | Project Completion Employment Agreement dated July 16, 2018 (Terminal 4 Project) | |
|---|---|---|---|
| | State the term remaining | | **Davis, Kenvick** |
| | List the contract number of any government contract | | **234 NW 141 Street Miami, FL 33161** |

| 2.360. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with Subcontractor dated 2/16/2017 | |
|---|---|---|---|
| | State the term remaining | | **De La Rosa Painting Corporation** |
| | List the contract number of any government contract | | **9002 NW 117th Terrace Hialeah, FL 33018** |

| 2.361. | State what the contract or lease is for and the nature of the debtor's interest | Project Engineer - Project Completion Employment Agreement dated June 19, 2018 (MIA MCC-8-10 Project) | |
|---|---|---|---|
| | State the term remaining | | **De Quesada, Julie** |
| | List the contract number of any government contract | | **510 NW 107 Avenue Unit 7 Miami, FL 33172** |

Debtor 1   **Magnum Construction Management, LLC**

<u>First Name</u>         <u>Middle Name</u>         <u>Last Name</u>

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.362. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: CD 4.10 (2) 54-Inch DI FM dated 2/2/2018** |  |
|---|---|---|---|
|  | State the term remaining |  | **DeBoer Construction LLC 19502 Turtle Creek Lane Magnolia, TX 77355** |
|  | List the contract number of any government contract |  |  |

| 2.363. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 10/25/2017** |  |
|---|---|---|---|
|  | State the term remaining |  | **Decks & Docks Lumber Co. 253 Georgia Ave. Fort Pierce, FL 34950** |
|  | List the contract number of any government contract |  |  |

| 2.364. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/17/2013** |  |
|---|---|---|---|
|  | State the term remaining |  | **Decktight Roofing Services Inc. 6680 NW  17th Avenue Ft Lauderdale, FL 33309.** |
|  | List the contract number of any government contract |  |  |

| 2.365. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: FIU - UCPP - DB Pedestrian Bridge dated 1/5/2018** |  |
|---|---|---|---|
|  | State the term remaining |  | **Deeproot Green Infrastructure, LLC 101 Montgomery Street Suite 2850 San Francisco, CA 94104** |
|  | List the contract number of any government contract |  |  |

| 2.366. | State what the contract or lease is for and the nature of the debtor's interest | **Project Executive Project Completion Employment Agreement dated July 9, 2018 (FLL T4 Eastern Expansion Project)** |  |
|---|---|---|---|
|  | State the term remaining |  | **Del Toro, Gredel O. 10990 SW 91 Street Miami, FL 33176** |
|  | List the contract number of any government contract |  |  |

Debtor 1    **Magnum Construction Management, LLC**                    Case number (*if known*) _____
_____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.367. State what the contract or lease is for and the nature of the debtor's interest **Master Subcontract Agreement with subcontractor dated 9/7/2016** | |
| State the term remaining | **Delka Innovo Group, Inc 5701 NW 114 Court Suite 102 Doral, FL 33178** |
| List the contract number of any government contract | |
| 2.368. State what the contract or lease is for and the nature of the debtor's interest **Lease #001-9001761-001 dated May 5, 2016, for computer equipment, peripherals, and other equipment and software** | |
| State the term remaining | **Dell Financial Services L.L.C. Mail Stop-PS2DF-23 Round Rock, TX 78682** |
| List the contract number of any government contract | |
| 2.369. State what the contract or lease is for and the nature of the debtor's interest **Master Subcontract Agreement with subcontractor dated 4/22/2013** | |
| State the term remaining | **Deluxe Systems Inc. of Florida 9530 N. Trask Street Tampa, FL 33624-5137** |
| List the contract number of any government contract | |
| 2.370. State what the contract or lease is for and the nature of the debtor's interest **Master Subcontract Agreement with subcontractor dated 4/24/2014** | |
| State the term remaining | **Deluxe Waterproofing & Caulking Inc 1131 SW 1st Way Deerfield Beach, FL 33441** |
| List the contract number of any government contract | |
| 2.371. State what the contract or lease is for and the nature of the debtor's interest **Purchase Orders for the following projects: DAL TWY Bravo Rehab dated 4/10/2017 FM2181 - Denton County dated 1/18/2018 Lake Sharon Drive - Corinth dated 1/18/2018, 5/8/2018** | |
| State the term remaining | **Demand Safety, Inc. 1505 University Blvd. Albuquerque, NM 87102** |
| List the contract number of any government contract | |

Debtor 1    **Magnum Construction Management, LLC**

First Name            Middle Name            Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

2.372.  State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 3/1/2016**

State the term remaining

List the contract number of any government contract

**Demaria Holdings, Inc.**
**14218 S W 136th St**
**Miami, FL 33186**

---

2.373.  State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order for the following project: POM - Terminal F dated 11/2/2016**

State the term remaining

List the contract number of any government contract

**Demcon Group, Inc.**
**10097 Clearly Boulevard**
**Suite 261**
**Fort Lauderdale, FL 33324**

---

2.374.  State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 4/1/2015**

State the term remaining

List the contract number of any government contract

**Demcon Group, LLC**
**10097 Cleary Blvd., #261**
**Plantation, FL 33124**

---

2.375.  State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 12/2/2009**

State the term remaining

List the contract number of any government contract

**Demo Doctor, Inc.**
**630 NW 7th Terrace**
**Fort Lauderdale, FL 33311**

---

2.376.  State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 1/28/2008**

State the term remaining

List the contract number of any government contract

**Demolition Masters, Inc.**
**122 Madeira Avenue**
**Coral Gables, FL 33134**

---

2.377.  State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 7/30/2018**

State the term remaining

**Depot Sales, LLC**
**4010 Tamarack Dr.**
**Kennesaw, GA 30152**

---

Debtor 1  **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
       First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract   _____

---

| 2.378. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/21/2013** |
|---|---|---|

State the term remaining

List the contract number of any government contract   _____

**Design One Electrical Contractor Inc.
809 Southwest 8th Street
Miami, FL 33130**

---

| 2.379. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/22/2013** |
|---|---|---|

State the term remaining

List the contract number of any government contract   _____

**Diaza Drywall Systems, Corp.
13370 SW 131 Street
Miami, FL 33186**

---

| 2.380. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/3/2013** |
|---|---|---|

State the term remaining

List the contract number of any government contract   _____

**Diebold, Incorporated
5995 Mayfair Road
North Canton, OH 44720**

---

| 2.381. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 8/20/2018** |
|---|---|---|

State the term remaining

List the contract number of any government contract   _____

**Diesel Specialists, LLC
8784 South Choctaw Drive
Baton Rouge, LA 70815**

---

| 2.382. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/19/2008** |
|---|---|---|

State the term remaining

List the contract number of any government contract   _____

**Dilema Corporation
3001 East 11th Avenue
Hialeah, FL 33013**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
     First Name           Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.383. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **Division III Group Corp** |
| | List the contract number of any government contract | | **13090 NW 43 Ave. Bay 5-E** |
| | | | **Opa Locka, FL 33054** |

| 2.384. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/5/2011** | |
|---|---|---|---|
| | State the term remaining | | **Dixie Metal Products, Inc.** |
| | List the contract number of any government contract | | **442 SW 54th Court** |
| | | | **Ocala, FL 34474** |

| 2.385. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/31/2013** | |
|---|---|---|---|
| | State the term remaining | | **DL & RR Services, LLC.** |
| | List the contract number of any government contract | | **14886 SW 174 St.** |
| | | | **Miami, FL 33187** |

| 2.386. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: HEFT II- E8N20 dated 11/10/2017** | |
|---|---|---|---|
| | State the term remaining | | **DMG Concrete Finish, Inc.** |
| | List the contract number of any government contract | | **1035 NW 3rd Street, Apt. 02** |
| | | | **Miami, FL 33128** |

| 2.387. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/12/2013** | |
|---|---|---|---|
| | State the term remaining | | **DNK Environmental, Inc.** |
| | List the contract number of any government contract | | **2230 Welcome Road** |
| | | | **Lithia, FL 33547** |

| 2.388. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/4/2013** | |
|---|---|---|---|
| | State the term remaining | | **Dodec, Inc.** |
| | List the contract number of any | | **3140 West 84th Street, Bay 2** |
| | | | **Hialeah, FL 33018** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                                   Case number (*if known*) _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.389. | State what the contract or lease is for and the nature of the debtor's interest | **Confidentialiry Agreement dated March 27, 2018 (Glide Scope Project)** | |
|---|---|---|---|
| | State the term remaining | | **Dodson, Derek** |
| | List the contract number of any government contract | | **104 Monticello Dr.** **Mansfield, TX 76063** |

| 2.390. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: FIU - UCPP - DB Pedestrian Bridge dated 1/19/2018** | |
|---|---|---|---|
| | State the term remaining | | **Dongalen Enterprises dba Interstate Plastics** |
| | List the contract number of any government contract | | **P.O. Box 130027** **Sacramento, CA 95853** |

| 2.391. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/17/2014** | |
|---|---|---|---|
| | State the term remaining | | **Door Solutions, Inc.** |
| | List the contract number of any government contract | | **10330 Chedoak Court Suite 300** **Jacksonville, FL 32218** |

| 2.392. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/17/2016** | |
|---|---|---|---|
| | State the term remaining | | **Doral Digital Reprographics, Corp** |
| | List the contract number of any government contract | | **8280 NW 27th Street Suite 505** **Doral, FL 33122** |

| 2.393. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/27/2008** | |
|---|---|---|---|
| | State the term remaining | | **Dosdourian Enterprises Inc.** |
| | List the contract number of any government contract | | **300 Prosperity Farms Road, Suite E** **North Palm  Beach, FL 33408** |

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.394.** State what the contract or lease is for and the nature of the debtor's interest **Master Subcontract Agreement with subcontractor dated 1/5/2009** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Downrite Engineering Corp.** <br> **14241 SW 143rd Court** <br> **Miami, FL 33186** |
| **2.395.** State what the contract or lease is for and the nature of the debtor's interest **Preconstruction Agreement between MCM, Downtown Retail Associates LLC, Michael Swerdlow, Swerdlow Group and Alben Duffie relating to Block 55 project** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Downtown Retail Associates LLC** <br> **Michael Swerdlow, Swerdlow Group** <br> **Alben Duffie** <br> **3390 Mary Street, Ste. 200** <br> **Miami, FL 33133** |
| **2.396.** State what the contract or lease is for and the nature of the debtor's interest **Master Subcontract Agreement with subcontractor dated 10/1/2014** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Drapery Control Systems. Inc** <br> **dba Brambier's Windows & Walls** <br> **2051 SW 31ST Avenue** <br> **Pembroke Park, FL 33009** |
| **2.397.** State what the contract or lease is for and the nature of the debtor's interest **Master Subcontract Agreement with subcontractor dated 4/8/2008** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Duncombe, Inc.** <br> **3922 - 58th Circle** <br> **Vero Beach, FL 32966** |
| **2.398.** State what the contract or lease is for and the nature of the debtor's interest **Master Subcontract Agreement with subcontractor dated 12/10/2009** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Dunning Photo Equipment Inc.** <br> **605 W. Needles Street** <br> **Bixby, OK 74008** |

Debtor 1  **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.399. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: FIU - UCPP - DB Pedestrian Bridge dated 5/16/2017 FIU - UCPP - DB Pedestrian Bridge dated 3/14/2018 HEFT II- E8N20 dated 11/14/2017 HEFT II- E8N20 dated 3/14/2018 HEFT II- E8N20 dated 5/23/2018 T4433 - Broward Blvd. dated 5/16/2017** | |
|---|---|---|---|
| | State the term remaining | | **Durham GEO Enterprises, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 870907 Stone Mountain, GA 30087** |

| 2.400. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/25/2014** | |
|---|---|---|---|
| | State the term remaining | | **Dustrol, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 1728 Roanoke, TX 76262** |

| 2.401. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/17/2012** | |
|---|---|---|---|
| | State the term remaining | | **Dynalectric Company** |
| | List the contract number of any government contract | | **2501 SW 160 Avenue Miramar, FL 33072** |

| 2.402. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/7/2014** | |
|---|---|---|---|
| | State the term remaining | | **Dynamic Environmental Drilling, Inc.** |
| | List the contract number of any government contract | | **2290 W 77 St. Hialeah, FL 33016** |

| 2.403. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 2/27/2017** | **Dynamic Iron Work, Inc. 12316 SW 131 Avenue Miami, FL 33186** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)*  _____
First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract                        _____

---

| 2.404. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/7/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dywidag Systems International USA, Inc.**<br>**320 Marmon Drive**<br>**Bolingbrook, IL 60440** |

---

| 2.405. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects:**<br>**Doral Police Sub-Station dated 11/8/2016**<br>**Liberty Village dated 1/30/2017**<br>**Lighthouse for the Blind dated 7/28/2017**<br>**POM - Terminal F dated 1/24/2017**<br>**Coalition Lift dated 11/14/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **E&E Concrete Pumping Services, Inc.**<br>**14001 NW 20 Court**<br>**Opa Locka, FL 33054** |

---

| 2.406. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project:**<br>**FIU - UCPP - DB Pedestrian Bridge dated 11/9/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **E&L Support Services**<br>**463688 State Road 200**<br>**Yulee, FL 32097** |

---

| 2.407. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project:**<br>**NAS Meridian Dining Facility dated 2/8/2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **E-Fire Southern**<br>**1899 28th Street**<br>**Gulfport, MS 39501** |

---

Debtor 1 **Magnum Construction Management, LLC**
_____
First Name          Middle Name          Last Name

Case number (_if known_) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.408. | State what the contract or lease is for and the nature of the debtor's interest | **Superintendent Project Completion Employment Agreement dated June 26, 2018 (Broward Boulevard Project)** | |
|---|---|---|---|
| | State the term remaining | | **Eagan, Timothy** |
| | List the contract number of any government contract | | **8451 NW 15st** **Hollywood, FL 33024** |

| 2.409. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/21/2013** | |
|---|---|---|---|
| | State the term remaining | | **Eagle Doors, Inc.** |
| | List the contract number of any government contract | | **5041 South State Road 7, #424** **Davie, FL 33314** |

| 2.410. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Eagle Engineering & Land Development, In** |
| | List the contract number of any government contract | | **3960 Radio Road, #107** **Naples, FL 34104** |

| 2.411. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Eagle Grinding And Grooving LLC** |
| | List the contract number of any government contract | | **5380 SW 208 Lane** **SW Ranches, FL 33332** |

| 2.412. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/1/2010** | |
|---|---|---|---|
| | State the term remaining | | **EAS Contracting, LP** |
| | List the contract number of any government contract | | **6013 Cr 437** **Princeton, TX 75407** |

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.413. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project: N69450-16-C-1612 W.T. Sampson School dated 7/3/2017 N69450-16-C-1612 W.T. Sampson School dated 10/20/2017 N69450-16-C-1612 W.T. Sampson School dated 6/13/2018** | |
|---|---|---|---|
| | State the term remaining | | **East Coast Lumber & Supply Co. 308 Avenue A Fort Pierce, FL 34950** |
| | List the contract number of any government contract | _____ | |

| 2.414. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **East Coast Metal Structures Corp 635 Gator Drive, Unit A Lantana, FL 33462** |
| | List the contract number of any government contract | _____ | |

| 2.415. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/25/2017** | |
|---|---|---|---|
| | State the term remaining | | **East Sunrise Plumbing, Inc. 15488 SW 172 Ter Miami, FL 33187** |
| | List the contract number of any government contract | _____ | |

| 2.416. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **Ebsary Foundation Co. 2154 N.W. N River Drive Miami, FL 33125** |
| | List the contract number of any government contract | _____ | |

| 2.417. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/7/2017** | |
|---|---|---|---|
| | State the term remaining | | **EC Cabinets, Inc. 1511 E 11th Avenue Hialeah, FL 33010** |
| | List the contract number of any government contract | _____ | |

Debtor 1 __Magnum Construction Management, LLC__                        Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.418. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/3/2013** | |
|---|---|---|---|
| | State the term remaining | | **ECM Management Of Florida LLC** |
| | List the contract number of any government contract | | **10342 Abbotsford Drive** |
| | | | **Tampa, FL 33626** |

| 2.419. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **EE&G Construction & Electric, LLC** |
| | List the contract number of any government contract | | **5751 Miami Lakes Drive** |
| | | | **Miami Lakes, FL 33014** |

| 2.420. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project:**<br>**HEFT II- E8N20 dated 7/31/2017**<br>**HEFT II- E8N20 dated 2/6/2018**<br>**Port Everglades Slip 2 Ext. dated 11/11/2016** | |
|---|---|---|---|
| | State the term remaining | | **EFCO Corporation** |
| | List the contract number of any government contract | | **25354 Network Place** |
| | | | **Chicago, IL 60673** |

| 2.421. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project:**<br>**DAL TWY Bravo Rehab dated 2/10/2017**<br>**DAL TWY Bravo Rehab dated 2/23/2017**<br>**DAL TWY Echo Rehab dated 2/27/2017** | |
|---|---|---|---|
| | State the term remaining | | **EJT Trucking** |
| | List the contract number of any government contract | | **15465 County Rd 790** |
| | | | **Nevada, TX 75173** |

| 2.422. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/15/2014** | |
|---|---|---|---|
| | State the term remaining | | **Elechs, Inc.** |
| | List the contract number of any government contract | | **4051 SW 47th Avenue, Suite 104** |
| | | | **Davie, FL 33314** |

Debtor 1    **Magnum Construction Management, LLC**                     Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.423.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Purchase Order for HEFT II- E8N20 Project Date:  7/10/2017**

**Electrical Top Quality**
**12360 SW 104th Terrace**
**Miami, FL 33186**

---

**2.424.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Purchase Orders for the following projects: FM2181 - Denton County dated 1/10/2018 FM2181 - Denton County dated 7/12/2018**

**Elliott Electric Supply**
**P.O. Box 206524**
**Dallas, TX 75320**

---

**2.425.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Purchase Order for the following project: Joseph Caleb Ctr Atrium Refurb dated 3/13/2018**

**EM&G Firestopping and Life Safety Consultants, LLC**
**9620 SW 104th Court**
**Miami, FL 33176**

---

**2.426.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Purchase Order for the following project: FIU - UCPP - DB Pedestrian Bridge dated 1/26/2018**

**Emergency Ice 911**
**260 West 27th Street**
**Hialeah, FL 33010**

---

**2.427.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 8/11/2014**

**Emman Enterprises, Inc.**
**14010 NW 20TH Ct.**
**Opa Locka, FL 33054**

---

Debtor 1   **Magnum Construction Management, LLC**
         First Name          Middle Name          Last Name                    Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.428. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Empire Office, Inc.** |
| | List the contract number of any government contract | | **5112 West Linebaugh Avenue** **Tampa, FL 33624** |

| 2.429. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project: DAL TWY Bravo Rehab dated 2/27/2017 DAL TWY Echo Rehab dated 6/28/2017** | |
|---|---|---|---|
| | State the term remaining | | **Enercon** |
| | List the contract number of any government contract | | **P.O. Box 269031** **Oklahoma City, OK 73126-9031** |

| 2.430. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/20/2010** | |
|---|---|---|---|
| | State the term remaining | | **Engineered Equipment Systems, Inc.** |
| | List the contract number of any government contract | | **11922 SW 12th Terrace** **Miami, FL 33184** |

| 2.431. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: FIU - UCPP - DB Pedestrian Bridge dated 11/11/2016** | |
|---|---|---|---|
| | State the term remaining | | **Enord Aerial Imaging** |
| | List the contract number of any government contract | | **4193 N. Bay Road** **Miami Beach, FL 33140** |

| 2.432. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/18/2012** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Electrical Contracting, Inc.** |
| | List the contract number of any government contract | | **1740 NW 69TH Avenue** **Miami, FL 33126** |

Debtor 1  **Magnum Construction Management, LLC** _____     Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

2.433.   State what the contract or lease is for and the nature of the debtor's interest

**Master Lease Agreement for the following vehicles (Account No.: 125767): GMC W45; S/N: J8DC4B16657001585 GMC W45; S/N: J8DC4B16157001252 Isuzu NPR-HD; S/N: JALC4W164J7007824 Ford F-550 XL 4X4; S/N: 1FDGF5HT4CEC34315 Chevrolet Silverado 1500; S/N: 1GCRCSEAXDZ307074 Chevrolet Silverado 1500; S/N: 1GCNCPEX3DZ296337 Ford F-150 XL; S/N: 1FTRW14819FB45876 Dodge Ram 1500 Regular Cab; S/N: 3C6JR6DG9EG100869 Dodge Ram 1500 Regular Cab; S/N: 3C6JR6DG7EG100871 Dodge RAM; S/N: 3C6JR6DG0EG100873 Dodge RAM; S/N: 1C6RR6FG9ES172096 Dodge Ram 1500; S/N: 1C6RR6FG8ES243000 Chevrolet Silverado 1500;  S/N: 1GCNCPEH7EZ307916 Chevrolet Silverado 1500; S/N: 1GCNCPEH8EZ313451 Dodge Ram 1500; S/N: 3C6JR6DG7EG104144 Dodge Ram 1500 Quad Cab 4X4; S/N: 1C6RR7FG5ES292192 Dodge Ram 1500; S/N: 3C6JR6DG6EG310132 Dodge Ram 1500; S/N: 3C6JR6DG2EG316532 Dodge Ram 1500; S/N: 1C6RR6FGXES197671 Ford F-150 Super Cab 4X2; S/N: 1FTEX1CM9EKF43610 Ford F-150 Super Crew 4X2; S/N: 1FTEW1CM6EFC63669 Ford F-150 XL; S/N: 1FTMF1CM0EFC48211**

**Enterprise Fleet Management 5105 Johnson Road Coconut Creek, FL 33073**

Debtor 1   **Magnum Construction Management, LLC**                          Case number (*if known*) _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | |

**Dodge Ram 1500 Qud Cab; S/N: 1C6RR6FG8FS578291**
**Dodge Ram 1500 Qud Cab; S/N: 1C6RR6FG6FS578290**
**Dodge Ram 1500 Regular Cab; S/N: 3C6JR6DG0FG584769**
**Dodge Ram 1500 Regular Cab; S/N: 3C6JR6DG9FG584771**
**Dodge Ram 1500 Regular Cab; S/N: 3C6JR6DG7FG584770**
**Dodge Ram 1500 Quad Cab; S/N: 1C6RR7VT4FS640516**
**GMC Sierra 1500 4x4; S/N: 1GTV2LEC6GZ359122**
**Dodge Ram 1500 4X4 Quad Cab; S/N: 1C6RR7FG9GS385252**
**Dodge Ram 1500 4X4 Quad Cab; S/N: 1C6RR7FG1GS166575**
**Ford F-150; S/N: 1FTEW1EG0HFA87973**
**Chevrolet Silverado 1500; S/N: 1GCNKNEH7HZ103709**
**Ford F-150 4x2; S/N: 1FTEW1CP1HKD67069**
**Chevrolet Silverado 1500 4x4; S/N: 1GCVKNEH2JZ184480**
**Cadillac Escalade; S/N: 1GYS4JEF2BR306867**
**Ford Edge SEL; S/N: 2FMDK3JC5DBB95938**
**Infinitni QX60; S/N: 5N1AL0MM6EC523419**
**Lexus LX570; S/N: JTJHY7AX6E4139899**
**Ford Edge; S/N: 2FMDK3GC3EBA02503**
**Ford E350; S/N: 1FDWE3FL2FDA12825**
**Nissan NV200; S/N: 3NC6M0KN8HK717841**

State the term remaining

List the contract number of any government contract                          _____     _____

Debtor 1   **Magnum Construction Management, LLC**                    Case number *(if known)* _____
        First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.434. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/21/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Environmental Graphics, Inc.** <br> **11232 Challenger Avenue, Suite 1** <br> **Odessa, FL 33556** |

| 2.435. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/12/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Environmental Safety Services, Inc.** <br> **2652 FM 407, Suite 235** <br> **Bartonville, TX 76226** |

| 2.436. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/16/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Epic Consultants, Inc.** <br> **9181 SW 140 Street** <br> **Miami, FL 33176** |

| 2.437. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: DAL TWY Bravo Rehab dated 7/21/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **EquiPro** <br> **7431 Dogwood Park, Suite A** <br> **Fort Worth, TX 76181** |

| 2.438. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/7/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Erosion Prevention Products, LLC.** <br> **510 Wisconsin Street** <br> **South Houston, TX 77587** |

| 2.439. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/7/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Euro Design Experts, LLC** <br> **8930 W. State Road 84, #275** <br> **Davie, FL 33324** |

Debtor 1   **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | _____ | _____ |

| 2.440. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/1/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Everett Painting Company, Inc.**<br>**2531 NW 79th Street**<br>**Miami, FL 33147** |

| 2.441. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects:**<br>**Doral Police Sub-Station dated 8/18/2016**<br>**Grove Bay Parking Garage dated 6/6/2018**<br>**Liberty Village dated 12/6/2016**<br>**Liberty Village dated 9/26/2017**<br>**Coalition Lift dated 10/31/2016**<br>**Coalition Lift dated 4/7/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Everglades Lumber**<br>**225 SW 2nd Avenue**<br>**Homestead, FL 33030** |

| 2.442. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/16/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Everglades Lumber And Building Supplies**<br>**225 SW 2nd Avenue**<br>**Homestead, FL 33030** |

| 2.443. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/24/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Everglades Restorations & Land Clearing,**<br>**16901 SW 62 Street**<br>**SW Ranches, FL 33331** |

Debtor 1  **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
       First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.444. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: HEFT II- E8N20 dated 12/4/2017 and 12/18/2017 Port Everglades Slip 2 Ext. 12/4/2017, 12/14/2017** | |
|---|---|---|---|
| | State the term remaining | | **Everglades Steel Corporation 5901 NW 74 Avenue Miami, FL 33166** |
| | List the contract number of any government contract | | |

| 2.445. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/23/2014** | |
|---|---|---|---|
| | State the term remaining | | **Everglades Waste Removal Services, LLC. 700 S.E. 32nd Ct. Fort Lauderdale, FL 33335** |
| | List the contract number of any government contract | | |

| 2.446. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following contract: NAS Meridian Dining Facility dated 7/26/2018** | |
|---|---|---|---|
| | State the term remaining | | **Ewing/Kessler, Inc. 1631 Century Center Pkwy-Ste 105 Memphis, TN 38134** |
| | List the contract number of any government contract | | |

| 2.447. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/1/2014** | |
|---|---|---|---|
| | State the term remaining | | **Exclusive Surfaces, Inc. 14272 SW 140th St - Suite 108 Miami, FL 33186** |
| | List the contract number of any government contract | | |

| 2.448. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/10/2013** | |
|---|---|---|---|
| | State the term remaining | | **EZ Block Construction, Corp. 4719 NW 7th Street, #307 Miami, FL 33126** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                        Case number *(if known)* _____
First Name          Middle Name          Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.449. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/23/2012** | |
|---|---|---|---|
| | State the term remaining | | **F & M Cabinets & Installations, Inc. 525 W 26TH Street Hialeah, FL 33010** |
| | List the contract number of any government contract | | |

| 2.450. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: FIU - UCPP - DB Pedestrian Bridge dated 8/7/2017** | |
|---|---|---|---|
| | State the term remaining | | **F R Aleman & Assoc, Inc 10305 NW 41 Street, Ste. #200 Miami, FL 33178** |
| | List the contract number of any government contract | | |

| 2.451. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: NAS Meridian Dining Facilitya dated 5/2/2018** | |
|---|---|---|---|
| | State the term remaining | | **F.L. Crane & Sons, Inc. 119 S. Rankin Industrial Dr. Meridian, MS 39073** |
| | List the contract number of any government contract | | |

| 2.452. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/12/2013** | |
|---|---|---|---|
| | State the term remaining | | **F.R.S. & Associates, Inc. 2257 Vista Pkwy, Suite 4 West Palm Beach, FL 33411** |
| | List the contract number of any government contract | | |

| 2.453. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for teh following projects: DAL TWY Bravo Rehab dated 1/30/2017 DAL TWY Echo Rehab dated 2/3/2017** | |
|---|---|---|---|
| | State the term remaining | | **Fabco, LLC P.O. Box 732681 Dallas, TX 75373** |
| | List the contract number of any government contract | | |

| 2.454. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/10/2008** | **Falcon Fire Protection, Inc. 8690 N.W. 58th Street Miami, FL 33166** |
|---|---|---|---|

Debtor 1   **Magnum Construction Management, LLC**                                         Case number (*if known*) _____
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract                    _____

---

| 2.455. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/12/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Falcon Fire Protection, Inc.**<br>**P.O. Box 521073**<br>**Miami, FL 33152** |

---

| 2.456. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects:**<br>**DAL TWY Bravo Rehab dated 6/2/2017**<br>**Port Everglades Slip 2 Ext. dated 12/6/2016**<br>**Port Everglades Slip 2 Ext. dated 5/25/2017**<br>**T4433 - Broward Blvd. dated 1/9/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fastenal Company**<br>**P.O. Box 978**<br>**Winona, MN 55987** |

---

| 2.457. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects:**<br>**DAL TWY Bravo Rehab dated 10/27/2017**<br>**Lake Sharon Drive - Corinth dated 11/8/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fastsigns**<br>**12942 SW 120 Street**<br>**Miami, FL 33186** |

---

| 2.458. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/8/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fence Connection, Inc.**<br>**12250 SW 132nd Court, Unit 102**<br>**Miami, FL 33186** |

---

Debtor 1    **Magnum Construction Management, LLC**                    Case number *(if known)*
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.459. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/30/2012** | |
|---|---|---|---|
| | State the term remaining | | **Fence Masters, Inc.** |
| | List the contract number of any government contract | | **3550 NW 54th Street** <br> **Miami, FL 33142** |

| 2.460. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects:** <br> **CD 4.10 (2) 54-Inch DI FM dated 8/9/2017** <br> **DAL TWY Bravo Rehab dated 2/2/2017, 10/17/2017,  2/8/2018, 2/3/2017** <br> **HEFT II- E8N20 dated 8/31/2017** <br> **T4433 - Broward Blvd. dated 10/13/2017** | |
|---|---|---|---|
| | State the term remaining | | **Ferguson Waterworks** <br> **8505 Laurel Fair Cir.** <br> **Suite 200** |
| | List the contract number of any government contract | | **Tampa, FL 33610** |

| 2.461. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/12/2008** | |
|---|---|---|---|
| | State the term remaining | | **Fernandez Cabinets, Inc.** |
| | List the contract number of any government contract | | **2595 West 8th Avenue** <br> **Hialeah, FL 33010** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1 **Magnum Construction Management, LLC**
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.462. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 3/20/2018 E4S38 A1A Bridge Rehab Control dated 12/5/2017 FIU - UCPP - DB Pedestrian Bridge dated 12/5/2017 HEFT II- E8N20 dated 7/10/2017, 12/5/2017, 12/18/2017 N69450-16-C-1612 W.T. Sampson School dated 9/22/2017, 12/5/2017 POM - Terminal F dated 4/5/2017, 12/18/2017 T4433 - Broward Blvd. dated 12/5/2017, 1/2/2018** | |
|---|---|---|---|
| | State the term remaining | | **FIA Trade Group Inc 7720 SW 53 Avenue Miami, FL 33143** |
| | List the contract number of any government contract | | |

| 2.463. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Finomex, LLC 5186 NW 106th Avenue Doral, FL 33178** |
| | List the contract number of any government contract | | |

| 2.464. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/31/2013** | |
|---|---|---|---|
| | State the term remaining | | **Firepak, Inc. 7290 NW 44 Street Miami, FL 33166** |
| | List the contract number of any government contract | | |

| 2.465. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Firestop Specialties, Inc. 899 Lake Dr. Miami, FL 33166** |
| | List the contract number of any government contract | | |

Debtor 1   **Magnum Construction Management, LLC**
_____

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.466. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/12/2009** | |
|---|---|---|---|
| | State the term remaining | | **Fisk Electric Company** |
| | List the contract number of any government contract | | **10855 Westview Drive** **Houston, TX 77043** |

| 2.467. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/15/2013** | |
|---|---|---|---|
| | State the term remaining | | **Flamingo Shop Serv Corporation** |
| | List the contract number of any government contract | | **205 NE 179 St.** **Miami, FL 33162** |

| 2.468. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/27/2013** | |
|---|---|---|---|
| | State the term remaining | | **Fleites Construction Group Inc.** |
| | List the contract number of any government contract | | **840 Nightingale Avenue** **Miami, FL 33166** |

| 2.469. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: DAL TWY Bravo Rehab dated 3/13/2018** | |
|---|---|---|---|
| | State the term remaining | | **Fleming Manufacturing** |
| | List the contract number of any government contract | | **2208 N Frazier, Building E.** **Conroe, TX 77303** |

| 2.470. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Florida Bridge Builders, Inc.** |
| | List the contract number of any government contract | | **7000 SW 22nd Court, #127D D** **Davie, FL 33317** |

Debtor 1   **Magnum Construction Management, LLC**

      First Name         Middle Name         Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.471. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 2/2/2017 FIU - UCPP - DB Pedestrian Bridge dated 11/9/2016 Grove Bay Parking Garage dated 2/2/2018 Port Everglades Slip 2 Ext. dated 12/15/2016, 8/24/2017** | |
|---|---|---|---|
| | State the term remaining | | **Florida Civil, Inc** |
| | List the contract number of any government contract | | **Matt Milinski, PE 2240 NW 22 Street Pompano Beach, FL 33069** |

| 2.472. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/21/2008** | |
|---|---|---|---|
| | State the term remaining | | **Florida Concrete Group Corp.** |
| | List the contract number of any government contract | | **3295 West 14th Avenue Hialeah, FL 33012** |

| 2.473. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 5/22/2017 FIU - UCPP - DB Pedestrian Bridge dated 11/9/2016 T4433 - Broward Blvd. dated 11/22/2016** | |
|---|---|---|---|
| | State the term remaining | | **Florida Concrete Products, LLC** |
| | List the contract number of any government contract | | **P.O. Box 349347 Florida City, FL 33034** |

| 2.474. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/1/2012** | |
|---|---|---|---|
| | State the term remaining | | **Florida Construction & Engineering Inc.** |
| | List the contract number of any government contract | | **155 Bentley Drive Miami, FL 33166** |

Debtor 1  **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.475. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 11/4/2017** | |
|---|---|---|---|
| | State the term remaining | | **Florida Dock & Door** |
| | List the contract number of any government contract | | **10424 W. McNab Road Building B Tamarac, FL 33321** |

| 2.476. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: POM - Terminal F dated 8/14/2017** | |
|---|---|---|---|
| | State the term remaining | | **Florida Door Control** |
| | List the contract number of any government contract | | **658-2 Washburn Rd. Melbourne, FL 32934** |

| 2.477. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: FIU - UCPP - DB Pedestrian Bridge dated 11/11/2016 Grove Bay Parking Garage dated 3/14/2018 Reagan-Doral MS conv. to SHS dated 9/29/2017 T4433 - Broward Blvd. dated 11/11/2016** | |
|---|---|---|---|
| | State the term remaining | | **Florida Fence Rental, Inc** |
| | List the contract number of any government contract | | **8491 NW 64 Street Miami, FL 33166** |

| 2.478. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/7/2014** | |
|---|---|---|---|
| | State the term remaining | | **Florida Foundation Systems, Inc.** |
| | List the contract number of any government contract | | **2030 NW 22nd CT,. Pompano Beach, FL 33069** |

| 2.479. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/19/2013** | |
|---|---|---|---|
| | State the term remaining | | **Florida Handling Systems, Inc.** |
| | List the contract number of any government contract | | **2651 State Road 60 West Bartow, FL 33830** |

Debtor 1  **Magnum Construction Management, LLC**                                    Case number *(if known)* _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.480.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 1/21/2013**

**Florida Lemark Corporation**
**2040 Northwest 94 Avenue**
**Doral, FL 33172**

---

**2.481.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/16/2015**

**Florida Lifts, LLC**
**1718 Corporate Drive**
**Boynton Beach, FL 33426**

---

**2.482.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Purchase Order for the following project: Port Everglades Slip 2 Ext. dated 11/17/2017**

**Florida Pipe & Steel, Inc.**
**6903 Vista Parkway N.**
**Suite 1**
**West Palm Beach, FL 33411**

---

**2.483.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 3/1/2015**

**Florida Safeguard, Inc.**
**8207 SW 124th Street**
**Pinecrest, FL 33156**

---

**2.484.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/27/2016**

**Florida Safety Contractors, Inc.**
**P.O. Box 16628**
**Tampa, FL 33687**

---

**2.485.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

**Master Subcontract Agreement with subcontractor dated 7/15/2009**

**Florida Service Painting, Inc.**
**12140 Metro Pkwy, Suite K**
**Fort Myers, FL 33966**

---

Debtor 1  **Magnum Construction Management, LLC**

First Name  Middle Name  Last Name

Case number *(if known)* _____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

| 2.486. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/16/2017** | |
|---|---|---|---|
| | State the term remaining | | **Florida Sol Systems, Inc.** |
| | List the contract number of any government contract | | **7055 SW 10th St.** |
| | | | **Miami, FL 33144** |

---

| 2.487. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/26/2013** | |
|---|---|---|---|
| | State the term remaining | | **Florida Tilt, Inc.** |
| | List the contract number of any government contract | | **12401 SW 134 Court, Suite 15** |
| | | | **Miami, FL 33186** |

---

| 2.488. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **Florida Visual Display Products, Inc.** |
| | List the contract number of any government contract | | **Dba Florida Chalkboard Co.** |
| | | | **1428 E Semoran Blvd., Suite 103** |
| | | | **Apopka, FL 32703** |

---

| 2.489. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: CD 4.10 (2) 54-Inch DI FM dated 4/28/2017** | |
|---|---|---|---|
| | State the term remaining | | **Flotech Environmental LLC** |
| | List the contract number of any government contract | | **PO Box 530341** |
| | | | **Miami Shores, FL 33153** |

---

| 2.490. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 8/7/2018** | |
|---|---|---|---|
| | State the term remaining | | **FLT Geosystems** |
| | List the contract number of any government contract | | **809 Progresso Drive** |
| | | | **Fort Lauderdale, FL 33304** |

---

Debtor 1   **Magnum Construction Management, LLC**                      Case number *(if known)*
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.491. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: Port Everglades Slip 2 Ext. dated 9/27/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Force Fasteners Int. LLC.**<br>**8556 NW 93 Street**<br>**Medley, FL 33166** |

| 2.492. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 2/28/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Forestry Resources, Inc**<br>**4353 Michigan Link**<br>**Fort Myers, FL 33916** |

| 2.493. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/23/2011** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Forever Lawn Of Florida, Inc.**<br>**614 East Highway 50**<br>**PMB 347**<br>**Clermont, FL 34711** |

| 2.494. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/18/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Formrite Construction, LLC.**<br>**10380 USA Today Way**<br>**Miramar, FL 33025** |

| 2.495. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: CD 4.10 (2) 54-Inch DI FM dated 7/19/2017** | |
|---|---|---|---|
| | State the term remaining | | **Forterra Pressure Pipe, Inc.**<br>**511 E John Carpenter Parkway**<br>**Suite 600** |
| | List the contract number of any government contract | | **Irving, TX 75052** |

| 2.496. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 4/9/2018 HEFT II- E8N20 dated 6/13/2018** | **Fortiline Waterworks**<br>**14202 SW 142 Avenue**<br>**Miami, FL 33186** |
|---|---|---|---|

Debtor 1   **Magnum Construction Management, LLC**                    Case number *(if known)* _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract    _____

---

**2.497.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**Master Subcontract
Agreement with
subcontractor dated
4/15/2014**

**Fortson Contracting, Inc.
772 FM 1126
Rice, TX 75155**

---

**2.498.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**Master Subcontract
Agreement with
subcontractor dated
3/1/2016**

**Foster Construction Of South Florida, In
610 Northwest 183rd Street
Suite 205
Miami, FL 33169**

---

**2.499.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**Project Superintendent
Project Completion
Employment
Agreement dated June
28, 2018 (Joseph Caleb
Renovations Project)**

**Foster, Gerald
878 NW 9th Court
Homestead, FL 33030**

---

**2.500.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**Master Subcontract
Agreement with
subcontractor dated
12/19/2008**

**Four Star Masonry Contractors, Inc.
20251 SW 50th Place
Southwest Ranches, FL 33332**

---

**2.501.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**Master Subcontract
Agreement with
subcontractor dated
4/5/2011**

**Francis Engineering, Inc.
1232 SW 31st Avenue
Fort Lauderdale, FL 33312**

---

Debtor 1  **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
       First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.502.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects: DAL TWY Bravo Rehab dated 5/12/2017 DAL TWY Echo Rehab dated 5/12/2017**

State the term remaining

List the contract number of any government contract

**Frank Bartel Transportation
PO Box 827
Aubrey, TX 76227**

---

**2.503.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 10/10/2014**

State the term remaining

List the contract number of any government contract

**Fred McGilvray, Inc.
8690 NW 58 St
Miami, FL 33166**

---

**2.504.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 10/1/2014**

State the term remaining

List the contract number of any government contract

**Free Flow Construction, Inc.
13706 SW 145 Ct.
Miami, FL 33186**

---

**2.505.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for the following project: Coalition Lift dated 5/4/2017**

State the term remaining

List the contract number of any government contract

**Free Flow Construction, Inc.
13706 SW 145 Court
Miami, FL 33186**

---

**2.506.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 2/6/2013**

State the term remaining

List the contract number of any government contract

**Fresh Coat Painters of Frisco
3411 Preston Road, Suite C13-207
Frisco, TX 75034**

---

Debtor 1  **Magnum Construction Management, LLC**                              Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.507.  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects:**
**C-111 Detention Area dated 7/12/2017**
**FIU - UCPP - DB Pedestrian Bridge dated 11/8/2017**
**Florida City Elementary dated 6/13/2017**
**Joseph Caleb Ctr Atrium Refurb dated 7/25/2017**
**Liberty Village dated 5/19/2017**
**POM - Terminal F dated 5/19/2017**
**T4433 - Broward Blvd. dated 6/13/2017**

State the term remaining

List the contract number of any government contract

**Friendly John**
**2122 Northwest 7th Ave.**
**Miami, FL 33127**

2.508.  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor**

State the term remaining

List the contract number of any government contract

**Funa International, Inc.**
**1570 NW 165th St**
**Miami, FL 33169**

2.509.  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects:**
**FIU - UCPP - DB Pedestrian Bridge dated 3/29/2017**
**Grove Bay Parking Garage dated 4/30/2018, 9/12/2018**
**N69450-16-C-1612 W.T. Sampson School dated 11/27/2017**
**POM - Terminal F dated 10/28/2016**
**T4433 - Broward Blvd. dated 8/27/2018**

State the term remaining

List the contract number of any government contract

**Galloway Office Supplies**
**10201 NW 21 Street**
**Miami, FL 33172**

Debtor 1 **Magnum Construction Management, LLC**
    First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.510. State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2016** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Gamax Consulting Inc.**<br>**13876 SW 56 St #456**<br>**Miami, FL 33175** |

| 2.511. State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with Subcontractor dated 4/25/2017** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | **Gamma Air System, Inc.**<br>**16761 NW 80 Court**<br>**Miami Lakes, FL 33016** |

| 2.512. State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: Lighthouse for the Blind dated 11/29/2017** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | **Gamma Air System, Inc.**<br>**16761 NW 80th Court**<br>**Miami Lakes, FL 33016** |

| 2.513. State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/5/2014** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | **Gannett Fleming Project Development Corporation**<br>**207 Senate Avenue**<br>**Camp Hill, PA 17011** |

| 2.514. State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: C-111 Detention Area dated 12/13/2017** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | **Gar-P Industries, Inc.**<br>**10890 NW South River Drive**<br>**Medley, FL 33178** |

| 2.515. State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/16/2009** |
|---|---|
| State the term remaining | |
| List the contract number of any | **Garaventa USA, Inc.**<br>**549 Sawgrass Corporate Parkway**<br>**Sunrise, FL 33325** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Magnum Construction Management, LLC**
      First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | _____ |

| 2.516. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/14/2016** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Garaventa USA, Inc.** **549 Sawgrass Corporate Parkway** **Sunrise, FL 33325** |

| 2.517. | State what the contract or lease is for and the nature of the debtor's interest | **Project Completion Employment Agreement dated July 16, 2018 (Terminal 4 Project)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Garcia, Joseph** **8435 NW 201 St** **Hialeah, FL 33015** |

| 2.518. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: DAL TWY Bravo Rehab dated 5/31/2017 DAL TWY Bravo Rehab dated 1/6/2018 DAL TWY Echo Rehab dated 5/25/2017** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gary Kincaid Scale Co** **P.O. BOX 1969** **Forney, TX 75128** |

| 2.519. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/1/2015** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gates Precast Company** **9540 San Jose Boulevard** **Jacksonville, FL 32257** |

| 2.520. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/11/2008** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **GBA Construction & Development Group, Inc.** **15240 SW 160th Street** **Miami, FL 33187.** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.521. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: DAL TWY Bravo Rehab dated 5/31/2017, 7/25/2017 FM2181 - Denton County dated 10/19/2017** | |
|---|---|---|---|
| | State the term remaining | | **GCP Applied Technologies** |
| | List the contract number of any government contract | | **P.O. Box 96160 Chicago, IL 60693** |

| 2.522. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: Liberty Village dated 4/20/2017 Coalition Lift dated 11/8/2016** | |
|---|---|---|---|
| | State the term remaining | | **GE Appliances** |
| | List the contract number of any government contract | | **1395 So Marietta Pkwy. Bldg 100-19 Marietta, GA 30067** |

| 2.523. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/10/2009** | |
|---|---|---|---|
| | State the term remaining | | **Gemstone, LLC.** |
| | List the contract number of any government contract | | **1010 Kennedy Drive, Suite 406 Key West, FL 33040** |

| 2.524. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Gene Contracting Demolition Inc.** |
| | List the contract number of any government contract | | **4980 SW 52nd St., #110 Davie, FL 33314** |

| 2.525. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/18/2012** | |
|---|---|---|---|
| | State the term remaining | | **General Asphalt Co., Inc.** |
| | List the contract number of any government contract | | **4850 NW 72nd Ave Miami, FL 33166** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
　　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.526. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: T4433 - Broward Blvd. dated 11/14/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **General Asphalt Company, Inc**<br>**4850 NW 72 Avenue**<br>**Miami, FL 33166** |

| 2.527. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor (2017)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **General Impact Glass & Windows Corp.**<br>**290 W. 78th Road**<br>**Hialeah, FL 33014** |

| 2.528. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 9/5/2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Genuine Parts Company**<br>**2999 Circle 75 Parkway**<br>**Atlanta, GA 30339** |

| 2.529. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: DAL TWY Echo Rehab datged 2/27/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Geo Solutions Inc**<br>**7011 West Bee Cave Road**<br>**Austin, TX 78746** |

| 2.530. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: DAL TWY Bravo Rehab dated 11/7/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Geomatic Resources LLC**<br>**2914 W. Story Road**<br>**Irving, TX 75038** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name
　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.531. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: DAL TWY Bravo Rehab dated 7/6/2017, 3/7/2018, 8/22/2017 FM2181 - Denton County dated 1/26/2018, 2/15/2018 Lake Sharon Drive - Corinth dated 3/7/2018** | |
|---|---|---|---|
| | State the term remaining | | **Geomatic Supplies & Sales LLC 2914 W. Story Road Irving, TX 75038** |
| | List the contract number of any government contract | | |

| 2.532. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/29/2013** | |
|---|---|---|---|
| | State the term remaining | | **George s Welding Services Inc. 11400 NW 134 Street Miami, FL 33178** |
| | List the contract number of any government contract | | |

| 2.533. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 7/20/2017 Doral Police Sub-Station dated 12/8/2016 FIU - UCPP - DB Pedestrian Bridge dated 6/26/2017 Liberty Village dated 1/12/2017 Lighthouse for the Blind dated 11/28/2016 POM - Terminal F dated 1/24/2017** | |
|---|---|---|---|
| | State the term remaining | | **George's Crane Service, Inc 2190 NW 110 Avenue Miami, FL 33172** |
| | List the contract number of any government contract | | |

| 2.534. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: FIU - UCPP - DB Pedestrian Bridge dated 4/4/2017** | |
|---|---|---|---|
| | State the term remaining | | **Geosol, Inc. 5795-A NW 151 Street Miami Lakes, FL 33014** |
| | List the contract number of any government contract | | |

Debtor 1  **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name          Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

**2.535.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects: FIU - UCPP - DB Pedestrian Bridge dated 11/9/2016 Grove Bay Parking Garage dated 3/9/2018, 4/3/2018 N69450-16-C-1612 W.T. Sampson School dated 2/28/2017, 4/4/2017, 5/9/2017, 10/26/2017**

State the term remaining

List the contract number of any government contract

**Gerdau Ameristeel
P.O. Box 905742
Charlotte, NC 28290**

---

**2.536.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for the following project: Grove Bay Parking Garage dated 8/2/2018**

State the term remaining

List the contract number of any government contract

**GFA International
1215 Wallace Drive
Delray Beach, FL 33444**

---

**2.537.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 4/15/2014**

State the term remaining

List the contract number of any government contract

**GHB Equipment Copmpany, LLC
3257 FM 1629
Edhube, TX 75418**

---

**2.538.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 5/1/2015**

State the term remaining

List the contract number of any government contract

**Gimrock Construction Inc.
14400 NW 102nd Ave
Hialeah, FL 33018**

---

**2.539.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for the following project: Lighthouse for the Blind dated 4/10/2017**

State the term remaining

List the contract number of any

**Glass Tech Engineering, Inc
8321 NW 70 Street
Miami, FL 33166**

---

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)*
_____
First Name            Middle Name            Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.540. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/4/2012** | |
| | State the term remaining | | **Glass Tech Engineering, Inc.** |
| | List the contract number of any government contract | | **8321 NW 70 St.,** **Miami, FL 33166** |
| 2.541. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/1/2017** | |
| | State the term remaining | | **GLE Associates, Inc.** |
| | List the contract number of any government contract | | **5405 Cypress Center Drive, Suite 110** **Tampa, FL 33609** |
| 2.542. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 7/11/2018** | |
| | State the term remaining | | **Global Equipment Company** |
| | List the contract number of any government contract | | **P.O. Box 905713** **Charlotte, NC 28290** |
| 2.543. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following projects: CD 4.10 (2) 54-Inch DI FM dated 1/25/2017 Doral Police Sub-Station dated 10/13/2016 E4S38 A1A Bridge Rehab Control dated 10/2/2017 Florida City Elementary dated 6/15/2017 Joseph Caleb Ctr Atrium Refurb dated 7/25/2017 Liberty Village dated 11/8/2016 Lighthouse for the Blind dated 12/1/2016 Coalition Lift dated 1/26/2017** | |
| | State the term remaining | | **Gomez & Son Fence Company** **10805 NW 22nd St.** **Miami, FL 30172** |

Debtor 1   **Magnum Construction Management, LLC**                    Case number (*if known*) _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ |
|---|---|---|

| 2.544. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/11/2014** | |
|---|---|---|---|
| | State the term remaining | | **Gomez & Son Fence Corp.** |
| | List the contract number of any government contract | | **10805 N.W. 22 Street** **Miami, FL 33182** |

| 2.545. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/31/2015** | |
|---|---|---|---|
| | State the term remaining | | **Gomez Quality Insulation, Inc.** |
| | List the contract number of any government contract | | **7865 NW 66 Street** **Miami, FL 33166** |

| 2.546. | State what the contract or lease is for and the nature of the debtor's interest | **Project Manager Project Completion Employment Agreement dated June 26, 2018 (HEFT II Project)** | |
|---|---|---|---|
| | State the term remaining | | **Gonzales, Juan Miguel** **1300 S Miami Ave** |
| | List the contract number of any government contract | | **#3503** **Miami, FL 33130** |

| 2.547. | State what the contract or lease is for and the nature of the debtor's interest | **Project Completion Employment Agreement dated July 16, 2018 (Terminal 4 Project)** | |
|---|---|---|---|
| | State the term remaining | | **Gonzalez, Ivy F.** **1805 Sans Souci Blvd** |
| | List the contract number of any government contract | | **Apt. 418** **Miami, FL 33181** |

| 2.548. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for the following project: E4S38 A1A Bridge Rehab Control dated 8/31/2017** | |
|---|---|---|---|
| | State the term remaining | | **Gotta Go Green Enterprises** **4880 43rd Street** |
| | List the contract number of any government contract | | **Vero Beach, FL 32967** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Magnum Construction Management, LLC**                               Case number (*if known*) _____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.549.   State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 2/8/2013**

State the term remaining

**GPE Engineering & General Contractor Cor**
**13117 Northwest 107 Avenue**
**Unit 1**
**Hialeah Gardens, FL 33018**

List the contract number of any government contract

---

2.550.   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects:**
**DAL TWY Bravo Rehab dated 3/3/17**
**Florida City Elementary dated 9/15/17**
**FM2181 - Denton County dated 9/4/18**
**HEFT II- E8N20 dated 7/28/17**
**N69450-16-C-1612 W.T. Sampson School dated 11/14/16, 1/6/17, 1/11/17 1/20/2017, 1/25/2017, 1/30/2017, 2/6/2017, 2/10/2017, 2/23/2017, 2/24/2017, 3/3/2017, 3/23/2017, 3/27/2017, 4/5/2017, 8/15/2018, 8/28/2017, 10/23/2017, 7/30/2018, 9/5/2018**
**NAS Meridian Dining Facility dated 2/27/2018**
**Reagan-Doral MS conv. to SHS dated 12/13/2017**

State the term remaining

List the contract number of any government contract

**Grainger Department**
**P.O. Box 419267**
**Kansas City, MO 64141**

---

2.551.   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects:**
**N69450-16-C-1612 W.T. Sampson School dated 5/19/2017, 7/5/2017, 10/27/2017, 12/1/2017, 1/31/2018**
**NAS Meridian Dining Facility dated 12/12/2017**

State the term remaining

List the contract number of any government contract

**Graybar Electric Co. Inc**
**34 N. Meramec Avenue**
**Saint Louis, MO 63105**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1 **Magnum Construction Management, LLC**                   Case number *(if known)* _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.552. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Great Plains Farms, LLC** |
| | List the contract number of any government contract | | **10359 Lake District Lane** **Orlando, FL 32832** |

| 2.553. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/9/2012** | |
|---|---|---|---|
| | State the term remaining | | **Green Light Electric Systems, Inc.** |
| | List the contract number of any government contract | | **2285 West 76 Street** **Hialeah, FL 33016** |

| 2.554. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 5/30/2017 DAL TWY Echo Rehab dated 5/30/2017** | |
|---|---|---|---|
| | State the term remaining | | **Green Planet Inc** |
| | List the contract number of any government contract | | **6371 State Hwy 276 W.** **Royse City, TX 75189** |

| 2.555. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/11/2013** | |
|---|---|---|---|
| | State the term remaining | | **Griffin Construction Services Group, LLC** |
| | List the contract number of any government contract | | **3805 Investment Lane** **Suite 1** **West Palm Beach, FL 33404** |

| 2.556. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office space located at 7990 Southwest 117th Avenue, Suite 208, Miami, FL 33183, and amendment dated January 30, 2019 (9 month extension and relocation from Suite 208 to Suite 125); Lease expires: 9/30/19** | |
|---|---|---|---|
| | State the term remaining | | **Grossman, William & Phyllis, as co-trustees of 7990 Land Trust 6/20/86** **9655 South Dixie Highway** **Suite 300** **Miami, FL 33156** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.557. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement ofr office space located at 7990 Southwest 117th Avenue, Suite 137, Miami, FL 33183, and amendment dated January 30, 2019 (9 month extension). Lease expires: 9/30/19** | |
|---|---|---|---|
| | State the term remaining | | **Grossman, William & Phyllis, as co-trustees of 7990 Land Trust 6/20/86** |
| | List the contract number of any government contract | | **9655 South Dixie Highway Suite 300 Miami, FL 33156** |

| 2.558. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): POM - Terminal F dated 3/15/2017** | |
|---|---|---|---|
| | State the term remaining | | **Ground Hound Detection Services, Inc.** |
| | List the contract number of any government contract | | **2930 NW Commerce Park Drive Suite 1 Boynton Beach, FL 33426** |

| 2.559. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/17/2009** | |
|---|---|---|---|
| | State the term remaining | | **Gruenthal Construction & Development Cor** |
| | List the contract number of any government contract | | **200 Lindell Boulevard, Suite 917 Delray Beach, FL 33483** |

| 2.560. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): FM2181 - Denton County dated 10/20/2017 Lake Sharon Drive - Corinth dated 10/26/2017** | |
|---|---|---|---|
| | State the term remaining | | **GSI Highway Products, Inc.** |
| | List the contract number of any government contract | | **720 West Wintergreen Road Hutchins, TX 75141** |

Debtor 1 **Magnum Construction Management, LLC**

  First Name   Middle Name   Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.561. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/26/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Guaranteed Fence, Corp.**<br>**1091 E 26TH Street, Bldg. B**<br>**Hialeah, FL 33013** |

| 2.562. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/27/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Guido Construction, Inc.**<br>**612 North Story Road, Suite 102**<br>**Irving, TX 75061** |

| 2.563. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):**<br>**N69450-16-C-1612 W.T. Sampson School dated 3/14/2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **GWY LLC**<br>**P.O. Box 293**<br>**Greenfield, NH 03047** |

| 2.564. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/4/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **H.O.K. Masonry, LLC**<br>**8937 SW 214 Street**<br>**Miami, FL 33189.** |

| 2.565. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):**<br>**CD 4.10 (2) 54-Inch DI FM dated 7/13/2017**<br>**E4S38 A1A Bridge Rehab Control dated 10/4/2017**<br>**Port Everglades Slip 2 Ext. dated 7/25/2017**<br>**T4433 - Broward Blvd. dated 11/17/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **H2R Corp.**<br>**3921 76th Avenue N.**<br>**Pinellas Park, FL 33781** |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    Page 121 of 284

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1 **Magnum Construction Management, LLC**                     Case number (*if known*) _____

_____First Name_____Middle Name_____Last Name_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.566. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/12/2014** | |
|---|---|---|---|
| | State the term remaining | | **Hadonne Corp.** |
| | List the contract number of any government contract | | **1985 N.W. 88th Ct., Ste 202 Doral, FL 33172** |

| 2.567. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 3/1/2017** | |
|---|---|---|---|
| | State the term remaining | | **Haier America Trading LLC** |
| | List the contract number of any government contract | | **1800 Valley Road Wayne, NJ 07470** |

| 2.568. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Port Everglades Slip 2 Ext. dated 10/17/2017** | |
|---|---|---|---|
| | State the term remaining | | **Halley Engineering Contractors, Inc** |
| | List the contract number of any government contract | | **13901 NW 118 Avenue Miami, FL 33178** |

| 2.569. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Halley Engineering Contractors, Inc.** |
| | List the contract number of any government contract | | **13901 NW 118 Ave. Miami, FL 33178** |

| 2.570. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/30/2016** | |
|---|---|---|---|
| | State the term remaining | | **Hamilton Masonry Contractor, Inc.** |
| | List the contract number of any government contract | | **1336 Northwest 46 Street Miami, FL 33142** |

Debtor 1 **Magnum Construction Management, LLC**

First Name        Middle Name        Last Name

Case number (*if known*) _____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.571. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 9/15/2017 Doral Police Sub-Station dated 10/28/2016 FIU - UCPP - DB Pedestrian Bridge dated 6/15/2017 FM2181 - Denton County dated 11/6/2017 HEFT II- E8N20 dated 6/19/2017, 10/10/2017 Lake Sharon Drive - Corinth dated 6/11/2018 Port Everglades Slip 2 Ext. dated 4/21/2017 T4433 - Broward Blvd. dated 11/14/2016** | |
| | State the term remaining | | **Hanes Geo Components L&P Financial Services Co.** |
| | List the contract number of any government contract | | **P.O. Box 60984 Charlotte, NC 28260** |

| 2.572. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor** | |
| | State the term remaining | | **Hanson Aggregates LLC dba Heidelbergceme c/o Lehigh Hanson, Inc.,** |
| | List the contract number of any government contract | | **300 E John Carpenter Frwy. Irving, TX 75062** |

| 2.573. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 1/30/2017, 1/4/2018, 2/3/2017** | |
| | State the term remaining | | **Hanson Aggregates, LLC** |
| | List the contract number of any government contract | | **15620 Collection Center Drive Chicago, IL 60693** |

| 2.574. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 7/10/2017 Port Everglades Slip 2 Ext. dated 6/22/2017** | **Hard Hat Divers Corp. 4771 SW 57th Terrace Fort Lauderdale, FL 33314** |
| | State the term remaining | | |

Debtor 1  **Magnum Construction Management, LLC**                                   Case number *(if known)* _____

First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.575. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/24/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hardrives Of Delray, Inc.**<br>**2101 South Congress Avenue**<br>**Delray Beach, FL 33445-7398** |

| 2.576. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): HEFT II-E8N20 dated 12/13/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hardscapes Of South Fl, LLC**<br>**9241 NW 24th Street**<br>**Fort Lauderdale, FL 33322** |

| 2.577. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/25/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hasco, Inc.**<br>**7206 Horseshoe Bend Trail**<br>**Summerfield, NC 27358** |

| 2.578. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): NAS Meridian Dining Facility dated 1/10/2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hasty's Mulch And Stone**<br>**5321 Arundel Rd.**<br>**Meridian, MS 39307** |

| 2.579. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/1/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hayward Baker, Inc.**<br>**661 Shahan Prairie Rd.**<br>**Little Elm, TX 75068** |

Debtor 1   **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.580.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　List the contract number of any<br>　　government contract | **Master Subcontract Agreement with subcontractor dated 1/22/2013**<br><br><br><br>**Hayward Baker, Inc.**<br>**6850 Benjamin Road**<br>**Tampa, FL 33634.** |
| **2.581.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　List the contract number of any<br>　　government contract | **Master Subcontract Agreement with subcontractor dated 4/24/2017**<br><br><br><br>**Hazen Grooving & Grinding, Inc.**<br>**5149 Highway 17 SW**<br>**Nocatee, FL 34266** |

Debtor 1    **Magnum Construction Management, LLC**                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.582.    State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following projects: CD 4.10 (2) 54-Inch DI FM dated 4/24/2017, 5/23/2017 and 4/3/2018 DAL TWY Bravo Rehab dated 4/6/2017, 5/24/2017 Doral Police Sub-Station dated 10/13/2016 and 8/28/2017 E4S38 A1A Bridge Rehab Control dated 1/25/2018, 3/19/2018, 3/20/2018, 5/24/2018 FIU - UCPP - DB Pedestrian Bridge dated 4/3/2017, 8/1/2017, 8/21/2017, 10/30/2017, 10/31/2017, 12/22/2017, 1/2/2018**

**FM2181 - Denton County dated 1/26/2018 Grove Bay Parking Garage dated 6/15/2018 HEFT II- E8N20 dated 6/19/2017, 6/22/2017, 6/30/2017, 7/13/2017, 8/7/2017, 8/24/2017, 9/20/2017, 10/9/2017, 10/11/2017, 10/13/2017, 10/16/2017, 10/25/2017, 11/17/2017, 11/17/2017, 12/4/2017, 1/25/2018**

**Joseph Caleb Ctr Atrium Refurb dated 3/8/2018, 3/13/2018, 3/29/2018, 4/20/2018, 4/24/2018, 5/3/2018, 6/14/2018, 6/29/2018, 8/2/2018, 8/27/2018, 9/6/2018, 1/11/2018 Liberty Village dated 12/9/2016 Lighthouse for the Blind dated 12/19/2016, 3/21/2017, 4/18/2017, 5/2/2017**

**N69450-16-C-1612 W.T. Sampson School dated 10/21/2016, 10/27/2016, 11/11/2016, 11/17/2016, 1/25/2017, 2/22/2017,**

**HDS / White Cap Construction Supply**
**P.O. Box 4852**
**Orlando, FL 32802-1000**

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2/28/2017, 3/15/2017, 3/21/2017, 3/22/2017, 3/28/2017, 4/11/2017, 4/24/2017, 4/27/2017, 5/23/2017, 6/19/2017, 7/5/2017, 7/5/2017, 7/5/2017, 7/5/2017, 7/11/2017, 8/10/2017, 8/14/2017, 8/16/2017, 8/18/2017, 8/19/2017, 8/22/2017, 8/31/2017, 9/27/2017, 9/28/2017, 9/29/2017, 9/30/2017, 10/11/2017, 10/11/2017, 10/16/2017, 10/27/2017, 11/6/2017, 11/18/2017, 1/11/2018, 3/13/2018, 3/21/2018, 3/30/2018

**OLOG Site Improvements dated 5/11/2018**
**POM - Terminal F dated** 12/7/2016, 12/30/2016, 1/20/2017, 1/24/2017, 1/27/2017, 2/20/2017, 5/3/2017, 6/30/2017, 8/15/2017, 10/2/2017, 11/2/2017, 4/19/2017, 9/18/2017

**Port Everglades Slip 2 Ext. dated 1/5/2017,** 1/9/2017, 1/13/2017, 1/18/2017, 1/31/2017, 2/7/2017, 2/17/2017, 2/28/2017, 3/6/2017, 3/7/2017, 3/21/2017, 4/5/2017, 4/6/2017, 4/17/2017, 5/10/2017, 5/12/2017, 7/12/2017, 7/20/2017, 7/27/2017, 8/1/2017, 8/9/2017, 8/21/2017, 8/31/2017

State the term remaining

List the contract number of any
government contract                    _____

---

2.583.   State what the contract or
lease is for and the nature of
the debtor's interest

**Master Subcontract Agreement with subcontractor dated 5/2/2014**

State the term remaining

List the contract number of any                    **Headwaters Resources, Inc.**
**10701 S River Front Parkway**
**Suite 300**
**South Jordan, UT 84095**

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.584. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):** **CD 4.10 (2) 54-Inch DI FM dated 7/21/17, 9/1/17, 10/20/17, 1/11/18, 2/6/18, 2/19/18, 2/20/18** **DAL TWY Bravo Rehab dated 5/24/17, 7/7/17, 9/21/17, 9/28/17, 3/26/18, 6/13/17** **Doral Police Sub-Station dated 7/17/17** **FIU - UCPP - DB Pedestrian Bridge dated 8/18/17, 9/1/17, 10/3/17, 11/14/17, 12/12/17, 12/15/17, 12/18/17, 12/18/17, 1/17/18, 2/22/18** **Grove Bay Parking Garage dated 5/16/18** **HEFT II- E8N20 dated 7/10/17, 7/26/17, 8/15/17, 8/23/17, 8/31/17, 9/1/17, 10/2/17, 10/6/17, 10/26/17, 11/14/17** **11/15/17, 11/27/17, 12/5/17, 12/8/17, 12/15/17, 1/3/18, 1/9/18, 1/10/18, 1/17/18, 1/19/18, 1/23/18, 2/2/18, 2/4/18, 2/15/18 , 4/24/18, 5/25/18, 7/10/18, 7/20/18, 4/6/18** **Liberty Village dated 7/10/17, 8/16/17, 9/25/17, 7/7/17** **POM - Terminal F dated 7/20/17, 8/1/17, 8/15/17, 10/10/17** **Port Everglades Slip 2 Ext. dated 8/17/17, 9/1/17, 9/19/18, 10/17/17, 2/9/18, 3/6/18** **T4433 - Broward Blvd. dated 8/10/17, 8/15/17, 9/19/17, 10/4/17, 10/11/17, 1/31/18, 3/19/18, 3/21/18, 3/23/18** | **HERC Rentals Inc** **P.O. Box 936257** **Atlanta, GA 31193** |
| | State the term remaining | | |

Debtor 1   **Magnum Construction Management, LLC**                Case number *(if known)* _____

    First Name         Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.585. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Heritage Product Resources, Inc.** |
| | List the contract number of any government contract | | **207 N.W. 1st Avenue** **Mulberry, FL 33860** |

| 2.586. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/30/2013** | |
|---|---|---|---|
| | State the term remaining | | **Hernandez Metal Fabricators, Inc.** |
| | List the contract number of any government contract | | **15062 SW 9th Way** **Miami, FL 33194** |

| 2.587. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Doral Police Sub-Station dated 10/28/2016** | |
|---|---|---|---|
| | State the term remaining | | **Hernandez Printing Service** |
| | List the contract number of any government contract | | **1771 West Flagler Street** **Miami, FL 33135** |

| 2.588. | State what the contract or lease is for and the nature of the debtor's interest | **Project Clerk Completion Employment Agreement dated June 28, 2018 (Grove Bay Garage Project)** | |
|---|---|---|---|
| | State the term remaining | | **Herryman, Maribel** |
| | List the contract number of any government contract | | **21 Alhambra Circle, Apt. 20** **Miami, FL 33134** |

| 2.589. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/18/2012** | |
|---|---|---|---|
| | State the term remaining | | **High Tech Striping, Inc.** |
| | List the contract number of any government contract | | **7776 NW 73rd Court** **Medley, FL 33166** |

Debtor 1   **Magnum Construction Management, LLC**
_____

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.590. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 3/3/2017 Liberty Village dated 2/6/2017** | |
|---|---|---|---|
| | State the term remaining | | **Hilti, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 11870 Newark, NJ 07101-8800** |

| 2.591. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/16/2012** | |
|---|---|---|---|
| | State the term remaining | | **HJ Foundation Company** |
| | List the contract number of any government contract | | **8275 NW 80 Street Miami, FL 33166** |

| 2.592. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/2/2017** | |
|---|---|---|---|
| | State the term remaining | | **Hodges Erectors, Inc.** |
| | List the contract number of any government contract | | **100 S. Biscayne Boulevard Suite 1015 Miami, FL 33131** |

| 2.593. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/27/2010** | |
|---|---|---|---|
| | State the term remaining | | **Hollow Metal Needs & Installation, Inc.** |
| | List the contract number of any government contract | | **7329 NW 174 Terrace, #104 Hialeah, FL 33015** |

| 2.594. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 5/23/2017 DAL TWY Echo Rehab dated 5/24/2017** | |
|---|---|---|---|
| | State the term remaining | | **Holt Cat** |
| | List the contract number of any government contract | | **P.O. Box 650345 Dallas, TX 75265** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____
             First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.595.**  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 12/16/16, 12/23/16, 1/11/17, 1/12/17, 1/20/17, 1/21/17, 1/25/17, 2/6/17, 2/9/17, 2/16/17 2/22/17, 2/24/17, 2/24/17, 3/1/17, 3/7/17, 3/13/17, 3/16/17, 3/21/17, 3/23/17, 3/27/17 3/31/17, 4/3/17, 4/6/17, 5/10/17, 5/15/17, 6/12/17, 6/19/17, 6/22/17, 7/1/17, 7/3/17, 8/18/17. 9/22/17, 10/25/17, 10/30/17, 11/3/17, 11/4/17, 11/17/17, 12/19/17, 1/17/18, 1/26/18, 2/12/18, 3/8/18, 3/12/18, 4/25/18, 6/11/18, 6/13/18, 7/23/18, 7/27/18**

State the term remaining

List the contract number of any government contract

**Home Depot Inc.
Dept. 32 - 2500774041
P.O. Box 78047
Phoenix, AZ 85062**

---

**2.596.**  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 9/3/2014**

State the term remaining

List the contract number of any government contract

**Homestead Block Corp.
29415 SW 197TH Ave
Homestead, FL 33030**

---

**2.597.**  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 12/17/2015**

State the term remaining

List the contract number of any government contract

**Homestead Concrete & Drainage, Inc.
221 S.W. 4th Ave.
Homestead, FL 33030**

---

**2.598.**  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 10/18/2016**

State the term remaining

**Homestead Paving Co.
14550 Mable Street
Naranja, FL 33032**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Magnum Construction Management, LLC**
_____
First Name      Middle Name      Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.599. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/17/2017** | |
|---|---|---|---|
| | State the term remaining | | **Honeywell International, Inc.** |
| | List the contract number of any government contract | | **9315 NW 112 Avenue** **Miami, FL 33178** |

| 2.600. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/1/2018** | |
|---|---|---|---|
| | State the term remaining | | **Hoover Canvas Products, Dba Hoover Archi** |
| | List the contract number of any government contract | | **5107 Australian Ave** **West Palm Beach, FL 33407** |

| 2.601. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/27/2015** | |
|---|---|---|---|
| | State the term remaining | | **Horizon Plumbing & Mechanical Contractor** |
| | List the contract number of any government contract | | **10871 SW 188 Street** **Suite 1** **Miami, FL 33157** |

| 2.602. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 1/31/18** | |
|---|---|---|---|
| | State the term remaining | | **Horizon Supply Company** |
| | List the contract number of any government contract | | **311 White Street** **New Castle, PA 16101** |

| 2.603. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): NAS Meridian Dining Facility dated 1/23/18, 1/24/18** | |
|---|---|---|---|
| | State the term remaining | | **Horticulture Services, LLC** |
| | List the contract number of any government contract | | **8690 Pine Springs Road** **Meridian, MS 39305** |

Debtor 1    **Magnum Construction Management, LLC**
_____
First Name            Middle Name            Last Name

Case number (if known) _____

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.604. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Port Everglades Slip 2 Ext. dated 1/19/17** | |
|---|---|---|---|
| | State the term remaining | | **Host Terminals, South Florida 1800 SE 10 Ave. Suite 435 Fort Lauderdale, FL 33316** |
| | List the contract number of any government contract | | |

| 2.605. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 12/9/16** | |
|---|---|---|---|
| | State the term remaining | | **Hufcor Florida Group 1301 Central Park Drive Sanford, FL 32771** |
| | List the contract number of any government contract | | |

| 2.606. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/10/2015** | |
|---|---|---|---|
| | State the term remaining | | **Hufcor Inc. Dba Hufcor Florida Group 1301 Central Park Drive, Sanford, FL 32771** |
| | List the contract number of any government contract | | |

| 2.607. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/8/2011** | |
|---|---|---|---|
| | State the term remaining | | **Hurricane Resistant Construction, Inc. 12105 Lymestone Way Cooper City, FL 33026** |
| | List the contract number of any government contract | | |

| 2.608. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/19/2013** | |
|---|---|---|---|
| | State the term remaining | | **Hurricane Resistant Construction, Inc. 12105 Lymestone Way Cooper City, FL 33026** |
| | List the contract number of any government contract | | |

Debtor 1    **Magnum Construction Management, LLC**                              Case number *(if known)* _____
First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.609.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s):10/1/2018 DAL TWY Bravo Rehab dated 4/13/17**

State the term remaining

List the contract number of any government contract

**HVJ North Texas**
**8701 John W Carpenter Frwy**
**Suite 250**
**Dallas, TX 75247**

---

**2.610.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 12/18/17**

State the term remaining

List the contract number of any government contract

**Hydraulic Supply Company**
**4301 NW 36 Street**
**Miami, FL 33166**

---

**2.611.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): Liberty Village dated 12/13/17**

State the term remaining

List the contract number of any government contract

**Hydrologic Associates**
**10406 SW 186th Terrace**
**Miami, FL 33157**

---

**2.612.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 4/1/2014**

State the term remaining

List the contract number of any government contract

**Hydrotech of Texas**
**2004 West Sublett Road**
**Arlington, TX 76017**

---

**2.613.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 1/1/2015**

State the term remaining

List the contract number of any government contract

**Hypower, Inc.**
**5913 NW 31st Avenue**
**Fort Lauderdale, FL 33309**

---

**2.614.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 12/1/2014**

State the term remaining

**Hyvac, Inc.**
**3400 SW 10th Street**
**Deerfield Beach, FL 33442**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Magnum Construction Management, LLC**

       First Name         Middle Name         Last Name

Case number *(if known)*  _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.615. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/5/2014** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **I & C Earth Movers Corp.**<br>**13436 SW 19th Lane**<br>**Miami, FL 33175** |
| 2.616. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/24/2014** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **IEA, Inc.**<br>**18333 Preston Rd., Suite 205**<br>**Dallas, TE 75252** |
| 2.617. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 12/7/16** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Iluminacion Natural, Inc.**<br>**9 Tennis Ct. NW.**<br>**Albuquerque, NE 87120** |
| 2.618. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/30/2012** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Impact Sport Surfaces, LLC. Dba Robbins**<br>**1121 South Military Trail #318**<br>**Deerfield Beach, FL 33442** |
| 2.619. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/7/2016** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Imperial Electrical Incorporated**<br>**951 Northwest 51 Place**<br>**Ft. Lauderdale, FL 33309** |

Debtor 1   **Magnum Construction Management, LLC**                        Case number *(if known)* _____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.620. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Port Everglades Slip 2 Ext. dated 3/22/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Imperial Electrical Incorporated**<br>**951 NW 51 Place**<br>**Fort Lauderdale, FL 33309** |

| 2.621. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/23/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Imperial Flooring Contractors Group. Inc**<br>**14285 SW 142 Street**<br>**Miami, FL 33186** |

| 2.622. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/31/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Imperial Flooring Solutions, LLC**<br>**14285 SW 142 St**<br>**Miami, FL 33186** |

| 2.623. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/16/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Imperial Stone, Corp.**<br>**739 NW 2nd Street,**<br>**Hallandale Beach, FL 33009.** |

| 2.624. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/2/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **IMR Development Corp.**<br>**2750 N 29 Avenue, Suite 120**<br>**Hollywood, FL 33020** |

| 2.625. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/8/2013** | |
|---|---|---|---|
| | State the term remaining | | **Inclan Painting & Waterproofing Corp.**<br>**12252 SW 128th Street**<br>**Miami, FL 33180** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.626. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/31/2014** | |
|---|---|---|---|
| | State the term remaining | | **Industrial Divers Corp. Inc. 2901 SW 3RD Avenue, Unit 5 Fort Lauderdale, FL 33315.** |
| | List the contract number of any government contract | | |

| 2.627. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Port Everglades Slip 2 Ext. dated 10/30/17** | |
|---|---|---|---|
| | State the term remaining | | **Industrial Divers Corporation 2901 SW 3 Avenue Suite 5 Fort Lauderdale, FL 33315** |
| | List the contract number of any government contract | | |

| 2.628. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 12/12/17** | |
|---|---|---|---|
| | State the term remaining | | **Industrial Precision Tool Dba. Associate 3404 Bay Road Crystal Lake, IL 60012** |
| | List the contract number of any government contract | | |

| 2.629. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/1/2014** | |
|---|---|---|---|
| | State the term remaining | | **Institutional Products, Inc. 1011 NW 6TH St Homestead, FL 33030** |
| | List the contract number of any government contract | | |

| 2.630. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/16/2016** | |
|---|---|---|---|
| | State the term remaining | | **Integ-Crete Construction, LLC P.O. Box 12549 Ft. Pierce, FL 34945** |
| | List the contract number of any government contract | | |

Debtor 1   **Magnum Construction Management, LLC**                   Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.631. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/24/2014** | |
|---|---|---|---|
| | State the term remaining | | **Integrated Roadway Services, Inc.** |
| | List the contract number of any government contract | _____ | **11300 Kline Drive**<br>**Dallas, TX 75229** |

| 2.632. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **Integrity Janitorial Service Corp.** |
| | List the contract number of any government contract | _____ | **10871 SW 188 St,  Unit 21**<br>**Miami, FL 33157** |

| 2.633. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor** | |
|---|---|---|---|
| | State the term remaining | | **International Acoustics Company, Inc.** |
| | List the contract number of any government contract | _____ | **18151 NE 31 Ct., #1515**<br>**N. Miami Beach, FL 33160** |

| 2.634. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 1/2/18;  E4S38 A1A Bridge Rehab Control dated 2/1/18, 2/16/18, 3/26/18, 4/18/18, 8/20/18;  FIU - UCPP - DB Pedestrian Bridge dated 11/22/17, 2/5/18; HEFT II- E8N20 dated 2/2/18; Port Everglades Slip 2 Ext. dated 9/1/17, 12/4/17; T4433 - Broward Blvd. dated 3/17/18** | |
|---|---|---|---|
| | State the term remaining | | **International Construction Equipment, In** |
| | List the contract number of any government contract | _____ | **301 Warehouse Drive**<br>**Mathews, NO 28104** |

Debtor 1    **Magnum Construction Management, LLC**        Case number *(if known)* _____

     First Name           Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.635. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  Port Everglades Slip 2 Ext. dated 1/31/17** | |
|---|---|---|---|
| | State the term remaining | | **International Sweeping Inc.** |
| | List the contract number of any government contract | | **2755 N Vista Parkway, #I-12 West Palm Beach, FL 33411** |

| 2.636. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 4/2/18, 6/1/18, 6/2/18, 6/12/18, 7/10/18** | |
|---|---|---|---|
| | State the term remaining | | **International Tool 4500 5th Ave South Bldg. A.** |
| | List the contract number of any government contract | | **Birmingham, AL 35222-3219** |

| 2.637. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/27/2009** | |
|---|---|---|---|
| | State the term remaining | | **Interstate Structures, A Division Of Mid** |
| | List the contract number of any government contract | | **1302 Port Road Jeffersonville, IN 47130** |

| 2.638. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/28/2014** | |
|---|---|---|---|
| | State the term remaining | | **Ion Electric, LLC** |
| | List the contract number of any government contract | | **2001 N. Andrews Avenue Pompano Beach, FL 33069** |

| 2.639. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/22/2014** | |
|---|---|---|---|
| | State the term remaining | | **Irvine Access Floors, Inc.** |
| | List the contract number of any government contract | | **9425 Washington Blvd., Suite  Y-WW Laurel, MD 20723-1378** |

Debtor 1   **Magnum Construction Management, LLC**
   First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.640. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 3/16/17, 3/22/17, 2/21/18** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Islands Mechanical Contractor, 3070 Blanding Blvd. Middleburg, FL 32068**

| 2.641. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/29/2013** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Ivey Roofing Inc. 210 S Adams Street, B. Lebanon, MO 65536**

| 2.642. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/26/2015** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**J Bonfill And Associates, Inc. 7100 SW 99TH Avenue #104 Miami, FL 33173**

| 2.643. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/12/2013** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**J Herbert Corporation 1751 S John Young Parkway Kissimmee, FL 34741**

| 2.644. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Doral Police Sub-Station dated 8/18/17; Joseph Caleb Ctr Atrium Refurb dated 8/25/17; Liberty Village dated 12/1/17; Coalition Lift dated 2/15/17** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**J Hernandez Maintanence, LLC P.O. Box 901205 Homestead, FL 33090**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Magnum Construction Management, LLC**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.645.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 2/16/2017**

State the term remaining

List the contract number of any government contract

**J Hernandez Maintenance, LLC
P.O. Box 901205
Homestead, FL 33090**

---

**2.646.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): HEFT II-E8N20 dated 2/19/18**

State the term remaining

List the contract number of any government contract

**J&J Welding and Steel Fabrication
364 Recker Highway
Auburndale, FL 32823**

---

**2.647.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 8/30/2014**

State the term remaining

List the contract number of any government contract

**J&M Plastering, Inc.
16333 NW 84th Place
Miami, FL 33016**

---

**2.648.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 2/18/2013**

State the term remaining

List the contract number of any government contract

**J&P Tiles, Inc.
12262 Southwest 128th Street
Miami, FL 33186**

---

**2.649.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 8/20/2012**

State the term remaining

List the contract number of any government contract

**J. Mori Painting, Inc.
2561 West 80th Street
Hialeah, FL 33016**

---

Debtor 1   **Magnum Construction Management, LLC**                                   Case number *(if known)* _____
         First Name        Middle Name        Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.650. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Doral Police Sub-Station dated 10/14/16; FIU - UCPP - DB Pedestrian Bridge dated 3/31/17; Grove Bay Parking Garage dated 6/13/18; Liberty Village dated 12/8/16; POM - Terminal F dated 12/20/16; Coalition Lift dated 2/3/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **J.A. Azpeita<br>22661 SW 127 Avenue<br>Miami, FL 33170** |

| 2.651. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/7/2011** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **J.B. Mathews Company<br>874 SW Enterprise Way<br>Stuart, FL 34997** |

| 2.652. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/1/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **J.C. Suvillaga Bricks & Pavers Inc.<br>10245 SW 35 Terrace<br>Miami, FL 33165** |

| 2.653. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): POM - Terminal F dated 12/5/16** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **J.E.M. Inspections & Engineering<br>3525 N.W. 115 Avenue<br>Miami, FL 33178** |

| 2.654. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/12/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **J.L.U. Enterprises, Inc.<br>3360 NW 69 Street<br>Miami, FL 33147** |

Debtor 1 **Magnum Construction Management, LLC**
First Name  Middle Name  Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

| 2.655. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/6/2017** | |
|---|---|---|---|
| | State the term remaining | | **J.M. Stewart Corporation Dba Stewart Sig** |
| | List the contract number of any government contract | | **2201 Cantu Court Suite #215** **Sarasota, FL 34232** |

---

| 2.656. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/28/2012** | |
|---|---|---|---|
| | State the term remaining | | **JA&M Developing Corporation** |
| | List the contract number of any government contract | | **6625 Miami Lakes Drive** **Miami Lakes, FL 33014** |

---

| 2.657. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 9/21/17; Port Everglades Slip 2 Ext. dated 2/16/17; T4433 - Broward Blvd. dated 12/14/16** | |
|---|---|---|---|
| | State the term remaining | | **Jack Althoff Consulting Engineers, Inc** **4431 SW 64 Avenue** |
| | List the contract number of any government contract | | **Suite 110** **Davie, FL 33314** |

---

| 2.658. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Jack B. Harper Florida, Inc.** |
| | List the contract number of any government contract | | **70393 Bravo Street** **Covington, LA 70433** |

---

| 2.659. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/10/2012** | |
|---|---|---|---|
| | State the term remaining | | **Jador International Corporation** |
| | List the contract number of any government contract | | **6600 NW 27 Avenue, Suite 104** **Miami, FL 33147** |

---

Debtor 1  **Magnum Construction Management, LLC**
      First Name          Middle Name         Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.660.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 2/6/2014**

**Jagoe Public Company
3020 Fort Worth Drive
Denton, TX 76205**

**2.661.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 11/12/2008**

**Jahnke & Sons Construction, Inc.
D/B/A WHP Trainingtowers
9130 Flint St.
Overland Park, KS 66214**

**2.662.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 8/27/2013**

**Jajo Inc. D/B/A Bryant Electric
8817 NW 21st Terrace
Miami, FL 33172**

**2.663.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 7/11/2014**

**Janus International Group, LLC
135 Janus International Boulevard
Temple GA   30179**

**2.664.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 5/1/2016**

**Jasper Enterprises, Inc.
1366 N.W. 54th St.
Miami, FL 33142.**

**2.665.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s):  Grove Bay Parking Garage dated 4/3/18; Liberty Village dated 12/6/16**

**JCA-CAD
414 Sorenstam Way
Cibolo, TX 78108**

Debtor 1 **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract    _____

| 2.666. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 9/6/18** | |
|---|---|---|---|
| | State the term remaining | | **Jensen Equipment Company** |
| | List the contract number of any government contract | _____ | **15315 N. 1400th St.**<br>**Newton, Il 62448** |

| 2.667. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 12/18/17** | |
|---|---|---|---|
| | State the term remaining | | **Jensen Hughes, Inc** |
| | List the contract number of any government contract | _____ | **P.O. Box 62680**<br>**Baltimore, MD 21264-2680** |

| 2.668. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/7/2017** | |
|---|---|---|---|
| | State the term remaining | | **Jeny Sod Service Corporation** |
| | List the contract number of any government contract | _____ | **17150 SW 177 Ave.**<br>**Miami, FL 33187** |

| 2.669. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  C-111 Detention Area dated 5/15/17** | |
|---|---|---|---|
| | State the term remaining | | **Jeny Sod Service Corporation** |
| | List the contract number of any government contract | _____ | **17150 SW 177th Avenue**<br>**Miami, FL 33187** |

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____

First Name           Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.670. State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 2/23/17, 1/4/18, 2/27/18; FM2181 - Denton County dated 1/16/18** |
| State the term remaining | **Jesus Morales Trucking LLC c/o Flash Funding LLC P.O. Box 4745 Houston, TX 77210** |
| List the contract number of any government contract | |
| 2.671. State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/16/2017** |
| State the term remaining | **JJAS Door Installations, Inc 7302 NW 70th St. Miami, FL 33166** |
| List the contract number of any government contract | |
| 2.672. State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/1/2013** |
| State the term remaining | **JMJ Painting, Inc. 20200 NW 2nd Avenue, Unit 405 Miami Gardens, FL 33169.** |
| List the contract number of any government contract | |
| 2.673. State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor (2017)** |
| State the term remaining | **JND & Sons Barrier, LLC 9324 Bayard Street Keller, TX 76244-6150** |
| List the contract number of any government contract | |

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

2.674.   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): C-111 Detention Area dated 1/17/17, 2/3/17, 3/20/17, 6/30/17;  CD 4.10 (2) 54-Inch DI FM dated 1/19/17, 1/26/17, 3/29/17, 5/23/17, 6/5/17, 6/14/17, 7/5/17, 7/10/17, 8/2/17, 8/28/17, 9/18/17, 10/6/17, 10/10/17, 1/29/18; Doral Police Sub-Station dated 11/4/16; E4S38 A1A Bridge Rehab Control dated 10/4/17, 2/2/18, 2/8/18, 3/10/18; FIU - UCPP - DB Pedestrian Bridge  dated 2/27/17, 3/9/17, 3/21/17, 4/6/17, 7/6/17, 8/1/17, 8/7/17, 8/24/17, 8/29/17, 10/17/17, 11/30/17, 12/13/17, 2/14/18, 2/23/18;  HEFT II- E8N20 dated 7/31/17, 8/24/17, 11/10/17, 11/30/17, 12/20/17, 3/21/18, 3/28/18; Liberty Village dated 2/17/17, 3/7/17, 3/18/17; Lighthouse for the Blind dated 11/1/16, 12/5/16, 4/5/17; N69450-16-C-1612 W.T. Sampson School dated 9/28/16, 11/17/16,l 4/3/17, 6/7/17, 6/21/17, 7/5/17, 8/25/17, 10/27/17, 11/27/17, 3/8/18; POM - Terminal F dated 2/22/17, 6/13/17; Port Everglades Slip 2 Ext. 11/21/16, 12/12/16, 12/27/16, 1/10/17, 1/19/17, 2/28/17, 3/24/17, 4/17/17; Reagan Doral MS conv. to SHS dated 12/13/17; T4433 - Broward Blvd. dated 11/14/16, 11/17/16, 1/25/17, 2/20/17, 5/9/17, 4/24/18; Coalition Lift dated 10/31/16**

Jobsite Solutions Corporation
7225 NW 68 Street
Suite 4
Miami, FL 33166

State the term remaining

Debtor 1   **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

| 2.675. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Orders for the following project(s): POM - Terminal F dated 8/10/17 | |
|---|---|---|---|
| | State the term remaining | | **Joe's Post Hole Digging Svc.** |
| | List the contract number of any government contract | | **7310 SW 170 Terr.** **Miami, FL 33157** |

| 2.676. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 5/23/17, 6/5/17. 7/26/17, 8/23/17; Doral Police Sub-Station dated 10/13/16; FIU - UCPP - DB Pedestrian Bridge dated 7/31/17; HEFT II-E8N20 dated 7/18/17, 8/7/17, 11/8/17, 11/10/17, 11/17/17, 12/4/17; Joseph Caleb Ctr Atrium Refurb dated 8/29/17; Liberty Village dated 3/24/17, 1/8/18; POM - Terminal F dated 2/15/17, 7/26/17, 8/4/17, 8/18/17, 7/13/17; Port Everglades Slip 2 Ext. dated 3/21/17; T4433 - Broward Blvd. dated 11/17/16; Coalition Lift dated 11 1/25/17, 1/31/17 | |
|---|---|---|---|
| | State the term remaining | | **John Abell Corporation** |
| | List the contract number of any government contract | | **10500 SW 186 Street** **Miami, FL 33157** |

| 2.677. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 8/12/2014 | |
|---|---|---|---|
| | State the term remaining | | **Johnson Controls, Inc.** |
| | List the contract number of any government contract | | **15901 SW 29th St., Suite 801** **Miramar, FL 33027** |

Debtor 1   **Magnum Construction Management, LLC**                    Case number *(if known)* _____
           First Name      Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.678.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 5/13/2014**

**Johnson County Pipe**
**800 County Road 209**
**Alvarado, TX 76009**

---

2.679.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 10/1/2015**

**Jones Benitez Corporation**
**14877 SW 45th Court**
**Miramar, FL 33027**

---

2.680.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 2/5/2013**

**Jorda Enterprises dba Jorda Mechanical Contractors**
**8011 Northwest 14th Street**
**Doral, FL 33126**

---

2.681.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 3/24/2013**

**Jordim International Inc.**
**12502 Southwest 78 St.**
**Miami, FL 33183**

---

2.682.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/17/2014**

**Jose Glass, Inc.**
**1838 Abbey Rd., K202**
**West Palm Beach, FL 33415**

---

2.683.  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

**Purchase Orders for the following project(s):  Port Everglades Slip 2 Ext. dated 6/13/17**

**JS& L Site Inc**
**15162 SW 92ND Terrace**
**Miami, FL 33196**

---

Debtor 1  **Magnum Construction Management, LLC**                          Case number (*if known*) _____
        First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

      List the contract number of any
          government contract

---

**2.684.**  State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 10/13/2017**

**JS& L Site, Inc**
**15162 S.W. 92 Terrace**
**Miami, FL 33196**

---

**2.685.**  State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 8/29/2010**

**JT Power Construction, Inc.**
**133 West Leon Lane**
**Cocoa Beach, FL 32931**

---

**2.686.**  State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 3/26/18; Coalition Life dated 10/31/16**

**Juan Fernandez-Barquin, P.E.**
**2520 N.W. 97th Ave.**
**Suite 240**
**Doral, FL 33172**

---

**2.687.**  State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 12/13/2012**

**K.D.G. Inc. Dba Wildcat**
**P.O. Box 8431**
**Coral Springs, FL 33075**

---

**2.688.**  State what the contract or lease is for and the nature of the debtor's interest

      State the term remaining

      List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 11/19/2012**

**K.N.K Concrete Express, Inc.**
**206 W Pacific Street**
**Forney, TX 75126**

---

Debtor 1  **Magnum Construction Management, LLC**                                    Case number *(if known)*
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.689.**  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 10/27/2014**

State the term remaining

List the contract number of any government contract

**Kadrmas, Lee &  Jackson, Inc. D/B/A KLJ**
**4585 Coleman Street**
**Bismarck, ND 58503-0431**

**2.690.**  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 9/29/2014**

State the term remaining

List the contract number of any government contract

**Kadrmas, Lee & Jackson, Inc. D/B/A  KLJ**
**4585 Coleman Street**
**Bismarck, ND 58503-0431**

**2.691.**  State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Lox Road**
**$2,500.00 per month**
**Start date:  7/12/2016**

State the term remaining

List the contract number of any government contract

**Karam Family, LLC**
**3025 North Ocean Boulevard**
**Fort Lauderdale, FL 33308**

**2.692.**  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 4/24/2015**

State the term remaining

List the contract number of any government contract

**Keith And Associates, Inc.**
**301 East Atlantic Boulevard**
**Pompano Beach, FL 33060-6643**

Debtor 1    **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.693. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  C-111 Detention Area dated 8/30/17; CD 4.10 (2) 54-Inch DI FM dated 8/18/17, 12/14/17, 3/2/18, 3/21/18; E4S38 A1A Bridge Rehab Control dated 2/27/18, 8/16/18; FIU - UCPP - DB Pedestrian Bridge dated 10/14/17, 1/16/18; HEFT II- E8N20 dated 7/17/17, 8/7/17, 8/16/17, 8/22/17, 12/14/17, 1/19/18, 1/22/18, 1/29/18, 1/31/18, 2/1/18, 2/2/18, 2/4/18, 2/6/18, 2/19/18, 6/14/18, 7/2/18, 8/23/18, 9/10/18; N69450-16-C-1612 W.T. Sampson School dated 8/27/18; Port Everglades Slip 2 Ext. dated 7/28/17, 12/14/17; T4433 - Broward Blvd. dated 12/20/17, 3/23/18, 7/24/18; C-111 Detention Area dated 7/17/17; CD 4.10 (2) 54-Inch DI FM dated 7/19/17; T4433 - Broward Blvd. dated 8/3/17** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kelly Tractor Co.**<br>**8255 N.W. 58 Street**<br>**Miami, FL 33166-3493** |

| 2.694. | State what the contract or lease is for and the nature of the debtor's interest | **Confidentiality Agreement dated April 6, 2018 (Lake Sharon Drive/FM 2181 Projects)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kelly, Courtney**<br>**4634 Travis Street**<br>**Dallas, TX 75205** |

| 2.695. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/31/2014** | |
| | State the term remaining | | **Kendall Electric, Inc.**<br>**6705 SW 145TH St.**<br>**Palmetto Bay, FL 33158** |

Debtor 1   **Magnum Construction Management, LLC**                    Case number *(if known)* _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.696. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/23/2014** | |
|---|---|---|---|
| | State the term remaining | | **Kesoki Painting LLC** |
| | List the contract number of any government contract _____ | | **11736 SW 132 Place** **Miami, FL 33186** |

| 2.697. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/5/2016** | |
|---|---|---|---|
| | State the term remaining | | **Kinetik Industrial Group LLC** |
| | List the contract number of any government contract _____ | | **4973 SW 74 Court** **Miami, FL 33155** |

| 2.698. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  DAL TWY Bravo Rehab dated 12/10/17** | |
|---|---|---|---|
| | State the term remaining | | **Kirby Smith Machinery, Inc** |
| | List the contract number of any government contract _____ | | **P.O. Box 270360** **Oklahoma City, OK 73137** |

| 2.699. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/10/2012** | |
|---|---|---|---|
| | State the term remaining | | **Kirlin Florida, LLC** |
| | List the contract number of any government contract _____ | | **3125 W Commercial Boulevard** **Suite 200** **Ft. Lauderdale, FL 33309** |

| 2.700. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  NAS Meridian Dining Facility dated 1/18/18** | |
|---|---|---|---|
| | State the term remaining | | **Knowles Material Company Inc.** |
| | List the contract number of any government contract _____ | | **Post Office Box 1096** **Jackson, MS 39215** |

Debtor 1  **Magnum Construction Management, LLC**                        Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.701. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/5/2012** | |
|---|---|---|---|
| | State the term remaining | | **Kone, Inc.** |
| | List the contract number of any government contract | _____ | **3421 Enterprise Way Miramar, FL 33025** |

| 2.702. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/10/2012** | |
|---|---|---|---|
| | State the term remaining | | **Krueger International, Inc.** |
| | List the contract number of any government contract | _____ | **1330 Bellevue Street Green Bay, WI 54302** |

| 2.703. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 2/28/18; FIU - UCPP - DB Pedestrian Bridge  dated 2/27/17, 4/3/17, 7/3/17, 10/16/17, 2/15/18; Grove Bay Parking Garage dated 6/13/18; HEFT II - E8N20 dated 6/22/17, 8/3/17, 12/5/17; N69450-16-C-1612 W.T. Sampson School dated 3/30/17; POM - Terminal F dated 1/24/17, 10/9/17; Port Everglades Slip 2 Ext. dated 1/31/17, 3/2/17, 3/3/17, 3/15/17; T4433 - Broward Blvd. dated 12/2/16, 12/19/16, 4/3/17, 5/17/17, 11/7/17** | |
|---|---|---|---|
| | State the term remaining | | **L.D. Mullins Lumber Co** |
| | List the contract number of any government contract | _____ | **1191 West 15 Street Riviera Beach, FL 33404** |

| 2.704. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/5/2016** | |
|---|---|---|---|
| | State the term remaining | | **L.G. Contracting Inc.** |
| | List the contract number of any | | **8315 Terracewood Circle Tampa, FL 33615** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Magnum Construction Management, LLC**                                Case number *(if known)* _____

First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.705. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/17/2009** | |
| | State the term remaining | | **Lace Foodservice Corp.** |
| | List the contract number of any government contract | | **10490 NW 26 Street** **Miami, FL 33172** |

| 2.706. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2016** | |
| | State the term remaining | | **Lace Foodservice Corp.** |
| | List the contract number of any government contract | | **P.O. Box 652953** **MIAMI, FL 33265-2953** |

| 2.707. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2016** | |
| | State the term remaining | | **Lace Foodservice Corporation** |
| | List the contract number of any government contract | | **10490 NW 26 St.** **Miami, FL 33172** |

| 2.708. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  E4S38 A1A Bridge Rehab Control dated 9/21/17; E4S38 A1A Bridge Rehab Control dated 11/15/17** | |
| | State the term remaining | | **Lake Point Restoration, LLC** |
| | List the contract number of any government contract | | **P.O. Box 69** **Indiantown, FL 34956** |

| 2.709. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 12/23/16** | |
| | State the term remaining | | **Lanahan Lumber Company, Inc** |
| | List the contract number of any government contract | | **2014 E Adams Street** **Jacksonville, FL 32202** |

Debtor 1  **Magnum Construction Management, LLC**                              Case number *(if known)* _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.710.** State what the contract or lease is for and the nature of the debtor's interest

**Confidentiality Agreement dated March 26, 2018 (DNT Project)**

State the term remaining

List the contract number of any government contract

**Landers, Nathan D.**
**5645 Overland Drive**
**The Colony, TX 75056**

---

**2.711.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 2/27/2013**

State the term remaining

List the contract number of any government contract

**Landscape Service Professional Inc.**
**6115 Northwest 77 Way**
**Tamarac, FL 33321**

---

**2.712.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 10/26/16**

State the term remaining

List the contract number of any government contract

**Landscape Structures**
**301 7th Street**
**South Delano, MN 55328**

---

**2.713.** State what the contract or lease is for and the nature of the debtor's interest

**Agreement between Design-Builder and Design Consultant for Cruise Terminal F in the Port of Miami, dated 6/23/2016**

State the term remaining

List the contract number of any government contract

**Langan Engineering and Environmental Ser**
**15150 NW 79th Court, Suite 200**
**Miami Lakes, FL 33016**

---

**2.714.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 12/1/2009**

State the term remaining

List the contract number of any government contract

**LCN Inc.**
**80 NE 29th St. Suite B**
**Miami, FL 33137**

---

Debtor 1  **Magnum Construction Management, LLC**                              Case number *(if known)* _____
          First Name         Middle Name         Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.715. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **Leadex Corporation**<br>**2601 S W 69th Court**<br>**Miami, FL 33155** |
| | List the contract number of any government contract | | |

| 2.716. | State what the contract or lease is for and the nature of the debtor's interest | **Project Manager Project Completion Employment Agreement dated June 26, 2018 (Broward Boulevard Project and A1A Project)** | |
|---|---|---|---|
| | State the term remaining | | **Leal, Stefan**<br>**8080 SW 205 ST**<br>**Cutler Bay, FL 33189** |
| | List the contract number of any government contract | | |

| 2.717. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/20/2016** | |
|---|---|---|---|
| | State the term remaining | | **Leesburg Concrete Company, Inc.**<br>**1335 Thomas Avenue**<br>**Leesburg, FL 34748** |
| | List the contract number of any government contract | | |

| 2.718. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  CD 4.10 (2) 54-Inch DI FM dated 12/4/17** | |
|---|---|---|---|
| | State the term remaining | | **Lift Stations R Us Corp**<br>**5511 NW 37th Avenue**<br>**Miami, FL 33142** |
| | List the contract number of any government contract | | |

| 2.719. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/19/2012** | |
|---|---|---|---|
| | State the term remaining | | **Lindamood Demolition**<br>**2020 South Nursery Road**<br>**Irving, TX 75060** |
| | List the contract number of any government contract | | |

Debtor 1  **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.720. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  DAL TWY Bravo Rehab dated 3/14/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lindamood Transportation Inc P.O. Box 466 Farmersville, TX 75442** |

| 2.721. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): HEFT II-E8N20 dated 9/29/17, 12/13/17; Port Everglades Slip 2 Ext. dated 8/16/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Linder Industrial Machinery P.O. Box 917035 Orlando, FL 32891** |

| 2.722. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/7/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lines Unlimited, Inc. 1107 Key Plaza #313 Key West, FL 33040** |

| 2.723. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/18/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lion Plumbing, Inc. 10847 N.W. 29TH St. Doral, FL 33172** |

| 2.724. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/14/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **List Industries Inc. 401 Jim Moran Blvd. Deerfield Beach, FL 33442** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.725. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/31/2008** | |
|---|---|---|---|
| | State the term remaining | | **List Plymouth LLC D/B/A Storagecraft** |
| | List the contract number of any government contract | _____ | **2732 W. Orange Blossom Trail Plymouth, FL 32768** |

| 2.726. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/4/2014** | |
|---|---|---|---|
| | State the term remaining | | **Litecrete, Inc.** |
| | List the contract number of any government contract | _____ | **8095 NW 64TH St. Miami, FL 33166** |

| 2.727. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Coalition Lift dated 2/1/17** | |
|---|---|---|---|
| | State the term remaining | | **Litecrete, Inc.** |
| | List the contract number of any government contract | _____ | **8095 NW 64 Street. Miami, FL 33166** |

| 2.728. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge dated 4/28/17** | |
|---|---|---|---|
| | State the term remaining | | **LK Goodwin Co** |
| | List the contract number of any government contract | _____ | **890 Broad Street Providence, RI 02907** |

| 2.729. | State what the contract or lease is for and the nature of the debtor's interest | **Accountant Project Completion Employment Agreement dated June 19, 2018 (MIA MCC-8-10 Project)** | |
|---|---|---|---|
| | State the term remaining | | **Llanes, Juan Carlos** |
| | List the contract number of any government contract | _____ | **8761 SW 43 Terrace Miami, FL 33165** |

| 2.730. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/3/2013** | **Locher Environmental Technology, LLC 7181 Gasparilla Rd. Port Charlotte, FL 33981** |
|---|---|---|---|

Debtor 1  **Magnum Construction Management, LLC**                    Case number (*if known*) _____
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract         _____

---

| 2.731. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor (2017)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract         _____

**Lone Star Retrieval Services**
**P.O. Box 2513**
**Red Oak, TX 75154**

---

| 2.732. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge dated 10/4/17; Liberty Village dated 1/25/18; N69450-16-C-1612 W.T. Sampson School dated 11/29/16** |
|---|---|---|

State the term remaining

List the contract number of any
government contract         _____

**Lotspeich Co Of Fl Inc (Div.8)**
**6351 NW 28th Way**
**Ft. Lauderdale, FL 33309**

---

| 2.733. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/16/2013** |
|---|---|---|

State the term remaining

List the contract number of any
government contract         _____

**Lotspeich Co. Of Florida, Inc.**
**6351 Northwest 28 Way, Suite A**
**Fort Lauderdale, FL 33309**

---

| 2.734. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): POM - Terminal F dated 10/3/17** |
|---|---|---|

State the term remaining

List the contract number of any
government contract         _____

**Louis Berger U.S., Inc**
**412 Mount Kemble Avenue**
**Morristown, NJ 07962-1946**

---

| 2.735. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/31/2014** | **Lourdes Floors And Interiors Inc.**<br>**7224 SW 134 Court**<br>**Miami, FL 33183** |
|---|---|---|---|

State the term remaining

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)*   _____
　　　　　　First Name　　　　　Middle Name　　　　　Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | _____ |
|---|---|---|

| 2.736. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/4/2012** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Lunacon Engineering Group, Corp. 16890 South Dixie Highway Miami, FL 33157** |

| 2.737. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): T4433 - Broward Blvd. dated 12/15/17** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Luselago International LLC D/B/A Pirtek 7962 NW 14th Street Doral, FL 33126** |

| 2.738. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/5/2016** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Lynch Paving & Construction Co. Inc. 503 NW 9 Street Okeechobee, FL 34972** |

| 2.739. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/20/2018** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **M & J Elevator Interiors, Inc 3552 East 10th Court Hialeah, FL 33013** |

| 2.740. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Liberty Village dated 3/22/18** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **M & J Elevator Interiors, Inc 3552 E 10th Ct. Hialeah, FL 33013** |

Debtor 1    **Magnum Construction Management, LLC**                                  Case number *(if known)*
<u>            First Name            Middle Name            Last Name</u>

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.741.   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 12/1/16; FIU - UCPP - DB Pedestrian Bridge dated 11/11/16; POM-Terminal F dated 10/3/16**

State the term remaining

List the contract number of any government contract

**M G Vera, Inc**
**13960 SW 47 Street**
**Miami, FL 33175**

---

2.742.   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 8/20/18**

State the term remaining

List the contract number of any government contract

**M&H Automotive, Inc**
**3560 W. Broward Blvd.**
**Fort Lauderdale, FL 33312**

---

2.743.   State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 1/31/2013**

State the term remaining

List the contract number of any government contract

**M&M Steel Corp.**
**479 W 27 Street**
**Hialeah, FL 33010**

---

2.744.   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s):  CD 4.10 (2) 54-Inch DI FM dated 2/8/17; Doral Police Sub-Station dated 1/4/17; FIU - UCPP - DB Pedestrian Bridge dated 5/4/17;  Joseph Caleb Ctr Atrium Refurb dated 8/14/18; Lighthouse for the Blind dated 8/23/18; N69450-16-C-1612 W.T. Sampson School dated 4/10/17; POM Terminal F dated 1/26/18; Port Everglades Slip 2 Ext. dated 6/26/17**

State the term remaining

**M&M Steel Corporation**
**515 W. 26 St.**
**Hialeah, FL 33010**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1 **Magnum Construction Management, LLC**                    Case number *(if known)* _____
     First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.745.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/1/2014** | |
| State the term remaining | | **M. Tucker A Division Of Singer NY, LLC** |
| List the contract number of any government contract | | **12038 Miramar Parkway** **Miramar, FL 33025** |

| | | |
|---|---|---|
| **2.746.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/25/2010** | |
| State the term remaining | | **M.A.R. Contracting, Inc.** |
| List the contract number of any government contract | | **2040 NW 94 Avenue** **Doral, FL 33172** |

| | | |
|---|---|---|
| **2.747.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/2/2013** | |
| State the term remaining | | **M.C.O. Construction And Services, Inc.** |
| List the contract number of any government contract | | **6600 NW 27 Avenue, Suite 208** **Miami, FL 33147-7220** |

| | | |
|---|---|---|
| **2.748.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/13/2014** | |
| State the term remaining | | **M.G. Vera, Inc.** |
| List the contract number of any government contract | | **13960 S.W. 47th Street** **Miami, FL 33165** |

| | | |
|---|---|---|
| **2.749.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/1/2016** | |
| State the term remaining | | **Madina Sod Corp.** |
| List the contract number of any government contract | | **200 S Main Street** **Belle Glade, FL 33430** |

Debtor 1   **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.750. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 4/20/17** | |
|---|---|---|---|
| | State the term remaining | | **Madison Services, Inc.** |
| | List the contract number of any government contract | _____ | **P.O. Box 1639** **Madison, MS 39130** |

| 2.751. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 3/28/17; FIU - UCPP - DB Pedestrian Bridge dated 11/11/16; POM - Terminal F dated 9/25/17; Port Everglades Slip 2 Ext. dated 8/21/17** | |
|---|---|---|---|
| | State the term remaining | | **Management Consultants International, In** |
| | List the contract number of any government contract | _____ | **9253 SW 172 Ave.** **Miami, FL 33196** |

| 2.752. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with Subcontractor dated 2/16/2017** | |
|---|---|---|---|
| | State the term remaining | | **Manny & Lou Plumbing Contractors, Inc.** |
| | List the contract number of any government contract | _____ | **7125 SW 47th St., #307** **Miami, FL 33155** |

| 2.753. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/12/2010** | |
|---|---|---|---|
| | State the term remaining | | **Marathon Construction And Demolition, LL** |
| | List the contract number of any government contract | _____ | **P.O. Box 14848** **Fort Lauderdale, FL 33302** |

| 2.754. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/8/2012** | |
|---|---|---|---|
| | State the term remaining | | **Mardale Specialties Direct, Inc.** |
| | List the contract number of any government contract | _____ | **4101 NW 124th Avenue** **Coral Springs, FL 33065** |

Debtor 1  **Magnum Construction Management, LLC**                                    Case number *(if known)* _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

2.755. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/1/2015** | |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | **Mario s Tree Services & Landscaping, Inc 160 NW 120th Avenue Miami, FL 33182** |

---

2.756. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor (2017)** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Mark Products USA, Inc. 17100 NE 19th Avenue, Suite D-1 Miami, FL 33162** |

---

2.757. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/12/2015** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Marks Brothers, Inc. 9455 NW 104th Street Medley, FL 33178** |

---

2.758. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  DAL TWY Bravo Rehab dated 2/23/17, 7/27/17, 10/11/17;  DAL TWY Echo Rehab dated 2/24/17; FM2181 - Denton County dated 10/20/17; Lake Sharon Drive - Corinth dated 10/25/17, 6/19/18** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Martin Marietta Materials P.O. Box 677061 Dallas, TX 75267** |

---

2.759. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/20/2014** | |
| State the term remaining | | |
| List the contract number of any | | **Martin Marietta Materials, Inc. 1825 Lakeway Dr., Suite 300 Lewisville, TX 75057** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Magnum Construction Management, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.760. | State what the contract or lease is for and the nature of the debtor's interest | **Project Completion Employment Agreement dated July 2, 2018 (WT Sampson Project)** | |
| | State the term remaining | | **Martinez, Ariel** |
| | List the contract number of any government contract | | **2073 W 54 St** **Hialeah, FL 33016** |

| | | | |
|---|---|---|---|
| 2.761. | State what the contract or lease is for and the nature of the debtor's interest | **Assistant Project Manager Project Completion Employment Agreement dated July 6, 2018 (FLL T4 Eastern Expansion Project)** | |
| | State the term remaining | | **Martinez, Eduardo R.** |
| | List the contract number of any government contract | | **2710 SW 14th St.** **Miami, FL 33145** |

| | | | |
|---|---|---|---|
| 2.762. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School 3/17/17** | |
| | State the term remaining | | **Masson Equipment Solutions Cor** |
| | List the contract number of any government contract | | **8539 NW South River Drive** **Medley, FL 33166** |

| | | | |
|---|---|---|---|
| 2.763. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/1/2016** | |
| | State the term remaining | | **Master Con, LLC** |
| | List the contract number of any government contract | | **1079 Shotgun Rd.** **Sunrise, FL 33326** |

| | | | |
|---|---|---|---|
| 2.764. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2015** | |
| | State the term remaining | | **Master Excavators, Inc.** |
| | List the contract number of any government contract | | **9950 SW 168th Terrace** **Miami, FL 33157** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Magnum Construction Management, LLC**                          Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.765. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 1/19/17; N69450-16-C-1612 W.T. Sampson School dated 2/21/17** | |
|---|---|---|---|
| | State the term remaining | | **Master Halco** |
| | List the contract number of any government contract | | **6250 NW 74th Ave. Miami, FL 33166** |

| 2.766. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  E4S38 A1A Bridge Rehab Control dated 2/6/18; Port Everglades Slip 2 Ext. dated 7/14/17** | |
|---|---|---|---|
| | State the term remaining | | **Matheson Tri-Gas Inc** |
| | List the contract number of any government contract | | **P.O. BOX 845502 Dallas, TX 75284-5502** |

| 2.767. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  FIU - UCPP - DB Pedestrian Bridge dated 1/22/18** | |
|---|---|---|---|
| | State the term remaining | | **Matrax, Inc.** |
| | List the contract number of any government contract | | **11748 Mayfair Field Drive Timonium, MD 21093** |

| 2.768. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/1/2012** | |
|---|---|---|---|
| | State the term remaining | | **Maverick United Elevator LLC** |
| | List the contract number of any government contract | | **10639 NW 122nd Street Miami, FL 33178** |

| 2.769. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/16/2013** | |
|---|---|---|---|
| | State the term remaining | | **Maytin Engineering Corporation 13900 NW 112th Avenue Hialeah Gardens, FL 33018** |

Debtor 1   **Magnum Construction Management, LLC**
      First Name          Middle Name         Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.770. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  Grove Bay Parking Garage dated 2/13/18; Joseph Caleb Ctr Atrium Refurb dated 8/1/17; N69450-16-C-1612 W.T. Sampson School dated 10/21/16** | |
| | State the term remaining | | **McCormick Construction & Management, LLC** |
| | List the contract number of any government contract _____ | | **1153 Lionsgate Lane**<br>**Gulf Breeze, FL 32563** |

| 2.771. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/6/2010** | |
| | State the term remaining | | **McCourt Construction, Inc.** |
| | List the contract number of any government contract _____ | | **16155 SW 117 Avenue**<br>**Suite 26B**<br>**Miami, FL 33177** |

| 2.772. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 8/20/18** | |
| | State the term remaining | | **McKinsey Steel & Supply** |
| | List the contract number of any government contract _____ | | |

| 2.773. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/1/2015** | |
| | State the term remaining | | **McNeill Signs Inc.** |
| | List the contract number of any government contract _____ | | **555 South Dixie Highway**<br>**East Pompano, FL 33060** |

Debtor 1    **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
　　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.774. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 10/25/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **McNichols Co.** |

| 2.775. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/1/2014** | |
|---|---|---|---|
| | State the term remaining | | **MCQ Construction Services, Inc.** |
| | List the contract number of any government contract | | **10773 NW 58 Street, #510** **Doral, FL 33178** |

| 2.776. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/7/2014** | |
|---|---|---|---|
| | State the term remaining | | **McRyan Hauling, Inc.** |
| | List the contract number of any government contract | | **16121 Highway 114** **Rhome, TX 76078** |

| 2.777. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/7/2012** | |
|---|---|---|---|
| | State the term remaining | | **MCW Acquisition, LLC. Dba Metro Caulking** |
| | List the contract number of any government contract | | **1100 SW 30th Avenue** **Pompano Beach, FL 33069** |

| 2.778. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): NAS Meridian Dining Facility dated 12/7/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MDCCI, Inc** |

Debtor 1  **Magnum Construction Management, LLC**                              Case number *(if known)* _____
  First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.779. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Lake Sharon Drive - Corinth dated 1/16/18** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Meade Servicing Group** |

| 2.780. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/1/2010** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Meccon Industries, Inc. 2703 Bernice Road Lansing, IL 60438-0206** |

| 2.781. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):E4S38 A1A Bridge Rehab Control dated 2/15/2018; FIU - UCPP - DB Pedestrian Bridge  dated 10/27/17; HEFT II- E8N20 dated 7/24/17, 12/12/17, 5/9/18, 7/2/18** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Meco Miami, Inc** |

| 2.782. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 2/21/18** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Medallion Transport & Logistics, LLC 701 East Galt Drive Suite 110 Mt. Laurel, NJ 08054** |

| 2.783. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge dated 7/10/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Media Relations Group, LLC 18001 Old Cutler Road #459 Miami, FL 33157** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.784.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 7/16/2013**

State the term remaining

List the contract number of any government contract

Megatran, Inc.
1680 NW 96 Avenue
Miami, FL 33172

**2.785.** State what the contract or lease is for and the nature of the debtor's interest — **Assistant Project Manager Project Completion Employment Agreement dated August 13, 2018 (FLL T4 Eastern Expansion Project)**

State the term remaining

List the contract number of any government contract

Mejia, Jorge A.
6222 NW 170th Terr
Hialeah, FL 33015

**2.786.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor (2018)**

State the term remaining

List the contract number of any government contract

Mels Electric LP
P.O. Box 40
Wilmer, TX 75172

**2.787.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 3/10/17; FM2181 - Denton County dated 3/16/18; Lake Sharon Drive - Corinth dated 3/16/18**

State the term remaining

List the contract number of any government contract

Memco Solutions, Inc
P.O. Box 301729
Dallas, TX 75303

**2.788.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 2/2/2012**

State the term remaining

Metal Shield Industries, Inc.
11924 NW 11 Court
Coral Springs, FL 33071

Debtor 1  **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract    _____

---

**2.789.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 11/26/2008**

State the term remaining

List the contract number of any government contract    _____

**Metalite Truss Systems Of Florida, Inc.**
**2295 West Eau Gallie Blvd., Suite D**
**Melbourne, FL 32935**

---

**2.790.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 3/10/17, 3/13/17, 3/17/17, 4/3/17**

State the term remaining

List the contract number of any government contract    _____

**Metallic Products, LLC**
**4365 NW 128th Street**
**Opa Locka, FL 33054**

---

**2.791.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): T4433 - Broward Blvd. dated 121416**

State the term remaining

List the contract number of any government contract    _____

**Metallurigical Technologies, Inc.**
**160 Bevan Drive**
**Mooresville, NC 28115**

---

**2.792.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): Doral Police Sub-Station dated 2/8/17**

State the term remaining

List the contract number of any government contract    _____

**Metaltek Fab, Inc D/B/A Chicago Bullet P**
**2595 Bond Street**
**University, FL 60484**

---

**2.793.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): POM - Terminal F dated 6/22/17**

State the term remaining

List the contract number of any

**Metro Dade Security Systems, I**
**13350 SW 131 Street**
**Suite 102**
**Miami, FL 33186**

---

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.794. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/1/2012** | |
|---|---|---|---|
| | State the term remaining | | **Metro Infrastructure Corp.** |
| | List the contract number of any government contract | | **814 Ponce de Leon Blvd, Suite 419** |
| | | | **Coral Gables, FL 33134** |

| 2.795. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/27/2012** | |
|---|---|---|---|
| | State the term remaining | | **Metromont Corporation** |
| | List the contract number of any government contract | | **4151 US Highway 17** |
| | | | **South  Bartow, FL 33830** |

| 2.796. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/27/2012** | |
|---|---|---|---|
| | State the term remaining | | **Metromont Services, LLC** |
| | List the contract number of any government contract | | **4151 US Highway 17 South** |
| | | | **Bartow, FL 33830** |

| 2.797. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): POM - Terminal F dated 3/14/17** | |
|---|---|---|---|
| | State the term remaining | | **Miami Dade County Seaport Dept** |
| | List the contract number of any government contract | | **Port Miami** |
| | | | **1015 Northamerica Way** |
| | | | **Miami, FL 33132** |

| 2.798. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Lighthouse for the Blind dated 11/29/17** | |
|---|---|---|---|
| | State the term remaining | | **Miami In Focus, Inc.** |
| | List the contract number of any government contract | | **480 NE 30th Street, #2104** |
| | | | **Miami, FL 33137** |

Debtor 1   **Magnum Construction Management, LLC**

First Name            Middle Name            Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.799. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Miami Stagecraft, Inc.** |
| | List the contract number of any government contract | | **2855 E. 11th Avenue** **Hialeah, FL 33013** |

| 2.800. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):C-111 Detention Area dated 12/7/17** | |
|---|---|---|---|
| | State the term remaining | | **Miami Star Truck Parts, Inc** |
| | List the contract number of any government contract | | **9795 NW 87 Avenue** **Medley, FL 33178** |

| 2.801. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge dated 1/31/18; HEFT II-E8N20 dated 1/25/18, 5/22/18, 7/3/18, 7/5/18; Liberty Village dated 2/16/18; T4433-Broward Blvd. dated 12/6/17** | |
|---|---|---|---|
| | State the term remaining | | **Miami Tool Rental** |
| | List the contract number of any government contract | | **4190 NW 72 Avenue** **Miami, FL 33166** |

| 2.802. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/14/2016** | |
|---|---|---|---|
| | State the term remaining | | **Micar Trucking Inc.** |
| | List the contract number of any government contract | | **13944 SW 25 Terrace** **Miami, FL 33175** |

| 2.803. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  CD 4.10 (2) 54-Inch DI FM dated 2/20/17** | |
|---|---|---|---|
| | State the term remaining | | **Micar Trucking, Inc.** |
| | List the contract number of any government contract | | **13944 SW 25th Terrace** **Miami, FL 33175** |

Debtor 1 **Magnum Construction Management, LLC**                    Case number (*if known*) _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.804.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Mid-Park, Inc**
**1021 Salt River Road**
**Leithfield, KY 42754**

**2.805.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 11/29/17**

　　　State the term remaining

　　　List the contract number of any government contract

**Mid-West Machinery Mart, Inc.**
**3607 Southeastern Ave.**
**Indianapolis, IN 46203**

**2.806.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 2/1/2015**

　　　State the term remaining

　　　List the contract number of any government contract

**Midsouth Painting Inc.**
**2077 N. Powerline Rd., Suite 1**
**Pompano Beach, FL 33069**

**2.807.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 2/3/17**

　　　State the term remaining

　　　List the contract number of any government contract

**Midway Sealcoating & Striping**
**P.O. Box 180953**
**Arlington, TX 76096**

**2.808.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 7/31/2014**

　　　State the term remaining

　　　List the contract number of any government contract

**Millennium Steel Inc.**
**10235 West Sample Road, Suite 205**
**Coral Springs, FL 33065**

Debtor 1    **Magnum Construction Management, LLC**      Case number (*if known*) _____

     First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.809.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 6/19/2009**

State the term remaining

List the contract number of any government contract

**Miller Electric Company
1881 SR 84, Suite 104
Fort Lauderdale, FL 33315**

---

**2.810.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement dated April 28, 2016, for Ricoh photocopiers (Ricoh C 6502 and Ricoh C4503)**

State the term remaining

List the contract number of any government contract

**Milner, Inc.
700 South Military Trail
Deerfield Beach, FL 33442**

---

**2.811.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 8/21/2013**

State the term remaining

List the contract number of any government contract

**Mineral Life International Inc.
6732 Southwest 71 Court
Miami, FL 33143-3022**

---

**2.812.** State what the contract or lease is for and the nature of the debtor's interest — **Accountant Project Completion Employment Agreement dated June 19, 2018 (MIA MCC-8-10 Project)**

State the term remaining

List the contract number of any government contract

**Mirabel, Virginia
7000 SW 57th Street
Miami, FL 33143**

---

**2.813.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Orders for the following project(s): POM - Terminal F dated 10/20/17**

State the term remaining

List the contract number of any government contract

**Mirage Building Maintenance
4620 N Hiatus Road
Sunrise, FL 33351**

---

Debtor 1  **Magnum Construction Management, LLC**                    Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.814. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/1/2012** | |
|---|---|---|---|
| | State the term remaining | | **Mirage Building Maintenance, Inc.** |
| | List the contract number of any government contract | | **4620 N Hiatus Rd** **Sunrise, FL 33351** |

| 2.815. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 10/17/17** | |
|---|---|---|---|
| | State the term remaining | | **Mitchell Metals** **1761 McCoba Drive** |
| | List the contract number of any government contract | | **Suite A** **Smyrna, GA 30080** |

| 2.816. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **MI3 Media, LLC.** |
| | List the contract number of any government contract | | **2420 SW 27TH Avenue** **Miami, FL 33145** |

| 2.817. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Grove Bay Parking Garage dated 2/13/18; Lighthouse for the Blind dated 11/1/16** | |
|---|---|---|---|
| | State the term remaining | | **Mobile Mini, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 650882** **Dallas, TX 75265-0882** |

| 2.818. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 1/24/17** | |
|---|---|---|---|
| | State the term remaining | | **Mobile Modular Management Corp** |
| | List the contract number of any government contract | | **P.O. Box 45043** **San Francisco, CA 94145** |

Debtor 1 **Magnum Construction Management, LLC**                    Case number (*if known*) _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.819.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): Doral Police Sub-Station dated 10/14/16; Liberty Village dated 12/14/16; Coalition Lift dated 10/28/16**

State the term remaining

List the contract number of any government contract

**Modspace
12603 Collections Center Drive
Chicago, IL 60693**

**2.820.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 2/23/17**

State the term remaining

List the contract number of any government contract

**Modular Genius
1201 S. Mountain Road
Joppa, MD 21085**

**2.821.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 8/13/2011**

State the term remaining

List the contract number of any government contract

**Montenegro Plastering Contractors, Inc.
4676 NW 133 Street
Opa-Locka, FL 33054**

**2.822.** State what the contract or lease is for and the nature of the debtor's interest

**Confidentiality Agreement dated March 26, 2018 (DNT Project)**

State the term remaining

List the contract number of any government contract

**Montgomery, Erick
15465 County Road 790
Nevada, TX 75173**

**2.823.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 8/6/2014**

State the term remaining

List the contract number of any government contract

**Moonlight Door & Glass, LLC
4530 North Hiatus Road
Suite 115
Sunrise, FL 33351**

Debtor 1  **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.824.** State what the contract or lease is for and the nature of the debtor's interest

Accountant Project Completion Employment Agreement dated June 19, 2018 (MIA MCC-8-10 Project)

State the term remaining

List the contract number of any government contract

Morales, Jose
17040 SW 33 Ct.
Hollywood, FL 33027

**2.825.** State what the contract or lease is for and the nature of the debtor's interest

Project Manager Project Completion Employment Agreement dated July 2, 2018 (WT Sampson Project)

State the term remaining

List the contract number of any government contract

Mori, Davion J.
5630 SW 54th Ct.
Fort Lauderdale, FL 33314

**2.826.** State what the contract or lease is for and the nature of the debtor's interest

Master Subcontract Agreement with subcontractor dated 4/5/2011

State the term remaining

List the contract number of any government contract

Morlic Engineering, Corp.
3020 NW 79th Avenue
Doral, FL 33122

**2.827.** State what the contract or lease is for and the nature of the debtor's interest

Master Subcontract Agreement with subcontractor dated 1/6/2012

State the term remaining

List the contract number of any government contract

Mosaicist, Inc.
4277 SW 2 Terrace
Miami, FL 33134

**2.828.** State what the contract or lease is for and the nature of the debtor's interest

Master Subcontract Agreement with subcontractor dated 4/5/2011

State the term remaining

List the contract number of any government contract

Mowrey Elevator Company Of Florida, Inc.
4518 Lafayette Street
Marianna, FL 32446

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Magnum Construction Management, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.829.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 5/12/2015**

State the term remaining

List the contract number of any government contract

**MP Quality Services Corp.**
**8422 NW 14 Avenue**
**Miami, FL 33147**

---

**2.830.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): Doral Police Sub-Station dated 10/14/16; Grove Bay Parking Garage dated 2/13/16; HEFT II-E8N20 dated 8/1/17; Joseph Caleb Ctr Atrium Refurb dated 7/25/17; Liberty Village dated 12/5/16; Lighthouse for the Blind dated 9/13/16; Coalition Lift dated 12/12/16**

State the term remaining

List the contract number of any government contract

**MPG Technical Group Corp**
**908 SW 141 Avenue**
**Miami, FL 33184**

---

**2.831.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): Joseph Caleb Ctr Atrium Refurb dated 12/14/17**

State the term remaining

List the contract number of any government contract

**Mr. Glass Doors & Windows, Inc**
**8120 NW 84 St.**
**Medley, FL 33166**

---

**2.832.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 7/21/2014**

State the term remaining

List the contract number of any government contract

**Mr. Glass Doors & Windows, Inc.**
**7440 NW 66 St.**
**Miami, FL 33166**

---

**2.833.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 5/8/2009**

State the term remaining

**MSE Systems, Inc.**
**603 Verona Street**
**Kissimmee, FL 34741**

---

Debtor 1   **Magnum Construction Management, LLC**                          Case number *(if known)* _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.834. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with Subcontractor dated 11/16/2017** | |
|---|---|---|---|
| | State the term remaining | | **Muller Fire Protection, Inc.** |
| | List the contract number of any government contract | | **3200 NW 38th Street** **Miami, FL 33142** |

| 2.835. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/7/2017** | |
|---|---|---|---|
| | State the term remaining | | **Mulo Inc.** |
| | List the contract number of any government contract | | **1275 NW 1st Avenue** **South Bay, FL 33493** |

| 2.836. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): POM - Terminal F dated 10/3/16** | |
|---|---|---|---|
| | State the term remaining | | **Multivista South Florida** |
| | List the contract number of any government contract | | **277 SE 5 Avenue** **Delray Beach, FL 33483** |

| 2.837. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/9/2017** | |
|---|---|---|---|
| | State the term remaining | | **Muni Farms, LLC** |
| | List the contract number of any government contract | | **26100 SW 157 Ave,** **Homestead, FL 33031** |

| 2.838. | State what the contract or lease is for and the nature of the debtor's interest | **Confidentiality Agreement dated December 6, 2018 (FM 544 and FM 2181 Project)** | |
|---|---|---|---|
| | State the term remaining | | **Munilla, Luis F.** |
| | List the contract number of any government contract | | **9507 Windy Hollow Dr.** **Irving, TX 75063** |

Debtor 1   **Magnum Construction Management, LLC**                     Case number (*if known*) _____

First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.839. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/22/2015** | |
|---|---|---|---|
| | State the term remaining | | **Munway Technology Inc.** |
| | List the contract number of any government contract | | **7214 NW 56 Street**<br>**Miami, FL 33166** |

| 2.840. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/22/2010** | |
|---|---|---|---|
| | State the term remaining | | **Murillejo Cleaning Services Inc. Dba Cle** |
| | List the contract number of any government contract | | **90 SW 3rd Street, Suite 3312**<br>**Miami, FL 33141** |

| 2.841. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/2/2008** | |
|---|---|---|---|
| | State the term remaining | | **Murton Roofing Corp.** |
| | List the contract number of any government contract | | **7600 NW 74th Avenue**<br>**Miami, FL 33166** |

| 2.842. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge dated 8/15/17;  CD 4.10 (2) 54-Inch DI FM dated 9/1/17, 9/21/17, 3/1/18** | |
|---|---|---|---|
| | State the term remaining | | **MWI** |
| | List the contract number of any government contract | | **P.O. Box 5935**<br>**Troy, MI 48007** |

| 2.843. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/5/2012** | |
|---|---|---|---|
| | State the term remaining | | **MWL Engineering Corp. Dba Alsfab** |
| | List the contract number of any government contract | | **6825 SW 81 Street**<br>**Miami, FL 33143** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
_____First Name_____Middle Name_____Last Name_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.844. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 5/25/17; FM2181 - Denton County dated 6/8/18; Lake Sharon Drive - Corinth dated 6/8/18** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **My Modular LLC<br>P.O. Box 941369<br>Plano, TX 75094** |

| 2.845. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/16/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Myvic Interior And Exterior Designs Inc.<br>5670 NW 116 Avenue, Unit 213<br>Doral, FL 33178** |

| 2.846. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **N & P Construction And Development Inc.<br>4792 Dorchester Mews<br>West Palm Beach, FL 33415** |

| 2.847. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/3/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **N.S.W. Corporation D/B/A National Stage<br>236 S. Military Trail<br>Deerfield Beach, FL 33442** |

| 2.848. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 3/3/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **N.T. Diamond Tools LLC<br>4710 Alexander Lane<br>Dallas, TX 75247** |

Debtor 1  **Magnum Construction Management, LLC**
          First Name        Middle Name        Last Name                    Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.849. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/1/2013** | |
|---|---|---|---|
| | State the term remaining | | **N/S Corporation** |
| | List the contract number of any government contract | | **235 W Florence Avenue** |
| | | | **Inglewood, CA 90301** |

| 2.850. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/20/2016** | |
|---|---|---|---|
| | State the term remaining | | **National Fire Protection, LLC** |
| | List the contract number of any government contract | | **515 Dover Road** |
| | | | **Rockville, MD 20850** |

| 2.851. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Doral Police Sub-Station dated 5/3/17; Reagan-Doral MS conv. To SHS dated 3/27/18** | |
|---|---|---|---|
| | State the term remaining | | **National Stage & Window** |
| | List the contract number of any government contract | | **236 South Military Trail** |
| | | | **Deerfield, FL 33442** |

| 2.852. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 2/28/17, 7/18/17, 8/9/17, 2/9/18 HEFT II- E8N20 dated 2/9/2018 Liberty Village dated 3/8/2017 POM - Terminal F dated 2/15/2017 Port Everglades Slip 2 Ext. dated 2/28/2017, 3/21/17 T4433 - Broward Blvd. dated 11/21/2016** | |
|---|---|---|---|
| | State the term remaining | | **National Tool Supply, Inc.** |
| | List the contract number of any government contract | | **6410 Holatee Road** |
| | | | **Southwest Ranches, FL 33330** |

Debtor 1    **Magnum Construction Management, LLC**
      First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.853. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 2/21/17, 2/27/17; FIU - UCPP - DB Pedestrian Bridge dated 6/15/17; HEFT II- E8N20 dated 7/6/17** | |
|---|---|---|---|
| | State the term remaining | | **Neenah Foundry Company P.O. Box 729 Neenah, WI 54956-0729** |
| | List the contract number of any government contract | | |

| 2.854. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/26/2017** | |
|---|---|---|---|
| | State the term remaining | | **Nerdlihc Corp 2251 NW 51 Ave. Lauderhill, FL 33313** |
| | List the contract number of any government contract | | |

| 2.855. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/8/2012** | |
|---|---|---|---|
| | State the term remaining | | **New Beach Construction Partners Co. 80 SW 8th Street, Suite 2804 Miami, FL 33130** |
| | List the contract number of any government contract | | |

| 2.856. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/21/2013** | |
|---|---|---|---|
| | State the term remaining | | **Newco Structures, Inc. 3006 Aviation Avfenue, #2B Miami, FL 33133** |
| | List the contract number of any government contract | | |

| 2.857. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/1/2009** | |
|---|---|---|---|
| | State the term remaining | | **Newton Seating Company, Inc. 2344 Harper Street Jacksonville, FL 32204** |
| | List the contract number of any government contract | | |

Debtor 1  **Magnum Construction Management, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.858. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  E4S38 A1A Bridge Rehab Control dated 3/23/18, 6/15/18** | |
|---|---|---|---|
| | State the term remaining | | **Nexair, LLC** |
| | List the contract number of any government contract | | **1350 Concourse Ave, Ste. 103 Memphis, TN 38104** |

| 2.859. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Lighthouse for the Blind dated 9/23/16** | |
|---|---|---|---|
| | State the term remaining | | **Next Door Distribution Company** |
| | List the contract number of any government contract | | **2705 N. Commerce Parkway Miramar, FL 33025** |

| 2.860. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): C-111 Detention Area dated 12/7/17, 12/20/17; HEFT II-E8N20 dated 12/7/17** | |
|---|---|---|---|
| | State the term remaining | | **Nextran Truck Center** |
| | List the contract number of any government contract | | **6801 NW 74 Avenue Miami, FL 33166** |

| 2.861. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/11/2010** | |
|---|---|---|---|
| | State the term remaining | | **Night & Day Construction, Inc.** |
| | List the contract number of any government contract | | **18757 SW 69 St Southwest Ranches, FL 33332** |

| 2.862. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **Noah Detention Construction, LLC** |
| | List the contract number of any government contract | | **4225 Ward Cove Drive Suite A Niceville, FL 32578** |

Debtor 1    **Magnum Construction Management, LLC**                          Case number *(if known)* _____
First Name                Middle Name                Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.863. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Lighthouse for the Blind dated 5/10/17; POM - Terminal F dated 11/21/16** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **North South Promotions**<br>**1516 North Dixie Highway**<br>**Hollywood, FL 33020** |

| 2.864. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **North Texas Trucking**<br>**1400 Maryland Dr.**<br>**Irving, TX 75061** |

| 2.865. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): HEFT II-E8N20 dated 12/7/17; N69450-16-C-1612 W.T. Sampson School dated 7/10/17** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nortrax**<br>**21310 Network Place**<br>**Chicago, IL 60673** |

| 2.866. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Bomag BW190, Stock #78699, Serial # 151035** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nortrax, Inc.**<br>**4042 Park Oaks Blvd.**<br>**Suite 200**<br>**Tampa, FL 33610** |

| 2.867. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/9/2014** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nothing But Green Landscaping, Corp.**<br>**16501 SW 209th Avenue**<br>**Miami, FL 33187** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1 **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.868. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): C-111 Detention Area dated 1/11/17; Doral Police Sub-Station dated 10/14/16; Grove Bay Parking Garage dated 10/14/16; Liberty Village dated 1/5/17** | |
|---|---|---|---|
| | State the term remaining | | **Nova Engineering** |
| | List the contract number of any government contract | | **3900 Kennesaw 75 Pkwy. Suite 1 Kennesaw, FL 30144** |

| 2.869. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Liberty Village dated 5/18/17; POM - Terminal F dated 11/11/16; Coalition Lift dated 10/18/16** | |
|---|---|---|---|
| | State the term remaining | | **NV5, Inc** |
| | List the contract number of any government contract | | **P.O. Box 74008680 Chicago, IL 60674-8680** |

| 2.870. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/7/2011** | |
|---|---|---|---|
| | State the term remaining | | **Nycom, Inc.** |
| | List the contract number of any government contract | | **14200 Michaux Glen Drive Midlothian, VI 23113** |

| 2.871. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 6/29/18** | |
|---|---|---|---|
| | State the term remaining | | **Nystrom Inc.** |
| | List the contract number of any government contract | | **9300 73rd Avenue North Brooklyn Park, MN 55428** |

| 2.872. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  Grove Bay Parking Garage dated 8/6/18** | **Ocariz, Garrastacho, Hevia Lll 999 Ponce de Leon Blvd. Suite 650 Coral Gables, FL 33134** |
|---|---|---|---|
| | State the term remaining | | |

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.873. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/8/2013** | |
|---|---|---|---|
| | State the term remaining | | **Ocean Doors And Windows Inc.** |
| | List the contract number of any government contract | | **7100 NW 72 Avenue** |
| | | | **Miami, FL 33166** |

| 2.874. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 1/10/18; FM2181 - Denton County dated 1/5/18; Lake Sharon Drive - Corinth dated 1/18/18; N69450-16-C-1612 W.T. Sampson School dated 3/12/18** | |
|---|---|---|---|
| | State the term remaining | | **Office Depot** |
| | List the contract number of any government contract | | **P.O. Box 88040** |
| | | | **Chicago, IL 60680** |

| 2.875. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/9/2013** | |
|---|---|---|---|
| | State the term remaining | | **Office Elements Inc.** |
| | List the contract number of any government contract | | **2810 Center Port Circle** |
| | | | **Pompano Beach, FL 33064** |

| 2.876. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/13/2011** | |
|---|---|---|---|
| | State the term remaining | | **Office Furniture By Tempo, Inc.** |
| | List the contract number of any government contract | | **4136 East 10th Lane** |
| | | | **Hialeah, FL 33013** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**                          Case number (*if known*) _____
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.877.**  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 2/21/17, 4/12/17, 6/14/17; T4433-Broward Blvd. dated 9/5/18**

State the term remaining

List the contract number of any government contract

**Oldcastle Apg South, Inc. Dba Coastal, O
4630 Woodland Corp. Blvd.
Suite 200
Tampa, FL 33614**

---

**2.878.**  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 1/30/17, 2/23/17**

State the term remaining

List the contract number of any government contract

**Oldcastle Architectural
P.O. Box 281479
Atlanta, GA 30384-1479**

---

**2.879.**  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 10/11/17, 6/12/17; N69450-16-C-1612 W.T. Sampson School dated 2/28/17, 6/27/17**

State the term remaining

List the contract number of any government contract

**Oldcastle Precast
P.O. Box 742387
Los Angeles, CA 90074**

---

**2.880.**  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 4/1/2015**

State the term remaining

List the contract number of any government contract

**Oldcastle Precast, Inc.
27 Amlajack Blvd.
Newnan, GA 30265**

---

**2.881.**  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 3/31/17**

State the term remaining

**Oldcastle Precast, Inc. Dba Duratech
P.O. Box 402721
Atlanta, GA 30384**

---

Debtor 1   **Magnum Construction Management, LLC**                                      Case number *(if known)* _____
 _____
 First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.882. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/14/2011** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Oldcastle Precast, Inc. Dba Duratek**<br>**2180 American Flyer Way**<br>**Brooksville, FL 34604** |

| 2.883. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/8/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Onabuc, Inc.**<br>**5921 Northwest 176 Street Suite 2**<br>**Miami, FL 33015** |

| 2.884. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/1/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Orchidman Landscape Artisans, Corp.**<br>**17400 SW 232 Street**<br>**Miami, FL 33170** |

| 2.885. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Doral Police Sub-Station dated 11/21/16; Grove Bay Parking Garage dated 2/16/16; Liberty Village dated 12/8/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Orchidman Landscape Artisans, Corp.**<br>**17400 SW 232 Street**<br>**Redland, FL 33170** |

| 2.886. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/23/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Oscar Orduno, Inc.**<br>**1437 N. Belt Line Road**<br>**Irving, TX 75061** |

Debtor 1  **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.887.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 5/17/17; DAL TWY Echo Rehab dated 6/9/17; FM2181 - Denton County dated 5/15/18**

State the term remaining

List the contract number of any government contract

**Oscs Inc.**
**6100 Rough Road**
**Cleburne, TX 76031**

---

**2.888.** State what the contract or lease is for and the nature of the debtor's interest

**Confidentiality Agreement dated March 27, 2018 (FM 2181 Project)**

State the term remaining

List the contract number of any government contract

**Osornio, Victoria**
**3153 Saint Dominic Circle**
**Dallas, TX 75233**

---

**2.889.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 12/20/2012**

State the term remaining

List the contract number of any government contract

**Otis Elevator Company**
**16200 NW 59 Avenue, Suite 109**
**Miami Lakes, FL 33014**

---

**2.890.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 3/3/2008**

State the term remaining

List the contract number of any government contract

**Owen Industries, LLC**
**1932 NW Miami Court**
**Miami, FL 33136**

---

**2.891.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 8/1/2015**

State the term remaining

List the contract number of any government contract

**P & J Striping Inc.**
**9389 NW 109 Street**
**Medley, FL 33178**

---

Debtor 1  **Magnum Construction Management, LLC**                     Case number (*if known*) _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.892. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/25/2008** | |
|---|---|---|---|
| | State the term remaining | | **P & P Artec, Inc.** |
| | List the contract number of any government contract | | **700 Creel Drive** **Wood Dale, IL 60191** |

| 2.893. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 7/21/16** | |
|---|---|---|---|
| | State the term remaining | | **P&M Solutions LLC** |
| | List the contract number of any government contract | | **4260 Communications Dr.** **Norcross, GE 30093** |

| 2.894. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/11/2009** | |
|---|---|---|---|
| | State the term remaining | | **P.G.C. Mechanical, Inc.** |
| | List the contract number of any government contract | | **12226 SW 132 Ct.** **Miami, FL 33186** |

| 2.895. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/6/2008** | |
|---|---|---|---|
| | State the term remaining | | **P.M. Electrical Contractors, Inc.** |
| | List the contract number of any government contract | | **10710 SW 146th Avenue** **Miami, FL 33186** |

| 2.896. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 2/22/17** | |
|---|---|---|---|
| | State the term remaining | | **P.W.S. International Inc** |
| | List the contract number of any government contract | | **340 Crompton St.** **Charlotte, NC 28273** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
                 First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.897.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 3/14/17; DAL TWY Echo Rehab dated 3/14/17; FM2181 - Denton County dated 1/26/18; Lake Sharon Drive - Corinth dated 1/26/18**

State the term remaining

List the contract number of any government contract

**Pac-Van Inc**
**75 Remittance Dr.**
**Suite 3300**
**Chicago, IL 60675-3300**

---

**2.898.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 4/12/2012**

State the term remaining

List the contract number of any government contract

**Padron Brick Sales, Inc.**
**2637 W 81st Street**
**Hialeah, FL 33016**

---

**2.899.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 1/31/2014**

State the term remaining

List the contract number of any government contract

**Paldama Investment, Inc. Dba Island Fenc**
**711 East Okeechobee Road**
**Hialeah, FL 33010**

---

**2.900.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 6/25/2008**

State the term remaining

List the contract number of any government contract

**Pallais Construction Co., Inc.**
**14201 SW 55th Street**
**Miami, FL 33175**

---

**2.901.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 6/1/2015**

State the term remaining

List the contract number of any government contract

**Palma Paving & Concrete, Inc.**
**13494 SW 263 Terr.**
**Miami, FL 33032**

---

Debtor 1  **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.902.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): HEFT II-E8N20 dated 12/7/17; N69450-16-C-1612 W.T. Sampson School dated 7/10/17**

State the term remaining

List the contract number of any government contract

**Palmetto Truck Center Corporate Billing, LLC, Dept. 100 P.O. Box 830604 Birmingham, AL 35283**

---

**2.903.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 5/10/18**

State the term remaining

List the contract number of any government contract

**Panaseas International Inc STVA Scaffold dba Scafford Express 12423 Huffmeister Rd. Cypress, TX 77429**

---

**2.904.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 3/19/2018**

State the term remaining

List the contract number of any government contract

**Paradise Air Conditioning Corp 7777 NW 201st Terr. Hialeah, FL 33015**

---

**2.905.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 12/21/2012**

State the term remaining

List the contract number of any government contract

**Paradise Awnings Corporation 4310 Northwest 36 Avenue Miami, FL 33142**

---

**2.906.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 7/24/2017**

State the term remaining

List the contract number of any government contract

**Paradise Construction Corp 4051 SW 130 Avenue Miami, FL 33175**

---

Debtor 1  **Magnum Construction Management, LLC**                          Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.907. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/21/2012** | |
|---|---|---|---|
| | State the term remaining | | **Paradise Railings, Inc.** |
| | List the contract number of any government contract | | **4310 NW 36 Ave.** **Miami, FL 33142** |

| 2.908. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/20/2017** | |
|---|---|---|---|
| | State the term remaining | | **Paramount Drywall, Inc.** |
| | List the contract number of any government contract | | **6940 SW 12 St.** **Miami, FL 33144** |

| 2.909. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor (2018)** | |
|---|---|---|---|
| | State the term remaining | | **Pavetech, Inc.** |
| | List the contract number of any government contract | | **13200 SW 132nd Avenue, Unit 2** **Miami, FL 33186-5000** |

| 2.910. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/30/2009** | |
|---|---|---|---|
| | State the term remaining | | **Pavex Corporation D/B/A Ranger Construct** |
| | List the contract number of any government contract | | **2501 NW 48th Street** **Pompano Beach, FL 33073** |

| 2.911. | State what the contract or lease is for and the nature of the debtor's interest | **Project Completion Employment Agreement dated July 16, 2018 (Terminal 4 Project)** | |
|---|---|---|---|
| | State the term remaining | | **Paya, Oswaldo J.** |
| | List the contract number of any government contract | | **1010 SW 73rd Ave.** **Miami, FL 33144** |

| 2.912. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): NAS Meridian Dining Facility dated 12/11/17, 3/27/18** | **Payne Handyman Service** **3699 Alice Dr.** **Lauderdale, MS 39335** |
|---|---|---|---|
| | State the term remaining | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**
First Name          Middle Name          Last Name

Case number *(if known)* _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |

---

| 2.913. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 6/8/18** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **PCI One Incorporated**<br>**2401 Kerner Blvd.**<br>**San Rafael, CA 94901** |

---

| 2.914. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/11/2010** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Peachtree Protective Covers, Inc.**<br>**1477 Rosedale Drive**<br>**Hiram Georgia   30141** |

---

| 2.915. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/30/2015** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Peerson Audio, Inc.**<br>**1235 Park Lane S.**<br>**Jupiter, FL 33458** |

---

| 2.916. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/5/2014** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Pelege Iron Corporation**<br>**4647 E 10th Lane**<br>**Hialeah, FL 33013** |

---

| 2.917. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/12/2013** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Penhall Company**<br>**7000 Trinity Boulevard**<br>**Hurst, TX 76053** |

---

Debtor 1   **Magnum Construction Management, LLC**                    Case number *(if known)* _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.918. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/5/2015** | |
|---|---|---|---|
| | State the term remaining | | **Penhall Company** |
| | List the contract number of any government contract | | **1801 Penhall Way Anaheim, CA 92801** |

| 2.919. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/4/2013** | |
|---|---|---|---|
| | State the term remaining | | **People s Plumbing & Mechanical Inc.** |
| | List the contract number of any government contract | | **7320 Northwest 70th Street #B Miami, FL 33166** |

| 2.920. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Lighthouse for the Blind dated 3/2/17** | |
|---|---|---|---|
| | State the term remaining | | **Peopleready, Inc.** |
| | List the contract number of any government contract | | **1015 A Street Tacoma, WA 30374** |

| 2.921. | State what the contract or lease is for and the nature of the debtor's interest | **Project Completion Employment Agreement dated June 19, 2018 (MIA MCC-8-10 Project)** | |
|---|---|---|---|
| | State the term remaining | | **Perez. Miguel A.** |
| | List the contract number of any government contract | | **9757 W 34 Lane Hialeah, FL 33018-7000** |

| 2.922. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/14/2015** | |
|---|---|---|---|
| | State the term remaining | | **Perfect Pavers Of South Florida, LLC.** |
| | List the contract number of any government contract | | **528 NW 1st Avenue Ft. Lauderdale, FL 33301** |

| 2.923. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): NAS Meridian Dining Facility dated 5/12/18** | **Perfect Touch Contractors, LLC 71 WC Adams Rd. Dekalb, MS 39328** |
|---|---|---|---|

Debtor 1  **Magnum Construction Management, LLC**
First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract    _____

---

| 2.924. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/8/2011** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Perfection Architectural Systems, Inc.** 2310 Mercator Dr. Orlando, FL 32807 |

---

| 2.925. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Perfection Architectural Systems, Inc.** P.O. Box 3459 Boynton Beach, FL 33424 |

---

| 2.926. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/7/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Perini Marine Construction, LLC** 10420  159th Court North Jupiter, FL 33478 |

---

| 2.927. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Doral Police Sub-Station dated 10/28/16** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Permit Consultant, Inc** 2245 SW 31 Avenue Miami, FL 33145 |

---

| 2.928. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/1/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Perspective Glass Company, Inc.** 750 SW 14th Avenue Pompano Beach, FL 33069 |

---

Debtor 1  **Magnum Construction Management, LLC**                                    Case number *(if known)*  _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.929.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 9/6/2016**

State the term remaining

List the contract number of any government contract

**Phorcys Builders, Corp**
**10750 NW 138 Street, 2**
**Hialeah Gardens, FL 33018**

**2.930.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 8/30/2016**

State the term remaining

List the contract number of any government contract

**Pierson Inc.**
**2920 Windmill Ranch Road**
**Weston, FL 33331**

**2.931.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 3/17/2009**

State the term remaining

List the contract number of any government contract

**Pilar Services, Inc.**
**8191 NW 91st Terrace, Bay A-3**
**Medley, FL 33166**

**2.932.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Orders for the following project(s): T4433 - Broward Blvd. dated 11/17/16**

State the term remaining

List the contract number of any government contract

**Pile Dynamics, Inc**
**30725 Aurora Road**
**Cleveland, OH 44139**

**2.933.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Orders for the following project(s): T4433 - Broward Blvd. dated 11/17/16**

State the term remaining

List the contract number of any government contract

**Piling Products**
**945 Center Street**
**Green Cove Springs, FL 32043**

**2.934.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 9/1/2015**

State the term remaining

**Pioneer Construction Management Services**
**3711 SW 47 Avenue #203**
**Davie, FL 33314**

Debtor 1  **Magnum Construction Management, LLC**                              Case number (*if known*) _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.935. | State what the contract or lease is for and the nature of the debtor's interest | **Project Superintendent Project Completion Employment Agreement dated July 6, 2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pividal, Francisco** **11923 SW 155 Court** **Miami, FL 33196** |

| 2.936. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/18/2010** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Playcore Wisconsin, Inc. dba Gametime** **P.O. Box 520700** **Longwood, FL 32752** |

| 2.937. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/23/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Playmore West, Inc. D/B/A Playmore Recre** **10271 Deer Run Farms Road, Suite 1** **Fort Myers, FL 33966** |

| 2.938. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/12/2012** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Poma Construction Corp** **2049 SW Poma Drive** **Palm City, FL 34990** |

| 2.939. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/24/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Poma Construction Corp** **2049 SW Poma Drive** **Palm City, FL 34990** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____
　　　　　First Name　　　Middle Name　　　Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.940.** State what the contract or lease is for and the nature of the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any government contract

**Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 3/21/18**

**Port Consolidated**
**P.O. Box 350430**
**Fort Lauderdale, FL 33335**

---

**2.941.** State what the contract or lease is for and the nature of the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 2/28/2008**

**Porto Construction Group, LLC**
**7270 NW 12th Street, Suite 207**
**Miami, FL 33126**

---

**2.942.** State what the contract or lease is for and the nature of the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/7/2011**

**Pre-Cast Specialties, Inc.**
**1380 North East 48th Street**
**Pompano Beach, FL 33064**

---

**2.943.** State what the contract or lease is for and the nature of the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 7/31/2014**

**Premier Air Conditioning & Refrigeration**
**2165 West 10TH Court**
**Hialeah, FL 33012**

---

**2.944.** State what the contract or lease is for and the nature of the debtor's interest

　　　　　State the term remaining

　　　　　List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 12/1/2010**

**Premier Paving, Ltd.**
**309 Byers Street, Suite B,**
**Euless, TX 76039**

---

**2.945.** State what the contract or lease is for and the nature of the debtor's interest

**Project Executive Employment Agreement Project Completion dated July 17, 2018 (WT Sampson School Project)**

**Press, Elliot B.**
**11354 Millpond Greens Dr.**
**Boynton Beach, FL 33473**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Magnum Construction Management, LLC**
           First Name        Middle Name        Last Name                    Case number (if known) _____

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract    _____

| 2.946. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): POM - Terminal F dated 2/20/18** | |
|---|---|---|---|
| | State the term remaining | | **Prestige Elevator 10660 NW 123rd St. Road Ste. 106 Medley, FL 33178** |
| | List the contract number of any government contract | | |

| 2.947. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/23/2013** | |
|---|---|---|---|
| | State the term remaining | | **Prestress Concrete, Inc. 6187 Miami Lakes Drive Miami Lakes, FL 33014** |
| | List the contract number of any government contract | | |

| 2.948. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/28/2009** | |
|---|---|---|---|
| | State the term remaining | | **Prime Design South, Inc. 1830 2nd Ave North Lake Worth, FL 33460** |
| | List the contract number of any government contract | | |

| 2.949. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge dated 12/14/17** | |
|---|---|---|---|
| | State the term remaining | | **Prism Response, Inc 720 South Military Trail Deerfield Beach, FL 33442** |
| | List the contract number of any government contract | | |

| 2.950. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/28/2013** | |
|---|---|---|---|
| | State the term remaining | | **Prism Response, Inc. 720 South Military Trail Deerfield Beach, FL 33442** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Magnum Construction Management, LLC**

　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.951. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/18/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pro Service Group LLC**<br>**10631 N Kendall Drive, #1209**<br>**Miami, FL 33176** |

| 2.952. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 9/28/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pro Service Group, LLC**<br>**4291 SW 143 Avenue**<br>**Miramar, FL 33027** |

| 2.953. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/1/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pro Sound, Inc.**<br>**1375 NE 123 Street**<br>**Miami, FL 33161** |

| 2.954. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Liberty Village dated 6/27/17; POM-Terminal F dated 3/3/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pro Sweep**<br>**2028 Woodard**<br>**San Jose, CA 95124** |

| 2.955. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 6/27/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pro Tow Wrecker Service**<br>**P.O. Box 655**<br>**Lewisville, TX 75067-0655** |

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)*
              First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.956.**   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 2/15/18**

State the term remaining

List the contract number of any government contract

**Pro-Air Co.
2875 Jupiter Park Drive
Suite 700
Jupiter, FL 33458**

---

**2.957.**   State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 4/21/2014**

State the term remaining

List the contract number of any government contract

**Professional Construction & Consulting G
4730 SW 74th Avenue
Miami, FL 33155**

---

**2.958.**   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 3/2/17; Liberty Village dated 12/14/16; Port Everglades Slip 2 Ext. dated 11/17/16; T4433-Broward Blvd. dated 11/16/16**

State the term remaining

List the contract number of any government contract

**Professional Service Industries, Inc.
P.O. Box 74008418
Chicago, IL 60674-8418**

---

**2.959.**   State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 8/5/2014**

State the term remaining

List the contract number of any government contract

**Proglass Systems LLC
700 W 27th Street
Hialeah, FL 33010-1216**

---

**2.960.**   State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 6/6/2011**

State the term remaining

List the contract number of any government contract

**Prosecure, Inc.
1817 Lacy Dr.
Fort Worth, TX 76177**

---

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)*  _____
             First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

**2.961.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 5/1/17**

State the term remaining

List the contract number of any government contract

**Prydes Metal Works
310 Kissimmee Drive
Arlington, TX 76002**

---

**2.962.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): Liberty Village dated 12/6/16**

State the term remaining

List the contract number of any government contract

**PTE Systems International LLC
1950 W 8th Avenu
Hialeah, FL 33010**

---

**2.963.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor (2018)**

State the term remaining

List the contract number of any government contract

**PTE Systems International, LLC
1950 West 8th Avenue
Hialeah, FL 33010**

---

**2.964.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 10/16/2013**

State the term remaining

List the contract number of any government contract

**Punchlist Services, LLC
9724 SW 125 Terrace
Miami, FL 33176**

---

**2.965.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): POM - Terminal F dated 12/22/17; Port Everglades Slip 2 Ext. dated 6/6/18**

State the term remaining

List the contract number of any government contract

**Punchlist Services, LLC.
12950 SW 128 St., Unit 7
Miami, FL 33186**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
         First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.966.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 8/21/2012**

State the term remaining

List the contract number of any government contract

**Q. Roberts Trucking, Inc.**
**2508 Club Terrace Drive**
**Dallas, TX 75237**

---

**2.967.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge dated 3/9/17**

State the term remaining

List the contract number of any government contract

**Quality Construction Performance, Inc**
**2451 NW 109 Avenue, Unit 2**
**Miami, FL 33172**

---

**2.968.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 12/7/2017**

State the term remaining

List the contract number of any government contract

**Quality Construction Performance, Inc.**
**2451 NW 109 Ave., Unit #2**
**Miami, FL 33172**

---

**2.969.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 12/7/17**

State the term remaining

List the contract number of any government contract

**Quality Construction Performance, Inc.**
**2451 NW 109th Avenue, Unit 2**
**Miami, FL 33172**

---

**2.970.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): Reagan-Doral MS conv. to SHS dated 9/26/17**

State the term remaining

List the contract number of any government contract

**Quality Engineered Products Company, Inc**
**4506 Quality Lane**
**Tampa, FL 33634**

---

**2.971.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 7/7/2014**

State the term remaining

**Quality Transport & Equipment, Inc.**
**9361 NW 19 St.**
**Pembroke Pines, FL 33024**

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.972. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): HEFT II-E8N20 dated 9/5/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Quickcrete Ready Mix Inc.**<br>**9150 NW 87th Avenue**<br>**Medley, FL 33178** |

| 2.973. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/13/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Quinco Electrical, Inc.**<br>**4224 Metric Drive**<br>**Winter Park, FL 32792** |

| 2.974. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/1/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Quorum Group, LLC**<br>**11601 Maple Ridge Road**<br>**Medina, NY 14103** |

| 2.975. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/1/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **R & M Systems Group, Inc.**<br>**2145 West 73 Street**<br>**Hialeah, FL 33016** |

| 2.976. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/26/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **R&S Companies**<br>**8715 SW 129th Terrace**<br>**Miami, FL 33176** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.977. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/7/2014** | |
|---|---|---|---|
| | State the term remaining | | **R&Y Underground, Inc**<br>**14256 SW 175 Terrace**<br>**Miami, FL 33177** |
| | List the contract number of any government contract | | |

| 2.978. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/1/2014** | |
|---|---|---|---|
| | State the term remaining | | **R.D. Souza, Inc.**<br>**4375 NW 128 Street**<br>**Opa Locka, FL 33054** |
| | List the contract number of any government contract | | |

| 2.979. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/30/2008** | |
|---|---|---|---|
| | State the term remaining | | **R.E.W. Enterprise, Inc. D/B/A Saftron Po**<br>**12395 SW 130 Street, #106**<br>**Miami, FL 33186** |
| | List the contract number of any government contract | | |

| 2.980. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 2/28/17, 5/18/17** | |
|---|---|---|---|
| | State the term remaining | | **R.H. Moore & Associates**<br>**7834 Depot Lane**<br>**Tampa, FL 33637** |
| | List the contract number of any government contract | | |

| 2.981. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/6/2011** | |
|---|---|---|---|
| | State the term remaining | | **R.W. Harris, Inc.**<br>**12300 - 44th Street N.**<br>**Clearwater, FL 33762** |
| | List the contract number of any government contract | | |

| 2.982. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/13/2012** | |
|---|---|---|---|
| | State the term remaining | | **Radiant Fire LLC**<br>**20928 Sheridan Street**<br>**Pembroke Pines, FL 33029** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.983. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/4/2013** | |
|---|---|---|---|
| | State the term remaining | | **Railco, Inc.** |
| | List the contract number of any government contract | | **1545 West 35 Place** **Hialeah, FL 33012** |

| 2.984. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/20/2013** | |
|---|---|---|---|
| | State the term remaining | | **Ram-Tech Construction, Inc. dba Equipsou** |
| | List the contract number of any government contract | | **15802 SW 200 Street** **Miami, FL 33187** |

| 2.985. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/8/2013** | |
|---|---|---|---|
| | State the term remaining | | **Ranco Construction Corp Of South Florida** |
| | List the contract number of any government contract | | **2514 Hollywood Boulevard** **Suite 501** **Hollywood, FL 33020** |

| 2.986. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):CD 4.10 (2) 54-Inch DI FM dated 2/12/18; T4433-Broward Blvd. dated 9/29/17** | |
|---|---|---|---|
| | State the term remaining | | **Rangeline** |
| | List the contract number of any government contract | | **P.O. Box 210155** **Royal Palm Beach, FL 33421** |

| 2.987. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/20/2014** | |
|---|---|---|---|
| | State the term remaining | | **Rangeline Tapping Services, Inc.** |
| | List the contract number of any government contract | | **7256 Westport Place, #A** **West Palm Beach, FL 33413** |

Debtor 1    **Magnum Construction Management, LLC**                      Case number (*if known*) _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.988. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/16/2014** | |
|---|---|---|---|
| | State the term remaining | | **Rapid A.C.T., Inc.** |
| | List the contract number of any government contract | | **2445 West 80th St., Bay 2** **Hialeah, FL 33016** |

| 2.989. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for FLL T4 Project Office (2015-703) $2,360.62 per month Start Date:  1/2013 Term: Month to Month** | |
|---|---|---|---|
| | State the term remaining | | **Ravenswood Office Center, LLC** **c/o Charlee Property Management** |
| | List the contract number of any government contract | | **3389 Sheridan Street, #295** **Hollywood, FL 33021** |

| 2.990. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/18/2014** | |
|---|---|---|---|
| | State the term remaining | | **Ray Miller Trucking LLC** |
| | List the contract number of any government contract | | **5966 E Line Rd.** **Whitewright, TX 75491** |

| 2.991. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  Doral Police Sub-Station dated 11/4/2016 FIU - UCPP - DB Pedestrian Bridge dated 11/9/2016 Grove Bay Parking Garage dated 6/13/2018 Liberty Village dated 12/9/2016 POM - Terminal F dated 2/15/2017** | |
|---|---|---|---|
| | State the term remaining | | **RC Group, LLC** |
| | List the contract number of any government contract | | **7500 NW 25th St., Ste. 292** **Miami, FL 33122** |

| 2.992. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/18/2012** | |
|---|---|---|---|
| | State the term remaining | | **RC Home Showcase, Inc** **2970 NW 75th Avenue** |
| | List the contract number of any | | **Miami, FL 33122** |

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.993. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Joseph Caleb Ctr Atrium Refurb dated 11/10/17; Lighthouse for the Blind dated 10/20/16, 4/26/17** | |
|---|---|---|---|
| | State the term remaining | | **RCL Welding Service** |
| | List the contract number of any government contract | | **418 S.E. 11th Ave. Hialeah, FL 33013** |

| 2.994. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  Doral Police Sub-Station dated 11/4/2016;  E4S38 A1A Bridge Rehab Control dated 1/26/2018;  E4S38 A1A Bridge Rehab Control dated 6/25/2018;  FIU - UCPP - DB Pedestrian Bridge dated 4/4/2017;  Grove Bay Parking Garage dated 5/31/2018;  Joseph Caleb Ctr Atrium Refurb dated 7/25/2017;  Liberty Village dated 4/17/2017;  Lighthouse for the Blind dated 11/1/2016;  POM - Terminal F dated 4/18/2017;  T4433 - Broward Blvd. dated 11/17/2016** | |
|---|---|---|---|
| | State the term remaining | | **Ready Refresh** |
| | List the contract number of any government contract | | **P.O. Box 856680 Louisville, KY 40285-6680** |

| 2.995. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/3/2014** | |
|---|---|---|---|
| | State the term remaining | | **Ready Window Sales & Service, Corp** |
| | List the contract number of any government contract | | **745 West 18th St. Hialeah, FL 33010** |

Debtor 1 __Magnum Construction Management, LLC__                                    Case number (*if known*) _____
       First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.996.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/20/2013** |
| State the term remaining | |
| List the contract number of any government contract | **Real Masters Construction Inc. dba RMC C**<br>**12915 SW 132 Avenue**<br>**Miami, FL 33186** |
| **2.997.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  DAL TWY Bravo Rehab dated 3/13/18** |
| State the term remaining | |
| List the contract number of any government contract | **Recappers Equipment Company**<br>**2360 East Gruawyler Road**<br>**Irving, TX 75061** |
| **2.998.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 2/15/18** |
| State the term remaining | |
| List the contract number of any government contract | **Recycling Rocks, LLC**<br>**4880 Glades Cut Off Road**<br>**Fort Pierce, FL 34981** |
| **2.999.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 1/30/17; FM2181 - Denton County dated 5/9/18; Lake Sharon Drive - Corinth dated 5/9/18** |
| State the term remaining | |
| List the contract number of any government contract | **Redi-Mix Dba Beall And/Or Alliance Haule**<br>**P.O. Box 844425**<br>**Dallas, TX 75284** |
| **2.1000.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated 9/10/18, for office space located at 8651 Cypress Waters Blvd., Suite 160, Dallas, Texas 75019; Confirmation No. 32768-729200** |
| State the term remaining | |
| List the contract number of any | **Regus Management Group, LLC**<br>**15305 Dallas Parkway**<br>**Suite 1400**<br>**Addison, TX 75001-6773** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract _____  _____

| 2.1001. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 8/29/2012 | |
|---|---|---|---|
| | State the term remaining | | Remington Steel And Signs, LLC |
| | List the contract number of any government contract | | 3525 NW 107 St. |
| | | | Miami, FL 33167 |

| 2.1002. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 11/4/2016 | |
|---|---|---|---|
| | State the term remaining | | Remior Industries, Inc. |
| | List the contract number of any government contract | | 9165 NW 96th Street |
| | | | Medley, FL 33178 |

| 2.1003. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 12/1/2010 | |
|---|---|---|---|
| | State the term remaining | | Renaissance Contractors Partnership |
| | List the contract number of any government contract | | 3575 Lone Star Circle, Suite 418 |
| | | | Fort Worth, TX 76177 |

| 2.1004. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Orders for the following project(s): Doral Police Sub-Station dated 5/23/17; N69450-16-C-1612 W.T. Sampson School dated 10/9/16 | |
|---|---|---|---|
| | State the term remaining | | REP Services, Inc |
| | List the contract number of any government contract | | 581 Technology Park, Ste. 1009 |
| | | | Lake Mary, FL 32746-7127 |

| 2.1005. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with Subcontractor dated 9/20/12 | |
|---|---|---|---|
| | State the term remaining | | Residential Kitchen Design, Inc. |
| | List the contract number of any government contract | | 5921 NW 176th Street |
| | | | Miami, FL 33015 |

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
_____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1006.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 9/20/2012**

Residential Kitchen Design, Inc.
5921 NW 176th Street #2
Miami, FL 33015

---

**2.1007.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 1/24/18**

Rexel Usa, Inc.
4051-7 Philips Highway
Jacksonville, FL 32207

---

**2.1008.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Purchase Orders for the following project(s): FM2181 - Denton County dated 3/9/18**

Reynolds Asphalt & Constructio
P.O. Box 370
Euless, TX 76039

---

**2.1009.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor**

Reynolds Asphalt & Construction Company
P.O. Box: 370
Euless, TX 76039

---

**2.1010.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 1/14/2013**

Richlin Plumbing, Inc.
13286 Southwest 218 Terrace
Miami, FL 33170

---

**2.1011.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 6/18/2015**

Richmond Hydromulch & Seeding
P.O. Box 2169
Wylie, TX 75098

---

Debtor 1  **Magnum Construction Management, LLC**                    Case number (*if known*) _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract     _____

| 2.1012. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/18/2013** | |
|---|---|---|---|
| | State the term remaining | | **Right Way Painting Inc.** |
| | List the contract number of any government contract | | **2051 NW 112 Avenue, #121 Miami, FL 33172** |

| 2.1013. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): T4433 - Broward Blvd. dated 12/19/17** | |
|---|---|---|---|
| | State the term remaining | | **Ring Power Corporation** |
| | List the contract number of any government contract | | **P.O. Box 935004 Atlanta, GA 31193** |

| 2.1014. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM 8/3/17; DAL TWY Bravo Rehab dated 1/30/17; DAL TWY Echo Rehab 1/30/17; HEFT II- E8N20 12/13/17; Port Everglades Slip 2 Ext. dated 7/20/17; T4433 - Broward Blvd. 11/3/17** | |
|---|---|---|---|
| | State the term remaining | | **Rinker Materials** |
| | List the contract number of any government contract | | **13100 NW 118 Avenue Medley, FL 33178** |

| 2.1015. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/12/2013** | |
|---|---|---|---|
| | State the term remaining | | **River Valley Eco Services, Inc.** |
| | List the contract number of any government contract | | **2809 Capital Street, Suite 300 Wylie, TX 75098.** |

Debtor 1  **Magnum Construction Management, LLC**                    Case number (*if known*) _____
‎         First Name        Middle Name        Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1016.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/27/2015** |
| State the term remaining | |
| List the contract number of any government contract | **Road Runner Electric, Inc.**<br>**4735 SW 74 Avenue**<br>**Miami, FL 33155** |
| **2.1017.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/24/2013** |
| State the term remaining | |
| List the contract number of any government contract | **Road Runner Striping Technologies, Inc.**<br>**9405 NW 109 Street, Bay-7**<br>**Medley, FL 33178** |
| **2.1018.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/15/2008** |
| State the term remaining | |
| List the contract number of any government contract | **Roadsafe Traffic Systems, Inc.**<br>**1365 NE 119th Street**<br>**Miami, FL 33161** |
| **2.1019.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor** |
| State the term remaining | |
| List the contract number of any government contract | **Roadsafe Traffic Systems, Inc.**<br>**8750 W. Bryn Mawr Ave., Suite 400**<br>**Chicago, IL 60631** |
| **2.1020.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/22/2014** |
| State the term remaining | |
| List the contract number of any government contract | **Roadway Solutions, Inc.**<br>**2524 N. Stemmons Frwy.**<br>**Carrollton, TX 75006.** |

Debtor 1    **Magnum Construction Management, LLC**                                Case number *(if known)*  _____

     First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1021.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 6/16/17; DAL TWY Echo Rehab dated 6/16/17; FM2181 - Denton County dated 7/13/18; Lake Sharon Drive - Corinth dated 2/7/18**

State the term remaining

List the contract number of any government contract

**Roberts Trucking
P.O. Box 678327
Dallas, TX 75267**

---

**2.1022.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 3/3/2017**

State the term remaining

List the contract number of any government contract

**Rock & Dirt Construction Equipment Renta
2101 NW 110 Ave.
Miami, FL 33172**

---

**2.1023.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s):  POM - Terminal F dated 2/17/17**

State the term remaining

List the contract number of any government contract

**Rock & Dirt Construction Equipment Renta
2101 NW 110 Avenue
Miami, FL 33172**

---

**2.1024.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 11/12/2012**

State the term remaining

List the contract number of any government contract

**Rock Power Paving, Inc.
13831 SW 59 Street Suite 204
Miami, FL 33183**

---

**2.1025.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor (2017)**

State the term remaining

List the contract number of any government contract

**Rodriguez and Quiroga Architects Chartered
2100 Ponce de Leon Blvd.
Miami, FL 33134**

Debtor 1    **Magnum Construction Management, LLC**                    Case number *(if known)* _____

      First Name           Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1026. | State what the contract or lease is for and the nature of the debtor's interest | **Confidentiality Agreement dated March 26, 2018 (Survey Manager for FM 2181 Project)** | |
|---|---|---|---|
| | State the term remaining | | **Rodriguez, Bryan** |
| | List the contract number of any government contract | | **271 Shanee Dr Gloster, LA 71030** |

| 2.1027. | State what the contract or lease is for and the nature of the debtor's interest | **HR Employment Agreement dated December 20, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Rodriguez, Oscar J.** |
| | List the contract number of any government contract | | **835 NW 5 Terrace Homestead, FL 33034** |

| 2.1028. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/14/2012** | |
|---|---|---|---|
| | State the term remaining | | **Ron Kendall Masonry, Inc.** |
| | List the contract number of any government contract | | **101 Benoist Farms Road West Palm Beach, FL 33411** |

| 2.1029. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/18/2009** | |
|---|---|---|---|
| | State the term remaining | | **Ronald M. Gibbons, Inc.** |
| | List the contract number of any government contract | | **14070 NW 20th Avenue Miami, FL 33054** |

| 2.1030. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/11/2013** | |
|---|---|---|---|
| | State the term remaining | | **Roofing Concepts Unlimited Florida, Inc.** |
| | List the contract number of any government contract | | **11820 Northwest 41 Street Coral Springs, FL 33065** |

| 2.1031. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/9/2017** | |
|---|---|---|---|
| | State the term remaining | | **Royal Cabinetry & Millwork, LLC** |
| | | | **3635 E. 10th Ct. Hialeah, FL 33013** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
        First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

---

**2.1032.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract _____

**Master Subcontract Agreement with subcontractor dated 1/9/2014**

**Royal Fence And Equipment Corp.**
**5500 NW 74th Avenue**
**Miami, FL 33166**

---

**2.1033.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract _____

**Master Subcontract Agreement with subcontractor (2017)**

**RPM xConstruction LLC**
**5208 Tennyson Parkway**
**Suite 130**
**75024**

---

**2.1034.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract _____

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 5/26/17; N69450-16-C-1612 W.T. Sampson School dated 9/5/18**

**RQ Construction, LLC**
**Attn.: Tina Bookout**
**3194 Lionshead Avenue**
**CARLSBAD, CA 92010**

---

**2.1035.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract _____

**Master Subcontract Agreement with subcontractor dated 11/5/2012**

**Ruben Electric Technology, Inc.**
**450 Swallow Drive**
**Miami Springs, FL 33166**

---

**2.1036.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract _____

**Master Subcontract Agreement with subcontractor (2017)**

**Rural Electric, Inc.**
**9502 East Main Street**
**Mesa, AZ 85207**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**
　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1037. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/21/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Russo Corporation**<br>**1421 Mims Avenue SW**<br>**Birmingham, AL 35211** |

| 2.1038. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/1/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **RZP Masonry, Inc.**<br>**12265 SW 43rd St**<br>**Miami, FL 33175** |

| 2.1039. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  CD 4.10 (2) 54-Inch DI FM dated 3/23/17; T4433 - Broward Blvd. dated 11/11/16** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **S & S National Waste**<br>**1060 Skees Road**<br>**West Palm Beach, FL 33411** |

| 2.1040. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  Liberty Village dated 1/6/17; Coalition Lift dated 10/31/16** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Safeguard Protection Services**<br>**8200 N.W. 41st Street**<br>**Suite 200**<br>**Doral, FL 33166** |

| 2.1041. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/3/2011** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Safety Grooving & Grinding LP**<br>**631 SE Industrial Circle**<br>**Lake City, FL 32025** |

Debtor 1  **Magnum Construction Management, LLC**

First Name        Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1042. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Safety Systems Barricades, Corp.** |
| | List the contract number of any government contract | | **6138 NW 74th Ave.**<br>**Miami, FL 33166** |

| 2.1043. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Doral Police Sub-Station dated 11/8/2016;  FIU - UCPP - DB Pedestrian Bridge dated 1/9/2017; Liberty Village dated 3/16/2017; N69450-16-C-1612 W.T. Sampson School dated 7/12/2017; N69450-16-C-1612 W.T. Sampson School dated 10/18/2017; POM - Terminal F dated 1/24/2017; Coalition Lift dated 11/22/2016** | |
|---|---|---|---|
| | State the term remaining | | **Safway Services, LLC** |
| | List the contract number of any government contract | | **2365 Alibaba Avenue**<br>**Opa-locka, FL 33054** |

| 2.1044. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/6/2016** | |
|---|---|---|---|
| | State the term remaining | | **Sagoma Construction Services, Inc** |
| | List the contract number of any government contract | | **3116 South Andrews Ave.**<br>**Ft. Lauderdale, FL 33316** |

| 2.1045. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/8/2012** | |
|---|---|---|---|
| | State the term remaining | | **Salani Engineers & General Contractors C** |
| | List the contract number of any government contract | | **14219 SW 125 Ave.**<br>**Miami, FL 33186** |

Debtor 1    **Magnum Construction Management, LLC**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1046.** State what the contract or lease is for and the nature of the debtor's interest

**Superintendent Project Completion Employment Agreement dated August 8, 2018 (T4 Ft. Lauderdale Airport Project)**

State the term remaining

List the contract number of any government contract

**Salinas, Guillermo**
**14226 SW 90th Terrace**
**Miami, FL 33186**

---

**2.1047.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 11/26/2013**

State the term remaining

List the contract number of any government contract

**Salomon Construction & Roofing Corp.**
**689 West 26 Street**
**Hialeah, FL 33010**

---

**2.1048.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 1/27/2017**

State the term remaining

List the contract number of any government contract

**Santa Rosa Insulation & Fireproofing, LL**
**6130 NW 74 Ave**
**Miami, FL 33166**

---

**2.1049.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s):  Liberty Village dated 8/9/17**

State the term remaining

List the contract number of any government contract

**Santa Rosa Insulation & Fireproofing, LL**
**6130 NW 74 Avenue**
**Miami, FL 33166**

---

**2.1050.** State what the contract or lease is for and the nature of the debtor's interest

**Project Accountant Project Completion Employment Agreement dated September 24, 2018 (Joseph Caleb Center, FDOT, A1A, NAS Meridian and Liberty Village project)**

State the term remaining

List the contract number of any government contract

**Santos, Johanna**
**3240 NW 18th Terr**
**Miami, FL 33125**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

**2.1051.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 11/1/2014**

**Savannah Trims, Inc.**
**3567 91ST Street N., Suite 4**
**Lake Park, FL 33403**

---

**2.1052.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 8/23/2016**

**Scheda Ecological Associates, Inc**
**5892 East Fowler Avenue**
**Tampa, FL 33617**

---

**2.1053.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 10/1/2014**

**Schedule 10 Specialists, Inc.**
**3521 NW 99th Ave.**
**Coral Springs, FL 33065**

---

**2.1054.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 10/23/2012**

**Schindler Elevator Corporation**
**13800 NW 2nd Street, Suite 140**
**Sunrise, FL 33325**

---

**2.1055.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 12/1/2015**

**Schnabel Foundation Company**
**45240 Business Court, Suite 250**
**Sterling, VA 20166**

---

**2.1056.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 10/25/16**

**Schuyler Line Navigation Company, Inc**
**130 Severn Avenue, Suite 201**
**Annapolis, MD 21403**

---

Debtor 1  **Magnum Construction Management, LLC**                          Case number (*if known*) _____
       First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract  _____ | |

---

| 2.1057. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/10/2012** | |
|---|---|---|---|
| | State the term remaining | | **Scott A. Guzzi & Associates, Inc.** |
| | List the contract number of any government contract  _____ | | **7041 West Commercial Boulevard Suite 6C Tamarac, FL 33319** |

---

| 2.1058. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/25/2014** | |
|---|---|---|---|
| | State the term remaining | | **Scott Derr Painting Company, LLC** |
| | List the contract number of any government contract  _____ | | **901 Bay Star Blvd. Webster, TX 77598** |

---

| 2.1059. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  HEFT II-E8N20 dated 11/8/17** | |
|---|---|---|---|
| | State the term remaining | | **Scougal Rubber Corporation** |
| | List the contract number of any government contract  _____ | | **P.O. Box 80226 Seattle, WA 98108** |

---

| 2.1060. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **SD Constructors, Inc.** |
| | List the contract number of any government contract  _____ | | **6728 Peony Lane Orlando, FL 32807** |

---

Debtor 1   **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
       First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1061.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  CD 4.10 (2) 54-Inch DI FM dated 10/5/2017 CD 4.10 (2) 54-Inch DI FM dated 2/9/2018 E4S38 A1A Bridge Rehab Control dated 1/18/2018 E4S38 A1A Bridge Rehab Control dated 6/18/2018 HEFT II- E8N20 dated 7/2/2018** |
| State the term remaining | |
| List the contract number of any government contract | **Seaboard Steel Corporation**<br>**P.O. Drawer 3408**<br>**Sarasota, FL 34230** |
| **2.1062.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  POM - Terminal F dated 11/3/16** |
| State the term remaining | |
| List the contract number of any government contract | **Seamar Divers, LLC**<br>**8000 SW 117th Avenue, #206**<br>**Miami, FL 33183** |
| **2.1063.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  FIU - UCPP - DB Pedestrian Bridge 4/12/17; Liberty Village; POM - Terminal F dated 3/23/17** |
| State the term remaining | |
| List the contract number of any government contract | **SEI Wireless Solutions**<br>**5397 Orange Drive**<br>**Suite 101**<br>**Davie, FL 33314** |
| **2.1064.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  FIU - UCPP - DB Pedestrian Bridge dated 11/11/16** |
| State the term remaining | |
| List the contract number of any government contract | **Seminole Precast Manufacturing, Inc**<br>**P.O. Box 628352**<br>**Orlando, FL 32862** |

Debtor 1    **Magnum Construction Management, LLC**                                      Case number (*if known*) _____
       First Name        Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1065.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/2/2015** |
|     State the term remaining | |
|     List the contract number of any government contract | **Senaia International Inc.**<br>**26 Craig Drive**<br>**Merrimack, NH 03054** |
| **2.1066.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/14/2017** |
|     State the term remaining | |
|     List the contract number of any government contract | **Sentrillion Corporation**<br>**1881 Campus Commons Drive**<br>**Suite 403**<br>**Reston, VA 20191** |
| **2.1067.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  E4S38 A1A Bridge Rehab Control dated 2/15/18; E4S38 A1A Bridge Rehab Control dated 3/27/18; T4433 - Broward Blvd. dated 2/14/18** |
|     State the term remaining | |
|     List the contract number of any government contract | **Service Welding Supply**<br>**3746 NW 81 Street**<br>**Miami, FL 33147** |
| **2.1068.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  CD 4.10 (2) 54-Inch DI FM dated 2/9/18** |
|     State the term remaining | |
|     List the contract number of any government contract | **Setti & Son Welding Corporation**<br>**5895 W. 2 Avenue**<br>**Hialeah, FL 33012** |
| **2.1069.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/14/2017** |
|     State the term remaining | |
|     List the contract number of any government contract | **SGI Matrix, LLC D/B/A Matrix Systems**<br>**1041 Byers Road**<br>**Miamisburg, OH 45342** |

Debtor 1   **Magnum Construction Management, LLC**                                Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1070.   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order for the following project: N69450-16-C-1612 W.T. Sampson School dated 2/27/17**

State the term remaining

List the contract number of any government contract

**Shanghai Bosun Imports & Exports Co. Ltd
Room A 3 F No 668 1
East Beijing Road, SH 20000**

2.1071.   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 10/25/17**

State the term remaining

List the contract number of any government contract

**Shealy Electrical Wholesalers, A Divisio
P.O. Box 2767
Fargo, ND 58102**

2.1072.   State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 4/11/2016**

State the term remaining

List the contract number of any government contract

**Shelby Erectors, Inc.
4575 Oakes Road
Davie, FL 33314**

2.1073.   State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor (2018)**

State the term remaining

List the contract number of any government contract

**Sheldon Laboratory Systems, LLC
702 Treasure Boat Way
Siesta Key, FL 34242**

2.1074.   State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 6/9/17; CD 4.10 (2) 54-Inch DI FM dated 11/30/17**

State the term remaining

List the contract number of any government contract

**Shenandoah General Construction
1888 NW 22 Street
Pompano Beach, FL 33069**

Debtor 1  **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1075.  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 11/3/16, 1/18/17, 3/15/17, 4/16/18, 5/11/18, Port Everglades Slip 2 Ext. dated 10/5/17**

State the term remaining

List the contract number of any government contract

**Sherwin Williams
2195 W. 4th Ave.
Hialeah, FL 33010**

2.1076.  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 9/26/2012**

State the term remaining

List the contract number of any government contract

**Shoreline Foundation, Inc.
2781 SW 56th  Avenue
Pembroke, FL 33023**

2.1077.  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 11/12/2012**

State the term remaining

List the contract number of any government contract

**SI Plumbing , Inc.
8400 Southwest 46 Street
Miami, FL 33155**

2.1078.  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 9/28/2009**

State the term remaining

List the contract number of any government contract

**Signal Maintenance, Inc.
3450 W. 84th Street, Suite 202H
Hialeah, FL 33018**

2.1079.  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 1/31/2012**

State the term remaining

List the contract number of any government contract

**Signal Technology And Installation Corpo
5061 Oakes Road
Davie, FL 33314**

Debtor 1  **Magnum Construction Management, LLC**
         First Name          Middle Name          Last Name                    Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1080. State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s):  Doral Police Sub-Station dated 11/4/2016 Doral Police Sub-Station    dated 11/4/2016 E4S38 A1A Bridge Rehab Control 2/7/2018 Grove Bay Parking Garage dated 1/17/2018 HEFT II-E8N20 dated 11/8/2017 Joseph Caleb Ctr Atrium Refurb dated 9/18/2017 Liberty Village dated 12/15/2016 Lighthouse for the Blind    dated 11/1/2016 N69450-16-C-1612 W.T. Sampson School dated 5/16/2017 N69450-16-C-1612 W.T. Sampson School dated 8/10/2017 POM - Terminal F dated 10/28/2016 POM - Terminal F dated 12/13/2016 POM - Terminal F dated 2/6/2017 Port Everglades Slip 2 Ext. dated 5/1/2017 Reagan-Doral MS conv. to SHS dated 12/13/2017 T4433 - Broward Blvd. dated 11/14/2016 T4433 - Broward Blvd. dated 2/5/2018 Coalition Lift dated 11/4/2016**

State the term remaining

List the contract number of any government contract

**SignArama**
**8762 SW 132nd Street**
**Miami, FL 33176**

2.1081. State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 2/5/2016**

State the term remaining

List the contract number of any government contract

**Signs 2 U Inc. Dba Fast Signs**
**8240 W. Flagler St.**
**Miami, FL 33144**

Debtor 1  **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
       First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1082.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 1/30/17; DAL TWY Echo Rehab dated 2/3/17** |
| State the term remaining | |
| List the contract number of any government contract | **Sika Corporation**<br>**315 North Ebrite Street**<br>**Mesquite, TX 75149** |
| **2.1083.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/30/2013** |
| State the term remaining | |
| List the contract number of any government contract | **Silva Structures LLC**<br>**4960 NW 165th Street Unit B-1**<br>**Miami, FL 33014** |
| **2.1084.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 12/7/17; FIU - UCPP - DB Pedestrian Bridge dated 7/14/17; HEFT II- E8N20 dated 8/14/18** |
| State the term remaining | |
| List the contract number of any government contract | **Sims Crane & Equipment Company**<br>**P.O. Box 11825**<br>**Tampa, FL 33680** |
| **2.1085.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 1/10/17** |
| State the term remaining | |
| List the contract number of any government contract | **Sims, Waters & Associates**<br>**1750 E Duval Street**<br>**Jacksonville, FL 32202** |
| **2.1086.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/9/2014** |
| State the term remaining | |
| List the contract number of any government contract | **Singer NY LLC dba M. Tucker**<br>**12038 Miramar Parkway**<br>**Miramar, FL 33025** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**                                    Case number (if known) _____
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1087.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 2/28/17**

State the term remaining

List the contract number of any government contract

**Singer NY, LLC dba M. Tucker**
**150 South Twin Valley Road**
**Elverson, PA 19520**

**2.1088.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/3/2016**

State the term remaining

List the contract number of any government contract

**Sirdar Trucking, Inc.**
**13332  71st Place North**
**West Palm Beach, FL 33412**

**2.1089.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 6/16/17, 8/1/17, 2/22/18, 3/8/18; DAL TWY Echo Rehab dated 6/16/17; FM2181 - Denton County dated 6/15/18; Lake Sharon Drive - Corinth dated 6/15/18**

State the term remaining

List the contract number of any government contract

**Sitech**
**3206 S.W.W. White Road**
**San Antonio, TX 78222**

**2.1090.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/16/2013**

State the term remaining

List the contract number of any government contract

**SK Quality Contractor, Inc.**
**15441 Southwest 49th Street**
**Miami, FL 33185**

**2.1091.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/31/2017**

State the term remaining

**Sky High Elevators Corp**
**URB. Santa Maria, Calle Orquidea #34**
**San Juan, PU 00927**

Debtor 1    **Magnum Construction Management, LLC**
　　　　　　　First Name　　　　　Middle Name　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

**2.1092.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 10/1/2015**

**Skylight Concepts, Inc.**
**9715 W. Broward Blvd., #264**
**Fort Lauderdale, FL 33324**

---

**2.1093.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 2/26/2014**

**Skyline Steel, Inc**
**4987 NW 23rd Ave.**
**Fort Lauderdale, FL 33309**

---

**2.1094.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 11/25/2014**

**Skyline Systems, Inc.**
**10700 NW 6th Court**
**Miami, FL 33168**

---

**2.1095.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 1/23/2014**

**Skyys Construction, Inc.**
**5911 SW 195th Terrace**
**SW Ranches, FL 33332**

---

**2.1096.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/1/2010**

**Slaton Bros, Inc.**
**7108 South Alton Way, Building D**
**Centennial, CO 80112.**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
            First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1097.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): T4433 - Broward Blvd. dated 3/6/17**

State the term remaining

List the contract number of any government contract

**Slip Not Metal Safety Flooring, Div Of W
2545 Beaufait Street
Detroit, MI 48207**

---

**2.1098.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 2/7/17; E4S38 A1A Bridge Rehab Control dated 9/14/2017 FIU - UCPP - DB Pedestrian Bridge dated 11/9/2016 POM - Terminal F dated 10/28/2016 T4433 - Broward Blvd. dated 11/11/2016**

State the term remaining

List the contract number of any government contract

**Smith Aerial Photo, Inc
P.O. Box 971115
Coconut Creek, FL 33097**

---

**2.1099.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 2/21/18, 4/7/18; POM - Terminal F dated 4/17/17**

State the term remaining

List the contract number of any government contract

**Smith Hamilton Shop, Inc.
4401 NW 37 Avenue
Miami, FL 33142**

---

**2.1100.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 1/24/2011**

State the term remaining

List the contract number of any government contract

**Snapp Industries, Inc.
2902 NW 22nd Street
Miami, FL 33142**

---

Debtor 1   **Magnum Construction Management, LLC**
     First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1101.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Project Completion Employment Agreement dated July 16, 2018 (Terminal 4 Project)**

**Snyder, David**
**5911 West Grand Duke Circle**
**Fort Lauderdale, FL 33321**

---

**2.1102.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 6/1/2015**

**Solares Electrical Services, Inc.**
**10520 NW 26th Street, C101**
**Doral, FL 33171**

---

**2.1103.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Agreement between Design-Builder and Design Consultant for Cruise Terminal F in the Port of Miami, dated 11/4/2016**

**Soldata, Inc.**
**2400 Ansys Drive, Suite 303.**
**Canonsburg, PA 15317**

---

**2.1104.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 11/12/2012**

**Solo Air Conditioning & Heating Co., Inc**
**8451 NW 61 Street**
**Miami, FL 33166**

---

**2.1105.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 11/12/2009**

**Solo Construction Corp.**
**3855 Commerce Parkway**
**Miramar, FL 33025**

---

**2.1106.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 12/5/2012**

**Solution Construction, Inc**
**7955 Northwest 12th Street**
**Suite 425**
**Doral, FL 33126**

Debtor 1    **Magnum Construction Management, LLC**                              Case number *(if known)* _____
                First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.1107. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/28/2014** | |
|---|---|---|---|
| | State the term remaining | | **Sorrel Enterprises, Inc. D/B/A Sorrel De** |
| | List the contract number of any government contract _____ | | **8835 NW 95 St** **Medley, FL 33178** |

| 2.1108. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 8/24/17** | |
|---|---|---|---|
| | State the term remaining | | **South Eastern Prestressed Concrete, Inc** |
| | List the contract number of any government contract _____ | | **P.O. Box 15043** **West Palm Beach, FL 33416** |

| 2.1109. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/16/2013** | |
|---|---|---|---|
| | State the term remaining | | **South Florida Air Conditioning And Refri** |
| | List the contract number of any government contract _____ | | **8115 NW 29 Street** **Doral, FL 33122** |

| 2.1110. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/7/2012** | |
|---|---|---|---|
| | State the term remaining | | **Southeast Attenuators, Inc.** |
| | List the contract number of any government contract _____ | | **7760 Hooper Road** **West Palm Beach, FL 33411** |

| 2.1111. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/24/2016** | |
|---|---|---|---|
| | State the term remaining | | **Southeast Highway Guardrail & Attenuator** |
| | List the contract number of any government contract _____ | | **7760 Hooper Road** **West Palm Beach, FL 33411** |

Debtor 1  **Magnum Construction Management, LLC**                     Case number (*if known*) _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1112.  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 12/19/17**

State the term remaining

List the contract number of any government contract

**Southeast Rigging, Inc 429 Talleyrand Ave. Jacksonville, FL 32202**

---

2.1113.  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 8/27/2009**

State the term remaining

List the contract number of any government contract

**Southeast Underground Utilities, Corp. 1700 North West 65th Avenue Suite 4 Plantation, FL 33313**

---

2.1114.  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 8/24/2012**

State the term remaining

List the contract number of any government contract

**Southeastern Engineering Contractors, In 12054 NW 98 Avenue Hialeah Gardens, FL 33018**

---

2.1115.  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 3/30/2018**

State the term remaining

List the contract number of any government contract

**Southeastern Seating, Inc. 903 E 17th Avenue Tampa, FL 33065**

---

2.1116.  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 5/28/2013**

State the term remaining

List the contract number of any government contract

**Southern National Track Services, Inc. 6550 Griffin Road, Suite 103 Davie, FL 33314**

---

2.1117.  State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 3/31/2009**

State the term remaining

**Southern Power & Controls Corp. 8918 Sabal Industrial Blvd Tampa, FL 33619**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.1118. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/30/2016** | |
|---|---|---|---|
| | State the term remaining | | **Southwest AG Service, Inc.** |
| | List the contract number of any government contract | | **1423 Cornelia Drive** |
| | | | **Labelle, FL 33935** |

| 2.1119. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/28/2013** | |
|---|---|---|---|
| | State the term remaining | | **Southwest Plumbing Services Inc.** |
| | List the contract number of any government contract | | **12925 Southwest 134 Court** |
| | | | **Miami, FL 33186** |

| 2.1120. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/23/2014** | |
|---|---|---|---|
| | State the term remaining | | **Southwest Progressive Enterprises, Inc.** |
| | List the contract number of any government contract | | **10920 Alder Circle** |
| | | | **Dallas, TX 75238** |

| 2.1121. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/9/2015** | |
|---|---|---|---|
| | State the term remaining | | **Specified Architectural Systems, Inc.** |
| | List the contract number of any government contract | | **9942 Currie Davis Drive Ste. C** |
| | | | **Tampa, FL 33619** |

| 2.1122. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/30/2013** | |
|---|---|---|---|
| | State the term remaining | | **Speedy Concrete Cutting, Inc.** |
| | List the contract number of any government contract | | **2579 NW 19th Street,** |
| | | | **Ft. Lauderdale, FL 33311** |

Debtor 1    **Magnum Construction Management, LLC**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1123.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s):  CD 4.10 (2) 54-Inch DI FM dated 10/24/17;  Joseph Caleb Ctr Atrium Refurb dated 8/6/18;  OLOG Site Improvements dated 7/17/18; T4433 - Broward Blvd. dated 1/9/17**

State the term remaining

List the contract number of any government contract

**Speedy Concrete Cutting, Inc.
2579 NW 19 Street
Fort Lauderdale, FL 33311**

---

**2.1124.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s):  POM - Terminal F dated 9/26/17**

State the term remaining

List the contract number of any government contract

**Spine3D, LLC
8782 NW 18th Terrace
Doral, FL 33172**

---

**2.1125.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 5/5/2009**

State the term remaining

List the contract number of any government contract

**Sprayworks Co.
18090 Collins Avenue, #707
Sunny Isles Beach, FL 33160**

---

**2.1126.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with Subcontractor dated 7/11/2012**

State the term remaining

List the contract number of any government contract

**Sprinklermatic Fire Protection Systems,
4740 Davie Road
Davie, FL 33314**

---

**2.1127.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 6/20/2013**

State the term remaining

List the contract number of any government contract

**SPX Corporation Dba Genfare
A Division of SPX Corporation
751 Pratt Boulevard
Elk Grove Village, IL 60007**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**
　　　　　　First Name　　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1128.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 9/22/2014**

SSE And Associates, Inc.
569 Canal Street
New Smyrna Beach, FL 32168

**2.1129.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 7/3/2014**

Stabil Concrete Products, LLC
4451 8th Avenue S.
St. Petersburg, FL 33711

**2.1130.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 11/24/2008**

Stainless Fabricators, Inc.
1834 Gunn Highway, Building C
Odessa, FL 33556

**2.1131.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 2/17/2016**

Stan Weaver & Co.
4607 N Cortez Ave.
Tampa, FL 33614

**2.1132.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 8/24/17**

Standard Concrete Products
945 Broadway, Suite 300
Columbus, GA 31901

**2.1133.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

**Master Subcontract Agreement with subcontractor dated 4/26/2013**

Stanley Black & Decker Dba Stanley Vidma
11 Grammes Road
Allentown, PA 18103

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____

First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract          _____



Debtor 1   **Magnum Construction Management, LLC**                    Case number *(if known)* _____
           First Name      Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1134. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following projects: C-111 Detention Area dated 7/6/17, 8/9/17 DAL TWY Bravo Rehab dated 4/7/17, 6/12/17, 12/20/17, 12/21/17, 4/7/17, 1/12/18 Doral Police Sub-Station dated 11/4/16, 12/7/16, 1/18/17, 2/17/17, 5/5/17, 6/21/17 E4S38 A1A Bridge Rehab Control dated 1/19/18, 2/6/18, 6/4/18 FIU - UCPP - DB Pedestrian Bridge dated 4/11/17, 5/25/17, 8/8/17, 10/18/17, 12/4/17, 2/19/18 Florida City Elementary    dated 1/17/18 Grove Bay Parking Garage dated 6/13/18, 7/23/18, 8/15/18 HEFT II- E8N20 dated 7/6/17, 8/16/17, 8/29/17, 10/18/17, 10/30/17, 1/2/18, 2/9/18, 5/25/18, 8/10/18 Joseph Caleb Ctr Atrium Refurb dated 9/26/17, 9/29/17, 10/3/17, 10/27/17, 11/29/17, 12/26/17, 1/9/18, 1/24/18, 2/12/18, 2/22/18, 3/9/18, 4/12/18, 5/14/18, 6/5/18, 7/5/18, 7/31/18 Liberty Village dated 2/17/17, 8/2/17 Lighthouse for the Blind    dated 11/1/16, 11/29/16, 1/17/17, 1/23/17, 2/17/17, 3/14/17, 4/5/17, 4/24/17, 4/28/17, 5/17/17, 5/23/17, 7/7/17, 7/27/17, 8/23/17, 8/30/17, 9/5/17 POM - Terminal F dated 10/28/16, 11/7/16, 11/22/16, 1/18/17, 2/10/17, 3/20/17, 4/10/17, 5/17/17, 6/22/17, 8/4/17, 9/19/17, 10/9/17, 10/27/17, 11/2/17 Port Everglades Slip 2 Ext. dated 11/30/16, 2/24/17, 3/24/17, 6/12/17, 8/11/17 Reagan-Doral MS conv.** | **Staples - Atlanta Department**<br>**P.O. Box 405386**<br>**Atlanta, GA 30384** |

Debtor 1    **Magnum Construction Management, LLC**                                   Case number *(if known)* _____
       First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | **to SHS dated 1/17/18**<br>**T4433 - Broward Blvd.**<br>**dated 12/20/16, 3/2** |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.1135.  State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/11/2009** |
| State the term remaining | |
| List the contract number of any government contract | **Star Cleaning USA, Inc.**<br>**14010 NW 20 Avenue**<br>**Opalocka, FL 33309** |
| 2.1136.  State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2016** |
| State the term remaining | |
| List the contract number of any government contract | **Star Quality, Inc.**<br>**4006 West Crest Avenue**<br>**Tampa, FL 33614** |
| 2.1137.  State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 4/6/17** |
| State the term remaining | |
| List the contract number of any government contract | **Star Tractor Ltd.**<br>**P.O. Box 163705**<br>**Fort Worth, TX 76161** |
| 2.1138.  State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/10/2013** |
| State the term remaining | |
| List the contract number of any government contract | **State   Line Products Of South Florida,**<br>**3021 NW 25th Avenue**<br>**Pompano Beach, FL 33069** |
| 2.1139.  State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/27/2012** |
| State the term remaining | **State Site Development, Inc.**<br>**13008 SW 133 Ct.**<br>**Miami, FL 33186** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                                Case number *(if known)*
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract    _____

---

**2.1140.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 11/13/2009**

**Statewide Maintenance/Striping, Inc.**
**14901 SW 137 Street**
**Miami, FL 33196**

---

**2.1141.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor**

**Statewide Transport LLCC**
**800 Isom Rd., Suite 300**
**San Antonio, TX 78216**

---

**2.1142.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 9/14/17**

**Steel Inspectors Of Texas Inc**
**P.O. Box 150987**
**Fort Worth, TX 76108**

---

**2.1143.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 2/23/2017**

**Steier Construction Inc**
**810 133rd Street East**
**Bradenton, FL 34212**

---

**2.1144.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 1/1/2016**

**Steve Ward & Associates, Inc.**
**7330 Cockrill Bend Blvd.**
**Nashville, TN 37209**

---

Debtor 1  **Magnum Construction Management, LLC**                              Case number (*if known*) _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1145.** State what the contract or lease is for and the nature of the debtor's interest — **Project Completion Employment Agreement dated July 2, 2018 (WT Sampson Project)**

State the term remaining

List the contract number of any government contract

**Still, John
2408 NE Ginger Terrace
Jensen Beach, FL 34957-4644**

---

**2.1146.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Orders for the following project(s): OLOG Site Improvements dated 11/9/17**

State the term remaining

List the contract number of any government contract

**Stone & Equiipment, Inc.
4681 SW 72Nnd Avenue
Miami, FL 33155**

---

**2.1147.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 7/4/2008**

State the term remaining

List the contract number of any government contract

**Stone Age Pavers, Inc.
205 NW 12th Avenue
Pompano Beach, FL 33069**

---

**2.1148.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 7/31/2013**

State the term remaining

List the contract number of any government contract

**Stone Concept Miami, Inc.
1239 Robin Avenue
Miami Springs, FL 33166**

---

**2.1149.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Orders for the following project(s): Liberty Village 12/14/17**

State the term remaining

List the contract number of any government contract

**Stoneworks Of Usa, Inc
8200 NW 41st Street
Suite 200
Miami, FL 33166**

---

**2.1150.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subcontract Agreement with subcontractor dated 3/26/2013**

State the term remaining

**Stonhard A Division Of Stoncor Group Inc
1000 East Park Avenue
Maple Shade, NJ 08052**

---

Debtor 1  **Magnum Construction Management, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

| 2.1151. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 9/15/2014 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Storm Water Management, Inc.<br>P.O. Box 16406<br>Fort Worth, TX 76162 |

| 2.1152. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 12/12/16 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Stratford Group, Inc<br>7912 Los Robles Ct.<br>Jacksonville, FL 32256 |

| 2.1153. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 4/1/2010 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Stripe-A-Zone, Inc.<br>2714 W. Sherman<br>Grand Prairie, TX 75051 |

| 2.1154. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 9/18/2015 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Striping Technology, LP<br>P.O. Box 4279<br>Tyler, TX 75712 |

| 2.1155. | State what the contract or lease is for and the nature of the debtor's interest | Master Subcontract Agreement with subcontractor dated 12/9/2013 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Structural Group Of South Florida, Inc.<br>815 North Homestead Blvd, 458<br>Homestead, FL 33030 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Magnum Construction Management, LLC**                                     Case number (*if known*) _____
　　　　　　First Name　　　　Middle Name　　　　Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1156.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 10/30/2012**

**Structural Prestressed Industries, Inc**
**11405 Northwest 138th Street**
**Miami, FL 33178**

---

**2.1157.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Purchase Orders for the following project(s): Doral Police Sub-Station dated 10/14/16; Grove Bay Parking Garage dated 4/3/18; POM Terminal F dated 1/20/17**

**Structural Prestressed Industries, Inc**
**11405 NW 112th Court**
**Medley, FL 33178**

---

**2.1158.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 10/24/2016**

**Structural Technologies, LLC**
**2001 Blount Road**
**Pompano Beach, FL 33069**

---

**2.1159.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 2/1/2015**

**Structured Cabling-Solutions, Inc.**
**5632 NW 161 St**
**Miami Gardens, FL 33014**

---

**2.1160.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s):N69450-16-C-1612 W.T. Sampson School dated 8/18/2017; POM - Terminal F dated 12/19/2016, 1/24/17, 3/2/17, 10/9/17; Port Everglades Slip 2 Ext. dated 3/2/2017, 8.31/17; T4433 - Broward Blvd. dated 12/19/2016, 3/9/17, 11/7/17**

**Stuart Building Products Industries**
**P.O. Box 669298**
**Pompano Beach, FL 33066**

---

Debtor 1    **Magnum Construction Management, LLC**                         Case number (*if known*) _____

       First Name        Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
    government contract   _____

---

2.1161. State what the contract or
lease is for and the nature of
the debtor's interest

**Purchase Orders for
the following
project(s): DAL TWY
Bravo Rehab dated
3/7/2017, 3/14/17,
6/16/17, 2/2/18, 2/8/18;
FM2181 - Denton
County dated
11/6/2017, 9/11/18**

State the term remaining

List the contract number of any
    government contract

**Stuart Hose & Pipe Co
701 Riverside Drive
Fort Worth, TX 76111**

---

2.1162. State what the contract or
lease is for and the nature of
the debtor's interest

**Project Executive
Project Completion
Employment
Agreement dated
August 22, 2018 (Grove
Bay Parking Garage,
Joseph Caleb
Renovations and Miami
Lighthouse for the
Blind Project)**

State the term remaining

List the contract number of any
    government contract

**Suarez, Alexander
10280 SW 124 Street
Miami, FL 33176**

---

2.1163. State what the contract or
lease is for and the nature of
the debtor's interest

**Master Subcontract
Agreement with
subcontractor dated
6/1/2014**

State the term remaining

List the contract number of any
    government contract

**Sunbelt Holdings, Inc dba Horizon Surfac
310 Scarlet Blvd.
Oldsmar, FL 34677**

---

Debtor 1  **Magnum Construction Management, LLC**                          Case number *(if known)* _____
　　　　　First Name　　　Middle Name　　　Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1164.　State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s):  CD 4.10 (2) 54-Inch DI FM dated 8/15/2017, 10/26/17, 1/24/18, 2/19/18; DAL TWY Bravo Rehab dated 4/7/2017, 5/31/2017, 6/6/2017, 7/24/2017, 9/25/2017, 10/4/2017, 11/1/2017, 2/2/2018; E4S38 A1A Bridge Rehab Control dated 3/5/2018, 5/17/2018 FIU - UCPP - DB Pedestrian Bridge dated 8/18/2017, 8/21/17, 8/22/17, 8/23/176, 9/26/17, 10/11/17, 10/26/2017, 11/10/2017, 1/9/2018, 1/10/2018, 1/11/2018, 1/25/2018, 2/19/2018, 2/22/2018, 2/27/2018; Grove Bay Parking Garage dated 8/9/2018; HEFT II- E8N20 dated 8/3/2017, 9/5/17, 11/27/17, 1/5/18, 1/10/18, 1/31/18, 6/7/18, 7/2/18, 8/14/18;  Lake Sharon Drive   Corinth dated 2/7/2018; Lighthouse for the Blind dated 4/5/2017, 8/15/17; POM - Terminal F dated 9/13/2017; Port Everglades Slip 2 Ext. dated 7/28/2017, 9/21/17, 9/22/17, 9/29/17, 10/11/17, 10/23/17, 12/14/17, 12/18/17, 1/4/18, 1/15/18; T4433 - Broward Blvd. dated 7/19/17, 7/26/17, 8/17/17, 8/21/17, 9/20/17, 10/11/17, 11/2/17, 11/16/17, 11/17/17, 11/30/17, 12/1/17, 2/7/18, 2/22/18, 3/5/18, 3/9/18, 3/15/18, 3/16/18, 3/23/18, 3/27/18, 4/1/18, 4/3/18, 4/11/18, 5/11/18, 6/13/18, 8/3/18, 8/14/18, 9/6/18**

Sunbelt Rentals
1275 W Mound Street
Columbus, OH 43223

Debtor 1  **Magnum Construction Management, LLC**                                  Case number *(if known)* _____
         First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

---

| 2.1165. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 5/3/18** | |
|---|---|---|---|
| | State the term remaining | | **Suncoast Welding Supplies Inc** |
| | List the contract number of any government contract | | **408 S 33rd St.** **Ft. Pierce, FL 34947** |

---

| 2.1166. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/17/2015** | |
|---|---|---|---|
| | State the term remaining | | **Suncor, Inc.** |
| | List the contract number of any government contract | | **612 Stokely Drive** **Deforest, WI 53532** |

---

| 2.1167. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/8/2017** | |
|---|---|---|---|
| | State the term remaining | | **Sunshine Land Design, Inc.** |
| | List the contract number of any government contract | | **3291 SE Lionel Terrace** **Stuart, FL 34997** |

---

| 2.1168. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/3/2012** | |
|---|---|---|---|
| | State the term remaining | | **Sunshine State Air-Conditioning, Inc.** |
| | List the contract number of any government contract | | **4960 Northwest 165 Street** **Suite B-11** **Miami, FL 33014** |

---

| 2.1169. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement dated March 30, 2009, and related schedules for various equipment.** | |
|---|---|---|---|
| | State the term remaining | | **SunTrust Equipment Finance & Leasing Corp.** |
| | List the contract number of any government contract | | **300 East Joppa Road, Suite 700** **Towson, MD 21286** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
     First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1170.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 12/3/2012**

**Superior Electrical Contractors, Inc**
**2151 NW 93rd Avenue**
**Miami, FL 33172**

---

**2.1171.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 7/22/2014**

**Superior Electrical Contractors, Inc**
**2152 NW 93rd Avenue**
**Miami, FL 33172**

---

**2.1172.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 8/19/2009**

**Superior Landscaping & Lawn Service, Inc**
**2200 NW 23 Avenue**
**Miami, FL 33142**

---

**2.1173.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 6/5/17, 7/5/17**

**Supplies Unlimited Inc**
**3026 Alcover Dr.**
**Scottsdale, GA 30079**

---

**2.1174.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 1/9/2013**

**Supreme Ceiling & Interior, Inc.**
**5941 Northwest 176 Street**
**Unit #4**
**Miami, FL 33015**

---

**2.1175.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with Subcontractor dated 1/8/2018**

**Supreme Roofing & Construction, Inc.**
**2600 Northwest 155th Terrace**
**Miami, FL 33054**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                     

Debtor 1   **Magnum Construction Management, LLC**                              Case number (*if known*) _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract   _____ | |

| 2.1176. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontractor Agreement with subcontractor (2017)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Synergy Signs & Services, LLC**<br>**2815 Prestige Road**<br>**Keller, TX 76244** |

| 2.1177. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/30/2009** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Systems Integration & Maintenance, Inc.**<br>**4471 NW 36th St., Suite 223**<br>**Miami, FL 33166** |

| 2.1178. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): C-111 Detention Area** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **T&S Collision Center**<br>**4715 E 10th Ave.**<br>**Hialeah, FL 33013** |

| 2.1179. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/3/2014** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Tailored Foam Of Florida, Inc.**<br>**3900 St. Johns Pkwy**<br>**Sanford, FL 32771** |

| 2.1180. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Tampa Tank Inc - Fss (Florida Structrura**<br>**12781 US Highway 41 South**<br>**Gibsonton, FL 33534** |

Debtor 1    **Magnum Construction Management, LLC**
       First Name          Middle Name         Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1181.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Settlement Agreement dated January 15, 2019, entered into between Tampa Tank-FSS and Munilla Construction Management, LLC, with respect to FIU City Pedestrian Bridge project** | |
| State the term remaining<br><br>List the contract number of any government contract | **Tampa Tank-FSS**<br>**12781 US Highway 41 South**<br>**Gibsonton, FL 33534** |
| **2.1182.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Master Subcontract Agreement with subcontractor dated 7/1/2016** | |
| State the term remaining<br><br>List the contract number of any government contract | **Tarpon Concrete Finishing LLC**<br>**15281 SW 303rd St**<br>**Homestead, FL 33033** |
| **2.1183.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Master Subcontract Agreement with subcontractor dated 10/18/2016** | |
| State the term remaining<br><br>List the contract number of any government contract | **Tate Transport Corporation**<br>**2830 W State Rd. 84, Ste. 102**<br>**Fort Lauderdale, FL 33312** |
| **2.1184.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Purchase Orders for the following project(s): Lighthouse for the Blind** | |
| State the term remaining<br><br>List the contract number of any government contract | **Taurus Chutes, Inc.**<br>**P.O. Box 100683**<br>**Fort Lauderdale, FL 33310** |
| **2.1185.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 3/3/17, 3/13/17; FM2181 - Denton County dated 1/15/18** | |
| State the term remaining<br><br>List the contract number of any government contract | **Tech-Lab Industries, Inc**<br>**P.O. Box 6217**<br>**Arlington, TX 76005** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**                    Case number *(if known)* _____
      First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1186.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 8/1/2017**

**Techint Group Corp**
**7884 NW 46 Street**
**Doral, FL 33166**

---

**2.1187.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/1/2010**

**Tecta America South Florida, Inc.**
**1431 SW 30 Avenue**
**Deerfield Beach, FL 33442**

---

**2.1188.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 9/1/2015**

**Tele-Vac South Incorporated**
**221 NE 13 St.**
**Pompano Beach, FL 33060**

---

**2.1189.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): Liberty Village dated 7/13/17**

**Tele-Vac South, Inc**
**221 NE 13 Street**
**Pompano Beach, FL 33060**

---

**2.1190.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 10/4/2017**

**Terracon Consultants, Inc.**
**18001 W. 106th St., 300**
**Olathe, KS 66061**

---

**2.1191.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

**Master Subcontract Agreement with subcontractor dated 3/7/2018**

**Tesla Engineering, Inc**
**10811 SW 33 St.**
**Miami, FL 33165**

Debtor 1    **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
　　　　　　　First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract        _____

---

| 2.1192. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 9/25/17; FM2181 - Denton County dated 6/20/18** | |
|---|---|---|---|
| | State the term remaining | | **Texas Erosion Supply, LP** |
| | List the contract number of any government contract | | **1327 Century Way** **Wylie, TX 75098** |

---

| 2.1193. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor (2017)** | |
|---|---|---|---|
| | State the term remaining | | **Texas OP Construction LP** |
| | List the contract number of any government contract | | **P.O. Box 427** **Roanoke, TX 76262** |

---

| 2.1194. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 8/7/17** | |
|---|---|---|---|
| | State the term remaining | | **Textainer Equipment Management** |
| | List the contract number of any government contract | | **650 California Street** **16th Floor** **San Francisco, CA 94108** |

---

| 2.1195. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/4/2012** | |
|---|---|---|---|
| | State the term remaining | | **THB Construction, LLC** |
| | List the contract number of any government contract | | **1805 Royal Lane, Suite 107** **Dallas, TX 75229** |

---

| 2.1196. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 8/29/17; DAL TWY Echo Rehab dated 5/12/17** | |
|---|---|---|---|
| | State the term remaining | | **The Anchor Group, Inc** **9765 Harry Hines Boulevard** **Dallas, TX 75220** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)*
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract

---

| 2.1197. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/22/2011** | |
|---|---|---|---|
| | State the term remaining | | **The Anchor Group, Inc.** |
| | List the contract number of any government contract | | **9765 Harry Hines Blvd.**<br>**Dallas, TX 75220** |

---

| 2.1198. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Doral Police Sub-Station dated 2/6/17** | |
|---|---|---|---|
| | State the term remaining | | **The Bilco Company** |
| | List the contract number of any government contract | | **P.O. Box 1203**<br>**New Haven, CT 06505** |

---

| 2.1199. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **The BRT Group, Inc. dba Florida Hydroseeding & Erosion Control** |
| | List the contract number of any government contract | | **3136 SE St. Lucie Blvd.**<br>**Stuart, FL 34997** |

---

| 2.1200. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): NAS Meridian Dining Facility dated 3/21/18** | |
|---|---|---|---|
| | State the term remaining | | **The Comfort Group Dba** |
| | List the contract number of any government contract | | **659 Thompson Lane**<br>**Nashville, TN 37204** |

---

| 2.1201. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/1/2014** | |
|---|---|---|---|
| | State the term remaining | | **The De Moya Group, Inc.** |
| | List the contract number of any government contract | | **14600 SW 136 St.**<br>**Miami, FL 33186** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Magnum Construction Management, LLC**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1202. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/27/2008** | |
|---|---|---|---|
| | State the term remaining | | **The Gerber Group, Inc.** |
| | List the contract number of any government contract | | **9138 NW 20th Manor Coral Springs, FL 33071** |

| 2.1203. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 7/23/18** | |
|---|---|---|---|
| | State the term remaining | | **The Hillman Group, Inc** |
| | List the contract number of any government contract | | **10590 Hamilton Ave. Cincinnati, OH 45231** |

| 2.1204. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for US 75 Project Office (2014-679) $2,500.00 per month Start Date:  4/7/2014 Term:  Month to Month** | |
|---|---|---|---|
| | State the term remaining | | **The Howard Research & Dev.** |
| | List the contract number of any government contract | | **One Galleria Tower 13355 Noel Road, 22nd Floor Dallas, TX 75240** |

| 2.1205. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **The I.T. Verdin Company** |
| | List the contract number of any government contract | | **444 Reading Road Cincinnati, OH 45202** |

| 2.1206. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/16/2013** | |
|---|---|---|---|
| | State the term remaining | | **The Redland Company** |
| | List the contract number of any government contract | | **48 Northeast 15th Street Homestead, FL 33030-4507** |

Debtor 1  **Magnum Construction Management, LLC**  Case number *(if known)* _____

First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1207. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): FM2181 - Denton County dated 10/23/17; Lake Sharon Drive - Corinth dated 10/23/17** | |
|---|---|---|---|
| | State the term remaining | | **The Reinforced Earth Company 12001 Sunrise Valley Drive Ste 400 Reston, VA 20191** |
| | List the contract number of any government contract | | |

| 2.1208. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Broward Boulevard Project Office (2016-723) $1,250.00 per month Start date: 10/3/2016 Term: 24 months** | |
|---|---|---|---|
| | State the term remaining | | **The Salvation Army 1424 NE Expressway Atlanta, GA 30329** |
| | List the contract number of any government contract | | |

| 2.1209. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Grove Bay Parking Garage dated 7/20/2018; Joseph Caleb Ctr Atrium Refurb dated 8/29/2017; Lighthouse for the Blind     dated 3/9/2017; N69450-16-C-1612 W.T. Sampson School dated 8/16/2018; OLOG Site Improvements dated 6/1/2018; Port Everglades Slip 2 Ext. dated 2/1/2017; T4433 - Broward Blvd. dated 5/24/2017, 1/10/18; Coalition Lift dated 10/31/2016** | |
|---|---|---|---|
| | State the term remaining | | **The Structural Group 815 N Homestead Boulevard Suite 458 Homestead, FL 33030** |
| | List the contract number of any government contract | | |

| 2.1210. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 7/8/2014** | **The Structural Group, Inc. 7455-T New Ridge Road Hanover, MD 21076** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                                Case number *(if known)*
_____    _____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract        _____

---

| 2.1211. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Ultimate Electrician**<br>**2330 NW 102 Avenue**<br>**Miami, FL 33172** |

---

| 2.1212. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/1/2015** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Ultimate Electrician Corp**<br>**4750 SW 74 Ave**<br>**Miami, FL 33155** |

---

| 2.1213. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/12/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Window Guys Of Florida, Inc.**<br>**2361 Vista Parkway, Suite #4**<br>**West Palm Beach, FL 33441** |

---

| 2.1214. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/27/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thevenin Enterprises, Inc.**<br>**2851 Northeast 183rd Street**<br>**Suite 1616**<br>**Aventura, FL 33160** |

---

| 2.1215. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): HEFT II-E8N20 dated 12/15/17; N69450-16-C-1612 W.T. Sampson School dated 2/9/18** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thomas Machinery, Inc**<br>**5680 NW 161 Street**<br>**Miami, FL 33014** |

---

Debtor 1 __Magnum Construction Management, LLC__

    First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.1216. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Port Everglades Slip 2 Ext. dated 9/26/17** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thompson Contracting Group Inc**<br>**397 SW Sun Circle**<br>**Palm City, FL 34990** |

| 2.1217. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/16/2017** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thompson Contracting Group, Inc.**<br>**397 S.W. Sun Cir.**<br>**Palm City, FL 34990** |

| 2.1218. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/24/2012** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thunder Electrical Contractors, Inc.**<br>**7035-G SW 47th Street**<br>**Miami, FL 33155** |

| 2.1219. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/28/2008** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thyssenkrupp Elevator Corporation**<br>**7481 NW 66th Street**<br>**Miami, FL 33166** |

| 2.1220. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/18/2014** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thyssenkrupp Elevator Corporation**<br>**2500 Northwinds Pkwy.**<br>**Suite 375**<br>**Apharetta, GA 30009** |

| 2.1221. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/5/2009** | **Tilt Up Plus, LLC**<br>**12599 NW 107th Avenue**<br>**Miami, FL 33178** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**                    Case number (*if known*) _____
     First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract    _____ | |

---

| 2.1222. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/10/2008** | |
|---|---|---|---|
| | State the term remaining | | **Tim Hodgins Landscaping, Inc.** |
| | List the contract number of any government contract    _____ | | **21001 SW 167th Avenue**<br>**Miami, FL 33187** |

---

| 2.1223. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 1/23/2013** | |
|---|---|---|---|
| | State the term remaining | | **Titan Construction Group, Inc.** |
| | List the contract number of any government contract    _____ | | **1401 SW 1 Street, Suite 212**<br>**Miami, FL 33135** |

---

| 2.1224. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): HEFT II-E8N20 dated 10/25/17; T4433 - Broward Blvd. dated 11/17/16** | |
|---|---|---|---|
| | State the term remaining | | **Titan Florida, LLC** |
| | List the contract number of any government contract    _____ | | **455 Fairway Drive**<br>**Deerfield Beach, FL 33441** |

---

| 2.1225. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Toledo Doors Inc. D/B/A Toledo Iron Work** |
| | List the contract number of any government contract    _____ | | **4710 N.W. 37th Avenue**<br>**Miami, FL 33142** |

---

| 2.1226. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **Torre Engineering, LLC** |
| | List the contract number of any government contract    _____ | | **4102 Shorecrest Drive**<br>**Orlando, FL 32804** |

---

Debtor 1    **Magnum Construction Management, LLC**
      First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1227.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/1/2010**

**Total Highway Maintenance, LLC
930 KCK Way
Cedar Hill, TX 75104**

---

**2.1228.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): C-111 Detention Area**

**Total Truck Parts
6545 Wallis Road
West Palm Beach, FL 33413**

---

**2.1229.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): DAL TWY Bravo Rehab**

**Tractor Supply Credit Plan
P.O. Box 689020
Des Moines, IA 50368**

---

**2.1230.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 9/12/2016**

**Traffic Control Products Of Florida, Inc
5514 Carmack Road
Tampa, FL 33610**

---

**2.1231.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 8/16/2017**

**Trans-Lux Corporation
445 Park Avenue
Suite 2001
New York, NY 10022**

---

**2.1232.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): T4433 - Broward Blvd. dated 2/8/18; Coalition Lift dated 10/31/16**

**Trekker Tractor
12601 W Okeechobee Road
Hialeah Gardens, FL 33018**

---

Debtor 1   **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
   government contract   _____

---

| 2.1233. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):CD 4.10 (2) 54-Inch DI FM dated 7/20/17, 7/26/17, 8/10/17, 9/1/17, 10/18/17, 12/13/17, 3/14/18;  FIU - UCPP - DB Pedestrian Bridge dated 11/3/17;  HEFT II-E8N20 dated 10/4/17, 5/23/18; Port Everglades Slip 2 Ext. dated 8/15/17, 9/26/17, 9/27/17, 11/15/17; T4433 - Broward Blvd. dated 8/17/17, 10/16/17** | |
|---|---|---|---|
| | State the term remaining | | **Trench Plate Rental Company** |
| | List the contract number of any government contract | _____ | **13217 Laureldale Avenue Downey, CA 90242** |

---

| 2.1234. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Doral Police Sub-Station dated 2/9/17; FIU - UCPP - DB Pedestrian Bridge dated 2/28/17, 12/13/17; Grove Bay Parking Garage dated 6/11/18, 4/18/18; HEFT II-E8N20 dated 7/6/17; Joseph Caleb Ctr Atrium Refurb dated 11/29/17; Liberty Village dated 4/24/17; Lighthouse for the Blind dated 3/6/17; POM - Terminal F dated 3/20/17, 5/4/17; Reagan-Doral MS conv. to SHS dated 10/23/17** | |
|---|---|---|---|
| | State the term remaining | | **Triangle Fire Inc.** |
| | List the contract number of any government contract | _____ | **7720 NW 53 Street Doral, FL 33166** |

---

Debtor 1    **Magnum Construction Management, LLC**

     First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.1235.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 8/8/2013**

**Triangle Fire, Inc.**
**7720 NW 53rd Street**
**Miami, FL 33166**

---

**2.1236.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/30/2015**

**Trident Surfacing, Inc.**
**5399 NW 161 Street**
**Miami, FL 33014**

---

**2.1237.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 2/3/17**

**Trinity Highway Rentals Inc**
**2525 Stemmons Freeway**
**Dallas, TX 75207**

---

**2.1238.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 5/5/17, 12/20/17; DAL TWY Echo Rehab dated 4/7/17**

**Triple Jb Transportation**
**P.O. Box 545**
**Sanger, TX 76266**

---

**2.1239.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 3/14/2016**

**Triple M Roofing**
**914 NW 19th Ave.**
**Ft. Lauderdale, FL 33311**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**                              Case number *(if known)* _____

     First Name         Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.1240.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 11/1/2014**

**Tropic Fence Inc.
1864 Northwest 21 Street
Pompano Beach, FL 33069**

---

**2.1241.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 11/14/2012**

**Tropical Electric, Inc.
2246 West 80 Street Bay #7
Hialeah, FL 33016**

---

**2.1242.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): T4433 - Broward Blvd. dated 6/8/17**

**Tropical Touch Gardens Center
6951 SW 185 Way
Fort Lauderdale, FL 33332**

---

**2.1243.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 9/26/2012**

**Tropical Touch Gardens Center, Inc.
6951 SW 185 Way,
Ft. Lauderdale, FL 33332**

---

**2.1244.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge dated 9/25/17**

**Troxler Electronic Laboratories, Inc.
3008 Cornwalls Road
Research Triangle Park, NC 27709**

---

**2.1245.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

**Master Subcontract Agreement with subcontractor dated 8/14/2014**

**Turnkey International, Inc.
1315 NW 98TH Ct., #15
Doral, FL 33172**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        

Debtor 1   **Magnum Construction Management, LLC**

First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.1246. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 10/9/17** | |
|---|---|---|---|
| | State the term remaining | | **Tutor, Valerie J.** |
| | List the contract number of any government contract | | **1859 Ibis Lane** **Sanibel, FL 33957** |

| 2.1247. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  DAL TWY Bravo Rehab dated 4/21/17;  DAL TWY Echo Rehab dated 4/13/17** | |
|---|---|---|---|
| | State the term remaining | | **Twin City Security Inc** |
| | List the contract number of any government contract | | **8131 LBJ Freeway** **Suite 110** **Dallas, TX 75251** |

| 2.1248. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Port Everglades Slip 2 Ext. dated 7/18/17** | |
|---|---|---|---|
| | State the term remaining | | **U.S. Concrete Pipe Co.** |
| | List the contract number of any government contract | | **2200 W. Sunrise Blvd.** **Fort Lauderdale, FL 33311** |

| 2.1249. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 1/30/17, 2/27/17; DAL TWY Echo Rehab dated 2/3/17** | |
|---|---|---|---|
| | State the term remaining | | **U.S. Lime Company** |
| | List the contract number of any government contract | | **5429 LBJ Freeway** **Suite 230** **Dallas, TX 75240** |

Debtor 1    **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1250.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 10/18/17; N69450-16-C-1612 W.T. Sampson School dated 1/24/17, 1/31/17, 2/6/17, 3/17/17, 8/18/17, 11/4/17, 5/9/18, 7/19/18**

State the term remaining

List the contract number of any government contract

**Uline**
**Attn.:  Accounts Receivable**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

---

**2.1251.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 6/27/2013**

State the term remaining

List the contract number of any government contract

**Under Power Corp.**
**7900 NW 60 Street**
**Miami, FL 33166**

---

**2.1252.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 10/3/2013**

State the term remaining

List the contract number of any government contract

**Underwater Engineering Services, Inc.**
**3306 Enterprise Road**
**Fort Pierce, FL 34982**

---

**2.1253.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 10/24/2013**

State the term remaining

List the contract number of any government contract

**United Concrete Company, LLC**
**3295 W 14 Ave.**
**Hialeah, FL 33012**

---

**2.1254.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 2/26/2018**

State the term remaining

List the contract number of any government contract

**United Construction Company Of Florida,**
**11961 SW 172 St.**
**Miami, FL 33177**

---

Debtor 1 **Magnum Construction Management, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1255. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): NAS Meridian Dining Facility dated 1/10/18** | |
|---|---|---|---|
| | State the term remaining | | **United Fence Co.** |
| | List the contract number of any government contract | | **3903 Highland Park Drive** **Meridian, MS 39307** |

| 2.1256. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/21/2015** | |
|---|---|---|---|
| | State the term remaining | | **United Fire Protection, Inc.** |
| | List the contract number of any government contract | | **12001  31St Court North** **St. Petersburg, FL 33716** |

| 2.1257. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Liberty Village dated 3/8/17** | |
|---|---|---|---|
| | State the term remaining | | **United Hoist & Equipment** |
| | List the contract number of any government contract | | **4301 North 40th Street** **Tampa, FL 33369** |

Debtor 1  **Magnum Construction Management, LLC**

First Name        Middle Name        Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1258.  State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): C-111 Detention Area   dated 7/26/2017; CD 4.10 (2) 54-Inch DI FM dated 7/12/2017, 7/16/17, 8/8/17, 8/21/17, 10/11/17, 1/24/18, 1/26/18, 2/7/18, 2/20/18, 4/1/18; DAL TWY Bravo Rehab dated  7/17/17, 7/25/17; DAL TWY Echo Rehab dated 7/25/2017; E4S38 A1A Bridge Rehab Control dated 1/30/2018, 2/6/18, 2/7/18, 6/21/18;  FIU - UCPP - DB Pedestrian Bridge dated 7/31/2017, 12/18/17, 1/12/18, 2/22/18; Grove Bay Parking Garage dated 7/16/2018, 8/3/18; HEFT II- E8N20 dated 7/14/2017, 10/3/2017, 10/6/2017, 10/24/2017, 12/18/2017, 1/18/2018, 1/28/2018, 2/2/2018, 5/18/2018, 6/13/2018, 6/19/2018, 6/27/2018, 6/29/2018, 7/2/2018, 7/25/2018, 7/25/2018; HEFT II- E8N20 dated 8/8/2018, 8/14/18, 9/4/18, 9/7/18; Liberty Village dated 8/30/2017; POM - Terminal F dated 11/9/2017; Port Everglades Slip 2 Ext. dated 7/18/2017, 8/23/17, 8/29/17, 12/6/17; T4433 - Broward Blvd. dated 8/7/2017, 8/17/17, 9/19/17, 10/11/17, 10/16/17, 2/2/18 3/9/2018, 4/3/2018, 4/20/2018, 6/12/2018, 6/19/2018, 6/21/2018, 6/27/2018, 7/17/2018, 8/22/2018, 9/5/2018**

State the term remaining

List the contract number of any government contract _____

**United Rentals
P.O. Box 100711
Atlanta, GE 30384**

Debtor 1  **Magnum Construction Management, LLC**                                        Case number *(if known)* _____
         First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1259.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s):  CD 4.10 (2) 54-Inch DI FM dated 1/13/2017 DAL TWY Bravo Rehab dated 4/10/2017 DAL TWY Echo Rehab dated 4/10/2017 Doral Police Sub-Station   dated 10/28/2016 FIU - UCPP - DB Pedestrian Bridge dated 11/11/2016 FM2181 - Denton County dated 1/22/2018 Lake Sharon Drive Corinth dated 1/22/2018 Liberty Village dated 12/14/2016 Lighthouse for the Blind dated 11/1/2016 POM - Terminal F dated 10/28/2016 Reagan-Doral MS conv. to SHS dated 10/5/2017 T4433 - Broward Blvd. dated 11/11/2016 Coalition Lift dated 10/31/2016**

State the term remaining

List the contract number of any government contract

**United Site Services, LLC.
P.O. Box 660475
Dallas, TX 75266**

---

**2.1260.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 12/5/2013**

State the term remaining

List the contract number of any government contract

**United Structures, LLC
153 Wight Road
Cairo, GA 39828**

---

**2.1261.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge dated 11/9/16; Port Everglades Slip 2 Ext. dated 6/19/17; T4433 - Broward Blvd. dated 11/14/16, 11/17/16**

State the term remaining

**Universal Engineering Sciences Inc
451 NE 189th Street
Miami, FL 33179**

Debtor 1  **Magnum Construction Management, LLC**                                    Case number (*if known*) _____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| | | |
|---|---|---|
| 2.1262. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  FM2181 - Denton County dated 11/9/17, 5/2/18; Lake Sharon Drive - Corinth dated 11/15/17** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Universal Fence Company, Inc 3300 Rock Island Road Irving, TX 75060** |

| | | |
|---|---|---|
| 2.1263. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 9/25/17; T4433 - Broward Blvd. dated 11/30/16** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **University Of Miami 1320 S Dixie Hwy. Coral Gables, FL 33146** |

| | | |
|---|---|---|
| 2.1264. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/5/2012** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Unlimited Roofing Services, Inc. 7845 Northwest 66 Street #2 Miami, FL 33166** |

| | | |
|---|---|---|
| 2.1265. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/5/2017** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Unlimited Turf LLC 850 NW Federal Highway, Suite 115 Stuart, FL 34997** |

| | | |
|---|---|---|
| 2.1266. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Liberty Village dated 1/10/18** |
| | State the term remaining | |
| | List the contract number of any | **Up & Down Equipment Rental 4115 NW 132 Street, Suite K Opa-locka, FL 33054** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**         Case number *(if known)* _____
      First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

     government contract

---

| 2.1267. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Doral Police Sub-Station dated 8/29/17** | |
|---|---|---|---|
| | State the term remaining | | **Urbieta Oil, Inc** |
| | List the contract number of any government contract | | **9701 NW 89 Avenue** **Medley, FL 33178** |

---

| 2.1268. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 9/10/2012** | |
|---|---|---|---|
| | State the term remaining | | **Urethane Of Kentuckiana, Incorporated** **Dba Insulated Roofing Contractors** |
| | List the contract number of any government contract | | **730 Northwest 7th Street** **Ft. Lauderdale, FL 33312** |

---

| 2.1269. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Port Everglades Slip 2 Ext. dated 8/2/17; T4433 - Broward Blvd. dated 1/17/17** | |
|---|---|---|---|
| | State the term remaining | | **US American Concrete Mix Corp.** |
| | List the contract number of any government contract | | **7000 N.W. 53 Terrace** **Miami, FL 33166** |

---

| 2.1270. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge dated 10/16/17; Port Everglades Slip 2 Ext. dated 7/19/17, 8/22/17; T4433 - Broward Blvd. dated 10/16/17** | |
|---|---|---|---|
| | State the term remaining | | **US Concrete Products Corp** |
| | List the contract number of any government contract | | **1878 NW 21 Street** **Pompano Beach, FL 33069** |

---

Debtor 1  **Magnum Construction Management, LLC**

First Name       Middle Name       Last Name

Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1271.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s):  CD 4.10 (2) 54-Inch DI FM dated 1/24/17, 2/27/17; CD 4.10 (2) 54-Inch DI FM dated 2/27/17; FIU - UCPP - DB Pedestrian Bridge  dated 7/7/17; Port Everglades Slip 2 Ext. dated 1/3/17; T4433 - Broward Blvd. dated 9/1/17;** |
| State the term remaining | |
| List the contract number of any government contract | **Us Foundry & Manufacturing Company**<br>**P.O. Box 668257**<br>**Miami, FL 33166** |
| **2.1272.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 1/25/17** |
| State the term remaining | |
| List the contract number of any government contract | **US Tool Inc**<br>**P.O. Box 5986**<br>**Greenville, SC 29606** |
| **2.1273.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Coalition Lift dated 1/18/17** |
| State the term remaining | |
| List the contract number of any government contract | **USA Cultured Marble, Inc.**<br>**13186 SW 130 Terrace**<br>**Miami, FL 33186** |
| **2.1274.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/14/2016** |
| State the term remaining | |
| List the contract number of any government contract | **USA Plastering, LLC**<br>**22 NW 25TH Terrace**<br>**Ft. Lauderdale, FL 33311** |
| **2.1275.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/1/2010** |
| State the term remaining | **USA SWPP Inspections, Inc. d/b/a USA Ero**<br>**237 Blackland Rd.**<br>**Fate, TX 75189-4746** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____
　　　　　　First Name　　　　Middle Name　　　　Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract _____

---

| 2.1276. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **V & M Erectors, Inc.** |
| | List the contract number of any government contract _____ | | **21005 Taft St.** **Pembroke Pines, FL 33029** |

---

| 2.1277. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/13/2008** | |
|---|---|---|---|
| | State the term remaining | | **Van Kirk & Sons Commercial Pools And Spa** |
| | List the contract number of any government contract _____ | | **3144 SW 13th Drive** **Deerfield Beach, FL 33016** |

---

| 2.1278. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/26/2013** | |
|---|---|---|---|
| | State the term remaining | | **Van Linda Iron Works Inc.** |
| | List the contract number of any government contract _____ | | **3787 Boutwell Road** **Lake Worth, FL 33461** |

---

| 2.1279. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/5/2013** | |
|---|---|---|---|
| | State the term remaining | | **Vassell Tile & Marble, Inc.** |
| | List the contract number of any government contract _____ | | **12491  69 Street North** **West Palm Beach, FL 33412** |

---

| 2.1280. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 8/11/2011** | |
|---|---|---|---|
| | State the term remaining | | **VCNA Prestige Ready-Mix Florida, Inc.** |
| | List the contract number of any government contract _____ | | **7228-C Westport Place** **West Palm Beach, FL 33413** |

---

Debtor 1  **Magnum Construction Management, LLC**                          Case number *(if known)*  _____
_____
First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1281.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): POM - Terminal F dated 2/24/18**

**VDCO Tech
648 Cascade Falls Drive
Fort Lauderdale, FL 33327**

---

**2.1282.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with Subcontractor dated 12/13/2017**

**Verna Design International, Inc.
8440 NW 58th Street
Doral, FL 33166**

---

**2.1283.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 2/29/2016**

**Versatile Structure, Inc.
20 NW 87 Ave, A-218
Miami, FL 33172**

---

**2.1284.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 8/31/17; FIU - UCPP - DB Pedestrian Bridge dated 11/9/16; T4433 - Broward Blvd. dated 11/11/16;**

**Vesta Modular
8030 NW 74th Street
Miami, FL 33166**

---

**2.1285.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 5/8/17;**

**Viasat, Inc
6155 El Camino Real
Carlsbad, CA 92009**

---

Debtor 1  **Magnum Construction Management, LLC**                         Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1286.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 11/26/2008**

**Vila And Son Landscaping Corp.**
**20451 SW 216th Street**
**Miami, FL 33170**

---

**2.1287.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 2/1/2016**

**Visualscape, Inc.**
**15980 NW 117 Avenue**
**Miami, FL 33018**

---

**2.1288.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/1/2015**

**Volunteer Capital, LLC Dba Priority 1 Si**
**1911 NW 40th Court**
**Pompano Beach, FL 33064**

---

**2.1289.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

**Purchase Orders for the following project(s): CD 4.10 (2) 54-Inch DI FM dated 7/12/17**

**VTM Solutions, Inc.**
**17385 SW 299th Street**
**Homestead, FL 33030**

---

**2.1290.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

**Master Subcontract Agreement with subcontractor**

**Vulcan Materials Company**
**800 Isom Rd., Suite 300**
**San Antonio, TX 78216**

---

**2.1291.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

**Master Subcontract Agreement with subcontractor dated 4/4/2011**

**W.O.E. Construction**
**941 B Avenue North**
**Grand Prairie, TX 75050**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

Debtor 1  **Magnum Construction Management, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.1292. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 6/5/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Walt Dittmer & Sons, Inc. D/B/A Dittmer**<br>**1006 Shepard Road**<br>**Winter Springs, FL 32708** |

| 2.1293. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/31/2010** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Walt Dittmer & Sons, Inc. Dba Dittmer Ar**<br>**1006 Shepard Road**<br>**Winter Springs, FL 32708-2018** |

| 2.1294. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Doral Police Sub-Station dated 10/28/16; E4S38 A1A Bridge Rehab Control dated 8/31/2017 FIU - UCPP - DB Pedestrian Bridge dated 1/10/2017 Florida City Elementary dated 6/15/2017 Grove Bay Parking Garage dated 12/18/2017 Joseph Caleb Ctr Atrium Refurb dated 7/25/2017 Liberty Village dated 12/14/2016 Port Everglades Slip 2 Ext. dated 2/12/2018 Reagan-Doral MS conv. to SHS dated 10/6/2017 Coalition Lift dated 10/31/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Waste Management**<br>**P.O. Box 4648**<br>**Carol Stream, IL 60197-4648** |

Debtor 1   **Magnum Construction Management, LLC**                              Case number (*if known*) _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1295.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): FIU - UCPP - DB Pedestrian Bridge dated 5/11/17**

**Watson Bowman Acme Corp**
**95 Pineview Drive**
**Amherst, NY 14228**

---

**2.1296.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 6/1/2014**

**Watson Woodworking, Inc.**
**415 NE 28th Court**
**Pompano Beach, FL 33064**

---

**2.1297.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 7/14/2010**

**Wausau Tile Inc.**
**9001 Business Hwy 51**
**Rothshield, WI 54474**

---

**2.1298.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 10/4/17**

**WBE Erosion Control Supply, LLC**
**D/B/A Elite Erosion Supply, LLC**
**4016 River Oaks Drive, Ste. 135**
**Myrtle Beach, SC 29579**

---

**2.1299.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Master Subcontract Agreement with subcontractor dated 4/1/2010**

**Weather Guard Industries, Inc.**
**1120 Normandy Drive**
**Miami Beach, FL 33161**

---

**2.1300.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

**Master Subcontract Agreement with subcontractor dated 7/10/2012**

**Weatherol Maintenance Corporation**
**7250 NE 4 Ave.**
**Miami, FL 33138**

---

Debtor 1   **Magnum Construction Management, LLC**
_____    Case number (*if known*) _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any
government contract                    _____

---

| 2.1301. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): NAS Meridian Dining Facility dated 12/12/17** | |
|---|---|---|---|
| | State the term remaining | | **Webster Electric Co., Inc.** |
| | List the contract number of any government contract | _____ | **P.O. Box 8129 Meridian, MS 39303-8129** |

---

| 2.1302. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 12/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Weekley Asphalt Paving, Inc.** |
| | List the contract number of any government contract | _____ | **20701 Stirling Road Pembroke Pines, FL 33332** |

---

| 2.1303. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 11/17/2009** | |
|---|---|---|---|
| | State the term remaining | | **Weiss & Woolrich Southern Enterprises, I** |
| | List the contract number of any government contract | _____ | **1431 SW 30th Avenue Deerfield Beach, FL 33442** |

---

| 2.1304. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for (1) NorAMModel 65E Motor Grader, S/N: 65ET9777, together with all replacements, substitutions, etc.** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Equipment Finance, Inc.** |
| | List the contract number of any government contract | _____ | **733 Marquette Avenue Suite 700 Minneapolis, MN 55402** |

---

| 2.1305. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): E4S38 A1A Bridge Rehab Control dated 10/24/17, 12/5/17, 12/20/17, 1/10/18, 1/30/18, 3/14/18; Port Everglades Slip 2 Ext. dated 11/15/17, 12/20/17** | |
|---|---|---|---|
| | | | **West Marine Pro P.O. Box 50600 Watsonville, CA 95060-5060** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Magnum Construction Management, LLC**                                   Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any      _____
government contract

---

| 2.1306. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor (2017)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **West Texas Rebar Placers, Inc.**<br>**10209 Plano Road**<br>**Dallas, TX 75238** |

---

| 2.1307. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 7/321/17; DAL TWY Echo Rehab dated 7/31/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Western Data Systems, Inc.**<br>**14722 Regnal**<br>**Houston, TX 77039** |

---

| 2.1308. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): DAL TWY Bravo Rehab dated 6/7/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Western Sheet Metal**<br>**2406 Hinton Drive**<br>**Irving, TX 75061** |

---

| 2.1309. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Port Everglades Slip 2 Ext. dated 5/9/17; T4433 - Broward Blvd. dated 3/10/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Westwind Contracting, Inc.**<br>**3799 W. Hallandale Beach Blvd.**<br>**Pembroke Park, FL 33023** |

---

| 2.1310. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): Liberty Village dated 8/8/17** | **Wild Oak Holding**<br>**Dba Vertical Blind Manufacturing**<br>**416 Commerce Way, Ste. 120**<br>**Longwood, FL 32750** |
|---|---|---|---|

Debtor 1  **Magnum Construction Management, LLC**                         Case number *(if known)*
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract          _____

---

**2.1311.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**Master Subcontract
Agreement with
subcontractor dated
4/7/2011**

**Wild Oak Holding, Inc
416 Commerce Way, Suite 120
Longwood, FL 32750**

---

**2.1312.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**Master Subcontract
Agreement with
subcontractor (2017)**

**Wildstone Construction, LLC
12850 US-287
Haslet, TX 76052**

---

**2.1313.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**Purchase Orders for
the following
project(s): Liberty
Village dated 3/8/17**

**Wilkinson Hi-Rise
3001 Greene Street
Hollywood, FL 33029**

---

**2.1314.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**Master Subcontract
Agreement with
subcontractor dated
9/1/2015**

**Won-Door Corporation
1865 So. 3480 West
Salt Lake City, UT 84104**

---

**2.1315.** State what the contract or
lease is for and the nature of
the debtor's interest

    State the term remaining

    List the contract number of any
      government contract

**Purchase Orders for
the following
project(s): FIU - UCPP -
DB Pedestrian Bridge
dated 5/17/17**

**Wooster Products, Inc
P.O. Box 6005
Wooster, OH 44691**

---

Debtor 1   **Magnum Construction Management, LLC**                          Case number (*if known*) _____

 First Name           Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1316. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 4/10/2014** | |
|---|---|---|---|
| | State the term remaining | | **Working Divers, Inc.** |
| | List the contract number of any government contract | | **7700 N.W. 37th Avenue** **Miami, FL 33147** |

| 2.1317. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): HEFT II-E8N20 dated 11/10/17; Port Everglades Slip 2 Ext dated 8/2/18** | |
|---|---|---|---|
| | State the term remaining | | **World Diamond Source** |
| | List the contract number of any government contract | | **2560-2590 NE 5th Avenue** **Pompano Beach, FL 33064** |

| 2.1318. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 3/4/2014** | |
|---|---|---|---|
| | State the term remaining | | **World International Security, Inc.** |
| | List the contract number of any government contract | | **7935 S.W. 24th St** **Miami, FL 33155** |

| 2.1319. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 2/27/2013** | |
|---|---|---|---|
| | State the term remaining | | **World Of Frameless Glass Inc.** |
| | List the contract number of any government contract | | **20341 Northeast 30th Avenue,  #122** **Aventura, FL 33180** |

| 2.1320. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 5/24/2010** | |
|---|---|---|---|
| | State the term remaining | | **Worldwide Laundry, Inc.** |
| | List the contract number of any government contract | | **3325 NW 97 Avenue** **Miami, FL 33172** |

Debtor 1   **Magnum Construction Management, LLC**                          Case number (*if known*) _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1321.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Orders for the following project(s): POM - Terminal F dated 3/9/18; T4433 - Broward Blvd. dated 4/19/17**

State the term remaining

List the contract number of any government contract

**Ximeno Plumbing
8210 NW 191 Street
Suite H
Miami, FL 33015**

---

**2.1322.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 11/1/2014**

State the term remaining

List the contract number of any government contract

**Ximeno Plumbing, Inc.
8210 NW 191 Street, Apt. H
Miami, FL 33015**

---

**2.1323.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 3/1/2016**

State the term remaining

List the contract number of any government contract

**Xpert Elevator Services, Inc.
550 Business Park Way, Bay#8
Royal Palm Beach, FL 33411**

---

**2.1324.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 4/4/2013**

State the term remaining

List the contract number of any government contract

**Xpress Painting Corporation
14630 SW 172 St.
Miami, FL 33177**

---

**2.1325.** State what the contract or lease is for and the nature of the debtor's interest

**Master Subcontract Agreement with subcontractor dated 7/16/2012**

State the term remaining

List the contract number of any government contract

**Yates Builders, Inc.
650 NW 16 Street
Homestead, FL 33030**

Debtor 1  **Magnum Construction Management, LLC**
_____

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1326. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders for the following project(s): N69450-16-C-1612 W.T. Sampson School dated 8/10/18** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Zaentz Hardware Wholesalers**<br>**75 State St.**<br>**Hackensack, NJ 07601** |

| 2.1327. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement with subcontractor dated 10/30/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Zager Plumbing & Solar, Inc.**<br>**149 SE 4th St.**<br>**Deerfield Beach, FL 33444** |

**Fill in this information to identify the case:**

Debtor name __**Magnum Construction Management, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **See Attached Exhibit H** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| 6201 Corporation of Miami<br>6201 SW 70th Street, 2nd Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| 6201 Corporation of Miami<br>6201 SW 70th Street, 2nd Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| 6201 Corporation of Miami<br>6201 SW 70th Street, 2nd Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| 7501 Medley Civil, LLC<br>7501 NW 72nd Avenue<br>Miami, FL 33172 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE, Ste. 1200<br>Atlanta, GA 30328 |
| 7501 Medley Civil, LLC<br>7501 NW 72nd Avenue<br>Miami, FL 33172 | Travelers Casualty & Surety Co (etc)<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| 7501 Medley Civil, LLC<br>7501 NW 72nd Avenue<br>Miami, FL 33172 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| 7501 Medley Civil, LLC<br>7501 NW 72nd Avenue<br>Miami, FL 33172 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| 7501 Medley Civil, LLC<br>7501 NW 72nd Avenue<br>Miami, FL 33172 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| 7501 Medley Civil, LLC<br>7501 NW 72nd Avenue<br>Miami, FL 33172 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| A & P Consulting Transporation Engineers Corp.<br>10305 NW 41st Street, #115<br>Miami, FL 33178 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| A & P Consulting Transportation Engineers Corp.<br>10305 NW 41st St., #115<br>Miami, FL 33178 | Chelsea Brownfield, individually and as personal representative of the estate of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| A & P Consulting Transportation Engineers Corp.<br>10305 NW 41st St., #115<br>Miami, FL 33178 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| A& P Consulting Transportation Engineers Corp.<br>10305 NW 41st Street, #115<br>Miami, FL 33178 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| A&P Consulting Transportation Engineers Corp.<br>10305 NW 41st St., #115<br>Miami, FL 33178 | Ana Maria Oveido Garcia, individually and as pesonal representative of the estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| A&P Consulting Transportation Engineers Corp.<br>10305 NW 41st Street, #115<br>Miami, FL 33178 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| A&P Consulting Transportation Engineers Corp.<br>10305 NW 41st Street, #115<br>Miami, FL 33178 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| A&P CONSULTING TRANSPORTATION ENGINEERS CORP.<br>10305 NW 41st Street, #115<br>Miami, FL 33178 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| A&P Consulting Transportation Engineers Corp.<br>10305 NW 41st Street, #115<br>Miami, FL 33178 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| Acousti of South Florida, LLC<br>Attn.: Robert Crozier<br>4656 34th Street S.W.<br>Orlando, FL 32811 | Miami-Dade Aviation Department<br>P.O. Box 526624<br>Miami, FL 33152-6624 |
| Advanced Realty Management<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| Advanced Realty Management<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Advanced Realty Management<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Allegiance Crane & Equipment<br>777 SW 12th Avenue<br>Pompano Beach, FL 33069 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Allegiance Crane & Equipment<br>777 SW 12th Avenue<br>Pompano Beach, FL 33069 | Chelsea Brownfield, individually and as personal representative of the estate of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Allegiance Crane & Equipment<br>777 SW 12th Avenue<br>Pompano Beach, FL 33069 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Ammann & Whitney<br>412 Mount Kemble Avenue<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Ammann & Whitney<br>412 Mount Kemble Avenue<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Ammann & Whitney<br>412 Mount Kemble Avenue<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Ammann & Whitney<br>412 Mount Kemble Avenue<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Astaldi Construction Corporation<br>8220 FL-84 # 300<br>Davie, FL 33324 | Florida Department of Transportation<br>605 Suwannee Street<br>Tallahassee, FL 32399 |
| Barnhart Crane & Rigging Co.<br>2163 Airways Blvd.<br>Memphis, TN 38114 | Carlos Chapman and Erika Chapman<br>c/o Panter, Panter & Sampedro<br>c/o David Sampedro, Esq.<br>6950 N. Kendall Drive<br>Miami, FL 33156-1584 |
| Barnhart Crane & Rigging Co.<br>2163 Airways Blvd.<br>Memphis, TN 38114 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the<br>Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| Barnhart Crane & Rigging Co.<br>2163 Airways Blvd.<br>Memphis, TN 38114 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| Barnhart Crane & Rigging Co.<br>2163 Airways Blvd.<br>Memphis, TN 38114 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| Barnhart Crane & Rigging Co.<br>2163 Airways Blvd.<br>Memphis, TN 38114 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A.<br>Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| Barnhart Crane & Rigging Co.<br>2163 Airways Blvd.<br>Memphis, TN 38114 | Ana Maria Oveido Garcia, individually and as pesonal representative of the<br>estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Barnhart Crane & Rigging Co.<br>2163 Airways Blvd.<br>Memphis, TN 38114 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Barnhart Crane & Rigging Co.<br>2163 Airways Blvd.<br>Memphis, TN 38114 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |

EXHIBIT H
(CO-DEBTORS)

| Co-Debtor Name and Address | Creditor |
|---|---|
| Barnhart Crane and Rigging Co.<br>2163 Airways Blvd.<br>Memphis, TN 38114 | Eugenia Xiomara Alvarez<br>c/o Raquel Yvette Lao, Esq.<br>5118 N. 56th Street<br>Suite 212<br>Tampa, FL 33610 |
| Barnhart Crane and Rigging Co.<br>2163 Airways Blvd.<br>Memphis, TN 38114 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| Barnhart Crane and Rigging Co.<br>2163 Airways Blvd.<br>Memphis, TN 38114 | Chelsea Brownfield, individually and as personal representative of the estate of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| Barnhart Crane and Rigging, Co.<br>2163 Airwayws Blvd.<br>Memphis, TN 38144 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Barsplice Products, Inc.<br>4900 Webster Street<br>Dayton, OH 45414 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Barsplice Products, Inc.<br>4900 Webster Street<br>Dayton, OH 45414 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Barsplice Products, Inc.<br>4900 Webster Street<br>Dayton, OH 45414 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Berkshire Hathaway Inc.<br>Berkshire Hathaway Specialty Insurance<br>500 Northpark Town Center<br>1100 Abernathy Road, N.E., Suite 1200<br>Atlanta, GA 30328 | *Materialmen, Vendors and Subcontractors on the following Bonded Jobs:*<br><br>*2017-736 ; Florida City Elementary*<br>*2017-737 ; E4S38 A1A Bridge Rehab*<br>*2017-738 ; Joseph Caleb Center*<br>*2017-739 ; Reagan-Doral*<br>*2017-740 ; FM2181 Denton County*<br>*2017-741 ; Lake Sharon Drive*<br>*2017-746 ; Grove Bay Parking*<br>*2018-747 ; Love Field Glide Slope* |
| Beton Consulting Engineers LLC<br>2535 Pilot Knob Rd., Ste. 108<br>Mendota Heights, MN 55120 | Chelsea Brownfield, individually and as personal representative of the estate of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| Beton Consulting Engineers LLC<br>2535 Pilot Knob Rd., Ste. 108<br>Mendota Heights, MN 55120 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| Beton Consulting Engineers LLC<br>2535 Pilot Knob Rd., Ste. 108<br>Mendota Heights, MN 55120 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |

EXHIBIT H
(CO-DEBTORS)

| Co-Debtor Name and Address | Creditor |
|---|---|
| Beton Consulting Engineers LLC<br>2535 Pilot Knob Rd., Ste. 108<br>Mendota Heights, MN 55120 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| Beton Consulting Engineers LLC<br>2535 Pilot Knob Rd., Ste. 108<br>Mendota Heights, MN 55120 | Ana Maria Oveido Garcia, individually and as pesonal representative of the estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Beton Consulting Engineers LLC<br>2535 Pilot Knob Rd., Ste. 108<br>Mendota Heights, MN 55120 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A. Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| Beton Consulting Engineers LLC<br>2535 Pilot Knob Rd., Ste. 108<br>Mendota Heights, MN 55120 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Beton Consulting Engineers LLC<br>2535 Pilot Knob Rd., Ste. 108<br>Mendota Heights, MN 55120 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Beton Consulting Engineers LLC<br>2535 Pilot Knob Rd., Ste. 108<br>Mendota Heights, MN 55120 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Beton Consulting Engineers, LLC<br>2535 Pilot Knob Road, Suite 108<br>Mendota Heights, MN 55120 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| Bridge Diagnostics Inc.<br>740 S. Pierce Avenue, Unit 15<br>Louisville, CO 80027 | Chelsea Brownfield, individually and as personal representative of the estate of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| Bridge Diagnostics Inc.<br>740 S. Pierce Avenue, Unit 15<br>Louisville, CO 80027 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| Bridge Diagnostics Inc.<br>740 S. Pierce Avenue, Unit 15<br>Louisville, CO 80027 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| Bridge Diagnostics Inc.<br>740 S. Pierce Avenue, Unit 15<br>Louisville, CO 80027 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| Bridge Diagnostics Inc.<br>740 S. Pierce Avenue, Unit 15<br>Louisville, CO 80027 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A. Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Bridge Diagnostics Inc.<br>740 S. Pierce Avenue, Unit 15<br>Louisville, CO 80027 | Ana Maria Oveido Garcia, individually and as pesonal representative of the estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Bridge Diagnostics Inc.<br>740 S. Pierce Avenue, Unit 15<br>Louisville, CO 80027 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Bridge Diagnostics Inc.<br>740 S. Pierce Avenue, Unit 15<br>Louisville, CO 80027 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Bridge Diagnostics, Inc.<br>740 S. Pierce Avenue, Unit 15<br>Louisville, CO 80027 | Eugenia Xiomara Alvarez<br>c/o Raquel Yvette Lao, Esq.<br>5118 N. 56th Street<br>Suite 212<br>Tampa, FL 33610 |
| Bridge Diagnostics, Inc.<br>740 S. Pierce Avenue, Unit 15<br>Louisville, CO 80027 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| Bridge Diagnostics, Inc.<br>740 S. Pierce Avenue, Unit 15<br>Louisville, CO 80027 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Bruckel<br>1 William J. Bruckel Dr.<br>Avon, NY 14414 | El Ministerio de Obras Públicas<br>Paseo Andrews<br>Albrook, Edificio 810,811<br>Panama |
| Carlos Pena<br>4380 W. 10th Court<br>Hialeah, FL 33012-4112 | Tania Vivian Espinosa Vera<br>c/o Erik A. Alvarez, Esq.<br>9370 SW 72nd Street, Suite A266<br>Miami, FL 33173-5453 |
| CCA Civil Panama S.A.<br>Ciudad de Panamá<br>Distrito de Panamá<br>Corregimiento de Bella Vista<br>Calle 56D Este Punta Pacifica<br>Edificio Oceanía Business Plaza Torre 1000, piso 52. | El Ministerio de la Presidencia<br>Palacio de las Garzas<br>San Felipe, Panama |
| Cemex Construction Materials Florida LLC<br>1501 Belvedere Road<br>West Palm Beach, FL 33406 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| Cemex Construction Materials Florida LLC<br>1501 Belvedere Road<br>West Palm Beach, FL 33406 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |

EXHIBIT H
(CO-DEBTORS)

| Co-Debtor Name and Address | Creditor |
|---|---|
| Cemex Construction Materials Florida LLC<br>1501 Belvedere Road<br>West Palm Beach, FL 33406 | Ana Maria Oveido Garcia, individually and as pesonal representative of the estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Cemex Construction Materials Florida LLC<br>1501 Belvedere Road<br>West Palm Beach, FL 33406 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Cemex Construction Materials Florida LLC<br>1501 Belvedere Road<br>West Palm Beach, FL 33406 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Cemex Construction Materials Florida, LLC<br>1501 Belvedere Road<br>West Palm Beach, FL 33406 | Chelsea Brownfield, individually and as personal representative of the estate of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| Cemex Construction Materials Florida, LLC<br>1501 Belvedere Road<br>West Palm Beach, FL 33406 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Cemex Inc.<br>1501 Belvedere Road<br>West Palm Beach, FL 33406 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A. Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| Cemex Inc.<br>1501 Belvedere Road<br>West Palm Beach, FL 33406 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| Cemex Inc.<br>1501 Belvedere Road<br>West Palm Beach, FL 33406 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| Central Florida Equipment Rentals<br>9030 NW 97th Terrace<br>Medley, FL 33178 | Eduardo Perez and Rosana Perez<br>c/o Gerson & Schwartz, P.A.<br>Attn.:  Nicolas Ivan Gerson, Esq.<br>1980 Coral Way<br>Miami, FL 33145 |
| Constructora Meco S.A<br>Ciudad de Panamá<br>Corregimiento de Ancón<br>Calle Tabernilla<br>Edificio No.780 | El Ministerio de Salud<br>Cerro Ancon<br>Calle Gorgas, Edificio 265<br>Panama |
| Corradino Group, Inc.<br>4055 NW 97th Avenue<br>Miami, FL 33178 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| CSA Group Panama, Inc.<br>6100 Blue Lagoon Drive<br>Suite 300<br>Miami, FL 33126 | El Ministerio de Obras Públicas<br>Paseo Andrews<br>Albrook, Edificio 810,811<br>Panama |
| CSA Group Panama, Inc.<br>6100 Blue Lagoon Drive<br>Suite 300<br>Miami, FL 33126 | El Ministerio de Obras Públicas<br>Paseo Andrews<br>Albrook, Edificio 810,811<br>Panama |
| CSA Group Panama, Inc.<br>6100 Blue Lagoon Drive<br>Suite 300<br>Miami, FL 33126 | El Ministerio de la Presidencia<br>Palacio de las Garzas<br>San Felipe, Panama |
| Department of Off-Street Parking of the City of Miami d/b/a Miami Parking<br>40 Northwest 3 Street<br>Miami, FL 33128 | Grove Harbour Marina And Caribbean Marketplace, LLC<br>2640 S. Bayshore Drive<br>Suite 305<br>Miami, FL 33133 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Dragados USA, Inc.<br>2 Alhambra Plaza # 660<br>Coral Gables, FL 33134 | Miami-Dade Aviation Department<br>P.O. Box 526624<br>Miami, FL 33152-6624 |
| FCC Construccion, SA<br>Attn.: Legal Dept. - Ruben Garcia Menendez<br>General Peron<br>36 Madrid, Spain 28020<br><br>FCC Construccion, SA<br>111 Brickell Avenue, Suite 704<br>Miami, FL 33131<br>Attn.: Eloy Sanchez<br><br>FCC Construccion Panama<br>Alberto Navarro<br>El Cangrejo, Casa n. 47<br>Ciudad de Panamá, Panama | Florida Department of Transportation<br>605 Suwannee Street<br>Tallahassee, FL 32399 |
| Fernandez, Joe<br>8120 SW 63rd Court<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| Fernandez, Joe<br>8120 SW 63rd Court<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Fernandez, Joe<br>8120 SW 63rd Court<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Figg Bridge<br>424 North Calhoun Street<br>Tallahassee, FL 32301 | Eugenia Xiomara Alvarez<br>c/o Raquel Yvette Lao, Esq.<br>5118 N. 56th Street<br>Suite 212<br>Tampa, FL 33610 |
| Figg Bridge Engineers Inc.<br>424 North Calhouh Street<br>Tallahassee, FL 32301 | Chelsea Brownfield, individually and as personal representative of the estate of Brandon Brownfield<br>c/o Paul Jon Layne Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Alexander Estupinan<br>c/o Zeb Israel Goldstein, Esq.<br>600 N. Pine Island Road, Ste. 400<br>Fort Lauderdale, FL 33324 |
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Martha Mercedes Plaza Cevallos and Carlos Badillo<br>c/o The Beregovich Law Firmx<br>Attn.: Andres I. Beregovich, Esq.<br>210 North Mills<br>Orlando, FL 32801 |

## EXHIBIT H
## (CO-DEBTORS)

| Co-Debtor Name and Address | Creditor |
|---|---|
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the<br>Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Luis Arias, individually and as personal representative of the Estate of<br>Alberto Arias<br>c/o Yesenia A. Collazo, Esq.<br>Collazo Law Firm, P.A.<br>10200 NW 25th Street, Ste. 201<br>Miami, FL 33172 |
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Erik Rojas, individually and as personal representative of the Estate of<br>Oswald Gonzalez<br>c/o Yesenia A. Collazo, Esq.<br>Collazo Law Firm, P.A.<br>10200 NW 25th Street, Ste. 201<br>Miami, FL 33172 |
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Ana Maria Oveido Garcia, individually and as pesonal representative of the<br>estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Emily Joy Panagos<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Figg Bridge Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32302 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Figg Bridge, Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32301 | Carlos Chapman and Erika Chapman<br>c/o Panter, Panter & Sampedro<br>c/o David Sampedro, Esq.<br>6950 N. Kendall Drive<br>Miami, FL 33156-1584 |
| Figg Bridge, Engineers, Inc.<br>424 North Calhoun Street<br>Tallahassee, FL 32301 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A.<br>Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| Fluor Enterprises, Inc.<br>100 Fluor Daniel Drive<br>Greenville, SC 29607-2770 | Florida Department of Transportation<br>605 Suwannee Street<br>Tallahassee, FL 32399 |
| Gail Munilla<br>15401 SW 260th Street<br>Homestead, FL 33032 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE, Ste. 1200<br>Atlanta, GA 30328 |
| Georges Crane Service Inc.<br>2190 NW 110th Avenue<br>Miami, FL 33172 | Chelsea Brownfield, individually and as personal representative of the estate<br>of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| George's Crane Service Inc.<br>2190 NW 110th Avenue<br>Miami, FL 33172 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the<br>Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| George's Crane Service Inc.<br>2190 NW 110th Avenue<br>Miami, FL 33172 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| George's Crane Service Inc.<br>2190 NW 110th Avenue<br>Miami, FL 33172 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| George's Crane Service Inc.<br>2190 NW 110th Avenue<br>Miami, FL 33172 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A.<br>Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| George's Crane Service Inc.<br>2190 NW 110th Avenue<br>Miami, FL 33172 | Ana Maria Oveido Garcia, individually and as pesonal representative of the<br>estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| George's Crane Service Inc.<br>2190 NW 110th Avenue<br>Miami, FL 33172 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| George's Crane Service, Inc.<br>2190 NW 110th Avenue<br>Miami, FL 33172 | Carlos Chapman and Erika Chapman<br>c/o Panter, Panter & Sampedro<br>c/o David Sampedro, Esq.<br>6950 N. Kendall Drive<br>Miami, FL 33156-1584 |
| George's Crane Service, Inc.<br>2190 NW 110th Avenue<br>Miami, FL 33172 | Eugenia Xiomara Alvarez<br>c/o Raquel Yvette Lao, Esq.<br>5118 N. 56th Street<br>Suite 212<br>Tampa, FL 33610 |
| George's Crane Service, Inc.<br>2190 NW 110th Avenue<br>Miami, FL 33172 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| George's Crane Service, Inc.<br>2190 NW 110th Avenue<br>Miami, FL 33172 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| George's Crane Service, Inc.<br>2190 NW 110th Avenue<br>Miami, FL 33172 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Gerdau Ameristeel US Inc.<br>4221 West Boyscout Blvd., Ste. 600<br>Tampa, FL 33607 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the<br>Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Gerdau Ameristeel US Inc.<br>4221 West Boyscout Blvd., Ste. 600<br>Tampa, FL 33607 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| Gerdau Ameristeel US Inc.<br>4221 West Boyscout Blvd., Ste. 600<br>Tampa, FL 33607 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A.<br>Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| Gerdau Ameristeel US Inc.<br>4221 West Boyscout Blvd., Ste. 600<br>Tampa, FL 33607 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Gerdau Ameristeel US, Inc.<br>4221 West Boyscout Blvd.<br>Ste. 600<br>Tampa, FL 33607 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| Gerdau Ameristeel US, Inc.<br>4221 West Boyscout Blvd.<br>Ste. 600<br>Tampa, FL 33607 | Chelsea Brownfield, individually and as personal representative of the estate<br>of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| Gerdau Ameristeel US, Inc.<br>4221 West Boyscout Blvd.<br>Ste. 600<br>Tampa, FL 33607 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| Gerdau Ameristeel US, Inc.<br>4221 West Boyscout Blvd.<br>Ste. 600<br>Tampa, FL 33607 | Ana Maria Oveido Garcia, individually and as pesonal representative of the<br>estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Gerdau Ameristeel US, Inc.<br>4221 West Boyscout Blvd.<br>Ste. 600<br>Tampa, FL 33607 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Gerdau Ameristeel US, Inc.<br>4221 West Boyscout Blvd.<br>Ste. 600<br>Tampa, FL 33607 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Intertek International Inc.<br>8300 NW 53rd Street<br>Miami, FL 33166 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| Intertek International, Inc.<br>8300 NW 53rd Street<br>Miami, FL 33166 | Eugenia Xiomara Alvarez<br>c/o Raquel Yvette Lao, Esq.<br>5118 N. 56th Street<br>Suite 212<br>Tampa, FL 33610 |
| Intertek Intl Inc.<br>8300 NW 53rd Street<br>Miami, FL 33166 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Intertek PSI<br>545 E. Alogonquin Rd.<br>Arlington Heights, IL 60005 | Ana Maria Oveido Garcia, individually and as pesonal representative of the estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Intertek PSI<br>545 E. Alogonquin Rd.<br>Arlington Heights, IL 60005 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| JCON Group Corp.<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| JCON Group Corp.<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| JCON Group Corp.<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| King Steel Corporation<br>5225 E. Cook Road<br>Grand Blanc, MI 48439 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| King Steel Corporation<br>5225 E. Cook Road<br>Grand Blanc, MI 48439 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| King Steel Corporation<br>5225 E. Cook Road<br>Grand Blanc, MI 48439 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Lehigh Cement Company LLC<br>Attn.: Legal Dept.<br>300 E. John Carpenter Freeway, #1645<br>Irving, TX 75062 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Lehigh Cement Company LLC<br>Attn.: Legal Dept.<br>300 E. John Carpenter Freeway, #1645<br>Irving, TX 75062 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Lehigh Cement Company LLC<br>Attn.: Legal Dept.<br>300 E. John Carpenter Freeway, #1645<br>Irving, TX 75062 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Louis Berger U.S., Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960<br><br>Louis Berger U.S., Inc.<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Carlos Chapman and Erika Chapman<br>c/o Panter, Panter & Sampedro<br>c/o David Sampedro, Esq.<br>6950 N. Kendall Drive<br>Miami, FL 33156-1584 |
| Louis Berger U.S., Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960<br><br>Louis Berger U.S., Inc.<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Martha Mercedes Plaza Cevallos and Carlos Badillo<br>c/o The Beregovich Law Firmx<br>Attn.:  Andres I. Beregovich, Esq.<br>210 North Mills<br>Orlando, FL 32801 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Louis Berger U.S., Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960<br><br>Louis Berger U.S., Inc.<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the<br>Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| Louis Berger U.S., Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960<br><br>Louis Berger U.S., Inc.<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| Louis Berger U.S., Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960<br><br>Louis Berger U.S., Inc.<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| Louis Berger U.S., Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960<br><br>Louis Berger U.S., Inc.<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Ana Maria Oveido Garcia, individually and as pesonal representative of the<br>estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Louis Berger U.S., Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960<br><br>Louis Berger U.S., Inc.<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Emily Joy Panagos<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Louis Berger U.S., Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960<br><br>Louis Berger U.S., Inc.<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Louis Berger U.S., Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960<br><br>Louis Berger U.S., Inc.<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Louis Berger U.S., Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960<br><br>Louis Berger U.S., Inc.<br>P.O. Box 1946<br>Morristown, NJ 07962-1946 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Louis Berger U.S., LLC<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Louis Berger U.S., LLC<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A.<br>Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| Louis Berger US Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960 | Chelsea Brownfield, individually and as personal representative of the estate<br>of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Louis Berger US<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960 | Alexander Estupinan<br>c/o Zeb Israel Goldstein, Esq.<br>600 N. Pine Island Road, Ste. 400<br>Fort Lauderdale, FL 33324 |
| Louis Berger US, Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960 | Eugenia Xiomara Alvarez<br>c/o Raquel Yvette Lao, Esq.<br>5118 N. 56th Street<br>Suite 212<br>Tampa, FL 33610 |
| Louis Berger US, Inc.<br>412 Mount Kemble Avenue<br>Morristown, NJ 07960 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| Magnum Construction, Corp.<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| Magnum Construction, Corp.<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Magnum Construction, Corp.<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Matrax, Inc.<br>11748 Mayfair Field Dr.<br>Lutherville, MD 21093 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| Matrax, Inc.<br>11748 Mayfair Field Dr.<br>Lutherville, MD 21093 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A.<br>Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| Matrax, Inc.<br>11748 Mayfair Field Dr.<br>Lutherville, MD 21093 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Matrax, Inc.<br>11748 Mayfair Field Dr.<br>Lutherville, MD 21093 | Chelsea Brownfield, individually and as personal representative of the estate<br>of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| Matrax, Inc.<br>11748 Mayfair Field Dr.<br>Lutherville, MD 21093 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Matrax, Inc.<br>11748 Mayfair Field Dr.<br>Lutherville, MD 21093 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| Matrax, Inc.<br>11748 Mayfair Field Dr.<br>Lutherville, MD 21093 | Ana Maria Oveido Garcia, individually and as pesonal representative of the estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Matrax, Inc.<br>11748 Mayfair Field Dr.<br>Lutherville, MD 21093 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| McGowen, S.A.<br>Atencion:  Roderick McGowen<br>Calle 68<br>San Francisco, Local 32, Panamá<br><br>McGowen, S.A.<br>San Francisco, Calle Antonio Mojica<br>entre Calle 76 y 77, PH<br>Gran Plaza, Piso 4, Oficina B4, Panamá | El Ministerio de Obras Públicas<br>Paseo Andrews<br>Albrook, Edificio 810,811<br>Panama |
| MCM Global S.A.<br>Calle 50 and Calle 77<br>San Francisco, Panama City, Panama | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE, Ste. 1200<br>Atlanta, GA 30328 |
| MCM Global S.A.<br>Calle 50 and Calle 77<br>San Francisco, Panama City, Panama | Travelers Casualty & Surety Co (etc)<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| MCM Global S.A.<br>Calle 50 and Calle 77<br>San Francisco, Panama City, Panama | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| MCM Global S.A.<br>Calle 50 and Calle 77<br>San Francisco, Panama City, Panama | Travelers Casualty & Surety Co.<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| MCM Global S.A.<br>Calle 50 and Calle 77<br>San Francisco, Panama City, Panama | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| MCM Global S.A.<br>Calle 50 and Calle 77<br>San Francisco, Panama City, Panama | Travelers Casualty & Surety Co.<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| MCM of South Florida, LLC<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| MCM of South Florida, LLC<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| MCM of South Florida, LLC<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Miami Parking Authority<br>40 Northwest 3 Street<br>Miami, FL 33128 | Grove Harbour Marina And Caribbean Marketplace, LLC<br>2640 S. Bayshore Drive<br>Suite 305<br>Miami, FL 33133 |
| Munilla, Gail<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Gail<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| Munilla, Gail<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Gail<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Gail<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Gail<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Gail<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Gail<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Jacquelyn<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE, Ste. 1200<br>Atlanta, GA 30328 |
| Munilla, Jacquelyn<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Jacquelyn<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.:  Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| Munilla, Jacquelyn<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Jacquelyn<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Munilla, Jacquelyn<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Jacquelyn<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Jacquelyn<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Jacquelyn<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Jorge<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE, Ste. 1200<br>Atlanta, GA 30328 |
| Munilla, Jorge<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Jorge<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| Munilla, Jorge<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Jorge<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Jorge<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Jorge<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Jorge<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Jorge<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Juan<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE, Ste. 1200<br>Atlanta, GA 30328 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Munilla, Juan<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Juan<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Juan<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Juan<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| Munilla, Juan<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Juan<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Juan<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Juan<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Madeleine<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE, Ste. 1200<br>Atlanta, GA 30328 |
| Munilla, Madeleine<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Madeleine<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| Munilla, Madeleine<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Madeleine<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Madeleine<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Munilla, Madeleine<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Madeleine<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Madeleine<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Pedro<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |
| Munilla, Pedro<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Pedro<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Pedro<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Pedro<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Pedro<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Pedro<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Pedro<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE, Ste. 1200<br>Atlanta, GA 30328 |
| Munilla, Pedro<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Raul<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE, Ste. 1200<br>Atlanta, GA 30328 |
| Munilla, Raul<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Raul<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co (etc)<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Hunt Valley, MD 21031 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Munilla, Raul<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Raul<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Raul<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Raul<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Berkshire Hathaway Specialty Insurance<br>National Liability & Fire Insurance Co.<br>National Indemnity Company<br>1100 Abernathy Road NE<br>Suite 1200<br>Atlanta, GA 30328 |
| Munilla, Raul<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196 |
| Munilla, Raul<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031 |
| Munilla, Raul<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Ring Power Corporation<br>2700 N. Powerline Road<br>Pompano Beach, FL 33069 |
| Network Engineering Service Inc.<br>7205 Corporate Center Drive<br>Suite 201<br>Miami, FL 33126 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Network Engineering Services Inc, DBA Bolton Perez &<br>Associates<br>7205 Corporate Center Drive, Suite 201<br>Miami, FL 33126 | Alexander Estupinan<br>c/o Zeb Israel Goldstein, Esq.<br>600 N. Pine Island Road, Ste. 400<br>Fort Lauderdale, FL 33324 |
| Network Engineering Services Inc.<br>7205 Corporate Center Drive, Ste. 201<br>Miami, FL 33126 | Chelsea Brownfield, individually and as personal representative of the estate<br>of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| Network Engineering Services Inc.<br>7205 Corporate Center Drive, Ste. 201<br>Miami, FL 33126 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A.<br>Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| Network Engineering Services Inc.<br>7205 Corporate Center Drive, Ste. 201<br>Miami, FL 33126 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Network Engineering Services, Inc. dba Bolton Perez &<br>Associates<br>7205 Corporate Center Drive<br>Suite 201<br>Miami, FL 33126 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Network Engineering Services, Inc. dba Bolton Perez & Associates<br>7205 Corporate Center Drive<br>Suite 201<br>Miami, FL 33126 | Martha Mercedes Plaza Cevallos and Carlos Badillo<br>c/o The Beregovich Law Firmx<br>Attn.:  Andres I. Beregovich, Esq.<br>210 North Mills<br>Orlando, FL 32801 |
| Network Engineering Services, Inc. dba Bolton Perez & Associates<br>7205 Corporate Center Drive<br>Suite 201<br>Miami, FL 33126 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| Network Engineering Services, Inc. dba Bolton Perez & Associates<br>7205 Corporate Center Drive<br>Suite 201<br>Miami, FL 33126 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| Network Engineering Services, Inc. dba Bolton Perez & Associates<br>7205 Corporate Center Drive<br>Suite 201<br>Miami, FL 33126 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| Network Engineering Services, Inc. dba Bolton Perez & Associates<br>7205 Corporate Center Drive<br>Suite 201<br>Miami, FL 33126 | Ana Maria Oveido Garcia, individually and as pesonal representative of the estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Network Engineering Services, Inc.<br>7205 Corporate Center Drive<br>Suite 201<br>Miami, FL 33126 | Eugenia Xiomara Alvarez<br>c/o Raquel Yvette Lao, Esq.<br>5118 N. 56th Street<br>Suite 212<br>Tampa, FL 33610 |
| Network Engineering Services, Inc.<br>7205 Corporate Center Drive<br>Suite 201<br>Miami, FL 33126 | Emily Joy Panagos<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Network Engineering Services, Inc.<br>7205 Corporate Center Drive<br>Suite 201<br>Miami, FL 33126 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Ohio Casualty Insurance Company<br>62 Maple Avenue<br>Keen, NH 03431<br><br>Ohio Casualty Insurance Company<br>175 Berkeley St.<br>Boston, MA 02116 | Chatham Steel Corporation<br>350 S. Grand Avenue<br>Los Angeles, CA 90071 |
| Professional Service Industries Inc.<br>545 E. Alogonquin Rd.<br>Arlington Heights, IL 60005 | Chelsea Brownfield, individually and as personal representative of the estate of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| Professional Service Industries, Inc. dba Intertek PSI<br>545 E. Alogonquin Rd.<br>Arlington Heights, IL 60005 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Professional Service Industries, Inc. dba Intertek PSI<br>545 E. Alogonquin Rd.<br>Arlington Heightws, IL 60005 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| Professional Service Industries, Inc.<br>545 E. Alogonquin Road<br>Arlington Heights, IL 60005 | Carlos Chapman and Erika Chapman<br>c/o Panter, Panter & Sampedro<br>c/o David Sampedro, Esq.<br>6950 N. Kendall Drive<br>Miami, FL 33156-1584 |
| Professional Service Industries, Inc.<br>545 E. Alogonquin Road<br>Arlington Heights, IL 60005 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A.<br>Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| Professional Service Industries, Inc.<br>545 E. Alogonquin Road<br>Arlington Heights, IL 60005 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Professional Service Industries, Inc.<br>545 E. Alogonquin Road<br>Arlington Heights, IL 60005 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Professional Service Industries, Inc.<br>545 E. Alogonquin Road<br>Arlington Heights, IL 60005 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| RC Group LLC<br>7500 NW 25th Street, Ste. 292<br>Miami, FL 33122 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| RC Group LLC<br>7500 NW 25th Street, Ste. 292<br>Miami, FL 33122 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A.<br>Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| RC Group LLC<br>7500 NW 25th Street, Ste. 292<br>Miami, FL 33122 | Chelsea Brownfield, individually and as personal representative of the estate<br>of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| RC Group LLC<br>7500 NW 25th Street, Ste. 292<br>Miami, FL 33122 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |

EXHIBIT H
(CO-DEBTORS)

| Co-Debtor Name and Address | Creditor |
|---|---|
| RC Group LLC<br>7500 NW 25th Street, Ste. 292<br>Miami, FL 33122 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| RC Group LLC<br>7500 NW 25th Street, Ste. 292<br>Miami, FL 33122 | Ana Maria Oveido Garcia, individually and as pesonal representative of the estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| RC Group LLC<br>7500 NW 25th Street, Ste. 292<br>Miami, FL 33122 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| RC Group LLC<br>7500 NW 25th Street, Ste. 292<br>Miami, FL 33122 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| RC Grpup LLC<br>7500 NW 25th Street<br>Suite 292<br>Miami, FL 33122 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Rendon, Juan H. and Raul T. Rendon (individually and as partners DBA Rendon Manufacturing Co.)<br>2346 Doreen Street<br>Grand Prairie, TX 75050 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Rendon, Juan H. and Raul T. Rendon (individually and as partners DBA Rendon Manufacturing Co.)<br>2346 Doreen Street<br>Grand Prairie, TX 75050 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Rendon, Juan H. and Raul T. Rendon (individually and as partners DBA Rendon Manufacturing Co.)<br>2346 Doreen Street<br>Grand Prairie, TX 75050 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| RLT Engineering Services Inc.<br>9023 Forest Hill Avenue, Ste. 2B<br>Richmond, VA 23235 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| RLT Engineering Services Inc.<br>9023 Forest Hill Avenue, Ste. 2B<br>Richmond, VA 23235 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| RLT Engineering Services Inc.<br>9023 Forest Hill Avenue, Ste. 2B<br>Richmond, VA 23235 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Structural Group, Inc.<br>10150 Old Columbis Road<br>Columbia, MD 21046-1274 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Structural Group, Inc.<br>10150 Old Columbis Road<br>Columbia, MD 21046-1274 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Structural Technologies LLC<br>10150 Old Columbia Road<br>Columbia, MD 21046-1274 | Carlos Chapman and Erika Chapman<br>c/o Panter, Panter & Sampedro<br>c/o David Sampedro, Esq.<br>6950 N. Kendall Drive<br>Miami, FL 33156-1584 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Structural Technologies LLC<br>10150 Old Columbia Road<br>Columbia, MD 21046-1274 | Eugenia Xiomara Alvarez<br>c/o Raquel Yvette Lao, Esq.<br>5118 N. 56th Street<br>Suite 212<br>Tampa, FL 33610 |
| Structural Technologies LLC<br>10150 Old Columbia Road<br>Columbia, MD 21046-1274 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| Structural Technologies LLC<br>10150 Old Columbia Road<br>Columbia, MD 21046-1274 | Chelsea Brownfield, individually and as personal representative of the estate of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| Structural Technologies LLC<br>10150 Old Columbia Road<br>Columbia, MD 21046-1274 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| Structural Technologies LLC<br>10150 Old Columbia Road<br>Columbia, MD 21046-1274 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| Structural Technologies LLC<br>10150 Old Columbia Road<br>Columbia, MD 21046-1274 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| Structural Technologies LLC<br>10150 Old Columbia Road<br>Columbia, MD 21046-1274 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Structural Technologies LLC<br>10150 Old Columbia Road<br>Columbia, MD 21046-1274 | Ana Maria Oveido Garcia, individually and as pesonal representative of the estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Structural Technologies LLC<br>10150 Old Columbia Road<br>Columbia, MD 21046-1274 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Structural Technologies LLC<br>10150 Old Columbia Road<br>Columbia, MD 21046-1274 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| T.Y. Lin Internacional<br>201 Alhambra Circle, Ste. 900<br>Coral Gables, FL 33134 | El Ministerio de Obras Públicas<br>Paseo Andrews<br>Albrook, Edificio 810,811<br>Panama |
| The Corradino Group Inc.<br>4055 NW 97th Avenue<br>Miami, FL 33178 | Chelsea Brownfield, individually and as personal representative of the estate of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| The Corradino Group Inc.<br>4055 NW 97th Avenue<br>Miami, FL 33178 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| The Corradino Group Inc.<br>4055 NW 97th Avenue<br>Miami, FL 33178 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| The Corradino Group Inc.<br>4055 NW 97th Avenue<br>Miami, FL 33178 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| The Corradino Group Inc.<br>4055 NW 97th Avenue<br>Miami, FL 33178 | Ana Maria Oveido Garcia, individually and as pesonal representative of the estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| The Corradino Group Inc.<br>4055 NW 97th Avenue<br>Miami, FL 33178 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| The Corradino Group Inc.<br>4055 NW 97th Avenue<br>Miami, FL 33178 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| The Corradino Group, Inc.<br>4055 NW 97th Avenue<br>Miami, FL 33178 | Carlos Chapman and Erika Chapman<br>c/o Panter, Panter & Sampedro<br>c/o David Sampedro, Esq.<br>6950 N. Kendall Drive<br>Miami, FL 33156-1584 |
| The Corradino Group, Inc.<br>4055 NW 97th Avenue<br>Miami, FL 33178 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A. Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| The Corradino Group, Inc.<br>4055 NW 97th Avenue<br>Miami, FL 33178 | Eugenia Xiomara Alvarez<br>c/o Raquel Yvette Lao, Esq.<br>5118 N. 56th Street<br>Suite 212<br>Tampa, FL 33610 |
| The Corradino Group, Inc.<br>4055 NW 97th Avenue<br>Miami, FL 33178 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| The Louis Berger Group, Inc.<br>42 Mount Kemble Avenue<br>Morristown, NJ 07960 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| The Louis Berger Group, Inc.<br>42 Mount Kemble Avenue<br>Morristown, NJ 07960 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| The Structural Group of South Florida, Inc.<br>815 North Homestead Blvd., #458<br>Homestead, FL 33030 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| The Structural Group of South Florida, Inc.<br>815 North Homestead Blvd., #458<br>Homestead, FL 33030 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| The Structural Group of South Florida, Inc.<br>815 North Homestead Blvd., #458<br>Homestead, FL 33030 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Toledo Doors, Inc.<br>4710 NW 37th Avenue<br>Miami, FL 33142 | Chatham Steel Corporation<br>350 S. Grand Avenue<br>Los Angeles, CA 90071 |
| Travelers Casualty & Surety Co.<br>Attn.: Kimberly Zanotta<br>111 Schilling Road<br>Elunt Valley, MD 21031<br><br>Mary Paty Lynn LeVan, Esq.<br>Manier & Herod<br>1201 Demonbreun Street, Ste. 900<br>Nashville, TN 37203 | Materialmen, Vendors and Subcontractors on the following Bonded Jobs:<br>2013-673 ; Miramar Readiness Ctr. ;   2013-677 ; TXDOT - FM423<br>2014-679 ; TXD - US75; 2014-683 ;   Homestead City Hall<br>2014-688 ; HEFT II; 2015-695; FM544<br>2015-699 ; DNT - Parker Rd to SH 121<br>2015-703 ; FLL Terminal 4 East Expansion;<br>2015-708 ; C-111 Detention Area<br>2015-709 ; SFWMD Lakeside Ranch<br>2015-711 ; FIU DB Pedestrian Bridge<br>2016-713 ; W Homestead K-8<br>2016-715 ; Doral Police Station<br>2016-718 ; Madie Ives K-8<br>2016-719 ; Twin Lakes Elem<br>2016-720 ; Coalition Lift<br>2016-721 ; Liberty Village<br>2016-723 ; T4433 Broward Blvd<br>2016-726 ; Arthor & Polly Mays<br>2016-727 ; POM Terminal F<br>2016-728 ; Port Everglades<br>2016-729 ; GTMO WT Sampson<br>2016-732 ; Taxiway Bravo Rehab @ DLF<br>2016-733 ; Taxiway Echo Rehab @ DLF<br>2016-734 ; Opa Locka 54FM<br>2017-745 ; Nas Meridian Dining Facility<br>Multiple ; MCC-8-10 |
| Travelers Casualty and Surety Company of America<br>One Tower Square<br>Hartford, CT 06183 | BEC Group Services, Inc.<br>145 Madeira Avenue, Ste. 310<br>Miami, FL 33134 |
| Travelers Casualty and Surety Company of America<br>One Tower Square<br>Hartford, CT 06183 | Skyline Steel<br>7380 Sand Lake Road, Suite 135<br>Orlando, FL 32819 |
| Travelers Casualty and Surety Company of America<br>One Tower Square<br>Hartford, CT 06183 | Southeastern Engineering Contractors, Inc.<br>12054 NW 98th Avenue<br>Hialeah, FL 33018 |
| Travelers Casualty and Surety Company of America<br>One Tower Square<br>Hartford, CT 06183 | Devin Martinez<br>c/o Armstrong The Law Firm, P.C.<br>Attn.: Richard Armstrong, Esq.<br>1400 Gables Ct., #103<br>Plano, TX 75075 |
| Travelers Casualty and Surety Company of America<br>One Tower Square<br>Hartford, CT 06183 | Integ-Crete Construction, LLC<br>10550 W. Midway Road<br>Fort Pierce, FL 34945 |
| Travelers Casualty and Surety Company of America<br>One Tower Square<br>Hartford, CT 06183 | Action Sales, LLC d/b/a Action Sod & Landscape Gardens<br>P.O. Box 833143<br>Miami, FL 33283 |
| Travelers Casualty and Surety Company of America<br>One Tower Square<br>Hartford, CT 06183 | Chatham Steel Corporation<br>350 S. Grand Avenue<br>Los Angeles, CA 90071 |
| Travelers Casualty and Surety Company of America<br>One Tower Square<br>Hartford, CT 06183 | Paramount Drywall, Inc.<br>6940 SW 12th Street<br>Miami, FL 33144 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| United States f/u/b/o Ceres Environmental Services, Inc.<br>c/o Law Offices of Daniel Te Young, P.A.<br>1600 South Federal Highway, Ste. 570<br>Pompano Beach, FL 33062 | Travelers Casualty and Surety Company of America<br>One Tower Square<br>Hartford, CT 06183 |
| Universal Engineering Sciences, Inc.<br>3532 Maggie Blvd.<br>Orlando, FL 32811 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| Universal Engineering Sciences, Inc.<br>3532 Maggie Blvd.<br>Orlando, FL 32811 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Universal Engineering Sciences, Inc.<br>3532 Maggie Blvd.<br>Orlando, FL 32811 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A.<br>Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |
| Universal Engineering Sciences, Inc.<br>3532 Maggie Blvd.<br>Orlando, FL 32811 | Chelsea Brownfield, individually and as personal representative of the estate<br>of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| Universal Engineering Sciences, Inc.<br>3532 Maggie Blvd.<br>Orlando, FL 32811 | Richard Luis Humble<br>c/o Grossman Roth Yaffa Cohen<br>Attn.: Stuart Z. Grossman, Esq.<br>2525 Ponce de Leon Blvd., Ste. 1150<br>Miami, FL 33134 |
| Universal Engineering Sciences, Inc.<br>3532 Maggie Blvd.<br>Orlando, FL 32811 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| Universal Engineering Sciences, Inc.<br>3532 Maggie Blvd.<br>Orlando, FL 32811 | Ana Maria Oveido Garcia, individually and as pesonal representative of the<br>estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Universal Engineering Sciences, Inc.<br>3532 Maggie Blvd.<br>Orlando, FL 32811 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Universal Engineering Sciences, Inc.<br>3532 Maggie Blvd.<br>Orlando, FL 32811 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Williams Form Engineering Corp.<br>8165 Graphic Dr.<br>Belmont, MI 49306 | Chelsea Brownfield, individually and as personal representative of the estate<br>of Brandon Brownfield<br>c/o Paul Jon Layne, Esq.<br>236 Valencia Avenue<br>Miami, FL 33134 |
| Williams Form Engineering Corp.<br>8165 Graphic Dr.<br>Belmont, MI 49306 | Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A.<br>Hanson, C.L. Hanson<br>c/o Gary Devenow Fox, Esq.<br>1 SE 3rd Avenue, #3000<br>Miami, FL 33131 |

**EXHIBIT H**
**(CO-DEBTORS)**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Williams Form Engineering Corp.<br>8165 Graphic Dr.<br>Belmont, MI 49306 | Gina Duran and Orlando Duran, as Co-Personal Representatives of the<br>Estate of Alexa Duran<br>c/o Alan Goldfarb, Esq.<br>Alan Goldfarb, P.A.<br>100 SE 2nd Street, Suite 4500<br>Miami, FL 33131 |
| Williams Form Engineering Corp.<br>8165 Graphic Dr.<br>Belmont, MI 49306 | Mendez, Jenna<br>c/o H. Clay Roberts, Esq.<br>Fornaris Law Firm, P.A.<br>65 Almeria Avenue<br>Miami, FL 33134 |
| Williams Form Engineering Corp.<br>8165 Graphic Drive<br>Belmont, MI 49306 | Randy Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Terry Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013<br><br>Kevin L. Hanson<br>c/o John Getz, Esq.<br>158 E. 49th Street<br>Hialeah, FL 33013 |
| Williams Form Engineering Corp.<br>8165 Graphic Drive<br>Belmont, MI 49306 | Katrina Collazo De Armas, Alexander De Armas<br>c/o Aronfeld Trial Lawyers<br>Attn.: Spencer Aronfeld, Esq.<br>3132 Ponce de Leon Blvd.<br>Miami, FL 33134 |
| Williams Form Engineering Corp.<br>8165 Graphic Drive<br>Belmont, MI 49306 | Ana Maria Oveido Garcia, individually and as pesonal representative of the<br>estate of Rolando Fraga<br>c/o Lagos & Priovolos<br>66 W. Flagler Street, Ste. 1000<br>Miami, FL 33130 |
| Williams Form Engineering Corp.<br>8165 Graphic Drive<br>Belmont, MI 49306 | Marquise Rashad Hepburn<br>c/o Morgan and Morgan<br>Attn.: Matthew T. Morgan, Esq.<br>20 N. Orange Avenue, Ste. 1000<br>Orlando, FL 32801 |
| Williams Form Engineering Corp.<br>8165 Graphic Drive<br>Belmont, MI 49306 | Winsome Joy Campbell<br>c/o John F. Romano, Esq.<br>P.O. Box 21349<br>West Palm Beach, FL 33416-1349 |
| Zurich Insurance Group<br>American Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, Illinois 60196<br>Licensed in: All states including DC<br><br>Zurich Insurance Group<br>1001 Summit Boulevard<br>Atlanta, GA 30319 | *Materialmen, Vendors and Subcontractors on the following Bonded Jobs:*<br><br>*Lehman Center Test Track/Lehman Yard Rehabilitation Expansion* |

**Fill in this information to identify the case:**

Debtor name __**Magnum Construction Management, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $126,665,102.00 |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $296,273,314.00 |
| **For the fiscal year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $265,074,118.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | Miscellaneous Income; Dividend Income; Gain on Sale of Assets | $5,056,574.00 |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | Interest Income; Miscellaneous Income; Dividend Income; Gain on Sale of Securities; Gain on Sale of Assets | $945,409.00 |

| Debtor | Magnum Construction Management, LLC | Case number *(if known)* | |

| For the fiscal year:<br>From **1/01/2016** to **12/31/2016** | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | Interest Income; Miscellaneous Income; Dividend Income; Gain on Sale of Securities; Gain on Sale of Assets | **$895,398.00** |

---

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached Exhibit SOFA 3** | | **$1,208,770.59** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Alexander Munilla<br>c/o Magnum Construction Management, LLC<br>6201 SW 70th Street, 1st Floor<br>Miami, FL 33143** | 12/5/18 - $6,319.78<br>1/31/19 - $3,223.46 | **$9,543.24** | **Expense Reimbursements** |

---

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Grove Harbour Marina and Caribbean Marketplace, LLC v. Miami Parking Authority, Munilla Construction Management, LLC, Department of Off-Street Parking of the CIty of Miami, Miami Parking Authority**<br>**18-031090 CA 01** | **Civil**<br>**Declaratory Action, Injunction & Tortious Interference** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Chatham Steel Corporation v. Toledo Doors, Inc., Ohio Casualty Insurance Company, Munilla Construction Management, LLC, Travelers Casualty and Surety of America**<br>**18-032328 CA 01** | **Civil**<br>**Claim for Payment of Bond** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | **Munilla Construction Management, LLC v. Miami-Dade County**<br>**18-029899** | **Civil**<br>**Petition to Confirm Arbitration Award** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | **Action Sales, LLC dba Action Sod & Landscape Gardens v. Munilla Construction Management, LLC, Travelers Casualty and Surety Company of America**<br>**18-18311 CC 05** | **Civil**<br>**Goods Sold and Delivered, Open Account, Breach of Contract, Payment of Bond Claim** | **Miami-Dade County Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **American Express Travel Related Service Company, Inc. v. Munilla Construction Management, LLC**<br>**653874/2018** | **Civil**<br>**Breach of Contract** | **Supreme Court of New York County of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Paramount Drywall, Inc. v. Munilla Construction Management, LLC, et al.**<br>**18-024426 CA 01** | **Civil**<br>**Payment of Bond Claim, Breach of Contract, Unjust Enrichment** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.7. | **Munilla Construction Management, LLC v. IEA, Inc., et al.**<br>**18-5424-16** | **Civil**<br>**Claim for Payment of Bond/Breach of Contract** | **Denton County Circuit Court**<br>**1450 East McKinney Street**<br>**Denton, TX 76209** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.8. | **Eloy Arriera v. Munilla Construction Management, LLC dba MCM**<br>**18-20084 CA 09** | **Civil**<br>**Negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.9. **Carlos Chapman and Erika Chapman v. Munilla Construction Management, LLC, Figg Bridge Engineers, inc., Structural Technologies VSL, Louis Berger U.S., Inc., The Corradino Group, Inc., Professional Service Industries, Inc., Barnhart Crane & Rigging Co., George's Crane Service, Inc.**<br>**18-16746 CA 21** | **Civil**<br>**Gross Negligence, Strict Liability** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. **Eugenia Ziomara Alvarez v. Figg Bridge, Munilla Construction Management, LLC,**<br>**18-018318 CA 01** | **Civil**<br>**Negligent Infliction of Emotional Distress** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **Randy Hanson and Terry Hanson, as co-plenary guardians of Kevin Lee Hanson, and Kevin Hanson, on behalf of his four minor children, Malachi Hanson, Clayton Hanson, Bryce Hanson, Bailee Ann Hanson v. Munilla Construction Management, LLC., Figg Bridge Engineers, Inc., Bolton Perez and Associates, Barnhart Crane and Rigging Co., Bridge Diagnostics, Inc., Louis Berger US, Inc., Corradino Group, Inc., Inter Tek PSI, George Crane Service, inc., Network Engineering Service, Inc., et al.**<br>**18-18390 CA 01** | **Civil**<br>**Negligence, Gross Negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **BEC Group Services, Inc. v. Munilla Construction Management, LLC, Travelers Casualty and Surety Company of America**<br>**18-17912 CA 01** | **Civil**<br>**Breach of Contract, Statutory Public Bond Claim** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **Tania Vivian Espinosa Vera v. Munilla Construction Management, LLC, Carlos Pena**<br>**18-15307 CA 01** | **Civil**<br>**Negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**                              Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14. | **Alexander Estupinan v. Figg Bridge, Munilla Construction Management, LLC, Figg Bridge, Network Engineering Services, Inc., Louis Berger US a/k/a Bolton Perez & Associates**<br>**18-014360 CA 01** | **Civil Negligence, Non-Delegable Duty** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Winsome Joy Campbell, individually and as personal representative of the estate of Navaro Brown v. Munilla Construction Management, LLC, Corradino Group, Inc., Figg Bridge Engineers, Inc., George's Crane Service, Inc., Intertek International, Inc., Louis Berger US, LLC, Barnhart Crane and Rigging Co., Network Engineering Service, Inc., Universal Engineering Sciences, Inc., A&P Consulting Transportation Engineers Corp., RLT Engineering Services, Inc.**<br>**18-13463 CA 06** | **Civil Gross Negligence, Strict Liability** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Chelsea Brownfield, as personal representative of the estate of Brandon Cody Brownfield v. Figg Bridge, Munilla Construction Management, LLC, Figg Bridge Engineers, Inc., Network Engineering Services, Inc., Barnhart Crane and Rigging Co., Bridge Diagnostics, Inc., Louis Berger US, Inc., The Corradino Group, Inc., Professional Service Industries, Inc., Structural Technologies, LLC, George's Crane Service, Inc., Gerdau Ameristeel US, Inc., Williams Form Engineering Corp., Cemex Construction, et al**<br>**18-012424 CA 01** | **Civil Gross Negligence, Strict Liability, Negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Island Mechanical Contractors, Inc. v. Munilla Construction Management, LLC**<br>**18-10586 CA 08** | **Civil Breach of Contract** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**                     Case number (if known) _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.18. **Martha Mercedes Plaza Cevallos and Carlos Badillo v. Munilla Construction Management, LLC, Figg Bridge Engineers, Inc., Network Engineering Services, Inc., Louis Berger US a/k Bolton Perez & Associates**<br>**18-10373 CA 32** | **Civil**<br>**Other Negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. **Gina Duran and Orlando Duran, as Personal Representatives of the estate of Alexa Duran v. Munilla Construction Management, LLC, Structural Technologies, LLC, Bolton Perez & Associates, Louis Berger US, Corrandino Group, Inc., Intertek PSI, Barnhart Crane & Rigging, George's Crane Service, Inc., Network Engineering Services, Inc., Bridge Diagnostics, Inc., Cemex, Inc., A&P Consulting Transportation Engineers Corp., Bridge Diagnostics, Inc., Bolton Perez & Assoc., Williams Form Engineering Corp.**<br>**18-10344 CA 02** | **Civil**<br>**Gross Negligence, Strict Liability, Negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. **Richard Luis Humble v. Munilla Construction Management, LLC, Figg Bridge Engineers, Inc., Network Engineering Services, Inc., Louis Berger, U.S., Inc., Barnhart Crane and Rigging Co., Bridge Diagnostics, Inc., Structural Technologies, LLC, Intertek International, Inc., Cemex Construction Materials Florida, LLC, Beton Consulting Engineers, LLC, A&P Consulting Transportation Engineers Corp., RC Group, LLC, Universal Engineering Sciences, Inc., Matrax, Inc., George's Crane Service, Inc., et al.**<br>**18-10117 CA 13** | **Civil**<br>**Non-Delegable Duty, Negligence, Strict Liability** | **Miami-Dade Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Magnum Construction Management, LLC**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.21. | **Luis Arias, individually and as personal representative of the estate of Alberto Arias v. Munilla Construction Management, LLC, Figg Bridge Engineers, Inc.**<br>**18-9651 CA 15** | **Civil**<br>**Wrongful Death - Negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Erik Rojas, individually and as personal representative of the estate of Oswald Gonzalez v. Munilla Construction Management, LLC, Figg Engineers, Inc.**<br>**18-9652 CA 31** | **Civil**<br>**Wrongful Death - Negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Katrina Collazo de Armas, Alexander Armas v. Munilla Construction Management, LLC, et al.**<br>**18-9141 CA 34** | **Civil**<br>**Gross Negligence, Strict Liability, Negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Ana Maria Oveido Garcia, er personal representative of the estate of Rolando Fraga v. Munilla Construction Management, LLC, Figg Bridge Engineers, inc., Network Engineering Services, Inc., Louis Berger US, Inc., Barnhart Crane and Rigging Co., Bridge Diagnostics, Inc., Structural Technlogies, LLC, Intertek PSI, Cemex Construction Materials Florida LLC, Professional Service Industries, Inc., George's Crane Service, Inc., Gerdau Ameristeel US, Inc., Williams Form Engineering Corp., et al.**<br>**18-8895 CA 32** | **Civil**<br>**Other Negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **Emily Joy Panagos v. Munilla Construction Management, Inc., Figg Bridge Engineers, Inc., Network Engineering Services, Inc., Louis Berger US**<br>**18-8312 CA 34** | **Civil**<br>**Non-delegable duty, negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.26<br>· | **Marquise Rashad Hepburn v. Munilla Construction Management, LLC, Figg Bridge Engineers, Inc., Network Engineering Services, Inc., Louis Berger US, Barnhart Crane and Rigging Co., Bridge Diagnostics, Inc., Corradino Group, Inc., Professional Structural Industries, Inc., Structural Technologies, LLC, George's Crane Service, Inc., Gerdau Ameristeel US, Inc., Williams Form Engineering Corp., Cemex Construction Materials Florida, LLC, Beton Consulting Engineers, LLC, Matrax, Inc., et al.**<br>**18-8144 CA 23** | Civil<br>**Gross Negligence, Negligence, Strict Liability, Negligent Failure to Ensure Safety, Negligent Misrepresentation, Intentional Concealment or Misrepresentation** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27<br>· | **Jose Perez v. Munilla Construction Management, LLC**<br>**18-6933 CA 02** | Civil<br>**Negligence - Trip and Fall - Commercial Premises Liability** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28<br>· | **Munilla Construction Management, LLC v. BEC Construction Corp., et al.**<br>**18-3840 CA 08** | Civil<br>**Breach of Contract** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29<br>· | **Idris Orta v. Munilla Construction Management, LLC**<br>**17-026378 CA 10** | Civil<br>**Wrongful Termination/Coercion and Intimidation** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.30<br>· | **Munilla Construction Management, LLC v. Berkley Insurance Company**<br>**CACE-17-019767 (12)** | Civil<br>**Claim against surety for breach of performance bond** | **Broward County Circuit Court**<br>**201 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31<br>· | **Michael Sode v. Munilla Construction Management, LLC**<br>**CACE-17-011371** | Civil<br>**Negligence** | **Broward County Circuit Court**<br>**201 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32<br>· | **Munilla Construction Management, LLC dba MCM Corp. v. Gannett Fleming, Inc.**<br>**01-17-0002-5889** | Civil/Arbitration<br>**Breach of Contract** | **Miami-Dade County Circuit Court**<br>**73 West Flagler Street**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33<br>· | **Credence Builder, Inc. v. Munilla Construction Management, LLC dba MCM**<br>**DC-17-02451** | Civil<br>**Payment Bond/Breach of Contract** | **Dallas County Circuit Court**<br>**600 Commerce St., B1**<br>**George Allen Courts Building**<br>**Dallas, TX 75202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Magnum Construction Management, LLC**                                   Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.34. **Munilla Construction Management, LLC v. United Homecare Services, Inc.**<br>17-2742 CA 23 | **Civil**<br>Breach of Contract, Foreclosure of Lien Claim | **Miami-Dade County Circuit Court**<br>73 West Flagler Street<br>Miami, FL 33130 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. **Devin Martinez v. Felicitos Reyes, et al.**<br>366-05380-2016 | **Civil**<br>Auto Negligence | **366 District Court, Collin County, Texas**<br>2100 Bloomdale Road #30146<br>McKinney, TX 75071 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. **Eduardo Perez and Rosana Perez v. Central Florida Equipment Rentals, et al.**<br>16-030140 CA 01 | **Civil**<br>Auto Negligence | **Miami-Dade County Circuit Court**<br>73 West Flagler Street<br>Miami, FL 33130 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37. **Cadvil, LLC v. Munilla Construction Management, LLC**<br>CACE 16-002653 (18) | **Civil**<br>Third Party Claim - Negligence | **Broward County Circuit Court**<br>201 SE 6th Street<br>Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.38. **Oralia Fernandez v. City of Miami, CSA Group Florida, Inc., Munilla Construction Management, LLC, G P E Engineering & General Contractor Corp., Miami Dade County School Board, CSA Central, Inc., Road Runner Striping Technologies, Inc.**<br>15-28357 CA 23 | **Civil**<br>Negligence - Trip and Fall | **Miami-Dade County Circuit Court**<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.39. **Southeastern Engineering Contractors, Inc. v. Munilla Construction Management, LLC, Travelers Casualty & Surety Co.**<br>14-005230 CA 24 | **Civil**<br>Payment of Bond/Breach of Contract | **Miami-Dade County Circuit Court**<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.40. **Skyline Steel v. Munilla Construction Management, LLC, Travelers Casualty & Surety Company of America**<br>CACE 18-012980 | **Civil**<br>Breach of Contract | **Broward County Circuit Court**<br>201 SE 6th Street<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.41. **Velta Young, individually and as personal representative of the estate of Bobie Young, and on behalf of the survivors, Velta Young and his children, Bodie Young and Alissa Young v. Munilla Construction Management, LLC**<br>CACE-18-009434 (09) | **Civil**<br>Wrongful Death Suit | **Broward County Circuit Court**<br>201 SE 6th Street<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**                                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.42. | **Ashgrove Cement Company v. Munilla Construction Managementl, LLC**<br>DC-18-14535 | Civil | **District Court for Dallas County, Texas**<br>600 Commerce Street, Suite 650<br>Dallas, TX 75202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.43. | **Kimberly Ann Babbitt, as parent of minor children, B.W. Hanson, B.A. Hanson, C.L. Hanson v. Figg Bridge Engineers, Inc., Munilla Construction Management, LLC, Louis Berger, U.S., Inc., Network Engineering Services, Inc., The Corradino Group, Inc., Professional Service Industries, Inc., Barnhart Crane and Rigging Co., George's Crane Service, Inc., Bridge Diagnostics, Inc., Beton Consulting Engineers, LLC, Cemex Construction Materials Florida, LLC, Gerdau Ameristeel, US, Inc., Williams Form,. etc.**<br>Case No. 18-022823 CA 03 | Civil<br>Negligence/Gross Negligence | **Miami-Dade County Circuit Court**<br>73 West Flagler Street<br>Miami, FL 33130 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.44. | **Penhall Company v. Munilla Construction Management, LLC**<br>DC-18-15186 | Civil<br>Breach of Contract, Quantum Meruit | **District Court for Dallas County, Texas**<br>600 Commerce Street, Suite 650<br>Dallas, TX 75202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.45. | **RJR Construction v. Munilla Construction Management, LLC**<br>16-016996 CA 01 | Civil<br>Promissory Estoppel | **Miami-Dade County Circuit Court**<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.46. | **Jenna Mendez v. Munilla Construction Management, LLC, Figg Bridge Engineers, Inc., Network Engineering Services, Barnhart Crane and Rigging Co., LLC, RLT Engineering Solutions, Inc., Bridge Diagnostics, Inc., The Louis Berger Group, Inc., The Corradino Group, Inc., Professional Service Industries, LLC, et al.**<br>18-35972 CA 01 | Civil<br>Claim for Construction Defect | **Miami-Dade County Circuit Court**<br>73 West Flagler Street<br>Miami, FL 33130 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.47. | **Integ-Crete Construction, LLC v. Munilla Construction Management, LLC and Travelers Casualty and Surety Company of America**<br>18-1031 CA 01 | Civil<br>Claim for Payment of Bond, Breach of Contract, Quantum Meruit | **Martin County Circuit Court**<br>100 SE Ocean Blvd.<br>Stuart, FL 34994 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor    **Magnum Construction Management, LLC**              Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.48<br>· | **Munilla Construction Management, LLC v. Southeastern Engineering 3D17-2111 (L.T. No. 17-16685 CA (06))** | **Appeal of Final Judgment entered againt Munilla Construction Management, LLC** | **Third District Court of Appeals**<br>**2001 SW 117th Avenue**<br>**Miami, FL 33175** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.49<br>· | **Mauricio Rendon-Hernandez and Francisco Molino, individually v. Munilla Construction Management, LLC and John Doe DC-18-15112** | **Civil<br>Negligence** | **191st Judicial Dist., Dallas County, TX**<br>**600 Commerce Street**<br>**Dallas, TX 75202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.50<br>· | **Abel Del Armas-Nunez v. Munilla Construction Management, LLC, et al. 18-39224 CA 01** | **Civil<br>Negligence, professional negligence, strict liability, gross negligence, etc.** | **Miami-Dade County Circuit Court**<br>**73 West Flagler**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.51<br>· | **Gregory Moris v. Alfredo Reyes and Munilla Construction Management, LLC DC-18-17102** | **Civil<br>Negligence** | **298th Judicial Dist., Dallas County, TX**<br>**George L. Allen, Sr. Courts Building**<br>**600 Commerce Street**<br>**Box 822**<br>**Dallas, TX 75202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.52<br>· | **State of Texas v. Munilla Construction Management, LLC Z18000243- 1** | **Civil<br>Citation for Stormwater Violation of Section 19-118** | **Dallas Municipal Court**<br>**2014 Main Street**<br>**Dallas, TX 75201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.53<br>· | **United States for the use and benefit of Ceres Environmental Services, Inc. v. Travelers Casualty and Surety Company of America and Munilla Construction Management, LLC 18-cv-62207-UU** | **Civil<br>Claim against Miller Act Bond, Breach of Contract, Unjust Enrichment, Quantum Meruit** | **U.S. District Court, S.D. Florida**<br>**299 E. Broward Blvd.**<br>**Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.54<br>· | **Kern Chooquan v. MCM Construction of Florida, LLC f/k/a Munilla Construction Management and John Doe 19-000974-CA-01** | **Civil<br>Auto negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.55<br>· | **State of Texas v. Munilla Construction Management, LLC Z18000399 01** | **Civil<br>Citation for Stormwater Violation of Section 19-118** | **Dallas Municipal Court**<br>**2014 Main Street**<br>**Dallas, TX 75201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.56<br>· | **State of Texas v. Munilla Construction Management, LLC Z18000400 01** | **Civil<br>Citation for Stormwater Violation of Section 19-118** | **Dallas Municipal Court**<br>**2014 Main Street**<br>**Dallas, TX 75201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Magnum Construction Management, LLC**    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.57. | State of Texas v. Munilla Construction Management, LLC<br>Z18000401 01 | Civil Citation for Stormwater Violation of Section 19-118 | Dallas Municipal Court<br>2014 Main Street<br>Dallas, TX 75201 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.58. | State of Texas v. Munilla Construction Management, LLC<br>Z18000402 01 | Civil Citation for Stormwater Violation of Section 19-118 | Dallas Municipal Court<br>2014 Main Street<br>Dallas, TX 75201 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.59. | State of Texas v. Munilla Construction Management, LLC<br>Z18000403 01 | Civil Citation for Stormwater Violation of Section 19-118 | Dallas Municipal Court<br>2014 Main Street<br>Dallas, TX 75201 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.60. | State of Texas v. Munilla Construction Management, LLC<br>Z18000244 01 | Civil Citation for Stormwater Violation of Section 19-118 | Dallas Municipal Court<br>2014 Main Street<br>Dallas, TX 75201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.61. | State of Texas v. Munilla Construction Management, LLC<br>Z18000245 01 | Civil Citation for Stormwater Violation of Section 19-118 | Dallas Municipal Court<br>2014 Main Street<br>Dallas, TX 75201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.62. | State of Texas v. Munilla Construction Management, LLC<br>Z18000246 01 | Civil Citation for Stormwater Violation of Section 19-118 | Dallas Municipal Court<br>2014 Main Street<br>Dallas, TX 75201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.63. | State of Texas v. Munilla Construction Management, LLC<br>Z18000247 01 | Civil Citation for Stormwater Violation of Section 19-118 | Dallas Municipal Court<br>2014 Main Street<br>Dallas, TX 75201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.64. | State of Texas v. Munilla Construction Management, LLC<br>Z18000248 01 | Civil Citation for Stormwater Violation of Section 19-118 | Dallas Municipal Court<br>2014 Main Street<br>Dallas, TX 75201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.65. | State of Texas v. Munilla Construction Management, LLC<br>Z18000249 01 | Civil Citation for Stormwater Violation of Section 19-118 | Dallas Municipal Court<br>2014 Main Street<br>Dallas, TX 75201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Magnum Construction Management, LLC**            Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.66. | **State of Texas v. Munilla Construction Management, LLC**<br>**Z18000250 01** | **Civil Citation for Stormwater Violation of Section 19-118** | **Dallas Municipal Court**<br>**2014 Main Street**<br>**Dallas, TX 75201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.67. | **Ring Power Corporation v. Magnum Construction Management, LLC f/k/a Munilla Construction of Florida, LLC f/k/a Munilla Construction Management, LLC d/b/a MCM Corp. and Raul Munilla, individually**<br>**2019-CA-0617** | **Breach of Contract** | **Duval County Circuit Court**<br>**501 W. Adams Street**<br>**Jacksonville, FL 32202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.68. | **Jorge Sariol v. Magnum Construction Management, LLC**<br>**2019-003151-CA-01** | **Civil Negligence** | **Miami-Dade County Circuit Court**<br>**73 W. Flagler**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.69. | **Alejandro Ramirez v. Magnum Construction Management, LLC**<br>**2019-004829-CA-01** | **Civil Construction Defect/Negligence** | **Miami-Dade County Circuit Court**<br>**73 West Flagler**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**                          Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **MCM-Munilla Family Foundation, Inc., a Florida Not For Profit Corporation 6201 SW 70th Street, 2nd Floor Miami, FL 33143** | **Charitable contributions: 3/23/17 - $5,000.00 4/11/17 - $15,000.00 4/27/17 - $10,000.00 4/28/17 - $5,000.00 5/24/17 - $5,000.00 6/1/17 - $15,000.00 6/1/17 - $5,000.00 6/5/17 - $5,000.00 6/8/17 - $5,000.00 7/27/17 - $10,000.00 10/24/17 - $5,000.00 12/13/17 - $5,000.00 1/11/18 - $17,000.00 2/7/18 - $1,000.00 3/15/18 - $5,000.00 4/12/18 - $35,000.00 5/1/18 - $5,000.00** | | **$113,500.00** |
| | **Recipients relationship to debtor Affiliate** | | | |
| 9.2. | **CSBE Association 7657 NW 50th Street Miami, FL 33166** | **Charitable Contribution** | **6/12/17** | **$2,500.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Band of Gold Parents Association, Inc. 8865 SW 16th Street Miami, FL 33165** | **Charitable Contribution** | **8/24/17** | **$500.00** |
| | Recipients relationship to debtor | | | |
| 9.4. | **Commissioner Audrey M. Edmonson's 12th Annual Back to School Fun Day Book Bag Giveaway & Health Fair 111 NW 1st Street, Ste. 220 Miami, FL 33128** | **Charitable Donation (MCM Backpacks) Value of gifts: Unknown** | **8/25/17** | **Unknown** |
| | Recipients relationship to debtor | | | |
| 9.5. | **Commissioner Rebeca Sosa Miami-Dade County Board of County Commissioners - District 6 1000 SW 57th Avenue, Ste. 201 Miami, FL 33144** | **Charitable Contribution (Christmas Toy Giveaway)** | **11/17/17** | **$2,500.00** |
| | Recipients relationship to debtor | | | |

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.6. | **Centro Mater Foundation**<br>**418 SW 4th Avenue**<br>**Miami, FL 33130** | **Charitable Contribution - Gold Tournament** | **2/8/18** | **$500.00** |
| | Recipients relationship to debtor | | | |
| 9.7. | **Miami-Dade County Public Schools**<br>**Ethel F. Beckford Elementary**<br>**16929 SE 104th Avenue**<br>**Miami, FL 33157** | **Charitable Contribution** | **2/23/17** | **$2,500.00** |
| | Recipients relationship to debtor | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Berger Singerman LLP**<br>**350 E. Las Olas Boulevard**<br>**Suite 1000**<br>**Fort Lauderdale, FL 33301** | **See Declaration of Jordi Guso on Behalf of Berger Singerman LLP, as Proposed Counsel for the Debtor-in-Possession, Nunc Pro Tunc to the Petition Date, attached as Exhibit A to the Debtor's Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Jordi Guso and the Law Firm of Berger Singerman LLP as Counsel for Debtor-in-Possession, Nunc Pro Tunc to the Petition Dated, filed on Petition Date, for additional information.** | **Between April 4, 2018 and March 1, 2019** | **$454,966.26** |
| | Email or website address<br>**www.bergersingerman.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Magnum Construction Management, LLC**     Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Gulf Atlantic Capital Corporation** **2701 N. Rocky Point Dr., #630** **Tampa, FL 33607** | **See Declaration of Jordi Guso on Behalf of Berger Singerman LLP, as Proposed Counsel for the Debtor-in-Possession, Nunc Pro Tunc to the Petition Date, attached as Exhibit A to the Debtor's Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Jordi Guso and the Law Firm of Berger Singerman LLP as Counsel for Debtor-in-Possession, Nunc Pro Tunc to the Petition Dated, filed on Petition Date, for additional information.** | **Between March 1, 2018 and March 1, 2019** | $297,859.01 |

Email or website address
**www.gulfatlanticcapital.com**

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
 List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
 Do not include transfers already listed on this statement.

  ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
 List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

  ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **See Attached Exhibit SOFA 13A** | | | $246,375.81 |
| | Relationship to debtor | | | |
| 13.2. | **See Attached Exhibit SOFA 13B** | | | $3,186,201.50 |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
 List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

  ☐ Does not apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)*

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **1431 Greenway Drive Suite 950 Irving, TX 75038** | **2014 - October 1, 2018** |
| 14.2. **6201 SW 70th Street 2nd Floor Miami, FL 33143** | **2000 to November 2018** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan **Munilla Construction Management, LLC 401(k) Plan** | Employer identification number of the plan EIN:  **59-2373403** |
|---|---|

        Has the plan been terminated?
        ■ No
        ☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Magnum Construction Management, LLC**                                   Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank United**<br>**P.O. Box 521599**<br>**Miami, FL 33152** | **XXXX-6101** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/17/18** | **$8,555.37** |
| 18.2. | **Bank United**<br>**P.O. Box 52199**<br>**Miami, FL 33152** | **XXXX-2353** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/17/18** | **$59,579.02** |
| 18.3. | **Community Bank -**<br>**Guantanamo Bay**<br>**Building 2155 NEX**<br>**Commissary Mail Facility**<br>**Guantanamo Bay, Cuba** | **XXXX-1142** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **01/16/19** | **$2,158.15** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Travelers Casualty and Surety Company of America**<br>**111 Schilling Road**<br>**Hunt Valley, MD 21031** | **PNC Bank** | **Trust Account at PNC Bank (Last 4 Digits of Acct. No.: 3815)**<br>**(Balance as of 12/31/18)** | **$4,757,169.18** |

Debtor    **Magnum Construction Management, LLC**                          Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Berkshire Hathaway Specialty Ins. Co. National Liability & Fire Ins. Co. National Indemnity Co. 1100 Abernathy Road, NE., #1200 Atlanta, GA 30328** | **Wells Fargo Bank, N.A.** | **Trust Account at Wells Fargo Bank, N.A. (Last 4 Digits of Acct. No.: 3713) (Balance as of 12/31/18)** | **$2,871,378.86** |

---

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or other governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒    No.
☐    Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒    No.
☐    Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

☒    No.
☐    Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:    Details About the Debtor's Business or Connections to Any Business

25.    **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒    None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.    **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐    None

| Name and address | Date of service From-To |
|---|---|

Debtor    **Magnum Construction Management, LLC**                           Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Cherry Bekaert LLP**<br>**2525 Ponce de Leon Blvd.**<br>**Suite 1040**<br>**Miami, FL 33134** | **2014 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Cherry Bekaert LLP**<br>**2525 Ponce de Leon Blvd.**<br>**Suite 1040**<br>**Miami, FL 33134** | **2014 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Cherry Bekaert**<br>**2525 Ponce de Leon Blvd.**<br>**Suite 1040**<br>**Miami, FL 33134** | |
| 26c.2. | **GulfAtlantic Capital Corporation**<br>**2701 N. Rocky Point Drive**<br>**Suite 630**<br>**Tampa, FL 33607** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Travelers Casualty & Surety Co.**<br>**of America**<br>**111 Schilling Road**<br>**Hunt Valley, MD 21031** |
| 26d.2. | **Berkshire Hathaway Specialty Ins. Co.**<br>**1100 Abernathy Road, NE, #1200**<br>**Atlanta, GA 30328** |
| 26d.3. | **Zurich Insurance Group**<br>**1400 American Lane**<br>**Schaumburg, IL 60196** |
| 26d.4. | **Nielsen Hoover and Associates**<br>**8000 Governors Square Circle**<br>**Suite 101**<br>**Hialeah, FL 33016** |
| 26d.5. | **Bank of America, N.A.**<br>**100 N. Tryon Street**<br>**NC1-007-31-05**<br>**Charlotte, NC 28255** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Magnum Construction Management, LLC**                    Case number *(if known)*

| Name and address | | |
|---|---|---|
| 26d.6. | **Florida Department of Transportation**<br>**605 Suwanee Street**<br>**Tallahassee, FL 32399** | |
| 26d.7. | **Texas Department of Transportation**<br>**200 E. Riverside Drive**<br>**Austin, TX 78704** | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jorge Munilla | 6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Manager, President and Equity Holder | Total Interest: 25.333% (Voting Interest: 15.333%; Nonvoting Interest: 10%) |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Raul Munilla | 6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Manager, Secretary and Equity holder | Total Interest: 25.333% (Voting Interest: 15.333%; Nonvoting Interest: 10%) |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Pedro R. Munilla | 6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Manager, Vice President and Equity Holder | Total Interest: 20% (Voting Interest: 12.105%; Nonvoting Interest: 7.894%) |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Juan Munilla | 6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Manager, Vice President and Equity holder | Total Interest: 25.333% (Voting Interest: 15.333%; Nonvoting Interest: 10%) |

Debtor    **Magnum Construction Management, LLC**

Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Fernando Munilla** | **6201 SW 70th Street 1st Floor Miami, FL 33143** | **Manager, Vice President and Equity holder** | **Total Interest: 4% (Voting Interest: .25%; Nonvoting Interest: 3.75%)** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See attached Composite Exhibit SOFA 30** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Magnum Construction Management, LLC**                                 Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  1, 2019**

**/s/ Gilberto Ruizcalderon**                                    **Gilberto Ruizcalderon**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**<u>EXHIBIT SOFA # 3</u>**

**EXHIBIT SOFA #3**

| Date | Check # | Payee | Payee | Check Amount | Payee Total |
|------|---------|-------|-------|-------------|-------------|
| | | | | | |
| 1/29/2019 | 115568 | 6201SREI | 6201 SREI 99, LLC | 27,495.62 | |
| | | | **6201 SREI 99, LLC TOTAL** | | **27,495.62** |
| | | | | | |
| 12/4/2018 | 20181204 | AET001 | AETNA | 825.13 | |
| 12/5/2018 | 115462 | AET001 | AETNA | 25,642.50 | |
| 12/11/2018 | 20181211 | AET001 | AETNA | 29,675.07 | |
| 12/13/2018 | 20181212 | AET001 | AETNA | 24,915.86 | |
| 12/19/2018 | 20181219 | AET001 | AETNA | 20,759.30 | |
| 12/27/2018 | 20181227 | AET001 | AETNA | 31,747.91 | |
| 1/2/2019 | 20190102 | AET001 | AETNA | 8,332.11 | |
| 1/3/2019 | 20190103 | AET001 | AETNA | 29,890.50 | |
| 1/9/2019 | 20190109 | AET001 | AETNA | 31,523.51 | |
| 1/10/2019 | 20190110 | AET001 | AETNA | 41,257.55 | |
| 1/17/2019 | 201810127 | AET001 | AETNA | 34,155.03 | |
| 1/18/2019 | 115535 | AET001 | AETNA | 31,436.69 | |
| 1/23/2019 | 20190123 | AET001 | AETNA | 20,057.01 | |
| 1/30/2019 | 20190131 | AET001 | AETNA | 34,892.54 | |
| 2/4/2019 | 20190203 | AET001 | AETNA | 6,308.22 | |
| 2/6/2019 | 20190205 | AET001 | AETNA | 63,884.06 | |
| 2/11/2019 | 115596 | AET001 | AETNA | 28,967.84 | |
| 2/13/2019 | 20190213 | AET001 | AETNA | 29,035.08 | |
| 2/21/2019 | 20190221 | AET001 | AETNA | 28,383.61 | |
| | | | **AETNA TOTAL** | | **521,689.52** |
| | | | | | |
| 1/2/2019 | 1155141 | AFCO | AFCO | 9,416.74 | |
| 1/28/2019 | 115567 | AFCO | AFCO | 8,748.00 | |
| | | | **AFCO TOTAL** | | **18,164.74** |
| | | | | | |
| 12/5/2018 | 115463 | AFLAC | AFLAC | 5,328.40 | |
| 1/18/2019 | 115536 | AFLAC | AFLAC | 3,641.76 | |
| 2/11/2019 | 115597 | AFLAC | AFLAC | 4,709.32 | |
| | | | **AFLAC TOTAL** | | **13,679.48** |
| | | | | | |
| 12/5/2018 | 115464 | AMZ001 | AMAZON | 586.85 | |
| 1/8/2019 | 115518 | AMZ001 | AMAZON | 8,049.41 | |
| 1/18/2019 | 115537 | AMZ001 | AMAZON | 707.71 | |
| 2/27/2019 | 115610 | AMZ001 | AMAZON | 576.32 | |
| | | | **AMAZON TOTAL** | | **9,920.29** |
| | | | | | |
| 12/18/2018 | 20181218 | AMEX | AMERICAN EXPRESS | 50,000.00 | |
| 1/30/2019 | 20190130 | AMEX | AMERICAN EXPRESS | 10,000.00 | |
| 2/7/2019 | 20190207 | AMEX | AMERICAN EXPRESS | 10,000.00 | |
| 2/15/2019 | 20190215 | AMEX | AMERICAN EXPRESS | 10,000.00 | |
| 2/22/2019 | 20190222 | AMEX | AMERICAN EXPRESS | 5,000.00 | |
| | | | **AMERICAN EXPRESS TOTAL** | | **85,000.00** |
| | | | | | |
| 1/18/2019 | 115540 | ATT001 | AT&T | 2,955.66 | |
| 1/29/2019 | 115572 | att001 | AT&T | 874.33 | |
| 2/8/2019 | 115586 | att001 | AT&T | 3,843.04 | |
| 2/8/2019 | 115587 | ATT001 | AT&T | 2,952.48 | |
| | | | **AT&T TOTAL** | | **10,625.51** |
| | | | | | |
| 1/28/2019 | 115566 | BANKOFAM | BANK OF AMERICA | 3,892.78 | |
| 2/11/2019 | 115602 | BANKOFAM | BANK OF AMERICA | 7,975.36 | |
| | | | **BANK OF AMERICA TOTAL** | | **11,868.14** |
| | | | | | |
| 12/5/2018 | 115465 | CIG001 | CHLIC | 7,780.88 | |
| 1/18/2019 | 115543 | CIG001 | CHLIC | 9,902.00 | |
| 2/11/2019 | 115598 | CIG001 | CHLIC | 9,668.17 | |
| | | | **CHLIC TOTAL** | | **27,351.05** |

**EXHIBIT SOFA #3**

| Date | Check # | Payee | Payee | Check Amount | Payee Total |
|---|---|---|---|---|---|
| | | | | | |
| 2/8/2019 | 115588 | CPT | CPT OF SOUTH FLORIDA | 16,027.95 | |
| | | | **CPT OF SOUTH FLORIDA TOTAL** | | **16,027.95** |
| | | | | | |
| 12/19/2018 | 115502 | DEL001 | DELL FINANCIAL SERVICES LLC | 5,160.39 | |
| 1/8/2019 | 115524 | DEL001 | DELL FINANCIAL SERVICES LLC | 1,566.15 | |
| 1/18/2019 | 115544 | DEL001 | DELL FINANCIAL SERVICES LLC | 620.82 | |
| 2/8/2019 | 115590 | DEL001 | DELL FINANCIAL SERVICES LLC | 677.25 | |
| 2/27/2019 | 115615 | DEL001 | DELL FINANCIAL SERVICES LLC | 2864.22 | |
| | | | **DELL FINANCIAL SERVICES LLC TOTAL** | | **10,888.83** |
| | | | | | |
| 12/7/2018 | 115478 | HCSS | HCSS, INC. | 9,489.83 | |
| 12/19/2018 | 115505 | HCSS | HCSS, INC. | 1,037.88 | |
| 1/8/2019 | 115526 | HCSS | HCSS, INC. | 9,984.98 | |
| 2/19/2019 | 115604 | HCSS | HCSS, INC. | 2,132.50 | |
| | | | **HCSS, INC. TOTAL** | | **22,645.19** |
| | | | | | |
| 12/5/2018 | 115470 | LOPEZFRA | LOPEFRA CORPORATION | 2,025.00 | |
| 12/19/2018 | 115506 | LOPEZFRA | LOPEFRA CORPORATION | 5,164.00 | |
| | | | LOPEFRA CORPORATION TOTAL | | **7,189.00** |
| | | | | | |
| 12/12/2018 | 115487 | MUTUALO | MUTUAL OF OMAHA | 6,629.40 | |
| 1/23/2019 | 115562 | MUTUALO | MUTUAL OF OMAHA | 605.55 | |
| | | | **MUTUAL OF OMAHA TOTAL** | | **7,234.95** |
| | | | | | |
| 12/20/2018 | 20181220 | NAVSTA | NAVAL STATION GUANTANAMO BAY | 23,437.19 | |
| 1/15/2019 | 20190115 | NAVSTA | NAVAL STATION GUANTANAMO BAY | 23,437.19 | |
| 1/25/2019 | 20190125 | NAVSTA | NAVAL STATION GUANTANAMO BAY | 20,765.77 | |
| | | | **NAVAL STATION GUANTANAMO BAY TOTAL** | | **67,640.15** |
| | | | | | |
| 1/8/2019 | 115528 | PAPERLESS | PAPERLESS ENVIRONMENTS | 6,861.40 | |
| | | | **PAPERLESS ENVIRONMENTS TOTAL** | | **6,861.40** |
| | | | | | |
| 12/5/2018 | 115475 | SUNLIFEF | SUN LIFE FINANCIAL | 4,526.03 | |
| 1/18/2019 | 115557 | SUNLIFEF | SUN LIFE FINANCIAL | 6,474.33 | |
| 2/11/2019 | 115601 | SUNLIFEF | SUN LIFE FINANCIAL | 4,380.88 | |
| | | | **SUNLIFE FINANCIAL TOTAL** | | **15,381.24** |
| | | | | | |
| 12/5/2018 | 115472 | WEX001 | WEX BANK | 5,027.67 | |
| 12/5/2018 | 115471 | WEX001 | WEX BANK | 1,716.00 | |
| 12/5/2018 | 115473 | WEX001 | WEX BANK | 923.04 | |
| 1/8/2019 | 115533 | WEX001 | WEX BANK | 2,558.15 | |
| 2/22/2019 | 115607 | WEX001 | WEX BANK | 2,487.24 | |
| 2/27/2019 | 115623 | WEX001 | WEX BANK | 552.31 | |
| | | | **WEX BANK TOTAL** | | **13,264.41** |
| | | | | 892,927.47 | 892,927.47 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 6/30/2017 | 1,400.00 | 1,400.00 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 6/30/2017 | 2,600.00 | 2,600.00 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/2/2018 | 977.10 | 977.10 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/2/2018 | 977.10 | 977.10 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/1/2018 | 977.10 | 977.10 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 4/2/2018 | 977.10 | 977.10 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/15/2018 | 977.10 | 977.10 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/15/2018 | 977.10 | 977.10 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/15/2018 | 977.10 | 977.10 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/15/2018 | 1,123.68 | 1,123.68 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/30/2018 | 79.30 | 79.30 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/13/2018 | 977.10 | 977.10 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 8/3/2018 | 977.10 | 977.10 |
| Fernando Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/7/2018 | 977.10 | 977.10 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/28/2017 | 271.68 | 271.68 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/31/2017 | 70.25 | 70.25 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/31/2017 | 89.81 | 89.81 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 70.32 | 70.32 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 93.11 | 93.11 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 260.09 | 260.09 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 230.74 | 230.74 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/17/2017 | 38.46 | 38.46 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/17/2017 | 77.60 | 77.60 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/26/2017 | 280.18 | 280.18 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/26/2017 | 240.94 | 240.94 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/21/2017 | 38.72 | 38.72 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/21/2017 | 73.30 | 73.30 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/30/2017 | 160.18 | 160.18 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/30/2017 | 250.94 | 250.94 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/25/2017 | 41.07 | 41.07 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/25/2017 | 74.50 | 74.50 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/31/2017 | 330.41 | 330.41 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/31/2017 | 482.01 | 482.01 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 8/16/2017 | 104.93 | 104.93 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/27/2017 | 118.18 | 118.18 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/27/2017 | 8.57 | 8.57 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2017 | 98.45 | 98.45 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2017 | 117.70 | 117.70 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2017 | 148.00 | 148.00 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 3/23/2017 | 190.00 | 190.00 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/30/2017 | 33.77 | 33.77 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/30/2017 | 57.60 | 57.60 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 3/31/2017 | 190.00 | 190.00 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 53.70 | 53.70 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 71.60 | 71.60 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 71.85 | 71.85 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/30/2017 | 66.65 | 66.65 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/30/2017 | 102.45 | 102.45 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/30/2017 | 143.75 | 143.75 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/30/2017 | 508.75 | 508.75 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/30/2017 | 143.75 | 143.75 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/30/2017 | 143.75 | 143.75 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/30/2017 | 143.75 | 143.75 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/30/2017 | 14.70 | 14.70 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 12.66 | 12.66 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 169.98 | 169.98 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 6/7/2017 | 190.00 | 190.00 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 3,135.00 | 3,135.00 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 19.99 | 19.99 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 117.70 | 117.70 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 62.65 | 62.65 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 116.35 | 116.35 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 59.90 | 59.90 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 6/30/2017 | 190.00 | 190.00 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/18/2017 | 190.00 | 190.00 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 321.00 | 321.00 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 100.55 | 100.55 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 88.50 | 88.50 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 9/14/2017 | 2,917.50 | 2,917.50 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 9/21/2017 | 186.93 | 186.93 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 248.75 | 248.75 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/13/2017 | 30.00 | 30.00 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/13/2017 | 457.69 | 457.69 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 10/25/2017 | 14.89 | 14.89 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 10/25/2017 | 38.90 | 38.90 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/27/2017 | 248.75 | 248.75 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 10/31/2017 | 42.55 | 42.55 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 10/31/2017 | 53.55 | 53.55 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 79.50 | 79.50 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 133.30 | 133.30 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 36.86 | 36.86 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 38.90 | 38.90 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 60.22 | 60.22 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 60.61 | 60.61 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 62.72 | 62.72 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 196.57 | 196.57 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 287.17 | 287.17 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 52.95 | 52.95 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 62.65 | 62.65 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 83.75 | 83.75 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 115.95 | 115.95 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 12/22/2017 | 52.97 | 52.97 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 12/22/2017 | 63.97 | 63.97 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 12/26/2017 | 36.86 | 36.86 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 12/31/2017 | 196.57 | 196.57 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 12/31/2017 | 287.17 | 287.17 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 1/17/2018 | 51.74 | 51.74 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 1/17/2018 | 62.74 | 62.74 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/17/2018 | 175.00 | 175.00 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 1/26/2018 | 36.86 | 36.86 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 1/26/2018 | 77.40 | 77.40 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 1/26/2018 | 77.40 | 77.40 |

| | EXHIBIT SOFA 13A | | | |
|---|---|---|---|---|
| **Name and Address of Beneficiary of Transfer** | **Transfer Description** | **Transfer Date** | **Transfer Amount** | **Amount Repaid to MCM** |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 98.45 | 98.45 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 143.75 | 143.75 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 143.75 | 143.75 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 143.75 | 143.75 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 147.40 | 147.40 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 508.75 | 508.75 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 36.86 | 36.86 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 39.06 | 39.06 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 51.74 | 51.74 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 62.74 | 62.74 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 111.30 | 111.30 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 113.45 | 113.45 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 117.70 | 117.70 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/23/2018 | 51.74 | 51.74 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/23/2018 | 102.15 | 102.15 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 18.51 | 18.51 |
| Jorge Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 30.00 | 30.00 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 30.00 | 30.00 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 107.40 | 107.40 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/31/2018 | 11.56 | 11.56 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/31/2018 | 39.06 | 39.06 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/20/2018 | 43.39 | 43.39 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/20/2018 | 92.22 | 92.22 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/30/2018 | 36.86 | 36.86 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/30/2018 | 38.88 | 38.88 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 15.00 | 15.00 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 61.75 | 61.75 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 150.00 | 150.00 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 155.25 | 155.25 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 200.00 | 200.00 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/1/2018 | 30.00 | 30.00 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/1/2018 | 107.40 | 107.40 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/1/2018 | 457.69 | 457.69 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/1/2018 | 457.69 | 457.69 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/16/2018 | 42.55 | 42.55 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/16/2018 | 91.38 | 91.38 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/25/2018 | 36.86 | 36.86 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/25/2018 | 38.88 | 38.88 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 27.80 | 27.80 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 62.65 | 62.65 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 159.50 | 159.50 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/15/2018 | 42.55 | 42.55 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/15/2018 | 42.55 | 42.55 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/15/2018 | 91.38 | 91.38 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/15/2018 | 91.38 | 91.38 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/22/2018 | 36.86 | 36.86 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/22/2018 | 38.88 | 38.88 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/29/2018 | 70.00 | 70.00 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/30/2018 | 36.86 | 36.86 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/30/2018 | 41.16 | 41.16 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/17/2018 | 42.49 | 42.49 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/17/2018 | 91.32 | 91.32 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/31/2018 | 36.86 | 36.86 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/31/2018 | 39.06 | 39.06 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 8/17/2018 | 43.34 | 43.34 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 8/17/2018 | 126.64 | 126.64 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 8/29/2018 | 38.81 | 38.81 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 10/31/2018 | 224.84 | 224.84 |
| Jorge Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2018 | 96.10 | 96.10 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/28/2017 | 614.69 | 614.69 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/31/2017 | 793.53 | 793.53 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 3/31/2017 | 718.88 | 718.88 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 749.45 | 749.45 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 27.55 | 27.55 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 4/30/2017 | 376.87 | 376.87 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/17/2017 | 109.59 | 109.59 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 56.55 | 56.55 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 488.06 | 488.06 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 5/31/2017 | 4,500.00 | 4,500.00 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 5/31/2017 | 414.71 | 414.71 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/21/2017 | 129.28 | 129.28 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 6/30/2017 | 312.23 | 312.23 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 6/30/2017 | 150.00 | 150.00 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 6/30/2017 | 1,300.00 | 1,300.00 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 6/30/2017 | 1,300.00 | 1,300.00 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 6/30/2017 | 150.00 | 150.00 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 7/17/2017 | 190.00 | 190.00 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/25/2017 | 129.05 | 129.05 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 675.17 | 675.17 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 129.00 | 129.00 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 90.00 | 90.00 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 107.18 | 107.18 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 7/31/2017 | 333.91 | 333.91 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 8/16/2017 | 93.01 | 93.01 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 20.93 | 20.93 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 8/31/2017 | 864.56 | 864.56 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 9/14/2017 | 2,917.50 | 2,917.50 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 9/27/2017 | 31.40 | 31.40 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 9/27/2017 | 713.37 | 713.37 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 9/30/2017 | 1,553.02 | 1,553.02 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 9/30/2017 | 350.00 | 350.00 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 10/25/2017 | 267.53 | 267.53 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 0.02 | 0.02 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 0.03 | 0.03 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 0.03 | 0.03 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 0.04 | 0.04 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 0.07 | 0.07 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 0.13 | 0.13 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 0.13 | 0.13 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 0.13 | 0.13 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 0.34 | 0.34 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 0.48 | 0.48 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 2.07 | 2.07 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 2.91 | 2.91 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 2.91 | 2.91 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 4.10 | 4.10 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 6.95 | 6.95 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 8.34 | 8.34 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 12.59 | 12.59 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 12.65 | 12.65 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 12.65 | 12.65 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 33.52 | 33.52 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 48.38 | 48.38 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 56.55 | 56.55 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 834.42 | 834.42 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 1,367.48 | 1,367.48 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 111.54 | 111.54 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 64.14 | 64.14 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 449.79 | 449.79 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 1,445.65 | 1,445.65 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 12/26/2017 | 267.85 | 267.85 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 61.36 | 61.36 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 541.12 | 541.12 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/17/2018 | 190.00 | 190.00 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 1/26/2018 | 137.75 | 137.75 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 143.75 | 143.75 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 143.75 | 143.75 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 143.75 | 143.75 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 192.00 | 192.00 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 966.04 | 966.04 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 228.82 | 228.82 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 4.27 | 4.27 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 32.94 | 32.94 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 127.63 | 127.63 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 190.00 | 190.00 |
| Pedro R Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 259.41 | 259.41 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 484.63 | 484.63 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 556.34 | 556.34 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/31/2018 | 115.52 | 115.52 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/31/2018 | 117.90 | 117.90 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/31/2018 | 205.37 | 205.37 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/31/2018 | 230.91 | 230.91 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/31/2018 | 613.27 | 613.27 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/30/2018 | 225.82 | 225.82 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 82.49 | 82.49 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/25/2018 | 94.46 | 94.46 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/22/2018 | 131.12 | 131.12 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/30/2018 | 188.07 | 188.07 |
| Pedro R Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/31/2018 | 228.82 | 228.82 |
| | | | | |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/28/2017 | 80.66 | 80.66 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2017 | 32.48 | 32.48 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2017 | 4.50 | 4.50 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2017 | 535.55 | 535.55 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2017 | 260.50 | 260.50 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2017 | 304.00 | 304.00 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 37.45 | 37.45 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 1,533.94 | 1,533.94 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 9.99 | 9.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 159.73 | 159.73 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 19.35 | 19.35 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 68.56 | 68.56 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 107.61 | 107.61 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 231.14 | 231.14 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 50.08 | 50.08 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 133.21 | 133.21 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 338.39 | 338.39 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 769.30 | 769.30 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 135.68 | 135.68 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 361.17 | 361.17 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 582.65 | 582.65 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 2,152.64 | 2,152.64 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 44.99 | 44.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 296.65 | 296.65 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 9.99 | 9.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 19.35 | 19.35 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 4/28/2017 | 2,204.24 | 2,204.24 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 4/28/2017 | 1,551.50 | 1,551.50 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 4/28/2017 | 740.55 | 740.55 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/26/2017 | 139.73 | 139.73 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/26/2017 | 234.03 | 234.03 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/26/2017 | 50.08 | 50.08 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 424.41 | 424.41 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 3.41 | 3.41 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 91.03 | 91.03 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 19.25 | 19.25 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 269.33 | 269.33 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 80.00 | 80.00 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 714.06 | 714.06 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 9.99 | 9.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 19.35 | 19.35 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 5/31/2017 | 221.28 | 221.28 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 6/7/2017 | 175.00 | 175.00 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 292.05 | 292.05 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 9.99 | 9.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 19.35 | 19.35 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/30/2017 | 143.47 | 143.47 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/30/2017 | 34.08 | 34.08 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/30/2017 | 231.39 | 231.39 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/30/2017 | 50.08 | 50.08 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 209.69 | 209.69 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 369.60 | 369.60 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 385.89 | 385.89 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 219.67 | 219.67 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 9.99 | 9.99 |

|  | EXHIBIT SOFA 13A | | | |
| --- | --- | --- | --- | --- |
| **Name and Address of Beneficiary of Transfer** | **Transfer Description** | **Transfer Date** | **Transfer Amount** | **Amount Repaid to MCM** |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 130.98 | 130.98 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 6/30/2017 | 175.00 | 175.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 6/30/2017 | 2,957.00 | 2,957.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 6/30/2017 | 800.00 | 800.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 6/30/2017 | 3,000.00 | 3,000.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 6/30/2017 | 500.00 | 500.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 7/18/2017 | 175.00 | 175.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 7/31/2017 | 360.91 | 360.91 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 7/31/2017 | 462.96 | 462.96 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 7/31/2017 | 100.16 | 100.16 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 7/31/2017 | 78.16 | 78.16 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 72.45 | 72.45 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 248.40 | 248.40 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 15.64 | 15.64 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 17.03 | 17.03 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 750.00 | 750.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 131.54 | 131.54 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 131.54 | 131.54 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 153.32 | 153.32 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 234.99 | 234.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 229.37 | 229.37 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 97.16 | 97.16 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 140.49 | 140.49 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 140.49 | 140.49 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 1,836.47 | 1,836.47 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 9.99 | 9.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 207.90 | 207.90 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 207.90 | 207.90 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 12.63 | 12.63 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 0.50 | 0.50 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 554.52 | 554.52 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 8/22/2017 | 821.71 | 821.71 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 104.46 | 104.46 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 117.13 | 117.13 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 135.17 | 135.17 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 184.33 | 184.33 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 183.50 | 183.50 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 18.50 | 18.50 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 9.99 | 9.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 405.65 | 405.65 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 700.00 | 700.00 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 140.36 | 140.36 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 1,243.31 | 1,243.31 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 8/31/2017 | 190.00 | 190.00 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 8/31/2017 | 175.00 | 175.00 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 12.99 | 12.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 14.50 | 14.50 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 1,180.49 | 1,180.49 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 241.56 | 241.56 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 874.56 | 874.56 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 9.99 | 9.99 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 100.69 | 100.69 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 8.10 | 8.10 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 1.00 | 1.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 1,368.26 | 1,368.26 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 22.46 | 22.46 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/27/2017 | 1.00 | 1.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/27/2017 | 8.10 | 8.10 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/27/2017 | 9.99 | 9.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/27/2017 | 12.99 | 12.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/27/2017 | 14.50 | 14.50 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/27/2017 | 22.46 | 22.46 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/27/2017 | 100.69 | 100.69 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/27/2017 | 241.56 | 241.56 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/27/2017 | 874.56 | 874.56 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/27/2017 | 1,180.49 | 1,180.49 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/27/2017 | 1,368.26 | 1,368.26 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 10/31/2017 | 75.66 | 75.66 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 10/31/2017 | 119.74 | 119.74 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 31.57 | 31.57 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 46.41 | 46.41 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 69.34 | 69.34 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 69.34 | 69.34 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 649.60 | 649.60 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 20.08 | 20.08 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 39.08 | 39.08 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 84.83 | 84.83 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 99.20 | 99.20 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 117.24 | 117.24 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 246.13 | 246.13 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 277.81 | 277.81 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 4.55 | 4.55 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 6.84 | 6.84 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 6.84 | 6.84 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 7.98 | 7.98 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 9.99 | 9.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 12.99 | 12.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 19.99 | 19.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 54.49 | 54.49 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 129.78 | 129.78 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 144.81 | 144.81 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 148.74 | 148.74 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 219.54 | 219.54 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 239.29 | 239.29 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 280.39 | 280.39 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 914.40 | 914.40 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 1,369.98 | 1,369.98 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 12/22/2017 | 20.08 | 20.08 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 12/22/2017 | 39.08 | 39.08 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 12/22/2017 | 86.08 | 86.08 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 12/30/2017 | 81.20 | 81.20 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 3.41 | 3.41 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 4.55 | 4.55 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 9.99 | 9.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 11.94 | 11.94 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 12.98 | 12.98 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 12.99 | 12.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 15.22 | 15.22 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 23.64 | 23.64 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 49.38 | 49.38 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 63.00 | 63.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 66.28 | 66.28 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 68.21 | 68.21 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 118.98 | 118.98 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 120.58 | 120.58 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 129.39 | 129.39 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 148.58 | 148.58 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 165.55 | 165.55 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 194.66 | 194.66 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 286.60 | 286.60 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 300.00 | 300.00 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 304.85 | 304.85 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 322.50 | 322.50 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/30/2017 | 732.78 | 732.78 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 12/31/2017 | 99.20 | 99.20 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 12/31/2017 | 117.24 | 117.24 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 12/31/2017 | 246.13 | 246.13 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 12/31/2017 | 277.81 | 277.81 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 190.00 | 190.00 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 316.79 | 316.79 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 1/17/2018 | 20.08 | 20.08 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 1/17/2018 | 39.08 | 39.08 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 1/17/2018 | 84.87 | 84.87 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/26/2018 | 190.00 | 190.00 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/29/2018 | 74.18 | 74.18 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/29/2018 | 155.98 | 155.98 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/29/2018 | 318.62 | 318.62 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 5.00 | 5.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 9.95 | 9.95 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 9.99 | 9.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 12.99 | 12.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 41.00 | 41.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 128.49 | 128.49 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 147.77 | 147.77 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 171.51 | 171.51 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 175.00 | 175.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 218.43 | 218.43 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 255.67 | 255.67 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 327.05 | 327.05 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 363.95 | 363.95 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 20.08 | 20.08 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 39.08 | 39.08 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 87.57 | 87.57 |

| | EXHIBIT SOFA 13A | | | |
|---|---|---|---|---|
| **Name and Address of Beneficiary of Transfer** | **Transfer Description** | **Transfer Date** | **Transfer Amount** | **Amount Repaid to MCM** |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 2/28/2018 | 60.20 | 60.20 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 9.99 | 9.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 12.99 | 12.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 19.05 | 19.05 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 20.10 | 20.10 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 23.90 | 23.90 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 28.71 | 28.71 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 44.51 | 44.51 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 84.48 | 84.48 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 213.99 | 213.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/23/2018 | 20.08 | 20.08 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/23/2018 | 39.08 | 39.08 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/23/2018 | 84.87 | 84.87 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 9.99 | 9.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 9.99 | 9.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 12.80 | 12.80 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 12.99 | 12.99 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 47.73 | 47.73 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 57.00 | 57.00 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 74.89 | 74.89 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 76.47 | 76.47 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 108.27 | 108.27 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 472.80 | 472.80 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 1,229.43 | 1,229.43 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/20/2018 | 39.08 | 39.08 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/20/2018 | 39.25 | 39.25 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/20/2018 | 78.50 | 78.50 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/20/2018 | 150.00 | 150.00 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 9.99 | 9.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 9.99 | 9.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 12.99 | 12.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 21.29 | 21.29 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 50.00 | 50.00 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 75.00 | 75.00 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 100.82 | 100.82 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 104.50 | 104.50 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 119.57 | 119.57 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 129.59 | 129.59 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 154.38 | 154.38 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 155.40 | 155.40 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 155.40 | 155.40 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 177.83 | 177.83 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 522.37 | 522.37 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 750.24 | 750.24 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/16/2018 | 38.43 | 38.43 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/16/2018 | 39.08 | 39.08 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/16/2018 | 77.66 | 77.66 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/23/2018 | 125.93 | 125.93 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/23/2018 | 221.87 | 221.87 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 9.99 | 9.99 |
| Raul Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 9.99 | 9.99 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 12.99 | 12.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 22.54 | 22.54 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 75.00 | 75.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 119.16 | 119.16 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 165.85 | 165.85 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 195.52 | 195.52 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 214.00 | 214.00 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 306.73 | 306.73 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 958.58 | 958.58 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/15/2018 | 38.41 | 38.41 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/15/2018 | 38.41 | 38.41 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/15/2018 | 39.08 | 39.08 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/15/2018 | 77.66 | 77.66 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/15/2018 | 77.66 | 77.66 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/29/2018 | 9.99 | 9.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/29/2018 | 12.99 | 12.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 7/17/2018 | 38.41 | 38.41 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 7/17/2018 | 39.08 | 39.08 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 7/17/2018 | 86.90 | 86.90 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 7/17/2018 | 96.14 | 96.14 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2018 | 9.99 | 9.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 8/17/2018 | 39.24 | 39.24 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 8/17/2018 | 96.97 | 96.97 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 8/17/2018 | 128.02 | 128.02 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 8/31/2018 | 9.99 | 9.99 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/31/2018 | 229.96 | 229.96 |
| Raul Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 11/30/2018 | 195.40 | 195.40 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/28/2017 | 80.66 | 80.66 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/28/2017 | 316.30 | 316.30 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/28/2017 | 314.34 | 314.34 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/28/2017 | 62.38 | 62.38 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/28/2017 | 441.59 | 441.59 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/28/2017 | 144.92 | 144.92 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 100.82 | 100.82 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 9.95 | 9.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 19.90 | 19.90 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 28.37 | 28.37 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 12.33 | 12.33 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 14.95 | 14.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 27.96 | 27.96 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 23.85 | 23.85 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 10.17 | 10.17 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 23.85 | 23.85 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 10.17 | 10.17 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 19.95 | 19.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 9.00 | 9.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 13.97 | 13.97 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 52.50 | 52.50 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 152.50 | 152.50 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 278.94 | 278.94 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 1.50 | 1.50 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 159.00 | 159.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 159.00 | 159.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 1.50 | 1.50 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 1.50 | 1.50 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 5.94 | 5.94 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 34.99 | 34.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 34.99 | 34.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 337.84 | 337.84 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 39.95 | 39.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 39.95 | 39.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 84.00 | 84.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 19.00 | 19.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 75.00 | 75.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 75.00 | 75.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 87.51 | 87.51 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 3.00 | 3.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 320.00 | 320.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 305.00 | 305.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 90.00 | 90.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 384.01 | 384.01 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 250.80 | 250.80 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 102.00 | 102.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 98.82 | 98.82 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 199.00 | 199.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 518.91 | 518.91 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 64.52 | 64.52 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 14.95 | 14.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/29/2017 | 19.99 | 19.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/31/2017 | 158.60 | 158.60 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/31/2017 | 122.47 | 122.47 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/31/2017 | 137.50 | 137.50 |

| | EXHIBIT SOFA 13A | | | |
|---|---|---|---|---|
| **Name and Address of Beneficiary of Transfer** | **Transfer Description** | **Transfer Date** | **Transfer Amount** | **Amount Repaid to MCM** |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/31/2017 | 31.56 | 31.56 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/31/2017 | 453.34 | 453.34 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/31/2017 | 106.16 | 106.16 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/31/2017 | 488.33 | 488.33 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 7.95 | 7.95 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 2.99 | 2.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 135.00 | 135.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 546.16 | 546.16 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 23.00 | 23.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 18.00 | 18.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 595.05 | 595.05 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 25.00 | 25.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/31/2017 | 78.00 | 78.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 3/31/2017 | 137.16 | 137.16 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 4/1/2017 | 90.51 | 90.51 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 148.63 | 148.63 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 121.10 | 121.10 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 193.70 | 193.70 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 31.56 | 31.56 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 18.89 | 18.89 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 4/28/2017 | 535.55 | 535.55 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 15.00 | 15.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 194.92 | 194.92 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 172.00 | 172.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 171.00 | 171.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 109.53 | 109.53 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 315.17 | 315.17 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 171.81 | 171.81 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 29.97 | 29.97 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 198.00 | 198.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 352.20 | 352.20 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 40.00 | 40.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 486.85 | 486.85 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 18.00 | 18.00 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/28/2017 | 620.20 | 620.20 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 4/28/2017 | 175.00 | 175.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 4/28/2017 | 175.00 | 175.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 4/30/2017 | 242.35 | 242.35 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 4/30/2017 | 175.00 | 175.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 4/30/2017 | 65.54 | 65.54 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 4/30/2017 | 50.08 | 50.08 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 5/1/2017 | 90.51 | 90.51 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 5/10/2017 | 175.00 | 175.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 5/10/2017 | 190.00 | 190.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/17/2017 | 146.70 | 146.70 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/17/2017 | 65.77 | 65.77 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/17/2017 | 129.52 | 129.52 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/17/2017 | 11.56 | 11.56 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/17/2017 | 21.23 | 21.23 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/17/2017 | 146.03 | 146.03 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 9.95 | 9.95 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 14.18 | 14.18 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 5.91 | 5.91 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 19.99 | 19.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 3.98 | 3.98 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 1.99 | 1.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 23.95 | 23.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 10.17 | 10.17 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 19.95 | 19.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 2.29 | 2.29 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 19.00 | 19.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 34.99 | 34.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 39.95 | 39.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 39.95 | 39.95 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 21.12 | 21.12 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 31.67 | 31.67 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 180.55 | 180.55 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 180.55 | 180.55 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 199.00 | 199.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 380.60 | 380.60 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 19.95 | 19.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/26/2017 | 19.99 | 19.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/30/2017 | 143.75 | 143.75 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/30/2017 | 143.75 | 143.75 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/30/2017 | 508.75 | 508.75 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/30/2017 | 86.85 | 86.85 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/31/2017 | 144.92 | 144.92 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/31/2017 | 435.58 | 435.58 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/31/2017 | 59.55 | 59.55 |

| | EXHIBIT SOFA 13A | | | |
|---|---|---|---|---|
| **Name and Address of Beneficiary of Transfer** | **Transfer Description** | **Transfer Date** | **Transfer Amount** | **Amount Repaid to MCM** |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 9.95 | 9.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 1.99 | 1.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 22.98 | 22.98 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 1.99 | 1.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 16.97 | 16.97 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 12.79 | 12.79 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 10.17 | 10.17 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 19.95 | 19.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 19.00 | 19.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 34.99 | 34.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 32.16 | 32.16 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 35.00 | 35.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 9.99 | 9.99 |

| EXHIBIT SOFA 13A | | | | |
|---|---|---|---|---|
| **Name and Address of Beneficiary of Transfer** | **Transfer Description** | **Transfer Date** | **Transfer Amount** | **Amount Repaid to MCM** |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 118.65 | 118.65 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 199.00 | 199.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 14.95 | 14.95 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 19.99 | 19.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 10.70 | 10.70 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 72.00 | 72.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 121.67 | 121.67 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 29.96 | 29.96 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 50.00 | 50.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 72.00 | 72.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 48.50 | 48.50 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 2.99 | 2.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 111.90 | 111.90 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 18.00 | 18.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 375.00 | 375.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 596.56 | 596.56 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 125.00 | 125.00 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 57.51 | 57.51 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 375.00 | 375.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 249.48 | 249.48 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 2.00 | 2.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 0.31 | 0.31 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 39.00 | 39.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2017 | 2.99 | 2.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 5/31/2017 | 71.68 | 71.68 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 5/31/2017 | 96.29 | 96.29 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 6/1/2017 | 90.51 | 90.51 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 6/2/2017 | 11,924.52 | 11,924.52 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 6/15/2017 | 175.00 | 175.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/21/2017 | 67.23 | 67.23 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/21/2017 | 65.25 | 65.25 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/21/2017 | 137.79 | 137.79 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/21/2017 | 62.16 | 62.16 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/21/2017 | 21.56 | 21.56 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/28/2017 | 146.03 | 146.03 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 11.18 | 11.18 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 23.97 | 23.97 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 7.97 | 7.97 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 104.95 | 104.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 10.17 | 10.17 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 19.95 | 19.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 10.91 | 10.91 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 34.99 | 34.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 9.99 | 9.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 19.00 | 19.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 347.13 | 347.13 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 90.49 | 90.49 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 90.49 | 90.49 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 90.49 | 90.49 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 90.49 | 90.49 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 372.50 | 372.50 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 9.99 | 9.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 9.99 | 9.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 199.00 | 199.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 1,007.82 | 1,007.82 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/28/2017 | 19.95 | 19.95 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/30/2017 | 39.08 | 39.08 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/30/2017 | 435.58 | 435.58 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/30/2017 | 79.16 | 79.16 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 190.74 | 190.74 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 350.00 | 350.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 2.99 | 2.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 105.90 | 105.90 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/30/2017 | 880.27 | 880.27 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 6/30/2017 | 175.00 | 175.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 6/30/2017 | 88.80 | 88.80 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 7/1/2017 | 90.51 | 90.51 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/17/2017 | 175.00 | 175.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/25/2017 | 67.21 | 67.21 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/25/2017 | 83.35 | 83.35 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/25/2017 | 161.78 | 161.78 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/25/2017 | 11.56 | 11.56 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/25/2017 | 21.56 | 21.56 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/27/2017 | 146.03 | 146.03 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/27/2017 | 39.95 | 39.95 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/27/2017 | 199.00 | 199.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/31/2017 | 435.58 | 435.58 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 7/31/2017 | 78.16 | 78.16 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 2.99 | 2.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 105.90 | 105.90 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 638.40 | 638.40 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 1,400.00 | 1,400.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 575.98 | 575.98 |

|  | EXHIBIT SOFA 13A | | | |
| --- | --- | --- | --- | --- |
| **Name and Address of Beneficiary of Transfer** | **Transfer Description** | **Transfer Date** | **Transfer Amount** | **Amount Repaid to MCM** |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 14.99 | 14.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 7/31/2017 | 63.57 | 63.57 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 8/1/2017 | 90.51 | 90.51 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 8/16/2017 | 160.15 | 160.15 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 8/16/2017 | 319.45 | 319.45 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 8/16/2017 | 48.23 | 48.23 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 8/16/2017 | 21.56 | 21.56 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 100.00 | 100.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 285.00 | 285.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 158.90 | 158.90 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 18.55 | 18.55 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 80.00 | 80.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 69.41 | 69.41 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 201.22 | 201.22 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 8/31/2017 | 1,013.00 | 1,013.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 8/31/2017 | 175.00 | 175.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Other Expense | 9/1/2017 | 90.51 | 90.51 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/27/2017 | 67.21 | 67.21 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/27/2017 | 96.11 | 96.11 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/27/2017 | 29.66 | 29.66 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/27/2017 | 48.23 | 48.23 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/27/2017 | 21.56 | 21.56 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/27/2017 | 281.24 | 281.24 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/28/2017 | 37.04 | 37.04 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/28/2017 | 21.05 | 21.05 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/28/2017 | 58.00 | 58.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/28/2017 | 21.77 | 21.77 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/28/2017 | 37.43 | 37.43 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 9/28/2017 | 5.00 | 5.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/28/2017 | 139.44 | 139.44 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/28/2017 | 1,449.60 | 1,449.60 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/28/2017 | 50.00 | 50.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/28/2017 | 130.00 | 130.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/28/2017 | 83.20 | 83.20 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/28/2017 | 24.59 | 24.59 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/28/2017 | 19.26 | 19.26 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/28/2017 | 45.00 | 45.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/28/2017 | 3,500.00 | 3,500.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/28/2017 | 45.00 | 45.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/28/2017 | 2.99 | 2.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/28/2017 | 4.99 | 4.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 65.02 | 65.02 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 9/29/2017 | 4.99 | 4.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Other Expense | 9/30/2017 | 600.00 | 600.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/1/2017 | 90.51 | 90.51 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/1/2017 | 537.13 | 537.13 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/1/2017 | 18.18 | 18.18 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/1/2017 | 448.09 | 448.09 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/1/2017 | 624.21 | 624.21 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/1/2017 | 298.33 | 298.33 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 10/13/2017 | 190.00 | 190.00 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 10/25/2017 | 75.12 | 75.12 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 10/25/2017 | 157.00 | 157.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 10/25/2017 | 365.00 | 365.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 10/25/2017 | 545.36 | 545.36 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 10/25/2017 | 56.60 | 56.60 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 10/31/2017 | 119.74 | 119.74 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 111.56 | 111.56 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 221.30 | 221.30 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 156.85 | 156.85 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 260.31 | 260.31 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 10/31/2017 | 218.06 | 218.06 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/1/2017 | 90.51 | 90.51 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 67.33 | 67.33 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 65.37 | 65.37 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 137.12 | 137.12 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 21.56 | 21.56 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 36.86 | 36.86 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 117.24 | 117.24 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 11/30/2017 | 39.08 | 39.08 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 650.00 | 650.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 17.25 | 17.25 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 7.76 | 7.76 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 7.76 | 7.76 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 137.00 | 137.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 9.00 | 9.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 4.99 | 4.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 206.10 | 206.10 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 85.59 | 85.59 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 221.38 | 221.38 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 3.99 | 3.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 19.26 | 19.26 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 23.42 | 23.42 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 2.99 | 2.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 11/30/2017 | 4.99 | 4.99 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/1/2017 | 90.51 | 90.51 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 12/22/2017 | 39.08 | 39.08 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 12/26/2017 | 67.33 | 67.33 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 12/26/2017 | 65.37 | 65.37 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 12/26/2017 | 53.06 | 53.06 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 12/26/2017 | 21.56 | 21.56 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 12/26/2017 | 36.86 | 36.86 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 12/26/2017 | 65.65 | 65.65 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 155.51 | 155.51 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 292.06 | 292.06 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 1,072.76 | 1,072.76 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 239.29 | 239.29 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 244.30 | 244.30 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 280.10 | 280.10 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 570.39 | 570.39 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 132.93 | 132.93 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 29.95 | 29.95 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 23.30 | 23.30 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 27.43 | 27.43 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 289.50 | 289.50 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 211.09 | 211.09 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 80.50 | 80.50 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 280.10 | 280.10 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 121.97 | 121.97 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 441.14 | 441.14 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 193.79 | 193.79 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 1,593.91 | 1,593.91 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 856.20 | 856.20 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 96.25 | 96.25 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 500.07 | 500.07 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 3,530.18 | 3,530.18 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 4.99 | 4.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 2,003.25 | 2,003.25 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 858.60 | 858.60 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 49.14 | 49.14 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 10.58 | 10.58 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 2.99 | 2.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 9.74 | 9.74 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 56.00 | 56.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 1,492.00 | 1,492.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 9.29 | 9.29 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 324.69 | 324.69 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 471.12 | 471.12 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 4.99 | 4.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 112.78 | 112.78 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 12.00 | 12.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 11.00 | 11.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 191.88 | 191.88 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 128.39 | 128.39 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 24.99 | 24.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 2.99 | 2.99 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 144.29 | 144.29 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 274.36 | 274.36 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 4.99 | 4.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 1,800.00 | 1,800.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 1,147.78 | 1,147.78 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 4.99 | 4.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 35.30 | 35.30 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 15.50 | 15.50 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 4.04 | 4.04 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 21.36 | 21.36 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 270.00 | 270.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 3.00 | 3.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 1,162.81 | 1,162.81 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 2.99 | 2.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 431.97 | 431.97 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 30.88 | 30.88 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 189.76 | 189.76 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 4.99 | 4.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 171.45 | 171.45 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 12/31/2017 | 77.00 | 77.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/12/2018 | 175.00 | 175.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 1/17/2018 | 39.08 | 39.08 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 1/26/2018 | 216.42 | 216.42 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 1/26/2018 | 862.01 | 862.01 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 1/26/2018 | 71.31 | 71.31 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 1/26/2018 | 21.56 | 21.56 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 1/26/2018 | 524.08 | 524.08 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 1/26/2018 | 36.86 | 36.86 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/27/2018 | 90.51 | 90.51 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 143.75 | 143.75 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 143.75 | 143.75 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 508.75 | 508.75 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 382.50 | 382.50 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 86.41 | 86.41 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 623.54 | 623.54 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 146.03 | 146.03 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 45.00 | 45.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 651.62 | 651.62 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 79.11 | 79.11 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 4.99 | 4.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 11.19 | 11.19 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 2.99 | 2.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 4.99 | 4.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 1/31/2018 | 72.00 | 72.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 307.38 | 307.38 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 806.18 | 806.18 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 4.48 | 4.48 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 21.56 | 21.56 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 21.56 | 21.56 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 36.86 | 36.86 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 38.34 | 38.34 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 2/21/2018 | 39.08 | 39.08 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/27/2018 | 90.51 | 90.51 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 4.99 | 4.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 209.90 | 209.90 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 2.99 | 2.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 4.99 | 4.99 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 13.23 | 13.23 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 146.03 | 146.03 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 450.87 | 450.87 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 81.38 | 81.38 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 1,293.04 | 1,293.04 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 372.69 | 372.69 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 591.91 | 591.91 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 2/28/2018 | 270.00 | 270.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/23/2018 | 39.08 | 39.08 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/23/2018 | 200.00 | 200.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 3/27/2018 | 90.51 | 90.51 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 4.99 | 4.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 2.99 | 2.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 13.23 | 13.23 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 22.65 | 22.65 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 116.89 | 116.89 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 193.79 | 193.79 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 146.03 | 146.03 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 492.08 | 492.08 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 316.15 | 316.15 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 81.34 | 81.34 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 602.01 | 602.01 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 405.00 | 405.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 146.65 | 146.65 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 3/30/2018 | 42.13 | 42.13 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/31/2018 | 67.42 | 67.42 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/31/2018 | 65.50 | 65.50 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 3/31/2018 | 282.61 | 282.61 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/31/2018 | 21.56 | 21.56 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/31/2018 | 21.56 | 21.56 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 3/31/2018 | 11.56 | 11.56 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 4/20/2018 | 39.08 | 39.08 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 4/27/2018 | 90.51 | 90.51 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 4/30/2018 | 67.33 | 67.33 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 4/30/2018 | 65.37 | 65.37 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 4/30/2018 | 21.56 | 21.56 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 4/30/2018 | 21.56 | 21.56 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 4/30/2018 | 36.86 | 36.86 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 75.00 | 75.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 325.00 | 325.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 380.08 | 380.08 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 146.03 | 146.03 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 82.21 | 82.21 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 33.35 | 33.35 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 4.99 | 4.99 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 8.23 | 8.23 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 381.08 | 381.08 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 2.99 | 2.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 107.00 | 107.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 13.23 | 13.23 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 1,474.29 | 1,474.29 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 40.00 | 40.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 427.00 | 427.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 90.44 | 90.44 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 641.92 | 641.92 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 4/30/2018 | 4.99 | 4.99 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/4/2018 | 200.00 | 200.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/16/2018 | 39.08 | 39.08 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/25/2018 | 67.90 | 67.90 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/25/2018 | 68.42 | 68.42 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/25/2018 | 21.56 | 21.56 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/25/2018 | 21.56 | 21.56 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 5/25/2018 | 36.86 | 36.86 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 75.00 | 75.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 572.68 | 572.68 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 49.98 | 49.98 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 541.45 | 541.45 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 68.00 | 68.00 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 62.90 | 62.90 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 89.94 | 89.94 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 5/31/2018 | 50.94 | 50.94 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/1/2018 | 90.51 | 90.51 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/15/2018 | 39.08 | 39.08 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/22/2018 | 67.33 | 67.33 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/22/2018 | 242.53 | 242.53 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/22/2018 | 22.06 | 22.06 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/22/2018 | 21.56 | 21.56 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Cell Phone Expense | 6/22/2018 | 36.86 | 36.86 |
| Juan Munilla 6201 SW 70th Street First Floor Miami, FL 33143 | Credit Card Expense | 6/29/2018 | 3,573.13 | 3,573.13 |

**EXHIBIT SOFA 13A**

| Name and Address of Beneficiary of Transfer | Transfer Description | Transfer Date | Transfer Amount | Amount Repaid to MCM |
|---|---|---|---|---|
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/29/2018 | 3,573.13 | 3,573.13 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/29/2018 | 25.00 | 25.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 6/29/2018 | 25.00 | 25.00 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/30/2018 | 69.55 | 69.55 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/30/2018 | 42.54 | 42.54 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/30/2018 | 719.54 | 719.54 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/30/2018 | 32.71 | 32.71 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/30/2018 | 21.56 | 21.56 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 6/30/2018 | 86.54 | 86.54 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/6/2018 | 90.51 | 90.51 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 7/17/2018 | 39.08 | 39.08 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Credit Card Expense | 7/31/2018 | 90.51 | 90.51 |
| Juan Munilla<br>6201 SW 70th Street<br>First Floor<br>Miami, FL 33143 | Cell Phone Expense | 11/30/2018 | 119.74 | 119.74 |
| **TOTAL** | | | **246,375.81** | **246,375.81** |

# EXHIBIT SOFA 13B

| Recipient Name and Address | Description of Property Transferred | Sales Price | Date Transfer Was Made |
|---|---|---|---|
| Sold by: Ritchie Bros. Auctioneer 4000 Pine Lake Road Lincoln NE 68516 | 1. 2012 McCloskey J50 Crusher SN 80468 (PWS-003) | 1. Sale Price: $175,000.00 | March 2017 |
| | 2. 2007 JLG 6000S 4X4 Boom Lift SN 0300105491 (LFT-024) | 2. Sale Price: $16,500.00 | |
| | 3. 2007 Caterpiller D6N Crawler SN CAT00D6NAALY02919 (BLD- 015) | 3. Sale Price: $57,500.00 | |
| | 4. 2006 Caterpillar TH460 Lift SN SLF02424 (LFT-026) | 4. Sale Price: $32,000.00 | |
| | 5. 1981 Fruahauf Trailer SN 1H4T04128BK005408 (TLR-   048) | 5. Sale Price: $12,500.00 | |
| Sold by: Ritchie Bros. Auctioneer 4000 Pine Lake Road Lincoln NE 68516 | 1. 1996 Mack Fuel Truck (TRL-001) | 1. Sale Price: $22,000.00 | October 2017 |
| | 2. Caterpillar Compaction CS 533E #DAK00182 (ROL-015) | 2. Sale Price: $32,500.00 | |
| | 3. 2010 Wirtgen Soil Stabilizer SN #05WR0191 (RCM-003) | 3. Sale Price: $140,000.00 | |
| Sold by: Ritchie Bros. Auctioneer | 1. 2000 Ford F-550 Vin #1FDAW57F3YED38660 | 1. Sale Price: $6,000.00 | March 2017 |

8895170-4

8895170-4

| Recipient Name and Address | Description of Property Transferred | Sales Price | Date Transfer Was Made |
|---|---|---|---|
| 4000 Pine Lake Road Lincoln NE 68516 | 2. 2000 Isuzu NQR #JALB4B147Y7000623 | 2. Sale Price: $3,000.00 | |
| | 3. 2005 Ford Expedition #1FMPU16575LA26365 TRS-010 | 3. Sale Price: $1,750.00 | |
| | 4. 2000 GMC 7500 #1GDM7C1C4YJ510134 (TRF-028) | 4. Sale Price: $14,000.00 | |
| Sold by: Ritchie Bros. Auctioneer 4000 Pine Lake Road Lincoln NE 68516 | 1. Caterpillar D3GLGP Bulldozer #BYR00924 (BLD-011) | 1. Sale Price: $36,000.00 | March 2018 |
| | 2. Caterpillar 330CL Excavator #KDD00382 (EXC-007) | 2. Sale Price: $42,500.00 | |
| | 3. Caterpillar 430D Backhoe Loader #DHBML02403 (BHL-005) | 3. Sale Price: $29,500.00 | |
| | 4. Caterpillar D3G LGP Bulldozer #BYR01420 (BLD-014) | 4. Sale Price: $30,000.00 | |
| | 5. Caterpillar 302.5C Excavator #GBB01934 (EXC-016) | 5. Sale Price: $8,500.00 | |
| | 6. Caterpillar 304C Midi Excav #CAT0304CEFPK00902 (EXC-017) | 6. Sale Price: $10,000.00 | |
| | 7. Caterpillar 301.8 Mini Excav #CAT0304CEFPK00902 (EXC-018) | 7. Sale Price: $10,000.00 | |

8895170-4

| Recipient Name and Address | Description of Property Transferred | Sales Price | Date Transfer Was Made |
|---|---|---|---|
| | 8. 2004 Caterpillar CP433E Vibratory Compactor SN CATCP433CASN00134 (ROL-021) | 8. Sale Price: $36,000.00 | |
| | 9. 2006 Atlas Copco QAS30 Portable Generator SN USA018481 (GEN-063) | 9. Sale Price: $700.00 | |
| | 10. 2010 Ingersoll-Rand G25 Portable Generator SN 4FVGCBAA0AU409850 (GEN-064) | 10. Sale Price: $3,500.00 | |
| | 11. John Deere 310J 4X4 Excavator SN 1T0310XPBC213728 (BHL-011) | 11. Sale Price: $25,000.00 | |
| | 12. 2004 Trail King TK 120 Low Boy #1TKj0513334B084733 (TLR-047) | 12. Sale Price: $33,000.00 | |
| | 13. 2013 John Deere 450 JXT Crawler Dozer #1T0450JXJCD218323 (BLD-027) | 13. Sale Price: $52,000.00 | |
| | 14. McClusky C50 Crusher #123-00-361 (CPV-024) | 14. Sale Price: $172,500.00 | |
| | 15. 2009 Caterpillar 257B Loader SN CAT0257BPSLK09141 (SSL-011) | 15. Sale Price: $14,000.00 | |
| | 16. John Deere 450J Crawler Dozer (BLD-031) | 16. Sale Price: $45,000.00 | |
| | 17. Variable Message Boards for Texas US75 (VMS-011, VMS-012 & VMS-013) | 17. Sale Price: $5,250.00 | |

8895170-4

| Recipient Name and Address | Description of Property Transferred | Sales Price | Date Transfer Was Made |
|---|---|---|---|
| 18. | 2015 John Deere 450J Crwler Dozer SN 1T04450JXLED272892 (BLD-036) | 18. | Sale Price: $57,500.00 |
| 19. | Bobcat T770 Multi-Terrain Loader - (SSL-015) | 19. | Sale Price: $29,000.00 |
| 20. | Caterpillar D6T LGP Crawler Tractor - (BLD-034) | 20. | Sale Price: $92,500.00 |
| 21. | Caterpillar 950K SN #R4A00949 (LDR-023) | 21. | Sale Price: $115,000.00 |
| 22. | Caterpillar 12M SN #B9F00984 (MGR-008) | 22. | Sale Price: $100,000.00 |
| 23. | Caterpillar 950K SN #FER00387 (LDR-027) | 23. | Sale Price: $85,000.00 |
| 24. | 2006 Broce Sweeper Broom SN 405046 (SWR-008) | 24. | Sale Price: $17,500.00 |
| 25. | 2009 Caterpillar Crawler Tractor SN CAT00D6TELAY01383 (BLD-019) | 25. | Sale Price: $82,500.00 |
| 26. | 2012 Bomag Roller SN 1015839138 (ROL-026) | 26. | Sale Price: $42,500.00 |
| 27. | 2012 Bomag Roller SN 101583097139 (ROL-025) | 27. | Sale Price: $47,500.00 |
| 28. | Nortrax NPK Hydraulic Breaker SN 110133 & 110716(HMR-019 & HMR-020) | | |

| Recipient Name and Address | | Description of Property Transferred | | Sales Price | | Date Transfer Was Made |
|---|---|---|---|---|---|---|
| Sold by:<br>Weeks Auction Co.<br>4851 W. State Road 40<br>Ocala, FL 34482 | 1. | Carolina Skiff 16' Boat<br>#EKHE42I1G304 (BOA-002) | 28. | Sale Price: $12,500.00 | | March 2018 |
| | 2. | Ingersoll Rand 185 Compressor<br>#367352UBOBIO (AIR-020) | 1. | Sale Price: $1,000.00 | | |
| | 3. | 2006 John Deere Tractor 9520 SN<br>RW9520E041191 (TCR-001) | 2. | Sale Price: $3,500.00 | | |
| | 4. | 2005 SullAir Air Compressor SN<br>004151656 (AIR-027) | 3. | Sale Price: $33,000.00 | | |
| | | | 4. | Sale Price: $3,400.00 | | |
| Sold by:<br>Sunshine Heavy<br>Hauling, Inc.<br>4251 NW 133rd St.<br>Opa Locka, FL 33054 | 1. | 2000 Peterbuilt 379 Truck Tractor<br>#1NP5LB0X5YN463412 (TRT-009) | 1. | Sale Price: $27,000.00 | | May 14, 2018 |
| Sold to:<br>Halley Engineering<br>Contractors<br>13292 NW 118th Ave,<br>Hialeah, FL 33018 | 1. | Fontaine TL55 Trailer Lowboy<br>#4LFE522086352835O (TLR-016) | 1. | Sale Price: $30,000.00 | | October 17, 2018 |
| | 2. | 2009 Hino 338 Truck<br>#5PVN8JT89252S1283 (TRL-004) | 2. | Sale Price: $18,000.00 | | |
| Sold to:<br>S&A Ventures<br>3141 NW 102st | 1. | 2008 Landoll Trailer<br>#1LH435VH981B16695 (TLR-083) | 1. | Sale Price: $30,000.00 | | November 20, 2018 |

8895170-4

| Recipient Name and Address | Description of Property Transferred | | Sales Price | | Date Transfer Was Made |
|---|---|---|---|---|---|
| Miami, FL 33147 | | | | | |
| Sold to:<br>Halley Engineering Contractors<br>13292 NW 118 Ave.<br>Hialeah, FL 33018 | 1. | 2003 Ice 3060 Auger Drill #299549 (PIL-002) | 1. | Sale Price: $14,000.00 | January 21, 2019 |
| | 2. | 2003 Ice 416L & 126B Vibratory Hammer #V81218 / #C51506 (PIL-004) | 2. | Sale Price: $30,000.00 | |
| | 3. | 2003 Ice 335 Power Unit for 416L Vibratory Hammer # P83443 (PIL-005) | 3. | Sale Price: $19,000.00 | |
| | 4. | 2008 Ape D-30 Diesel Pile Hammer # 20080454B (PIL-009) | 4. | Sale Price: $10,000.00 | |
| Sold to:<br>Exclusive Machinery Body Paint<br>4455 Pioneer 21st St.<br>Clewiston, FL 33440 | 1. | 2000 Trail King TK20HT-2801 Trailer #1TKCO2827M100639 (TLR-023) | 1. | Sale Price: $2,500.00 | January 25, 2019 |
| | 2. | 2008 Mitsubishi FE145 Service Truck #JL6BBD1S68K013076 (TRB-006) | 2. | Sale Price: $5,500.00 | |
| | 3. | 1999 International 4700 T44E Flatbed Truck #1HTSMABK2YH245478 (TRF-012) | 3. | Sale Price: $1,200.00 | |
| | 4. | 2003 Isuzu FRR COE Flatbed Truck #JALF5C1393770154I (TRF-015) | 4. | Sale Price: $4,000.00 | |
| Sold to:<br>Under Power Corp.<br>7900 NW 60st<br>Miami, FL 33166 | 1. | 2000 Kenworth T800 Boom Truck T/A #1NKDLB0X7YJ862931 (CRA-020) | 1. | Sale Price: $30,000.00 | January 28, 2019 |

8895170-4

| Recipient Name and Address | Description of Property Transferred | Sales Price | Date Transfer Was Made |
|---|---|---|---|
| Sold to:<br>Plano Heavy Equip. Sales<br>2376 Claridge Circle,<br>Plano, TX 75075 | 1. 2011 Hyundai R210LC-9 Hydraulic Excavator #HQ601CB0001067 (EXC-021) | 1. Sale Price: $30,000.00 | February 5, 2019 |
| Sold to:<br>Plano Heavy Equip. Sales<br>2376 Claridge Circle,<br>Plano, TX 75075 | 1. 2015 Caterpillar 299D Skid Steer Loader #0GTC02002 (SSL-022) | 1. Sale Price: $10,651.50 | February 12, 2019 |
| Sold to:<br>Florida Concrete Products, LLC<br>15900 SW 408 ST,<br>Homestead, FL 33034 | 1. 2000 Caterpillar DP90 Forklift #T32B50014 (LFT-005)<br><br>2. 2005 Caterpillar DP115 Forklift #4DP10147 (LFT-033)<br><br>3. Caterpillar 252B3 Skid Steer Loader #TNK02339 (SSL-023)<br><br>4. 1986 TL 48 FT Aluminum Flat Bed #1PT011NJ8G9002847 (TLR-003)<br><br>5. 1982 Fontaine 13500 Extendable Flat Bed #1A11422C1C1536358 (TLR-005)<br><br>6. 2000 Fontaine TP-4-4881SL Flat Bed #13N4482C3Y1587209 (TLR-006) | Sale Price: $50,000.00 | February 13, 2019 |

8895170-4

| Recipient Name and Address | Description of Property Transferred | | Sales Price | | Date Transfer Was Made |
|---|---|---|---|---|---|
| Sold by:<br>Ritchie Bros. Auctioneer<br>4000 Pine Lake Road<br>Lincoln NE 68516 | 1. | 2008 Caterpillar 420E IT Backhoe Loader #CAT420ELKMW02993 (BHL-015) | 1. | Sale Price: $29,000 | February 18, 2019 |
| | 2. | 2008 Caterpillar D6N XL Dozer #CAT00D6NCDJA00841 (BLD-023) | 2. | Sale Price: $32,000 | February 23, 2019 |
| | 3. | 2014 John Deere 450J LGP Dozer #1T0450JXPDD254818 (BLD-032) | 3. | Sale Price: $42,000 | February 20, 2019 |
| | 4. | 2014 John Deere 450J LGP Dozer #1T0450JXTED260750 (BLD-033) | 4. | Sale Price: $46,000 | February 20, 2019 |
| | 5. | 2011 Hyundai R480LC-9 Hydraulic Excavator #HQB01LB0000110 (EXC-020) | 5. | Sale Price: $42,500 | February 22, 2019 |
| | 6. | 2012 Caterpillar M318D Hydraulic Excavator #D8W00461 (EXC-045) | 6. | Sale Price: $65,000 | February 22, 2019 |
| | 7. | 2010 Caterpillar 924H Wheel Loader #CAT0924HPHXC01502 (LDR-033) | 7. | Sale Price: $55,000 | February 19, 2019 |
| | 8. | 2016 Wacker LTN6C Light Tower | 8. | Sale Price: $3,000 | February 20, 2019 |
| | 7. | 2000 Fontaine TP-4-4881SL Flat Bed #13N4482C3Y1587211 (TLR-007) | | | |
| | 8. | 2006 Isuzu NPR Flatbed Truck #JALB4B16J67018646 (TRF-031) | | | |
| | 9. | 2008 Mack GU813 Tandem-Axle #1M1AX16Y18M001830 (TRT-015) | | | |

8895170-4

| Recipient Name and Address | Description of Property Transferred | Sales Price | Date Transfer Was Made |
|---|---|---|---|
| | 9. 2016 Wacker LTN6C Light Tower #2010922 (LIT-063) | 9. Sale Price: $3,000 | February 18, 2019 |
| | 10. 2008 Caterpillar 120M VHP Motor Grader #CAT0120MTB9C00175 (MGR-006) | 10. Sale Price: $60,000 | February 21, 2019 |
| | 11. 2012 NorAm 65E Motor Grader #65ET9777/ Cummins 73450802 (MGR-010) | 11. Sale Price: $52,500 | February 21, 2019 |
| | 12. 2001 Ice L-36DPH I-36 Diesel Pile Hammer #0517B (PIL-001) | 12. Sale Price: $20,000 | February 20, 2019 |
| | 13. 2003 Ice 175 Power Unit for 3060 Auger Drill #300028 (PIL-003) | 13. Sale Price: $12,000 | February 20, 2019 |
| | 14. Ape D-46-32/28 D-46 Diesel Pile Hammer #200408284 (PIL-007) | 14. Sale Price: $32,000 | February 20, 2019 |
| | 15. HMC SP50D Hyd Hammer Sheet Pile Exc. #01U123 (PIL-012) | 15. Sale Price: $25,000 | February 23, 2019 |
| | 16. Ice 55 Power Pack for Auger #P91511 (PIL-014) | 16. Sale Price: $6,000 | February 20, 2019 |
| | 17. 2010 Vorteq-Soft Stop TMA9000 Trailer #1E9TC191X9A632141 (TLR-035) | 17. Sale Price: $10,000 | February 23, 2019 |
| | 18. 1994 Great Dane Trailer 45' Flatbed | 18. Sale Price: $7,000 | February 23, 2019 |

#24243805 (LIT-060)

8895170-4

| Recipient Name and Address | Description of Property Transferred | Sales Price | Date Transfer Was Made |
|---|---|---|---|
| | #1GRDM9429RM026405 (TLR-039) | | February 23, 2019 |
| | 19. 2015 Kaufman FAP22K-25D Trailer #5SHAP2524FB001563 (TLR-076) | 19. Sale Price: $10,000 | February 23, 2019 |
| | 20. 2004 Mack CV-713 GRANITE Truck Dump #1M2AG11C74M014728 (TRD-007) | 20. Sale Price: $31,000 | February 22, 2019 |
| | 21. 2002 Chevrolet W4500 COE 4X4 Flatbed #J8BC4B15627011741 (TRF-026) | 21. Sale Price: $7,000 | February 23, 2019 |
| | 22. 2004 International 4300 Truck Fuel Lube #1HTMMAAM74H593587 (TRL-005) | 22. Sale Price: $13,000 | February 21, 2019 |
| | 23. 2007 Freightliner M2106 Truck Fuel Lube #1FVACXDC07HX55805 (TRL-006) | 23. Sale Price: $35,000 | February 21, 2019 |
| | 24. 1991 Mack CH613 Truck Fuel #1M1AA05Y2MW010435 (TRL-007) | 24. Sale Price: $6,500 | February 21, 2019 |
| | 25. 2013 Ford F-550 XL 4X4 Truck Mechanic #1FDUF5HT3DEA42758 (TRM-013) | 25. Sale Price: $70,000 | February 21, 2019 |
| | 26. 2012 Ford F-550 XL 4X4 Truck Mechanic #1FDGF5HT4CEC34315 (TRM-014) | 26. Sale Price: $49,000 | February 21, 2019 |
| | 27. 2012 Ford F-550 Truck Mechanic #1FDUF5HT6CEA89376 (TRM-015) | 27. Sale Price: $46,000 | February 21, 2019 |
| | 28. 2013 Peterbilt 389 Tri-Axle | 28. Sale Price: $140,000 | February 21, 2019 |

8895170-4

| Recipient Name and Address | Description of Property Transferred | Sales Price | Date Transfer Was Made |
|---|---|---|---|
| | #1XPXP4EX3DD201783 (TRT-016) | | February 23, 2019 |
| | 29. 2008 JLG Lift #300123501 (LFT-022) | 29. Sale Price: $3,750 | February 23, 2019 |
| | 30. Adler Sediment Tank #A6798OT (TLR-080) | 30. Sale Price: $113,000 | February 23, 2019 |
| | 31. 2015 Kenworth T-370 Truck Mechanic #2NKHH7X9FM430060 (TRM-017) | 31. Sale Price: $115,000 | February 23, 2019 |
| | 32. 2007 Isuzu NPR HD Truck Utility #JALC4B16577012144 (TRU-008) | 32. Sale Price: $4,500 | February 23, 2019 |
| | | **Total:    $3,186,201.50** | |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/26/2018 $ | 9,933.66 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/16/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/23/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/30/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/7/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/14/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/21/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/28/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/4/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/11/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/18/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/25/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/1/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/8/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/15/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/22/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/29/2018 $ | 2,466.83 | Vice President, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/20/2018 | $ 1,922.80 | Vice President, Manager, Equity Holder |
| Fernando Munilla 6201 SW 70th Street 1st Floor Miami. FL 33143 | Salary | 10/27/2018 | $ 3,846.16 | Vice President, Manager, Equity Holder |
| **TOTAL** | | | $ 55,171.90 | |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 | $ 1,961.81 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Distribution | 3/8/2018 | $ 10,000.00 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 | $ 1,961.81 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/17/2018 | $ 1,961.81 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/24/2018 | $ 1,961.81 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/31/2018 | $ 1,961.81 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/7/2018 | $ 4,557.96 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/14/2018 | $ 4,557.96 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/21/2018 | $ 4,557.96 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/28/2018 | $ 4,557.96 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/5/2018 | $ 4,557.96 | President, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/12/2018 $ | 4,557.96 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/19/2018 $ | 4,557.96 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/26/2018 $ | 3,596.41 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/2/2018 $ | 3,596.41 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/9/2018 $ | 3,596.41 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/16/2018 $ | 3,596.41 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/23/2018 $ | 3,596.41 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/30/2018 $ | 3,596.41 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/7/2018 $ | 3,596.41 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/14/2018 $ | 3,596.41 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/21/2018 $ | 3,596.41 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/28/2018 $ | 3,596.41 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/4/2018 $ | 3,596.41 | President, Manager, Equity Holder |
| Jorge Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/11/2018 $ | 3,596.41 | President, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/18/2018 | $ 3,115.46 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/25/2018 | $ 3,115.66 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/1/2018 | $ 3,115.66 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/8/2018 | $ 3,115.66 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/15/2018 | $ 3,115.66 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/22/2018 | $ 3,115.66 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/29/2018 | $ 3,115.66 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/6/2018 | $ 3,115.66 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/13/2018 | $ 3,115.66 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/20/2018 | $ 3,115.66 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/27/2018 | $ 3,115.66 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/3/2018 | $ 3,115.66 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/10/2018 | $ 3,115.66 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/17/2018 | $ 3,425.01 | President, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/24/2018 | $ 3,425.01 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/1/2018 | $ 3,425.01 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/8/2018 | $ 3,365.40 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/15/2018 | $ 3,365.40 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/22/2018 | $ 3,365.40 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/29/2018 | $ 3,365.40 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/5/2019 | $ 3,365.40 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/12/2019 | $ 3,365.40 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/19/2019 | $ 3,365.40 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/26/2019 | $ 3,365.40 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/2/2019 | $ 3,365.40 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/9/2019 | $ 3,365.40 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/16/2019 | $ 3,365.40 | President, Manager, Equity Holder |
| Jorge Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/23/2019 | $ 3,365.40 | President, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | | Amount | Relationship to Debtor |
|---|---|---|---|---|---|
| **TOTAL** | | | **$** | **186,034.90** | |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/3/2018 | $ | 2,944.22 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Distribution | 3/8/2018 | $ | 10,000.00 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/10/2018 | $ | 2,944.22 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/17/2018 | $ | 2,944.22 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/24/2018 | $ | 2,944.22 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/31/2018 | $ | 2,944.22 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/7/2018 | $ | 5,732.72 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/14/2018 | $ | 5,732.72 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/21/2018 | $ | 5,732.72 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/28/2018 | $ | 5,732.72 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/5/2018 | $ | 4,187.17 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/12/2018 | $ | 5,454.32 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/19/2018 | $ | 5,454.32 | Vice President, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/26/2018 | $ 4,132.77 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/2/2018 | $ 4,411.17 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/9/2018 | $ 4,411.17 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/16/2018 | $ 4,411.17 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/23/2018 | $ 4,411.17 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/30/2018 | $ 4,411.17 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/7/2018 | $ 4,411.17 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/14/2018 | $ 4,411.17 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/21/2018 | $ 4,411.17 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/28/2018 | $ 4,411.17 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/4/2018 | $ 4,411.17 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/13/2018 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/20/2018 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/27/2018 | $ 4,807.60 | Vice President, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/3/2018 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/10/2018 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/17/2018 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/24/2018 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/1/2018 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/8/2018 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/15/2018 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/22/2018 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/29/2018 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/5/2019 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/12/2019 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/19/2019 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/26/2019 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/2/2019 | $ 4,807.60 | Vice President, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/9/2019 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/16/2019 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| Juan Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/23/2019 | $ 4,807.60 | Vice President, Manager, Equity Holder |
| **TOTAL** | | | **$ 202,336.66** | |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/3/2018 | $ 1,681.85 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Distribution | 3/8/2018 | $ 10,000.00 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/10/2018 | $ 1,681.85 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/17/2018 | $ 1,681.85 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/24/2018 | $ 1,681.85 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/31/2018 | $ 1,681.85 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/7/2018 | $ 4,914.51 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/14/2018 | $ 4,914.51 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/21/2018 | $ 4,914.51 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/28/2018 | $ 4,914.51 | Vice President, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/5/2018 | $ 4,914.51 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/12/2018 | $ 4,914.51 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/19/2018 | $ 4,914.51 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/26/2018 | $ 3,952.96 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/2/2018 | $ 4,134.62 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/9/2018 | $ 4,134.62 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/16/2018 | $ 4,134.61 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/23/2018 | $ 4,134.62 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/30/2018 | $ 4,134.62 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/7/2018 | $ 4,134.62 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/14/2018 | $ 4,134.62 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/21/2018 | $ 4,134.62 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/28/2018 | $ 4,134.62 | Vice President, Manager, Equity Holder |
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/4/2018 | $ 4,134.62 | Vice President, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/11/2018 | $ 4,134.62 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/18/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/25/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/1/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/8/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/15/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/22/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/29/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/6/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/13/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/20/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/27/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/3/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/10/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/17/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/24/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/1/2018 | $ 3,653.87 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/8/2018 | $ 3,365.40 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/15/2018 | $ 3,365.40 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/22/2018 | $ 3,365.40 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/29/2018 | $ 3,365.40 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/5/2019 | $ 3,365.40 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/12/2019 | $ 3,365.40 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/19/2019 | $ 3,365.40 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/26/2019 | $ 3,365.40 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/2/2019 | $ 3,365.40 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/9/2019 | $ 3,365.40 | Vice President, Manager, Equity Holder |
| Pedro R Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/16/2019 | $ 3,365.40 | Vice President, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Pedro R Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/16/2019 | $ 3,365.40 | Vice President, Manager, Equity Holder |
| **TOTAL** | | | $ 201,091.31 | |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Distribution | 3/8/2018 | $ 20,000.00 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/17/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/24/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/31/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Distribution | 4/2/2018 | $ 10,000.00 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/7/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/14/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/21/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/28/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/5/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/12/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/19/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/26/2018 | $ 1,491.56 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/2/2018 | $ 1,491.56 | Secretary, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/9/2018 $ | 1,491.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/16/2018 $ | 1,491.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/23/2018 $ | 1,491.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/30/2018 $ | 1,491.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/7/2018 $ | 1,491.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/14/2018 $ | 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/21/2018 $ | 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/28/2018 $ | 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/4/2018 $ | 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/11/2018 $ | 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/18/2018 $ | 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/25/2018 $ | 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/1/2018 $ | 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/8/2018 $ | 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/15/2018 $ | 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/22/2018 $ | 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/29/2018 $ | 2,211.56 | Secretary, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/6/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/13/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/20/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/27/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/3/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/10/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/17/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/24/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/1/2018 | $ 2,211.56 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/8/2018 | $ 1,923.10 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/15/2018 | $ 1,923.10 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/22/2018 | $ 1,923.10 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/29/2018 | $ 1,923.10 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/5/2019 | $ 1,923.10 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/12/2019 | $ 1,923.10 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/19/2019 | $ 1,923.10 | Secretary, Manager, Equity Holder |
| Raul Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/26/2019 | $ 1,923.10 | Secretary, Manager, Equity Holder |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/2/2019 $ | 1,923.10 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/9/2019 $ | 1,923.10 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/16/2019 $ | 1,923.10 | Secretary, Manager, Equity Holder |
| Raul Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/23/2019 $ | 1,923.10 | Secretary, Manager, Equity Holder |
| **TOTAL** | | $ | **136,499.60** | |
| Madeleine Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 $ | 2,403.85 | Family Member, Employee |
| Madeleine Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 $ | 2,403.85 | Family Member, Employee |
| Madeleine Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/17/2018 $ | 2,403.85 | Family Member, Employee |
| Madeleine Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/24/2018 $ | 2,403.85 | Family Member, Employee |
| Madeleine Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/31/2018 $ | 1,750.00 | Family Member, Employee |
| **TOTAL** | | $ | **11,365.40** | |
| Jacquelyn Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 $ | 2,211.54 | Family Member, Employee |
| Jacquelyn Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 $ | 2,211.54 | Family Member, Employee |
| Jacquelyn Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/17/2018 $ | 2,211.54 | Family Member, Employee |
| Jacquelyn Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/24/2018 $ | 2,211.54 | Family Member, Employee |
| Jacquelyn Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/31/2018 $ | 2,211.54 | Family Member, Employee |
| **TOTAL** | | $ | **11,057.70** | |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 $ | 365.85 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 $ | 388.50 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/17/2018 $ | 507.45 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/24/2018 $ | 697.65 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/31/2018 $ | 383.55 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/7/2018 $ | 550.05 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/14/2018 $ | 646.13 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/21/2018 $ | 496.65 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/28/2018 $ | 518.10 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/5/2018 $ | 811.05 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/12/2018 $ | 1,054.98 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/19/2018 $ | 1,022.20 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/26/2018 $ | 1,003.39 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/2/2018 $ | 804.84 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/9/2018 $ | 1,071.79 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/16/2018 $ | 735.49 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/23/2018 $ | 918.75 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/30/2018 $ | 937.56 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/7/2018 $ | 726.60 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/14/2018 $ | 1,051.05 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/21/2018 | $ 713.58 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/28/2018 | $ 924.42 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/4/2018 | $ 981.44 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/11/2018 | $ 1,016.40 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/18/2018 | $ 672.21 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/25/2018 | $ 896.49 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/1/2018 | $ 953.19 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/8/2018 | $ 854.28 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/15/2018 | $ 951.30 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/22/2018 | $ 914.76 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/29/2018 | $ 897.65 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/6/2018 | $ 787.50 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/13/2018 | $ 1,094.84 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/20/2018 | $ 1,045.70 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/27/2018 | $ 1,086.96 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/3/2018 | $ 698.25 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | | 11/10/2018 | $ 1,069.95 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/17/2018 | $ 1,036.88 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/24/2018 | $ 894.18 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/1/2018 | $ 836.85 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/8/2018 | $ 1,033.73 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/15/2018 | $ 1,064.91 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/22/2018 | $ 998.45 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/29/2018 | $ 801.36 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/5/2019 | $ 753.90 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/12/2019 | $ 720.09 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/19/2019 | $ 921.90 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/26/2019 | $ 787.29 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/2/2019 | $ 1,148.70 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/9/2019 | $ 859.22 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/16/2019 | $ 815.64 | Family Member, Employee |
| Lauren Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | | 2/23/2019 | $ 937.44 | Family Member, Employee |
| **TOTAL** | | $ | **43,861.09** | |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 | $ 2,925.02 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/17/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/24/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/31/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/7/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/14/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/21/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/28/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/5/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/12/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/19/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/26/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/2/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/9/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/16/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/23/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/30/2018 | $ 2,925.02 | Family Member, Employee |
| Alex Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/7/2018 | $ 2,925.02 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/14/2018 | $  2,925.02 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/21/2018 | $  7,492.57 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Bonus | 7/21/2018 | $  10,000.00 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/28/2018 | $  3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/4/2018 | $  3,165.38 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/11/2018 | $  3,165.38 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/18/2018 | $  3,165.38 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/25/2018 | $  3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/1/2018 | $  3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/8/2018 | $  3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/15/2018 | $  3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/22/2018 | $  3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/29/2018 | $  3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/6/2018 | $  3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/13/2018 | $  3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/20/2018 | $  3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | | 10/27/2018 | $  3,165.37 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/3/2018 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/10/2018 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/17/2018 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/24/2018 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/1/2018 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/8/2018 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/15/2018 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/22/2018 | $ 3,165.38 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/29/2018 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/5/2019 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/12/2019 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/19/2019 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/26/2019 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/2/2019 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/9/2019 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/16/2019 | $ 3,165.37 | Family Member, Employee |
| Alex Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/23/2019 | $ 3,165.37 | Family Member, Employee |
| **TOTAL** | | | **$ 167,788.74** | |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 $ | 384.62 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 $ | 384.62 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/17/2018 $ | 384.62 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/24/2018 $ | 384.62 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/31/2018 $ | 384.61 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/7/2018 $ | 384.62 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/14/2018 $ | 384.62 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/21/2018 $ | 384.62 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/28/2018 $ | 384.62 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/5/2018 $ | 384.62 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/12/2018 $ | 384.62 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/19/2018 $ | 384.62 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/26/2018 $ | 360.00 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/2/2018 $ | 360.00 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/9/2018 $ | 360.00 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/16/2018 $ | 360.00 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | | 6/23/2018 $ | 360.00 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/30/2018 | $ 360.00 | Family Member, Employee |
| Michael Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/7/2018 | $ 360.00 | Family Member, Employee |
| **TOTAL** | | | **$ 7,135.43** | |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 | $ 4,515.38 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 | $ 4,515.43 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/17/2018 | $ 4,169.28 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/24/2018 | $ 4,169.28 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/31/2018 | $ 4,169.28 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Distribution | 3/31/2018 | $ 25,000.00 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/7/2018 | $ 4,169.28 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/14/2018 | $ 4,169.28 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/21/2018 | $ 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/28/2018 | $ 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/5/2018 | $ 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/12/2018 | $ 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/19/2018 | $ 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/26/2018 | $ 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/2/2018 | $ 4,169.18 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/9/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/16/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/23/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/30/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/7/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/14/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Distribution | 7/14/2018 $ | 25,000.00 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/21/2018 $ | 4,169.23 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/28/2018 $ | 4,169.23 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/4/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/11/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/18/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/25/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/1/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/8/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/15/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/22/2018 $ | 4,169.18 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/29/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/6/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Distribution | 10/6/2018 $ | 25,000.00 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/13/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/20/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/27/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/3/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/10/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/17/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/24/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/1/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/8/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/15/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/22/2018 $ | 4,169.18 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/29/2018 $ | 4,169.17 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/5/2019 $ | 4,169.17 | Family Member, Employee |
| Luis F Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/12/2019 $ | 4,169.18 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Luis F Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/19/2019 | $ 4,169.18 | Family Member, Employee |
| Luis F Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/26/2019 | $ 4,169.18 | Family Member, Employee |
| Luis F Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/2/2019 | $ 4,169.18 | Family Member, Employee |
| Luis F Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/9/2019 | $ 4,169.18 | Family Member, Employee |
| Luis F Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/16/2019 | $ 4,169.18 | Family Member, Employee |
| Luis F Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 2/23/2019 | $ 4,169.18 | Family Member, Employee |
| **TOTAL** | | | **$ 292,490.39** | |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/3/2018 | $ 758.00 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/10/2018 | $ 738.43 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/17/2018 | $ 824.98 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/24/2018 | $ 862.03 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 3/31/2018 | $ 871.81 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/7/2018 | $ 816.33 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/14/2018 | $ 864.88 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/21/2018 | $ 880.27 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 4/28/2018 | $ 831.82 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/5/2018 | $ 878.56 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/12/2018 | $ 695.11 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/19/2018 $ | 897.08 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/26/2018 $ | 932.14 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/2/2018 $ | 889.67 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/9/2018 $ | 832.10 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/16/2018 $ | 956.48 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/23/2018 $ | 1,017.78 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/30/2018 $ | 998.28 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/7/2018 $ | 2,150.66 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/14/2018 $ | 960.50 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/21/2018 $ | 1,011.98 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/28/2018 $ | 1,004.39 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/4/2018 $ | 996.47 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/11/2018 $ | 1,089.20 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/18/2018 $ | 791.32 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/25/2018 $ | 954.56 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/1/2018 $ | 869.20 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/8/2018 $ | 956.32 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/15/2018 $ | 707.94 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/22/2018 $ | 989.10 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/29/2018 $ | 1,018.58 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/6/2018 $ | 692.54 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/13/2018 $ | 932.12 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/20/2018 $ | 1,004.72 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/27/2018 $ | 1,092.50 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/3/2018 $ | 692.10 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/10/2018 $ | 1,047.29 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/17/2018 $ | 866.56 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/24/2018 $ | 895.60 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/1/2018 $ | 1,081.94 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/8/2018 $ | 990.86 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/15/2018 $ | 980.30 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/22/2018 $ | 1,186.22 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/29/2018 $ | 868.32 | Family Member, Employee |
| Kristin Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | | 1/5/2019 $ | 853.58 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/12/2019 $ | 1,164.44 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/19/2019 $ | 683.08 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/26/2019 $ | 851.82 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/2/2019 $ | 903.08 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/9/2019 $ | 903.08 | Family Member, Employee |
| Kristin Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/23/2019 $ | 1,125.83 | Family Member, Employee |
| **TOTAL** | | $ | **47,861.95** | |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/29/2018 $ | 1,000.00 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/6/2018 $ | 1,000.00 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/13/2018 $ | 1,000.00 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/20/2018 $ | 1,000.00 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/27/2018 $ | 1,000.00 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/3/2018 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/10/2018 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/17/2018 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/24/2018 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/1/2018 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/8/2018 $ | 1,442.30 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/15/2018 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/22/2018 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/29/2018 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/5/2019 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/12/2019 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/19/2019 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/26/2019 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/2/2019 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/9/2019 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/16/2019 $ | 1,442.30 | Family Member, Employee |
| James Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/23/2019 $ | 1,442.30 | Family Member, Employee |
| **TOTAL** | | $ | **29,519.10** | |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 $ | 2,403.85 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 $ | 2,403.85 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/17/2018 $ | 2,403.85 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/24/2018 $ | 2,403.85 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/31/2018 $ | 769.23 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/5/2018 $ | 1,545.54 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/12/2018 | $ 278.38 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/19/2018 | $ 278.37 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/26/2018 | $ 301.44 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/2/2018 | $ 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/9/2018 | $ 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/16/2018 | $ 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/23/2018 | $ 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/30/2018 | $ 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/7/2018 | $ 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/14/2018 | $ 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/21/2018 | $ 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/28/2018 | $ 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/4/2018 | $ 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/11/2018 | $ 323.47 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/18/2018 | $ 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/25/2018 | $ 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/1/2018 | $ 360.00 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/8/2018 $ | 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/15/2018 $ | 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/22/2018 $ | 360.00 | Family Member, Employee |
| Laura Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/29/2018 $ | 360.00 | Family Member, Employee |
| **TOTAL** | | $ | **19,231.83** | |
| Luis Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 $ | 4,530.03 | Family Member, Employee |
| **TOTAL** | | $ | **4,530.03** | |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 $ | 384.62 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 $ | 384.62 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/17/2018 $ | 384.62 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/24/2018 $ | 384.62 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/31/2018 $ | 384.61 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/7/2018 $ | 384.62 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/14/2018 $ | 384.62 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/21/2018 $ | 384.62 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/28/2018 $ | 384.62 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/5/2018 $ | 384.62 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/12/2018 $ | 384.62 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/19/2018 $ | 384.62 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/26/2018 | $ 360.00 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/2/2018 | $ 360.00 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/9/2018 | $ 360.00 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/16/2018 | $ 360.00 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/23/2018 | $ 360.00 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/30/2018 | $ 360.00 | Family Member, Employee |
| Matthew Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/7/2018 | $ 360.00 | Family Member, Employee |
| **TOTAL** | | | **$ 7,135.43** | |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 | $ 1,923.10 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 | $ 1,923.10 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/17/2018 | $ 1,923.10 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/24/2018 | $ 1,923.10 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/31/2018 | $ 1,923.10 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/7/2018 | $ 1,923.10 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/14/2018 | $ 1,923.10 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/21/2018 | $ 1,923.10 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/28/2018 | $ 1,923.10 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/5/2018 | $ 1,923.10 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/12/2018 | $ 1,923.10 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/19/2018 | $ 1,923.10 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/26/2018 | $ 4,230.74 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/2/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/9/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/16/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/23/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/30/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/7/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/14/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/21/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/28/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/4/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/11/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/18/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/25/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/1/2018 | $ 3,076.90 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/8/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/15/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/22/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/29/2018 | $ 3,076.90 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/20/2018 | $ 2,692.00 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 10/27/2018 | $ 5,384.62 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/10/2018 | $ 2,692.30 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/17/2018 | $ 2,692.30 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 11/24/2018 | $ 2,692.30 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/1/2018 | $ 2,692.30 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/8/2018 | $ 2,692.30 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/15/2018 | $ 2,692.30 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/22/2018 | $ 2,692.30 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 12/29/2018 | $ 2,692.30 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/5/2019 | $ 2,692.30 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 1/12/2019 | $ 2,692.30 | Family Member, Employee |
| Pedro M Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | | 1/19/2019 | $ 2,692.30 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/26/2019 $ | 2,692.30 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/2/2019 $ | 2,692.30 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/9/2019 $ | 2,692.30 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/16/2019 $ | 2,692.30 | Family Member, Employee |
| Pedro M Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/23/2019 $ | 2,692.30 | Family Member, Employee |
| **TOTAL** | | $ | **133,845.56** | |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 $ | 3,553.85 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 $ | 3,553.85 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/17/2018 $ | 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/24/2018 $ | 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/31/2018 $ | 3,553.85 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/7/2018 $ | 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/14/2018 $ | 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/21/2018 $ | 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/28/2018 $ | 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/5/2018 $ | 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/12/2018 $ | 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/19/2018 $ | 3,553.86 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 5/26/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/2/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/9/2018 | $ 3,553.87 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/16/2018 | $ 3,553.89 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/23/2018 | $ 3,553.87 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 6/30/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/7/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/14/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/21/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 7/28/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/4/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/11/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/18/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 8/25/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/1/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/8/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143 | Salary | 9/15/2018 | $ 3,553.86 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/22/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/29/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/6/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/13/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/20/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/27/2018 | $ 3,553.86 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/3/2018 | $ 3,784.59 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/10/2018 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/17/2018 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/24/2018 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/1/2018 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/8/2018 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/15/2018 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/22/2018 | $ 4,130.77 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/29/2018 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/5/2019 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/12/2019 | $ 4,130.76 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/19/2019 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/26/2019 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/2/2019 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/9/2019 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/16/2019 | $ 4,130.76 | Family Member, Employee |
| Daniel Munilla 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/23/2019 | $ 4,130.76 | Family Member, Employee |
| **TOTAL** | | | $ **194,261.88** | |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/3/2018 | $ 352.50 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/10/2018 | $ 270.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/17/2018 | $ 330.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/24/2018 | $ 345.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 3/31/2018 | $ 405.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/7/2018 | $ 285.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/14/2018 | $ 300.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/21/2018 | $ 330.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 4/28/2018 | $ 285.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/5/2018 | $ 667.50 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/12/2018 | $ 435.00 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/19/2018 $ | 382.50 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 5/26/2018 $ | 510.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/2/2018 $ | 555.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/9/2018 $ | 495.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/16/2018 $ | 390.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/23/2018 $ | 690.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 6/30/2018 $ | 712.50 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/7/2018 $ | 660.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/14/2018 $ | 525.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/21/2018 $ | 712.50 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 7/28/2018 $ | 486.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/4/2018 $ | 522.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/11/2018 $ | 801.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/18/2018 $ | 936.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 8/25/2018 $ | 468.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/1/2018 $ | 468.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/8/2018 $ | 468.00 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/15/2018 | $ 450.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/22/2018 | $ 450.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 9/29/2018 | $ 450.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/6/2018 | $ 450.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/13/2018 | $ 306.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/20/2018 | $ 450.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 10/27/2018 | $ 450.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/3/2018 | $ 432.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/10/2018 | $ 450.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/17/2018 | $ 432.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 11/24/2018 | $ 612.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/1/2018 | $ 720.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/8/2018 | $ 756.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/15/2018 | $ 953.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/22/2018 | $ 855.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 12/29/2018 | $ 738.00 | Family Member, Employee |
| | | 1/5/2019 | $ 720.00 | Family Member, Employee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Category | Date | Amount | Relationship to Debtor |
|---|---|---|---|---|
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/12/2019 | $ 396.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/19/2019 | $ 612.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 1/26/2019 | $ 630.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/2/2019 | $ 666.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/9/2019 | $ 648.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/16/2019 | $ 504.00 | Family Member, Employee |
| Ruben Perez-Sanchez 6201 SW 70th Street 1st Floor Miami, FL 33143 | Salary | 2/23/2019 | $ 666.00 | Family Member, Employee |
| **TOTAL** | | | **$ 27,582.50** | |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 2/3/2017 | $ 76.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 2/10/2017 | $ 38.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/7/2017 | $ 57.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/30/2017 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/28/2017 | $ 76.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/4/2017 | $ 76.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/30/2017 | $ 61.36 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/30/2017 | $ (61.36) | Common Ownership | Reversal of expense payment by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/31/2018 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/31/2018 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/18/2018 | $ 152.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/31/2018 | $ 171.20 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/28/2018 | $ 97.83 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/5/2018 | $ 47.50 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/19/2018 | $ 532.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/26/2018 | $ 456.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/29/2018 | $ 188.76 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/29/2018 | $ 114.41 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/30/2018 | $ 82.43 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/30/2018 | $ 228.23 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/31/2018 | $ 150.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/31/2018 | $ 91.21 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/31/2018 | $ 15.01 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/31/2018 | $ 71.20 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/31/2018 | $ 780.03 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/31/2018 | $ 174.91 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/2/2018 | $ 692.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/9/2018 | $ 360.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/16/2018 | $ 360.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/23/2018 | $ 152.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/7/2018 | $ 304.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/14/2018 | $ 76.00 | Common Ownership | Entity expenses paid by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/31/2018 | $ (188.76) | Common Ownership | Reversal of expense payment by MCM |
| 137 Leoni, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/31/2018 | $ (780.03) | Common Ownership | Reversal of expense payment by MCM |
| **TOTAL** | | $ **5,082.18** | | |
| | | | | |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/31/2017 | $ 96.63 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 2/24/2017 | $ 38.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/17/2017 | $ 57.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/30/2017 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/30/2017 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/4/2017 | $ 76.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/29/2017 | $ 37.45 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/18/2017 | $ 10,000.00 | Common Ownership | Loan to entity |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/29/2017 | $ 27,232.70 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/29/2017 | $ 38.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/6/2017 | $ 703.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/20/2017 | $ 142.50 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/3/2017 | $ 57.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/30/2017 | $ 232.65 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/30/2017 | $ 1,559.49 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/29/2017 | $ 95.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/31/2017 | $ (232.65) | Common Ownership | Reversal of expense payment by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/31/2017 | $ 232.65 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/31/2018 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/31/2018 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 2/2/2018 | $ 28.50 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/22/2018 | $ 40,000.00 | Common Ownership | Loan to entity |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/29/2018 | $ 76.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/31/2018 | $ 38.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/7/2018 | $ 380.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/14/2018 | $ 247.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/21/2018 | $ 804.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/28/2018 | $ 22.46 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/28/2018 | $ 247.00 | Common Ownership | Entity expenses paid by MCM |
| 1401 Professional Center, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/5/2018 | $ 47.50 | Common Ownership | Entity expenses paid by MCM |
| **TOTAL** | | **$ 82,830.88** | | |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 2/10/2017 | $ 76.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/10/2017 | $ 152.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/24/2017 | $ 133.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/31/2017 | $ 275.50 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/30/2017 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/2/2017 | $ 133.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/30/2017 | $ 19.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/14/2017 | $ 95.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/30/2017 | $ 214.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/31/2018 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/30/2018 | $ 76.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/13/2018 | $ 456.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/30/2018 | $ 5.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/11/2018 | $ 66.50 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/25/2018 | $ 228.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/1/2018 | $ 218.50 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/30/2018 | $ 50.33 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/24/2018 | $ 152.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/7/2018 | $ 76.00 | Common Ownership | Entity expenses paid by MCM |
| 7501 Medley Civil, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/28/2018 | $ 190.00 | Common Ownership | Entity expenses paid by MCM |
| **TOTAL** | | **$ 2,903.33** | | |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/5/2017 | $ 7,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/31/2017 | $ 32.80 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 2/23/2017 | $ 5,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 2/24/2017 | $ 35.73 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/9/2017 | $ 10,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/31/2017 | $ 19.63 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/28/2017 | $ 19.71 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/24/2017 | $ 7,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/26/2017 | $ 38.99 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/30/2017 | $ 158.75 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/30/2017 | $ 382.50 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/30/2017 | $ 382.50 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/30/2017 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/31/2017 | $ 4.00 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/28/2017 | $ 5.13 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/30/2017 | $ 887.00 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/30/2017 | $ 1.70 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/31/2017 | $ 2,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/31/2017 | $ 1.80 | Common Ownership | Maintenance / Supplies paid on behalf of entity |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 8/24/2017 | $ 10,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 8/31/2017 | 321.88 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 8/31/2017 | 8.34 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 9/20/2017 | $ 5,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 9/28/2017 | $ 5,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 9/29/2017 | $ 1.70 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 10/27/2017 | $ 1.70 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 10/27/2017 | $ (1.70) | Common Ownership | Reversal of expense payment by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 11/16/2017 | $ 280.00 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 11/29/2017 | $ 5,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 11/30/2017 | $ 8.76 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 11/30/2017 | $ 89.00 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 12/7/2017 | $ 5,100.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 12/30/2017 | $ 11.43 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 12/31/2017 | $ 7.32 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 1/31/2018 | $ 8.78 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 1/31/2018 | $ 158.75 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 2/2/2018 | $ 5,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 2/7/2018 | $ 3,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 2/28/2018 | $ 11.54 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 3/22/2018 | $ 8,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 4/30/2018 | $ 28.23 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 5/1/2018 | $ 1,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 5/25/2018 | $ 1,000.00 | Common Ownership | Loan to entity |
| Advanced Realty Management, LLC 6201 SW 70 th Street, FL 2 Miami, FL 33143 | 6/1/2018 | $ 1,000.00 | Common Ownership | Loan to entity |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| Advanced Realty Management, LLC<br>6201 SW 70 th Street, FL 2<br>Miami, FL 33143 | 6/29/2018 | $ 1,027.67 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC<br>6201 SW 70 th Street, FL 2<br>Miami, FL 33143 | 6/29/2018 | $ 72.00 | Common Ownership | Entity expenses paid by MCM |
| Advanced Realty Management, LLC<br>6201 SW 70 th Street, FL 2<br>Miami, FL 33143 | 6/29/2018 | $ 1,017.00 | Common Ownership | Entity expenses paid by MCM |
| **TOTAL** | | $ **85,266.39** | | |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 1/6/2017 | $ 690.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 1/13/2017 | $ 538.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 1/20/2017 | $ 711.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 1/27/2017 | $ 749.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 1/31/2017 | $ 128.88 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 2/3/2017 | $ 749.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 2/10/2017 | $ 863.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 2/17/2017 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 2/23/2017 | $ 34.75 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 2/24/2017 | $ 711.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 2/28/2017 | $ 27.76 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 3/3/2017 | $ 977.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 3/10/2017 | $ 1,034.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 3/17/2017 | $ 749.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 3/24/2017 | $ 768.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 3/29/2017 | $ 59.84 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 3/30/2017 | $ 85.65 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 3/30/2017 | $ 1,118.13 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 3/30/2017 | $ 30.35 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 3/31/2017 | $ 939.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 4/7/2017 | $ 1,325.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 4/14/2017 | $ 881.18 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 4/20/2017 | $ 25.02 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/21/2017 | $ 1,013.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/28/2017 | $ 254.67 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/28/2017 | $ 825.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/5/2017 | $ 1,249.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/12/2017 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/19/2017 | $ 1,173.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/26/2017 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/30/2017 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/31/2017 | $ 25.03 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/31/2017 | $ 250.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/2/2017 | $ 749.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/9/2017 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/15/2017 | $ 26.49 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/15/2017 | $ 10.21 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/16/2017 | $ 720.58 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/23/2017 | $ 132.73 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/23/2017 | $ 1,249.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/28/2017 | $ 66.55 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/30/2017 | $ 18.73 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/30/2017 | $ 863.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/7/2017 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/14/2017 | $ 538.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/21/2017 | $ 948.58 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/28/2017 | $ 901.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/31/2017 | $ 193.60 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/31/2017 | $ 197.52 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 8/4/2017 | $ 806.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 8/11/2017 | $ 901.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 8/18/2017 | $ 701.58 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 8/25/2017 | $ 720.58 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 9/1/2017 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 9/8/2017 | $ 730.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 9/15/2017 | $ 538.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 9/27/2017 | $ 289.91 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 9/29/2017 | $ 64.16 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 9/29/2017 | $ 758.58 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 10/6/2017 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 10/13/2017 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 10/20/2017 | $ 825.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 10/25/2017 | $ 195.59 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 10/26/2017 | $ 42.76 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 10/27/2017 | $ 882.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 11/3/2017 | $ 910.58 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 11/10/2017 | $ 730.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 11/17/2017 | $ 730.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 11/17/2017 | $ 730.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 11/30/2017 | $ 195.77 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 11/30/2017 | $ 22.40 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 12/1/2017 | $ 730.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 12/8/2017 | $ 730.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 12/15/2017 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami, FL 33143 | 12/22/2017 | $ 274.76 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/22/2017 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/28/2017 | $ 33.74 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/29/2017 | $ 1,186.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/5/2018 | $ 690.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/12/2018 | $ 1,288.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/19/2018 | $ 923.10 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/26/2018 | $ 274.76 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/31/2018 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 2/2/2018 | $ 2,230.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 2/9/2018 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 2/16/2018 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 2/23/2018 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 2/28/2018 | $ 276.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/2/2018 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/9/2018 | $ 1,230.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/16/2018 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/23/2018 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/28/2018 | $ (276.21) | Common Ownership | Reversal of expense payment by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/28/2018 | $ 276.21 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/30/2018 | $ 13.87 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/30/2018 | $ 749.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 3/31/2018 | $ 276.21 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/6/2018 | $ 538.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/13/2018 | $ 749.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/17/2018 | $ 100,000.00 | Common Ownership | Loan to entity |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/20/2018 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/27/2018 | $ 1,281.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/30/2018 | $ 65.86 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/30/2018 | $ 59.28 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/30/2018 | $ 366.50 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 4/30/2018 | $ 38.80 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/4/2018 | $ 996.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/11/2018 | $ 986.58 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/18/2018 | $ 711.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/25/2018 | $ 36,176.00 | Common Ownership | Loan to entity |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/25/2018 | $ 825.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/31/2018 | $ 296.28 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 5/31/2018 | $ 18.72 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/1/2018 | $ 2,464.58 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/8/2018 | $ 1,136.96 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/13/2018 | $ 339.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/15/2018 | $ 1,173.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/22/2018 | $ 1,977.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/29/2018 | $ 1,357.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 6/30/2018 | $ 67.41 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/3/2018 | $ 296.62 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/3/2018 | $ (296.62) | Common Ownership | Reversal of expense payment by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/6/2018 | $ 1,053.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/24/2018 | $ 2,097.20 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/24/2018 | $ 225.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/24/2018 | $ (2,097.20) | Common Ownership | Reversal of expense payment by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/24/2018 | $ (225.00) | Common Ownership | Reversal of expense payment by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/26/2018 | $ 66.20 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/26/2018 | $ (66.20) | Common Ownership | Reversal of expense payment by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/27/2018 | $ 673.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/31/2018 | $ 256.16 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/31/2018 | $ 138.84 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/31/2018 | $ 2,540.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/31/2018 | $ 1,270.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/31/2018 | $ (256.16) | Common Ownership | Reversal of expense payment by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/31/2018 | $ (138.84) | Common Ownership | Reversal of expense payment by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/31/2018 | $ (2,540.00) | Common Ownership | Reversal of expense payment by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 7/31/2018 | $ (1,270.00) | Common Ownership | Reversal of expense payment by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/1/2018 | $ (366.50) | Common Ownership | Reversal of expense payment by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/1/2018 | $ (38.80) | Common Ownership | Reversal of expense payment by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/1/2018 | $ (296.28) | Common Ownership | Reversal of expense payment by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/3/2018 | $ 456.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/10/2018 | $ 1,224.08 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/17/2018 | $ 1,146.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/24/2018 | $ 1,146.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/31/2018 | $ 1,700.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/31/2018 | $ 8.99 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 8/31/2018 | $ 1,184.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/7/2018 | $ 842.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/21/2018 | $ 1,342.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/28/2018 | $ 220.06 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/28/2018 | $ 18.72 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/28/2018 | $ 24.37 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 9/28/2018 | $ 747.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/5/2018 | $ 1,250.96 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/12/2018 | $ 538.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/5/2018 | $ 1,250.96 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/12/2018 | $ 538.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/19/2018 | $ 228.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/26/2018 | $ 152.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/31/2018 | $ 72.26 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/31/2018 | $ 478.87 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/31/2018 | $ 100.65 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/31/2018 | $ 105.20 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/31/2018 | $ 320.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 10/31/2018 | $ 360.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/2/2018 | $ 1,646.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/9/2018 | $ 59.72 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/9/2018 | $ 1,354.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/16/2018 | $ 1,770.46 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/23/2018 | $ 1,354.40 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 11/30/2018 | $ 1,327.44 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/7/2018 | $ 404.40 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/14/2018 | $ 936.40 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/18/2018 | $ 1,012.40 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/28/2018 | $ 252.40 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/31/2018 | $ 230.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 12/31/2018 | $ 790.00 | Common Ownership | Entity expenses paid by MCM |
| 6201 of Miami, LLC 6201 SW 70th Street, FL 2 Miami, FL 33143 | 1/11/2019 | $ 860.40 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| 6201 of Miami, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 1/18/2019 | $ 648.92 | Common Ownership | Entity expenses paid by MCM |
| TOTAL | | $ 238,768.55 | | |
| 831 Center, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 5/30/2017 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 831 Center, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 12/21/2017 | $ 18.00 | Common Ownership | Entity expenses paid by MCM |
| 831 Center, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 1/31/2018 | $ 138.75 | Common Ownership | Entity expenses paid by MCM |
| 831 Center, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 5/1/2018 | $ 10,657.08 | Common Ownership | Entity expenses paid by MCM |
| 831 Center, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 5/18/2018 | $ 57.00 | Common Ownership | Entity expenses paid by MCM |
| 831 Center, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 5/31/2018 | $ 13.75 | Common Ownership | Entity expenses paid by MCM |
| 831 Center, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 6/11/2018 | $ 397.05 | Common Ownership | Entity expenses paid by MCM |
| 831 Center, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 6/26/2018 | $ (13.75) | Common Ownership | Reversal of expense payment by MCM |
| 831 Center, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 6/29/2018 | $ 1,350.00 | Common Ownership | Entity expenses paid by MCM |
| TOTAL | | $ 12,761.63 | | |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 2/3/2017 | $ 76.00 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 2/10/2017 | $ 38.00 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 3/3/2017 | $ 85.50 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 4/7/2017 | $ 199.50 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 4/21/2017 | $ 152.00 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 4/28/2017 | $ 513.00 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 5/5/2017 | $ 484.50 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 5/30/2017 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 5/30/2017 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 5/31/2017 | $ 88.79 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 5/31/2017 | $ 59.72 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 6/30/2017 | $ 859.00 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 7/14/2017 | $ 171.00 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 7/28/2017 | $ 285.00 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC<br>6201 SW 70th Street, FL 2<br>Miami. FL 33143 | 8/4/2017 | $ 76.00 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 8/9/2017 | $ 293.42 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 12/30/2017 | $ 819.88 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 1/31/2018 | $ 247.84 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 1/31/2018 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 1/31/2018 | $ 143.75 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 2/9/2018 | $ 171.00 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 3/30/2018 | $ 110.25 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 3/30/2018 | $ 20.64 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 3/30/2018 | $ 279.00 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 3/30/2018 | $ 8.59 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 3/30/2018 | $ 258.92 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 3/30/2018 | $ 6.15 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 4/30/2018 | $ 299.07 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 4/30/2018 | $ 222.63 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 4/30/2018 | $ 250.98 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 5/18/2018 | $ 47.50 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 5/31/2018 | $ 491.38 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 6/29/2018 | $ 89.00 | Common Ownership | Entity expenses paid by MCM |
| 129 Leoni, LLC 6201 SW 70th Street, FL 2 Miami. FL 33143 | 6/30/2018 | $ 75.50 | Common Ownership | Entity expenses paid by MCM |
| **TOTAL** | | **$ 7,354.76** | | |
| | | | | |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida Citv. FL 33034 | 1/31/2017 | $ 32,645.66 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida Citv. FL 33034 | 1/31/2017 | $ 80,539.59 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida Citv. FL 33034 | 2/28/2017 | $ 32,593.26 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida Citv. FL 33034 | 3/31/2017 | $ 6,140.76 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida Citv. FL 33034 | 4/30/2017 | $ 6,479.97 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida Citv. FL 33034 | 5/1/2017 | $ (60,000.00) | Common Ownership | Payment from entity |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida Citv. FL 33034 | 5/31/2017 | $ 27,317.14 | Common Ownership | Equipment management fee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 5/31/2017 | $ 205,694.20 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 6/29/2017 | $ 90,678.93 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 6/30/2017 | $ 11,277.46 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 7/1/2017 | $ (90,199.50) | Common Ownership | Payment from entity |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 7/31/2017 | $ 10,296.42 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 7/31/2017 | $ (19,485.66) | Common Ownership | Payment from entity |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 8/31/2017 | $ 12,476.18 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 8/31/2017 | $ (10,874.56) | Common Ownership | Payment from entity |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 9/30/2017 | $ 17,731.87 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 10/6/2017 | $ 14,601.00 | Common Ownership | Payment of loan closing costs |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 10/30/2017 | $ (53,978.36) | Common Ownership | Payment from entity |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 10/31/2017 | $ 39,836.55 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 10/31/2017 | $ 397,113.07 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 11/28/2017 | $ 40,512.00 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 11/30/2017 | $ 46,971.11 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 11/30/2017 | $ 310,986.50 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 12/28/2017 | $ 431,042.50 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 12/31/2017 | $ 44,510.19 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 12/31/2017 | $ (117,602.83) | Common Ownership | Payment from entity |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 12/31/2017 | $ 92,827.00 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 1/31/2018 | $ 16,904.80 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 1/31/2018 | $ 83,442.76 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 1/31/2018 | $ 299,431.51 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 2/21/2018 | $ 105,000.00 | Common Ownership | Loan to entity |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 2/28/2018 | $ 14,751.08 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 2/28/2018 | $ 453,858.81 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 3/31/2018 | $ 16,085.33 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 4/23/2018 | $ 6,000.00 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 4/30/2018 | $ 17,097.65 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 4/30/2018 | $ 466,410.13 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 4/30/2018 | $ 402,703.16 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 4/30/2018 | $ (75,235.96) | Common Ownership | Payment from entity |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 5/30/2018 | $ 288,136.71 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 5/31/2018 | $ 18,697.65 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 6/30/2018 | $ 12,782.76 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 7/1/2018 | $ (4,199.56) | Common Ownership | Payment from entity |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 7/13/2018 | $ 9,890.00 | Common Ownership | Entity expenses paid by MCM |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 7/31/2018 | $ 14,862.76 | Common Ownership | Equipment management fee |
| Florida Concrete Products, LLC 15900 SW 408 ST Florida City. FL 33034 | 8/31/2018 | $ 17,222.76 | Common Ownership | Equipment management fee |
| **TOTAL** | | **$ 3,763,972.80** | | |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/31/2017 | $ 106,758.08 | Common Ownership | Equipment usage fee |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 2/28/2017 | $ 106,758.08 | Common Ownership | Equipment usage fee |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 3/9/2017 | $ 4,530,728.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 3/10/2017 | $ 1,751,673.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 3/31/2017 | $ 106,758.08 | Common Ownership | Equipment usage fee |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 4/30/2017 | $ 106,758.08 | Common Ownership | Equipment usage fee |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 5/31/2017 | $ 106,758.08 | Common Ownership | Equipment usage fee |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 6/22/2017 | $ 1,000,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 6/30/2017 | $ 106,758.08 | Common Ownership | Equipment usage fee |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 8/1/2017 | $ 500,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 10/5/2017 | $ 500,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 10/5/2017 | $ 21.40 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 10/19/2017 | $ 150,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 10/20/2017 | $ 200,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 10/27/2017 | $ 250,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 11/1/2017 | $ 21.40 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 11/1/2017 | $ 32,610.24 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 11/29/2017 | $ 180,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 12/7/2017 | $ 370,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 12/13/2017 | $ 557,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 12/22/2017 | $ 2,770.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 12/22/2017 | $ 8,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 12/22/2017 | $ 5,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 12/22/2017 | $ 50,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 12/22/2017 | $ 85,937.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 12/22/2017 | $ 5,000.01 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 12/22/2017 | $ 6,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 12/22/2017 | $ 8,000.01 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 12/22/2017 | $ 30,000.00 | Common Ownership | Loan to entity |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 12/27/2017 | $ 150,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 12/31/2017 | $ 1,765,987.00 | Common Ownership | 2017 expense allocation to entity for back office services and mandatory IRS royalties |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 12/31/2017 | $ 508,907.44 | Common Ownership | Loan to entity |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/2/2018 | $ 3,500.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/2/2018 | $ 15,500.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/2/2018 | $ 7,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/2/2018 | $ 12,230.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/2/2018 | $ 42,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/2/2018 | $ 10,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/3/2018 | $ 5,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/3/2018 | $ 500.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/3/2018 | $ 7,500.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/3/2018 | $ 7,500.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/3/2018 | $ 7,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/3/2018 | $ 15,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/3/2018 | $ 5,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/3/2018 | $ 60,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/3/2018 | $ 10,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/3/2018 | $ 9,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 1/3/2018 | $ 18,568.20 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/3/2018 | $ 5,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/3/2018 | $ 6,291.60 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/3/2018 | $ 10,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/3/2018 | $ 100,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/3/2018 | $ 7,500.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/3/2018 | $ 3,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/3/2018 | $ 4,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 3,750.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 672.75 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 8,823.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 1,400.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 2,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 4,852.73 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 248,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 2,183.10 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 1,620.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 10,669.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 4,500.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 707.06 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 16,894.60 | Common Ownership | Entity expenses paid by MCM |

| COMPOSITE EXHIBIT SOFA #30 | | | | |
|---|---|---|---|---|
| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 662.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 4,147.45 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 1,940.63 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 14,205.73 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/8/2018 | $ 767.98 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/10/2018 | $ 626.80 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/10/2018 | $ 7,027.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/10/2018 | $ 263,471.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/10/2018 | $ 6,951.98 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/10/2018 | $ 414.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/10/2018 | $ 19,684.52 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/11/2018 | $ 24,356.63 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/12/2018 | $ 3,407.22 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/12/2018 | $ 37,237.19 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/12/2018 | $ 1,500.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/12/2018 | $ 13,757.30 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/12/2018 | $ 12,565.88 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/12/2018 | $ 20,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/17/2018 | $ 97,474.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco. Panama. Panama | 1/17/2018 | $ 14,072.67 | Common Ownership | Entity expenses paid by MCM |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/17/2018 | $ 7,644.56 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/25/2018 | $ 488,120.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/25/2018 | $ 100,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/25/2018 | $ 50,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/25/2018 | $ 75,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/25/2018 | $ 100,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/25/2018 | $ 20,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/25/2018 | $ 403,925.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/25/2018 | $ 60,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/25/2018 | $ 290,100.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/25/2018 | $ 37,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/26/2018 | $ 10,926.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/26/2018 | $ 1,455.70 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/26/2018 | $ 25,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/26/2018 | $ 231.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/26/2018 | $ 1,250.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/26/2018 | $ 954.61 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/26/2018 | $ 10,250.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 1/26/2018 | $ 3,541.70 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 2/7/2018 | $ 227,273.00 | Common Ownership | Loan to entity |

**COMPOSITE EXHIBIT SOFA #30**

| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
|---|---|---|---|---|
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 2/28/2018 | $      102,736.00 | Common Ownership | Management Fees |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 3/5/2018 | $        18,310.41 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 3/29/2018 | $          7,797.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 3/31/2018 | $        35,017.00 | Common Ownership | Management Fees |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 4/30/2018 | $        25,049.00 | Common Ownership | Management Fees |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 5/9/2018 | $        16,712.77 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 5/21/2018 | $      110,000.00 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 5/31/2018 | $        21,146.77 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 5/31/2018 | $        36,458.09 | Common Ownership | Management Fees |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 5/31/2018 | $        10,751.35 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 5/31/2018 | $          5,351.26 | Common Ownership | Entity expenses paid by MCM |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 5/31/2018 | $             750.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 6/7/2018 | $          4,280.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 6/8/2018 | $        62,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 6/30/2018 | $        51,907.89 | Common Ownership | Management Fees |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 7/2/2018 | $        54,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 7/10/2018 | $        50,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 7/13/2018 | $        28,000.00 | Common Ownership | Loan to entity |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 7/31/2018 | $        41,703.11 | Common Ownership | Management Fees |
| MCM Global, S.A. Edificio Banistmo, Piso 3 Calle 50 y Calle 77 San Francisco, Panama, Panama | 10/31/2018 | $        14,937.00 | Common Ownership | Management Fees |

| COMPOSITE EXHIBIT SOFA #30 | | | | |
|---|---|---|---|---|
| Name and Address of Insider | Date | Amount | Relationship to Debtor | Description |
| MCM Global, S.A.<br>Edificio Banistmo, Piso 3<br>Calle 50 y Calle 77<br>San Francisco, Panama, Panama | 11/30/2018 | $        10,558.67 | Common Ownership | Management Fees |
| TOTAL | | $   **17,129,773.89** | | |
| | | | | |
| | | $   21,328,714.41 | | |