UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Chapter 11 Case

MAGNUM CONSTRUCTION MANAGEMENT,               Case No. 19-12821-BKC-AJC
LLC, f/k/a Munilla Construction Management, LLC,

       Debtor.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jesus M. Suarez, Esq. and the law firm of Genovese Joblove & Battista, P.A., hereby enter their appearance as counsel on behalf of Jorge Munilla, Pedro Munilla, Juan Munilla and Raul Munilla.  In accordance with Bankruptcy Rule 2002 and Local Rule 2002-1, all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtor, or any other party in interested, upon said counsel.  In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

**Jesus M. Suarez, Esq.**
**GENOVESE JOBLOVE & BATTISTA, P.A.**
**100 SE Second Street, 44th Floor**
**Miami, FL  33131**
**Tel. No. (305) 349-2300**
**JSUAREZ@GJB-LAW.COM**

Dated:     March 5, 2019           GENOVESE JOBLOVE & BATTISTA, P.A.
                                   *Counsel for Jorge Munilla, Pedro Munilla,*
                                   *Juan Munilla and Raul Munilla*
                                   100 Southeast Second Street, 44th Floor
                                   Miami, Florida  33131
                                   Tel:  (305) 349-2300
                                   Fax: (305) 349-2310

                                   By:      /s/ *Jesus M. Suarez*
                                          Jesus M. Suarez
                                          Florida Bar No. 60086
                                          JSUAREZ@GJB-LAW.COM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Notice was served via CM/ECF upon all interested parties registered to receive electronic notification on this case via as indicated on the Service List below on March 5, 2019.

By: /s/ *Jesus M. Suarez*
Jesus M. Suarez

## SERVICE LIST

*Notice will be electronically served via CM/ECF upon:*

Alberta L. Adams on behalf of Creditor Travelers Casualty and Surety Company of America
aadams@mpdlegal.com, lpeterson@mpdlegal.com

Paul A Avron, Esq. on behalf of Debtor Magnum Construction Management, LLC
pavron@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mday@bergersingerman.com

Dustin C Blumenthal on behalf of Interested Party Greenwich Insurance Company
dblumenthal@goldbergsegalla.com

Dustin C Blumenthal on behalf of Interested Party Indian Harbor Insurance Company
dblumenthal@goldbergsegalla.com

Dustin C Blumenthal on behalf of Interested Party XL Insurance America, Inc.
dblumenthal@goldbergsegalla.com

Dustin C Blumenthal on behalf of Interested Party XL Specialty Insurance Company
dblumenthal@goldbergsegalla.com

Timothy W Brink on behalf of Creditor Greenwich Insurance Company
tbrink@mpslaw.com, crampich@mpslaw.com

Timothy W Brink on behalf of Creditor Indian Harbor Insurance Company
tbrink@mpslaw.com, crampich@mpslaw.com

Timothy W Brink on behalf of Creditor XL Insurance America, Inc.
tbrink@mpslaw.com, crampich@mpslaw.com

Timothy W Brink on behalf of Creditor XL Specialty Insurance Company
tbrink@mpslaw.com, crampich@mpslaw.com

3

Jordi Guso, Esq. on behalf of Debtor Magnum Construction Management, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Patrick M Mosley, Esq. on behalf of Creditor Berkshire Hathaway Specialty Insurance
pmosley@hwhlaw.com, telam@hwhlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Angela J Wallace on behalf of Creditor Broward County
ajwallace@broward.org, swulfekuhle@broward.org