

**ORDERED in the Southern District of Florida on March 11, 2019.**

_____

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Chapter 11 Case

MAGNUM CONSTRUCTION MANAGEMENT,          Case No.: 19-12821-BKC-AJC
LLC f/k/a Munilla Construction Management, LLC, [1]

     Debtor.
_____/

**AGREED ORDER MODIFYING THE AUTOMATIC STAY**
**SOLELY TO ALLOW MEDIATION**

**THIS MATTER** came before the Court on the 6th day of March, 2019 at 2:30 p.m. in Miami,

Florida (the "First Day Hearings") to consider the "first day" applications and motions filed by the

Debtor.   During the court of the First Day Hearings, the Debtor advised the Court of its willingness

to participate in a mediation of the cases that are pending against the Debtor and others in Miami-

Dade Circuit Court relating to the collapse of the FIU Pedestrian Bridge.    The mediation is

scheduled to occur on March 20, 2019 before John Freud, the mediator appointed by the Circuit

Court (the "Mediation").

Based on the consent of the Debtor, it is hereby

**ORDERED** that:

1.      The automatic stay is modified solely to allow the Mediation to proceed and to permit the Debtor to participate in the Mediation.

2.      In all other respects the automatic stay imposed by 11 U.S.C. Section 362(a) remains in full force and effect.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Paul A. Avron, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  pavron@bergersingerman.com

Copies furnished to:
Jordi Guso, Esq.
*(Attorney Guso is directed to serve a signed copy of this Order upon all interested parties and to file a Certificate of Service with the Court.)*

---

[1]    The Debtor's address is 6201 SW 70th Street, 1st Floor, Miami, FL 33143.  The last four digits of the Debtor's federal tax identification number are 3403.

8970179-1