**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 19-12821-AJC |
| | Chapter 11 |

MAGNUM CONSTRUCTION MANAGEMENT, LLC

       Debtor (s)       /

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY
VELTA YOUNG, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF BOBIE YOUNG, DECEASED PURSUANT TO
11 U.S.C. §362(d) AND FED.R.BANKKR.P.P.4001(a)**

COMES NOW, VELTA YOUNG ("YOUNG") by and through the undersigned attorney and files this Motion for Relief From the Automatic Stay ("Motion"), and pursuant to 11 U.S.C. §362(d) seeks an Order terminating, modifying or conditioning the Automatic Stay by §362(a) of Title 11, United States Code, to permit Young to continue and otherwise pursue the Estate's rights and remedies with respect to injuries and/or wrongful death suffered by the decedent at the Debtor's Premises and /or was doing contractor work at the subject premises and show as follows:

A.    **INTRODUCTION:**

This Motion is made pursuant to 11 U.S.C. §362(d)(1)&(2) of the Bankruptcy Code and pursuant to FED.R.BANK.P.P 4001 and 9014. This Motion is made on the grounds that (i) Movant is entitled to establish liability against the Debtor and liquidate her claim; (ii) pursue recovery or judgment against insurance proceeds.

B.    **STATEMENT OF FACTS:**

1.The debtor filed a voluntary Suggestion of Bankruptcy under U.S.C. Chapter 11 on March 1, 2019.

2.The Debtor states that an Order for Relief was entered on March 1, 2019, of the United States Bankruptcy Court for the Southern District of Florida, Miami Division, under case number 19-12821-AJC and that the action pending herein against it is automatically stayed pursuant to 11 U.S.C. §362(a).

3.Young is a creditor of the debtor due a wrong ful death suffered by her husband, Bobie Young, when debtor negligently failed to maintain construction premises resulting in the death of her husband.

4. Shortly before the filing of the Chpater11 Suggestion, Young had filed the lawsuit in Circuit Court under Case No.: 18-009434-09 on April 18, 2018 and was ready to proceed with litigation against the debtor.

C.    **RELIEF FROM STAY PURSUANT TO 11 U.S.C. §363(d)(1) AND (2)**

5. YOUNG seeks, pursuant to 11.S.C.§362(d)(1) and (2), relief from stay in order to proceed with litigation against the Debtor for the purpose of liquidating its negligence claim and proceed with

recovery against the debtor's insurance coverage. Furthermore, to the extent that such insurance coverage is inadequate to cover Young's claim, then young seeks to preserve the Estate's rights by filing a proof of claim reflecting the deficiency of such insurance coverage.

6. Additionally, YOUNG would show that the Estate would be prejudicially harmed if the Stay remains in place because the estate would be unable continue suit against the Debtor, proceed with discovery and preserve the testimony and documentary evidence which is necessary for any recovery against the debtor and its insurance carrier.

**D. CERTIFICATION PURSUANT TO LOCAL RULE 9073-1(D)**

7. I hereby certify that I have contacted counsel for the Debtor, Paul A. Avron, Esquire via email at pavron@bergersingerman.com .

WHEREFORE, Young respectfully requests that this Honorable Court enter an Order (I) granting the relief requested in the Motion and terminating the automatic stay imposed by 11 U.S.C. §362(a); (ii) permit Young to proceed with ligation against the debtor an its insurance carrier in order to liquidate the Estate's Claim; (iii) obtain a judgment and pursue and all rights and remedies with respect to collection of that judgment and pursue any and all rights and remedies with respect to collection of that judgment against the debtor's insurance carrier to the extent of the policy limits of any such coverage provided to the Debtor; and (iv) grant such other relief this court deems just and proper.

Dated: March 18, 2019

       **/S/ Efrain Cortes**
       Efrain Cortes, Esq.
       FBN.: 0885649
       POB 590173
       Ft. Lauderdale, FL 33359
       (954) 486-5722
       Efrain@ecglawyer.com