**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

MAGNUM CONSTRUCTION MANAGEMENT[1],     Case No. 19-12821-BKC-AJC
LLC f/k/a/ Munilla Construction Management, LLC

           Debtor.                 Chapter 11

_____/

**AGREED EX-PARTE MOTION FOR STAY RELIEF**
**TO PROCEED WITH MEDIATION ONLY TO EXTENT OF**
**LIMITED INSURANCE COVERAGE FOR MATTER THAT IS SEPARATE FROM**
**AND PRE-DATES INSURANCE POLICY IN EFFECT FOR THE FIU BRIDGE CASES**

Creditor, Alejandro Ramirez ("Movant"), though undersigned counsel, moves on an **agreed, ex-parte** basis pursuant to Local Rule 9013-1, for an order granting limited stay relief to allow Movant to proceed with mediation to resolve a claim arising from an April 8, 2017 incident, which is separate from, and pre-dates, the insurance policy in effect on the FIU bridge cases.

Movant is willing to proceed to resolve the claim within the $2 million primary insurance policy applicable to the claim, in which only the first layer of that insurance would be triggered.

There is a mediation scheduled for April 17, 2019 among Movant, the Debtor and the Debtor's insurance carrier, and all parties wish to proceed with the mediation.

Pursuant to Local Rule 9013-1, this motion may be considered on an ex-parte basis, as Movant certifies that the Debtor has consented to the requested relief, in which the Movant is seeking to resolve the claim to the extent of applicable insurance coverage and will resolve the claim within such policy limits, and without seeking any claim against the bankruptcy estate.

---

[1] The Debtor's address is 6201 SW 70th Street, 1st Floor, Miami, FL 33143. The last four digits of the Debtor's federal tax identification number are 3403.

All parties have agreed to proceed with the mediation, and are seeking a comfort order from the Bankruptcy Court that limited relief from the automatic stay is granted to conduct the mediation and resolve the claim with the insurance policy limits.

A proposed form of order is attached to this motion as **Exhibit A**.

WHEREFORE, the Movant requests the Court on an agreed, ex parte basis to grant relief from the automatic stay solely to permit the April 17, 2019 mediation to proceed with the applicable insurance carrier for a claim that pre-dates the FIU bridge cases, and in which the Movant agrees to resolve the claim within the applicable insurance policy limit without asserting any claim against the bankruptcy estate.

Dated: March 28, 2019     Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON, LLP**
*Counsel for Movant, Alejandro Ramirez*
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Tel.:    (305) 372-1800
Fax:    (305) 372-3508
Email: clc@kttlaw.com

By: /s/ Corali Lopez-Castro
      Corali Lopez-Castro
      Florida Bar No. 863830

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case.

By: /s/ Corali Lopez-Castro
      Corali Lopez-Castro

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

MAGNUM CONSTRUCTION MANAGEMENT[1],      Case No. 19-12821-BKC-AJC
LLC f/k/a/ Munilla Construction Management, LLC

        Debtor.      Chapter 11

_____/

**AGREED ORDER GRANTING THE**
**AGREED EX-PARTE MOTION FOR STAY**
**RELIEF TO PROCEED WITH MEDIATION ONLY**
**TO EXTENT OF LIMITED INSURANCE COVERAGE**
**FOR MATTER THAT IS SEPARATE FROM AND PRE-DATES**
**INSURANCE POLICY IN EFFECT FOR THE FIU BRIDGE CASES**

      On March 27, 2019, Creditor, Alejandro Ramirez ("Movant"), filed a motion on an agreed ex-parte basis pursuant to Local Rule 9013-1, for an order granting limited stay relief to allow Movant to proceed with mediation currently scheduled for April 17, 2019 to resolve a claim arising from an April 8, 2017 incident, which is separate from, and pre-dates, the insurance policy in effect

---

[1] The Debtor's address is 6201 SW 70th Street, 1st Floor, Miami, FL 33143. The last four digits of the Debtor's federal tax identification number are 3403.

on the FIU bridge cases (the "Motion").  The Motion also provided that the Movant is willing to proceed to resolve the claim within the $2 million primary insurance policy applicable to the claim, in which only the first layer of that insurance would be triggered, and without asserting any claim against the bankruptcy estate.  Based on the Debtor's consent to the relief sought, and the agreement of the parties affected by the relief requested, including all parties to participate in the mediation, the Court determines "cause" has been shown to grant the limited relief from stay requested in the Motion.  There it is –

    **ORDERED** as follows:

    1.    The Movant's Motion for limited stay relief to proceed with the mediation currently scheduled for April 17, 2019 to resolve a claim arising from an April 8, 2017 incident, which is separate from, and pre-dates, the insurance policy in effect on the FIU bridge cases is GRANTED as set forth herein.

    2.    Such limited stay relief is granted based on the Debtor's consent and all parties desiring to proceed with mediation, as well as the Movant's agreement to resolve the Movant's claim within the applicable policy limits without pursuing any claims against the bankruptcy estate.

    3.    In all other respects the automatic stay remains in full force and effect.

    4.    The Court retains exclusive jurisdiction to interpret or enforce the terms of this Order.

###

Submitted by:    Corali Lopez-Castro, Esq.
                   Kozyak Tropin & Throckmorton
                   2525 Ponce De Leon, 9th Floor
                   Miami, Florida 33134
                   Telephone:  305-372-1800
                   Facsimile:  305-372-3508
                   E-mail:       clc@kttlaw.com

Copies furnished to:

Coral Lopez-Castro, Esq.

[Attorney Lopez-Castro is directed to serve copies of this order on all interested parties and to file a certificate of service]