

**ORDERED in the Southern District of Florida on March 29, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:

MAGNUM CONSTRUCTION MANAGEMENT[1],            Case No. 19-12821-BKC-AJC
LLC f/k/a/ Munilla Construction Management, LLC

            Debtor.            Chapter 11

_____/

**AGREED ORDER GRANTING THE
AGREED EX-PARTE MOTION FOR STAY
RELIEF TO PROCEED WITH MEDIATION ONLY
TO EXTENT OF LIMITED INSURANCE COVERAGE
FOR MATTER THAT IS SEPARATE FROM AND PRE-DATES
INSURANCE POLICY IN EFFECT FOR THE FIU BRIDGE CASES**

On March 27, 2019, Creditor, Alejandro Ramirez ("Movant"), filed a motion on an agreed ex-parte basis pursuant to Local Rule 9013-1, for an order granting limited stay relief to allow Movant to proceed with mediation currently scheduled for April 17, 2019 to resolve a claim arising from an April 8, 2017 incident, which is separate from, and pre-dates, the insurance policy in effect

---

[1] The Debtor's address is 6201 SW 70th Street, 1st Floor, Miami, FL 33143. The last four digits of the Debtor's federal tax identification number are 3403.

on the FIU bridge cases (the "Motion").  The Motion also provided that the Movant is willing to proceed to resolve the claim within the $2 million primary insurance policy applicable to the claim, in which only the first layer of that insurance would be triggered, and without asserting any claim against the bankruptcy estate.  Based on the Debtor's consent to the relief sought, and the agreement of the parties affected by the relief requested, including all parties to participate in the mediation, the Court determines "cause" has been shown to grant the limited relief from stay requested in the Motion.  There it is –

**ORDERED** as follows:

1. The Movant's Motion for limited stay relief to proceed with the mediation currently scheduled for April 17, 2019 to resolve a claim arising from an April 8, 2017 incident, which is separate from, and pre-dates, the insurance policy in effect on the FIU bridge cases is GRANTED as set forth herein.

2. Such limited stay relief is granted based on the Debtor's consent and all parties desiring to proceed with mediation, as well as the Movant's agreement to resolve the Movant's claim within the applicable policy limits without pursuing any claims against the bankruptcy estate.

3. In all other respects the automatic stay remains in full force and effect.

4. The Court retains exclusive jurisdiction to interpret or enforce the terms of this Order.

###

Submitted by:	Corali Lopez-Castro, Esq.
	Kozyak Tropin & Throckmorton
	2525 Ponce De Leon, 9th Floor
	Miami, Florida 33134
	Telephone:  305-372-1800
	Facsimile:  305-372-3508
	E-mail:	clc@kttlaw.com

Copies furnished to:

Coral Lopez-Castro, Esq.

[Attorney Lopez-Castro is directed to serve copies of this order on all interested parties and to file a certificate of service]