

**ORDERED in the Southern District of Florida on April 12, 2019.**

_____

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                        Case No: 19-12821-AJC

MAGNUM CONSTRUCTION MANAGEMENT, LLC,                          Chapter 11

     Debtor(s)
_____/

### AGREED ORDER DENYING VELTA YOUNG'S
### AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter coming to be heard on the *Amended Motion for Relief from the Automatic Stay by Velta Young, Individually and as Personal Representative of the Estate of Bobie Young, Deceased Pursuant to 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a)* (DE 116) (the "Motion"); counsel for the movant having advised the Court that, in light of the objections to the Motion filed by the Debtor and Greenwich Insurance Company (DE 149 and 156), the movant desires and the Debtor and Greenwich Insurance Company have agreed that the Motion be denied without prejudice; and the Court having considered the Motion, the objections thereto, and the representations of counsel for the movant, and good and sufficient cause appearing therefor, it is

**ORDERED** that the Motion is denied without prejudice.

### ###

Submitted by:
Law Offices of Efrain Cortes, LLC
POB 590173
Ft. Lauderdale, FL  33359
(954) 486-5722
(954) 765-6345 fax

Efrain Cortes, is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.