

**ORDERED in the Southern District of Florida on May 8, 2019.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| MAGNUM CONSTRUCTION MANAGEMENT, LLC f/k/a Munilla Construction Management, LLC,1 | Case No.: 19-12821-AJC |
| Debtor. _____/ | |

**ORDER GRANTING DEBTOR'S MOTION TO LIMIT NOTICE WITH RESPECT TO (I) MOTIONS TO APPROVE SETTLEMENTS OR COMPROMISES FILED ON NEGATIVE NOTICE; AND (II) NOTICES OF HEARINGS OF MOTIONS TO APPROVE SETTLEMENTS OR COMPROMISES NOT FILED ON <u>NEGATIVE NOTICE</u>**

**THIS MATTER** came before the Court on the 8th day of May 2019 at 2:30 p.m., in Miami, Florida, upon the *Debtor's Motion to Limit Notice With Respect to (I) Motions to Approve Settlements or Compromises Filed on Negative Notice; and (II) Notices of Hearings of Motions to Approve Settlements or Compromises Not Filed on Negative Notice* (the "<u>Motion</u>") [ECF No. 194] filed by the above-captioned debtor-in-possession (the "<u>Debtor</u>"). The Court has jurisdiction

9050853-1

over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors. Proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary. Upon review of the record before the Court, good and sufficient cause exists to grant the relief requested. Accordingly, it is

**ORDERED** as follows:

1. The Motion is **GRANTED.**

2. The Debtor is authorized to limit notice of (i) motions seeking approval of a compromise or settlement under Bankruptcy Rule 9019, filed on negative notice pursuant to Local Rule 9013-1(D); and (ii) hearings to consider motions seeking approval of a compromise or settlement under Bankruptcy Rule 9019 (whether filed on negative notice or not filed on negative notice), so that such motions and hearing notices are sufficient if served <u>only</u> upon the (i) the Master Service List[1]; (ii) all parties who are registered to receive notice in this case electronically through the Court's CM/ECF system; (iii) any party directly affected by the specific motion to approve compromise or settlement being filed; and (iv) any creditor or interested party who is not already included in the Master Service List or receiving electronic notices from the Court who

---

[1] "Master Service List" is defined in the Motion, collectively, as (a) the U.S. Trustee; (b) the Debtor; (c) the Debtor's attorney; (d) any indenture trustees; (e) the members of and attorneys to any official committee established pursuant to 11 U.S.C. § 1102, and, before such appointment, the creditors shown on the Debtor's List of Twenty Largest Unsecured Creditors; (f) creditors holding claims known to be secured by property in which the estate has an interest; (g) the United States and its agencies as required by Bankruptcy Rule 2002(j); (h) those parties and attorneys who have formally requested notice by filing with the Court and serving upon Debtor's attorney a notice of appearance or request for service of notices and papers in this case; (i) any examiner or trustee (and their attorneys) appointed in this case; and (j) any parties and entities (including governmental units) previously known to the Debtor to have a particularized interest in the subject of the notice(s) required to be served.

submits a written request for such matters pursuant to the procedures set forth in paragraph 3 below (collectively, the "Settlement Notice Parties").

3. Should a creditor or party in interest who is not already included in the Master Service List and not already registered to receive notices in this case electronically through the Court's CM/ECF system, wish to receive a (i) Settlement Motion, if same is filed on negative notice pursuant to Local Rule 9013-1(D), and/or (ii) a notice of hearing on a Settlement Motion (whether such Settlement Motion was filed on negative notice or not), such creditor or interested party shall provide a written request for such motions and notices to Kurtzman Carson Consultants, LLC, Attn.: Angela Nguyen, 2335 Alaska Avenue, El Segundo, CA 90245, or by electronic transmission to MCMinfo@kccllc.com, so that such creditor will receive all future motions and notices.

# # #

Submitted by:
Jordi Guso, Esq.
Paul A. Avron, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Tel. (305) 755-9500
Fax (305) 714-4340
Email: jguso@bergersingerman.com
Email: pavron@bergersingerman.com

Copies furnished to:
Paul A. Avron, Esq.
*(Attorney Avron is directed to serve a signed copy of this Order upon all interested parties and to file a Certificate of Service with the Court.)*

3

9050853-1