

**ORDERED in the Southern District of Florida on June 13, 2019.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 19-12821-AJC

In re:

MAGNUM CONSTRUCTION MANAGEMENT          Chapter 11

    Debtor

_____

**AMENDED\* AGREED ORDER GRANTING CREDITOR JORGE SARIOL'S MOTION TO PROCEED AGAINST AVAILABLE LIMITS OF DEBTOR'S INSURANCE COVERAGE**
(CP #270)

THIS CAUSE without holding a hearing, having come before the Court on Creditor, JORGE SARIOL'S MOTION TO PROCEED AGAINST AVAILABLE LIMITS OF DEBTOR'S INSURANCE COVERAGE (CP #270) ("Motion") and the Court having been advised as to an agreement with the Insurer and Debtor, and having received no objection, and after due deliberation

\* This order amends ECF 313 to include, in paragraph 2, additional language regarding the term "Applicable Insurance Coverage."

CASE NO: Case No. 19-12821-AJC

and sufficient cause appearing, it is **ORDERED** as follows:

    1.     The Motion is granted.

    2.     The automatic stay of Section 362(a) is modified to the extent necessary to permit Movant to prosecute the State Circuit Court personal injury action to judgment or other resolution as against the Debtor as a nominal party, to liquidate his claim against the Debtor, and to seek satisfaction of any judgment or other resolution Movant may obtain solely from the proceeds of applicable insurance coverage, if any. As used in this Order, the term "applicable insurance coverage" excludes the Insurance Policies as that term is defined in *Debtor's Motion to (A) Approve Compromise and Settlement Agreement; (B) Authorize and Direct the Debtor to Enter Into and Perform Under Settlement Agreement; (C) Enjoin Certain Claims Against Certain Insurers; and (D) Grant Related Relief [ECF No. 209]*.

    3.     In connection with modification of the automatic stay as provided by this Order, Movant waives any claim he has or may have against the Debtor's bankruptcy estate.

    4.     Except as otherwise set forth herein, nothing in this Order shall limit, expand, modify, or impair the rights and obligations of the Movant, the Debtor, or any insurer under any applicable insurance policy.

    5.     The Court shall retain exclusive jurisdiction to implement, interpret, or enforce this Order.

###

Submitted by:
Russell A. Dohan, Attorney for Creditor, Jorge Sariol
DOHAN LAW, P.A.
2020 Ponce de Leon Blvd., Suite 1006
Coral Gables, FL  33134
(305)536-3400
service@godolaw.com

Russell A. Dohan, Esq. shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).