UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                          Chapter 11 Case

MAGNUM CONSTRUCTION MANAGEMENT,                          Case No.: 19-12821-AJC
LLC f/k/a Munilla Construction Management, LLC, [1]

    Debtor.
_____/

**DEBTOR'S THIRD OMNIBUS OBJECTIONS TO CLAIMS**
**(Misclassified Claims)**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

    This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. If the objection seeks to disallow your claim as a duplicate, it seeks to disallow only the claim(s) objected to in this objection, and not to any other claims that are not referred to in this objection. However, any other claims not referred to in this objection may be subject to objection on any subsequently filed objections to claims.

    If you disagree with the objection or the recommended treatment, you **must** file a written response WITHIN 30 DAYS from the date of service of this objection (July 31, 2019), explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney for the Debtor, Paul A. Avron, Esq., Berger Singerman LLP, One Town Center Road, Suite 301, Boca Raton, FL 33486, OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

    If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

    The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128.

---

[1] The Debtor's address is 6201 SW 70th Street, 1st Floor, Miami, FL 33143. The last four digits of the Debtor's federal tax identification number are 3403.

9246492-1

Debtor, Magnum Construction Management, LLC (the "Debtor"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 3007 and Local Rule and 3007-1, hereby files this omnibus objection (the "Omnibus Objection") to the claims listed on the attached **Exhibits "A" through "C"** (collectively, the "Claims"), as follows:

> **Exhibit "A": Claims Misclassified as Secured Claims**: The Debtor objects to the Claims set forth on the attached Exhibit "A" insofar as they are classified as secured claims because the claims are collateralized through rights the claimants have as against a non-debtor surety, and these claimants' claims are not collateralized by any property of the bankruptcy estate. Accordingly, the Debtor seeks to reclassify the claims set forth on the attached Exhibit "A" as unsecured, non-priority claims.
>
> **Exhibit "B": Claims Misclassified as Priority Claims:** The Debtor objects to the Claims set forth on the attached Exhibit "B" on the basis that they have been misclassified, *i.e.*, claims that were filed as unsecured, priority claims are in fact unsecured, non-priority claims. There is no basis in law or fact to allow the claims set forth on Exhibit "B" as unsecured, priority claims. Accordingly, the Debtor seeks to reclassify the claims set forth on the attached Exhibit "B" as unsecured, non-priority claims.
>
> **Exhibit "C": Claims Misclassified as Secured *and* Priority Claims:** The Debtor objects to the Claims set forth on the attached Exhibit "C" insofar as they are classified as secured claims because the claims are collateralized through rights the claimants have as against a non-debtor surety, and these claimants' claims are not collateralized by any property of the bankruptcy estate. Further, the Debtor objects to the claims set forth on Exhibit "A" on the basis that they have been misclassified as unsecured, priority claims. There is no basis in law or fact to allow the claims set forth on Exhibit "C" as unsecured, priority claims. Accordingly, the Debtor seeks to reclassify the claims set forth on the attached Exhibit "C" as unsecured, non-priority claims.

The Debtor requests that the Claims set forth on Exhibits "A" through "C" be treated as noted above and that these Claims be treated as set forth herein in accordance with the Bankruptcy Code.

**All Claimants that have received this Omnibus Objection should locate their name(s) on the attached Exhibits "A" through "C" which list the claimants alphabetically**.

The Debtor reserves its rights to amend the Objection to the claim set forth herein, to

2

9246492-1

object on additional grounds not set forth herein and/or to object to any further claims not presently set forth herein. By filing this Objection, the Debtor does not waive its right to file further objections or to pursue avoidance actions or other causes of action.

**WHEREFORE**, the Debtor respectfully requests that the Court (1) treat the Claims as set forth herein, as recommended by the Debtor, without prejudice to the rights of the Debtor, or other interested party to file further objections or to pursue avoidance actions or other causes of action; and (2) grant such other and further relief as is just and appropriate.

Dated:  July 31, 2019

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel for Debtor and Debtor-in-Possession*
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By:   */s/ Paul A. Avron*
       Jordi Guso
       Florida Bar No. 863580
       jguso@bergersingerman.com
       Paul A. Avron
       Florida Bar No. 50814
       pavron@bergersingerman.com

9246492-1

# **EXHIBIT "A"**

# **EXHIBIT "A"**

| Name and Address of Claimant | Claim Number of Misclassified Claim | Amount and Classification of Misclassified Claim |
|---|---|---|
| A&B Pipe & Supply, Inc.<br>Attn.: Rachael Robbio, Credit and Collection Manager<br>6500 NW 37th Avenue<br>Miami, FL 33147 | Claim No. 166 | $23,101.31<br>(secured) |
| ABC Construction, Inc.<br>Attn.: Jorge Gonzalez, President<br>7215 NW 7th Street<br>Miami, FL 33126 | Claim No. 194 | $134,227.34<br>(secured) |
| Allegiance Crane & Equipment, LLC<br>Attn.: Donna Raine, CFO<br>777 South Andrews Avenue<br>Pompano Beach, FL 33069 | Claim No. 231 | $170,803.50<br>(secured) |
| Arazoza Brothers Corporation<br>Attn.: Matthew Maranges, Esq.<br>8000 SW 117th Avenue<br>Suite 206<br>Miami, FL 33183 | Claim No. 216 | $12,002.64<br>(secured) |
| Erosion Prevention Products, LLC<br>Attn.: Lee A. Smith<br>1100 NASA Parkway, Suite 402<br>Houston, TX 77058 | Claim No. 191 | $378,759.67<br>(secured) |
| Madina Sod Corporation<br>c/o Dan Logan, Esq.<br>360 Columbia Drive, Suite 100<br>West Palm Beach, FL 33409 | Claim No. 248 | $245,065.60<br>(secured; unsecured, non-priority) |

9246492-1

| Name and Address of Claimant | Claim Number of Misclassified Claim | Amount and Classification of Misclassified Claim |
|---|---|---|
| Paradise Awnings Corporation dba Paradise Architectural Panels and Steel<br>Attn.: Manny Alcibar, Vice-President<br>4310 NW 36th Avenue<br>Miami, FL 33142 | Claim No. 174 | $721,710.27<br>(secured) |
| Pro Sound, Inc.<br>Attn.: Steven P. Rothman, CFO<br>1375 NE 123rd Street<br>Miami, FL 33161 | Claim No. 41 | $16,992.94<br>(secured) |
| Redi-Mix Concrete<br>331 N. Main Street<br>Euless, TX 76039 | Claim No. 82 | $42,032.00<br>(secured) |
| Safety Systems Barricades Corp.<br>Matthew Shiebler, CPA<br>8180 NW 36th Street, #301<br>Doral, FL 33166 | Claim No. 76 | $15,725.00<br>(secured; unsecured, non-priority) |
| United Homecare Services, Inc.<br>c/o Duane Morris LLP<br>Attn.: Lawrence J. Kotler, Esq.<br>30 South 17th Street<br>Philadelphia, PA 19103 | Claim No. 196 | $4,055,243.67<br>(secured) |
| Van Linda Iron Works, Inc.<br>c/o Dan Logan, Esq.<br>360 Columbia Drive, Suite 100<br>West Palm Beach, FL 33409 | Claim No. 250 | $182,278.87<br>(secured) |

9246492-1

# EXHIBIT "B"

# EXHIBIT "B"

| Name and Address of Claimant | Claim Number of Misclassified Claim | Amount and Classification of Misclassified Claim |
|---|---|---|
| City of Allen, TX Utilities Dept.<br>Attn.: Gladys Ortiz, Utility Billing Supervisor<br>305 Century Parkway<br>Allen, TX 75013 | Claim No. 57 | $1,957.85<br>(unsecured, priority) |
| City of Allen, TX Utilities Dept.<br>Attn.: Gladys Ortiz, Utility Billing Supervisor<br>305 Century Parkway<br>Allen, TX 75013 | Claim No. 58 | $1,209.09<br>(unsecured, priority) |
| City of Allen, TX Utilities Dept.<br>Attn.: Gladys Ortiz, Utility Billing Supervisor<br>305 Century Parkway<br>Allen, TX 75013 | Claim No. 59 | $1,944.13<br>(unsecured, priority) |
| City of Allen, TX Utilities Dept.<br>Attn.: Gladys Ortiz, Utility Billing Supervisor<br>305 Century Parkway<br>Allen, TX 75013 | Claim No. 60 | $1,010.64<br>(unsecured, priority) |
| City of Allen, TX Utilities Dept.<br>Attn.: Gladys Ortiz, Utility Billing Supervisor<br>305 Century Parkway<br>Allen, TX 75013 | Claim No. 61 | $6,478.03<br>(unsecured, priority) |
| City of Allen, TX Utilities Dept.<br>Attn.: Gladys Ortiz, Utility Billing Supervisor<br>305 Century Parkway<br>Allen, TX 75013 | Claim No. 62 | $4,066.57<br>(unsecured, priority) |

9246492-1

| Name and Address of Claimant | Claim Number of Misclassified Claim | Amount and Classification of Misclassified Claim |
|---|---|---|
| City of Allen, TX Utilities Dept.<br>Attn.: Gladys Ortiz, Utility Billing Supervisor<br>305 Century Parkway<br>Allen, TX 75013 | Claim No. 63 | $1,003.69<br>(unsecured, priority) |
| City of Allen, TX Utilities Dept.<br>Attn.: Gladys Ortiz, Utility Billing Supervisor<br>305 Century Parkway<br>Allen, TX 75013 | Claim No. 64 | $1,003.69<br>(unsecured, priority) |
| Gomez & Son Fence Corp.<br>Attn.: Erick Gomez, General Manager<br>P.O. Box 226915<br>Miami, FL 33222 | Claim No. 85 | $4,063.69<br>(unsecured, priority) |
| Gomez & Son Fence Corp.<br>Attn.: Erick Gomez, General Manager<br>P.O. Box 226915<br>Miami, FL 33222 | Claim No. 84 | $205.75<br>(unsecured, priority) |
| Orta, Idris<br>c/o Saenz & Anderson PLLC<br>20900 NE 30th Ave., Suite 800<br>Aventura, FL 33180 | Claim No. 137 | $100,000.00<br>(unsecured, priority; unsecured, non-priority) |
| Radise International LLC<br>Attn.: Achyut Kumar Allady, CEO<br>4152 W. Blue Heron Blvd., Suite 1114<br>Riviera Beach, FL 33404 | Claim No. 242 | $21,540.50<br>(unsecured, priority) |
| University of Miami<br>Structure's and Materials Laboratory<br>Attn.: Francisco De Caso Basalo<br>1251 Memorial Drive, #308<br>Coral Gables, FL 33146 | Claim No. 112 | $1,050.00<br>(unsecured, priority) |

2

9246492-1

# **EXHIBIT "C"**

# EXHIBIT "C"

| Name and Address of Claimant | Claim Number of Misclassified Claim | Amount and Classification of Misclassified Claim |
|---|---|---|
| Hufcor, Inc.<br>Attn.: Neal Berens, VP Global Installation and Project Manager<br>2101 Kennedy Rd.<br>Janesville, WI 53545 | Claim No. 1890 | $563,444.00<br>(secured; unsecured, priority) |
| Star Quality, Inc.<br>Attn.: Denise Sanchez, Vice Presient<br>4006 W. Crest Ave.<br>Tampa, FL 33614 | Claim No. 3 | $4,679.50<br>(secured; unsecured, priority) |

9246492-1