UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Chapter 11 Case

MAGNUM CONSTRUCTION                                      Case No. 19-12821-LMI
MANAGEMENT, LLC f/k/a Munilla
Construction Management, LLC,

    Debtor.
_____/

### THE PLAN ADMINISTRATOR'S MOTION TO REOPEN CASE TO PERMIT THE DISTRIBUTION OF ADDITIONAL ASSETS

Soneet R. Kapila, Plan Administrator and Distribution Agent for the Class 6 creditors (the "Plan Administrator") as such terms are defined in the *Third Amended Chapter 11 Plan of Reorganization Proposed by Magnum Construction Management, LLC* [ECF No. 701] (the "Third Amended Plan"), by and through his undersigned counsel and pursuant to 11 U.S.C. 350(b), Federal Rule of Bankruptcy Procedure 5010, and Local Rule 5010-1(C), hereby moves to reopen the captioned bankruptcy case (the "Bankruptcy Case") to permit the distribution of additional assets received by the Plan Administration after the Court's August 11, 2023 *Order Granting the Plan Administrator's Motion for Order Closing Case* [ECF No. 1011] (the "Order Closing Case"). In support of this relief, the Plan Administrator states as follows:

### BACKGROUND

1.    On March 1, 2019, Debtor, Magnum Construction Management, LLC f/k/a Munilla Construction Management, LLC (the "Debtor"), filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code, thereby initiating the Bankruptcy Case.

2.    On December 11, 2019, the Debtor filed the Third Amended Plan [ECF No. 701] (the "Plan of Reorganization"). An amended order confirming the Third Amended Plan was thereafter

entered on January 16, 2020 [ECF No. 761] (the "Confirmation Order").

3. On December 20, 2020, a Final Decree was entered in the Bankruptcy Case [ECF No. 845] and the case was administratively closed [ECF No. 846].

4. The Third Amended Plan and the Confirmation Order, provide that all Available Avoidance Actions and D&O Claims (as such terms are defined in the Third Amended Plan) were vested in the Plan Administrator. The Plan Administrator was appointed to serve as the representative of the Debtor's estate for purposes of prosecuting and compromising all such Available Avoidance Actions and the D&O Claims for the benefit of the Class 6 Members.

5. Thus, the Court re-opened the Bankruptcy Case by Order dated July 21, 2021 to permit the prosecution and resolution of the Available Avoidance Actions and the D&O Claims, for the benefit of the Class 6 Members [ECF No. 889].

6. The Plan Administrator pursued and resolved the D&O Claims and all meritorious Available Avoidance Actions, thereby concluding the (original) process of collecting assets for the benefit of the Class 6 Members.

7. The Plan Administrator thereafter filed *The Plan Administrator's Notice of Class Six Members, Motion to Approve Proposed Distribution to Class Six, and Motion to Discharge Plan Administrator* [ECF No. 980], which motion was granted by the *Amended Order Approving the Plan Administrator's Notice of Class Six Members, and Granting Motion to Approve Proposed Distribution to Class Six, and Motion to Discharge Plan Administrator* on October 28, 2022 [ECF No. 999] (the "Distribution and Discharge Order").

8. The Distribution and Discharge Order did not provide a mechanism for administrative closure of the Bankruptcy Case. On July 14, 2023, the Plan administrator therefore filed the *Plan Administrator's Notice of Completing Distributions to Class Six Members and Motion for Order*

*Closing Case*. The Order Closing Case was thereafter entered.

9. Pursuant to the Plan of Reorganization, Unsecured Creditors in Class 6 are to receive, among other consideration, the "Irma Claim Carve-Out" which is defined as follows:

> (112) "*Irma Claim Carve-Out*" means 60% of the first $833,333 of the Net Proceeds, if any, of the Debtor's claims against the Florida Department of Transportation relating to the Hurricane Irma Emergency Recovery Project (the "Irma Claim"), not to exceed a total payment of $500,000. For purposes of the Irma Claim Carve-Out, "Net Proceeds" shall mean the gross proceeds of the Irma Claim less: (i) any retainage paid to subcontractors or suppliers (but "Net Proceeds" includes any retainage paid to and retained by MCM (i.e., retainage that is not paid to subcontractors and suppliers on the Irma Project)); (ii) attorneys' fees; and (iii) costs and expenses (including, without limitation, the cost of any experts).

*See* Plan of Reorganization at §1.1, (112) [ECF No. 701].

10. Debtor recently settled the Irma Claim (as such term is defined in the Plan of Reorganization) and transferred $500,000, the full amount of the *Irma Claim Carve-Out*, to the Plan Administrator.

**REFLIEF REQUESTED**

11. The Plan Administrator therefore requests that the Court enter an order substantially in the form attached hereto as Exhibit "1" reopening the Bankruptcy Case for the limited purpose of distributing the proceeds of the *Irma Claim Carve-Out* to the Class 6 Members *pro rata* in accordance with the distribution scheme previously approved in the Court's Distribution and Discharge Order [ECF No. 999].[1]

---

[1] The Plan Administrator intends to make a *pro rata* Distribution, based upon the net amount available for distribution after reserving for existing administrative expenses, forward-going administrative expenses, and other costs. The Plan Administrator, his financial advisors, and his counsel have agreed to waive any administrative expenses above the amount reserved and any sums remaining from the reserve will be distributed to the extent not *de minimis* as such term is defined in the Plan of Reorganization and applicable law, or, if *de minimis*, donated. The Court has previously approved this procedure and the Plan Administrator's determination that any distribution under $100 is *de minimis* and may be donated to the Bankruptcy Bar Foundation of the Bankruptcy Bar of the Southern District of Florida, or Legal Services of Greater Miami in accordance with ¶8.12 of the Plan of Reorganization. *See* Distribution and Discharge Order [ECF No. 999].

12. The Plan Administrator's Distribution to the Class 6 Members will be based on a $464,500 pool.[2] The *pro rata* Distribution to which each Class 6 Member is entitled on account of its, their, her, or his claim is reflected in Exhibit "2" (the "Distribution").[3]

13. The Plan Administrator accordingly asks that the Court grant the following relief, which relief will be incorporated in an order substantially in the form of Exhibit 1:

   i. Reopening the Bankruptcy Case for the limited purpose of distributing the proceeds of the *Irma Claim Carve-Out* to the Class 6 Members *pro rata* in accordance with the distribution scheme previously approved in the Court's Distribution and Discharge Order;

   ii. Approve the *pro rata* Distribution reflected on Exhibit 2;

   iii. Authorize and direct the Plan Administrator to make the *pro rata* Distribution reflected on Exhibit 2;

   iv. Discharge the Plan Administrator, his financial advisor, and his counsel from any and all further responsibilities and liabilities under the Third Amended Plan, the Confirmation Order, or otherwise in connection with the Bankruptcy Case;

   v. Direct that the captioned matter be re-closed upon the Plan Administrator's notice that the Distribution reflected in Exhibit 2 has been made and that all checks issued for the Distribution have cleared or, having remain uncashed for a period of 90-days from the Distribution, such checks have been cancelled and any remaining amounts donated in accordance with ¶8.12 of the Plan of Reorganization;[4] and

   vi. Grant such further relief as is deemed just and proper.

WHEREFORE, Soneet R. Kapila, Plan Administrator and Distribution Agent for the Class 6 creditors, respectfully requests that this Court: (i) grant this motion; (ii) enter an Order substantially in the form of that attached hereto as Exhibit 1; and (iii) grant such other and further relief as the Court

---

[2] The total amount available for the Distribution was calculated as follows: $500,000.00 (total amount on hand) – $35,500.00 [total incurred and unpaid administrative expense + a reserve for the estimated administrative expense to be incurred in case closing activities (collectively the "Administrative Expense Reserve"), United States Trustee fees, and miscellaneous expenses] = $464,500.00.

[3] The difference of $1,251.39 between the total sum to be distributed as reflected on Exhibit 2 ($463,248.61) and the distribution pool ($464,500.00) consists of *de minimis* distributions that will be donated in accordance with the Plan of Reorganization.

[4] As noted above, this is the same procedure as approved by the Court in the Distribution and Discharge Order [ECF No. 999].

deems just and proper.

Dated: June 12, 2025.

        Respectfully submitted,

        **YOUNG FOSTER PLLC**
        *Counsel for the Plan Administrator*
        2400 E Commercial Blvd, Suite 723
        Fort Lauderdale, Florida 33308
        Telephone:   (954) 866-3570
        Facsimile:    (954) 866-3571

        By:   /s/ *Michael C. Foster, Esq.*
             Michael C. Foster, Esq.
             Florida Bar No. 0042765
             michael@youngfoster.com
             karin@youngfoster.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 12, 2025, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by First Class U.S. mail to all remaining parties on the attached mailing service list.

        /s/ *Michael C. Foster*
        Michael C. Foster

8

**SERVICE LIST**

**19-12821-LMI Notice will be electronically mailed to:**

- **Alberta L. Adams**    aadams@mpdlegal.com, lpeterson@mpdlegal.com
- **Helen H Albee**    helen.albee@atritt.com
- **Vincent F Alexander**    vincent.alexander@lewisbrisbois.com, claudia.pena@lewisbrisbois.com, ftlemaildesig@lewisbrisbois.com
- **Tesha Allison**    tesha@tapalaw.com
- **Adam L Alpert**    aalpert@bushross.com, ebishop@bushross.com, ksprehn@bushross.com
- **Johanna Armengol**    Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
- **Kristopher Aungst**    ka@paragonlaw.miami, ka@paragonlaw.miami
- **Paul A Avron**    pavron@bergersingerman.com, efile@bergersingerman.com, efile@ecf.inforuptcy.com, mmorgan@bergersingerman.com
- **Jeffrey P. Bast**    jbast@bastamron.com, jdepina@bastamron.com, kjones@bastamron.com, jmiranda@bastamron.com, mdesvergunat@bastamron.com
- **Brian S Behar**    bsb@bgglaw.net, jgarcia@bgglaw.com
- **Chase A Berger**    bknotifications@ghidottiberger.com, gbadmin@ecf.courtdrive.com, rbecker@ghidottiberger.com
- **Mark Bonacquisti**    mark@msbankrupt.com, sonya@msbankrupt.com, kristen@msbankrupt.com, mbbankruptcy@gmail.com, Zachary@msbankrupt.com
- **Timothy R Bow**    timothy.bow@kirkland.com
- **Timothy W Brink**    tbrink@mpslaw.com, crampich@mpslaw.com
- **Dennis M. Campbell**    dcampbell@campbellmiami.com, mjohnson@campbellmiami.com, ranthony@campbellmiami.com, service@campbellmiami.com
- **David W Carickhoff**    dcarickhoff@archerlaw.com
- **Michael R. Carroll**    mcarroll@oceanbank.com, gcruz@oceanbank.com
- **Efrain Cortes**    efrain@ecglawyer.com, cristina@ecglawyer.com;efrain@ecglawyer.com, corteser87167@notify.bestcase.com
- **Adisley M Cortez Rodriguez**    Adisley.M.Cortez-Rodriguez@usdoj.gov
- **Kyle P Counce**    kyle.counce@oag.texas.gov
- **Heather A DeGrave**    hdegrave@walterslevine.com, jduncan@walterslevine.com
- **Blake J Delaney**    blake.delaney@bipc.com, kara.bernstein@bipc.com
- **Maria I. Escoto-Castiello**    Maria@mec-lawfirm.com
- **Erik B Espinosa**    espilaw@gmail.com, outsourcedparalegal@gmail.com
- **Amanda E Finley**    afinley@sequorlaw.com, ngonzalez@sequorlaw.com
- **Michael Foster**    michael@youngfoster.com
- **Robert P Frankel**    robert@frankelpa.com, documents@frankelpa.com, lana@frankelpa.com
- **Nicola A Gelormino**    ngelormino@wargofrench.com, flservice1@wargofrench.com
- **Daniel L. Gold**    daniel.gold@bipc.com
- **Daniel N Gonzalez**    dgonzalez@melandbudwick.com, ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com, ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com, efile@bergersingerman.com, efile@ecf.inforuptcy.com

9

- **Martin L Hannan** martin@martinhannanpa.com, alisha@martinhannanpa.com, hannanmr85213@notify.bestcase.com
- **Hayley G Harrison** hgerson@bastamron.com, jmiranda@bastamron.com, kjones@bastamron.com, mdesvergunat@bastamron.com
- **Ross R Hartog** rhartog@mrthlaw.com, ecfnotices@mrthlaw.com, gruiz@mrthlaw.com, mrthbkc@gmail.com, lgener@mrthlaw.com, ycandia@mrthlaw.com, rhartog@ecf.courtdrive.com
- **Monique D Hayes** moniqueh@goldmclaw.com, moniquedhayes@gmail.com, teresag@goldmclaw.com
- **Michelle Hendler** Mhendler@shutts.com, apestonit@shutts.com
- **Jose-Trelles Herrera** jtherrera@herreralawfirm.com, vtarajano@herreralawfirm.com, jmh@herreralawfirm.com
- **Andrew R Herron** aherron@homerbonner.com, jyanes@homerbonner.com
- **Michael S Hoffman** Mshoffman@hlalaw.com, hlaecf@gmail.com, cthornton@hlalaw.com, mshoffman@ecf.courtdrive.com
- **Camille J Iurillo** ciurillo@iurillolaw.com, nhawk@iurillolaw.com, gpellegrino@iurillolaw.com
- **Andrew T Jenkins** ajenkins@bushross.com, emejias@bushross.com
- **Kelly A Johnson** kaj@sdvlaw.com, charper@sdvlaw.com
- **Kelly A Johnson** kjohnson@sdvlaw.com, charper@sdvlaw.com
- **Steven C Jones** steven.jones@wilsonelser.com, anna.nowakowska@wilsonelser.com, vivian.fusco@wilsonelser.com, magali.mut@wilsonelser.com, EService.Miami@wilsonelser.com, alan.fiedel@wilsonelser.com
- **Mark Journey** mjourney@broward.org, swulfekuhle@broward.org
- **Soneet Kapila** trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- **Harris J. Koroglu** hkoroglu@shutts.com, kszolis@shutts.com, bvelapoldi@shutts.com
- **Jeffrey T. Kucera** jeffrey.kucera@klgates.com, etna.medina@klgates.com, docketing.east@klgates.com
- **Corali Lopez-Castro** clc@kttlaw.com, rcp@kttlaw.com
- **Mariela M Malfeld** mmalfeld@watttieder.com, creid@watttieder.com
- **Aleida Martinez Molina** aleida@axslawgroup.com, katherine@axslawgroup.com
- **Fernando J Menendez** fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Kenneth L Minerley** ken@minerleyfein.com, litigation@minerleyfein.com, fileclerk@minerleyfein.com, meghan@minerleyfein.com
- **Patrick M Mosley** pmosley@hwhlaw.com, telam@hwhlaw.com
- **James S Myers** jmyers@mdmc-law.com, sdavis@mdmc-law.com, sgrover@mdmc-law.com, dchavero@mdmc-law.com
- **Arthur C. Neiwirth** aneiwirthcourt@qpwblaw.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Karen B Parker** kparker@kbparkerlaw.com, fmartinez@kbparkerlaw.com
- **Edward J. Peterson III** epeterson.ecf@srbp.com, epeterson@srbp.com
- **Jerome A Pivnik** pivniklaw@aol.com, cdiezpivniklaw@aol.com
- **Patricia A Redmond** predmond@stearnsweaver.com, jmartinez@stearnsweaver.com, cgraver@stearnsweaver.com, jless@stearnsweaver.com, mfernandez@stearnsweaver.com
- **Ryan C Reinert** rreinert@shutts.com, adavis@shutts.com
- **David L Rosendorf** dlr@kttlaw.com, rcp@kttlaw.com, ycc@kttlaw.com

- **Ariel Sagre**  law@sagrelawfirm.com
- **Michael J Shuman**  mjshuman@duanemorris.com, cmackey@duanemorris.com, jfgarcia@duanemorris.com
- **Jason Slatkin**  jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com
- **Richard J Stone**  rich@rjstonelaw.com
- **Lauren L Stricker**  lauren.louise@me.com, juanitasanchez@shutts.com
- **Scott A. Underwood**  sunderwood@underwoodmurray.com, dstrand@underwoodmurray.com, msydow@underwoodmurray.com, sunderwood@ecf.courtdrive.com
- **Kimberly A Walsh**  bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov
- **James L Warren**  jwarren@cwplaw.com, apicou@cwplaw.com
- **H Elizabeth Weller**  dallas.bankruptcy@publicans.com, Dora.Casiano-Perez@lgbs.com
- **Daniel T Young**  Daniel@danielteyoung.com, admin@danielteyoung.com, dtypa.clerk@gmail.com
- **Francesco A Zincone**  fzincone@armaslaw.com

**Notice will be sent via U.S. Mail to:**

*See attached mailing matrix.*

11

```
Label Matrix for local noticing            Agricultural Land Services, Inc.          Allegiance Crane and Equipment, LLC
113C-1                                     1200 North Federal Highway                 c/o Iurillo Law Group, P.A.
Case 19-12821-AJC                          Suite 420                                  5628 Central Ave.
Southern District of Florida               Suite 420                                  St. Petersburg, FL 33707-1718
Miami                                      Boca Raton, FL 33432-2847
Thu Jun 23 16:08:33 EDT 2022

American Express Travel Related Services Com   Amman & Whitney, Inc.                 Ash Grove Cement Company
c/o Becket & Lee LLP                       c/o Daniel Gonzalez, Esq.                  c/o Scott A. Underwood, Esq.
POB 3001                                   Meland Russin & Budwick, PA                401 E. Jackson St.
Malvern, PA 19355-0701                     200 S. Biscayne Blvd.                      Suite 2400
                                           Suite 3200                                 Tampa, FL 33602-5236
                                           Miami, FL 33131-5323

Atlantic Shutters, Inc.                    Axis Insurance Company                     Bank of America, N.A.
1970 N.E. 153 Street                       c/o McElroy Deutsch Mulvaney & Carpenter   c/o Bush Ross
Bay #7                                     201 East Kennedy Boulevard                 Post Office Box 3913
North Miami Beach, FL 33162-6062           Suite 815                                  Tampa, FL 33601-3913
                                           Tampa, FL 33602-5870

Berkshire Hathaway Specialty Insurance     Brandsafway Services, LLC                  Broward County
c/o Patrick M. Mosley                      1325 Cobb International Drive              115 S. Andrews Ave. A-100
Hill Ward Henderson                        Kennesaw, GA 30152-8243                    Ft. Lauderdale, FL 33301-1888
101 E. Kennedy Blvd.
Suite 3700
Tampa, FL 33602-5195

Cadvil, LLC                                Carrfour Supportive Housing, Inc.          Carrollton-Farmers Branch ISD
c/o Erik Espinosa                          c/o Shutts & Bowen LLP                     c/o Linda D Reece
POB 453007                                 4301 W. Boy Scout Blvd., Suite 300         1919 S Shiloh Rd #310
Sunrise, FL 33345-3007                     Tampa, FL 33607-5716                       Garland, TX 75042-8293

Caterpillar Financial Services Corporation Cemex Construction Materials Florida, LLC Ceres Environmental Services, Inc.
c/o Blake J. Delaney, Esq.                 c/o Edward J. Peterson, Esq.               c/o Law Office of Daniel Te Young, P.A.
401 E. Jackson St.                         110 E. Madison St., Ste 200                1600 South Federal Highway
Suite 2400                                 Tampa, Fl 33602-4718                       Suite 570
Tampa, FL 33602-5236                                                                  Pompano Beach, FL 33062-7558

City of Homestead, Florida                 Coalition Lift, LLC                        Dallas County
c/o Aleida Martinez Molina                 c/o Shutts & Bowen LLP                     Linebarger Goggan Blair & Sampson, LLP
2525 Ponce de Leon Blvd., Suite 700        4301 W. Boy Scout Blvd., Suite 300         c/o Elizabeth Weller
Suite 700                                  Tampa, FL 33607-5716                       2777 N. Stemmons Frwy Ste 1000
Coral Gables, FL 33134-6045                                                           Dallas, Tx 75207-2328

Enterprise Fleet Management, Inc. as servici   FIGG Bridge Engineers, Inc.            Fisk Electric Company
c/o Arthur C. Neiwirth, Esq.               c/o Patricia A. Redmond                    c/o A. Martinez, Weiss Serota Helfman
Quintairos, Prieto, Wood & Boyer, P.A.     Stearns Weaver Miller                      2525 Ponce de Leon Boulevard
1 East Broward Blvd.                       150 W. Flagler St., #2200                  Suite 700
Suite 1200                                 Miami, FL 33130-1545                       Coral Gables, FL 33134-6045
Ft. Lauderdale, FL 33301-1842

Florida International University           Florida Tilt, Inc.                         G. Proulx Building Products, LLC
c/o Monique D. Hayes, Esq.                 12401 SW 134th CT, Unit #15                1200 North Federal Highway
199 E. Flagler St., #405                   Miami, FL 33186-6414                       Suite 420
Miami, FL 33131-1103                                                                  Boca Raton, FL 33432-2847

Gannett Fleming, Inc.                      Greenwich Insurance Company                Grove Services of Miami, Inc
c/o The Salkin Law Firm P.A.               c/o Meltzer, Purtill & Steele LLC          28375 S.W. 197th Avenue
POB 15580                                  300 South Wacker Drive, Suite 2300         Homestead, Fl 33030-7528
Plantation, FL 33318-5580                  Chicago, IL 60606-6701
```

| | | |
|---|---|---|
| Hufcor, Inc.<br>c/o Mark A. Carter, Esq.<br>Lawrence Kamin, LLC<br>300 S Wacker Dr<br>Ste 500<br>Chicago, IL 60606-6758 | Indian Harbor Insurance Company<br>c/o Meltzer, Purtill & Steele LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606-6701 | Islands Mechanical Contractors, Inc.<br>3070 Blanding Blvd<br>Jacksonville, FL 32068-6337 |
| Kelly Tractor Company<br>c/o Ross R. Hartog, Esq<br>101 NE Third Ave.<br>Suite 1210<br>Fort Lauderdale, FL 33301-1147 | Knight Property Management Service Inc.<br>4711 N Australian Ave Ste 26<br>Mangonia, FL 33407-2390 | Kozyak Tropin & Throckmorton, P.A.<br>c/o Corali Lopez-Castro<br>2525 Ponce de Leon 9th Floor<br>Coral Gables, FL 33134-6039 |
| Kurtzman Carson Consultants LLC<br>222 N Pacific Coast Hwy #300<br>El Segundo, CA 90245-5614 | Lexington Insurance Company<br>c/o Archer & Greiner, P.C.<br>Attn: David W. Carickhoff, Esq.<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801-1670 | Louis Berger Group, Inc.<br>c/o Daniel Gonzalez, Esq.<br>Meland Russin & Budwick, PA<br>200 S. Biscayne Blvd.<br>Suite 3200<br>Miami, FL 33131-5323 |
| Louis Berger U.S., Inc.<br>c/o Daniel Gonzalez, Esq.<br>Meland Russin & Budwick, PA<br>200 S. Biscayne Blvd.<br>Suite 3200<br>Miami, FL 33131-5323 | Magnum Construction Management, LLC<br>6201 SW 70th Street<br>1st Floor<br>Miami, FL 33143-4718 | Ocean Bank<br>c/o Michael R. Carroll, Esq<br>780 NW 42 Ave #500<br>Miami, FL 33126-5543 |
| Osprey Apartments, LLC<br>c/o Shutts & Bowen LLP<br>4301 W. Boy Scout Blvd., Suite 300<br>Tampa, FL 33607-5716 | R. Udelson dba PowerTrac<br>c/o Ghidotti Berger, LLP<br>3050 Biscayne Blvd., Ste 402<br>Miami, FL 33137-4143 | Structual Technologies, Inc.<br>c/o Wilson Elser<br>100 SE 2nd Street, Ste. 3800<br>Miami, FL 33131-2126 |
| T.Y. Lin International<br>c/o Fernando J. Menendez, Esq.<br>Sequor Law<br>1001 Brickell Bay Drive<br>9th Floor<br>Miami, FL 33131-4937 | Texas Comptroller of Public Accounts<br>Kimberly A. Walsh<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Department of Transportation<br>c/o Kyle Pierce Counce<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| The BEC Group Services, Inc.<br>1000 S. PINE ISLAND ROAD<br>Suite 410<br>PLANTATION, FL 33324-3910 | Travelers Casualty and Surety Company of Ame<br>% Alberta L. Adams, Mills Paskert D<br>100 North Tampa Street, #3700<br>Tampa, FL 33602-5835 | Tropical Touch Gardens Center, Inc.<br>c/o Mario Adler<br>6951 SW 185 Way<br>Fort Lauderdale, FL 33332-1617 |
| United HomeCare Services, Inc.<br>c/o Michael J. Shuman, Esq.<br>Duane Morris LLP<br>201 S. Biscayne Blvd.<br>Suite 3400<br>Miami, FL 33131-4325 | XL Insurance America, Inc.<br>c/o Meltzer, Purtill & Steele LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606-6701 | XL Specialty Insurance Company<br>c/o Meltzer, Purtill & Steele LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606-6701 |
| Dallas County<br>Linebarger, Goggan, Blair & Sampson, LLC<br>c/o Elizabeth Weller<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | Lucia Mollo<br>2883 Executive Park Drive, Suite 103<br>Weston, FL 33331-3662 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Sidney Casis<br>2883 Executive Park Drive, Suite 103<br>Weston, FL 33331-3662 | Alejandro Ramirez<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 | Alexander Estupian<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 |

| | | |
|---|---|---|
| Ana Maria Oviedo Garcia<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 | Armando Campo<br>c/o Brian S. Behar, Esq.<br>1855 Griffin Road, Suite A-350<br>Ft. Lauderdale, FL 33004-2210 | Austin Merius<br>Hoffman, Larin & Agnetti, P.A.<br>c/o Michael S. Hoffman, Esq.<br>909 N. Miami Beach Blvd., Ste. 201<br>N. Miami Beach, FL 33162-3722 |
| Carlos Chapman<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 | Carlos Eduardo Badillo<br>c/o Kozyak Tropin & Throckmorton, LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 | Carter B Reid<br>1395 Brickell Ave Suite 900<br>Miami, FL 33131-3302 |
| Chelsea Leighann Brownfield<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 | Curt Albin<br>6050 Azle Ave<br>Lake Worth, TX 76135-2603 | Efrain Cortes Esq.<br>POB 590173<br>Ft Lauderdale, FL 33359-0173 |
| Eloy Arriera<br>7700 N. Kendall Dr., Ste 703<br>12335 SW 31 St<br>Miami, FL 33175-2234 | Emily Joy Panagos<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 | Erika Chapman<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Boulevard<br>9th Floor<br>Coral Gables, FL 33134-6039 |
| Evan Gershbein<br>Kurtzman Carson Consultants LLC<br>222 N Pacific Coast hwy #300<br>El Segundo, CA 90245-5614 | Gina Duran<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floors<br>Coral Gables, FL 33134-6039 | Gregory D Podolak<br>851 5th Ave N #301<br>Naples, FL 34102-5582 |
| J Alfredo Armas<br>4960 SW 72nd Ave #206<br>Miami, FL 33155-5549 | James S. Howard<br>1101 Brickell Ave SuiteS-503<br>Miami, FL 33131-3105 | Jenna Mendez<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 |
| (p)JOHN WESTLEY<br>3432 DENMARK AVE #188<br>ST PAUL MN 55123-1088 | Jordi Guso Esq.<br>1450 Brickell Ave #1900<br>Miami, FL 33131-3453 | Jorge Munilla<br>7231 Sunset Dr<br>Miami, FL 33143-4248 |
| Jose Perez<br>C/O The Law Office of Tesha Allison<br>5911 NW 173 Drive<br>Suite 15<br>Miami Lakes, FL 33015-5122 | Juan Munilla<br>6030 SW 114th PL<br>Miami, FL 33173-1090 | Katrina Collazo de Armas<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 |
| Kelly A Johnson<br>Saxe Doernberger & Vita, P.C.<br>851 5th Avenue North<br>Suite 301<br>Naples, FL 34102-5582 | Kern Chooquan<br>4141 NW 44th Ave.<br>Apt. 126<br>Fort Lauderdale, FL 33319-4850 | Kimberly Ann Babbitt<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd.<br>9th floor<br>Coral Gables, FL 33134-6039 |
| Marquise Rashaad Hepburn<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 | Martha Mercedes Plaza Cevallos<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 | Michael Foster<br>Young Foster PLLC<br>1600 S Federal Highway<br>Suite 570<br>Fort Lauderdale, FL 33316-2949 |

| | | |
|---|---|---|
| Orlando Duran<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 | Patricia Belville<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 | Paul A Avron Esq.<br>Berger Singerman LLP<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301-4215 |
| Pedro Munilla<br>7277 Sunset Dr<br>Miami, FL 33143-4248 | Randy Hanson<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 | Randy Joe Hanson<br>c\o Paul Jon Layne Esq<br>236 Valencia Ave<br>Coral Gables, FL 33134-5906 |
| Raul Munilla<br>15401 SW 260th St<br>Homestead, FL 33032-6211 | Richard Luis Humble<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 | Richard N Gillies<br>2701 N Rocky Point Dr #630<br>Tampa, FL 33607-5921 |
| Ryan B Bennett<br>300 North LaSalle #3648<br>Chicago, IL 60654-3406 | Soneet R. Kapila<br>1000 South Federal Highway, #200<br>Fort Lauderdale, FL 33316-1237 | Terry Hanson<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Blvd<br>9th Floor<br>Coral Gables, FL 33134-6039 |
| Terry Sue Hanson<br>c\o Paul Jon Layne Esq<br>236 Valencia Ave<br>Coral Gables, FL 33134-5906 | Velta Young<br>Distefano & Kennedy, PLC<br>7471 W. Oakland Park Blvd<br>Ste. 106<br>Fort Lauderdale, FL 33319-4921 | Winsome Joy Campbell<br>c/o Kozyak Tropin & Throckmorton LLP<br>2525 Ponce de Leon Boulevard<br>9th Floor<br>Coral Gables, FL 33134-6039 |

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


John Westley
3432 Denmark Ave #188
Eagan, MN 55123



           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | | |
|---|---|---|
| (u)Brookwood Embassy, LLC | (u)Core & Main, L.P.<br>200 South Biscayne Blvd., Suite 3900<br>Miami | (u)Creditors Committee |
| (u)Florida Department of Transportation | (u)Gannett Fleming Project Development Corpor | (u)George's Crane Services, Inc |

(u)Greenwich Insurance Company

(u)Herc Rentals, Inc.

(u)Indian Harbor Insurance Company

(u)The Hanover Insurance Company
c/o McElroy Deutsch Mulvaney & Carpenter

(u)Unlimited Turf, LLC

(u)XL Insurance America, Inc.

(u)XL Specialty Insurance Company

(u)Miami

(d)American Express Travel Related Services C Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(u)Evan Gershbein

(u)Fred Lewis

(u)Lucia Mollo
c/o Sara Schafer

(u)Michael Sode

(u)Nathaniel Butler

(u)Soneet Kapila

(u)Sydney Casis
c/o Sara Schafer

(u)Tania Vivian Espinosa Vera

End of Label Matrix
Mailable recipients    104
Bypassed recipients     23
Total                  127

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| MAGNUM CONSTRUCTION MANAGEMENT, LLC f/k/a Munilla Construction Management, LLC, | Chapter 11 Case<br><br>Case No. 19-12821-AJC |
| Debtor._____ / | |

### ORDER GRANTING THE PLAN ADMINISTRATOR'S MOTION TO REOPEN CASE TO PERMIT THE DISTRIBUTION OF ADDITIONAL ASSETS [ECF NO. ____]

THIS MATTER came before the Court upon *The Plan Administrator's Motion to Reopen Case to Permit the Distribution of Additional Assets* [ECF No. ____] (the "Motion to Reopen") on _____, 2025 at ___ a.m. The Court having considered the Motion to Reopen, been advised that the Distribution Motion was served on all parties in interest, heard the argument of

counsel, being otherwise advised in the premises, and for the reasons expressed in open court and set forth on the record, **ORDERS AND ADJUDGES** that:

1. The Motion to Reopen is **GRANTED**.

2. The captioned Bankruptcy Case[1] is reopened for the limited purpose of distributing the proceeds of the Irma Claim Carve-Out to the Class 6 Members *pro rata* in accordance with the distribution scheme previously approved in the Court's Distribution and Discharge Order [ECF No. 999].

3. The Court finds that the Plan Administrator has correctly determined the Class 6 Members entitled to distribution, as depicted in Exhibit 2 to the Motion to Reopen.

4. The Court approves the *pro rata* distribution reflected on Exhibit 2 to the Motion to Reopen and authorizes and directs the Plan Administrator to make such distribution, subject to the Administrative Expense Reserve and such other costs as are necessary to process the distribution and provide notice to interested parties. Without limiting the generality of the foregoing, the Plan Administrator is authorized to take such actions and execute such documents as he deems reasonable, necessary, and/or appropriate to effectuate the distribution.

5. The Court hereby discharges the Plan Administrator, his financial advisor, and his counsel from any and all further responsibilities and liabilities under the Third Amended Plan, the Confirmation Order, or otherwise in connection with the Bankruptcy Case.

6. The Court directs that the captioned matter be re-closed upon the Plan Administrator's notice that the Distribution reflected in Exhibit 2 has been made and that all checks issued for the Distribution have cleared or, having remain uncashed for a period of 90-days from

---

[1] Capitalized terms shall have the same meaning as used in the Distribution Motion unless otherwise indicated.

the Distribution, such checks have been cancelled and any remaining amounts donated in accordance with ¶8.12 of the Plan of Reorganization.

# # #

**Submitted by:**

Michael C. Foster, Esq.
**YOUNG FOSTER PLLC**
2400 E Commercial Blvd, Suite 723
Fort Lauderdale, Florida 33308
Telephone: (954) 866-3570
Facsimile: (954) 866-3571
michael@youngfoster.com
karin@youngfoster.com

*(Attorney Foster shall serve a copy of the signed Order on all parties entitled to service and file with the Court a certificate of service conforming with Local Rule 2002-1(F))*

**MAGNUM CONSTRUCTION MANAGEMENT, LLC**
Case No. 19-12821-BKC-AJC
United States Bankruptcy Court
Southern District of Florida
Miami Division

**2nd Distribution of Class 6 Claims**

| Claim No. | Creditor Name | Claim Amount | Allowed Claim Amount | Distribution |
|---|---|---:|---:|---:|
| 5 | Holt Texas, Ltd. dba Holt CAT | 146,159.42 | 146,159.42 | 7,016.05 |
| 9 | The BRT Group Inc dba Florida Hydroseed Erosion | 6,669.70 | 6,669.70 | 320.16 |
| 10 | Best Rolling Doors, Inc. | 2,397.96 | 2,397.96 | 115.11 |
| 13 | American Express Travel Related Services Company, Inc. | 3,941,504.09 | 3,941,504.09 | 189,202.80 |
| 14 | Nova Engineering and Environmental, LLC | 5,250.00 | 5,250.00 | 252.01 |
| 15 | Ebsary Foundation Company | 4,132.00 | 4,132.00 | 198.35 |
| 16 | Cherry Bekaert LLP | 51,647.62 | 51,647.62 | 2,479.22 |
| 32 | Acrow Corporation of America | 7,040.52 | 7,040.52 | 337.96 |
| 36 | Airgas USA, LLC | 32,194.81 | 32,194.81 | 1,545.44 |
| 39 | Staples | 7,703.45 | 7,703.45 | 369.79 |
| 43 | Aquatic Landscaping Design, Inc. | 24,211.00 | 24,211.00 | 1,162.19 |
| 46.2 | John Deere Financial | 30,686.79 | 30,686.79 | 1,473.05 |
| 50 | Energy Freight Systems | 40,017.00 | 40,017.00 | 1,920.92 |
| 61 | City of Allen, TX Utilities Dept. | 6,478.03 | 6,478.03 | 310.96 |
| 62 | City of Allen, TX Utilities Dept. | 4,066.57 | 4,066.57 | 195.21 |
| 65 | RDO Equipment Co. | 21,883.53 | 21,883.53 | 1,050.47 |
| 75 | Elite Erosion Supply LLC | 2,836.18 | 2,836.18 | 136.14 |
| 80 | Skyline Steel, LLC | 829,593.50 | 475,000.00 | 22,801.28 |
| 83 | JCA - CAD | 13,271.15 | 13,271.15 | 637.05 |
| 88 | Grove Services of Miami, LLC | 66,117.87 | 66,117.87 | 3,173.84 |
| 90 | Haigood & Campbell LLC | 55,698.72 | 55,698.72 | 2,673.69 |
| 93 | William & Phyllis Grossman as Co Trusteees of the 7990 Land Trust | 25,698.45 | 25,698.45 | 1,233.59 |
| 109 | Matrax, Inc. | 29,440.60 | 29,440.60 | 1,413.23 |
| 110 | Hydro Conduit, LLC dba Rinker Materials | 2,204.61 | 2,204.61 | 105.83 |
| 115 | G&C Cartage Co., Inc. | 26,310.69 | 26,310.69 | 1,262.98 |
| 120 | Sunshine Heavy Hauling, Inc. | 10,000.00 | 10,000.00 | 480.03 |
| 123 | Unifirst Corporation | 3,913.69 | 3,913.69 | 187.87 |
| 136 | Ring Power Corporation | 31,679.01 | 31,679.01 | 1,520.68 |
| 143 | Beacon Sales Acquisition, Inc. DBA Allied Building Products | 6,751.43 | 6,751.43 | 324.09 |
| 159 | Brookwood Embassy, LLC | 257,825.91 | 257,825.91 | 12,376.34 |
| 161 | Tropical Touch Gardens Center | 161,470.17 | 161,470.17 | 7,751.00 |
| 163 | Brandsafway Services LLC | 341,306.70 | 341,306.70 | 16,383.64 |
| 172 | De Lage Landen Financial Services, Inc. | 14,345.91 | 14,345.91 | 688.64 |
| 173 | De Lage Landen Financial Services, Inc. | 259,809.42 | 259,809.42 | 12,471.55 |
| 176 | Striping Technology, L.P. | 10,143.66 | 10,143.66 | 486.92 |
| 178 | Crown Castle Fiber LLC | 8,261.85 | 8,261.85 | 396.59 |
| 180 | Barnhart Crane And Rigging Company | 439,166.25 | 439,166.25 | 21,081.16 |
| 181 | FIA Trade Company | 3,807.50 | 3,807.50 | 182.77 |
| 192 | Waste Management Inc. of Florida | 28,822.74 | 28,822.74 | 1,383.57 |
| 201 | Ash Grove Cement Company | 193,367.34 | 193,367.34 | 9,282.15 |
| 202 | Maya Enterprises, Inc. | 7,744.43 | 7,744.43 | 371.75 |
| 208 | Gannett Fleming, Inc. | 33,252.57 | 33,252.57 | 1,596.21 |
| 212 | United Rentals (North America), Inc. | 293,434.63 | 293,434.63 | 14,085.65 |
| 214 | Griffith Davison, P.C. | 85,137.21 | 85,137.21 | 4,086.82 |
| 218 | Gannett Fleming, Inc. | 548,752.46 | 548,752.46 | 26,341.59 |
| 224 | T.Y. Lin International | 1,665,071.18 | 1,665,071.18 | 79,927.90 |
| 234 | Kelly Tractor Company | 66,380.38 | 66,380.38 | 3,186.44 |
| 234 | Kelly Tractor Company | 86,975.84 | 86,975.84 | 4,175.07 |
| 256 | Cemex Construction Materials Florida, LLC | 64,430.82 | 64,430.82 | 3,092.85 |
| | | **$ 10,005,065.36** | **$ 9,650,471.86** | **$ 463,248.61** |

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors
Page 1 of 1